**Davis Polk**

Benjamin S. Kaminetzky
+1 212 450 4259
ben.kaminetzky@davispolk.com

Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017
davispolk.com

October 7, 2021

Re: *State of Washington v. Purdue Pharma L.P.*, No. 7:21-cv-07532-CM (S.D.N.Y.); *District of Columbia v. Purdue Pharma L.P.*, No. 7:21-cv-07585-CM (S.D.N.Y.); *City of Grand Prairie as Representative Plaintiff for a Class Consisting of All Canadian Municipalities, the Cities of Brantford, Grand Prairie, Lethbridge, and Wetaskiwin v. Purdue Pharma L.P.*, No. 7:21-cv-07961-CM (S.D.N.Y.); *Certain Canadian First Nations Creditors Peter Ballantyne Cree Nation on Behalf of All Canadian First Nations and Metis People Lac La Ronge Indian Band v. Purdue Pharma L.P.*, No. 7:21-cv-07962-CM (S.D.N.Y.); *William K. Harrington, United States Trustee v. Purdue Pharma L.P.*, No. 7:21-cv-07966-CM (S.D.N.Y.); *William K. Harrington, United States Trustee v. Purdue Pharma L.P.*, No. 7:21-cv-07969-CM (S.D.N.Y.); *State of Maryland v. Purdue Pharma L.P.*, No. 7:21-cv-08034-CM (S.D.N.Y.); *State of Connecticut v. Purdue Pharma L.P.*, No. 7:21-cv-08042-CM (S.D.N.Y.); *Ronald Bass Sr. v. Purdue Pharma L.P.*, No. 7:21-cv-08049-CM (S.D.N.Y.); *State of California and the People of the State of California, by and through Attorney General Rob Bonta v. Purdue Pharma L.P.*, No. 7:21-cv-08055-CM (S.D.N.Y.); *State of Delaware v. Purdue Pharma L.P.*, No. 7:21-cv-08139-CM (S.D.N.Y.); S*tate of Rhode Island v. Purdue Pharma L.P.*, No. 7:21-cv-8258-CM (S.D.N.Y.); *State of Oregon v. Purdue Pharma L.P.*, No. 7:21-cv-8271-CM (S.D.N.Y.).

Hon. Colleen McMahon
United States District Court for the
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 2550
New York, NY 10007-1312

Your Honor,

Davis Polk & Wardwell LLP represents the Debtors-Appellees in this action. I write on behalf of (1) the Debtors, (2) the Official Committee of Unsecured Creditors, (3) the Ad Hoc Group of Personal Injury Victims, (4) the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants, and (5) the Multi-State Governmental Entities Group (collectively, the "**Creditor/Fiduciary Appellees**") in response to Your Honor's Scheduling Order docketed on October 6, 2021 (No. 21-CV-07532, Docket No. 13).

Each of the Creditor/Fiduciary Appellees is available to attend the in-person scheduling conference that Your Honor has set for Tuesday, October 12, at 2:00 PM.

The Creditor/Fiduciary Appellees agree with Your Honor regarding the importance of having the appeal briefed and resolved swiftly. We and Appellants have exchanged several proposals, which we have requested to address at a meet-and-confer this week. We will endeavor to develop an agreed-upon schedule for proposal to the Court on October 12.

**Davis Polk**

The Honorable Colleen McMahon
October 7, 2021

The Creditor/Fiduciary Appellees also note the letter of the U.S. Trustee filed on Wednesday evening (No. 21-CV-07966, Docket No. 14). The Creditor/Fiduciary Appellees strongly disagree with the position of the U.S. Trustee, and counsel to the Official Committee of Unsecured Creditors will file a separate response to the U.S. Trustee's letter.

Respectfully submitted,

*/s/ Benjamin S. Kaminetzky*
Benjamin S. Kaminetzky


cc: All Counsel of Record (by ECF)