UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

In re: PURDUE PHARMA BANKRUPTCY APPEALS

---------------------------------------------------------------x

This Filing Relates to

---------------------------------------------------------------x

ALL MATTERS

---------------------------------------------------------------x

21 cv 7532 (CM)
21 cv 7585 (CM)
21 cv 7961 (CM)
21 cv 7962 (CM)
21 cv 7966 (CM)
21 cv 7969 (CM)
21 cv 8034 (CM)
21 cv 8042 (CM)
21 cv 8049 (CM)
21 cv 8055 (CM)
21 cv 8139 (CM)
21 cv 8258 (CM)
21 cv 8271 (CM)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/13/2021

## SCHEDULING ORDER AND ORDER CONSOLIDATING APPEALS

McMahon, J.:

(1) The Court, having convened a scheduling conference in these pending bankruptcy appeals, enters the following schedule:

- Appellants' briefs are due October 22, 2021;

- Appellees' briefs are due November 12, 2021;

- Appellants' rely briefs are due November 19, 2021;

- Oral arguments are scheduled for 10:00 AM on November 30, 2021, in courtroom 24A of the Daniel Patrick Moynihan Court House at 500 Pearl Street, New York, New York. As with the recent scheduling conference, only lawyers who have a speaking role should appear in person for oral argument. Non-speaking counsel and members of the public are invited to be present in an overflow courtroom (with limited capacity) or to dial in to the conference at the

following number: 888-363-4749, access code 9054506. Video or audio recording of the proceedings is prohibited by law.

(2) The Court further orders that the above-captioned appeals be administratively consolidated under the first-filed appeal at case number 21-cv-7532, which shall be the Master Case Number. All further filings by the court will be docketed under the Master Case Number; filings peculiar to any appeal will be docketed under both the Master Case Number and the individual appeal Case Number. Any additional appeals from the Confirmation Order and/or the Advance Order in the matter of *In re: Purdue Pharma, L.P.* that are filed but not yet docketed will automatically be deemed subject to this order and administratively consolidated with the appeals listed in the caption of this order.

Dated: New York, New York
October 13, 2021

_____
U.S.D.J.

BY ECF TO ALL PARTIES