MEMO ENDORSED

Ellen Isaacs, Pro Se
Homeless
P.O. Box 6553
Delray Beach, FL 33482
561-860-0770
ryansopc@gmail.com

10/22/2021

Dear Ms. Isaacs:

Your appeal was docketed and assigned to me yesterday. It has been consolidated with all the other appeals.

By order entered yesterday, your brief is due next Friday, October 29, 2021.

You must access the ECF for your case or for 21 cv 07532 (CM) to learn about all case developments.

The oral argument on the appeal is scheduled for Tuesday, November 30, 2021, in my courtroom, Room 24-A, at the Moynihan Courthouse.

Honorable Colleen McMahon
Senior Judge of U.S. District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

October 21, 2021

Re: **21 cv 7532**

Dear Judge McMahon,

My name is Ellen Isaacs. I am Pro Se litigant in the above-subject matter.

I give you a lot of credit for trying to ascertain justice in the most egregious and heinous crimes in our Nation that has caused a National Public Health and Safety Emergency; along with bringing into the light the severe problems in the Bankruptcy Laws.

My contacting you is for clarification. I filed a timely appeal on October 1, 2021. Subsequently, I learned you held a hearing that I was never notified about. I accidentally found out about your hearing just prior to Judge Drain's omnibus hearing. Note, I have never received due process by any of the parties through the Bankruptcy proceedings despite certification of said documents being sent. Hence, I was unable to file objections in a timely manner and denied due peocess. Outrageously, Mr. Heubner stated in open court that "...it is unreasonable to service everybody".

Notwithstanding, I now have another unresolved matter. No one in the District Court, Federal Court, a Representative of the U.C.C. or a Representative from the Debtor's can advise me what occurred during the hearing or when the Briefs are due. Mr. Heubner even announced in open court that he does not know if he is the Appellant or the Appellee.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/22/2021

The only matter before me is the appeal from Judge Drain's order of Sept 17, confirming the Plan of Reorganization. All other matters remain in the Bankruptcy Court.

Judge McMahon

In the meantime there is an email going on underground that was kickstarted by Kathryn Benedict. Wherein, the Debtors are pressuring the legally represented Appellants to sign on to their terms of the appeal. I had to remind them there are Pro Se Appellants. Further, I asked to speak to someone regarding this underground email on Sunday when it began. Not one, but three times. It was only after stipulating moving matters eventually to The Supreme Court that late morning on October 21, 2021 I received an email from Arik Preis, Esq. to schedule a phone appointment. That appointment occurred at 1 p.m. as a conference call with Arik (U.C.C.) and James McClammy, Esq. (Debtors).

This conference call concluded with advice to call your Chambers and the Pro Se Department. I did both. The first call to the Pro Se Department deflected me to another department. I called Chambers and MaryEllen answered the call. Without any notice, MaryEllen transferred me to another party. This person's name was indiscernible. This woman referred me back to the Bankruptcy Court to find out when the Brief's are due. The Bankruptcy Court refers me to the Appellate Court. No one in the Federal Courthouse could advise me on when the Brief's are due. I was then advised by the Pro Se Department to submit a letter to you explaining everything. I was also advised by the Pro Se Department that I am not permitted to contact Chambers, yet the Debtor's and U.C.C. directed me to do so.

I also learned on this conference call the Federal Court received my appeal yesterday. Then the representative of the Federal Court advised this Court received my appeal on October 18, 2021. How does this affect the filings required?

Every piece of information I have received has been inconsistent with what each party believes to be true. I can not ascertain what is true because I am not receiving proper due process of service. Mr. Heubner alleges that I should use the Prime Clerk's docket. I have signed on the service and I should be getting notifications every half of an hour. I do get the notifications with most saying there have been "no filings". However, at the end of each day when I go to the Prime Clerk docket there ARE filings that I did NOT get notifications for.

Also, please be advised that Prime Clerk (Arian), an Independent 3rd party, pulled my recent motion out of all of the pleadings and emailed it to the purduepharmateam. Here is a copy & paste of most of the email:

Please find below a link to the following important document, recently filed in the bankruptcy proceedings of Purdue Pharma L.P., et al., Case No. 19-23649 (RDD), United States Bankruptcy Court for the Southern District of New York:

2

- **Notice of Hearing Regarding Motion to Object to Payments for All Parties and Other Relief Filed by Ellen Isaacs. Hearing Scheduled for December 16, 2021, at 10:00 a.m. (ET) (Related Document: 3963) [Docket No. 3968]**

What would be the purpose of this action? Upon further research Purdue Pharma hired Prime Clerk.

Also on October 1, 2021 I submitted a request for ProBono counsel. Late today I received a response to a follow up email, after multiple calls, to the Bankruptcy Court referring me elsewhere. I called this number and received a voicemail to leave my information and it could take three days for a call back.

Can you please advise what is going on? Like yourself I am trying to catch up to everything that is going on. I can not provide the documents the debtors are demanding that I may want attached to my appeal or prepare and submit a brief with no knowledge of what is going on due to lack of due process, the attorney's waiting until the 11th hour to respond and neither the Federal or Bankruptcy Court having any knowledge of anything.

Lastly, The Federal Court advised me there is nothing on the docket that depicts a timeline for filings. How is any of this possible? How can all of the participants in this case that are billing outrageous claims to be paid for their services not know what is going on?

I appreciate your time and energy in this matter. I thank you in advance for your timely response.

Respectfully submitted,

Ellen Isaacs