UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

In re: PURDUE PHARMA                         21 cv 7532 (CM)
BANKRUPTCY APPEALS                           21 cv 7585 (CM)
                                             21 cv 7961 (CM)
---------------------------------------------------------------x  21 cv 7962 (CM)
                                             21 cv 7966 (CM)
This Filing Relates to : ALL MATTERS         21 cv 7969 (CM)
---------------------------------------------------------------x  21 cv 8034 (CM)
                                             21 cv 8042 (CM)
                                             21 cv 8049 (CM)
                                             21 cv 8055 (CM)
                                             21 cv 8139 (CM)
                                             21 cv 8258 (CM)
                                             21 cv 8271 (CM)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/17/2021

QUESTION FOR COUNSEL

McMahon, J.:

Counsel, rather than continue to look for a needle in the haystack that is your record, I will simply ask you the following: is there, anywhere in this massive record, information comparable to that contained in the Declaration of Richard Collura about the decade PRIOR to January 1, 2008? In particular, I am looking for information that would correlate with Mr. Collura's paragraph 12 – specifically, (i) the amount of Total Net Cash Distributions Paid to or for the Benefit of the Affiliated Entities and/or Taxing Authorities during any period prior to January 1, 2008, and (ii) the amount of any such Net Cash Distributions that was paid in taxes, as opposed to being distributed to the various Sackler entities. If you could either point me to the right place or confirm that there is no such information in the record, I would be most grateful.

The briefs are, as predicted, uniformly excellent and very thought provoking. My list of questions is growing longer, so I look forward to meeting with you on November 30.

Dated: November 17, 2021

_____
U.S.D.J.

BY ECF TO ALL COUNSEL