UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>PURDUE PHARMA L.P., *et al.*,<br>BANKRUPTCY APPEALS | 21 cv 7532 (CM)<br>21 cv 7585 (CM)<br>21 cv 7961 (CM)<br>21 cv 7962 (CM)<br>21 cv 7966 (CM)<br>21 cv 7969 (CM)<br>21 cv 8034 (CM)<br>21 cv 8042 (CM) |
| This Filing Relates to | 21 cv 8049 (CM)<br>21 cv 8055 (CM)<br>21 cv 8139 (CM)<br>21 cv 8258 (CM)<br>21 cv 8271 (CM)<br>21 cv 8548 (CM)<br>21 cv 8557 (CM)<br>21 cv 8566 (CM) |
| ALL MATTERS | On Appeal from the United States Bankruptcy Court for the Southern District of New York |

### **AFFIDAVIT OF SERVICE**

I, Herb Baer, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for Purdue Pharma L.P., *et al.* in their chapter 11 cases (USBC SDNY Case No. 19-23649-RDD).

On November 15, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via First Class Mail on the Master Appeal Service List attached hereto as **Exhibit A**:

- Brief of the Debtors-Appellees [Case No. 21-cv-07532; Docket No. 151]

- Debtors-Appellees Appendix – Volume 1of 23 (A0001-A0068)
  [Case No. 21-cv-07532; Docket No. 160]

- Debtors-Appellees Addenda of Unpublished Authority
  [Case No. 21-cv-07532; Docket No. 161]

*[signature: Herb Baer]*
Herb Baer

Dated: November 17, 2021

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on November 17, 2021, by Herb Baer, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*[signature]*
Notary Public

JONATHAN POLLARD
NOTARY PUBLIC-STATE OF NEW YORK
No. 01PO6258220
Qualified in Nassau County
My Commission Expires 03-26-2024

2

SRF 58016

## Exhibit A

Exhibit A
Master Appeal Service List
Served via First Class Mail

| MMLID | NAME | ADDRESS | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|
| 12214598 | Bass, Ronald S | 450 Little Place Apt. 53 | N. Plainfield | NJ | 07060 |
| 12214592 | Ecke, Andrew | 18 Meadowlark Rd | West Simsbury | CT | 06092 |
| 12214597 | Ecke, Maria | 8 Glenbrook Dr | West Simsbury | CT | 06092 |
| 12214594 | Ecke, Richard | 18 Meadowlark Rd | West Simsbury | CT | 06092 |
| 12214586 | Isaacs, Ellen | P.O. Box 6553 | Delray Beach | FL | 33482 |
| 12214575 | Rhode Island Office of the Attorney General | Attn: Peter F. Neronha, 150 South Main Street | Providence | RI | 02903 |