# Exhibit B

EXHIBIT Baker 14

*DRAFT - Subject to Material Change Revision*

**Purdue Pharma LP - Analysis of Historical Cash Distributions**
Excludes Rhodes / Coventry
*($ millions)*

| Year | | Revenue | Net Income/(Loss) | Free Cash Flow (FCF) [2] | Assets | Partner Distributions | Distributions for ex-US funding | Tax Distributions | Total Distributions | As a % of Revenue | As a % of Net Income | As a % of FCF | As a % of Assets |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1996 | [3] | $ 288 | $ 12 | $ (3) | $ 173 | $ - | $ - | $ 2 | $ 2 | 0.8% | 19.4% | -70.6% | 1.3% |
| 1997 | [4] | 377 | 33 | 7 | 224 | 1 | - | 9 | 10 | 2.8% | 31.8% | 147.9% | 4.7% |
| 1998 | [5] | 534 | 61 | (14) | 378 | 6 | - | 36 | 42 | 7.9% | 68.5% | -305.9% | 11.1% |
| 1999 | [6] | 820 | 122 | 106 | 499 | 17 | - | 77 | 94 | 11.5% | 77.2% | 88.6% | 18.8% |
| 2000 | [7] | 1,194 | 246 | 191 | 650 | - | - | 154 | 154 | 12.9% | 62.5% | 80.5% | 23.6% |
| 2001 | [8] | 1,472 | 303 | 210 | 820 | 36 | - | 183 | 219 | 14.9% | 72.2% | 103.9% | 26.7% |
| 2002 | [9] | 1,476 | 234 | 211 | 1,037 | 45 | - | 151 | 196 | 13.3% | 83.8% | 93.2% | 18.9% |
| 2003 | [10] | 1,695 | 164 | 229 | 1,178 | 18 | - | 79 | 97 | 5.7% | 59.2% | 42.4% | 8.2% |
| 2004 | [11] | 1,400 | 97 | 139 | 1,137 | - | - | 61 | 61 | 4.4% | 63.2% | 44.2% | 5.4% |
| 2005 | [12] | 1,150 | 170 | 181 | 1,108 | 1 | 2 | 58 | 60 | 5.2% | 35.4% | 33.2% | 5.4% |
| 2006 | [13] | 867 | (6) | 321 | 1,140 | 1 | - | 123 | 124 | 14.3% | -2111.4% | 38.7% | 10.9% |
| 2007 | [14] | 1,046 | 625 | 157 | 1,097 | - | 3 | 259 | 263 | 25.1% | 42.0% | 167.4% | 23.9% |
| 2008 | [15] | 2,098 | 1,352 | 1,410 | 1,211 | 752 | 76 | 540 | 1,368 | 65.2% | 101.2% | 97.1% | 113.0% |
| 2009 | [16] | 2,450 | 1,581 | 1,730 | 1,192 | 899 | 112 | 711 | 1,721 | 70.3% | 108.9% | 99.5% | 144.4% |
| 2010 | [17] | 2,402 | 1,605 | 1,718 | 1,224 | 860 | 112 | 654 | 1,626 | 67.7% | 101.3% | 94.7% | 132.9% |
| 2011 | [18] | 2,303 | 1,325 | 1,392 | 1,410 | 554 | 113 | 556 | 1,223 | 53.1% | 92.3% | 87.8% | 86.7% |
| 2012 | [19] | 2,269 | 1,167 | 1,178 | 1,650 | 439 | 122 | 460 | 1,021 | 45.0% | 87.5% | 86.7% | 61.9% |
| 2013 | [20] | 2,094 | 1,006 | 1,010 | 1,427 | 298 | 234 | 401 | 934 | 44.6% | 92.8% | 92.5% | 65.4% |
| 2014 | [21] | 2,051 | 959 | 1,043 | 1,669 | 128 | 232 | 436 | 795 | 38.8% | 82.9% | 76.2% | 47.6% |
| 2015 | [22] | 1,896 | 940 | 891 | 1,700 | 129 | 297 | 366 | 792 | 41.8% | 84.2% | 88.9% | 46.6% |
| 2016 | [23] | 1,599 | 576 | 618 | 1,657 | 154 | 247 | 249 | 651 | 40.7% | 113.0% | 105.2% | 39.3% |
| 2017 | [24] | 1,402 | 416 | 297 | 1,445 | 0 | - | 187 | 187 | 13.3% | 44.9% | 63.0% | 12.9% |
| 2018 | [25] | 1,116 | (56) | 69 | 1,566 | - | - | - | - | 0.0% | 0.0% | 0.0% | 0.0% |
| 2019 | [26] | 819 | 241 | 34 | 1,930 | - | - | - | - | 0.0% | 0.0% | 0.0% | 0.0% |
| Total | | $ 34,820 | $ 13,174 | $ 13,124 | n/a | $ 4,338 | $ 1,551 | $ 5,751 | $ 11,640 | 33.4% | 88.4% | 88.7% | n/a |

