ELLEN ISAACS, Pro Se
ryansopc@gmail.com
Tel: (561) 860-0770

Representing Patrick Ryan Wroblewski, Ellen Isaacs and The American People

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

_____

In re:                                                              Chapter 11

PURDUE PHARMA, L.P., et al.,                         Case No: 21-cv-07532-CM

          Debtors.                                          (Jointly Administered)
_____


## MOTION FOR DISABILITY ACCOMMODATION's, TRANSPORTATION, LODGING, MEALS AND MISC & DUE PROCESS


      **COMES NOW**, Ellen Isaacs, Pro Se, moves this court for certain specific relief based upon the permanent disability inflicted upon myself by Purdue Pharma ("The Sackler Family") and requests to be present at the Appeal Oral Arguments in the above-captioned matter on November 30, 2021 based upon the following facts to be true and correct to the best of my knowledge:

1. I am a Pro se Litigant in the above-referenced matter.
2. It is my CIvil Right & Constitutional Right (1st & 14th Amendment) to be present at the hearing.
3. On November 10, 2021 this Court rendered a statement limiting the Pro Se appellants to be only permitted to appear by telephone.
4. Further, this Court denied Maria Ecke's, Pro Se,  request to appear via Zoom.
5. I have paid to participate in the appeals process and am being treated unequally to the grossly overpaid attorney's of the consenting states, The Debtors, The U.C.C., The Ad-hoc committee and others on the wrong side of justice.
6. SInce 1999 Purdue Pharma has caused irreparable harm to me personally that has rendered me disabled.
7. The damages to me personally have been severe medically.

8. Purdue Pharma has taken the life of my first born, rendered me disabled, and caused me to lose my property.
9. I have been homeless living out of my car for nearly two years following the homicide of my son Patrick Ryan.
10. It is my right as a litigant to be present at the hearing for Oral Arguments on November 30, 2021.
11. It is my CIvil Right & Constitutional Right to be present at the hearing.
12. There is not far and equal treatment being provided to the pro se litigants in this matter and that is Discrimination.
13. Judge Drain has been overly indulgent in approving over $1B dollars in legal and consulting fees in this matter and has not once provided any sort of compensation to the victims or assisted an injured Pro Se victim fighting for justice on behalf of the American People..
14. The Puppet Master's, The Sackler Family of Purdue Pharma and their counsel have very little to no concept of how badly the families are fractured in the grassroots of the communities and the soaring rate of homelessness, criminal activity, deaths, dismemberment and personal injury to the millions if not billions of extended family members they have harmed.
15. It is not unreasonable or unjust to ask for accommodations paid or by The Sackler's or the SDNY 2nd CIrcuit Court of Appeals for accomodations for travel, lodging, food and miscellaneous; along with a reclining chair so I can attend the hearing in person.
16. The Sackler's have created my disability and impoverished state.
17. As a paid litigant It is unreasonable, unjust and discriminatory for the Pro Se litigants to only be permitted to appear by telephone.
18. This Courts website is permitting other's into the Courtroom that are not a party to this case and again it is discrimation to not permit the Pro Se Appellants to appear in Court and a violation of my CIvil Rights.
19. It's all so egregious and unjust that the former non-consenting States of NY and MA unjustly had legal fees approved to be paid by Purdue Pharma in the 11th hour and a true victim fighting to save humanity from the villainous Sackler's is not being given proper due process and any compensation. That in and of itself is a crime.
20. I have put more than 200 hours of my personal time into this case with research, court filings, telephonic communications, email communications and much more including filing fees and mailings over the past 2 years. If I were to bill for my services like the greedy attorney's The Sackler's would owe me $380,000 to date.

I, Ellen Isaacs, hereby respectfully request compensation from Purdue Pharma in the amount of $3,800  or provisions provided by the SDNY 2nd Circuit Court of Appeals for travel, lodging, food,miscellaneous and a reclining chair for my attendance at the November 30, 2021

Oral Arguments before this Court; along with other such relief as this Court may deem meet and proper.

November 18, 2021                                                                                              s/Ellen Isaacs, Pro Se

                                                                                                                    _____

                                                                                                                    Ellen Isaacs

## CERTIFICATE OF SERVICE

**I, ELLEN ISAACS, HEREBY CERTIFY** that a true and correct copy of the foregoing has been transmitted through electronic mail to all parties through the temporary_pro_se_filing@nysdcourts.gov/ECF system and to pschwartzberger@us.doj.gov this 18th day of November 2021.

/s/Ellen Isaacs

_____

Ellen Isaacs, Pro Se