UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x

In re: PURDUE PHARMA
BANKRUPTCY APPEALS

------------------------------------------------------x

This Filing Relates to

------------------------------------------------------x

ALL MATTERS

------------------------------------------------------x

21 cv 7532 (CM) [lead case]
[Rel: 21 cv 7585 (CM)
21 cv 7961 (CM)
21 cv 7962 (CM)
21 cv 7966 (CM)
21 cv 7969 (CM)
21 cv 8034 (CM)
21 cv 8042 (CM)
21 cv 8049 (CM)
21 cv 8055 (CM)
21 cv 8139 (CM)
21 cv 8258 (CM)
21 cv 8271 (CM)]

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/22/2021

## LOGISTICS FOR ORAL ARGUMENT

McMahon, J.:

The purpose of this order is to provide logistics for oral arguments are scheduled for 9:00 AM on November 30, 2021, in courtroom 24A of the Daniel Patrick Moynihan Court House at 500 Pearl Street, New York, New York.

Only those with a speaking role should appear in person for oral argument.

Non-speaking counsel and members of the public are invited attend the hearing in an overflow courtroom (with limited capacity) at Room 23A. Seating is first come, first serve.

Certain *pro se* appellants have requested to appear remotely. The *pro se* parties who wish to appear remotely will be sent a private dial-in line by email, to the email the Court has on record. *Pro se* parties who wish to appear in person in Courtroom 24A are still permitted to appear in person should they choose (they are not *obligated* to appear remotely but may, as requested).

A reminder that the Court has previously set forth the following schedule and expects the parties to be prepared to argue the case within these limits (*see* Dkt. No. 140):

- Oral argument will begin at 9:00 AM.
- Appellants have from 9:00-11:15 to present argument.
- *Pro se* appellants have from 11:15-11:30.
- We will break for lunch from 11:30-12:30.
- Appellees have from 12:30-2:45 to present their argument.
- The Court has from 3:00-4:00 for its own purposes (*i.e.*, hearing rebuttal or asking questions).
- Oral argument ends at 4:00 PM.

Dated: New York, New York
November 22, 2021

_____
U.S.D.J.

BY ECF TO ALL PARTIES