UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

―――――――――――――――――――――――――――――― x

IN THE MATTER OF AN APPLICATION

TO BRING PERSONAL ELECTRONIC DEVICE(S) OR
GENERAL PURPOSE COMPUTING DEVICE(S) INTO
THE COURTHOUSES OF THE
SOUTHERN DISTRICT OF NEW YORK FOR
USE IN A PROCEEDING OR TRIAL

―――――――――――――――――――――――――――――― x

The following Order is subject to the definitions, obligations and restrictions imposed pursuant to Standing Order M10-468, as Revised. Upon submission of written application to this Court, it is hereby

ORDERED that the following attorney(s) are authorized to bring the Personal Electronic Device(s) and/or the General Purpose Computing Device(s) (collectively, "Devices") listed below into the Courthouse for use in a proceeding or trial in the action captioned:

U.S. Trustee William K. Harrington v. Purdue Pharma, L.P., et al., Nos. 21-07532 (Lead); 21-07966; 21-07969.

ORDERED that for the device(s) checked below SDNY Courtroom WI-FI access shall be provided.

The date(s) for which such authorization is provided is (are) November 30, 2021.

| Attorney(s) | E-mail | Device(s) | Courtroom | WiFi Granted |
|---|---|---|---|---|
| Sumi Sakata, Esq. | sumi.sakata@usdoj.gov | Cellphone & Laptop | 24A | X |
| Andrew Velez-Rivera, Esq. | andy.velez-rivera@usdoj.gov | Cellphone & Laptop | 24A | X |
| | | | | |

*(Attach Extra Sheet If Needed)*

The attorney(s) identified in this Order must present a copy of this Order when entering the Courthouse. Bringing any authorized Device(s) into the Courthouse or its Environs constitutes a certification by the attorney that he or she will comply in all respects with the restrictions and obligations set forth in Standing Order M10-468, as Revised.

SO ORDERED:

Dated: ―――――――――

―――――――――――――――――――
United States Judge