UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------x

In re: PURDUE PHARMA              lead case: 21 cv 7532 (CM)
BANKRUPTCY APPEALS

---------------------------------------x

This Filing Relates to

---------------------------------------x

ALL MATTERS

---------------------------------------x

NOTICE

McMahon, J.:

There will be a "LISTEN ONLY" number at which people who are not at the courthouse can listen to tomorrow's oral argument: 888-363-4749, access code 9054506. This number can be used by attorneys who are not coming to the court house, as well as member of the press (although we are saving a few seats in my courtroom and in our overflow space for press) and public. This line will be muted; it may not be used for any party to appear remotely. Participants dialing in are reminded that video or audio recording of court proceedings is prohibited by law.

The *pro se* appellants who will be appearing remotely should dial in to the private number that was sent to them separately by email. Do not dial into the listen only number in the first paragraph of this notice, or you will not be able to present your argument to the court.

We have also obtained a second overflow courtroom for non-speaking lawyers and members of the public. The overflow rooms are 23A and 15A. As you might imagine, demand for overflow space in connection with the Maxwell trial has made it impossible to obtain any more space, despite our best efforts. I am grateful to the District Executive and his staff for their efforts to make as much space available to us as possible.

Dated: New York, New York
November 29, 2021

U.S.D.J.