UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>PURDUE PHARMA L.P., *et al.*,<br>BANKRUPTCY APPEALS | 21 cv 7532 (CM)<br>21 cv 7585 (CM)<br>21 cv 7961 (CM)<br>21 cv 7962 (CM)<br>21 cv 7966 (CM)<br>21 cv 7969 (CM)<br>21 cv 8034 (CM)<br>21 cv 8042 (CM) |
| This Filing Relates to | 21 cv 8049 (CM)<br>21 cv 8055 (CM)<br>21 cv 8139 (CM)<br>21 cv 8258 (CM)<br>21 cv 8271 (CM)<br>21 cv 8548 (CM)<br>21 cv 8557 (CM)<br>21 cv 8566 (CM) |
| ALL MATTERS | On Appeal from the United States Bankruptcy Court for the Southern District of New York |

## AFFIDAVIT OF SERVICE

I, Herb Baer, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for Purdue Pharma L.P., *et al.* in their chapter 11 cases (USBC SDNY Case No. 19-23649-RDD).

On November 24, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via first class mail on the Master Appeal Service List attached hereto as **Exhibit A**:

- Application to Bring Personal Electronic Device(s) or General Purpose Computing Device(s) into the Courthouses of the Southern District of New York for use in a Proceeding or Trial [Case No. 21-cv-07532; Docket No. 206]

*[Remainder of page intentionally left blank]*

Dated: November 30, 2021

Sonia Akter

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on November 30, 2021, by Sonia Akter, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

Notary Public

HERBERT BAER
Notary Public, State of New York
No. 01BA6205563
Qualified in Westchester County
Commission Expires May 11, 20 25

2

SRF 58257

**<u>Exhibit A</u>**

Exhibit A
Master Appeal Service List
Served via first class mail

| MMLID | NAME | ADDRESS | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|
| 12214598 | Bass, Ronald S | 450 Little Place Apt. 53 | N. Plainfield | NJ | 07060 |
| 12214592 | Ecke, Andrew | 18 Meadowlark Rd | West Simsbury | CT | 06092 |
| 12214597 | Ecke, Maria | 8 Glenbrook Dr | West Simsbury | CT | 06092 |
| 12214594 | Ecke, Richard | 18 Meadowlark Rd | West Simsbury | CT | 06092 |
| 12214586 | Isaacs, Ellen | P.O. Box 6553 | Delray Beach | FL | 33482 |
| 12214575 | Rhode Island Office of the Attorney General | Attn: Peter F. Neronha, 150 South Main Street | Providence | RI | 02903 |