UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/3/2021
```

In re: PURDUE PHARMA
BANKRUPTCY APPEALS

This Filing Relates to

ALL MATTERS

21 cv 7532 (CM) [lead case]
[Rel: 21 cv 7585 (CM)
21 cv 7961 (CM)
21 cv 7962 (CM)
21 cv 7966 (CM)
21 cv 7969 (CM)
21 cv 8034 (CM)
21 cv 8042 (CM)
21 cv 8049 (CM)
21 cv 8055 (CM)
21 cv 8139 (CM)
21 cv 8258 (CM)
21 cv 8271 (CM)]

## ORDER DENYING MOTION FOR SANCTIONS

McMahon, J.:

*Pro se* appellant Ellen Isaacs, on Behalf of Patrick Ryan Wroblewski, filed a motion for sanctions against Davis Polk, dated November 25, 2021, seeking $17 billion in sanctions. (Dkt. No. 216). Davis Polk filed a response to this motion on November 30, 2021. (Dkt. No. 232).

For the reasons set forth in the Debtors' response (*id.*), the Court agrees that the motion is meritless and should be DENIED.

The Clerk is directed to close the motion at Docket Number 216.

Dated: New York, New York
December 3, 2021

_____
U.S.D.J.

BY ECF TO ALL PARTIES