UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: PURDUE PHARMA<br><br>BANKRUPTCY APPEALS | 21-cv-7532;<br>21-cv-7585;<br>21-cv-7961;<br>21-cv-7962;<br>21-cv-7966;<br>21-cv-7969;<br>21-cv-8034;<br>21-cv-8042;<br>21-cv-8049;<br>21-cv-8055;<br>21-cv-8139;<br>21-cv-8258;<br>21-cv-8271;<br>21-cv-8548;<br>21-cv-8557;<br>21-cv-8566<br>(Consolidated) |

## SUPPLEMENTAL APPENDIX OF APPELLEES MORTIMER-SIDE INITIAL COVERED SACKLER PERSONS

Maura Kathleen Monaghan
Jasmine Ball
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
Telephone:  (212) 909-6000
Facsimile:  (212) 909-6836

*Attorneys for Mortimer-side Initial Covered Sackler Persons*

## **TABLE OF CONTENTS**

**Reports**

1. Department of Health and Human Services Office of Inspector General, Fifth Annual Report – Purdue Pharma, LP (JX-1791), *In re Purdue Pharma L.P.,* No. 19-23649-rdd (Bankr. S.D.N.Y. Dec. 21, 2020), ECF No. 2181-18

2. Corporate Compliance Quarterly Report to Board of Firectors, Feb. 8, 2008 (JX-1828), *In re Purdue Pharma L.P.*, No. 19-23649-rdd (Bankr. S.D.N.Y. Dec.21, 2020), ECF No. 2181-2

**Meeting Minutes**

3. Minutes of a Meeting of the Board of Directors, June 24, 2011 (JX-1785), *In re Purdue Pharma L.P.,* No. 19-23649-rdd (Bankr. S.D.N.Y. Jan. 11, 2021), ECF No. 2247-5

4. Handwritten Notes of Anthony Roncalli re: Board Votes (JX-1786), *In re Purdue Pharma L.P.,* No. 19-23649-rdd (Bankr. S.D.N.Y. Jan. 11, 2021), ECF No. 2247-6

**Other Documents**

5. Cecil Pickett Deposition Transcript Excerpt, Oct. 30, 2020 (JX-1816), *In re Purdue Pharma L.P.,* No. 19-23649-rdd (Bankr. S.D.N.Y. Jan. 11, 2021). ECF No. 2249-7

Dated: December 5, 2021
     New York, New York

                                          Respectfully Submitted,

By: /s/ *Maura Kathleen Monaghan*
Maura Kathleen Monaghan
Jasmine Ball
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
Telephone: (212) 909-6000
Facsimile: (212) 909-6836
Email: mkmonaghan@debevoise.com
         jball@debevoise.com

*Attorneys for Mortimer-side Initial Covered Sackler Persons*