# Exhibit 8

# Corporate Compliance Quarterly Report to Board of Directors

**February 8, 2008**

**Vice President, Corporate Compliance**

**Bert Weinstein**



19-23649-rdd   Doc 2181-2   Filed 12/21/20   Entered 12/21/20 16:41:46   Leventhal
Ex. 008_Redacted   Pg 3 of 27

# Agenda

- Purdue's CIA and AG Agreement

- Hotline and Other Inquiries

- Institutional Policies

- State Law Requirements

- National Sales Meeting

- 2008 Workplan

2



19-23649-rdd   Doc 2181-2   Filed 12/21/20   Entered 12/21/20 16:41:46   Leventhal
Ex. 008_Redacted   Pg 4 of 27

# CIA and AG Agreement Status

- CIA Day 120 Implementation Report complete and timely submitted to OIG on 11/28/07

- OIG considering exclusion of Chief Legal Officer
  - Responded with plan on 12/4/07
  - No further communications to Purdue from OIG

- IRO "relationship" very good, and Workplan preparations well along

- Annual Report Submission to OIG – Due 9/29/08

- Purdue in compliance with AG Agreements
  - Abuse & Diversion Detection (ADD) training - current
  - HCP letter process - current



3



# IRO Workplan - 1st Reporting Period

- The First Reporting Period is 7/31/07-7/30/08

- Two Transactions Reviews will cover the last six months of this period

  - Any Field Contact Reports suggesting improper promotion

  - Rep-generated inquiries related to OxyContin in Medical Services' Database

- IRO Huron will prepare a draft report for Purdue's review and comment; then finalized; we submit report to OIG

- Upcoming -Systems Reviews begin in the Second Reporting Period; Transactions Reviews continue

  - Nine Systems / SOPs - e.g., contracts with HCPs, Grants, Material Review, Discontinuation of Material, Employee Discipline



4



# Compliance Audit Plan

Compliance Audits for 2008 focus primarily on preparation for IRO Reviews:

- Medical Services   (incl. SOPs for approval and handling of requests for off-label information, and Sales Force-related Inquiries)
- Use of Materials by Field Sales (incl. processes for warehousing and discontinuing Materials)
- Material Review Process
- Discipline Database (consistent and appropriate discipline)
- Review of RCP Compensation Program
- Grants and Charitable Contributions
- Promotion Monitoring Program (Field Contact Reports)
- Sales Rep Handling of requests for information about off-label uses of products
- Medical Liaisons



19-23649-rdd   Doc 2181-2   Filed 12/21/20   Entered 12/21/20 16:41:46   Leventhal
Ex. 008_Redacted   Pg 7 of 27

# CIA "FCR" Monitoring Q3-4/07

```
Field Contact Reports
739
        |
Reports with Compliance Issues
67
        |
   +----------------+----------------+
   |                                 |
Reviewed for Potential        Other Compliance Issues
Improper Statements           60
7                                    |
   |                          Coaching for Late Expense
2 Terminations;               Reporting and Telecommunications
3 Coaching (1 Disciplinary letter);
2 Disciplinary Letters (1 Suspension)
```

6



PURDUE ®

# Hotline Calls and Other Inquiries 4Q07



19-23649-rdd   Doc 2181-2   Filed 12/21/20   Entered 12/21/20 16:41:46   Leventhal
Ex. 008 Redacted   Pg 9 of 27



# Hotline and Other Inquires 4Q07

- Investigated 86 inquiries in 4Q07; four had compliance implications:

  - 3 <u>Sales & Marketing Matters</u>  –  sales slide deck review process; potential "gift" to son of HCP; and rep's personal visit with spouse to HCP in another territory raised compliance concerns

  - 1 <u>Other Matter</u>  -  Medical Services received call from a pharmacy that a rep made improper claim about OxyContin

- These four matters were all "direct" inquiries – not anonymous hotline calls

- A Call Log is maintained of all Corporate Compliance inquiries, and is available for review

8





# Examples of non-CIA Monitoring

- **Sales Representative overdue expense reporting – *Warning***

  Through routine monitoring efforts, discovered rep failed to timely enter and attribute HCP expenses, violations of Purdue policies with potential for non-compliance with state reporting laws.  Written warning letter issued to rep.

