June 20, 2011 · RRS, BS, RSS, TOS, PB, TES, MOHS, KAS, TL, CP
SDS, AW, PDM, CBM, RMS

**Redacted as Non-Purdue Material**

Produced by PURDUE PHARMA L.P.   PUBLICLY FILED PER STIPULATION [ECF 2140]   PPLPBN-00000903
to USDOJ pursuant to Subpoena Duces Tecum, CIDs and Related Requests
FOIA CONFIDENTIAL TREATMENT REQUESTED

A036

June 21, 2011

RCS, BS, RSS, PB
JES, CP, JL, MOAS, KAB
CBM, SOS, JK, SBM, River Gordia

**Redacted as Non-Purdue Material**

Produced by PURDUE PHARMA L.P.  PUBLICLY FILED PER STIPULATION [ECF 2140]  PPLPBN-00000904
to USDOJ pursuant to Subpoena Duces Tecum, CIDs and Related Requests
FOIA CONFIDENTIAL TREATMENT REQUESTED

June 22, 2011

RSS, BS, RRS, TSS, MOAS, VL, CP, IB, JBS, KAS

US Presentation

**Redacted as Non-Purdue Material**

Produced by PURDUE PHARMA L.P.    PUBLICLY FILED PER STIPULATION [ECF 2140]    PPLPBN-00000905
to USDOJ pursuant to Subpoena Duces Tecum, CIDs and Related Requests
FOIA CONFIDENTIAL TREATMENT REQUESTED

CONTAINS CONFIDENTIAL INFORMATION SUBJECT TO CONFIDENTIAL TREATMENT SUBJECT TO PROTECTIVE ORDER

**Redacted as Non-Purdue Material**

Produced by PURDUE PHARMA L.P.     PUBLICLY FILED PER STIPULATION [ECF 2140]        PPLPBN-00000906
to USDOJ pursuant to Subpoena Duces Tecum, CIDs and Related Requests
FOIA CONFIDENTIAL TREATMENT REQUESTED

**Redacted as Non-Purdue Material**

June 23, 2001

RRS, BS, RSS, JOS, PB
CP, JL, KAS, TES, MO4S
SOB, CBM, et al

**Redacted as Non-Purdue Material**

Produced by PURDUE PHARMA L.P.    PUBLICLY FILED PER STIPULATION [ECF 2140]    PPLPBN-00000907
to USDOJ pursuant to Subpoena Duces Tecum, CIDs and Related Requests
FOIA CONFIDENTIAL TREATMENT REQUESTED

**Redacted as Non-Purdue Material**

Produced by PURDUE PHARMA L.P.   PUBLICLY FILED PER STIPULATION [ECF 2140]   PPLPBN-00000908
to USDOJ pursuant to Subpoena Duces Tecum, CIDs and Related Requests
FOIA CONFIDENTIAL TREATMENT REQUESTED

JX-1786.0006

June 24, 2014

CP, JL, KAS, MDAS, JSC, TES
RSS, PB, RRS, BS, TDS
SOB, et al.

Ernst & Jng (Dave)

**Redacted as Non-Purdue Material**

Produced by PURDUE PHARMA L.P.    PUBLICLY FILED PER STIPULATION [ECF 2140]    PPLPBN-00000909
to USDOJ pursuant to Subpoena Duces Tecum, CIDs and Related Requests
FOIA CONFIDENTIAL TREATMENT REQUESTED

JX-1786.0007

**Redacted as Non-Purdue Material**

Produced by PURDUE PHARMA L.P.   PUBLICLY FILED PER STIPULATION [ECF 2140]   PPLPBN-00000910
to USDOJ pursuant to Subpoena Duces Tecum, CIDs and Related Requests
FOIA CONFIDENTIAL TREATMENT REQUESTED

REDACTED CONTAINS CONFIDENTIAL ASSIGNMENT
TREAT SUBJECT PROTECTIVE ORDER

# Redacted as Non-Purdue Material

Vintage Pharmaceuticals

MO48, KAS, JL, CP, FSS, ISC   Approved
PS, VG, CSS, BS, RCS

# Attorney-Client Privilege

Produced by PURDUE PHARMA L.P.   PUBLICLY FILED PER STIPULATION [ECF 2140]   PPLPBN-00000911
to USDOJ pursuant to Subpoena Duces Tecum, CIDs and Related Requests
FOIA CONFIDENTIAL TREATMENT REQUESTED

REDACTED – CONTAINS PRIVILEGED AND/OR CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER TREAT SUBJECT TO PROTECTIVE ORDER

# Attorney-Client Privilege

Produced by PURDUE PHARMA L.P.    PUBLICLY FILED PER STIPULATION [ECF 2140]    PPLPBN-00000912
to USDOJ pursuant to Subpoena Duces Tecum, CIDs and Related Requests
FOIA CONFIDENTIAL TREATMENT REQUESTED

Oncology Market

✗✗✗

ON    Should we enter oncology market in US and
NEXT  if so what about Mundi?
M&NO4 • late stage acquisition seems doable
as well • acquired co must be cash flow positive
✗✗✗    by 2014
       • low risk - look for cash flow positive
                  acquisitions
TSS - Defer    - Done by global unit
KAS - Defer    - be ready for 2013/2014
MOAS -
RES - Defer
CP -  Take a look           DEFER
TOS - Take a look
ESS - Take a look
TL -  Defer


PPLP Q2 $300 M DISTRIBUTION


APPROVED ↗

RES, SS, ESS, TOS, PB
TSS, KAS, TSL, MOAS, TL, CP

Produced by PURDUE PHARMA L.P.    PUBLICLY FILED PER STIPULATION [ECF 2140]    PPLPBN-00000913
to USDOJ pursuant to Subpoena Duces Tecum, CIDs and Related Requests
FOIA CONFIDENTIAL TREATMENT REQUESTED

JX-1786.0011

CONTAINS CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

**Redacted as Non-Purdue Material**

US Budget Adjustment

* $1.1 gross sales shortfall
* $800 M short on bottom line

No change to Budget
Increase headcount okay but do it by
attrition or other cost savings measures so
the bottom line of the MYE is not adversely
impacted

QRS, QSS, VOS,
TG, TES, KNS,
MOAS, CP, JL
ISL

(Approved)

*. Authorize to hire, but keep your total
headcount out/or spend the same

**Redacted as Non-Purdue Material**

Produced by PURDUE PHARMA L.P.   PUBLICLY FILED PER STIPULATION [ECF 2140]   PPLPBN-00000914
to USDOJ pursuant to Subpoena Duces Tecum, CIDs and Related Requests
FOIA CONFIDENTIAL TREATMENT REQUESTED