TREAT SUBJECT TO PROTECTIVE ORDER

**In the Matter Of:**

*Purdue Pharma Bankruptcy*

---

*CECIL PICKETT, PH.D.*

*October 30, 2020*

---



PUBLICLY FILED PER STIPULATION [ECF 2140]

TREAT SUBJECT TO PROTECTIVE ORDER

Highly Confidential Cecil Pickett, Ph.D. - October 30, 2020

176

```
1    CECIL PICKETT, PhD - HIGHLY CONFIDENTIAL
2    the family as to the extent of
3    distributions.
4         Q    Do you recall a difference
5    in the discussions between a non-tax
6    distribution and a tax distribution?
7         A    I'm sorry.  Could you just
8    repeat that one more time, please?
9         Q    Sure.
10        Do you remember a
11   difference in the discussions between
12   a non-tax distribution and a tax
13   distribution?
14        A    Not to my recollection,
15   no.
16        Q    Do you recall whether the
17   discussions about distributions were
18   had in connection with discussions
19   regarding the budget?
20        A    Yes, I do recall that.
21        Q    Okay.
22        And what is it that you do
23   recall about that?
24        A    Well, the budget meetings
25   would -- would take place and there
```

PUBLICLY FILED PER STIPULATION [ECF 2140]

Highly Confidential Cecil Pickett, Ph.D. - October 30, 2020

177

1    CECIL PICKETT, PhD - HIGHLY CONFIDENTIAL

2    was a sense of what kind of support

3    the activities needed with regard to

4    funding, and then I think the

5    distribution discussions came up after

6    that.

7              And so I think it was put

8    into context of what was -- what was

9    needed for funding of ongoing

10   activities -- or a request -- or

11   request from management.

12             I mentioned -- you know, I

13   mentioned the OTC business being

14   expanded.  There was also a

15   geographical expansion in various

16   territories, too, that also needed

17   support in funding, particularly in

18   the Asian territories.

19        Q    And so the support in

20   funding could have been at any of the

21   IACs, it would have been considered as

22   a whole?

23        A    Would have -- I'm sorry --

24             (Simultaneous Crosstalk.)

25             MR. HERRINGTON:  Objection