UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>PURDUE PHARMA L.P. | Case No. 21-07532 (CM) (Lead)<br>Case No. 21-08055 (CM) (California) |

**CALIFORNIA'S JOINDER IN OTHER APPELLANTS'**
**SUPPLEMENTAL BRIEFS UNDER FED. R. BANKR. P. 8014(e)**

Under rule 8014(e) of the Federal Rules of Bankruptcy Procedure, appellants the State of California and the People of the State of California join in and adopt by reference the *Supplemental Brief of Appellants the States of Washington, Connecticut, Delaware, Rhode Island, and Vermont* [No. 21-07532, Dkt. 243] and the *Supplemental Brief of Appellant, William K. Harrington, United States Trustee* [No. 21-07532, Dkt. 245].

Dated: Los Angeles, CA
December 6, 2021

Respectfully submitted,

_____
BERNARD A. ESKANDARI
Supervising Deputy Attorney General
California Department of Justice
300 South Spring Street, Suite 1702
Los Angeles, CA 90013
Tel: (213) 269-6348
Fax: (213) 897-4951
bernard.eskandari@doj.ca.gov

## CERTIFICATE OF SERVICE

    I, Bernard A. Eskandari, hereby certify that, on December 6, 2021, I caused true and correct copies of the foregoing document to be served by the Court's CM/ECF System to all parties who are deemed to have consented to electronic service.

                                                                  BERNARD A. ESKANDARI