ELLEN ISAACS, Pro Se
ryansopc@gmail.com
Tel: (561) 860-0770

Representing Patrick Ryan Wroblewski, Ellen Isaacs and The American People

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

_____

In re:                                                                          Chapter 11

PURDUE PHARMA, L.P., et al.,                                 Case No: 21-cv-07532-CM

           Debtors.                                                        (Jointly Administered)
_____

## OBJECTION TO RICHARD SACKLER'S ADDENDUM TO SUPPLEMENTAL BRIEF

**COMES NOW,** Ellen Isaacs, Pro Se, on behalf of Patrick Ryan Wroblewski, herself and The American People hereby files the within Objection to Richard Sackler's Addendum to Supplemental Brief based upon the following facts:

1. Richard Sackler is a known habitual liar.
2. Purdue Pharma has been found guilty of Fraud and Deception upon the American People in 2007 & 2020.
3. Richard Sackler was the driving force behind the Fraud and Deception upon the American People as the Chief Officer of Purdue Pharma.
4. Richard Sackler & The Sackler Family have been using egregious and heinous tactics to make profits over that of human lives since the 1950's.
5. The Senate Oversight Committee called in The Sackler's (on zoom recording) due to the Mental Health Pandemic they created under a piece of paper entitled The Purdue Pharma et al Corporation. They are all the decision makers.
6. Richard Sackler and The Sackler Family A & B continue to abuse their power and discretion with their wealth to confuse the Court of the real facts in this case.
7. The Sackler's have murdered hundred's of thousands of loving human's with feelings and emotions.
8. All of these individuals had countless family members, friends and colleagues that are now grief stricken. The grief is causing physical and emotional dis-ease to millions and it is proven to have fractured the very fabric of our country and the well being of our citizens.
9. The supplemental brief submitted for Richard Sackler is an additional linguistic gymnastic to take the focus off of the facts. Richard Sackler and The Sackler Family shielded their wealth.
10. The Sackler's, especially Richard Sackler, have no remorse for their heinous actions.

11.     Kathe Sackler advised the Congressional Oversight Committee that if she would have to do it all over again she would not have done anything differently.

12.     The Sackler's continue to lobby the Department of Justice. As recent as August 2021.

13.     The Sackler's attorney's have threatened CNN.

14.     The Sackler's just took out an article on Reuter's to defend themselves after The Activists held a rally in front of the Department of Justice for their Federal Indictment for their habitual malfeasance and white collar crimes.

15.     This affidavit is just another ploy by Richard Sackler and he is using his highly paid attorney's (puppets) to play out his charade.

     I, Ellen Isaacs, Pro Se, object to Richard Sackler's Supplemental Brief; along with the entire Bankruptcy proceedings. It's all been a scam by The Sackler's to shield their wealth while the medical system is overloaded with drug related deaths, permanent personal injury, and physical and mental dis-ease behind all of the grief Richard Sackler & The Sackler Family themselves created. The families are devastated and this charade must come to an end. The Sackler's do not deserve any privileges in any Court System.

                                                           s/Ellen Isaacs

                                                           _____

December 8, 2021                                          Ellen Isaacs, Pro Se

Service via Temporary Pro Se email vehicle to Purdue Pharma Team