UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>PURDUE PHARMA L.P., *et al.*,<br>BANKRUPTCY APPEALS<br><br>This Filing Relates to<br><br>ALL MATTERS | 21 cv 7532 (CM)<br>21 cv 7585 (CM)<br>21 cv 7961 (CM)<br>21 cv 7962 (CM)<br>21 cv 7966 (CM)<br>21 cv 7969 (CM)<br>21 cv 8034 (CM)<br>21 cv 8042 (CM)<br>21 cv 8049 (CM)<br>21 cv 8055 (CM)<br>21 cv 8139 (CM)<br>21 cv 8258 (CM)<br>21 cv 8271 (CM)<br>21 cv 8548 (CM)<br>21 cv 8557 (CM)<br>21 cv 8566 (CM)<br><br>On Appeal from the United States Bankruptcy Court for the Southern District of New York |

**DEBTORS' NOTICE OF MOTION TO CERTIFY AN APPEAL PURSUANT TO 28 U.S.C. § 1292(b) OF THIS COURT'S DECEMBER 16, 2021 ORDER VACATING THE BANKRUPTCY COURT'S CONFIRMATION OF THE DEBTORS' CHAPTER 11 PLAN OF REORGANIZATION**

PLEASE TAKE NOTICE that Purdue Pharma L.P. and its affiliated debtors (collectively, "**Debtors**")[1], hereby move this Court, before the Honorable Colleen McMahon at the United States Courthouse for the Southern District of New York, located at 500 Pearl Street, New York,

---

[1] The Debtors are as follows: Purdue Pharma L.P., Purdue Pharma Inc., Purdue Transdermal Technologies L.P., Purdue Pharma Manufacturing L.P., Purdue Pharmaceuticals L.P., Imbrium Therapeutics L.P., Adlon Therapeutics L.P., Greenfield BioVentures L.P., Seven Seas Hill Corp., Ophir Green Corp., Purdue Pharma of Puerto Rico, Avrio Health L.P., Purdue Pharmaceutical Products L.P., Purdue Neuroscience Company, Nayatt Cove Lifescience Inc., Button Land L.P., Rhodes Associates L.P., Paul Land Inc., Quidnick Land L.P., Rhodes Pharmaceuticals L.P., Rhodes Technologies, UDF LP, SVC Pharma LP, and SVC Pharma Inc.

NY 10007, at a time and date to be determined by the Court, to certify for interlocutory appeal pursuant to 28 U.S.C. § 1292(b) the Court's Decision and Order on Appeal entered on December 16, 2021.

In support of this motion, the Debtors hereby rely upon the accompanying Memorandum of Law.

Dated: December 30, 2021
      New York, New York

DAVIS POLK & WARDWELL LLP

By:   */s/ Benjamin S. Kaminetzky*

450 Lexington Avenue
New York, New York 10007
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Marshall S. Huebner
Benjamin S. Kaminetzky
Eli J. Vonnegut
James I. McClammy
Marc J. Tobak
Christopher S. Robertson
Gerard X. McCarthy

*Counsel to the Debtors
and Debtors in Possession*