UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

In re: PURDUE PHARMA, L.P.　　　　　　　　　　21 cv 7532 (CM) [Master Case]

　　　　　　　　　　　　　　　　　　　　　　　　　　　[rel: 21 cv 7585 (CM)
------------------------------------------------------------x　21 cv 7961 (CM)
　　　　　　　　　　　　　　　　　　　　　　　　　　　21 cv 7962 (CM)
This Filing Relates to　　　　　　　　　　　　　　　　21 cv 7966 (CM)
　　　　　　　　　　　　　　　　　　　　　　　　　　　21 cv 7969 (CM)
------------------------------------------------------------x　21 cv 8034 (CM)
　　　　　　　　　　　　　　　　　　　　　　　　　　　21 cv 8042 (CM)
ALL MATTERS　　　　　　　　　　　　　　　　　　　21 cv 8049 (CM)
　　　　　　　　　　　　　　　　　　　　　　　　　　　21 cv 8055 (CM)
　　　　　　　　　　　　　　　　　　　　　　　　　　　21 cv 8139 (CM)
　　　　　　　　　　　　　　　　　　　　　　　　　　　21 cv 8258 (CM)
　　　　　　　　　　　　　　　　　　　　　　　　　　　21 cv 8271 (CM)
　　　　　　　　　　　　　　　　　　　　　　　　　　　21 cv 8548 (CM)
　　　　　　　　　　　　　　　　　　　　　　　　　　　21 cv 8557 (CM)
------------------------------------------------------------x　21 cv 8566 (CM)]

## ORDER

McMahon, J.:

　　　Because of the importance of the issues raised by the motions for certification (Dkt. Nos. 282, 284, 286), any party that opposes certification of the court's order for immediate appeal to the Second Circuit must file a brief explaining the reasons for opposition no later than Thursday, January 6, at 5 PM.  The court plans to rule on the motion on an expedited basis this Friday (no reply will be necessary).

Dated: January 3, 2022

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Colleen McMahon
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　U.S.D.J.

BY ECF TO ALL COUNSEL

1