UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re: PURDUE PHARMA

BANKRUPTCY APPEALS

21-cv-7532 (CM);
21-cv-7585 (CM);
21-cv-7961 (CM);
21-cv-7962 (CM);
21-cv-7966 (CM);
21-cv-7969 (CM);
21-cv-8034 (CM);
21-cv-8042 (CM);
21-cv-8049 (CM);
21-cv-8055 (CM);
21-cv-8139 (CM);
21-cv-8258 (CM);
21-cv-8271 (CM);
21-cv-8548 (CM);
21-cv-8557 (CM);
21-cv-8566 (CM)
(Consolidated)

## NOTICE OF APPEAL

NOTICE is hereby given that Appellees the Mortimer-side Initial Covered Sackler Persons ("Side A"),[1] by and through their undersigned counsel, appeal to the United States Court of Appeals for the Second Circuit from the Decision and Order on Appeal of the Honorable Colleen McMahon, entered on December 16, 2021 (the "Order") (ECF No. 279, Case. No. 7:21-cv-07532) (annexed as Exhibit A), and the identical orders entered on December 16, 2021 in each of the consolidated cases captioned above.[2] The Order vacates the September 17, 2021

---

[1] Side A includes Theresa Sackler, Ilene Sackler Lefcourt, Kathe Sackler, and Mortimer D.A. Sackler, as well as trusts of which they are beneficiaries and the trustees of those trusts, and Beacon Company. Amended and Restated Case Stipulation Among the Debtors, the Official Committee of Unsecured Creditors and Certain Related Parties ¶ 1, Bankr. ECF No. 518, Case No. 19-23649-rdd.

[2] *See* ECF No. 158, Case No. 7:21-cv-07961; ECF No. 157, Case No. 7:21-cv-07962; ECF No. 163, Case No. 7:21-cv-07966; ECF No. 164, Case No. 7:21-cv-07969; ECF No. 152, Case No. 7:21-cv-08034; ECF No. 144, Case No. 7:21-cv-08042; ECF No. 148, Case No. 7:21-cv-07585; ECF No. 150, Case No. 7:21-cv-08049; ECF No. 130, Case No. 7:21-cv-08258; ECF No. 152, Case No. 7:21-cv-08055; ECF No. 141, Case No. 7:21-cv-

order of Bankruptcy Judge Robert D. Drain of the United States Bankruptcy Court for the Southern District of New York confirming Debtors' Plan of Reorganization (*see* Findings of Fact, Conclusions of Law, and Order Confirming the Twelfth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and Its Affiliated Debtors (Bankr. ECF No. 3787, Case No. 19-23649) (annexed as Exhibit B)) and Judge Drain's related September 1, 2021 bench ruling, filed on the docket on September 17, 2021 as the Modified Bench Ruling on Request for Confirmation of Eleventh Amended Joint Chapter 11 Plan (Bankr. ECF No. 3786, Case No. 19-23649) (annexed as Exhibit C).

The parties to the order appealed from, and the names and addresses of those parties or their respective attorneys, if applicable, are as follows:

Purdue Pharma L.P. and Affiliated Debtors[3]

Marshall S. Huebner
Benjamin S. Kaminetzky
Eli J. Vonnegut
James I. McClammy
Marc J. Tobak
Gerard X. McCarthy
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017

The Mortimer-Side Initial Covered Sackler Persons

Jasmine Ball
Maura Kathleen Monaghan
Jeffrey J. Rosen
DEBEVOISE & PLIMPTON LLP

---

08139; ECF No. 148, Case No. 7:21-cv-08271; ECF No. 98, Case No. 7:21-cv-08548; ECF No. 100, Case No. 7:21-cv-08566; ECF No. 97, Case No. 7:21-cv-08557.

[3] Purdue Pharma L.P.; Purdue Pharma Inc.; Purdue Transdermal Technologies L.P.; Purdue Pharma Manufacturing L.P.; Purdue Pharmaceuticals L.P.; Imbrium Therapeutics L.P.; Adlon Therapeutics L.P.; Greenfield BioVentures L.P.; Seven Seas Hill Corp.; Ophir Green Corp.; Purdue Pharma of Puerto Rico; Avrio Health L.P.; Purdue Pharmaceutical Products L.P.; Purdue Neuroscience Company; Nayatt Cove Lifescience Inc.; Button Land L.P.; Rhodes Associates L.P.; Paul Land Inc.; Quidnick Land L.P.; Rhodes Pharmaceuticals L.P.; Rhodes Technologies; UDF LP; SVC Pharma LP; SVC Pharma Inc.

2

919 Third Avenue
New York, NY 10022

The Raymond Sackler Family[4]

Gerard Uzzi
Alexander B. Lees
MILBANK LLP
55 Hudson Yards
New York, NY 10001

Gregory P. Joseph
Mara Leventhal
JOSEPH HAGE AARONSON LLC
485 Lexington Avenue, 30th Floor
New York, NY 10017

States of Connecticut, Delaware, Rhode Island, Vermont, and Washington

Irve J. Goldman
PULLMAN & COMLEY
850 Main Street, 8th Floor
P.O. Box 7006
Bridgeport, CT 06601

Matthew J. Gold
Robert M. Tuchman
KLEINBERG, KAPLAN, WOLFF & COHEN, P.C.
500 Fifth Avenue
New York, NY 10110

State of Connecticut

OFFICE OF THE ATTORNEY GENERAL
165 Capitol Avenue
Hartford, CT 06106

State of Delaware

OFFICE OF THE ATTORNEY GENERAL
820 North French Street
Wilmington, DE 19801

---

[4] The Raymond Sackler Family consists of the descendants of Raymond R. Sackler, and the descendants' current and former spouses.