*Notes on following page.*

EXHIBIT B-3267

1 of 2

*DRAFT - Subject to Material Change Revision*

**Notes:**
[1] Source: "1.3.3.1.1 3.3.1.1 Distributions 1995 - 2017 Actuals v7" (PPLPUCC500051645) and Alix Partners Cash Transfers of Value Analysis Report (dkt. 654)
[2] Free Cash Flow = Net Cash from Operating Activities - Capital Expenditures - Acquisition of Intangibles
[3] Source: "1.1.2.1.1.13 1.2.16.1.20 1997 - Purdue Pharma Audited Financial Statements " PPLPUCC500057294
[4] Source: "1.1.2.1.1.13 1.2.16.1.20 1997 - Purdue Pharma Audited Financial Statements " PPLPUCC500057294
[5] Source: "1.1.2.1.1.15 1.2.16.1.3 1999 - Purdue Pharma Audited Financial Statements " PPLPUCC500057352
[6] Source: "1.1.2.1.1.16 1.2.16.1.4 2000 - Purdue Pharma Audited Financial Statements " PPLPUCC500057387
[7] Source: "1.1.2.1.1.17 1.2.16.1.5 2001 - Purdue Pharma Audited Financial Statements " PPLPUCC500057423
[8] Source: "1.1.2.1.1.17 1.2.16.1.5 2001 - Purdue Pharma Audited Financial Statements " PPLPUCC500057423
[9] Source: "1.1.2.1.1.18 1.2.16.1.6 2002 - Purdue Pharma Audited Financial Statements " PPLPUCC500057459
[10] Source: "1.1.2.1.1.20 1.2.16.1.8 2004 - Purdue Pharma Audited Financial Statements" PPLPUCC500057514
[11] Source: "1.1.2.1.1.20 1.2.16.1.8 2004 - Purdue Pharma Audited Financial Statements" PPLPUCC500057514
[12] Source: "1.1.2.1.1.21 1.2.16.1.9 2005 - Purdue Pharma Audited Financial Statements " PPLPUCC500057554
[13] Source: "1.1.2.1.1.2 1.2.16.1.10 2006 - Purdue Pharma Audited Financial Statements " PPLPUCC500056807
[14] Source: "1.1.2.1.1.4 1.2.16.1.12 2008 - Purdue Pharma Audited Financial Statements " PPLPUCC500056885
[15] Source: "1.1.2.1.1.5 1.2.16.1.13 2009 - Purdue Pharma Audited Financial Statements " PPLPUCC500056924
[16] Source: "1.1.2.1.1.5 1.2.16.1.13 2009 - Purdue Pharma Audited Financial Statements " PPLPUCC500056924
[17] Source: "1.1.2.1.1.7 1.2.16.1.15 2011 - Purdue Pharma Audited Financial Statements " PPLPUCC500057004
[18] Source: "1.1.2.1.1.8 1.2.16.1.16 2012 - Purdue Pharma Audited Financial Statements " PPLPUCC500057051
[19] Source: "1.1.2.1.1.8 1.2.16.1.16 2012 - Purdue Pharma Audited Financial Statements " PPLPUCC500057051
[20] Source: "1.1.2.1.1.10 1.2.16.1.18 2014 - Purdue Pharma Audited Financial Statements " PPLPUCC500057135
[21] Source: "1.1.2.1.1.10 1.2.16.1.18 2014 - Purdue Pharma Audited Financial Statements " PPLPUCC500057135
[22] Source: "1.1.2.1.1.1 1.2.16.1.1 2016 - Purdue Pharma Audited Financial Statements" PPLPUCC500056752
[23] Source: "1.1.2.1.1.1 1.2.16.1.1 2016 - Purdue Pharma Audited Financial Statements" PPLPUCC500056752
[24] Source: "1.1.2.1.1.12 1.2.16.1.2 2017 - Purdue Pharma Audited Financial Statements" PPLPUCC500057235
[25] Source: "1.1.1.2.4 1.1.10.4 2018 Q4 Purdue Pharma LP FS (Unaudited).pdf" PPLPUCC500000404
[26] Source: "1.1.9.5.1 Project Windsor - December 2019 Monthly Report 02.28.2020 - 1230 Hrs" PPLPUCC500052164