- **Sales Representative submitting false reports - *Termination***

  Corporate Compliance involved in termination of rep resulting from rep falsely reporting physician calls, three of which included false adverse event reports.

- **Potential inappropriate interaction with HCP - *Coaching***

  A rep reported making arrangements for a well-known musician to provide a private guitar lesson to the terminally ill son of a prescriber rep called on, raising potential Anti-Kickback concerns.  Corporate Compliance investigated the matter and determined "intent" element of the Anti-Kickback Statute not met.  Corporate Compliance provided coaching.



9

19-23649-rdd   Doc 2181-2   Filed 12/21/20   Entered 12/21/20 16:41:46   Leventhal
Ex. 008_Redacted   Pg 11 of 27



# New Investigations Underway

- Uniphyl batch process at Totowa – GMP-related questions raised by employee

- Reps received outdated Package Inserts from warehouse, and brought to attention of Sales management

- OxyContin Package Insert typo – error spotted after distribution to reps



10

19-23649-rdd   Doc 2181-2   Filed 12/21/20   Entered 12/21/20 16:41:46   Leventhal
Ex. 008_Redacted   Pg 12 of 27



# Inquiries by Quarter (1Q05 – 4Q07)



- Hotline
- Direct Inquiries



11





19-23649-rdd   Doc 2181-2   Filed 12/21/20   Entered 12/21/20 16:41:46   Leventhal
Ex. 08 Redacted   Pg 13 of 27

# 4Q07 Compliance Inquiries



- Compliance & Ethics, 15
- Comments/Opinion, 1
- Corporate Security, 0
- GXP, 0
- Human Resources, 1
- Information Requests, 6
- Intellectual Property, 1
- Legal Matters, 4
- Abuse & Diversion, 5
- Other, 7
- Medical, 21
- R&D, 0
- Other Regulatory Compliance, 0
- Sales & Marketing, 25



PURDUE ®

12

19-23649-rdd   Doc 2181-2   Filed 12/21/20   Entered 12/21/20 16:41:46   Leventhal
Ex. 008   Redacted   Pg 14 of 27



# Inquiry Response Time

## Days to Close Inquiries 4Q07 (as of 1/25/08)



13



19-23649-rdd   Doc 2181-2   Filed 12/21/20   Entered 12/21/20 16:41:46   Leventhal
Ex. 008_Redacted   Pg 15 of 27

# Expanding Universe of Institutional Policies



19-23649-rdd    Doc 2181-2    Filed 12/21/20    Entered 12/21/20 16:41:46    Leventhal
Ex. 008    Redacted    Pg 16 of 27



# Institutional Policies – a troubling trend

- What are "Institutional Policies?"

- Two Recent examples:

  - Health Partners:
    - No office hour calls on MDs – meet on free time
    - No calling on pharmacy – advance permission required

  - St Mary's Duluth Clinic:
    - No food, no studies, no leave-behinds
    - Not allowed in the building without an appointment
    - Mail in required to propose an appointment

- Other new rules include training and testing requirements, proof of vaccinations, payments of fees

- These requirements have been multiplying
  - internal "pharm free" movement
  - new third party business model

15



# State Law Requirements





# State Law Reporting

- **2007 Filings**
  - All filings required in 2007 timely made and complete
  - No compliance issues

- **Pending Legislation – federal and states**
  - Prescriber Privacy Laws
  - Price Reporting
  - Clinical Trials Reporting
  - Gift/Meals Reporting
  - Marketing Cost Reporting