State of Rhode Island

OFFICE OF THE ATTORNEY GENERAL
150 South Main Street
Providence, RI 02903

State of Vermont

OFFICE OF THE ATTORNEY GENERAL
109 State Street
Montpelier, VT 05609

State of Washington

OFFICE OF THE ATTORNEY GENERAL
PO Box 40100
Olympia, WA 98504-0100

District of Columbia

D.C. OFFICE OF THE ATTORNEY GENERAL
400 6th Street, NW, Suite 8100
Washington, D.C. 20001

State of Maryland

OFFICE OF THE ATTORNEY GENERAL
200 Saint Paul Place
Baltimore, Maryland 21202

State of California

OFFICE OF THE ATTORNEY GENERAL
CALIFORNIA DEPARTMENT OF JUSTICE
300 South Spring Street, Suite 1702
Los Angeles, CA 90013

State of Oregon

Office of the Attorney General
1162 Court St. NE
Salem, Oregon 97301-4096

Certain Canadian Municipality Creditors and First Nation Creditors[5]

J. Carl Cecere
CECERE P.C.
6035 McCommas Blvd.
Dallas, TX 75206

Allen J. Underwood, II
LITE DEPALMA GREENBERG & AFANADOR, LLC
570 Broad Street, Suite 1201
Newark, NJ 07102

Ad Hoc Group of Individual Victims of Purdue Pharma, L.P.

J. Christopher Shore
Michele J. Meises
Alice Tsier
Amanda J. Wong
WHITE & CASE LLP
1221 Avenue of the Americas
New York, New York 10020

Edward E. Neiger
Jennifer A. Christian
ASK LLP
60 East 42nd Street, 46th Floor
New York, New York 10165

Multi-State Governmental Entities Group

Kevin C. Maclay, Esq.
Jeffrey A. Liesemer, Esq.
Todd E. Phillips, Esq.
Lucas H. Self, Esq.
CAPLIN & DRYSDALE, CHARTERED
One Thomas Circle, NW, Suite 1100
Washington, DC 20005

---

[5] City of Grande Prairie as Representative Plaintiff for a Class Consisting of All Canadian Municipalities, the Cities of Brantford, Grand Prairie, Lethbridge, and Wetaskiwin; The Peter Ballantyne Cree Nation on behalf of All Canadian First Nations and Metis People, the Peter Ballantyne Cree Nation on behalf of itself, and the Lac La Ronge Indian Band.

U.S. Trustee, William K. Harrington

Department of Justice
Executive Office for
United States Trustees
441 G Street, NW, Suite 6150
Washington, DC 20530

Department of Justice
Office of the United States Trustee
201 Varick Street, Room 1006
New York, NY 10014

Official Committee of Unsecured Creditors of Purdue Pharma L.P., et al.

Arik Preis
Mitchell P. Hurley
Sara L. Brauner
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, N.Y. 10036-6745

Z.W. Julius Chen
AKIN GUMP STRAUSS HAUER & FELD LLP
2001 K Street, N.W.
Washington, D.C. 20006

Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants

Kenneth H. Eckstein
Rachael Ringer
Jonathan Wagner
David E. Blabey Jr.
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, NY 10036

David J. Molton
Gerard Cicero
BROWN RUDNICK LLP
7 Times Square
New York, NY 10036

Richard D. Shore
Daniel I. Wolf
GILBERT LLP
100 New York Ave, NW, Suite 700

Washington, D.C. 20005

Melanie L. Cyganowski
Jennifer S. Feeney
OTTERBOURG P.C.
230 Park Avenue
New York, NY 10169

Ronald S. Bass

450 Little Place, Apt. 53
N. Plainfield, NJ 07060

Maria Ecke

8 Glenbrook Dr.
West Simsbury, CT 06092

Andrew Ecke

18 Meadowlark Rd.
West Simsbury, CT 06092

Richard Ecke

18 Meadowlark Rd.
West Simsbury, CT 06092

Ellen Isaacs

P.O. Box 6553
Delray Beach, FL 33482

Ad Hoc Committee of NAS Children

Harold D. Israel
LEVENFELD PEARLSTEIN, LLC
2 North LaSalle St., Suite 1300
Chicago, Illinois 60602

Scott R. Bickford
MARTZELL, BICKFORD & CENTOLA
338 Lafayette Street
New Orleans, LA 70130

<u>United States of America</u>

Damian Williams
United States Attorney
Southern District of New York
86 Chambers Street, Third Floor
New York, New York 10007


Dated: January 16, 2021
New York, New York

                By:  <u>*/s/ Maura Kathleen Monaghan*</u>
                Maura Kathleen Monaghan
                Debevoise & Plimpton LLP
                919 Third Avenue
                New York, New York 10022
                Telephone:(212) 909-6000
                Facsimile: (212) 909-6836
                Email:     mkmonaghan@debevoise.com

*Counsel for the Mortimer-side Initial Covered Sackler Persons*

**CERTIFICATE OF SERVICE**

I, Maura Kathleen Monaghan, hereby certify that, on January 16, 2021, I caused true and correct copies of the foregoing document to be served by the Court's CM/ECF System to all parties who are deemed to have consented to electronic service. All pro se litigants will be served with a copy of this filing by first class mail.

Dated: January 16, 2021
New York, New York

By: */s/ Maura Kathleen Monaghan*
Maura Kathleen Monaghan

*Counsel for the Mortimer-side Initial Covered Sackler Persons*