17





# New State Reporting Requirements

- **DC** - Safe Rx Amendment Act of 2008
  - DC is first to require licensure of reps
  - Covered by a new Code of Ethics
  - Bachelor's in pharmacy / chemical / physical / biological science – grandfathering of reps in DC more than 12 months
  - Awaiting Congressional review; approval expected

- **Nevada** – Compliance Program Law
  - Report requires adoption of code of conduct (PhRMA), training program and investigation policy, audit of program
  - Report due 6/1/08

- **West Virginia** – Marketing Disclosure Rule
  - Anticipated legislative approval early April
  - In the interim, required to report marketing expenses pursuant to "Emergency Rule"
  - Report due 3/1/08

18



# National Sales Meeting



19-23649-rdd Doc 2181-2 Filed 12/21/20 Entered 12/21/20 16:41:46 Leventhal
Ex. 008_Redacted Pg 21 of 27



# Compliance Talks to Four Regions

- Thanked sales teams for their commitment to compliance
  - Timely completion of CIA training
  - Professionalism in appropriate and lawful promotion
- Reinforced the importance of compliance
  - Knowledge, awareness, and application of compliance training and product information is Purdue's – and the rep's! – best defense
  - Staying focused on approved messages and materials
- Key reminders
  - Administrative tasks impact compliance
  - Adverse Events, Product Complaints, Reports of Concern, and Abuse & Diversion Detection reporting (Dilaudid, too)
  - Study compliance scenarios
  - Institutional policies for home office review
  - Changes to expense attribution policies

20





# Compliance Speedway Game

## *The Competition was Fierce, as Districts Faced Off!*



21



19-23649-rdd   Doc 2181-2   Filed 12/21/20   Entered 12/21/20 16:41:46   Leventhal
Ex. 008_Redacted   Pg 23 of 27

# From 'Compliance Speedway'



22

QUESTION: After providing an educational grant for a CME activity, may a drug company representative recommend a speaker?

QUESTION: True or False? Part of providing a "fair and balanced" description of a drug's risks and benefits is that risk information must be presented with prominence and readability comparable to safety or efficacy information.

QUESTION: True or false? HIPAA's privacy rule permits a covered entity to disclose protected health information (PHI) to a pharmaceutical company so it can report adverse events.

ANSWER: True. The reporting of adverse events is a specific exclusion to HIPAA's privacy provisions.

ANSWER: Tru

...in finding
al speakers. The final deci-
n the accreditor or the sponsor.
...com-
...ing



19-23649-rdd   Doc 2181-2   Filed 12/21/20   Entered 12/21/20 16:41:46   Leventhal
Ex. 008_Redacted   Pg 24 of 27

# 2008 Workplan Under Development





# 2008 Workplan Under Development

- Compliance with CIA



24



# 2008 Workplan Under Development

- Compliance beyond the CIA is Equally Important:
  - Addressing Risks through Compliance Committees / Compliance Council
    - Sales - Monitoring of field sales call notes, expenses
    - R&D - Focusing on patient/subject safety, CRO involvement in trials, reporting of clinical trial results
    - Quality & Manufacturing – GMP, GLP
  - Auditing and monitoring
    - Based on detected weaknesses
    - Based on evaluation of compliance risk areas
  - Development of new, creative, and engaging compliance training
  - Compliance with federal, state and institutional requirements
  - Development of new Compliance Scorecard – inputs and scoring

25





# 2008 Workplan Under Development

- Sales District meetings and Representative ride-alongs

- Visibility at each Purdue site

- Weekly Grant Review Committee meetings

- Compliance Investigations

- Sales and Marketing compliance workshops; 25+ Sales Representative training programs

- Monthly meetings with CSA Compliance, EHS, Quality, etc.

- Monitoring of compliance enforcement trends, CIAs

- Communications with Employees

- Employee opinion survey, conflict of interest survey

- Industry compliance leadership roles

26

