UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>PURDUE PHARMA L.P., *et al.*,<br><br>     *Debtors*, | Chapter 11<br><br>Case No. 19–23649 (RDD)<br><br>(Jointly Administered) |
| This Filing Relates to | 21 cv 7532 (CM) (Lead)<br>21 cv 7585 (CM)<br>21 cv 7961 (CM)<br>21 cv 7962 (CM)<br>21 cv 7966 (CM)<br>21 cv 7969 (CM)<br>21 cv 8034 (CM)<br>21 cv 8042 (CM)<br>21 cv 8049 (CM)<br>21 cv 8055 (CM)<br>21 cv 8139 (CM)<br>21 cv 8258 (CM)<br>21 cv 8271 (CM)<br>21 cv 8548 (CM)<br>21 cv 8557 (CM)<br>21 cv 8566 (CM) |
| ALL MATTERS | |
| In re:<br><br>PURDUE PHARMA L.P., *et al.*,<br><br>     *Debtors*,<br><br>PURDUE PHARMA L.P., PURDUE PHARMA INC., PURDUE TRANSDERMAL TECHNOLOGIES L.P., PURDUE PHARMA MANUFACTURING L.P., PURDUE PHARMACEUTICALS L.P., IMBRIUM THERAPEUTICS L.P., ADLON THERAPEUTICS L.P., GREENFIELD BIOVENTURES L.P., SEVEN SEAS HILL CORP., OPHIR GREEN CORP., PURDUE PHARMA OF PUERTO RICO, AVRIO HEALTH L.P., PURDUE PHARMACEUTICAL PRODUCTS L.P., PURDUE NEUROSCIENCE COMPANY, NAYATT | Case No. 22-85 (Lead)<br>Case No. 22-110 (Lead) |

COVE LIFESCIENCE INC., BUTTON
LAND L.P., RHODES ASSOCIATES L.P.,
PAUL LAND INC., QUIDNICK LAND
L.P., RHODES PHARMACEUTICALS
L.P., RHODES TECHNOLOGIES, UDF
LP, SVC PHARMA LP, SVC PHARMA
INC., OFFICIAL COMMITTEE OF
UNSECURED CREDITORS OF PURDUE
PHARMA, L.P., ET AL., MULTI-STATE
GOVERNMENTAL ENTITIES GROUP,
AD HOC COMMITTEE OF
GOVERNMENTAL AND OTHER
CONTINGENT LITIGATION
CLAIMANTS, AD HOC GROUP OF
INDIVIDUAL VICTIMS OF PURDUE
PHARMA L.P., ET AL., RAYMOND
SACKLER FAMILY, MORTIMER-SIDE
INITIAL COVERED SACKLER
PERSONS,

*Appellants*,

– v. –

THE STATE OF WASHINGTON, THE
STATE OF MARYLAND, THE DISTRICT
OF COLUMBIA, THE CITY OF GRANDE
PRAIRIE AS REPRESENTATIVE
PLAINTIFF FOR A CLASS CONSISTING
OF ALL CANADIAN MUNICIPALITIES,
THE CITIES OF BRANTFORD, GRAND
PRAIRIE, LETHBRIDGE AND
WETASKIWIN, THE PETER
BALLANTYNE CREE NATION ON
BEHALF OF ALL CANADIAN FIRST
NATIONS AND METIS PEOPLE, THE
PETER BALLANTYNE CREE NATION
ON BEHALF OF ITSELF, AND THE LAC
LA RONGE INDIAN BAND, U.S.
TRUSTEE WILLIAM K. HARRINGTON,
THE STATE OF CONNECTICUT,
RONALD BASS, THE STATE OF
CALIFORNIA, THE PEOPLE OF THE
STATE OF CALIFORNIA, THE STATE
OF OREGON, THE STATE OF
DELAWARE, THE STATE OF RHODE
ISLAND, THE STATE OF VERMONT,

ELLEN ISAACS, ON BEHALF OF
PATRICK RYAN WROBLEWSKI,
MARIA ECKE, ANDREW ECKE,
RICHARD ECKE,

         *Appellees,*

UNITED STATES OF AMERICA,

         *Interested Party.*

## DEBTORS-APPELLANTS' STATEMENT OF THE ISSUES AND DESIGNATION OF RECORD ON APPEAL FOR SECOND CIRCUIT CASE NOS. 22-85 AND 22-110

Pursuant to Federal Rule of Appellate Procedure 6(b)(2)(B)(i), Purdue Pharma L.P. and and its affiliated debtors[1] ("**Debtors**" or "**Purdue**") respectfully submit this statement of the issues to be presented and designations of items to be included in the record on appeal with respect to the following appeals pending before the United States Court of Appeals for the Second Circuit:  Case No. 22-85 and Case No. 22-110 (together, the "**Appeals**").

### STATEMENT OF THE ISSUES TO BE PRESENTED ON APPEAL

1.      Whether the District Court erred in concluding that the Bankruptcy Court lacked authority to confirm a chapter 11 plan of reorganization containing non-consensual third-party releases, including by disregarding Second Circuit precedent authorizing such releases in rare circumstances when such releases play an important part in the success of a chapter 11 plan of reorganization.  This is a legal issue that is reviewed de novo.

---

[1] The Debtors are as follows: Purdue Pharma L.P., Purdue Pharma Inc., Purdue Transdermal Technologies L.P., Purdue Pharma Manufacturing L.P., Purdue Pharmaceuticals L.P., Imbrium Therapeutics L.P., Adlon Therapeutics L.P., Greenfield BioVentures L.P., Seven Seas Hill Corp., Ophir Green Corp., Purdue Pharma of Puerto Rico, Avrio Health L.P., Purdue Pharmaceutical Products L.P., Purdue Neuroscience Company, Nayatt Cove Lifescience Inc., Button Land L.P., Rhodes Associates L.P., Paul Land Inc., Quidnick Land L.P., Rhodes Pharmaceuticals L.P., Rhodes Technologies, UDF LP, SVC Pharma LP, and SVC Pharma Inc.

2.      Whether the District Court erred in holding that bankruptcy courts lack constitutional authority to enter a final order confirming a chapter 11 plan of reorganization that contain non-consensual third party releases.  This is a legal issue that is reviewed de novo.

3.      Whether the District Court otherwise erred in vacating the Bankruptcy Court's order confirming the Debtors' chapter 11 plan of reorganization ("**Plan**"), including because the Bankruptcy Court correctly determined that (i) the non-consensual releases reflected in Section 10.7 of the Plan meet the requirements under governing Second Circuit law; (ii) the Plan satisfies the requirements of the Due Process Clause of the United States Constitution; (iii) the Plan is consistent with the Bankruptcy Clause of the United States Constitution; (iv) the settlement with Purdue's shareholders (the Sackler families) that is reflected in the Plan is fair and equitable under governing Second Circuit law; and (v) the Plan satisfies section 1129(a)(7) of the Bankruptcy Code.  A Bankruptcy Court's factual findings are reviewed for clear error, its legal conclusions are reviewed de novo, and the Bankruptcy Court's approval of the reasonableness of a settlement is reviewed for abuse of discretion.

The Debtors reserve the right to seek leave to amend or supplement to these issues in the opening brief.

DESIGNATION OF ITEMS
TO BE INCLUDED IN THE RECORD ON APPEAL

The following items from the jointly-administered lead bankruptcy cases and adversary proceedings and from the consolidated district court appeals are to be included in the record on appeal in the Appeals.  For the avoidance of doubt, each designated item shall include any and all exhibits and documents annexed to and referenced within such items.

4

*In re Purdue Pharma L.P., et al.*, Case No. 19-23649 (RDD) (Bankr. S.D.N.Y.);

| Docket Number | Document | Filing Date |
|---|---|---|
| | Docket Report | |
| 1 | Chapter 11 Voluntary Petition for Non-Individual. Order for Relief Entered. Filed by Marshall Scott Huebner of Davis Polk & Wardwell LLP on behalf of Purdue Pharma L.P.. | 9/15/2019 |
| 3 | Declaration /Declaration of Jon Lowne in Support of the Debtors' Chapter 11 Petitions and First Day Pleadings filed by Eli J. Vonnegut on behalf of Purdue Pharma L.P.. | 9/16/2019 |
| 5 | Motion to Authorize /Motion of Debtors for Entry of Interim and Final Orders Authorizing (I) Debtors to Continue to Use Existing Cash Management Systems and Maintain Existing Bank Accounts and Business Forms and (II) Financial Institutions to Honor and Process Related Checks and Transfers filed by Eli J. Vonnegut on behalf of Purdue Pharma L.P.. (Vonnegut, Eli) (Entered: 09/16/2019) | 9/16/2019 |
| 17 | Statement /Informational Brief filed by Eli J. Vonnegut on behalf of Purdue Pharma L.P.. | 9/16/2019 |
| 38 | Statement of The Raymond Sackler Family in Support of the Debtors' Chapter 11 Filing filed by Gerard Uzzi on behalf of The Raymond Sackler Family. | 9/16/2019 |
| 59 | Order signed on 9/18/2019 Granting Motion Directing Joint Administration of Chapter 11 Cases (Related Doc # 2) . | 9/18/2019 |
| 60 | Order signed on 9/18/2019 Granting Application Authorizing Retention and Appointment of Prime Clerk LLC as Claims and Noticing Agent for the Debtors (Related Doc # 4) . | 9/18/2019 |
| 62 | Interim Order signed on 9/18/2019 Granting Motion Authorizing (I) Debtors to (A) Pay Pre-Petition Wages, Salaries, Employee Benefits and Other Compensation and (B) Maintain Employee Benefits Programs and Pay Related Administrative Obligations, (II) Employees and Retirees to Proceed with Outstanding Workers' Compensation Claims and (III) Financial Institutions to Honor and Process Related Checks and Transfers (Related Doc 6) . (Vargas, Ana) Modified on 10/16/2019 | 9/18/2019 |
| 74 | Adversary case 19-08289. Complaint for Injunctive Relief (Fee Amount $ 350.). Nature(s) of Suit: (71 (Injunctive relief - reinstatement of stay)), (72 (Injunctive relief - other)) Filed by Benjamin S. Kaminetzky on behalf of Purdue Pharma L.P., Purdue Pharma Inc., Purdue Transdermal Technologies L.P., Purdue Pharma Manufacturing L.P., Purdue Pharmaceuticals L.P., Purdue Pharma of Puerto Rico, Purdue Pharmaceutical Products L.P., Rhodes Pharmaceuticals L.P., Rhodes Technologies, Avrio Health L.P.. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C) | 9/18/2019 |
| 127 | Amended Application for Pro Hac Vice Admission  (related document(s)123) filed by Alison Archer on behalf of Ohio Attorney General Responses due by 9/26/2019,. | 9/26/2019 |
| 131 | Notice Appointing Creditors Committee  filed by Paul Kenan Schwartzberg on behalf of United States Trustee. | 9/27/2019 |
| 134 | Objection to Motion For Order Authorizing (I) Debtors to (A) Pay Pre-Petition Wages, Salaries, Employee Benefits and Other Compensation and (B) Maintain Employee Benefit Programs and | 9/27/2019 |

| | | |
|---|---|---|
| | Pay Related Administrative Obligations, (II) Employee and Retirees to Proceed with Outstanding Workers' Compensation Claims and (III) Financial Institutions to Honor and Process Related Checks and Transfers (related document(s)6) filed by Paul Kenan Schwartzberg on behalf of United States Trustee. (Attachments: # 1 PG&E Order Denying KEIP) | |
| 196 | Objection to Motion and Joinder to United States Trustee's Objection (related document(s)6) filed by Melissa L. Van Eck on behalf of Commonwealth of Pennsylvania. (Attachments: # 1 Certificate of Service) | 10/3/2019 |
| 197 | Objection to Motion / Joinder/Objection by the Ad Hoc Group of Non-Consenting States (related document(s)6) filed by Andrew M. Troop on behalf of Ad Hoc Group of Non-Consenting States. | 10/3/2019 |
| 235 | Reply to Motion /Debtors' Omnibus Reply in Support of Motion For Order Authorizing (I) Debtors to (A) Pay Pre-Petition Wages, Salaries, Employee Benefits and Other Compensation and (B) Maintain Employee Benefit Programs and Pay Related Administrative Obligations, (II) Employee and Retirees to Proceed with Outstanding Workers' Compensation Claims and (III) Financial Institutions to Honor and Process Related Checks and Transfers (related document(s)6) filed by Eli J. Vonnegut on behalf of Purdue Pharma L.P.. | 10/8/2019 |
| 236 | Supplemental Declaration of Jon Lowne in Support of Motion For Order Authorizing (I) Debtors to (A) Pay Pre-Petition Wages, Salaries, Employee Benefits and Other Compensation and (B) Maintain Employee Benefit Programs and Pay Related Administrative Obligations, (II) Employee and Retirees to Proceed with Outstanding Workers' Compensation Claims and (III) Financial Institutions to Honor and Process Related Checks and Transfers (related document(s)6) filed by Eli J. Vonnegut on behalf of Purdue Pharma L.P.. | 10/8/2019 |
| 249 | Letter  to Judge Drain in support of Massacusetts Attorney General Maura Healey, re: opposing Purdue Pharma's proposed settlement and request for a nationwide injunction Filed by Joanne Peterson. | 10/8/2019 |
| 257 | Statement / Notice of Filing of Term Sheet with Ad Hoc Committee filed by Eli J. Vonnegut on behalf of Purdue Pharma L.P.. | 10/8/2019 |
| 261 | Letter  to Judge Drain in support of Massacusetts Attorney General Maura Healey, re: opposing Purdue Pharma's proposed settlement and request for a nationwide injunction Filed by Lydia Conley. | 10/9/2019 |
| 262 | Letter  to Judge Drain in support of Massacusetts Attorney General Maura Healey, re: opposing Purdue Pharma's proposed settlement and request for a nationwide injunction Filed by Steve Walsh. | 10/9/2019 |
| 263 | Letter  to Judge Drain in support of Massacusetts Attorney General Maura Healey, re: opposing Purdue Pharma's proposed settlement and request for a nationwide injunction Filed by Lora Pellegrini. | 10/9/2019 |
| 264 | Letter  to Judge Drain in support of Massacusetts Attorney General Maura Healey, re: opposing a nationwide injunction that would stay any lawsuits against Purdue Pharma and the Sacklers | 10/9/2019 |

| | | |
|---|---|---|
| | Filed by Martin Walsh. | |
| 265 | Letter to Judge Drain in support of Massacusetts Attorney General Maura Healey, re: opposing Purdue Pharma's proposed settlement and request for a nationwide injunction Filed by Maryanne Frangules. | 10/9/2019 |
| 269 | Letter to Judge Drain in support of Massacusetts Attorney General Maura Healey, re: opposing Purdue Pharma's proposed settlement and request for a nationwide injunction Filed by Steven A. Tolman. | 10/9/2019 |
| 270 | Letter to Judge Drain re: opposition to the imposition of a nationwide injunction and in support for Attorney General Healey's decision..., to reject their settlement offer Filed by Charles D. Baker. | 10/9/2019 |
| 271 | Letter to Judge Drain in support of the twenty-five attorney generals who are opposing Purdue Pharma's proposed settlement and request for a nationwide injunction Filed by Edward J. Bisch. | 10/9/2019 |
| 272 | Letter to Judge Drain re: opposed to the settlement offer from Purdue Pharma Filed by Andrew Kolodny. | 10/9/2019 |
| 280 | Letter to Judge Drain re: against the proposed settlement for Pursue Pharma Filed by Stephen G. Gelfand. | 10/10/2019 |
| 291 | Statement / Notice of Filing of Case Stipulation among the Debtors, the Official Committee of Unsecured Creditors and Certain Related Parties filed by Eli J. Vonnegut on behalf of Purdue Pharma L.P.. | 10/11/2019 |
| 299 | Letter from Pennsylvania Governor Tom Wolf Filed by Melissa L. Van Eck on behalf of Commonwealth of Pennsylvania. | 10/11/2019 |
| 309 | Final Order signed on 10/15/2019 Granting Motion Authorizing (1) Debtors to (A)Pay Prepetition Wages, Salaries, Employee Benefits and Other Compensation and (B) Maintain Employee Benefits Programs and Pay Related Administrative Obligations, (II) Employees and Retirees to Proceed with Outstanding Workers' Compensation Claims and; (III) Financial Institutions to Honor and Process Related Checks and Transfers (Related Doc # 308 ) . | 10/16/2019 |
| 324 | Transcript regarding Hearing Held on 9/17/19 at 10:03 AM RE: Notice of Hearing Notice of Commencement of Chapter 11 Cases and Hearing on First Day Motions; Notice of Agenda for First Day Hearing; Motion for Joint Administration; etc. Remote electronic access to the transcript is restricted until 12/17/2019. The transcript may be viewed at the Bankruptcy Court Clerks Office. [Transcription Service Agency: Veritext Legal Solutions.]. (See the Courts Website for contact information for the Transcription Service Agency.) (RE: related document(s) 2). Notice of Intent to Request Redaction Deadline Due By 9/25/2019. Statement of Redaction Request Due By 10/9/2019. Redacted Transcript Submission Due By 10/21/2019. Transcript access will be restricted through | 9/18/2019 |
| 325 | Transcript regarding Hearing Held on 10/10/19 at 10:06 AM RE: Notice of Agenda for Second Day Hearing; Motion of Debtors for Entry of an Order Authorizing (I) Debtors to (A) Pay Prepetition Wages, Salaries, Employee Benefits and Other | 10/14/2019 |

| | | |
|---|---|---|
| | Compensation and (B) Maintain Employee benefits Programs and Pay Related Administrative Obligations, (II) Employees and Retirees to Proceed with Outstanding Workers' Compensation Claims and (III) Financial Institutions to Honor and Process Related Checks and Transfers; Object of UST; etc. Remote electronic access to the transcript is restricted until 1/13/2020. The transcript may be viewed at the Bankruptcy Court Clerks Office. [Transcription Service Agency: Veritext Legal Solutions.]. (See the Courts Website for contact information for the Transcription Service Agency.) (RE: related document(s) 10, 11, 190, 9, 7, 197, 6, 201, 134, 12, 99, 8). Notice of Intent to Request Redaction Deadline Due By 10/21/2019. Statement of Redaction Request Due By 11/4/2019. Redacted Transcript Submission Due By 11/14/2019. Transcript access will be restricted through 1/13/2020. (Cales, Humberto) (Entered: 10/17/2019) | |
| 330 | Statement // Statement of the Official Committee of Unsecured Creditors of Purdue Pharma L.P., et al., Regarding the Case Stipulation among the Debtors, the Official Committee of Unsecured Creditors and Certain Related Parties filed by Ira S. Dizengoff on behalf of The Official Committee of Unsecured Creditors of Purdue Pharma L.P., et al.. | 10/20/2019 |
| 357 | Schedules filed: Schedule A/B - Non-Individual, Schedule D - Non-Individual, Schedule E/F - Non-Individual, Schedule G - Non-Individual, Schedule H - Non-Individual /Schedules of Assets and Liabilities for Purdue Pharma L.P. Filed by Eli J. Vonnegut on behalf of Purdue Pharma L.P.. | 10/29/2019 |
| 358 | Statement of Financial Affairs - Non-Individual / Statement of Financial Affairs for Purdue Pharma L.P. Filed by Eli J. Vonnegut on behalf of Purdue Pharma L.P.. | 10/29/2019 |
| 359 | Schedules filed: Schedule A/B - Non-Individual, Schedule D - Non-Individual, Schedule E/F - Non-Individual, Schedule G - Non-Individual, Schedule H - Non-Individual /Schedules of Assets and Liabilities for Purdue Pharma Inc. Filed by Eli J. Vonnegut on behalf of Purdue Pharma L.P.. | 10/29/2019 |
| 360 | Statement of Financial Affairs - Non-Individual /Statement of Financial Affairs for Purdue Pharma Inc. Filed by Eli J. Vonnegut on behalf of Purdue Pharma L.P.. | 10/29/2019 |
| 361 | Schedules filed: Schedule A/B - Non-Individual, Schedule D - Non-Individual, Schedule E/F - Non-Individual, Schedule G - Non-Individual, Schedule H - Non-Individual /Schedules of Assets and Liabilities for Purdue Transdermal Technologies L.P. Filed by Eli J. Vonnegut on behalf of Purdue Pharma L.P.. | 10/29/2019 |
| 362 | Statement of Financial Affairs - Non-Individual / Statement of Financial Affairs for Purdue Transdermal Technologies L.P. Filed by Eli J. Vonnegut on behalf of Purdue Pharma L.P.. | 10/29/2019 |
| 363 | Schedules filed: Schedule A/B - Non-Individual, Schedule D - Non-Individual, Schedule E/F - Non-Individual, Schedule G - Non-Individual, Schedule H - Non-Individual / Schedules of Assets and Liabilities for Purdue Pharma Manufacturing L.P. Filed by Eli J. Vonnegut on behalf of Purdue Pharma L.P.. | 10/29/2019 |
| 364 | Statement of Financial Affairs - Non-Individual /Statement of Financial Affairs for Purdue Pharma Manufacturing L.P. Filed | 10/29/2019 |

| | | |
|---|---|---|
| | by Eli J. Vonnegut on behalf of Purdue Pharma L.P.. | |
| 365 | Schedules filed: Schedule A/B - Non-Individual, Schedule D - Non-Individual, Schedule E/F - Non-Individual, Schedule G - Non-Individual, Schedule H - Non-Individual /Schedules of Assets and Liabilities for Purdue Pharmaceuticals L.P. Filed by Eli J. Vonnegut on behalf of Purdue Pharma L.P.. | 10/29/2019 |
| 366 | Statement of Financial Affairs - Non-Individual /Statement of Financial Affairs for Purdue Pharmaceuticals L.P. Filed by Eli J. Vonnegut on behalf of Purdue Pharma L.P.. | 10/29/2019 |
| 367 | Schedules filed: Schedule A/B - Non-Individual, Schedule D - Non-Individual, Schedule E/F - Non-Individual, Schedule G - Non-Individual, Schedule H - Non-Individual /Schedules of Assets and Liabilities for Imbrium Therapeutics L.P. Filed by Eli J. Vonnegut on behalf of Purdue Pharma L.P.. | 10/29/2019 |
| 368 | Statement of Financial Affairs - Non-Individual /Statement of Financial Affairs for Imbrium Therapeutics L.P. Filed by Eli J. Vonnegut on behalf of Purdue Pharma L.P.. | 10/29/2019 |
| 369 | Schedules filed: Schedule A/B - Non-Individual, Schedule D - Non-Individual, Schedule E/F - Non-Individual, Schedule G - Non-Individual, Schedule H - Non-Individual /Schedules of Assets and Liabilities for Adlon Therapeutics L.P. Filed by Eli J. Vonnegut on behalf of Purdue Pharma L.P.. | 10/29/2019 |
| 370 | Statement of Financial Affairs - Non-Individual /Statement of Financial Affairs for Adlon Therapeutics L.P. Filed by Eli J. Vonnegut on behalf of Purdue Pharma L.P.. | 10/29/2019 |
| 371 | Schedules filed: Schedule A/B - Non-Individual, Schedule D - Non-Individual, Schedule E/F - Non-Individual, Schedule G - Non-Individual, Schedule H - Non-Individual /Schedules of Assets and Liabilities for Greenfield BioVentures L.P. Filed by Eli J. Vonnegut on behalf of Purdue Pharma L.P.. | 10/29/2019 |
| 372 | Statement of Financial Affairs - Non-Individual /Statements of Financial Affairs for Greenfield BioVentures L.P. Filed by Eli J. Vonnegut on behalf of Purdue Pharma L.P.. | 10/29/2019 |
| 373 | Schedules filed: Schedule A/B - Non-Individual, Schedule D - Non-Individual, Schedule E/F - Non-Individual, Schedule G - Non-Individual, Schedule H - Non-Individual /Schedules of Assets and Liabilities for Seven Seas Hill Corp. Filed by Eli J. Vonnegut on behalf of Purdue Pharma L.P.. | 10/29/2019 |
| 374 | Statement of Financial Affairs - Non-Individual /Statement of Financial Affairs for Seven Seas Hill Corp. Filed by Eli J. Vonnegut on behalf of Purdue Pharma L.P.. | 10/29/2019 |
| 375 | Schedules filed: Schedule A/B - Non-Individual, Schedule D - Non-Individual, Schedule E/F - Non-Individual, Schedule G - Non-Individual, Schedule H - Non-Individual /Schedules of Assets and Liabilities for Ophir Green Corp. Filed by Eli J. Vonnegut on behalf of Purdue Pharma L.P.. | 10/29/2019 |
| 376 | Statement of Financial Affairs - Non-Individual / Statement of Financial Affairs for Ophir Green Corp. Filed by Eli J. Vonnegut on behalf of Purdue Pharma L.P.. | 10/29/2019 |
| 377 | Schedules filed: Schedule A/B - Non-Individual, Schedule D - Non-Individual, Schedule E/F - Non-Individual, Schedule G - Non-Individual, Schedule H - Non-Individual / Schedules of | 10/29/2019 |

| | | |
|---|---|---|
| | Assets and Liabilities for Purdue Pharma of Puerto Rico Filed by Eli J. Vonnegut on behalf of Purdue Pharma L.P.. | |
| 378 | Statement of Financial Affairs - Non-Individual / Statement of Financial Affairs for Purdue Pharma of Puerto Rico Filed by Eli J. Vonnegut on behalf of Purdue Pharma L.P.. | 10/29/2019 |
| 379 | Schedules filed: Schedule A/B - Non-Individual, Schedule D - Non-Individual, Schedule E/F - Non-Individual, Schedule G - Non-Individual, Schedule H - Non-Individual / Schedules of Assets and Liabilities for Avrio Health L.P. Filed by Eli J. Vonnegut on behalf of Purdue Pharma L.P.. | 10/29/2019 |
| 381 | Statement of Financial Affairs - Non-Individual /Statement of Financial Affairs for Avrio Health L.P. Filed by Eli J. Vonnegut on behalf of Purdue Pharma L.P.. | 10/29/2019 |
| 382 | Schedules filed: Schedule A/B - Non-Individual, Schedule D - Non-Individual, Schedule E/F - Non-Individual, Schedule G - Non-Individual, Schedule H - Non-Individual /Schedules of Assets and Liabilities for Purdue Pharmaceutical Products L.P. Filed by Eli J. Vonnegut on behalf of Purdue Pharma L.P.. | 10/29/2019 |
| 383 | Statement of Financial Affairs - Non-Individual /Statement of Financial Affairs for Purdue Pharmaceutical Products L.P. Filed by Eli J. Vonnegut on behalf of Purdue Pharma L.P.. | 10/29/2019 |
| 384 | Schedules filed: Schedule A/B - Non-Individual, Schedule D - Non-Individual, Schedule E/F - Non-Individual, Schedule G - Non-Individual, Schedule H - Non-Individual /Schedules of Assets and Liabilities for Purdue Neuroscience Company Filed by Eli J. Vonnegut on behalf of Purdue Pharma L.P.. | 10/29/2019 |
| 385 | Statement of Financial Affairs - Non-Individual /Statement of Financial Affairs for Purdue Neuroscience Company Filed by Eli J. Vonnegut on behalf of Purdue Pharma L.P.. | 10/29/2019 |
| 386 | Schedules filed: Schedule A/B - Non-Individual, Schedule D - Non-Individual, Schedule E/F - Non-Individual, Schedule G - Non-Individual, Schedule H - Non-Individual / Schedules of Assets and Liabilities for Nyatt Cove Lifescience Inc. Filed by Eli J. Vonnegut on behalf of Purdue Pharma L.P.. | 10/29/2019 |
| 387 | Statement of Financial Affairs - Non-Individual / Statement of Financial Affairs for Nyatt Cove Lifescience Inc. Filed by Eli J. Vonnegut on behalf of Purdue Pharma L.P.. | 10/29/2019 |
| 388 | Schedules filed: Schedule A/B - Non-Individual, Schedule D - Non-Individual, Schedule E/F - Non-Individual, Schedule G - Non-Individual, Schedule H - Non-Individual /Schedules of Assets and Liabilities for Button Land L.P. Filed by Eli J. Vonnegut on behalf of Purdue Pharma L.P.. | 10/29/2019 |
| 389 | Statement of Financial Affairs - Non-Individual / Statement of Financial Affairs for Button Land L.P. Filed by Eli J. Vonnegut on behalf of Purdue Pharma L.P.. | 10/29/2019 |
| 390 | Schedules filed: Schedule A/B - Non-Individual, Schedule D - Non-Individual, Schedule E/F - Non-Individual, Schedule G - Non-Individual, Schedule H - Non-Individual / Schedules of Assets and Liabilities for Paul Land Inc. Filed by Eli J. Vonnegut on behalf of Purdue Pharma L.P.. | 10/29/2019 |
| 391 | Statement of Financial Affairs - Non-Individual /Statement of Financial Affairs for Paul Land Inc. Filed by Eli J. Vonnegut on behalf of Purdue Pharma L.P.. | 10/29/2019 |

| | | |
|---|---|---|
| 392 | Schedules filed: Schedule A/B - Non-Individual, Schedule D - Non-Individual, Schedule E/F - Non-Individual, Schedule G - Non-Individual, Schedule H - Non-Individual /Schedules of Assets and Liabilities for Quickland L.P. Filed by Eli J. Vonnegut on behalf of Purdue Pharma L.P.. | 10/29/2019 |
| 393 | Statement of Financial Affairs - Non-Individual /Statement of Financial Affairs for Quick Land L.P. Filed by Eli J. Vonnegut on behalf of Purdue Pharma L.P.. | 10/29/2019 |
| 395 | Schedules filed: Schedule A/B - Non-Individual, Schedule D - Non-Individual, Schedule E/F - Non-Individual, Schedule G - Non-Individual, Schedule H - Non-Individual /Schedules of Assets and Liabilities for Rhodes Associates L.P. Filed by Eli J. Vonnegut on behalf of Purdue Pharma L.P.. | 10/29/2019 |
| 397 | Schedules filed: Schedule A/B - Non-Individual, Schedule D - Non-Individual, Schedule E/F - Non-Individual, Schedule G - Non-Individual, Schedule H - Non-Individual /Schedules of Assets and Liabilities for Rhodes Pharmaceuticals L.P. Filed by Eli J. Vonnegut on behalf of Purdue Pharma L.P.. | 10/29/2019 |
| 398 | Statement of Financial Affairs - Non-Individual / Statement of Financial Affairs for Rhodes Pharmaceuticals L.P. Filed by Eli J. Vonnegut on behalf of Purdue Pharma L.P.. | 10/29/2019 |
| 399 | Schedules filed: Schedule A/B - Non-Individual, Schedule D - Non-Individual, Schedule E/F - Non-Individual, Schedule G - Non-Individual, Schedule H - Non-Individual /Schedules of Assets and Liabilities for Rhodes Technologies Filed by Eli J. Vonnegut on behalf of Purdue Pharma L.P.. | 10/29/2019 |
| 400 | Statement of Financial Affairs - Non-Individual / Statement of Financial Affairs for Rhodes Technologies Filed by Eli J. Vonnegut on behalf of Purdue Pharma L.P.. | 10/29/2019 |
| 401 | Schedules filed: Schedule A/B - Non-Individual, Schedule D - Non-Individual, Schedule E/F - Non-Individual, Schedule G - Non-Individual, Schedule H - Non-Individual /Schedules of Assets and Liabilities for UDF LP Filed by Eli J. Vonnegut on behalf of Purdue Pharma L.P.. | 10/29/2019 |
| 402 | Statement of Financial Affairs - Non-Individual /Statement of Financial Affairs for UDF LP Filed by Eli J. Vonnegut on behalf of Purdue Pharma L.P.. | 10/29/2019 |
| 403 | Schedules filed: Schedule A/B - Non-Individual, Schedule D - Non-Individual, Schedule E/F - Non-Individual, Schedule G - Non-Individual, Schedule H - Non-Individual /Schedules of Assets and Liabilities for SVC Pharma LP Filed by Eli J. Vonnegut on behalf of Purdue Pharma L.P.. | 10/29/2019 |
| 404 | Statement of Financial Affairs - Non-Individual /Statement of Financial Affairs for SVC Pharma LP Filed by Eli J. Vonnegut on behalf of Purdue Pharma L.P.. | 10/29/2019 |
| 405 | Schedules filed: Schedule A/B - Non-Individual, Schedule D - Non-Individual, Schedule E/F - Non-Individual, Schedule G - Non-Individual, Schedule H - Non-Individual /Schedules of Assets and Liabilities for SVC Pharma Inc. Filed by Eli J. Vonnegut on behalf of Purdue Pharma L.P.. | 10/29/2019 |
| 406 | Statement of Financial Affairs - Non-Individual /Statement of Financial Affairs for SVC Pharma Inc. Filed by Eli J. Vonnegut on behalf of Purdue Pharma L.P.. | 10/29/2019 |

| | | |
|---|---|---|
| 411 | Statement of Financial Affairs - Non-Individual / Statement of Financial Affairs for Rhodes Associates L.P. Filed by Eli J. Vonnegut on behalf of Purdue Pharma L.P.. | 10/30/2019 |
| 415 | Motion to Approve Motion of the Official Committee of Unsecured Creditors of Purdue Pharma L.P., et al. for Entry of an Order Clarifying the Requirement to Provide Access to Confidential or Privileged Information and Approving a Protocol Regarding Creditor Requests for Information filed by Ira S. Dizengoff on behalf of The Official Committee of Unsecured Creditors of Purdue Pharma L.P., et al.. | 11/1/2019 |
| 422 | Application to Employ /Application of the Official Committee of Unsecured Creditors for Entry of an Order Authorizing Retention and Employment of Bayard, P.A. as Efficiency Counsel to the Official Committee of Unsecured Creditors, Nunc Pro Tunc to September 29, 2019 filed by Ira S. Dizengoff on behalf of The Official Committee of Unsecured Creditors of Purdue Pharma L.P., et al. Responses due by 11/15/2019,. | 11/5/2019 |
| 423 | Application to Employ /Application of the Official Committee of Unsecured Creditors of Purdue Pharma L.P., et al. to Retain and Employ Province, Inc. as Financial Advisor Nunc Pro Tunc to October 1, 2019 filed by Ira S. Dizengoff on behalf of The Official Committee of Unsecured Creditors of Purdue Pharma L.P., et al. Responses due by 11/15/2019,. | 11/5/2019 |
| 430 | Application to Employ PJT Partners LP as Investment Banker /Debtors' Application for Authority to Employ PJT Partners LP as Investment Banker Nunc Pro Tunc to the Petition Date filed by Eli J. Vonnegut on behalf of Purdue Pharma L.P.. (Attachments: # 1 Exhibit A- Proposed Order # 2 Exhibit B- Coleman Declaration # 3 Exhibit C- Flanagan Declaration) | 11/5/2019 |
| 431 | Notice of Presentment of Amended and Restated Case Stipulation Among the Debtors, the Official Committee of Unsecured Creditors and Certain Related Parties filed by Eli J. Vonnegut on behalf of Purdue Pharma L.P.. with presentment to be held on 11/19/2019 at 10:00 AM at Courtroom TBA, White Plains Courthouse (RDD) Objections due by 11/15/2019, (Attachments: # 1 Exhibit A- Amended and Restated Stipulation # 2 Exhibit B- Redline) | 11/5/2019 |
| 442 | Letter  to Judge Drain received 11-5-19 Filed by Michael Julian, Marcia Julian. | 11/7/2019 |
| 443 | Letter  to Judge Drain re:support of Massachusetts Attorney General Maura Healey Filed by Kimberly Krawczyk. | 11/7/2019 |
| 498 | Second Amended Order signed on 11/18/2019 Establishing Certain Notice, Case Management, and Administrative Procedures (related document(s)72, 16, 342). | 11/18/2019 |
| 518 | Amended and Restated Case Stipulation signed on 11/20/2019 Among the Debtors, the Official Committee of Unsecured Creditors and Certain Related Parties. | 11/20/2019 |
| 520 | Operating Report /Corporate Monthly Operating Report for the Period October 1, 2019 to October 31, 2019 Filed by Eli J. Vonnegut on behalf of Purdue Pharma L.P.. | 11/20/2019 |
| 531 | Order signed on 11/21/2019 Granting Application Authorizing Employment and Retention of Prime Clerk LLC as Administrative Advisor Nunc Pro Tunc to the Petition Date | 11/21/2019 |

| | | |
|---|---|---|
| | (Related Doc # 439) . | |
| 546 | Affidavit of Service of Joudeleen C. Frans Regarding Corporate Monthly Operating Report for the Period October 1, 2019 to October 31, 2019 (related document(s)520) Filed by Adam M. Adler on behalf of Prime Clerk LLC. | 11/25/2019 |
| 550 | Transcript regarding Hearing Held on November 19, 2019 at10:31 AM RE: Notice of Agenda for November 19, 2019Hearing; Motion of Debtors for Entry of an Order (I)Authorizing the Rejection of Commercial Lease and (II)Granting Related Relief; Motion of Debtors for Authority toEmploy Professionals Used in the Ordinary Course ofBusiness Nunc Pro Tune to the Petition Date, etc.... Remoteelectronic access to the transcript is restricted until2/25/2020. The transcript may be viewed at the BankruptcyCourt Clerks Office. [Transcription Service Agency: VeritextLegal Solutions.]. (See the Courts Website for contactinformation for the Transcription Service Agency.). Noticeof Intent to Request Redaction Deadline Due By 12/4/2019.Statement of Redaction Request Due By 12/18/2019.Redacted Transcript Submission Due By 12/30/2019.Transcript access will be restricted through 2/25/2020.(Braithwaite, Kenishia) (Entered: 11/27/2019) | 11/27/2019 |
| 553 | Order signed on 12/2/2019 Granting Motion Authorizing the Debtors to Assume the Reimbursement Agreement and Pay the Fees and Expenses of the Ad Hoc Committee's Professionals (Related Doc # 394) . | 12/2/2019 |
| 554 | Declaration // Second Supplemental Declaration of Jon Lowne in Support of the Motion of Debtors for Entry of an Order Authorizing (I) Debtors to (A) Pay Prepetition Wages, Salaries, Employee Benefits and Other Compensation and (B) Maintain Employee Benefits Programs and Pay Related Administrative Obligations, (II) Employees and Retirees to Proceed with Outstanding Workers Compensation Claims and (III) Financial Institutions to Honor and Process Related Checks and Transfers (related document(s)6) filed by Eli J. Vonnegut on behalf of Purdue Pharma L.P.. with hearing to be held on 12/4/2019 at 02:00 PM at Courtroom TBA, White Plains Courthouse (RDD) | 12/2/2019 |
| 556 | Omnibus Reply to Motion /Debtors' Supplemental Omnibus Reply in Support of Motion of Debtors for Entry of an Order Authorizing (I) Debtors to (A) Pay Pre-Petition Wages, Salaries, Employee Benefits and Other Compensation and (B) Maintain Employee Benefits Programs and Pay Related Administrative Obligations, (II) Employees and Retirees to Proceed with Outstanding Workers' Compensation Claims and (III) Financial Institutions to Honor and Process Related Checks and Transfers (related document(s)6) filed by Eli J. Vonnegut on behalf of Purdue Pharma L.P.. | 12/2/2019 |
| 557 | Statement /STATEMENT OF THE AD HOC GROUP OF NON-CONSENTING STATES MAINTAINING ITS OBJECTION TO PURDUES WAGE MOTION INSOFAR AS IT RELATES TO PURDUE CEO CRAIG LANDAU (related document(s)6) filed by Andrew M. Troop on behalf of Ad Hoc Group of Non-Consenting States. with hearing to be held on 12/4/2019 at 02:00 PM at Courtroom TBA, White Plains Courthouse (RDD) | 12/2/2019 |

| | | |
|---|---|---|
| | (Attachments: # 1 Exhibit 1) | |
| 559 | Statement State of Maryland's Additional Statement With Respect to the Payment of Bonuses Under Debtors' Wage Motion to Any Recipient Who Participated in Debtors' Unlawful Conduct (related document(s)6) filed by Brian Edmunds on behalf of State Of Maryland. with hearing to be held on 12/4/2019 (check with court for location) (Attachments: # 1 Exhibit A -- Order re Severance Program, In re Insys Therapeutics) | 12/2/2019 |
| 570 | Letter  to Judge Drain re: The settlement the Sacklers are offering Filed by Gary & Colleen Breitbord. | 12/3/2019 |
| 629 | Supplemental Final Order signed on 12/9/2019 Authorizing (I) Debtors to (A)Pay Prepetition Wages, Salaries, Employee Benefits and Other Compensation and (B) Maintain Employee Benefits Programs and Pay Related Administrative Obligations, (II) Employees and Retirees to Proceed with Outstanding Workers' Compensation Claims and; (III) Financial Institutions to Honor and Process Related Checks and Transfers (related document(s)309, 256, 6). | 12/9/2019 |
| 630 | Statement / The States' Notice of Public Health Information to Protect Purdue Patients filed by Andrew M. Troop on behalf of Ad Hoc Group of Non-Consenting States. (Attachments: # 1 Exhibit 1 # 2 Exhibit 2) | 12/9/2019 |
| 654 | Statement / Notice of Filing of Report of the Special Committee filed by Eli J. Vonnegut on behalf of Purdue Pharma L.P.. (Attachments: # 1 Report of Special Committee Part 1 # 2 Part 2 # 3 Part 3 # 4 Part 4 # 5 Part 5 # 6 Part 6) | 12/16/2019 |
| 657 | Statement / Notice to Unseal Confidential Information filed by Elisha D. Graff on behalf of PJT Partners LP. (Attachments: # 1 Exhibit A - Amended Supplemental Declaration of Timothy Coleman) | 12/17/2019 |
| 661 | Letter  to Judge Drain received on 12-17-19 Filed by Various Parties in Support of Massachusetts Attorney General Maura Healey. (Attachments: # 1 The names of the Parties 12-17-19) | 12/18/2019 |
| 677 | Transcript regarding Hearing Held on December 4, 2019 at 2:03PM RE: Motion to Authorize/Motion of Debtors for Entry of an Order Authorizing (I) Debtors to (A) Pay Pre-Petition Wages, Salaries, Employee Benefits and Other Compensation and (B) Maintain Employee Benefits Programs and Pay Related Administrative Obligations, (II) Employees and Retirees to Proceed with Outstanding Workers Complication Claims and (III) Financial Institutions to Honor and Process Related Checks and Transfers, etc.... Remote electronic access to the transcript is restricted until 3/16/2020. The transcript may be viewed at the Bankruptcy Court Clerks Office. [Transcription Service Agency: Veritext Legal Solutions.]. (See the Courts Website for contact information for the Transcription Service Agency.). Notice of Intent to Request Redaction Deadline Due By 12/26/2019. Statement of Redaction Request Due By 1/7/2020. Redacted Transcript Submission Due By 1/17/2020. Transcript access will be restricted through | 12/20/2019 |
| 682 | (Withdrawn, See Document No. 697) Statement / Notice of Filing of Redacted Version of the Raymond Sackler Family's | 12/20/2019 |

| | | |
|---|---|---|
| | Presentation of December 6, 2019 filed by Gerard Uzzi on behalf of Beverly Sackler, David Sackler, Jonathan Sackler, Richard Sackler. (Attachments: # 1 Exhibit A, Pages 1-96 # 2 Exhibit A, Pages 97-222 # 3 Exhibit A, Pages 223-306 # 4 Exhibit A, Pages 307-445 # 5 Exhibit A, Pages 446-580) (Uzzi, Gerard) Modified on 12/23/2019 (Bush, Brent) (Entered: 12/20/2019) | |
| 685 | (Withdrawn, See Document No. 695) Motion to Allow/ Motion to Make Publicly Available the Raymond Sackler Family's Presentation of December 6, 2019 filed by Gerard Uzzi on behalf of Beverly Sackler, David Sackler, Jonathan Sackler, Richard Sackler with hearing to be held on 1/23/2020 at 10:00 AM at Courtroom TBA, White Plains Courthouse (RDD) Objections due by 1/16/2020,. (Uzzi, Gerard) Modified on 12/23/2019 (Bush, Brent) (Entered: 12/20/2019) | 12/20/2019 |
| 687 | Operating Report /Corporate Monthly Operating Report for the Period November 1, 2019 to November 30, 2019 Filed by Eli J. Vonnegut on behalf of Purdue Pharma L.P.. | 12/20/2019 |
| 692 | (Restricted From Public View) Affidavit of Service of Kelsey L. Gordon Regarding Notice to Unseal Confidential Information (related document(s)657) Filed by Adam M. Adler on behalf of Prime Clerk LLC. (Adler, Adam) Modified on 12/23/2019 (Bush, Brent) (Entered: 12/20/2019) | 12/20/2019 |
| 694 | Notice of Withdrawal  / Notice of Withdrawal of Motion for an Order Pursuant to Section 107(b) of the Bankruptcy Code and Bankruptcy Rule 9018 Authorizing the Filing Under Seal of Certain Parts of the Presentation to the Official Committee of Unsecured Creditors (related document(s)693) filed by Jasmine Ball on behalf of Beacon Company. | 12/20/2019 |
| 695 | Notice of Withdrawal Motion to Make Publicly Available the Raymond Sackler Familys Presentation of December 6, 2019 (related document(s)685) filed by Gerard Uzzi on behalf of Beverly Sackler, David Sackler, Jonathan Sackler, Richard Sackler. | 12/20/2019 |
| 697 | Notice of Withdrawal of Notice of Filing of Redacted Version of the Raymond Sackler Family's Presentation of December 6, 2019 (related document(s)682) filed by Gerard Uzzi on behalf of Beverly Sackler, David Sackler, Jonathan Sackler, Richard Sackler. | 12/23/2019 |
| 699 | Order signed on 12/23/2019 Granting Motion Clarifying The Committee's Requirement to Provide Access to Confidential or Privileged Information and Approving a Protocol Regarding Creditor Requests for Information (Related Doc # 415). | 12/23/2019 |
| 700 | Notice of Presentment of Motion of Debtors for Entry of an Order Extending Time to Object to Dischargeability of Certain Debts filed by Timothy E. Graulich on behalf of Purdue Pharma L.P.. with presentment to be held on 1/6/2020 at 10:00 AM at Courtroom TBA, White Plains Courthouse (RDD) Objections due by 1/3/2020, (Attachments: # 1 Exhibit A- Proposed Order) | 12/23/2019 |
| 702 | Transcript regarding Hearing Held on December 19, 2019 At 2:03PM RE: Motion to Extend Time/Motion of Debtors for Entry of an Order Extending the Deadline to Assume or Reject Unexpired Leases of Nonresidential Real Property; Motion to Extend Time/Motion of Debtors to Extend the Time to File | 12/26/2019 |

| | | |
|---|---|---|
| | Notices of Removal of Civil Actions; Application of the Debtors for an Order Authorizing Them to Retain and Employ Jones Day as Special Counsel, Nunc Pro Tunc to the Petition Date, etc... Remote electronic access to the transcript is restricted until 3/25/2020. The transcript may be viewed at the Bankruptcy Court Clerks Office. [Transcription Service Agency: Veritext Legal Solutions.]. (See the Courts Website for contact information for the Transcription Service Agency.). Notice of Intent to Request Redaction Deadline Due By 1/2/2020. Statement of Redaction Request Due By 1/16/2020. Redacted Transcript Submission Due By 1/27/2020. Transcript access will be restricted through | |
| 709 | Letter to Judge Drain in Support of the Twenty-Five Attorney Generals who are opposing Purdue Pharma's Proposed Settlement (related document(s)661) Filed by Leona Nuss. | 12/30/2019 |
| 710 | Letter to Judge Drain in in Support of Massachusetts Attorney General Healey's decision to reject the settlement offer. (related document(s)661) Filed by Mike Sacca. | 12/30/2019 |
| 717 | Motion to Approve /Debtors' Motion for Entry of an Order (I) Establishing Deadlines for Filing Proofs of Claim and Procedures Relating Thereto, (II) Approving the Proof of Claim Forms, and (III) Approving the Form and Manner of Notice Thereof filed by James I. McClammy on behalf of Purdue Pharma L.P.. (Attachments: # 1 Exhibit A- Proposed Order) | 1/3/2020 |
| 718 | Memorandum of Law /Debtors' Memorandum of Law in Support of Motion for Entry of an Order (I) Establishing Deadlines for Filing Proofs of Claim and Procedures Relating Thereto, (II) Approving the Proof of Claim Forms, and (III) Approving the Form and Manner of Notice Thereof (related document(s)717) filed by James I. McClammy on behalf of Purdue Pharma L.P.. | 1/3/2020 |
| 719 | Declaration Pursuant to 28 U.S.C. § 1746 of Jeanne C. Finegan (related document(s)717) filed by James I. McClammy on behalf of Purdue Pharma L.P.. (Attachments: # 1 Exhibit A- Curriculum Vitae # 2 Exhibit B- Cable Networks and Terrestrial Radio # 3 Exhibit C- State Newspapers # 4 Exhibit D- Native American Newspapers # 5 Exhibit E- Territory Media # 6 Exhibit F- Media Outreach) | 1/3/2020 |
| 720 | Order signed on 1/7/2020. Extending Time to Object to Dischargeability of Certain Debts(related document(s)700) Objections due by 4/6/2020. | 1/7/2020 |
| 729 | Notice of Presentment of Protective Order filed by Eli J. Vonnegut on behalf of Purdue Pharma L.P.. with presentment to be held on 1/23/2020 at 10:00 AM at Courtroom TBA, White Plains Courthouse (RDD) Objections due by 1/17/2020, (Attachments: # 1 Annexure A- Proposed Protective Order) | 1/9/2020 |
| 734 | Motion to Extend Exclusivity Period for Filing a Chapter 11 Plan and Disclosure Statement /Motion of Debtors for Entry of an Order Extending the Exclusive Periods within which to File a Chapter 11 Plan and Solicit Acceptances Thereof filed by Marshall Scott Huebner on behalf of Purdue Pharma L.P. with hearing to be held on 1/24/2020 at 10:00 AM at Courtroom TBA, White Plains Courthouse (RDD) Responses due by 1/21/2020,. (Attachments: # 1 Exhibit A- Proposed Order) | 1/10/2020 |

| | | |
|---|---|---|
| 758 | Reply to Motion Debtors' Second Supplemental Omnibus Reply in Support of Motion of Debtors for Entry of an Order Authorizing (I) Debtors to (A) Pay Pre-Petition Wages, Salaries, Employee Benefits and Other Compensation and (B) Maintain Employee Benefits Programs and Pay Related Administrative Obligations, (II) Employees and Retirees to Proceed with Outstanding Workers Compensation Claims and (III) Financial Institutions to Honor and Process Related Checks and Transfers (related document(s)6) filed by Marshall Scott Huebner on behalf of Purdue Pharma L.P.. (Attachments: # 1 Exhibit A- Proposed Second Supplemental Final Wages Order) | 1/17/2020 |
| 768 | Objection / The Ad Hoc Group of Non-Consenting States' Continuing Objection to Purdue's Wage Motion as it Relates to Purdue CEO Craig Landau and Response to the Debtors' Second Supplemental Reply (related document(s)557, 197, 6, 196, 758) filed by Andrew M. Troop on behalf of Ad Hoc Group of Non-Consenting States. | 1/22/2020 |
| 782 | Order Signed on 1/27/2020 Granting Motion to Extend/Limit Exclusivity Period for Filing a Chapter 11 Plan and Disclosure Statement (Related Doc # 734) . | 1/28/2020 |
| 783 | Second Supplemental Final Order Signed on 1/27/2020 Authorizing (I) Debtors to (a) Pay Certain Prepetition Wages, Salaries, Employee Benefits and Other Compensation and (b) Maintain Employee Benefits Programs and Pay Related Administrative obligations, (ii) Employees and Retirees to Proceed with Outstanding Workers Compensation Claims and (iii) Financial Institutions to Honor and Process Related Checks and Transfers (related document(s)6) . | 1/28/2020 |
| 784 | Protective Order Signed on 1/27/2020 (related document(s)729). | 1/28/2020 |
| 800 | Order signed on 2/3/2020 Establishing (I) Deadlines for Filing Proofs of Claim and Procedures Relating Thereto, (II) Approving the Proof of Claim Forms, and (III) Approving the Form and Manner of Notice Thereof. Proofs of Claim due by 6/30/2020 (related document(s)717). | 2/3/2020 |
| 801 | Operating Report / Corporate Monthly Operating Report for the Period December 1, 2019 to December 31, 2019 Filed by Eli J. Vonnegut on behalf of Purdue Pharma L.P.. | 2/3/2020 |
| 828 | Order signed on 2/12/2020 Granting Debtors' Motion Re: Authorizing the Filing of Certain Information and Exhibits Under Seal in Connection with the Debtors' Motion for Authorization to Enter into Development Agreement (Related Doc # 825). | 2/12/2020 |
| 829 | Document Under Seal Per Court Order. Debtors' Motionfor Authorization to Enter into Development AgreementFiled by Eli J. Vonnegut on behalf of Purdue Pharma L.P.(related document(s)825, 826). (Correa, Mimi). (Entered:02/12/2020) | 2/12/2020 |
| 830 | Document Under Seal Per Court Order. Declaration of Jon Lowne in Support of Debtors' Motion for Authorization to Enter into Development Agreement Filed by Eli J. Vonnegut on behalf of Purdue Pharma L.P. (related document(s)827, 825, 826). (Correa, Mimi). (Entered: 02/12/2020) | 2/12/2020 |

| | | |
|---|---|---|
| 849 | Statement of the Official Committee of Unsecured Creditors with Respect to the Debtors' Motion for Authorization to Enter into Development Agreement (related document(s)826) filed by Ira S. Dizengoff on behalf of The Official Committee of Unsecured Creditors of Purdue Pharma L.P., et al.. | 2/20/2020 |
| 850 | Statement  (related document(s)826) filed by Andrew M. Troop on behalf of Ad Hoc Group of Non-Consenting States. | 2/20/2020 |
| 855 | Motion to Appoint /Debtors' Motion for Entry of an Order Appointing Mediators (related document(s)853) filed by James I. McClammy on behalf of Purdue Pharma L.P. with hearing to be held on 3/2/2020 at 10:00 AM at Courtroom TBA, White Plains Courthouse (RDD) Responses due by 2/28/2020,. (Attachments: # 1 Exhibit A- Proposed Order) | 2/20/2020 |
| 858 | Notice of Proposed Order /Notice of Filing of Revised Proposed Order Authorizing Entry into Development Agreement filed by Eli J. Vonnegut on behalf of Purdue Pharma L.P.. (Attachments: # 1 Exhibit A- Proposed Order # 2 Exhibit B- Blacklined Copy of Proposed Order) | 2/20/2020 |
| 859 | Operating Report / Corporate Monthly Operating Report Filed by Eli J. Vonnegut on behalf of Purdue Pharma L.P.. | 2/20/2020 |
| 868 | Order signed on 2/24/2020 (I) Shortening Notice with Respect to Debtors' Motion for Authorization to Enter into Development Agreement and (II) Authorizing Entry Into Development Agreement (Related Doc # 824) . | 2/24/2020 |
| 895 | Order Signed on 3/4/2020 Appointing Mediators Honorable Layn Phillips and Mr. Kenneth Feinberg (related document(s)855). | 3/4/2020 |
| 901 | Notice of Presentment of Amended Protective Order (related document(s)784) filed by Eli J. Vonnegut on behalf of Purdue Pharma L.P.. with presentment to be held on 3/20/2020 at 10:00 AM at Courtroom TBA, White Plains Courthouse (RDD) Objections due by 3/17/2020, (Attachments: # 1 Annexure I- Proposed Amended Protective Order # 2 Annexure II- Blackline of Amended Proposed Amended Protective Order to Protective Order (ECF 784)) | 3/6/2020 |
| 937 | (Incorrect PDF File Submitted. See Document #953 For The Correct Entry) Fourth Monthly Fee Statement of Skadden, Arps, Slate, Meagher & Flom LLP For Compensation For Services Rendered And Reimbursement Of Expenses Incurred As Special Counsel To The Debtors For The Period From January 1, 2020 Through January 31, 2020 Filed by Julie Elizabeth Cohen on behalf of Purdue Pharma L.P.. (Cohen, Julie) Modified on 3/17/2020 | 3/16/2020 |
| 938 | Third Monthly Fee Statement of Jones Day for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Special Counsel to the Debtors for the Period from January 1, 2020 through January 31, 2020 Filed by Anna Kordas on behalf of Purdue Pharma L.P.. | 3/16/2020 |
| 962 | Affidavit of Service of Alain B. Francoeur Regarding Notice with Respect to Omnibus Hearing Scheduled for March 18, 2020, at 10:00 a.m.(ET) and Certificate of No Objection Under 28 U.S.C. § 1746 Regarding Notice of Hearing on Debtors Motion for Authorization to Enter into Supply Agreement | 3/18/2020 |

| | | |
|---|---|---|
| | (related document(s)920, 921) Filed by Adam M. Adler on behalf of Prime Clerk LLC. | |
| 968 | Letter re: family member Filed by Tim Kramer. | 3/20/2020 |
| 974 | Transcript regarding Hearing Held on March 18, 2020 at 10:05 AM RE: Omnibus Hearing; Debtors' Motion for Authorization to Enter into Supply Agreement; Motion to Authorize / Motion of Debtors for Entry of an Order (I) Authorizing the Assumption of a Certain Unexpired Lease and (II) Further Extending the Debtors Deadline to Assume or Reject Certain Unexpired Leases with the Prior Written Consent of the Lessors under such Leases. Remote electronic access to the transcript is restricted until 6/22/2020. The transcript may be viewed at the Bankruptcy Court Clerks Office. [Transcription Service Agency: Veritext Legal Solutions.]. (See the Courts Website for contact information for the Transcription Service Agency.). Notice of Intent to Request Redaction Deadline Due By 3/30/2020. Statement of Redaction Request Due By 4/13/2020. Redacted Transcript Submission Due By 4/23/2020. Transcript access will be restricted through 6/22/2020. (Braithwaite, Kenisha) (Entered: 03/23/2020) | 3/20/2020 |
| 981 | Application for FRBP 2004 Examination / Ex Parte Motion of the Official Committee of Unsecured Creditors of Purdue Pharma, et al. for an Order Authorizing Examinations Pursuant to Federal Rules of Bankruptcy Procedure 2004 and 1996 filed by Ira S. Dizengoff on behalf of The Official Committee of Unsecured Creditors of Purdue Pharma L.P., et al.. | 3/25/2020 |
| 984 | Statement / Debtors' Joinder In, and Statement with Respect to, Ex Parte Motion of the Official Committee and Unsecured Creditors of Purdue Pharma, et al. for an Order Authorizing Examinations Pursuant to Federal Rules of Bankruptcy Procedure 2004 and 9016 filed by James I. McClammy on behalf of Purdue Pharma L.P.. (Attachments: # 1 Exhibit A-(Proposed) Order # 2 Exhibit B Blacklined (Proposed) Order) | 3/25/2020 |
| 985 | Notice of Presentment of Order Authorizing Appointment of Independent Fee Examiner Pursuant to 11 U.S.C. Section 105(a) and Modifying Interim Compensation Procedures for Certain Professionals Employed Pursuant to 11 U.S.C. Section 327 filed by James I. McClammy on behalf of Purdue Pharma L.P.. with presentment to be held on 4/8/2020 at 10:00 AM at Courtroom TBA, White Plains Courthouse (RDD) Objections due by 4/3/2020, (Attachments: # 1 Exhibit A- Proposed Order # 2 Exhibit B- Declaration of Disinterestedness of David M. Klauder) | 3/25/2020 |
| 989 | Statement / The Ad Hoc Group of Non-Consenting States' Joinder in, and Statement with respect to, the Ex Parte Motion of the Official Committee of Unsecured Creditors of Purdue Pharma, et al. for an Order Authorizing Examinations Pursuant to Federal Rules of Bankruptcy Procedure 2004 and 9016 filed by Andrew M. Troop on behalf of Ad Hoc Group of Non-Consenting States. (Attachments: # 1 Exhibit A Proposed Order and Redline Version # 2 Certificate of Service) | 3/26/2020 |
| 992 | Order signed on 3/27/2020 Pursuant to Federal Rules of Bankruptcy Procedure 2004 and 9016 Authorizing Examination | 3/27/2020 |

| | | |
|---|---|---|
| | of Third Parties (Related Doc # 981) . | |
| 1008 | Amended Order signed on 4/2/2020 Pursuant to Federal Rules of Bankruptcy Procedure 2004 and 9016 Authorizing Examination of Third Parties (related document(s)(992 & 993)). | 4/2/2020 |
| 1009 | First Order signed on 4/2/2020 Extending Time to Object to Dischargeability of Certain Debts (related document(s)720). | 4/2/2020 |
| 1014 | Operating Report /Corporate Monthly Operating Report Filed by Eli J. Vonnegut on behalf of Purdue Pharma L.P.. | 4/6/2020 |
| 1019 | Application for FRBP 2004 Examination / Ex Parte Motion of the Ad Hoc Group of Non-Consenting States for an Order Authorizing Examinations of Certain Financial Institutions Pursuant to Rules 2004 and 9016 of the Federal Rules of Bankruptcy Procedure filed by Andrew M. Troop on behalf of Ad Hoc Group of Non-Consenting States. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Certificate of Service) | 4/7/2020 |
| 1026 | Statement The Official Committee of Unsecured Creditors' Joinder in, and Statement With Respect to, Ex Parte Motion of the Ad Hoc Group of Non-Consenting States for an Order Authorizing Examinations of Certain Financial Institutions Pursuant to Rules 2004 and 9016 of the Federal Rules of Bankruptcy Procedure (related document(s)1019) filed by Ira S. Dizengoff on behalf of The Official Committee of Unsecured Creditors of Purdue Pharma L.P., et al.. | 4/9/2020 |
| 1059 | Objection to Motion / Objection of the Ad Hoc Group of Individual Victims to Creditors the Board of Education of Thornton Township High School District 205, the Board of Education of Thornton Fractional Township High School District 215, and the Board of Education of East Aurora School District 131's Motion to Submit Claims of Independent Public School Districts to Mediation (related document(s)1038) filed by J. Christopher Shore on behalf of Ad Hoc Group of Individual Victims of Purdue Pharma L.P.. | 4/17/2020 |
| 1087 | Objection to Motion Limited Objection of The Raymond Sackler Family to the Ad Hoc Group of Non-Consenting States Rule 2004 Motion (related document(s)1019) filed by Gerard Uzzi on behalf of The Raymond Sackler Family. (Attachments: # 1 Exhibit A # 2 Certificate of Service) | 4/26/2020 |
| 1088 | Objection to Motion  / Limited Objection of Mortimer Sackler Initial Covered Sackler Persons to Ex Parte Motion of the Ad Hoc Group of Non-Consenting States for an Order Authorizing Examinations of Certain Financial Institutions Pursuant to Rules 2004 and 9016 of the Federal Rules of Bankruptcy Procedure (related document(s)1019) filed by Jasmine Ball on behalf of Beacon Company. | 4/26/2020 |
| 1089 | Letter  to the Honorable Judge Robert D. Drain re Discovery Dispute between the Official Committee of Unsecured Creditors and Members of the Sackler Family Filed by Ira S. Dizengoff on behalf of The Official Committee of Unsecured Creditors of Purdue Pharma L.P., et al.. | 4/26/2020 |
| 1099 | Application for FRBP 2004 Examination STATEMENT OF THE PRIVATE INSURANCE CLASS CLAIMANTS CONCERNING DISCOVERY DISPUTES BETWEEN | 4/29/2020 |

| | | |
|---|---|---|
| | OFFICIAL COMMITTEE OF UNSECURED CREDITORS AND THE SACKLERS AND APPLICATION UNDER BANKRUPTCY RULE 2004 (related document(s)1019) filed by Nicholas F. Kajon on behalf of Eric Hestrup, et al.. (Attachments: # 1 Exhibit A - Proposed Rule 2004 Order # 2 Certificate of Service) | |
| 1106 | Reply to Motion / Reply in Support of its Ex Parte Motion of the Ad Hoc Group of Non-Consenting States for an Order Authorizing Examinations of Certain Financial Institutions Pursuant to Rules 2004 and 9016 of the Federal Rules of Bankruptcy Procedure (related document(s)1019) filed by Andrew M. Troop on behalf of Ad Hoc Group of Non-Consenting States. (Attachments: # 1 Exhibit A Proposed Order and Request) | 4/29/2020 |
| 1107 | Letter / The Ad Hoc Group of Non-Consenting States' Letter to the Honorable Judge Robert D. Drain Regarding Discovery Disputes Between the UCC and Members of the Sackler Family Filed by Andrew M. Troop on behalf of Ad Hoc Group of Non-Consenting States. | 4/29/2020 |
| 1109 | Statement / The Official Committee of Unsecured Creditors' Joinder In, and Statement with Respect to, Reply in Support of Ex Parte Motion of the Ad Hoc Group of Non-Consenting States for an Order Authorizing Examinations of Certain Financial Institutions Pursuant to Rules 2004 and 9016 of the Federal Rules of Bankruptcy Procedure (related document(s)1106) filed by Ira S. Dizengoff on behalf of The Official Committee of Unsecured Creditors of Purdue Pharma L.P., et al.. | 4/29/2020 |
| 1110 | Declaration of Arik Preis in Support of the Official Committee of Unsecured Creditors' Joinder In, and Statement with Respect to, Reply in Support of Ex Parte Motion of the Ad Hoc Group of Non-Consenting States for an Order Authorizing Examinations of Certain Financial Institutions Pursuant to Rules 2004 and 9016 of the Federal Bankruptcy Procedure (related document(s)1109) filed by Ira S. Dizengoff on behalf of The Official Committee of Unsecured Creditors of Purdue Pharma L.P., et al.. | 4/29/2020 |
| 1111 | Statement / Ad Hoc Committees Statement Regarding Discovery Disputes (related document(s)1019, 1087, 1089, 1088) filed by Kenneth H. Eckstein on behalf of Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants. | 4/29/2020 |
| 1112 | Response of The Raymond Sackler Family to The Official Committee's April 26 Discovery Letter And Objection to Relief Requested Therein (related document(s)1089) filed by Gerard Uzzi on behalf of The Raymond Sackler Family. | 4/29/2020 |
| 1113 | Response / Response of Beacon Company to The Official Committee's April 26 Discovery Letter and Objection to Relief Requested Therein (related document(s)1089) filed by Jasmine Ball on behalf of Beacon Company. | 4/29/2020 |
| 1117 | Operating Report / Corporate Monthly Operating Report for Period March 1, 2020 through March 31, 2020 Filed by Eli J. Vonnegut on behalf of Purdue Pharma L.P.. | 4/30/2020 |
| 1119 | Statement / Reservation of Rights in Connection with Statement and Application of the Private Insurance Class Claimants Concerning Discovery Disputes (related document(s)1099) filed | 4/30/2020 |

| | | |
|---|---|---|
| | by Gerard Uzzi on behalf of The Raymond Sackler Family. | |
| 1139 | Transcript regarding Hearing Held on 05/01/2020 At 2:10 PM RE: Ex Parte Motion Of The Ad Hoc Group Of Non- Consenting States For An Order Authorizing Examinations Of Certain Financial Institutions Pursuant To Rules 2004 And 9016 Of The Federal Rules Of Bankruptcy Procedure Filed By Andrew M. Troop On Behalf Of Ad Hoc Group Of Non-Consenting States (ECF #1019).; Limited Objection Of The Raymond Sackler Family To The Ad Hoc Group Of Non-Consenting States Rule 2004 Motion (Related Document(S)1019) (ECF #1087).; Limited Objection Of Mortimer Sackler Initial Covered Sackler Persons To Ex Parte Motion Of The Ad Hoc Group Of Non-Consenting States For An Order Authorizing Examinations Of Certain Financial Institutions Pursuant To Rules 2004 And 9016 Of The Federal Rules Of Bankruptcy Procedure (Related Document(S)1019) Filed By Jasmine Ball On Behalf Of Beacon Company (ECF #1088).; Etc. Remote electronic access to the transcript is restricted until 8/3/2020. The transcript may be viewed at the Bankruptcy Court Clerks Office. [Transcription Service Agency: Veritext Legal Solutions.]. (See the Courts Website for contact information for the Transcription Service Agency.) (RE: related document(s) 1111, 1110, 1019, 1119, 1087, 1106, 1109, 1107, 1113, 1112, 1099, 1088). Notice of Intent to Request Redaction Deadline Due By 5/12/2020. Statement of Redaction Request Due By 5/26/2020. Redacted Transcript Submission Due By 6/5/2020. Transcript access will be restricted through | 5/5/2020 |
| 1142 | Letter Letter to Judge Drain re: an addition to the letter I wrote to you in October, 2019 against the proposed settlement for Pursue Pharma (related document(s)280) Filed by Stephen G. Gelfand. | 5/12/2020 |
| 1143 | Order signed on 5/12/2020 Pursuant to Rules 2004 and 9016 of the Federal Rules of Bankruptcy Procedure Authorizing Examinations of Certain Financial Institutions (Related Doc # 1019) . | 5/12/2020 |
| 1175 | Statement / Notice of Filing of Monitor's Report filed by Marc Joseph Tobak on behalf of Purdue Pharma L.P.. (Attachments: # 1 Exhibit 1- Preliminary Injunction and Voluntary Injunction # 2 Exhibit 2- Monitor Agreement # 3 Exhibit 3- List of Documents and Materials Received from Purdue Pharma and Related Entities February 13, 2020 # 4 Exhibit 4- Purdue Pharma Documents March 4 and 8, 2020 # 5 Exhibit 5- Purdue Pharma Documents Delivered March 19 and 20, 2020 # 6 Exhibit 6- Documents Delivered March 23, 2020 # 7 Exhibit 7- Purdue Pharma Produced April 13, 2020 # 8 Exhibit 8- Purdue Documents Produced April 20, 21, 29, and 30, 2020 # 9 Exhibit 9- Documents Received from Purdue Pharma May 11, 2020) | 5/20/2020 |
| 1176 | Sixth Monthly Fee Statement  / Sixth Monthly Fee Statement of Gilbert LLP, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Co-Counsel to the Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants for the Period March 1, 2020 Through March 31, 2020 Filed by Kenneth H. Eckstein on behalf of Ad Hoc Committee of Governmental and Other Contingent | 5/20/2020 |

| | Litigation Claimants. | |
|---|---|---|
| 1178 | Motion to Extend Time / Motion Pursuant to 11 U.S.C. §§ 105(a) and 501 and Fed. R. Bankr. P. 2002 and 3003(c)(3) for Entry of an Order (I) Extending the General Bar Date for a Limited Period and (II) Approving the Form and Manner of Notice Thereof filed by James I. McClammy on behalf of Purdue Pharma L.P.. (Attachments: # 1 Exhibit A- Proposed Order) | 5/20/2020 |
| 1179 | Declaration / Supplemental Declaration of Jeanne C. Finegan (related document(s)1178) filed by James I. McClammy on behalf of Purdue Pharma L.P.. | 5/20/2020 |
| 1194 | Statement Notice of Filing of Report of the Special Committee filed by Marshall Scott Huebner on behalf of Purdue Pharma L.P.. (Attachments: # 1 Exhibit A- Part 1 # 2 Exhibit A- Part 2 # 3 Exhibit A- Part 3 # 4 Exhibit A- Part 4 # 5 Exhibit A- Part 5 # 6 Exhibit A- Part 6) | 5/29/2020 |
| 1201 | Monthly Operating Report / Corporate Monthly Operating Report for Period April 1, 2020 through April 30, 2020 Filed by Eli J. Vonnegut on behalf of Purdue Pharma L.P.. | 5/31/2020 |
| 1211 | Motion by Public School Districts for an Order Allowing them to Proceed with a Class Proof of Claim and Certifying a Class | 6/1/2020 |
| 1221 | Order signed on 6/3/2020 Granting Motion(I) Extending the General Bar Date for a Limited Period and (II) Approving the Form and Manner of Notice Thereof. The General Bar Date is extended from Tuesday, June 30, 2020 to Thursday, July 30, 2020, at 5:00 p.m. (Prevailing Eastern Time) (Related Doc # 1178). | 6/3/2020 |
| 1223 | Notice of Presentment of Second Amended Order Extending Time to Object to Dischargeability of Certain Debts filed by Timothy E. Graulich on behalf of Purdue Pharma L.P.. with presentment to be held on 6/17/2020 at 10:00 AM at Courtroom TBA, White Plains Courthouse (RDD) Objections due by 6/12/2020, (Attachments: # 1 Exhibit A- Proposed Second Amended Order # 2 Exhibit B- Blackline Against Amended Order) | 6/3/2020 |
| 1277 | Objection to Motion Objection of The Raymond Sackler Family to The Private Insurance Plaintiffs Rule 2004 Motion (ECFNo. 1099) and Statement in Respect of Notice of Stipulation and Agreed Order Among The UCC and Other Parties (ECF No. 1231) (related document(s)1099) filed by Gerard Uzzi on behalf of The Raymond Sackler Family. (Attachments: # 1 Certificate of Service) | 6/16/2020 |
| 1289 | Motion to Extend Time to Object to Discharge /Notice of Presentment of Motion of Debtors for Entry of an Order Extending Time to Object to Dischargeability of Certain Debts (ADMINISTRATIVE ENTRY) (related document(s)700) filed by Timothy E. Graulich on behalf of Purdue Pharma L.P.. | 6/18/2020 |
| 1290 | Second Amended Order signed on 6/17/2020 Extending Time to Object to Dischargeability of Certain Debts (Related Doc # 1289) . | 6/18/2020 |
| 1296 | Operating Report / Corporate Monthly Operating Report for Period May 1, 2020 through May 31, 2020 Filed by Eli J. Vonnegut on behalf of Purdue Pharma L.P.. | 6/22/2020 |

| | | |
|---|---|---|
| 1309 | Letter to Judge Drain re: make sure a fair share gets to the victims(claimants) who experienced loss of loved ones or years of problems with the negative affects of their addictions, which began with the use of Oxycontin Filed by Dan Schneider. | 6/29/2020 |
| 1312 | Transcript regarding Hearing Held on 6/23/20020 at 10:06 AM RE: Notice of Agenda; Amended Motion of Debtors for Authority to Enter into a Motion for Funding Agreement..etc... Remote electronic access to the transcript is restricted until 9/22/2020. The transcript may be viewed at the Bankruptcy Court Clerks Office. [Transcription Service Agency: Veritext Legal Solutions.]. (See the Courts Website for contact information for the Transcription Service Agency.) (RE: related document(s) 1244, 1249). Notice of Intent to Request Redaction Deadline Due By 7/1/2020. Statement of Redaction Request Due By 7/15/2020. Redacted Transcript Submission Due By 7/27/2020. Transcript access will be restricted through | 6/24/2020 |
| 1317 | Motion to Authorize The Official Committee's Omnibus Ex Parte Motion for Authorization to Conduct Examinations Pursuant to Federal Rules of Bankruptcy Procedure 2004 and 9016 filed by Ira S. Dizengoff on behalf of The Official Committee of Unsecured Creditors of Purdue Pharma L.P., et al.. | 6/30/2020 |
| 1318 | Statement /The Ad Hoc Group of Non-Consenting States Joinder in, and Statement with respect to, the Ex Parte Motion of the Official Committee of Unsecured Creditors of Purdue Pharma, et al. for an Order Authorizing Examinations Pursuantto Federal Rules of Bankruptcy Procedure 2004 and 9016 (related document(s)1317) filed by Andrew M. Troop on behalf of Ad Hoc Group of Non-Consenting States. | 7/1/2020 |
| 1319 | Stipulation / Notice of Filing of Stipulation and Agreed Order Between the Official Committee and Beth Cohen, A Raymond Side Additional Covered Sackler Person, Regarding Discovery in These Cases Filed by Ira S. Dizengoff on behalf of The Official Committee of Unsecured Creditors of Purdue Pharma L.P., et al.. | 7/1/2020 |
| 1321 | Motion of the Private Insurance Class Claimants for Leave to File Class Proofs of Claim | 7/2/2020 |
| 1325 | Statement / Supplemental Statement to the Ad Hoc Group of Non-Consenting States' Joinder in, and Statement with Respect to, Ex Parte Motion of the Official Committee of Unsecured Creditors of Purdue Pharma, et al. for an Order Authorizing Examinations Pursuant to Federal Rules of Bankruptcy Procedure 2004 and 9016 (related document(s)1317, 1318) filed by Andrew M. Troop on behalf of Ad Hoc Group of Non-Consenting States. | 7/2/2020 |
| 1330 | Hospital Claimants' Motion Pursuant to Fed. R. Bankr. P. 9014 and 7023 for an Order Making Fed. R. Civ. P. 23 Applicable to These Proceedings, Permitting them to File a Class Proof of Claim and Granting Related Relief | 7/2/2020 |
| 1340 | Order signed on 7/6/2020 Granting Motion Pursuant to Federal Rules of Bankruptcy Procedure 2004 and 9016 Authorizing Examinations of and Document Production by Third Parties (Related Doc # (1317 & 1318)) . | 7/6/2020 |
| 1345 | So Ordered Stipulation Signed on 7/7/2020 Between the Official Committee and Beth Cohen, as Trustee for Certain Covered | 7/7/2020 |

| | | |
|---|---|---|
| | Sackler Person Trusts, Regarding Discovery Deadlines in the Chapter 11 Cases. | |
| 1346 | So Ordered Stipulation Signed on 7/7/2020 Between the Official Committee and Stipulating IAC Regarding Discovery Deadlines in the Chapter 11 Cases. | 7/7/2020 |
| 1347 | So Ordered Stipulation signed on 7/7/2020 Between the Official Committee and the Mortimer Side Covered Parties Regarding Discovery Deadlines in the Chapter 11 Cases. | 7/7/2020 |
| 1348 | So Ordered Stipulation signed on 7/7/2020 Between the Official Committee and Raymond Side Covered Parties Regarding Discovery Deadlines in the Chapter 11 Cases. | 7/7/2020 |
| 1357 | Letter /Motion for default judgment with Certificate of Service Filed by Ronald Bass Sr.. | 7/8/2020 |
| 1362 | Motion by NAS Guardians on Behalf of the NAS Children's Abatement Class Action Claimants for Entry of an Order Pursuant to Fed. R. Bankr. P. 9014 and 9023 Permitting them to File a Class Proof of Claim and Granting Related Relief | 7/9/2020 |
| 1363 | Motion by Cheyenne & Arapaho Tribes and Certain Other Indian Tribes Claimants Pursuant to Fed. R. Bankr. P. 9014 and 9023 to Permit the Filing of a Class Proof of Claim | 7/9/2020 |
| 1365 | Motion to Extend Exclusivity Period for Filing a Chapter 11 Plan and Disclosure Statement Motion of Debtors for Entry of a Second Order Extending the Exclusive Periods within which to File a Chapter 11 Plan and Solicit Acceptances Thereof filed by Marshall Scott Huebner on behalf of Purdue Pharma L.P. with hearing to be held on 7/23/2020 at 02:00 PM at Courtroom TBA, White Plains Courthouse (RDD) Responses due by 7/20/2020,. (Attachments: # 1 Exhibit A-Proposed Order) | 7/9/2020 |
| 1375 | Motion to Extend Time to Object to Discharge /Notice of Presentment of Third Amended Order Extending Time to Object to Dischargeability of Certain Debts (related document(s)1289) filed by Timothy E. Graulich on behalf of Purdue Pharma L.P. with hearing to be held on 7/27/2020 at 10:00 AM at Courtroom TBA, White Plains Courthouse (RDD) Responses due by 7/24/2020,. (Attachments: # 1 Exhibit A-Proposed Order # 2 Exhibit B-Blackline Against Second Amended Order) | 7/13/2020 |
| 1408 | Motion to Permit the Filing of a Class Proof of Claim filed by Tiffany Dunford | 7/15/2020 |
| 1415 | The State of Florida's Omnibus Objection to the Request by the Hospital Claimants, the Private Insurance Class Plaintiffs, the Independent Public School Districts, the NAS Guardians, and the Cheyenne and Arapaho Tribes for Leave to File Motions for Class Relief | 7/15/2020 |
| 1420 | Notice of Presentment of Second Amended Protective Order filed by James I. McClammy on behalf of Purdue Pharma L.P.. with presentment to be held on 7/30/2020 at 10:00 AM at Courtroom TBA, White Plains Courthouse (RDD) Objections due by 7/27/2020, (Attachments: # 1 Annexure I - Proposed Second Amended Protective Order # 2 Annexure II - Blackline of Proposed Second Amended Protective Order) | 7/16/2020 |
| 1421 | Debtors' Omnibus Objection to Motions by Certain Claimants for an Order Allowing them to Proceed with a Class Proof of Claim and Certifying a Class | 7/16/2020 |

| | | |
|---|---|---|
| 1423 | The Ad Hoc Group of Individual Victims' Statement in Support of Debtors' Omnibus Objection to Motions by Certain Claimants for an Order Allowing them to Proceed with a Class Proof of Claim and Certifying a Class | 7/16/2020 |
| 1425 | The Official Committee of Unsecured Creditors' Response to and Request for Adjournment of Class Claim Motions Until Conclusion of Mediation | 7/16/2020 |
| 1431 | Public Claimants' Omnibus Objection to Motions for Leave to File Class Proofs of Claim | 7/16/2020 |
| 1440 | Stipulation /Amended Stipulation and Agreed Order Among the Official Committee and Other Parties in Interest Regarding Discovery and the Sharing of Information in the Chapter 11 Cases Filed by Ira S. Dizengoff on behalf of The Official Committee of Unsecured Creditors of Purdue Pharma L.P., et al.. | 7/17/2020 |
| 1452 | Operating Report / Corporate Monthly Operating Report for Period June 1, 2020 through June 30, 2020 Filed by Eli J. Vonnegut on behalf of Purdue Pharma L.P.. | 7/20/2020 |
| 1477 | Motion to Appoint Examiner /appoint an independent examiner to investigate and issue a public report... filed by Charlotte Bismuth. | 7/21/2020 |
| 1490 | Stipulation / Second Stipulation and Agreed Order Among the Official Committee and the Stipulating IACS Regarding Discovery Deadlines in the Chapter 11 Cases Filed by Ira S. Dizengoff on behalf of The Official Committee of Unsecured Creditors of Purdue Pharma L.P., et al.. | 7/22/2020 |
| 1495 | Letter on behalf of OxyJustice Received on 7/16/20, re: Examiner to Inverstigate... Filed by Harrison Cullen. | 7/22/2020 |
| 1517 | Second Order signed on 7/24/2020 Extending the Exclusive Periods within which to File a Chapter 11 Plan and Solicit Acceptances Thereof (Related Doc # 1365) . | 7/24/2020 |
| 1518 | Second Stipulation and Agreed Order Signed on 7/24/2020 Among the Official Committee and the Stipulating IACS Regarding Discovery Deadlines in the Chapter 11 Cases (related document(s)1490). | 7/24/2020 |
| 1524 | Third Amended Order signed on 7/27/2020 Extending Time to Object to Dischargeability of Certain Debts to and including November 2, 2020 (Related Doc # 1375) . | 7/27/2020 |
| 1538 | Letter requesting appointment of examiner Filed by Peter W. Jackson. | 7/30/2020 |
| 1540 | Second Order signed on 7/30/2020 Protective Order. | 7/31/2020 |
| 1543 | Amended Stipulation and Agreed Order signed on 7/31/2020 Among the Official Committee and Other Parties in Interest Regarding Discovery and the Sharing of Information in the Chapter 11 Cases. | 7/31/2020 |
| 1549 | Transcript regarding Hearing Held on 7/23/2020 at 2:07 PM RE: Notice of Agenda; Motion to Extend Exclusivity for Filing a Chapter 11 Plan and Disclosure Statement Motion of Debtors for Entry of a Second Order Extending the Exclusive Periods within which to File a Chapter 11 Plan and Solicit Acceptances Thereof..etc... Remote | 7/27/2020 |

| | | |
|---|---|---|
| | electronic access to the transcript is restricted until 10/26/2020. The transcript may be viewed at the Bankruptcy Court Clerks Office. [Transcription Service Agency: Veritext Legal Solutions.]. (See the Courts Website for contact information for the Transcription Service Agency.) (RE: related document(s) 1448, 1475, 1493, 1408, 1322, 1330, 41, 1334, 1421, 1487, 1486, 1425, 1415, 1423, 1362, 1489, 1461, 719, 1462, 1211, 1431, 1424, 1179). Notice of Intent to Request Redaction Deadline Due By 8/3/2020. Statement of Redaction Request Due By 8/17/2020. Redacted Transcript Submission Due By 8/27/2020. Transcript access will be restricted through 10/26/2020. | |
| 1566 | DECISION AND ORDER AFFIRMING THE BANKRUPTCY COURT'S PRELIMINARY INJUNCTIONS: For the reasons stated, the Bankruptcy Court's orders entering and extending the Preliminary Injunction (Adv. Dkt. Nos. 105, 168) are AFFIRMED. This constitutes the decision and order of the Court. It is a written opinion. The Clerk of Court is respectfully directed to close this matter on the Court's docket. (Signed by Judge Colleen McMahon on 8/11/2020) | 8/12/2020 |
| 1569 | Ex Parte Application for FRBP 2004 Examination / Ex Parte Motion of the Official Committee of Unsecured Creditors of Purdue Pharma, et al., and the Ad Hoc Group of Non-Consenting States for Entry of an Order Authorizing Examinations of Certain Insurance Brokers Pursuant to Federal Rules of Bankruptcy Procedure 2004 and 9006 filed by Ira S. Dizengoff on behalf of The Official Committee of Unsecured Creditors of Purdue Pharma L.P., et al.. | 8/12/2020 |
| 1584 | Statement /Notice of Filing of Monitor's (Second) Report filed by Marc Joseph Tobak on behalf of Purdue Pharma L.P.. | 8/18/2020 |
| 1587 | Response to Motion  Filed by the NAACP and their Supporting Memorandum, 08/07/20 (related document(s)1555) filed by Ronald Bass Sr.. with hearing to be held on 8/26/2020 at 10:00 AM at Courtroom 118, White Plains Courthouse | 8/18/2020 |
| 1600 | Operating Report / Corporate Monthly Operating Report for Period July 1, 2020 through July 31, 2020 Filed by Eli J. Vonnegut on behalf of Purdue Pharma L.P.. | 8/24/2020 |
| 1609 | Stipulation and Agreed Order Among the Official Committee, the Non-Consenting States, the Ad Hoc Committee, and the Debtors Regarding Discovery Deadlines and Briefing Scheduling in the Chapter 11 Cases Filed by Ira S. Dizengoff on behalf of The Official Committee of Unsecured Creditors of Purdue Pharma L.P., et al.. | 8/25/2020 |
| 1613 | Letter to the Honorable Judge Robert D. Drain re Discovery Update Filed by Ira S. Dizengoff on behalf of The Official Committee of Unsecured Creditors of Purdue Pharma L.P., et al.. | 8/25/2020 |
| 1617 | Supplemental Order signed on 8/26/2020 Authorizing the Debtors to Assume the Reimbursement Agreement and Pay the | 8/26/2020 |

| | | |
|---|---|---|
| | Fees and Expenses of the Ad Hoc Committee's Professionals (Related Doc # 394, 553) . | |
| 1622 | Order signed on 8/26/2020 Examination of Third Parties Pursuant to FRBP 2004 and 9016 (Related Doc # 1569) . | 8/26/2020 |
| 1623 | Stipulation and Agreed Order signed on 8/26/2020 Among the Official Committee, the Non-Consenting State Groups and the Debtors Regarding Discovery in the Chapter 11 Cases. | 8/26/2020 |
| 1662 | Letter  re: claims 89590, 112924, 104975 & 112904 (backup documents were not filed) Filed by Ronald Bass Sr.. | 9/9/2020 |
| 1665 | Transcript regarding Hearing Held on 8/26/2020 at 10:05 AM RE: Notice of Agenda; Notice of Hearing; Notice of Second Interim Fee Hearing..etc... Remote electronic access to the transcript is restricted until 11/25/2020. The transcript may be viewed at the Bankruptcy Court Clerks Office. [Transcription Service Agency: Veritext Legal Solutions.]. (See the Courts Website for contact information for the Transcription Service Agency.) (RE: related document(s) 1396, 1454, 1459, 1599, 1360, 1391, 1439, 1441, 1394, 1465, 1444, 1596, 1585, 1587, 1447, 1406, 1356, 1446, 1457, 1458, 1400, 1445, 1390, 1463, 1443, 1592, 1555, 1601, 1395, 1442, 1456, 1392, 1399, 1411). Notice of Intent to Request Redaction Deadline Due By 9/3/2020. Statement of Redaction Request Due By 9/17/2020. Redacted Transcript Submission Due By 9/28/2020. Transcript access will be restricted through | 8/27/2020 |
| 1674 | Motion to Authorize / Motion of Debtors for Entry of an Order Authorizing Implementation of a Key Employee Incentive Plan and a Key Employee Retention Plan filed by Eli J. Vonnegut on behalf of Purdue Pharma L.P. with hearing to be held on 9/30/2020 at 10:00 AM at Courtroom TBA, White Plains Courthouse (RDD) Responses due by 9/16/2020,. (Attachments: # 1 Exhibit A - Proposed Order # 2 Exhibit B - Lowne Declaration # 3 Exhibit C - Willis Towers Watson Declaration) | 9/9/2020 |
| 1680 | Letter  re: letter sent to Mr. Schwartzberg, Claim 89590, 112924, 10475 & 112904 Filed by Ronald Bass Sr.. | 9/11/2020 |
| 1705 | Operating Report / Corporate Monthly Operating Report for Period August 1, 2020 through August 31, 2020 Filed by Eli J. Vonnegut on behalf of Purdue Pharma L.P.. | 9/21/2020 |
| 1708 | Objection to Motion For Order Authorizing Implementation of a Key Employee Incentive Plan and a Key Employee Retention Plan (related document(s)1674) filed by Paul Kenan Schwartzberg on behalf of United States Trustee. | 9/22/2020 |
| 1709 | Objection to Motion  (related document(s)1674) filed by Paul A. Rachmuth on behalf of Ad Hoc Committee on Accountability. with hearing to be held on 9/30/2020 at 10:00 AM at Courtroom TBA, White Plains Courthouse (RDD) | 9/22/2020 |
| 1710 | Memorandum of Law In Support of Ad Hoc Committee on Accountability's Objection to Debtors' Motion to Pay Bonuses (related document(s)1674) filed by Paul A. Rachmuth on behalf of Ad Hoc Committee on Accountability. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E # 6 Exhibit F # 7 Exhibit H # 8 Exhibit I # 9 Exhibit J # 10 Exhibit K # 11 Index L # 12 Index M # 13 Exhibit N # 14 Exhibit O) | 9/22/2020 |

| | | |
|---|---|---|
| 1716 | Statement / Mediators' Report filed by Eli J. Vonnegut on behalf of Purdue Pharma L.P.. | 9/23/2020 |
| 1734 | Amended Stipulation and Agreed Order signed on 9/28/2020 Regarding Discovery Deadlines and Briefing Scheduling in the Chapter 11 Cases. Hearing to be held on 10/28/2020 at 10:00 AM at Courtroom 118, White Plains Courthouse | 9/28/2020 |
| 1739 | Memorandum of Law in Support of Motion to Extend the Preliminary Injunction filed by Benjamin S. Kaminetzky on behalf of Purdue Pharma L.P.. | 9/28/2020 |
| 1742 | Reply to Motion / Debtors' Omnibus Reply in Support of Motion of Debtors for Entry of an Order Authorizing Implementation of a Key Employee Incentive Plan and a Key Employee Retention Plan (related document(s)1674) filed by Eli J. Vonnegut on behalf of Purdue Pharma L.P.. | 9/29/2020 |
| 1752 | Motion to Compel // Official Committee of Unsecured Creditors Motion to Compel Production of Purportedly Privileged Documents, or for in Camera Review, Based on Failure of the Sacklers and the Debtors to Demonstrate Documents Identified on Logs are Privileged filed by Ira S. Dizengoff on behalf of The Official Committee of Unsecured Creditors of Purdue Pharma L.P., et al. with hearing to be held on 10/28/2020 at 10:00 AM at Courtroom TBA, White Plains Courthouse (RDD) Responses due by 10/14/2020,. | 9/30/2020 |
| 1753 | Motion to Compel // Official Committee of Unsecured Creditors Motion to Compel Production of Purportedly Privileged Documents, or for in Camera Review, Based on Good Cause, Crime Fraud, and at Issue Exceptions to Claims of Privilege filed by Ira S. Dizengoff on behalf of The Official Committee of Unsecured Creditors of Purdue Pharma L.P., et al. with hearing to be held on 10/28/2020 at 10:00 AM at Courtroom TBA, White Plains Courthouse (RDD) Responses due by 10/14/2020,. | 9/30/2020 |
| 1754 | Declaration of Mitchell Hurley Dated September 29, 2020 (related document(s)1753, 1752) filed by Ira S. Dizengoff on behalf of The Official Committee of Unsecured Creditors of Purdue Pharma L.P., et al.. | 9/30/2020 |
| 1756 | Order signed on 9/30/2020 Expanding Scope of Mediation (related document(s)895). | 9/30/2020 |
| 1760 | Transcript regarding Hearing Held on 2/21/2020 at 10:01 AM RE: Notice of Agenda/Omnibus Hearing; Motion of Debtors for Entry of an Order..etc.... Remote electronic access to the transcript is restricted until 12/28/2020. The transcript may be viewed at the Bankruptcy Court Clerks Office. [Transcription Service Agency: Veritext Legal Solutions.]. (See the Courts Website for contact information for the Transcription Service Agency.) (RE: related document(s) 815, 796). Notice of Intent to Request Redaction Deadline Due By 10/6/2020. Statement of Redaction Request Due By 10/20/2020. Redacted Transcript Submission Due By 10/30/2020. Transcript access will be restricted through | 9/29/2020 |
| 1762 | Order signed on 10/1/2020 Authorizing the Debtors to Implement a Key Employee Retention Plan (Related Doc # 1674). | 10/1/2020 |

| | | |
|---|---|---|
| 1776 | Transcript regarding Hearing Held on 1/24/2020 at 10:29AM RE: Motion to Extend Exclusivity Period for Filing aChapter 11 Plan and Disclosure Statement/ Motion ofDebtors for Entry of an Order Extending the ExclusivePeriods Within Which to File a Chapter 11 Plan and SolicitAcceptances Thereof..etc... Remote electronic access to thetranscript is restricted until 12/28/2020. The transcript maybe viewed at the Bankruptcy Court Clerks Office.[Transcription Service Agency: Veritext Legal Solutions.].(See the Courts Website for contact information for theTranscription Service Agency.) (RE: related document(s)718, 757, 190, 756, 753, 103, 712, 557, 197, 6, 201, 763,196, 754, 134, 99, 327, 559). Notice of Intent to RequestRedaction Deadline Due By 10/5/2020. Statement ofRedaction Request Due By 10/19/2020. RedactedTranscript Submission Due By 10/29/2020. Transcriptaccess will be restricted through 12/28/2020. | 9/28/2020 |
| 1779 | Ex Parte Motion to Authorize // Ex Parte Motion of the Official Committee of Unsecured Creditors of Purdue Pharma L.P., et al., and the Non-Consenting State Group for Entry of an Order Authorizing Examinations of Certain Former Debtor Executives, Separately Represented Debtor Personnel, and Norton Rose Fulbright Pursuant to Federal Rules of Bankruptcy Procedure 2004 and 9006 filed by Ira S. Dizengoff on behalf of The Official Committee of Unsecured Creditors of Purdue Pharma L.P., et al.. | 10/6/2020 |
| 1780 | Declaration of Mitchell Hurley Dated October 6, 2020 (related document(s)1779) filed by Ira S. Dizengoff on behalf of The Official Committee of Unsecured Creditors of Purdue Pharma L.P., et al.. | 10/6/2020 |
| 1784 | Letter to Hon. Robert D. Drain from Sean O'Neal, dated October 7, 2020, in response to the Motion of the Unsecured Creditors' Committee and the Non-Consenting State Group for Rule 2004 Examinations (related document(s)1779) Filed by Sean A. O'Neal on behalf of Norton Rose Fulbright US LLP. | 10/7/2020 |
| 1788 | Order signed on 10/8/2020 Granting Motion Pursuant to Federal Rules of Bankruptcy Procedure 2004 and 9016 Authorizing Examination of Certain Former Debtor Executives, Separately Represented Debtor Personnel, and Norton Rose Fulbright Pursuant to Federal Rules of Bankruptcy Procedure 2004 and 9006 (Related Doc # 1779) . | 10/8/2020 |
| 1789 | Transcript regarding Hearing Held on 03/02/2020 At 10:01AM RE: Notice Of Agenda/Agenda For March 2, 2020Hearing (Related Document(S)855).; Motion ToAppoint/Motion For Entry Of An Order AppointingMediators (Related Document(S)853). Remote electronicaccess to the transcript is restricted until 12/29/2020. Thetranscript may be viewed at the Bankruptcy Court ClerksOffice. [Transcription Service Agency: Veritext LegalSolutions.]. (See the Courts Website for contactinformation for the Transcription Service Agency.) (RE:related document(s) 855, 853). Notice of Intent to RequestRedaction Deadline Due By 10/7/2020. Statement ofRedaction Request Due By 10/21/2020. RedactedTranscript Submission Due By 11/2/2020. Transcriptaccess will be restricted through 12/29/2020. | 9/30/2020 |

| | | |
|---|---|---|
| 1790 | Transcript regarding Hearing Held on 4/22/2020 at 10:15AM RE: Notice of Agenda / Agenda for April 22, 2020Omnibus Hearing; First Interim Fee Application ofDechert LLP, as 327(e) Special Counsel, forCompensation for Professional Services Rendered andReimbursement of Actual and Necessary ExpensesIncurred During the Period : 9/15/2019 to 1/31/2020,fee:$5,252,892.22, expenses: $815,614.96...etc... Remoteelectronic access to the transcript is restricted until12/30/2020. The transcript may be viewed at theBankruptcy Court Clerks Office. [Transcription ServiceAgency: Veritext Legal Solutions.]. (See the CourtsWebsite for contact information for the TranscriptionService Agency.) (RE: related document(s) 933, 935,1054, 946, 948, 979, 973, 940, 955, 956, 947, 1055, 951,934, 909, 950, 958, 1063, 942, 1050, 952, 941, 949, 954,1049, 1048, 1013, 957). Notice of Intent to RequestRedaction Deadline Due By 10/8/2020. Statement ofRedaction Request Due By 10/22/2020. RedactedTranscript Submission Due By 11/2/2020. Transcriptaccess will be restricted through 12/30/2020. | 10/1/2020 |
| 1791 | Transcript regarding Hearing Held on 07/23/2020 At 2:07PM RE: Motion To Extend Exclusivity Period For FilingA Chapter 11 Plan And Disclosure Statement Motion OfDebtors For Entry Of A Second Order Extending TheExclusive Periods Within Wh1ch To File A Chapter 11Plan And Solicit Acceptances Thereof (ECF #1365).;Public Claimants' Statement In Support Of The Motion OfThe Debtors For Entry Of A Second Order Extending TheExclusive Periods Within Which To File A Chapter 11Planand Solicit Acceptances Thereof(ECF # 1471).; Etc.Remote electronic access to the transcript is restricted until1/4/2021. The transcript may be viewed at the BankruptcyCourt Clerks Office. [Transcription Service Agency:Veritext Legal Solutions.]. (See the Courts Website forcontact information for the Transcription Service Agency.)(RE: related document(s) 1448, 1373, 1408, 1473, 1499,1330, 41, 1327, 1487, 1486, 1425, 1423, 1362, 1461, 719,1211, 1179, 1372, 1432, 1475, 1369, 1313, 1321, 1493,1322, 1334, 1421, 1415, 1498, 1409, 1471, 1489, 1365,1462, 1431, 1424). Notice of Intent to Request RedactionDeadline Due By 10/9/2020. Statement of RedactionRequest Due By 10/23/2020. Redacted TranscriptSubmission Due By 11/2/2020. Transcript access will berestricted through 1/4/2021. | 10/2/2020 |
| 1794 | Statement / Second Amended Verified Statement of the Multi-State Governmental Entities Group Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure filed by Kevin C. Maclay on behalf of Multi-State Governmental Entities Group. | 10/9/2020 |
| 1803 | Letter requesting permission to file a Statement of Interest regarding the UCC's Motion to Compel by Monday, October 19, 2020 (related document(s)1752) Filed by Lawrence Fogelman on behalf of United States of America. | 10/14/2020 |
| 1804 | Objection to Motion by Mortimer Sackler Initial Covered Sackler Persons Objection to the Official Committee of Unsecured Creditors Motion to Compel Production of | 10/14/2020 |

| | | |
|---|---|---|
| | Purportedly Privileged Documents, or for in Camera Review, Based on Good Cause, Crime Fraud, and at Issue Exceptions to Claims of Privilege (related document(s)1753) filed by Jasmine Ball on behalf of Beacon Company. with hearing to be held on 10/28/2020 at 10:00 AM at Courtroom TBA, White Plains Courthouse (RDD) | |
| 1805 | Declaration of Jasmine Ball (related document(s)1753) filed by Jasmine Ball on behalf of Beacon Company. with hearing to be held on 10/28/2020 at 10:00 AM at Courtroom TBA, White Plains Courthouse (RDD) | 10/14/2020 |
| 1806 | Objection to Motion of Mortimer Sackler Initial Covered Sackler Persons Objection to the Official Committee of Unsecured Creditors Motion to Compel Production of Purportedly Privileged Documents, or for in Camera Review, Based on Failure of the Sacklers and the Debtors to Demonstrate Documents Identified on Logs are Privileged (related document(s)1752) filed by Jasmine Ball on behalf of Beacon Company. with hearing to be held on 10/28/2020 at 10:00 AM at Courtroom TBA, White Plains Courthouse (RDD) | 10/15/2020 |
| 1807 | Second Declaration Declaration of Jasmine Ball in Support of Mortimer Sackler Initial Covered Sackler Persons Objection to the Official Committee of Unsecured Creditors Motion to Compel Production of Purportedly Privileged Documents, or for in Camera Review, Based on Failure of the Sacklers and the Debtors to Demonstrate Documents Identified on Logs are Privileged filed by Jasmine Ball on behalf of Beacon Company. with hearing to be held on 10/28/2020 at 10:00 AM at Courtroom TBA, White Plains Courthouse (RDD) | 10/15/2020 |
| 1808 | Objection to Motion /Debtors' Omnibus Objection to the Official Committee's Motions to Compel Production of the Debtors' Privileged Documents and Cross-Motion for a Protective Order (related document(s)1753, 1752) filed by Benjamin S. Kaminetzky on behalf of Purdue Pharma L.P.. with hearing to be held on 10/28/2020 at 10:00 AM at Courtroom TBA, White Plains Courthouse (RDD) Objections due by 10/25/2020, Reply due by 10/27/2020, (Attachments: # 1 Exhibit A- Proposed Order) | 10/15/2020 |
| 1809 | Declaration of Benjamin Kaminetzky in Support of Debtors' Omnibus Objection to the Official Committee's Motions to Compel Production of the Debtors' Privileged Documents and Cross-Motion for a Protective Order (related document(s)1808) filed by Benjamin S. Kaminetzky on behalf of Purdue Pharma L.P.. (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Exhibit 3-79 (Redacted)) | 10/15/2020 |
| 1810 | Opposition The Raymond Sackler Family's Opposition to the Official Committee of Unsecured Creditors' General Challenges Motion (related document(s)1752) filed by Gerard Uzzi on behalf of The Raymond Sackler Family. (Attachments: # 1 Declaration) | 10/15/2020 |
| 1811 | Opposition The Raymond Sackler Family's Opposition to the Official Committee of Unsecured Creditors' Exceptions Motion (related document(s)1753) filed by Gerard Uzzi on behalf of The Raymond Sackler Family. | 10/15/2020 |

| | | |
|---|---|---|
| 1812 | Declaration of Mara Leventhal in Support of The Raymond Sackler Family's Opposition to the Official Committee of Unsecured Creditors' Exceptions Motion and General Challenges Motion filed by Gerard Uzzi on behalf of The Raymond Sackler Family. (Attachments: # 1 Exhibit 1-123) | 10/15/2020 |
| 1815 | Amended Opposition Brief The Raymond Sackler Family's Opposition to the Official Committee of Unsecured Creditors' Exceptions Motion, amended to include Table of Contents and Table of Authorities (related document(s)1753) filed by Gerard Uzzi on behalf of The Raymond Sackler Family. | 10/16/2020 |
| 1816 | Amended Opposition Brief The Raymond Sackler Family's Opposition to the Official Committee of Unsecured Creditors' General Challenges Motion, amended to include Table of Contents and Table of Authorities (related document(s)1752) filed by Gerard Uzzi on behalf of The Raymond Sackler Family. | 10/16/2020 |
| 1821 | Letter Statement of Interest in Opposition to UCC's Motion to Compel (related document(s)1752) Filed by Lawrence Fogelman on behalf of United States of America. | 10/19/2020 |
| 1828 | Motion to Approve Compromise / Motion of Debtors Pursuant to 11 U.S.C. § 105 and Fed. R. Bankr. P. 9019 Authorizing and Approving Settlements Between the Debtors and the United States filed by Marshall Scott Huebner on behalf of Purdue Pharma L.P. with hearing to be held on 11/17/2020 at 10:00 AM at Courtroom TBA, White Plains Courthouse (RDD) Responses due by 11/12/2020,. (Attachments: # 1 Exhibit A- Proposed Order # 2 Exhibit B- Plea Agreement # 3 Exhibit C- Settlement Agreement) | 10/21/2020 |
| 1829 | Fourth Amended Order signed on 10/21/2020 Extending Time to Object to Dischargeability of Certain Debts. | 10/21/2020 |
| 1833 | Motion to Authorize Motion to Confirm that Payment by the Sackler Families under Settlement with the United States Department of Justice is not Prohibited by this Court filed by Gerard Uzzi on behalf of The Raymond Sackler Family. | 10/22/2020 |
| 1835 | Operating Report / Corporate Monthly Operating Report for Period September 1, 2020 through September 30, 2020 Filed by Eli J. Vonnegut on behalf of Purdue Pharma L.P.. | 10/22/2020 |
| 1848 | Stipulation and Agreed Order signed on 10/26/2020 Regarding Amended Briefing Schedule in the Chapter 11 Cases. The hearing on the Privilege Motions and the Debtors Cross-Motion is adjourned to November 17, 2020 at 10:00 a.m. at Teleconference Line (CourtSolutions) (RDD). | 10/26/2020 |
| 1856 | Objection to Motion // Statement Regarding and Limited Objection to Notice by the Sackler Families of Settlement with the United States Department of Justice and Motion to Confirm that Payment by the Sackler Families Under Settlement with the Department of Justice is not Prohibited by this Court (related document(s)1833) filed by Ira S. Dizengoff on behalf of The Official Committee of Unsecured Creditors of Purdue Pharma L.P., et al.. | 10/27/2020 |
| 1859 | Declaration / Supplemental Declaration of Lisa Donahue of AlixPartners, LLP filed by Eli J. Vonnegut on behalf of Purdue Pharma L.P.. | 10/28/2020 |

| | | |
|---|---|---|
| 1861 | Order Signed on 10/28/2020 Authorizing the Debtors to Implement A Key Employee Incentive Plan (related document(s)1847, 1674). | 10/28/2020 |
| 1865 | Notice of Presentment of Third Amended Protective Order filed by James I. McClammy on behalf of Purdue Pharma L.P.. with presentment to be held on 11/12/2020 at 10:00 AM at Courtroom TBA, White Plains Courthouse (RDD) Objections due by 11/9/2020, (Attachments: # 1 Annexure I - Proposed Third Amended Protective Order # 2 Annexure II - Blackline of Proposed Third Amended Protective Order to Second Amended Protective Order (ECF 1540)) | 10/29/2020 |
| 1893 | Statement /Further Statement Regarding Notice by the Sackler Families of Settlement with the United States Department of Justice and Motion to Confirm that Payment by the Sackler Families under Settlement with the Department of Justice Is Not Prohibited by this Court (related document(s)1856, 1833) filed by Ira S. Dizengoff on behalf of Ad Hoc Group of Non-Consenting States, The Official Committee of Unsecured Creditors of Purdue Pharma L.P., et al.. | 11/3/2020 |
| 1908 | Statement /Notice of Agreement Between Debtors and Official Committee of Unsecured Creditors Regarding Privilege Motions and Adjournment of Hearing With Respect to Remaining Privilege Disputes as to the Sacklers (related document(s)1848) filed by Ira S. Dizengoff on behalf of The Official Committee of Unsecured Creditors of Purdue Pharma L.P., et al.. with hearing to be held on 12/15/2020 (check with court for location) | 11/6/2020 |
| 1909 | Statement / Debtors' Statement Regarding Motion to Confirm that Payment by the Sackler Families under Settlement with the United States Department of Justice is not Prohibited by this Court (related document(s)1833) filed by Marshall Scott Huebner on behalf of Purdue Pharma L.P.. with hearing to be held on 11/17/2020 at 10:00 AM at Courtroom TBA, White Plains Courthouse (RDD) | 11/9/2020 |
| 1910 | Notice of Hearing / Notice of Scheduled Omnibus Hearing Dates filed by Eli J. Vonnegut on behalf of Purdue Pharma L.P.. | 11/10/2020 |
| 1911 | Opposition Objection to Debtors' Motion to Approve Settlement with the United States (related document(s)1828) filed by Paul A. Rachmuth on behalf of Ad Hoc Committee on Accountability. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E # 6 Exhibit F # 7 Exhibit G # 8 Exhibit H) | 11/10/2020 |
| 1913 | Opposition to Debtors' Motion to Approve Settlement with United States (related document(s)1828) filed by Daniel Walfish on behalf of Bankruptcy Professors as Amici Curiae. (Attachments: # 1 Exhibit 1 - Proposed Amicus Brief) | 11/10/2020 |
| 1914 | Objection / OBJECTION OF THE AD HOC GROUP OF NON-CONSENTING STATES TO THE MOTION OF DEBTORS PURSUANT TO 11 U.S.C. § 105 AND FED. R. BANKR. P. 9019 AUTHORIZING AND APPROVING SETTLEMENTS BETWEEN THE DEBTORS AND THE UNITED STATES (related document(s)1828) filed by Andrew M. Troop on behalf of Ad Hoc Group of Non-Consenting States. (Attachments: # 1 Exhibit Redacted exhibits) | 11/10/2020 |

| | | |
|---|---|---|
| 1916 | Objection / Limited Objection of the Ad Hoc Group of Individual Victims to Motion of Debtors Pursuant to 11 U.S.C. § 105 and Fed. R. Bankr. P. 9019 Authorizing and Approving Settlements Between the Debtors and the United States (related document(s)1828) filed by J. Christopher Shore on behalf of Ad Hoc Group of Individual Victims of Purdue Pharma L.P.. | 11/10/2020 |
| 1920 | Statement /The Official Committee of Unsecured Creditors' Statement Regarding Motion of Debtors Pursuant to 11 U.S.C. § 105 and Fed. R. Bankr. P. 9019 Authorizing and Approving Settlements Between the Debtors and the United States and Requests for Certain Clarifications in the Proposed Form of Order Approving the Same (related document(s)1828) filed by Ira S. Dizengoff on behalf of The Official Committee of Unsecured Creditors of Purdue Pharma L.P., et al.. | 11/11/2020 |
| 1934 | Letter  to Judge Drain received by e-mail on 11-11-20, re: Ad Hoc on Accountabilitys Objection to Purdues Motion to Authorize and Approve settlements between Purdue and The United States (filed by Mr. Dan Schneider, "The Pharmacist", President, Tunnel of Hope) (related document(s)1832, 1852) Filed by Dan Schneider. | 11/12/2020 |
| 1935 | Third Amended Protective Order signed on 11/12/2020 (related document(s)1865). | 11/12/2020 |
| 1942 | Letter regarding how the Government intends to use the $225 million that would be paid to the United States in its settlement agreement with the Sackler family Filed by Lawrence Fogelman on behalf of United States of America. | 11/13/2020 |
| 1951 | Response Omnibus Reply in Further Support of Motion to Confirm That Payment by The Sackler Families Under Settlement With The United States Department of Justice is Not Prohibited by This Court ((related documents 1833, 1891, 1893)) filed by Gerard Uzzi on behalf of The Raymond Sackler Family. (Attachments: # 1 Exhibit A # 2 Exhibit B) | 11/13/2020 |
| 1955 | Stipulation /Notice of Filing of Stipulation of Settlement and Agreed Order Regarding Official Committee's Motion to Compel and Debtors' Motion for Protective Order Filed by Benjamin S. Kaminetzky on behalf of Purdue Pharma L.P.. (Attachments: # 1 Exhibit 1 - Stipulation of Settlement and Agreed Order) | 11/15/2020 |
| 1956 | Statement / Third Monitor Report filed by Eli J. Vonnegut on behalf of Purdue Pharma L.P.. | 11/16/2020 |
| 1960 | Reply to Motion / Debtors Supplemental Reply in Support of Motion of Debtors for Entry of an Order Authorizing Implementation of a Key Employee Incentive Plan and a Key Employee Retention Plan (related document(s)1674) filed by Eli J. Vonnegut on behalf of Purdue Pharma L.P.. (Attachments: # 1 Exhibit A - Supplemental KEIP Order # 2 Exhibit B - Second Supplemental Willis Towers Watson Declaration) | 11/16/2020 |
| 1962 | Reply to Motion / Debtors' Omnibus Reply in Support of the Motion of the Debtors' Pursuant to 11 U.S.C. § 105 and Fed. R. Bankr. P. 9019 Authorizing and Approving Settlements between the Debtors and the United States (related document(s)1828) filed by Marshall Scott Huebner on behalf of Purdue Pharma L.P.. | 11/16/2020 |

| | | |
|---|---|---|
| 2003 | Order signed on 11/18/2020 Granting Motion Confirming that Payment by the Sackler Families under Settlement with the United States Department of Justice is not Prohibited by this Court's Preliminary Injunction (Related Doc # 1833) . | 11/18/2020 |
| 2004 | Order signed on 11/18/2020 Granting Motion Pursuant to 11 U.S.C. § 105 and Fed. R. Bankr. P. 9019 Authorizing and Approving Settlements Between the Debtors and the United States (Related Doc # 1828) . | 11/18/2020 |
| 2012 | Response / The Ad Hoc Group of Non-Consenting States Statement in Support of the Official Committee of Unsecured Creditors Motions to Compel Production of Purportedly Privileged Documents or for in Camera Review filed by Andrew M. Troop on behalf of Ad Hoc Group of Non-Consenting States. (Attachments: # 1 Exhibit A-J # 2 Exhibit K-Q # 3 Exhibit R-T) | 11/18/2020 |
| 2013 | Reply to Motion Official Committee of Unsecured Creditors Reply in Support of Motion to Compel Production of Purportedly Privileged Documents, or for In Camera Review, Based on Failure of the Sacklers to Demonstrate Documents Identified on Logs are Privileged (related document(s)1752) filed by Ira S. Dizengoff on behalf of The Official Committee of Unsecured Creditors of Purdue Pharma L.P., et al.. | 11/18/2020 |
| 2014 | Reply to Motion / Official Committee of Unsecured Creditors Reply in Support of Its Motion to Compel Production of Purportedly Privileged Documents, or for In Camera Review, Based on Good Cause, Crime Fraud, and at Issue Exceptions to Claims of Privilege (related document(s)1753) filed by Ira S. Dizengoff on behalf of The Official Committee of Unsecured Creditors of Purdue Pharma L.P., et al.. | 11/19/2020 |
| 2015 | Declaration of Arik Preis Dated November 18, 2020 (related document(s)2013, 2014) filed by Ira S. Dizengoff on behalf of The Official Committee of Unsecured Creditors of Purdue Pharma L.P., et al.. | 11/19/2020 |
| 2020 | Operating Report / Corporate Monthly Operating Report for Period October 1, 2020 through October 31, 2020 Filed by Eli J. Vonnegut on behalf of Purdue Pharma L.P.. | 11/20/2020 |
| 2024 | Transcript regarding Hearing Held on 10/28/2020 at 11:19 AM RE: Notice of Agenda; Motion to Authorize; Motion for Entry of an Order Authorizing Implementation of a Key Employee Retention Plan..etc... Remote electronic access to the transcript is restricted until 1/28/2021. The transcript may be viewed at the Bankruptcy Court Clerks Office. [Transcription Service Agency: Veritext Legal Solutions.]. (See the Courts Website for contact information for the Transcription Service Agency.) (RE: related document(s) 1674, 1883, 1708, 1709, 1856, 1887, 1742, 1710, 1832, 1664). Notice of Intent to Request Redaction Deadline Due By 11/6/2020. Statement of Redaction Request Due By 11/20/2020. Redacted Transcript Submission Due By 11/30/2020. | 10/30/2020 |
| 2054 | Filing Date#Docket Text10/02/2020    2054 Transcript regarding Hearing Held on 9/30/2020 at 10:08 AM RE: Notice of Agenda/ Amended Agenda for September 30, 2020. Hearing Motion to File Proof of Claim After Claims Bar Date..etc...  Remote electronic access to the transcript is restricted until 1/4/2021. | 10/2/2020 |

| | | |
|---|---|---|
| | The transcript may be viewed at the Bankruptcy Court Clerks Office. [Transcription Service Agency: Veritext Legal Solutions.]. (See the Courts Website for contact information for the Transcription Service Agency.) (RE: related document(s) 1687, 1688, 1645, 1674, 1708, 1686, 1731, 1709, 1743, 1685, 1718, 1746, 1717, 1711, 1742, 1720, 1710). Notice of Intent to Request Redaction Deadline Due By 10/9/2020. Statement of Redaction Request Due By 10/23/2020. Redacted Transcript Submission Due By 11/2/2020. Transcript access will be restricted through 1/4/2021. | |
| 2073 | Transcript regarding Hearing Held on 11/17/2020 at 10:09AM RE: Notice Of Agenda; Motion To Authorize; MotionOf Debtors For Entry Of An Order AuthorizingImplementation Of A Key Employee Incentive Plan And AKey Employee Retention Plan..etc... Remote electronicaccess to the transcript is restricted until 2/8/2021. Thetranscript may be viewed at the Bankruptcy Court ClerksOffice. [Transcription Service Agency: Veritext LegalSolutions.]. (See the Courts Website for contact informationfor the Transcription Service Agency.) (RE: relateddocument(s) 1920, 1891, 1847, 1674, 1708, 1909, 1709,1963, 1856, 1951, 1942, 1913, 1960, 1914, 1966, 1962,1828, 1742, 1911, 1710, 1916, 1893, 1934). Notice ofIntent to Request Redaction Deadline Due By 11/16/2020.Statement of Redaction Request Due By 11/30/2020.Redacted Transcript Submission Due By 12/10/2020.Transcript access will be restricted through 2/8/2021. | 11/9/2020 |
| 2092 | Notice of Adjournment of Hearing on Privilege Disputes (related document(s)1753, 1752) filed by Ira S. Dizengoff on behalf of The Official Committee of Unsecured Creditors of Purdue Pharma L.P., et al.. | 12/9/2020 |
| 2093 | Opposition The Raymond Sackler Family's Surreply In Further Support of Its Opposition To The Official Committee of Unsecured Creditors' Exceptions Motion (related document(s)1753) filed by Gerard Uzzi on behalf of The Raymond Sackler Family. | 12/9/2020 |
| 2094 | Declaration of Mara Leventhal Dated December 9, 2020 filed by Gerard Uzzi on behalf of The Raymond Sackler Family. (Attachments: # 1 Exhibits 1-21 # 2 Exhibit 22 # 3 Exhibit 23-67 # 4 Exhibit 68 # 5 Exhibit 69-71) (Uzzi, Gerard) | 12/9/2020 |
| 2095 | Sur-Reply to Motion / (REDACTED) Sur-Reply Memorandum of Objection of Mortimer Sackler Initial Covered Sackler Persons to the Official Committee of Unsecured Creditors' Motion to Compel Production of Purportedly Privileged Documents, or for In Camera Review, Based on Good Cause, Crime Fraud, and at Issue Exceptions to Claims of Privilege (related document(s)1753) filed by Jasmine Ball on behalf of Beacon Company. | 12/9/2020 |
| 2096 | Supplemental Declaration of Jasmine Ball (related document(s)1753) filed by Jasmine Ball on behalf of Beacon Company. | 12/9/2020 |
| 2129 | Letter To Judge Drain re: recover personal injury damages based on my opiate addiction Filed by Keola Maluhia Kekuewa. | 12/14/2020 |
| 2136 | Stipulation / Notice of Filing of Stipulation and Agreed Order | 12/15/2020 |

| | | |
|---|---|---|
| | Regarding Media Intervenors' Motion to Unseal Materials Filed in Connection with UCC Privilege Motions and Adjournment of Hearing on Media Intervenors' Motion to Unseal (related document(s)2022) Filed by Benjamin S. Kaminetzky on behalf of Purdue Pharma L.P.. | |
| 2140 | Stipulation and Agreed Order Signed on 12/15/2020 Regarding Media Intervenors' Motion to Unseal Materials Filed in Connection with UCC Privilege Motions and Adjournment of Hearing on Media Intervenors' Motion to Unseal (related document(s)2022) with hearing to be held on 1/20/2021 at 10:00 AM at Teleconference Line (CourtSolutions) (RDD). | 12/15/2020 |
| 2153 | Notice of Adjournment of Hearing on Privilege Disputes (related document(s)1753, 1752) filed by Ira S. Dizengoff on behalf of The Official Committee of Unsecured Creditors of Purdue Pharma L.P., et al.. | 12/17/2020 |
| 2156 | Motion to Compel /Official Committee of Unsecured Creditors' Motion to Compel Production of Purportedly Privileged Documents, or for in Camera Review, Based on Failure of the Sacklers and the Debtors to Demonstrate Documents Identified on Logs are Privileged (Unredacted) (related document(s)1752, 2140) filed by Ira S. Dizengoff on behalf of The Official Committee of Unsecured Creditors of Purdue Pharma L.P., et al.. | 12/18/2020 |
| 2157 | Motion to Compel /Official Committee of Unsecured Creditors' Motion to Compel Production of Purportedly Privileged Documents, or for in Camera Review, Based on Good Cause, Crime Fraud, and at Issue Exceptions to Claims of Privilege (Unredacted) (related document(s)1753, 2140) filed by Ira S. Dizengoff on behalf of The Official Committee of Unsecured Creditors of Purdue Pharma L.P., et al.. | 12/18/2020 |
| 2160 | Declaration of Benjamin S. Kaminetzky in Support of Debtors Omnibus Objection to the Official Committees Motions to Compel Production of the Debtors Privileged Documents and Cross-Motion for a Protective Order filed by Benjamin S. Kaminetzky on behalf of Purdue Pharma L.P.. (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Exhibit 3 # 4 Exhibit 4 # 5 Exhibit 5 # 6 Exhibit 6 # 7 Exhibit 7 # 8 Exhibit 8 # 9 Exhibit 9 # 10 Exhibit 10 # 11 Exhibit 11 # 12 Exhibit 12 # 13 Exhibit 13 # 14 Exhibit 14 # 15 Exhibit 15 # 16 Exhibit 16 # 17 Exhibit 17 # 18 Exhibit 18 # 19 Exhibit 19 # 20 Exhibit 20) | 12/18/2020 |
| 2161 | Statement /Official Committee of Unsecured Creditors Notice of Filing of First Set of Unredacted or Partially Redacted Exhibits to the Declaration of Mitchell Hurley dated September 29, 2020 [ECF NO. 1754] (related document(s)1754, 2140) filed by Ira S. Dizengoff on behalf of The Official Committee of Unsecured Creditors of Purdue Pharma L.P., et al.. (Attachments: # 1 Hurley Declaration and Exhibits 1-16 # 2 Exhibits 17-22 # 3 Exhibits 23-37 # 4 Exhibits 38-47 # 5 Exhibit 48 # 6 Exhibits 49-57 # 7 Exhibits 58-63 # 8 Exhibits 64-67 # 9 Exhibits 68-71 # 10 Exhibits 72-82 # 11 Exhibits 83-94 # 12 Exhibits 95-109) | 12/18/2020 |
| 2162 | Declaration / Exhibit 21 to Declaration of Benjamin S. Kaminetzky in Support of Debtors Omnibus Objection to the Official Committees Motions to Compel Production of the Debtors Privileged Documents and Cross-Motion for a Protective | 12/18/2020 |

| | | |
|---|---|---|
| | Order filed by Benjamin S. Kaminetzky on behalf of Purdue Pharma L.P.. (Attachments: # 1 Exhibit 22 # 2 Exhibit 23 # 3 Exhibit 24 # 4 Exhibit 25 # 5 Exhibit 26 # 6 Exhibit 27 # 7 Exhibit 28 # 8 Exhibit 29 # 9 Exhibit 30 # 10 Exhibit 31 # 11 Exhibit 32 # 12 Exhibit 33 # 13 Exhibit 34 # 14 Exhibit 35 # 15 Exhibit 36 # 16 Exhibit 37 # 17 Exhibit 38 # 18 Exhibit 39 # 19 Exhibit 40 # 20 Exhibit 41 # 21 Exhibit 42 # 22 Exhibit 43) | |
| 2163 | Response /Official Committee of Unsecured Creditors' Reply in Support of Motion to Compel Production of Purportedly Privileged Documents, or for In Camera Review, Based on Failure of the Sacklers to Demonstrate Documents Identified on Logs are Privileged (Partially Unredacted) (related document(s)2013, 2140) filed by Ira S. Dizengoff on behalf of The Official Committee of Unsecured Creditors of Purdue Pharma L.P., et al.. | 12/18/2020 |
| 2164 | Response /Official Committee of Unsecured Creditors' Reply in Support of Motion to Compel Production of Purportedly Privileged Documents, or for In Camera Review, Based on Good Cause, Crime Fraud and At Issue Exceptions to Claims of Privilege (Partially Unredacted) (related document(s)2014, 2140) filed by Ira S. Dizengoff on behalf of The Official Committee of Unsecured Creditors of Purdue Pharma L.P., et al.. | 12/18/2020 |
| 2165 | Declaration / Exhibit 44 to Declaration of Benjamin S. Kaminetzky in Support of Debtors Omnibus Objection to the Official Committees Motions to Compel Production of the Debtors Privileged Documents and Cross-Motion for a Protective Order filed by Benjamin S. Kaminetzky on behalf of Purdue Pharma L.P.. (Attachments: # 1 Exhibit 45 # 2 Exhibit 46 # 3 Exhibit 47 # 4 Exhibit 48 # 5 Exhibit 49 # 6 Exhibit 50 # 7 Exhibit 51 # 8 Exhibit 52 # 9 Exhibit 52A # 10 Exhibit 52B # 11 Exhibit 53 # 12 Exhibit 54 # 13 Exhibit 55 # 14 Exhibit 56 # 15 Exhibit 56-1 # 16 Exhibit 57 # 17 Exhibit 57-1 # 18 Exhibit 58 # 19 Exhibit 58-1 # 20 Exhibit 59 # 21 Exhibit 60) | 12/18/2020 |
| 2166 | Declaration / Exhibit 61 to Declaration of Benjamin S. Kaminetzky in Support of Debtors Omnibus Objection to the Official Committees Motions to Compel Production of the Debtors Privileged Documents and Cross-Motion for a Protective Order filed by Benjamin S. Kaminetzky on behalf of Purdue Pharma L.P.. (Attachments: # 1 Exhibit 62 # 2 Exhibit 63 # 3 Exhibit 64 # 4 Exhibit 65 # 5 Exhibit 66 # 6 Exhibit 67 # 7 Exhibit 68 # 8 Exhibit 69 # 9 Exhibit 69-1 # 10 Exhibit 70 # 11 Exhibit 71 # 12 Exhibit 72 # 13 Exhibit 73 # 14 Exhibit 74 # 15 Exhibit 75 # 16 Exhibit 76 # 17 Exhibit 77 # 18 Exhibit 78 # 19 Exhibit 79) | 12/18/2020 |
| 2167 | Statement /Notice of The Raymond Sackler Family of Filing of Documents Previously Filed Under Seal (related document(s)1812, 2094, 2093, 2132, 1815, 1816, 1810, 2140) filed by Gerard Uzzi on behalf of The Raymond Sackler Family. (Attachments: # 1 ECF 1810-1 - Side B Goldin Declaration and Exhibits_Redacted # 2 ECF 1812 - Side B Leventhal Declaration (unredacted) # 3 ECF 1815 - Side B Amended Exceptions Motion Objection_Redacted # 4 ECF 1816 - Side B Amended General Motion Objection - Redacted # 5 ECF 2093 - Side B - | 12/18/2020 |

| | | |
|---|---|---|
| | Exceptions Surreply_Redacted # 6 ECF 2094 - Levanthal Surreply Decl (Unredacted) # 7 Leventhal Ex. 001 # 8 Leventhal Ex. 002_Redacted # 9 Leventhal Ex. 003_Redacted # 10 Leventhal Ex. 005_Redacted # 11 Leventhal Ex. 058_Redacted # 12 Leventhal Ex. 061 # 13 Leventhal Ex. 064_Redacted # 14 Leventhal Ex. 065_Redacted # 15 Leventhal Ex. 066_Redacted # 16 Leventhal Ex. 070 # 17 Leventhal Ex. 085 # 18 Leventhal Ex. 088 # 19 Leventhal Ex. 089 # 20 Leventhal Ex. 090_Redacted # 21 Leventhal Ex. 091_Redacted # 22 Leventhal Ex. 092_Redacted # 23 Leventhal Ex. 94_Redacted_Part1 # 24 Leventhal Ex. 94_Redacted_Part2 # 25 Leventhal Ex. 95_Redacted # 26 Leventhal Ex. 96 # 27 Leventhal Ex. 097_Redacted # 28 Leventhal Ex. 098 # 29 Leventhal Ex. 099 # 30 Leventhal Ex. 100 # 31 Leventhal Ex. 101 # 32 Leventhal Ex. 102 # 33 Leventhal Ex. 103 # 34 Leventhal Ex. 104 # 35 Leventhal Ex. 105_Redacted # 36 Leventhal Ex. 106 # 37 Leventhal Ex. 107_Redacted # 38 Leventhal Ex. 108_Redacted # 39 Leventhal Ex. 109 # 40 Leventhal Ex. 110 # 41 Leventhal Ex. 111_Redacted # 42 Leventhal Ex. 112 # 43 Leventhal Ex. 115 # 44 Leventhal Ex. 116 # 45 Leventhal Ex. 117 # 46 Leventhal Ex. 119 # 47 Leventhal Surreply Ex. 65_Redacted_Part1 # 48 48_Leventhal Surreply Ex. 65_Redacted_Part2 # 49 Leventhal Ex. 118_Redacted # 50 Leventhal Ex. 120) | |
| 2168 | Opposition Brief / Debtors Omnibus Objection to the Official Committees Motions to Compel Production of the Debtors Privileged Documents and Cross-Motion for a Protective Order (unredacted) (related documents 1808, 2140) (related document(s)1808) filed by Benjamin S. Kaminetzky on behalf of Purdue Pharma L.P.. | 12/18/2020 |
| 2169 | Statement /Official Committee of Unsecured Creditors Notice of Filing of First Set of Unredacted or Partially Redacted Exhibits to the Declaration of Arik Preis dated November 18, 2020 [ECF No. 2015] (related document(s)2015, 2140) filed by Ira S. Dizengoff on behalf of The Official Committee of Unsecured Creditors of Purdue Pharma L.P., et al.. (Attachments: # 1 Preis Declaration; Exhibits 110-117, 122-128 # 2 Exhibits 129-130, 132-134 # 3 Exhibits 135, 137-140 # 4 Exhibits 141-142 # 5 Exhibit 143 # 6 Exhibits 145, 147-149, 151-153, 157-158 # 7 Exhibits 159-161 # 8 Exhibits 162, 164-168 # 9 Exhibits 169-171 # 10 Exhibits 175-179, 182 # 11 Exhibits 183, 186-187 # 12 Exhibits 188a-188b # 13 Exhibits 189-190, 192 # 14 Exhibits 193-194, 196-199, 201-202, 204, 206 # 15 Exhibits 207, 209, 215, 217-220 # 16 Exhibits 221-228) | 12/18/2020 |
| 2171 | Objection to Motion / Objection of Mortimer Sackler Initial Covered Sackler Persons to the Official Committee of Unsecured Creditors' Motion to Compel Production of Purportedly Privileged Documents, or for In Camera Review, Based on Good Cause, Crime Fraud, and At Issue Exceptions to Claims of Privilege (related document(s)1753) filed by Jasmine Ball on behalf of Beacon Company. | 12/18/2020 |
| 2172 | Objection to Motion / Objection of Mortimer Sackler Initial Covered Sackler Persons to the Official Committee of Unsecured Creditors' Motion to Compel Production of Purportedly | 12/18/2020 |

| | | |
|---|---|---|
| | Privileged Documents or for In Camera Review, Based on Failure of the Sacklers and the Debtors to Demonstrate Documents Identified on Logs are Privileged (related document(s)1752) filed by Jasmine Ball on behalf of Beacon Company. | |
| 2173 | Declaration of Jasmine Ball (related document(s)1753, 1752) filed by Jasmine Ball on behalf of Beacon Company. (Attachments: # 1 Exhibit 9 # 2 Exhibit 21 # 3 Exhibit 22) | 12/18/2020 |
| 2178 | Statement / Official Committee of Unsecured Creditors Notice of Filing of Second Set of Unredacted Exhibits to the Declaration of Mitchell Hurley dated September 29, 2020 (ECF NO. 1754) (related document(s)1754, 2140) filed by Ira S. Dizengoff on behalf of The Official Committee of Unsecured Creditors of Purdue Pharma L.P., et al.. | 12/21/2020 |
| 2179 | Statement / Official Committee of Unsecured Creditors Notice of Filing of Second Set of Unredacted Exhibits to the Declaration of Arik Preis dated November 18, 2020 (ECF No. 2015) (related document(s)2015, 2140) filed by Ira S. Dizengoff on behalf of The Official Committee of Unsecured Creditors of Purdue Pharma L.P., et al.. | 12/21/2020 |
| 2181 | Statement  / Notice of The Raymond Sackler Family of Filing of Documents Previously Filed Under Seal (related document(s)1812, 2140) filed by Gerard Uzzi on behalf of The Raymond Sackler Family. (Attachments: # 1 Leventhal Ex. 004 # 2 Leventhal Ex. 008_Redacted # 3 Leventhal Ex. 009 # 4 Leventhal Ex. 011 # 5 Leventhal Ex. 012 # 6 Leventhal Ex. 015_Redacted # 7 Leventhal Ex. 016 # 8 Leventhal Ex. 018 # 9 Leventhal Ex. 020 # 10 Leventhal Ex. 023 # 11 Leventhal Ex. 024 # 12 Leventhal Ex. 026 # 13 Leventhal Ex. 027 # 14 Leventhal Ex. 029_Redacted # 15 Leventhal Ex. 031 # 16 Leventhal Ex. 033 # 17 Leventhal Ex. 037 # 18 Leventhal Ex. 039 # 19 Leventhal Ex. 041 # 20 Leventhal Ex. 042 # 21 Leventhal Ex. 044 # 22 Leventhal Ex. 046 # 23 Leventhal Ex. 049 # 24 Leventhal Ex. 052 # 25 Leventhal Ex. 053 # 26 Leventhal Ex. 054 # 27 Leventhal Ex. 055 # 28 Leventhal Ex. 056 # 29 Leventhal Ex. 060 # 30 Leventhal Ex. 063 # 31 Leventhal Ex. 067 # 32 Leventhal Ex. 069_Redacted # 33 Leventhal Ex. 073 # 34 Leventhal Ex. 075 # 35 Leventhal Ex. 076 # 36 Leventhal Ex. 078 # 37 Leventhal Ex. 079 # 38 Leventhal Ex. 081 # 39 Leventhal Ex. 082 # 40 Leventhal Ex. 083_Redacted # 41 Leventhal Ex. 084 # 42 Leventhal Ex. 086_Redacted # 43 Leventhal Ex. 017) | 12/21/2020 |
| 2182 | Declaration  pursuant to Stipulation and Agreed Order Regarding Media Intervenors' Motion to Unseal Materials Filed in Connection with UCC Privileges Motions (related document(s)1753, 1752) filed by Jasmine Ball on behalf of Beacon Company. (Attachments: # 1 Exhibit 11 # 2 Exhibit 16 # 3 Exhibit 17 # 4 Exhibit 18 # 5 Exhibit 19) | 12/21/2020 |
| 2191 | Statement / Notice of Correction to the Declaration of Mara Leventhal Dated October 14, 2020 (ECF No. 2167-2) and the Amended Raymond Sackler Family's Opposition to the Official Committee of Unsecured Creditors' Exceptions Motion (ECF No. 2167-3) (related document(s)2167) filed by Gerard Uzzi on | 12/22/2020 |

| | | |
|---|---|---|
| | behalf of The Raymond Sackler Family. | |
| 2210 | Letter to Committee Members Filed by Maria Ecke. | 12/30/2020 |
| 2215 | Operating Report / Corporate Monthly Operating Report for the Period November 1, 2020 through November 30, 2020 Filed by Eli J. Vonnegut on behalf of Purdue Pharma L.P.. | 1/4/2021 |
| 2246 | Sur-Reply to Motion / Sur-Reply Memorandum of Objection of Mortimer Sackler Initial Covered Sackler Persons to the Official Committee of Unsecured Creditors' Motion to Compel Production of Purportedly Privileged Documents, or for In Camera Review, Based on Good Cause, Crime Fraud, and at Issue Exceptions to Claims of Privilege (related document(s)1753) filed by Jasmine Ball on behalf of Beacon Company. | 1/11/2021 |
| 2247 | Declaration of Jasmine Ball (related document(s)1753, 1752) filed by Jasmine Ball on behalf of Beacon Company. (Attachments: # 1 Exhibit 2 # 2 Exhibit 3 # 3 Exhibit 4 # 4 Exhibit 5 # 5 Exhibit 6 # 6 Exhibit 7 # 7 Exhibit 8 # 8 Exhibit 10 # 9 Exhibit 12 # 10 Exhibit 13 # 11 Exhibit 14 # 12 Exhibit 15 # 13 Exhibit 20 # 14 Exhibit 23) | 1/11/2021 |
| 2248 | Statement /Official Committee of Unsecured Creditors' Notice of Filing of Third Set of Unredacted or Partially Redacted Exhibits to the Declaration of Arik Preis Dated November 18, 2020 (ECF No. 2015) (related document(s)2015, 2179, 2169) filed by Ira S. Dizengoff on behalf of The Official Committee of Unsecured Creditors of Purdue Pharma L.P., et al.. (Attachments: # 1 Preis Declaration and Exhibits Part 1 # 2 Exhibits Part 2) | 1/11/2021 |
| 2249 | Second Declaration of Jasmine Ball (related document(s)1753) filed by Jasmine Ball on behalf of Beacon Company. (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Exhibit 3 # 4 Exhibit 4 # 5 Exhibit 5 # 6 Exhibit 6 # 7 Exhibit 7 # 8 Exhibit 8 # 9 Exhibit 9 # 10 Exhibit 10 # 11 Exhibit 11 # 12 Exhibit 12 # 13 Exhibit 13 # 14 Exhibit 14 # 15 Exhibit 15 # 16 Exhibit 16) | 1/11/2021 |
| 2250 | Statement /Official Committee of Unsecured Creditors' Notice of Filing of Third Set of Unredacted or Partially Redacted Exhibits to to the Declaration of Mitchell Hurley Dated September 29, 2020 (ECF No. 1754) (related document(s)2178, 2161, 1754) filed by Ira S. Dizengoff on behalf of The Official Committee of Unsecured Creditors of Purdue Pharma L.P., et al.. (Attachments: # 1 Hurley Declaration and Exhibits Part 1 # 2 Exhibits Part 2 # 3 Exhibits Part 3 # 4 Exhibits Part 4) | 1/11/2021 |
| 2251 | Notice of the Raymond Sackler Family of Filing of Documents Previously Filed Under Seal (related document(s)2094, 2140) filed by Gerard Uzzi on behalf of The Raymond Sackler Family. (Attachments: # 1 01 Suppl. Leventhal Ex. 001 # 2 02 Suppl. Leventhal Ex. 002 # 3 03 Suppl. Leventhal Ex. 003 # 4 04 Suppl. Leventhal Ex. 004 # 5 05 Suppl. Leventhal Ex. 005 # 6 06 Suppl. Leventhal Ex. 006 # 7 07 Suppl. Leventhal Ex. 007 # 8 08 Suppl. Leventhal Ex. 008 # 9 09 Suppl. Leventhal Ex. 009 # 10 10 Suppl. Leventhal Ex. 010 # 11 11 Suppl. Leventhal Ex. 011 # 12 12 Suppl. Leventhal Ex. 012 # 13 13 Suppl. Leventhal Ex. 013 # 14 14 Suppl. Leventhal Ex. 014 # 15 15 Suppl. Leventhal Ex. 015 # 16 16 Suppl. Leventhal Ex. 016 # 17 17 Suppl. Leventhal | 1/11/2021 |

| | | |
|---|---|---|
| | Ex. 017 # 18 18 Suppl. Leventhal Ex. 018 # 19 19 Suppl. Leventhal Ex. 019 # 20 20 Suppl. Leventhal Ex. 020 # 21 21 Suppl. Leventhal Ex. 021 # 22 22 Suppl. Leventhal Ex. 022 # 23 23 Suppl. Leventhal Ex. 023 # 24 24 Suppl. Leventhal Ex. 024 # 25 25 Suppl. Leventhal Ex. 025 # 26 26 Suppl. Leventhal Ex. 026 # 27 27 Suppl. Leventhal Ex. 027 # 28 28 Suppl. Leventhal Ex. 028 # 29 29 Suppl. Leventhal Ex. 029 # 30 30 Suppl. Leventhal Ex. 030 # 31 31 Suppl. Leventhal Ex. 031 # 32 32 Suppl. Leventhal Ex. 032 # 33 33 Suppl. Leventhal Ex. 033 # 34 34 Suppl. Leventhal Ex. 034 # 35 35 Suppl. Leventhal Ex. 035 # 36 36 Suppl. Leventhal Ex. 036 # 37 37 Suppl. Leventhal Ex. 037 # 38 38 Suppl. Leventhal Ex. 038 # 39 39 Suppl. Leventhal Ex. 039 # 40 40 Suppl. Leventhal Ex. 040 # 41 41 Suppl. Leventhal Ex. 041 # 42 42 Suppl. Leventhal Ex. 042 # 43 43 Suppl. Leventhal Ex. 043 # 44 44 Suppl. Leventhal Ex. 044 # 45 45 Suppl. Leventhal Ex. 045 # 46 46 Suppl. Leventhal Ex. 046 # 47 47 Suppl. Leventhal Ex. 047 # 48 48 Suppl. Leventhal Ex. 048 # 49 49 Suppl. Leventhal Ex. 049 # 50 50 Suppl. Leventhal Ex. 050 # 51 51 Suppl. Leventhal Ex. 051 # 52 52 Suppl. Leventhal Ex. 052 # 53 53 Suppl. Leventhal Ex. 053 # 54 54 Suppl. Leventhal Ex. 054 # 55 55 Suppl. Leventhal Ex. 055 # 56 56 Suppl. Leventhal Ex. 056 # 57 57 Suppl. Leventhal Ex. 057 # 58 58 Suppl. Leventhal Ex. 057A # 59 59 Suppl. Leventhal Ex. 058 # 60 60 Suppl. Leventhal Ex. 059 # 61 61 Suppl. Leventhal Ex. 060 # 62 62 Suppl. Leventhal Ex. 061 # 63 63 Suppl. Leventhal Ex. 062 # 64 64 Suppl. Leventhal Ex. 063 # 65 65 Suppl. Leventhal Ex. 064 # 66 66 Suppl. Leventhal Ex. 066 # 67 67 Suppl. Leventhal Ex. 067 # 68 68 Suppl. Leventhal Ex. 068 # 69 69 Suppl. Leventhal Ex. 069 # 70 70 Suppl. Leventhal Ex. 070 # 71 71 Suppl. Leventhal Ex. 071) (Uzzi, Gerard) | |
| 2252 | Objection to Motion / Debtors' Limited Objection to the Media Intervenors' Motions to Intervene and Unseal Judicial Records and Cross-Motion to Seal Certain Judicial Records (related document(s)1828, 2188) filed by Benjamin S. Kaminetzky on behalf of Purdue Pharma L.P.. with hearing to be held on 1/20/2021 at 10:00 AM at Courtroom TBA, White Plains Courthouse (RDD) Objections due by 1/18/2021, (Attachments: # 1 Exhibit A- (Proposed) Order) | 1/11/2021 |
| 2254 | Declaration of Jon Lowne in Support of the Debtors' Limited Objection to Media Intervenors' Motions to Intervene (related document(s)2252) filed by Benjamin S. Kaminetzky on behalf of Purdue Pharma L.P.. | 1/12/2021 |
| 2255 | Statement  / Notice of The Raymond Sackler Family of Filing of Documents Previously Filed Under Seal (related document(s)1812, 2140) filed by Gerard Uzzi on behalf of The Raymond Sackler Family. (Attachments: # 1 Leventhal Ex. 006 # 2 Leventhal Ex. 007 # 3 Leventhal Ex. 010 # 4 Leventhal Ex. 013 # 5 Leventhal Ex. 019_Part1 # 6 Leventhal Ex. 019_Part2 # 7 Leventhal Ex. 019_Part3 # 8 Leventhal Ex. 021 # 9 Leventhal Ex. 022 # 10 Leventhal Ex. 025 # 11 Leventhal Ex. 028 # 12 Leventhal Ex. 030 # 13 Leventhal Ex. 032 # 14 Leventhal Ex. 034 - Pt. 1 # 15 Leventhal Ex. 034 - Pt. 2 # 16 Leventhal Ex. 034 - Pt. 3 # 17 Leventhal Ex. 034 - Pt. 4 # 18 Leventhal Ex. 035 # | 1/12/2021 |

| | | |
|---|---|---|
| | 19 Leventhal Ex. 036 # 20 Leventhal Ex. 038 # 21 Leventhal Ex. 040) | |
| 2256 | Statement / Notice of The Raymond Sackler Family of Filing of Documents Previously Filed Under Seal (related document(s)1812, 2140) filed by Gerard Uzzi on behalf of The Raymond Sackler Family. (Attachments: # 1 Leventhal Ex. 043 - Part1 # 2 Leventhal Ex. 043 - Part2 # 3 Leventhal Ex. 043 - Part3 # 4 Leventhal Ex. 045 # 5 Leventhal Ex. 047 # 6 Leventhal Ex. 048 # 7 Leventhal Ex. 050 - Part1 # 8 Leventhal Ex. 050 - Part1 # 9 Leventhal Ex. 051 # 10 Leventhal Ex. 057 # 11 Leventhal Ex. 057 - Part2 # 12 Leventhal Ex. 059 # 13 Leventhal Ex. 062 # 14 Leventhal Ex. 068 - Part1 # 15 Leventhal Ex. 068 - Part2 # 16 Leventhal Ex. 071 # 17 Leventhal Ex. 072 # 18 Leventhal Ex. 074 # 19 Leventhal Ex. 077 # 20 Leventhal Ex. 080 # 21 Leventhal Ex. 087 # 22 Leventhal Ex. 123 - Part1 # 23 Leventhal Ex. 123 - Part2 # 24 Leventhal Ex. 123 - Part3) | 1/12/2021 |
| 2259 | Statement /Official Committee of Unsecured Creditors' Notice of Filing of Fourth Set of Partially Redacted Exhibits to the Declaration of Mitchell Hurley Dated September 29, 2020 (ECF No. 1754) (related document(s)2178, 2161, 2250, 1754) filed by Ira S. Dizengoff on behalf of The Official Committee of Unsecured Creditors of Purdue Pharma L.P., et al.. (Attachments: # 1 Hurley Declaration; Exhibit 61) | 1/12/2021 |
| 2260 | Response /Official Committee of Unsecured Creditors' Reply in Support of Its Motion to Compel Production of Purportedly Privileged Documents, or for In Camera Review, Based on Good Cause, Crime Fraud, and at Issue Exceptions to Claims of Privilege (related document(s)2014, 2164, 2140) filed by Ira S. Dizengoff on behalf of The Official Committee of Unsecured Creditors of Purdue Pharma L.P., et al.. | 1/12/2021 |
| 2261 | Statement /Official Committee of Unsecured Creditors' Notice of Filing of Fourth Set of Partially Redacted Exhibits to the Declaration of Arik Preis Dated November 18, 2020 (ECF No. 2015) (related document(s)2015, 2248, 2179, 2169) filed by Ira S. Dizengoff on behalf of The Official Committee of Unsecured Creditors of Purdue Pharma L.P., et al.. (Attachments: # 1 Preis Declaration; Exhibits 132, 134, 137, 140, 149, 177) | 1/12/2021 |
| 2265 | Statement of the Raymond Sackler Family in Respect of the Second Motion to Unseal Judicial Records by Media Intervenors Dow Jones & Company, Inc., Boston Globe Media Partners, LLC, and Reuters News & Media, Inc. (related document(s)2132, 2188) filed by Gerard Uzzi on behalf of The Raymond Sackler Family. | 1/13/2021 |
| 2276 | Stipulation / Notice of Filing of Stipulation and Agreed Order Regarding Production of Documents and Privilege Logs Concerning Materials in the Immediate Possession of Norton Rose Fulbright LLP Filed by Ira S. Dizengoff on behalf of The Official Committee of Unsecured Creditors of Purdue Pharma L.P., et al.. | 1/14/2021 |
| 2291 | Notice of Adjournment of Hearing on Privilege Disputes (related document(s)1753, 1752) filed by Ira S. Dizengoff on behalf of The Official Committee of Unsecured Creditors of Purdue Pharma L.P., et al.. | 1/19/2021 |

| | | |
|---|---|---|
| 2316 | Response / Official Committee of Unsecured Creditors Reply in Support of Its Motion to Compel Production of Purportedly Privileged Documents, or for In Camera Review, Based on Good Cause, Crime Fraud, and at Issue Exceptions to Claims of Privilege (related document(s)2260, 2014, 2164) filed by Ira S. Dizengoff on behalf of The Official Committee of Unsecured Creditors of Purdue Pharma L.P., et al.. | 1/21/2021 |
| 2317 | Statement / Official Committee of Unsecured Creditors' Notice of Filing of Fifth Set of Unredacted Exhibits to the Declaration of Arik Preis Dated November 18, 2020 (ECF No. 2015) (related document(s)2261, 2015, 2248, 2179, 2169) filed by Ira S. Dizengoff on behalf of The Official Committee of Unsecured Creditors of Purdue Pharma L.P., et al.. | 1/21/2021 |
| 2318 | Declaration of Arik Preis Dated November 18, 2020 (related document(s)2317) filed by Ira S. Dizengoff on behalf of The Official Committee of Unsecured Creditors of Purdue Pharma L.P., et al.. | 1/21/2021 |
| 2336 | Letter received 1-26-21 re: Civil Action/Claim 89590 Filed by Ronald Bass Sr.. | 1/29/2021 |
| 2343 | Monthly Operating Report /Corporate Monthly Operating Report for Period December 1, 2020 through December 31, 2020 Filed by Eli J. Vonnegut on behalf of Purdue Pharma L.P.. | 2/2/2021 |
| 2350 | Statement / Fourth and Final Monitor Report filed by Eli J. Vonnegut on behalf of Purdue Pharma L.P.. | 2/3/2021 |
| 2360 | Objection to Motion Limited Objection of the Raymond Sackler Family to the First and Second Motions to Unseal Judicial Records by Media Intervenors Dow Jones & Company, Inc., Boston Globe Media Partners, LLC, and Reuters News & Media, Inc. (related document(s)2022, 2188) filed by Gerard Uzzi on behalf of The Raymond Sackler Family. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Declaration of Garrett Lynam # 4 Declaration of Frank S. Vellucci) | 2/7/2021 |
| 2380 | Transcript regarding Hearing Held on 12/15/20 at 10:02 AM RE: Motion to Extend Exclusivity Period for Filing a Chapter 11 Plan and Disclosure Statement/ Motion of Debtors for Entry of a Third Order Extending the Exclusive Periods Within Which to File a Chapter 11 Plan and Solicit Acceptances Thereto; Letter re: Motion of Debtors for Entry of a Third Order Extending the Exclusive Periods Within Which to File a Chapter 11 Plan and Solicit Acceptances Thereto filed by PROP, Executive Director, Mr. Kolodny Filed by Andrew Kolodny; Statement in Support of Debtors' Motion to Extend Exclusivity Periods filed by Paul A. Rachmuth on behalf of Ad Hoc Committee on Accountability; etc. Remote electronic access to the transcript is restricted until 5/11/2021. The transcript may be viewed at the Bankruptcy Court Clerks Office. [Transcription Service Agency: Veritext Legal Solutions.]. (See the Courts Website for contact information for the Transcription Service Agency.) (RE: related document(s) 1989, 1991, 1981, 1994, 2099, 1978, 1976, 1778, 1959, 2032, 1996, 1983, 2056, 1945, 1964, 30, 1980, 1982, 2108, 1984, 1990, 2045, 1921, 1969, 1971, 1988, 2106, 2030, 1986, 1977, 1973, 1965, 1941, 1979). Notice of Intent to Request Redaction Deadline Due By 2/17/2021. Statement of Redaction | 2/10/2021 |

| | | |
|---|---|---|
| | Request Due By 3/3/2021. Redacted Transcript Submission Due By 3/15/2021. Transcript access will be restricted through | |
| 2419 | Statement /Official Committee of Unsecured Creditors Notice of Filing of Sixth Set of Partially Redacted Exhibits to the Declaration of Arik Preis Dated November 18, 2020 (ECF NO. 2015) (related document(s)2318, 2261, 2404, 2248, 2317, 2179, 2169) filed by Ira S. Dizengoff on behalf of The Official Committee of Unsecured Creditors of Purdue Pharma L.P., et al.. (Attachments: # 1 Exhibit 137) | 2/25/2021 |
| 2441 | Statement /Official Committee of Unsecured Creditors' Notice of Filing of Seventh Set of Partially Redacted Exhibits to the Declaration of Arik Preis Dated November 18, 2020 [ECF NO. 2015] (related document(s)2419, 2318, 2261, 2404, 2248, 2317, 2179, 2169) filed by Ira S. Dizengoff on behalf of The Official Committee of Unsecured Creditors of Purdue Pharma L.P., et al.. (Attachments: # 1 Preis Declaration # 2 Exhibit A # 3 Exhibit B (Part 1) # 4 Exhibit B (Part 2) # 5 Exhibit B (Part 3) # 6 Exhibit B (Part 4) # 7 Exhibit B (Part 5) # 8 Exhibit B (Part 6) # 9 Exhibit B (Part 7) # 10 Exhibit B (Part 8) # 11 Exhibit B (Part 9) # 12 Exhibit B (Part 10) # 13 Exhibit B (Part 11) # 14 Exhibit B (Part 12) # 15 Exhibit B (Part 13) # 16 Exhibit 195) | 3/3/2021 |
| 2442 | Statement /Official Committee of Unsecured Creditors' Notice of Filing of Fifth Set of Partially Redacted Exhibits to the Declaration of Mitchell Hurley Dated September 29, 2020 [ECF No. 1754] (related document(s)2178, 2161, 2404, 2250, 1754, 2259) filed by Ira S. Dizengoff on behalf of The Official Committee of Unsecured Creditors of Purdue Pharma L.P., et al.. (Attachments: # 1 Hurley Declaration # 2 Exhibit A (Part 1) # 3 Exhibit A (Part 2) # 4 Exhibit B (Part 1) # 5 Exhibit B (Part 2) # 6 Exhibit B (Part 3) # 7 Exhibit B (Part 4) # 8 Exhibit B (Part 5) # 9 Exhibit B (Part 6) # 10 Exhibit B (Part 7) # 11 Exhibit B (Part 8) # 12 Exhibit B (Part 9) # 13 Exhibit B (Part 10) # 14 Exhibit B (Part 11) # 15 Exhibit B (Part 12) # 16 Exhibit B (Part 13) # 17 Exhibit B (Part 14) # 18 Exhibit B (Part 15) # 19 Exhibit B (Part 16) # 20 Exhibit B (Part 17) # 21 Exhibit B (Part 18) # 22 Exhibit B (Part 19) # 23 Exhibit B (Part 20) # 24 Exhibit B (Part 21) # 25 Exhibit B (Part 22) # 26 Exhibit B (Part 23) # 27 Exhibit B (Part 24) # 28 Exhibit B (Part 25) # 29 Exhibit C (Part 1) # 30 Exhibit C (Part 2) # 31 Exhibit 34) | 3/3/2021 |
| 2446 | Operating Report / Corporate Monthly Operating Report for Period January 1, 2021 through January 31, 2021 Filed by Eli J. Vonnegut on behalf of Purdue Pharma L.P.. | 3/5/2021 |
| 2448 | Transcript regarding Hearing Held on 2/17/21 at 10:13 AM RE: Notice of Agenda/ Agenda for February 17, 2021 Hearing; Motion to Intervene filed by KatieLynn B Townsend on behalf of Dow Jones & Company, Inc., Boston Globe Media Partners, LLC, and Reuters News & Media, Inc.; Statement/ The Ad Hoc Group of on-Consenting States' Statement Regarding the Motion to Intervene and Unseal Judicial Records by Dow Jones & Company, Inc., Boston Globe Media Partners, LLC, and Reuters News & Media, Inc. filed by Andrew M. Troop on behalf of Ad Hoc Group of Non-Consenting States; etc. | 2/18/2021 |

| | | |
|---|---|---|
| | Remote electronic access to the transcript is restricted until 5/19/2021. The transcript may be viewed at the Bankruptcy Court Clerks Office. [Transcription Service Agency: Veritext Legal Solutions.]. (See the Courts Website for contact information for the Transcription Service Agency.) (RE: related document(s) 2254, 2132, 2288, 2066, 2091, 2090, 2265, 2022, 2361, 2188, 2360, 2253, 2252, 2039, 2065, 2301, 2140). Notice of Intent to Request Redaction Deadline Due By 2/25/2021. Statement of Redaction Request Due By 3/11/2021. Redacted Transcript Submission Due By 3/22/2021. Transcript access will be restricted through 5/19/2021. | |
| 2487 | Chapter 11 Plan / Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and its Affiliated Debtors filed by Eli J. Vonnegut on behalf of Purdue Pharma L.P.. | 3/15/2021 |
| 2488 | Disclosure Statement for Chapter 11 Plan for Purdue Pharma L.P. and its Affiliated Debtors (related document2487) filed by Darren S. Klein on behalf of Purdue Pharma L.P.. (Attachments: # 1 Appendix A- Debtors Chapter 11 Plan) | 3/15/2021 |
| 2489 | Motion to Approve (I) the Adequacy of Information in the Disclosure Statement, (II) Soilicitation and Voting Procedures, (III) Forms of Ballots, Notices and Notice Procedures in Connection Therewith, and (IV) Certain Dates with Respect Thereto filed by Darren S. Klein on behalf of Purdue Pharma L.P. with hearing to be held on 4/21/2021 at 10:00 AM at Courtroom TBA, White Plains Courthouse (RDD) Responses due by 4/12/2021,. (Attachments: # 1 Exhibit A- Proposed Order) | 3/16/2021 |
| 2491 | Statement /Notice of Filing of Appendix F to the Disclosure Statement filed by Eli J. Vonnegut on behalf of Purdue Pharma L.P.. (Attachments: # 1 Newco/ Topco Governance Term Sheet) | 3/16/2021 |
| 2539 | Operating Report / Corporate Monthly Operating Report for Period February 1, 2021 through February 28, 2021 Filed by Eli J. Vonnegut on behalf of Purdue Pharma L.P.. | 3/19/2021 |
| 2548 | Mediators' Report Filed by Ken Feinberg, Layn R. Phillips. (Li, Dorothy) Modified on 3/23/2021 | 3/23/2021 |
| 2553 | Official Committee of Unsecured Creditors' Notice of Filing of Sixth Set of Partially Redacted Exhibits to the Declaration of Mitchell Hurley Dated September 29, 2020 [ECF No. 1754] (related document(s)2178, 2442, 2161, 2404, 2250, 1754, 2259) filed by Ira S. Dizengoff on behalf of The Official Committee of Unsecured Creditors of Purdue Pharma L.P., et al.. (Attachments: # 1 Hurley Declaration # 2 Exhibit B (Part 1) # 3 Exhibit B (Part 2) # 4 Exhibit B (Part 3) # 5 Exhibit B (Part 4) # 6 Exhibit B (Part 5) # 7 Exhibit B (Part 6) # 8 Exhibit B (Part 7) # 9 Exhibit B (Part 8) # 10 Exhibit B (Part 9) # 11 Exhibit B (Part 10) # 12 Exhibit B (Part 11) # 13 Exhibit B (Part 12) # 14 Exhibit B (Part 13) # 15 Exhibit B (Part 14) # 16 Exhibit B (Part 15) # 17 Exhibit B (Part 16) # 18 Exhibit B (Part 17) # 19 Exhibit B (Part 18) # 20 Exhibit B (Part 19) # 21 Exhibit B (Part 20) # 22 Exhibit B (Part 21) # 23 Exhibit B (Part 22) # 24 Exhibit B (Part 23) # 25 Exhibit B (Part 24) # 26 Exhibit C (Part 1) # 27 Exhibit C (Part 2)) | 3/23/2021 |

| | | |
|---|---|---|
| 2554 | Official Committee of Unsecured Creditors' Notice of Filing of Eighth Set of Partially Redacted Exhibits to the Declaration of Arik Preis Dated November 18, 2020 [ECF No. 2015] (related document(s)2419, 2441, 2261, 2015, 2404, 2248, 2317, 2179, 2169) filed by Ira S. Dizengoff on behalf of The Official Committee of Unsecured Creditors of Purdue Pharma L.P., et al.. (Attachments: # 1 Preis Declaration # 2 Exhibit B (Part 1) # 3 Exhibit B (Part 2) # 4 Exhibit B (Part 3) # 5 Exhibit B (Part 4) # 6 Exhibit B (Part 5) # 7 Exhibit B (Part 6) # 8 Exhibit B (Part 7) # 9 Exhibit B (Part 8) # 10 Exhibit B (Part 9) # 11 Exhibit B (Part 10) # 12 Exhibit B (Part 11) # 13 Exhibit B (Part 12) # 14 Exhibit B (Part 13)) | 3/23/2021 |
| 2580 | Motion to Authorize / Debtors' Motion to Enter into Term Sheet with and Pay Certain Fees and Expenses of the Multi-State Governmental Entities Group filed by Eli J. Vonnegut on behalf of Purdue Pharma L.P. with hearing to be held on 4/21/2021 at 10:00 AM at Courtroom TBA, White Plains Courthouse (RDD) Responses due by 4/14/2021,. (Attachments: # 1 Exhibit A-Proposed Order) | 3/31/2021 |
| 2608 | Transcript regarding Hearing Held on 3/24/21 at 10:04 AM RE: Motion to Intervene filed by KatieLynn B Townsend on behalf of Dow Jones & Company, Inc., Boston Globe Media Partners, LLC, and Reuters News & Media, Inc.; Statement / The Ad Hoc Group of Non-Consenting States' Statement Regarding the Motion to Intervene and Unseal Judicial Records by Dow Jones & Company, Inc., Boston Globe Media Partners, LLC, and Reuters News & Media, Inc. filed by Andrew M. Troop on behalf of Ad Hoc Group of Non- Consenting States; Statement in Support of Motion to Intervene filed by Paul A. Rachmuth on behalf of Ad Hoc Committee on Accountability; etc. Remote electronic access to the transcript is restricted until 6/30/2021. The transcript may be viewed at the Bankruptcy Court Clerks Office. [Transcription Service Agency: Veritext Legal Solutions.]. (See the Courts Website for contact information for the Transcription Service Agency.) (RE: related document(s) 2254, 2132, 2288, 2136, 2493, 2066, 2396, 2091, 2497, 2405, 2090, 2265, 2404, 2402, 2022, 2361, 2397, 2188, 2360, 2253, 2252, 2039, 2362, 2492, 2065, 2384, 2301, 2140). Notice of Intent to Request Redaction Deadline Due By 4/8/2021. Statement of Redaction Request Due By 4/22/2021. Redacted Transcript Submission Due By 5/3/2021. Transcript access will be restricted through | 4/1/2021 |
| 2652 | Letter  Re: Reposted Letter from Colonel Ralph Olsen M.D. Filed by Ralph Olsen M.D. - Colonel Army of the US Retired. | 4/16/2021 |
| 2669 | Operating Report / Corporate Monthly Operating Report for the Period March 1, 2021 through March 31, 2021 Filed by Eli J. Vonnegut on behalf of Purdue Pharma L.P.. | 4/19/2021 |
| 2686 | Objection to Disclosure Statement of Purdue Pharma LP and its Affiliated Debtors (related document(s)2487, 2488) filed by Paul Kenan Schwartzberg on behalf of United States Trustee. | 4/21/2021 |
| 2695 | Order signed on 4/22/2021 Authorizing the Debtors to Enter into Term Sheet with and Pay Certain Fees and Expenses of the Multi-State Governmental Entities Group (Related Doc # 2580) . | 4/22/2021 |

| | | |
|---|---|---|
| 2731 | Amended Plan / First Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and its Affiliated Debtors (related document(s)2487) filed by Eli J. Vonnegut on behalf of Purdue Pharma L.P.. | 4/23/2021 |
| 2732 | Statement / Notice of Filing of Plan Supplement Pursuant to the First Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and its Affiliated Debtors (related document(s)2731) filed by Eli J. Vonnegut on behalf of Purdue Pharma L.P.. | 4/23/2021 |
| 2734 | Amended Disclosure Statement / Disclosure Statement for First Amended Chapter 11 Plan for Purdue Pharma L.P. and its Affiliated Debtors (related document(s)2731) filed by Darren S. Klein on behalf of Purdue Pharma L.P.. | 4/24/2021 |
| 2737 | Statement / Notice of Filing of Second Plan Supplement Pursuant to the First Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and its Affiliated Debtors (related document(s)2734, 2731) filed by Eli J. Vonnegut on behalf of Purdue Pharma L.P.. with hearing to be held on 5/4/2021 at 10:00 AM at Courtroom TBA, White Plains Courthouse (RDD) (Attachments: # 1 Exhibit A- Public Creditor Trust Distribution Procedures) | 4/25/2021 |
| 2749 | Response / Joinder to State of West Virginia's Objection to Debtor's Motion to Approve Disclosure Statement (related document(s)2703) filed by Scott S. Markowitz on behalf of Ad Hoc Committee of NAS Babies. with hearing to be held on 5/4/2021 at 10:00 AM at Teleconference Line (CourtSolutions) (RDD) | 4/26/2021 |
| 2759 | Transcript regarding Hearing Held on 4/6/21 at 10:07 AM RE: Notice of Hearing on the NAS Children Ad Hoc Committees Motion for Entry of an Order Authorizing the Filing of Certain Information and Exhibits Under Seal in Connection with the Ex Parte Motion Requesting an Order Authorizing Examinations and Production of Documents; Motion to Authorize THE NAS CHILDREN AD HOC COMMITTEE'S MOTION ENTRY OF ORDER PURSUANT TO 11 U.S.C. §§ 105(A) AND 107(B) AND FED. R. BANKR. P. 9018 AUTHORIZING THE FILING OF CERTAIN INFORMATION AND EXHIBITS UNDER SEAL IN CONNECTION WITH THE NAS CHILDREN AD HOC COMMITTEE'S EX PARTE MOTION REQUESTING A COURT ORDER AUTHORIZING EXAMINATIONS PURSUANT TO FEDERAL RULES OF BANKRUPTCY PROCEDURE 2004 AND 9006 filed by Scott S. Markowitz on behalf of Ad Hoc Committee of NAS Babies.; Objection to Motion / Debtors' Objection to the NAS Children Ad Hoc Committee's Motion for Entry or an Order Pursuant to 11 U.S.C. §§105(a) and 107(b) and Fed. R. Bankr. P. 9018 Authorizing the Filing of Certain Information and Exhibits under Seal in Connection with the NAS Children Ad Hoc Committee Ex Parte Motion Requesting a Court Order Authorizing Examinations Pursuant to Federal Rules of Bankruptcy Procedure 2004 and 9006 (related document(s)2139) filed by James I. McClammy on behalf of Purdue Pharma L.P.; etc.  Remote electronic access to the transcript is restricted until 7/22/2021.  The transcript may be | 4/28/2021 |

| | | |
|---|---|---|
| | viewed at the Bankruptcy Court Clerks Office. (Transcription Service Agency: Veritext Legal Solutions.). (See the Courts Website for contact information for the Transcription Service Agency.) (RE: related document(s) 2139, 2155, 2585, 2538). Notice of Intent to Request Redaction Deadline Due By 4/30/2021. Statement of Redaction Request Due By 5/14/2021. Redacted Transcript Submission Due By 5/24/2021. Transcript access will be restricted through | |
| 2762 | Objection / THE AD HOC GROUP OF NON-CONSENTING STATES OBJECTION TO THE DEBTORS MOTION TO APPROVE (I) THE ADEQUACY OF INFORMATION IN THE DISCLOSURE STATEMENT, (II) SOLICITATION AND VOTING PROCEDURES, (III) FORMS OF BALLOTS, NOTICES AND NOTICE PROCEDURES IN CONNECTION THEREWITH, AND (IV) CERTAIN DATES WITH RESPECT THERETO (related document(s)2734, 2489) filed by Andrew M. Troop on behalf of Ad Hoc Group of Non-Consenting States. | 4/29/2021 |
| 2788 | Amended Disclosure Statement for First Amended Chapter 11 Plan for Purdue Pharma L.P. and its Affiliated Debtors (related document(s)2731) filed by Darren S. Klein on behalf of Purdue Pharma L.P.. | 4/30/2021 |
| 2820 | Order Signed on 5/6/2021 Appointing The Honorable Shelley C. Chapman As Mediator . | 5/7/2021 |
| 2823 | Amended Plan / Second Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and its Affiliated Debtors filed by Darren S. Klein on behalf of Purdue Pharma L.P.. | 5/7/2021 |
| 2825 | Disclosure Statement for Second Amended Chapter 11 Plan for Purdue Pharma L.P. and its Affiliated Debtors (related document(s)2823) filed by Darren S. Klein on behalf of Purdue Pharma L.P.. (Attachments: # 1 Appendix A-G) | 5/8/2021 |
| 2867 | Statement / Notice of Filing of Third Amended Plan Supplement to the Second Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and its Affiliated Debtors (related document(s)2823, 2825) filed by Eli J. Vonnegut on behalf of Purdue Pharma L.P.. with hearing to be held on 5/20/2021 at 10:00 AM at Courtroom TBA, White Plains Courthouse (RDD) | 5/15/2021 |
| 2868 | Statement / Notice of Filing of Fourth Plan Supplement to the Second Amended Joint Plan of Reorganization (related document(s)2823) filed by Eli J. Vonnegut on behalf of Purdue Pharma L.P.. with hearing to be held on 5/20/2021 at 10:00 AM at Courtroom TBA, White Plains Courthouse (RDD) | 5/17/2021 |
| 2879 | Order Signed on 5/18/2021 Establishing the Terms and Conditions of Mediation Before The Honorable Shelley C. Chapman (related document(s)2820). | 5/18/2021 |
| 2891 | Statement / Fifth Monitor Report filed by Eli J. Vonnegut on behalf of Purdue Pharma L.P.. | 5/20/2021 |
| 2894 | Amended Order signed on 5/21/2021 Granting Debtor's Motion for Order Establishing Confirmation Schedule and Protocols (related document(s)2696). | 5/21/2021 |
| 2897 | Eighteenth Amended Order signed on 5/21/2021 Pursuant to 11 U.S.C. § 105(a) Granting Motion for a Preliminary Injunction. The Pre-Trial Conference in this adversary proceeding has been adjourned to July 16, 2021 at 10:00 am at Videoconference | 5/21/2021 |

| | | |
|---|---|---|
| | (ZoomGov) (RDD)(related document(s)258). | |
| 2898 | Transcript regarding Hearing Held on 5/12/21 at 10:08 AM RE: Notice of Agenda / Amended Agenda for May 12, 2021 Hearing; Motion to Authorize / Debtors Motion for Order Establishing Confirmation Schedule and Protocols; Objection to Motion to Approve Adequacy of Information in Disclosure Statement, Objection to Motion for Order Establishing Confirmation Schedule filed by Eric Fisher on behalf of Baltimore City Board of School Commissioners, Board of Chicago School District No. 299, Board of Education of East Aurora School District 131, Board of Education of Miami-Dade County Public Schools, Board of Education of Thornton Fractional Township High School District 215, Board of Education of Thornton Township High School District 205; etc.  Remote electronic access to the transcript is restricted until 8/12/2021.  The transcript may be viewed at the Bankruptcy Court Clerks Office. (Transcription Service Agency: Veritext Legal Solutions.). (See the Courts Website for contact information for the Transcription Service Agency.) (RE: related document(s) 2731, 2734, 2737, 2782, 2536, 2722, 2626, 2732, 2733, 2720, 2841, 2721, 2840). Notice of Intent to Request Redaction Deadline Due By 5/21/2021. Statement of Redaction Request Due By 6/4/2021. Redacted Transcript Submission Due By 6/14/2021. Transcript access will be restricted through | 5/21/2021 |
| 2904 | Amended Plan / Third Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and its Affiliated Debtors (related document(s)2487, 2489) filed by Eli J. Vonnegut on behalf of Purdue Pharma L.P.. with hearing to be held on 5/26/2021 at 09:00 AM at Courtroom TBA, White Plains Courthouse (RDD) | 5/24/2021 |
| 2907 | Amended Disclosure Statement /Disclosure Statement for Third Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and its Affiliated Debtors (related document(s)2904, 2489) filed by Eli J. Vonnegut on behalf of Purdue Pharma L.P.. with hearing to be held on 5/26/2021 at 09:00 AM at Courtroom TBA, White Plains Courthouse (RDD) | 5/24/2021 |
| 2910 | Reply to Motion / Debtors' Omnibus Reply in Further Support of the Motion to Approve (I) the Adequacy of the Disclosure Statement, (II) Solicitation and Voting Procedures, (III) Forms of Ballots, Notices and Notice Procedures in Connection Therewith, and (IV) Certain Dates with Respect Thereto (related document(s)2489) filed by Darren S. Klein on behalf of Purdue Pharma L.P.. (Attachments: # 1 Exhibit A- Ojections Response Chart) | 5/24/2021 |
| 2914 | Statement of Ad Hoc Group of Individual Victims in support of the Debtors' Motion to Approve the Adequacy of Information in the Disclosure Statement (related document(s)2489, 2910) filed by J. Christopher Shore on behalf of Ad Hoc Group of Individual Victims of Purdue Pharma L.P.. | 5/24/2021 |
| 2915 | Response / Ad Hoc Committee's Response to Disclosure Statement Objections (related document(s)2773, 2703, 2720, 2857, 2907) filed by Kenneth H. Eckstein on behalf of Ad Hoc Committee of Governmental and Other Contingent Litigation | 5/24/2021 |

|  | Claimants. |  |
| --- | --- | --- |
| 2917 | Declaration / Second Supplemental Declaration of Jeanne C. Finegan (related document(s)2489) filed by James I. McClammy on behalf of Purdue Pharma L.P.. | 5/24/2021 |
| 2921 | Objection to the Bankruptcy plan re: Claim 88041 filed by Carrie L. McGaha. | 5/25/2021 |
| 2935 | Amended Plan / Fourth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and its Affiliated Debtors filed by Eli J. Vonnegut on behalf of PJT Partners LP. with hearing to be held on 5/26/2021 at 10:00 AM at Courtroom TBA, White Plains Courthouse (RDD) | 5/26/2021 |
| 2937 | Amended Disclosure Statement / Disclosure Statement for the Fourth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and its Debtor Affiliates filed by Darren S. Klein on behalf of Purdue Pharma L.P.. | 5/26/2021 |
| 2938 | Statement / Notice of Filing of Fifth Plan Supplement Pursuant to the Fourth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and its Affiliated Debtors (related document(s)2935) filed by Eli J. Vonnegut on behalf of Purdue Pharma L.P.. | 5/26/2021 |
| 2956 | Transcript regarding Hearing Held on 5/20/21 at 10:04 AM RE: Status Conference Regarding Motion to Approve Disclosure Statement; Interim Fee Application of Prime Clerk LLC, Administrative Advisor to the Debtors, for Compensation and Reimbursement of Expenses for the Period from February 1, 2020 through January 31, 2021; Motion to Approve Compromise Motion of United States Trustee Pursuant to Sections 105(a), 327, 328 and 330 of the Bankruptcy Code and Rule 2014 of the Federal Rules of Bankruptcy Procedure for Entry of an Order Approving (1) Settlement Agreement with Skadden Arps Slate Meagher & Flom, LLP, Wilmer Cutler Pickering Hale and Dorr, LLP, and Dechert, LLP and (2) Certain Releases by the Debtors; etc.  Remote electronic access to the transcript is restricted until 8/23/2021.  The transcript may be viewed at the Bankruptcy Court Clerks Office. (Transcription Service Agency: Veritext Legal Solutions.). (See the Courts Website for contact information for the Transcription Service Agency.) (RE: related document(s) 2763, 2482, 2071, 2597, 2069, 2193, 2211, 2086, 2057, 2458, 2088). Notice of Intent to Request Redaction Deadline Due By 6/1/2021. Statement of Redaction Request Due By 6/14/2021. Redacted Transcript Submission Due By 6/24/2021. Transcript access will be restricted through | 5/28/2021 |
| 2963 | Application for Appointment of Chapter 11 Examiner  filed by Jonathan C Lipson on behalf of Peter Jackson with hearing to be held on 6/16/2021 at 10:00 AM at Courtroom TBA, White Plains Courthouse (RDD) Responses due by 6/13/2021,. | 6/1/2021 |
| 2966 | Letter  to Judge Drain re: 82739 received 6-1-21 Filed by Michael W. Normile III. | 6/2/2021 |
| 2967 | Amended Plan / Fifth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and its Affiliated Debtors (related document(s)2489) filed by Eli J. Vonnegut on behalf of Purdue Pharma L.P.. | 6/2/2021 |

| | | |
|---|---|---|
| 2969 | Amended Disclosure Statement / Disclosure Statement for Fifth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and its Affiliated Debtors (related document(s)2489) filed by Darren S. Klein on behalf of Purdue Pharma L.P.. | 6/2/2021 |
| 2977 | Statement / Notice of Filing of Sixth Plan Supplement Pursuant to the Fifth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and its Affiliated Debtors (related document(s)2967) filed by Eli J. Vonnegut on behalf of Purdue Pharma L.P.. | 6/2/2021 |
| 2981 | Transcript regarding Hearing Held on 5/26/21 at 10:05 AM RE: Notice of Agenda/ Agenda for May 26, 2021 Disclosure Statement Hearing Statement /Notice that Disclosure Statement Hearing Scheduled for May 26, 2021 at 9:00 a.m. will be Conducted through Zoom; Motion to Approve (I) the Adequacy of Information in the Disclosure Statement, (II) Solicitation and Voting Procedures, (III) Forms of Ballots, Notices and Notice Procedures in Connection Therewith, and (IV) Certain Dates with Respect Thereto Letter from Aaron R. Stimus Objecting to Certain Claims Filed by James I. McClammy on behalf of Purdue Pharma L.P.; Objection to document 2494 received 4/12/2021 filed by Jeanette Tostenson; etc.  Remote electronic access to the transcript is restricted until 8/30/2021.  The transcript may be viewed at the Bankruptcy Court Clerks Office. (Transcription Service Agency: Veritext Legal Solutions.). (See the Courts Website for contact information for the Transcription Service Agency.) (RE: related document(s) 2743, 2773, 2718, 2710, 2725, 2654, 2794, 2653, 2730, 2766, 2746, 2742, 2767, 2822, 2745, 2713, 2749, 2711, 2686, 2762, 2719, 2708, 2717, 2652, 2715, 2833, 2716, 2712, 2722, 2703, 2627, 2720, 2853, 2857, 2714, 2828, 2634, 2819, 2648, 2723). Notice of Intent to Request Redaction Deadline Due By 6/7/2021. Statement of Redaction Request Due By 6/21/2021. Redacted Transcript Submission Due By 7/1/2021. Transcript access will be restricted through | 6/3/2021 |
| 2982 | Amended Plan /Fifth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and its Affiliated Debtors (related document(s)2489) filed by Eli J. Vonnegut on behalf of Purdue Pharma L.P.. | 6/3/2021 |
| 2983 | Disclosure Statement / Disclosure Statement for Fifth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and its Affiliated Debtors (related document(s)2489) filed by Darren S. Klein on behalf of Purdue Pharma L.P.. | 6/3/2021 |
| 2988 | Order Signed on 6/3/2021 (I) Approving Disclosure Statement for Fifth Amended Chapter 11 Plan, (II) Solicitation and Voting Procedures, (III) Forms of Ballots, Notices and Notice Procedures In Connection Therewith, and (IV) Certain Dates With Respect Thereto (related document(s)2983) and Setting Confirmation Hearing to be Held on 8/9/2021 at 10:00 AM at Videoconference (ZoomGov) (RDD). | 6/3/2021 |
| 2989 | Second Amended Order Signed on 6/3/2021 Granting Debtors' Motion for Order Establishing Confirmation Schedule and Protocols(related document(s)2536, 2858). | 6/3/2021 |

| | | |
|---|---|---|
| 3003 | Transcript regarding Hearing Held on 6/2/21 at 3:11 PM RE: Continuance from June 1, 2021 Hearing via Zoom Motion to Approve (I) the Adequacy of Information in the Disclosure Statement, (II) Solicitation and Voting Procedures, (III) Forms of Ballots, Notices and Notice Procedures in Connection Therewith, and (IV) Certain Dates with Respect Thereto; Notice of Hearing /Notice of Supplemental Hearing on Debtors Motion to Approve (I) the Adequacy of Information in the Disclosure Statement, (II) Solicitation and Voting Procedures, (III) Forms of Ballots, Notices and Notice Procedures in Connection Therewith, and (IV) Certain Dates with Respect Thereto.  Remote electronic access to the transcript is restricted until 9/2/2021.  The transcript may be viewed at the Bankruptcy Court Clerks Office. (Transcription Service Agency: Veritext Legal Solutions.). (See the Courts Website for contact information for the Transcription Service Agency.) (RE: related document(s) 2489). Notice of Intent to Request Redaction Deadline Due By 6/11/2021. Statement of Redaction Request Due By 6/25/2021. Redacted Transcript Submission Due By 7/6/2021. Transcript access will be restricted through 9/2/2021.  (No Underlying Document) | 6/7/2021 |
| 3005 | Operating Report / Corporate Monthly Operating Report for the Period April 1, 2021 to April 30, 2021 Filed by Eli J. Vonnegut on behalf of Purdue Pharma L.P.. | 6/7/2021 |
| 3020 | Opposition / Debtors' Opposition to Motion for Order to Appoint an Examiner (related document(s)2963) filed by Marshall Scott Huebner on behalf of Purdue Pharma L.P.. | 6/13/2021 |
| 3021 | Opposition to Peter W. Jackson's Motion for Order to Appoint Examiner (related document(s)2963) filed by Todd E. Phillips on behalf of Multi-State Governmental Entities Group. Objections due by 6/13/2021, | 6/13/2021 |
| 3022 | Objection to Motion / Ad Hoc Committee's Objection to Motion to Appoint an Examiner (related document(s)2963) filed by Kenneth H. Eckstein on behalf of Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants. | 6/13/2021 |
| 3023 | Objection /Objection of the Official Committee of Unsecured Creditors to Motion to Appoint Examiner Pursuant to 11 U.S.C. § 1104(c) (related document(s)2963) filed by Ira S. Dizengoff on behalf of The Official Committee of Unsecured Creditors of Purdue Pharma L.P., et al.. | 6/13/2021 |
| 3028 | Letter  to Judge Drain re: Claim 6177, Disclosure Statement Filed by Les Burris. | 6/15/2021 |
| 3034 | Reply Memorandum of Law  (related document(s)2963) filed by Martin S. Rapaport on behalf of Peter Jackson. (Attachments: # 1 Exhibit Declaration of Jonathan Lipson) | 6/15/2021 |
| 3048 | Order signed on 6/21/2021 Granting Application Appointing An Examiner Pursuant to 11 U.S.C § 1104(c) (Related Doc # 2963) . | 6/21/2021 |
| 3054 | Chapter 11 Monthly Operating Report for the Month Ending: 05/31/2021 Filed by Eli J. Vonnegut on behalf of Purdue Pharma L.P.. | 6/21/2021 |
| 3057 | Letter  to Judge Drain, re: 6750 Filed by Daniel West, on behalf of Brian West. | 6/23/2021 |
| 3063 | Notice Appointing Examiner /Notice of Appointment of Examiner, Stephen D. Lerner, Esq. (related document(s)3048) | 6/24/2021 |

| | | |
|---|---|---|
| | filed by Brian S. Masumoto on behalf of United States Trustee. | |
| 3064 | Application for Appointment of Chapter 11 Examiner /Application for Order Approving Appointment of Examiner (related document(s)3063) filed by Brian S. Masumoto on behalf of United States Trustee. | 6/24/2021 |
| 3077 | Motion to Authorize / Motion of Debtors for Entry of an Order Authorizing Implementation of 2021 Key Employee Incentive Plan and 2021 Key Employee Retention Plan filed by Eli J. Vonnegut on behalf of Purdue Pharma L.P. with hearing to be held on 7/19/2021 at 10:00 AM at Courtroom TBA, White Plains Courthouse (RDD) Responses due by 7/12/2021,. | 6/28/2021 |
| 3078 | Order signed on 6/29/2021 Approving Appointment of Chapter 11 Examiner, Stephen D. Lerner, Esq. (Related Doc # 3064) . | 6/29/2021 |
| 3093 | Letter from Judge Colleen McMahon to Mr. Marshall Heubner in response to the letter dated June 16, 2021 Filed by Clerk's Office, U.S. Bankrutpcy Court on behalf of the U.S. District Court (Vargas, Ana) Modified on 6/30/2021 | 6/30/2021 |
| 3094 | Transcript regarding Hearing Held on 6/16/21 at 10:19 AM RE: Notice of Agenda/ Agenda for June 16, 2021; Motion to File Proof of Claim After Claims Bar Date with hearing to be held on 6/16/2021 at 10:00 AM at Teleconference Line (CourtSolutions) (RDD); Letter re: motion to file proof of claim after the bar date & reporting problems connecting to May 14, 2021 hearing; etc. Remote electronic access to the transcript is restricted until 9/15/2021.  The transcript may be viewed at the Bankruptcy Court Clerks Office. (Transcription Service Agency: Veritext Legal Solutions.). (See the Courts Website for contact information for the Transcription Service Agency.) (RE: related document(s) 3020, 2963, 2834, 3034, 3022, 3021, 3011, 2899, 3023). Notice of Intent to Request Redaction Deadline Due By 6/24/2021. Statement of Redaction Request Due By 7/8/2021. Redacted Transcript Submission Due By 7/19/2021. Transcript access will be restricted through 9/15/2021.  (No Underlying Document) | 6/30/2021 |
| 3098 | Statement / Notice of Filing of Seventh Plan Supplement Pursuant to Fifth Amended Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and its Affiliated Debtors filed by Eli J. Vonnegut on behalf of Purdue Pharma L.P.. | 6/30/2021 |
| 3099 | Letter Re: Legal Mail from Prime Clerk Marked Contraband Filed by Thomas Hickey. | 7/1/2021 |
| 3100 | Letter received 6/30/21 Filed by Theresa Willis. | 7/1/2021 |
| 3102 | Statement /Victim Statement filed by CL McGaha. | 7/1/2021 |
| 3108 | Letter to Hon. Colleen McMahon sent on behalf of Debtors, UCC, AHC, MSGE Group, PI Group, Hospitals, Ratepayers, the Native American Tribes Group, and the NAS Committee, dated June 16, 2021 (related document(s)3093) Filed by Marshall Scott Huebner on behalf of Purdue Pharma L.P.. | 7/2/2021 |
| 3110 | Letter /Concerns regarding Disclosure Statement/Plan (related document(s)2988) Filed by Teresa VomSaal. | 7/6/2021 |
| 3111 | Letter  received 6/28/21 Filed by James E Crawley. | 7/6/2021 |
| 3119 | Statement / Mediator's Report (related document(s)2879, 2820) filed by Eli J. Vonnegut on behalf of Purdue Pharma L.P.. | 7/7/2021 |

| | | |
|---|---|---|
| 3120 | Statement / Notice of Filing of Special Education Initiative Term Sheet (related document(s)2982) filed by Eli J. Vonnegut on behalf of Purdue Pharma L.P.. with hearing to be held on 8/9/2021 at 10:00 AM at Courtroom TBA, White Plains Courthouse (RDD) | 7/7/2021 |
| 3121 | Statement / Notice of Filing of Eighth Plan Supplement Pursuant to the Fifth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and its Affiliated Debtors (related document(s)2982) filed by Eli J. Vonnegut on behalf of Purdue Pharma L.P.. | 7/8/2021 |
| 3122 | Statement /Victim Statement (Claim 619028) filed by Tamara Graham. | 7/8/2021 |
| 3123 | Letter re: Disclosure Statement (Settlement) (related document(s)2988) Filed by Ruby Romas. | 7/8/2021 |
| 3124 | Statement /Victim Statement filed by Stephanie Lubinski. | 7/8/2021 |
| 3125 | Objection to Debtors' Plan of Reorganization (related document(s)2988) filed by Kelvin X Singleton. | 7/8/2021 |
| 3137 | Objection to Motion of Debtors for Entry of an Order Authorizing Implementation of 2021 Key Employee Incentive Plan and 2021 Key Employee Retention Plan (related document(s)3077) filed by Paul Kenan Schwartzberg on behalf of United States Trustee. | 7/12/2021 |
| 3166 | Statement /Notice of Extension of Voting Deadline (related document(s)2983, 2982) filed by Eli J. Vonnegut on behalf of Purdue Pharma L.P.. | 7/13/2021 |
| 3185 | Amended Plan / Sixth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and its Affiliated Debtors filed by Eli J. Vonnegut on behalf of Purdue Pharma L.P.. | 7/14/2021 |
| 3186 | Statement /Notice of Filing of Blackline of Sixth Amended Plan (related document(s)3185) filed by Eli J. Vonnegut on behalf of Purdue Pharma L.P.. | 7/15/2021 |
| 3187 | Statement / Notice of Filing of Ninth Plan Supplement Pursuant to the Sixth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and its Affiliated Debtors (related document(s)3185) filed by Eli J. Vonnegut on behalf of Purdue Pharma L.P.. | 7/15/2021 |
| 3188 | Letter re: Voting Disclosure Statement (related document(s)2988) Filed by Shirley Belk. | 7/15/2021 |
| 3189 | Transcript regarding Hearing Held on 6/21/2021 at 10:02 AM RE: Motion for Relief from Stay filed by George Calhoun IV on behalf of Ironshore Specialty Insurance Company...etc.... Remote electronic access to the transcript is restricted until 10/12/2021.  The transcript may be viewed at the Bankruptcy Court Clerks Office. (Transcription Service Agency: Veritext Legal Solutions.). (See the Courts Website for contact information for the Transcription Service Agency.) (RE: related document(s) 757, 756, 753, 765, 712, 2801, 2542). Notice of Intent to Request Redaction Deadline Due By 7/20/2021. Statement of Redaction Request Due By 8/3/2021. Redacted Transcript Submission Due By 8/13/2021. Transcript access will be restricted through 10/12/2021.  (No Underlying Document) | 7/15/2021 |
| 3199 | Objection  to the Plan/Claimants Objection (related | 7/15/2021 |

| | | |
|---|---|---|
| | document(s)2988) filed by Donald Ernest Allee. with hearing to be held on 8/9/2021 at 10:00 AM at Videoconference (ZoomGov) (RDD) | |
| 3231 | Statement / Notice of Extension of Voting Deadline (related document(s)3166, 2982) filed by Eli J. Vonnegut on behalf of Purdue Pharma L.P.. | 7/15/2021 |
| 3232 | Statement / Notice of Filing of Tenth Plan Supplement Pursuant to the Sixth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and its Affiliated Debtors (related document(s)3185) filed by Eli J. Vonnegut on behalf of Purdue Pharma L.P.. | 7/15/2021 |
| 3235 | Objection  to Plan (related document(s)2988) filed by Mary Butler-Fink, aka Parker's Mom. with hearing to be held on 8/9/2021 at 10:00 AM at Videoconference (ZoomGov) (RDD) | 7/16/2021 |
| 3236 | Transcript regarding Hearing Held on 6/1/2021 at 3:01 PM RE: Continuance from May 26 Hearing via Zoom Motion to Approve (I) the Adequacy of Information in the Disclosure Statement, (II) Solicitation and Voting Procedures, (III) Forms of Ballots, Notices and Notice Procedures in Connection Therewith, and (IV) Certain Dates with Respect Thereto...etc....  Remote electronic access to the transcript is restricted until 10/12/2021. The transcript may be viewed at the Bankruptcy Court Clerks Office. (Transcription Service Agency: Veritext Legal Solutions.). (See the Courts Website for contact information for the Transcription Service Agency.) (RE: related document(s) 2489). Notice of Intent to Request Redaction Deadline Due By 7/20/2021. Statement of Redaction Request Due By 8/3/2021. Redacted Transcript Submission Due By 8/13/2021. Transcript access will be restricted through 10/12/2021.  (No Underlying Document) | 7/16/2021 |
| 3246 | Statement / Notice of Filing of Eleventh Plan Supplement Pursuant to the Sixth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and its Affiliated Debtors (related document(s)3185) filed by Eli J. Vonnegut on behalf of Purdue Pharma L.P.. | 7/16/2021 |
| 3256 | Objection of the United States Trustee to Sixth Amended Joint Chapter 11 Plan of Purdue Pharma L.P. and its Affiliated Debtors (related document(s)2982, 2983, 3185) filed by Paul Kenan Schwartzberg on behalf of United States Trustee. | 7/19/2021 |
| 3257 | Objection to Sixth Amended Joint Plan, filed by Peter D'Apice on behalf of Certain Native American Tribes and Others. | 7/19/2021 |
| 3262 | Objection to Confirmation of Amended Plan by Independant Emergency Room Physician Michael Masiowski (related document(s)3185) filed by Paul S Rothstein on behalf of Paul S Rothstein. Objections due by 7/19/2021, | 7/19/2021 |
| 3263 | Objection / Certain Insurers' Limited Objection to Plan Confirmation and Reservation of Rights (related document(s)3185) filed by Philip D. Anker on behalf of XL Insurance America, Inc., Liberty Mutual Insurance Company, Liberty Mutual Fire Insurance Company, Liberty Insurance Corporation, American Guarantee and Liability Insurance Company, Aspen American Insurance Company, Navigators Specialty Insurance Company, North American Elite Insurance | 7/19/2021 |

| | | |
|---|---|---|
| | Company, Steadfast Insurance Company. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E # 6 Exhibit F # 7 Exhibit G) | |
| 3264 | Objection to Confirmation of Amended Plan City of Seattle's Objection to the Debtors' Plan of Reorganization filed by Ben Harrington on behalf of City of Seattle. (Attachments: # 1 Certificate of Service) | 7/19/2021 |
| 3265 | Objection by The State of West Virginia, ex. rel Patrick Morrisey, Attorney General to Confirmation of the Debtors' Sixth Amended Joint Plan of Reorganization (related document(s)2982, 2983, 3185) filed by Aaron R. Cahn on behalf of The State of West Virginia, ex el. Patrick Morrisey, Attorney General. (Attachments: # 1 Exhibit A # 2 Exhibit B) | 7/19/2021 |
| 3268 | Statement of the United States Regaring the Shareholder Release filed by Lawrence Fogelman on behalf of United States of America. with hearing to be held on 8/9/2021 (check with court for location) | 7/19/2021 |
| 3270 | Joint Objection to Confirmation of Plan of the State of Connecticut, State of Maryland and District of Columbia filed by Irve J. Goldman on behalf of State of Connecticut. | 7/19/2021 |
| 3271 | Objection to Plan and Plan Confirmation filed by James Franklin Ozment I on behalf of Stacey Bridges. | 7/19/2021 |
| 3272 | Objection - Joinder and Objection of Gulf Underwriters Insurance Company and St. Paul Fire and Marine Insurance Company to the Sixth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and its Affiliated Debtors (related document(s)3185) filed by Bryce L. Friedman on behalf of Gulf Underwriters Insurance Company, St. Paul Fire and Marine Insurance Company. | 7/19/2021 |
| 3273 | Objection to Confirmation of Plan  (related document(s)3185) filed by John A. Boyle on behalf of John H. Stewart. with hearing to be held on 8/9/2021 at 10:00 AM at Courtroom TBA, White Plains Courthouse (RDD) Objections due by 7/19/2021, (Attachments: # 1 Exhibit Exhibit 1 (LP Agreement) # 2 Exhibit Exhibit 2 (Indemnification Agreement) # 3 Exhibit Exhibit 3 (Undertaking) # 4 Exhibit Exhibit 4 (Schedule of Excluded Parties) # 5 Certificate of Service) | 7/19/2021 |
| 3274 | Objection to Confirmation of Amended Plan  filed by Bernard Ardavan Eskandari on behalf of People of the State of California. | 7/19/2021 |
| 3275 | Objection to Confirmation of Plan by Certain Canadian Municipality Creditors and Canadian First Nation Creditors to Confirmation of the Sixth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and Its Affiliated Debtors (related document(s)3185) filed by Allen J. Underwood on behalf of Guardian Law Group LLP on behalf of certain Canadian Creditors. | 7/19/2021 |
| 3276 | Objection to Confirmation of Plan of the State of Washington, the State of Oregon, and the Objecting States filed by Matthew J. Gold on behalf of State of Washington. | 7/19/2021 |
| 3277 | Objection to Plan Confirmation filed by James Franklin Ozment I on behalf of Creighton Bloyd. | 7/19/2021 |
| 3278 | Objection to Motion Objection to Sixth Amended Joint Plan of Reorganization filed by Brian Edmunds on behalf of State Of | 7/19/2021 |

| | | |
|---|---|---|
| | Maryland. | |
| 3279 | Motion to Join filed by Jill Abrams on behalf of State of Vermont. | 7/19/2021 |
| 3280 | Opposition Joinder of the State of Delaware to Objection of the State of Washington, the State of Oregon, and the Objecting States to Confirmation of the Debtors' Plan of Reorganization filed by Jillian Lazar on behalf of State of Delaware. | 7/19/2021 |
| 3283 | Statement / Notice of Filing of Twelfth Plan Supplement Pursuant to the Sixth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and its Affiliated Debtors (related document(s)3185) filed by Eli J. Vonnegut on behalf of Purdue Pharma L.P.. | 7/19/2021 |
| 3285 | Examiner's Report Filed by Stephen D. Lerner on behalf of The Examiner. (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Exhibit 3 # 4 Exhibit 4 # 5 Exhibit 5 # 6 Exhibit 6 # 7 Exhibit 7) | 7/19/2021 |
| 3288 | Objection to Motion filed by Morgan R Bentley on behalf of Sarasota County Public Hospital District. Objections due by 7/20/2021, | 7/20/2021 |
| 3292 | Objection to Consider Confirmation of the Fifth Amended Chapter 11 Plan (related document(s)2988) filed by Joyce Villnave. with hearing to be held on 8/9/2021 at 10:00 AM at Videoconference (ZoomGov) (RDD) | 7/21/2021 |
| 3293 | Objection to Fifth Amended Chapter 11 Plan of Reorganization (Motion for Allowance) (related document(s)2988) filed by Jerome J. Ferrier. with hearing to be held on 8/9/2021 at 10:00 AM at Videoconference (ZoomGov) (RDD) | 7/21/2021 |
| 3296 | Transcript regarding Hearing Held on 3/1/2021 at 9:13 AM RE: Motion to Extend Time /Motion of Debtors for Entry of a Fourth Order Extending the Exclusive Period within which to File a Chapter 11 Plan; Motion to Extend Time/ Motion of Debtors for Entry of a Fifth Order Extending the Exclusive Period within which to File a Chapter 11 Plan..etc....  Remote electronic access to the transcript is restricted until 10/19/2021.  The transcript may be viewed at the Bankruptcy Court Clerks Office. (Transcription Service Agency: Veritext Legal Solutions.). (See the Courts Website for contact information for the Transcription Service Agency.) (RE: related document(s) 2426, 2385). Notice of Intent to Request Redaction Deadline Due By 7/28/2021. Statement of Redaction Request Due By 8/11/2021. Redacted Transcript Submission Due By 8/23/2021. Transcript access will be restricted through 10/19/2021.  (No Underlying Document) | 7/22/2021 |
| 3298 | Objection to the Plan & Motion to file late balots (related document(s)2988) filed by Earl Cobb. with hearing to be held on 8/9/2021 at 10:00 AM at Videoconference (ZoomGov) (RDD) | 7/22/2021 |
| 3299 | Objection to the Plan & Motion to file late balots (related document(s)2988) filed by Tim Wright. with hearing to be held on 8/9/2021 at 10:00 AM at Videoconference (ZoomGov) (RDD) | 7/22/2021 |
| 3300 | Transcript regarding Hearing Held on 1/20/2021 at 10:08 AM RE: Motion of the Debtors for an Order Approving Stipulation and Agreed Order Granting Joint Standing to Prosecute Claims and Causes of Action Related to the Insurance Coverage to (1) | 7/22/2021 |

| | | |
|---|---|---|
| | Official Committee of Unsecured Creditors and (2) Ad Hoc Committee of Governmental and other Contingent Litigation Claimants..etc...  Remote electronic access to the transcript is restricted until 10/19/2021.  The transcript may be viewed at the Bankruptcy Court Clerks Office. (Transcription Service Agency: Veritext Legal Solutions.). (See the Courts Website for contact information for the Transcription Service Agency.) (RE: related document(s) 2292, 2059, 2289, 2227, 2281, 2266, 2194, 2175). Notice of Intent to Request Redaction Deadline Due By 7/28/2021. Statement of Redaction Request Due By 8/11/2021. Redacted Transcript Submission Due By 8/23/2021. Transcript access will be restricted through 10/19/2021.  (No Underlying Document) | |
| 3301 | Objection to Confirmation of Plan Chubb Insurance USAs Objection To The Sixth Amended Joint Chapter 11 Plan Of Reorganization Of Purdue Pharma L.P. And Its Affiliated Debtors (related document(s)3185) filed by Lawrence J. Kotler on behalf of Chubb Insurance USA. (Attachments: # 1 Certificate of Service) | 7/22/2021 |
| 3304 | Opposition / Joinder of National Union to Certain Insurers' Limited Objection to Plan Confirmation (related document(s)3263) filed by Joseph G. Davis on behalf of National Union Fire Insurance Company of Pittsburgh, PA. | 7/22/2021 |
| 3306 | Objection /Joint Objection of Certain Distributors, Manufacturers, and Pharmacies to the Sixth Amended Joint Chapter 11 Plan of Purdue Pharma L.P. and Its Affiliated Debtors (related document(s)2731, 3112, 2868, 2937, 2982, 2867, 2732, 2977, 2971, 3187, 3185, 3098) filed by Christopher A. Lynch on behalf of Allergan Finance, LLC, Allergan Limited, Allergan Sales, LLC, Allergan USA, Inc., Allergan, Inc., Warner Chilcott Sales (US), LLC, and AbbVie Inc., Alza Corporation, AmerisourceBergen Drug Corporation, Amneal Pharmaceuticals LLC, Amneal Pharmaceuticals of New York, LLC, Apotex Corp., Aveva Drug Delivery Systems, Inc., Bausch Health Companies, Inc., Bristol-Myers Squibb Company, CVS Pharmacy, Inc., Cardinal Health, Inc., CuraScript, Inc., ESI Mail Pharmacy Services, Inc., Endo International PLC, Express Scripts Holding Company, Express Scripts Pharmacy, Inc., Express Scripts, Inc., General Injectables & Vaccines, Inc., Henry Schein Medical Systems, Inc., Henry Schein, Inc., Hikma Pharmaceuticals USA Inc., Impax Laboratories, Inc., Impax Laboratories, LLC, Insource, Inc., Janssen Ortho LLC, Janssen Pharmaceutica, Inc. n/k/a Janssen Pharmaceuticals, Inc., Janssen Pharmaceuticals, Inc., Janssen, Inc., Johnson & Johnson, KVK-Tech, Inc., Loblaw Companies Ltd., McKesson Corporation, Mylan Inc., Mylan Pharmaceuticals Inc., Mylan Technologies Inc., Mylan Specialty L.P., Mylan Bertek Pharmaceuticals Inc., Mylan Pharmaceuticals ULC, BGP Pharma ULC, and Viatris Inc. (successor-in-inte, Ortho-McNeil-Janssen Pharmaceuticals, Inc. n/k/a Janssen Pharmaceuticals, Inc., Ranbaxy Pharmaceuticals Canada Inc., Sandoz Inc., Sanis Health Inc., Shopper's Drug Mart, Inc., Sun Pharmaceutical Industries, Inc., Sun Pharmaceuticals Canada Inc., Teva Pharmaceuticals USA, | 7/22/2021 |

| | | |
|---|---|---|
| | Inc., Walgreen Co. and certain corporate affiliates and subsidiaries, Walmart, Inc.. with hearing to be held on 8/9/2021 at 10:00 AM at Courtroom TBA, White Plains Courthouse (RDD) (Attachments: # 1 Exhibit A-List of Distributors, Manufacturers, and Pharmacies) | |
| 3319 | Affidavit of Service of Craig E. Johnson Regarding Affidavit of Service of Solicitation Materials (related document(s)2983, 3226, 2988, 2982) filed by Prime Clerk, LLC. (Attachments: # 1 Exhibit Segment 001 of 034 # 2 Exhibit Segment 002 of 034 # 3 Exhibit Segment 003 of 034 # 4 Exhibit Segment 004 of 034 # 5 Exhibit Segment 005 of 034 # 6 Exhibit Segment 006 of 034 # 7 Exhibit Segment 007 of 034 # 8 Exhibit Segment 008 of 034 # 9 Exhibit Segment 009 of 034 # 10 Exhibit Segment 010 of 034 # 11 Exhibit Segment 011 of 034 # 12 Exhibit Segment 012 of 034 # 13 Exhibit Segment 013 of 034 # 14 Exhibit Segment 014 of 034 # 15 Exhibit Segment 015 of 034 # 16 Exhibit Segment 016 of 034 # 17 Exhibit Segment 017 of 034 # 18 Exhibit Segment 018 of 034 # 19 Exhibit Segment 019 of 034 # 20 Exhibit Segment 020 of 034 # 21 Exhibit Segment 021 of 034 # 22 Exhibit Segment 022 of 034 # 23 Exhibit Segment 023 of 034 # 24 Exhibit Segment 024 of 034 # 25 Exhibit Segment 025 of 034 # 26 Exhibit Segment 026 of 034 # 27 Exhibit Segment 027 of 034 # 28 Exhibit Segment 028 of 034 # 29 Exhibit Segment 029 of 034 # 30 Exhibit Segment 030 of 034 # 31 Exhibit Segment 031 of 034 # 32 Exhibit Segment 032 of 034 # 33 Exhibit Segment 033 of 034 # 34 Exhibit Segment 034 of 034) | 7/25/2021 |
| 3320 | Objection to Motion / THE NON-CONSENTING STATES' OBJECTION TO MOTION OF DEBTORS FOR ENTRY OF AN ORDER AUTHORIZING IMPLEMENTATION OF 2021 KEY EMPLOYEE INCENTIVE PLAN AND 2021 KEY EMPLOYEE RETENTION PLAN (related document(s)3077) filed by Andrew M. Troop on behalf of Ad Hoc Group of Non-Consenting States. (Attachments: # 1 Exhibit A Transcript) | 7/26/2021 |
| 3323 | Amended Objection to Confirmation of Amended Plan by Independent ER Room Physician, Dr. Michael Masiowski (related document(s)3185) filed by Paul S Rothstein on behalf of Paul S Rothstein. | 7/26/2021 |
| 3327 | Declaration / Preliminary Declaration of Christina Pullo of Prime Clerk LLC Regarding the Solicitation of Votes and Tabulation of Ballots Cast on the Fifth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and its Affiliated Debtors (related document(s)2982) filed by Eli J. Vonnegut on behalf of Purdue Pharma L.P.. | 7/26/2021 |
| 3329 | Transcript regarding Hearing Held on 6/3/2020 at 10:03 AM RE: Amended Agenda; Motion Pursuant to 11 U.S.C. §§ 105(a) and 501 and Fed. R. Bankr. P. 2002 and 3003(c)(3) for Entry of an Order (I) Extending the General Bar Date for a Limited Period and (II) Approving the Form and Manner of Notice Thereof filed by James I. McClammy on behalf of Purdue Pharma L.P...etc.... Remote electronic access to the transcript is restricted until 10/14/2021.  The transcript may be viewed at the Bankruptcy Court Clerks Office. (Transcription Service Agency: Veritext Legal Solutions.). (See the Courts Website for contact | 7/27/2021 |

| | | |
|---|---|---|
| | information for the Transcription Service Agency.) (RE: related document(s) 1149, 1197, 1187, 1214, 1216, 1178, 1202, 1200, 1153, 1174, 1133, 1219, 1168, 1213, 1198, 1145, 1196, 1142, 1789, 1160, 1157, 1189, 1158, 1179, 1141). Notice of Intent to Request Redaction Deadline Due By 7/23/2021. Statement of Redaction Request Due By 8/6/2021. Redacted Transcript Submission Due By 8/16/2021. Transcript access will be restricted through 10/14/2021. (No Underlying Document) | |
| 3332 | Stipulation and Agreed Order by and Among the Debtors and the Canadian Governmental Claimants Pursuant to Section 105 of the Bankruptcy Code and Bankruptcy Rules 3006 and 9019 Filed by Eli J. Vonnegut on behalf of Purdue Pharma L.P.. | 7/28/2021 |
| 3334 | Reply to Motion / Debtors' Omnibus Reply in Support of Motion of Debtors for Entry of an order Authorizing Implementation of 2021 Key Employee Incentive Plan and 2021 Key Employee Retention Plan (related document(s)3077) filed by Eli J. Vonnegut on behalf of Purdue Pharma L.P.. (Attachments: # 1 Exhibit A- Proposed Order # 2 Exhibit B- Supplemental Declaration) | 7/28/2021 |
| 3335 | Statement Reservation of Rights of Her Majesty the Queen in Right of the Province of British Columbia and other Canadian Governments with respect to confirmation of the Sixth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and Its Affiliated Debtors filed by Nickolas Karavolas on behalf of Her Majesty in Right of the Province of British Columbia. (Attachments: # 1 Certificate of Service) | 7/28/2021 |
| 3339 | Statement /Mediator's Report (related document(s)1716) filed by Ira S. Dizengoff on behalf of The Official Committee of Unsecured Creditors of Purdue Pharma L.P., et al.. | 7/28/2021 |
| 3347 | Third Amended Order Signed on 7/30/2021 Granting Debtors' Motion for Order Establishing Confirmation Schedule and Protocols, with Final Pretrial Conference hearing to be held on 8/9/2021 at 10:00 AM at Videoconference (ZoomGov) (RDD) (related document(s)2536, 2989, 2858). | 7/30/2021 |
| 3351 | Affidavit of Service (Supplemental) of Craig E. Johnson Regarding Solicitation Materials (related document(s)2988) filed by Prime Clerk, LLC. | 7/30/2021 |
| 3357 | Objection  to Restructing of Purdue Pharma L.P., ET ALL Case No. 19-23649(RDD) (related document(s)2988) filed by Maria Ecke. with hearing to be held on 8/9/2021 at 10:00 AM at Videoconference (ZoomGov) (RDD) | 8/2/2021 |
| 3359 | Objection AndersonBrecon, Inc D/B/A PCI Pharma Services' (I) Objection to the Sixth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and its Affiliated Debtors and (II) Joinder in the Joint Objection of Certain Distributors, Manufacturers, and Pharmacies to the Sixth Amended Joint Chapter 11 Plan of Purdue Pharma L.P. and Its Affiliated Debtors (related document(s)3286, 2986, 3185, 3306) filed by Garrett S. Ledgerwood on behalf of AndersonBrecon, Inc d/b/a PCI Pharma Service. | 8/2/2021 |
| 3368 | Objection  to the plan (related document(s)2988) filed by D. Thomas Page. with hearing to be held on 8/9/2021 at 10:00 AM at Videoconference (ZoomGov) (SCC) | 8/2/2021 |

| | | |
|---|---|---|
| 3372 | Declaration / Final Declaration of Christina Pullo of Prime Clerk LLC Regarding the Solicitation of Votes and Tabulation of Ballots Cast on the Fifth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and its Affiliated Debtors (related document(s)3327, 2982) filed by Eli J. Vonnegut on behalf of Purdue Pharma L.P.. | 8/2/2021 |
| 3389 | Transcript regarding Hearing Held on 7/29/2021 at 2:10 PM RE: Notice of Agenda / Agenda for July 29, Hearing; Motion of Debtors for Entry of an Order Authorizing Implementation of 2021 Key Employee Incentive Plan and 2021 Key Employee Retention Plan filed by Eli J. Vonnegut on behalf of Purdue Pharma L.P...etc...  Remote electronic access to the transcript is restricted until 11/1/2021.  The transcript may be viewed at the Bankruptcy Court Clerks Office. (Transcription Service Agency: Veritext Legal Solutions.). (See the Courts Website for contact information for the Transcription Service Agency.) (RE: related document(s) 3192, 3077, 3320, 3334, 3137). Notice of Intent to Request Redaction Deadline Due By 8/10/2021. Statement of Redaction Request Due By 8/24/2021. Redacted Transcript Submission Due By 9/3/2021. Transcript access will be restricted through 11/1/2021.  (No Underlying Document) | 8/4/2021 |
| 3397 | Response - Ad Hoc Committee of NAS Childrens Reply To The United States Trustee's Objection To The Fee Settlements Included In The Sixth Amended Joint Chapter 11 Plan Of Reorganization Of Purdue Pharma L.P. And Its Affiliated Debtors (related document(s)3256, 3185) filed by Scott S. Markowitz on behalf of Ad Hoc Committee of NAS Babies. | 8/5/2021 |
| 3398 | Declaration of Scott R. Bickford, Esq. In Support of The Ad Hoc Committee of NAS Children's Reply To The United States Trustee's Objection To The Fee Settlements Included In The Sixth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. And Its Affiliated Debtors (related document(s)3397, 3256, 3185) filed by Scott S. Markowitz on behalf of Ad Hoc Committee of NAS Babies. | 8/5/2021 |
| 3403 | Declaration / Third Supplemental Declaration of Jeanne C. Finegan (related document(s)717, 719) filed by James I. McClammy on behalf of Purdue Pharma L.P.. | 8/5/2021 |
| 3404 | Objection to Confirmation of Plan  filed by On behalf of the Farash Family Barbara Farash. with hearing to be held on 8/12/2021 at 10:00 AM at Videoconference (ZoomGov) (RDD) | 8/5/2021 |
| 3405 | Affidavit Declaration of Rahul Gupta, MD, MPH, MBA, FACP Filed by Michael Patrick O'Neil on behalf of Ad Hoc Group of Hospitals. | 8/5/2021 |
| 3407 | Affidavit Declaration of Rebecca M.S. Busch, MBA Filed by Michael Patrick O'Neil on behalf of Ad Hoc Group of Hospitals. | 8/5/2021 |
| 3408 | Affidavit Declaration of Gayle A. Galan, M.D. FACEP Filed by Michael Patrick O'Neil on behalf of Ad Hoc Group of Hospitals. | 8/5/2021 |
| 3409 | Affidavit Declaration of William Legier Filed by Michael Patrick O'Neil on behalf of Ad Hoc Group of Hospitals. | 8/5/2021 |
| 3410 | Declaration of Richard A. Collura filed by Benjamin S. Kaminetzky on behalf of Purdue Pharma L.P.. (Attachments: # 1 Expert Report # 2 Part 1 - Expert Report Appendices # 3 Part 2 - Expert Report Appendices) | 8/5/2021 |

| | | |
|---|---|---|
| 3411 | Declaration of Jesse DelConte filed by Benjamin S. Kaminetzky on behalf of Purdue Pharma L.P.. (Attachments: # 1 Amended Expert Report) | 8/5/2021 |
| 3412 | Declaration of Deborah E. Greenspan filed by Benjamin S. Kaminetzky on behalf of Purdue Pharma L.P.. (Attachments: # 1 Expert Report) | 8/5/2021 |
| 3413 | Response Reply to Objection and Improperly Submitted Amended Supplemental Objection of Dr. Michael Masiowski (related document(s)3323, 3262) filed by Michael Patrick O'Neil on behalf of Ad Hoc Group of Hospitals. | 8/5/2021 |
| 3414 | Declaration of Gautam Gowrisankaran filed by Benjamin S. Kaminetzky on behalf of Purdue Pharma L.P.. (Attachments: # 1 Gowrisankaran Report # 2 Gowrisankaran Updated CV) | 8/5/2021 |
| 3415 | Declaration of Carl J. Trompetta filed by Gerard Uzzi on behalf of The Raymond Sackler Family. | 8/5/2021 |
| 3416 | Declaration of Garrett Lynam filed by Gerard Uzzi on behalf of The Raymond Sackler Family. | 8/5/2021 |
| 3417 | Declaration of Stephen A. Ives filed by Gerard Uzzi on behalf of The Raymond Sackler Family. | 8/5/2021 |
| 3418 | Declaration of David Sackler filed by Gerard Uzzi on behalf of The Raymond Sackler Family. | 8/5/2021 |
| 3419 | Declaration Supplemental Declaration of Jennifer L. Blouin filed by Gerard Uzzi on behalf of The Raymond Sackler Family. | 8/5/2021 |
| 3420 | Declaration Maureen M. Chakraborty filed by Gerard Uzzi on behalf of The Raymond Sackler Family. | 8/5/2021 |
| 3421 | Declaration of Lawrence A. Hamermesh filed by Gerard Uzzi on behalf of The Raymond Sackler Family. | 8/5/2021 |
| 3422 | Declaration of Timothy J. Martin filed by Gerard Uzzi on behalf of The Raymond Sackler Family. | 8/5/2021 |
| 3424 | Declaration of Mark F. Rule, CFA filed by Benjamin S. Kaminetzky on behalf of Purdue Pharma L.P.. (Attachments: # 1 Expert Report # 2 Part 1 - Expert Report Appendices # 3 Part 2 - Expert Report Appendices # 4 Part 3 - Expert Report Appendices) | 8/5/2021 |
| 3427 | Response / The Ad Hoc Group of Individual Victims' Limited Reply in Support of Confirmation of the Debtors' Joint Chapter 11 Plan of Reorganization (related document(s)3271, 3256, 3185) filed by J. Christopher Shore on behalf of Ad Hoc Group of Individual Victims of Purdue Pharma L.P.. | 8/5/2021 |
| 3428 | Declaration of David W. DeRamus, Ph.D. filed by Benjamin S. Kaminetzky on behalf of Purdue Pharma L.P.. (Attachments: # 1 Expert Report # 2 Appendix A - Part 1 # 3 Appendix B - Part 2 # 4 Appendix A - Part 3 # 5 Appendix B # 6 Appendix C) (Kaminetzky, Benjamin) (Entered: 08/05/2021) | 8/5/2021 |
| 3429 | Order signed on 8/5/2021 RE: Establishing Procedures for Remote Hearing on Confirmation of the Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and It's Affiliated Debtors. | 8/5/2021 |
| 3430 | Response to Motion / The Multi-State Governmental Entities Group's Statement in Support of and Response to Certain Objections to the Sixth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and Its Affiliated Debtors | 8/5/2021 |

| | | |
|---|---|---|
| | filed by Kevin C. Maclay on behalf of Multi-State Governmental Entities Group. (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Exhibit 3 # 4 Exhibit 4 # 5 Exhibit 5 # 6 Exhibit 6 # 7 Exhibit 7 # 8 Exhibit 8 # 9 Exhibit 9 # 10 Exhibit 10 # 11 Exhibit 11 # 12 Exhibit 12 # 13 Exhibit 13 # 14 Exhibit 14) (Maclay, Kevin) (Entered: 08/05/2021) | |
| 3431 | Declaration of Joseph L. Turner filed by Benjamin S. Kaminetzky on behalf of Purdue Pharma L.P.. | 8/5/2021 |
| 3432 | Declaration of Lianna E. Simmonds filed by Benjamin S. Kaminetzky on behalf of Purdue Pharma L.P.. | 8/5/2021 |
| 3433 | Declaration of John S. Dubel filed by Benjamin S. Kaminetzky on behalf of Purdue Pharma L.P.. | 8/5/2021 |
| 3438 | Statement of The Raymond Sackler Family in Support of Confirmation of Debtors' Sixth Amended Plan of Reorganization and in Reply to Plan Objections filed by Gerard Uzzi on behalf of The Raymond Sackler Family. | 8/5/2021 |
| 3439 | Objection to Proposed Amendment of Contracts Pursuant to Section 8.4 of Sixth Amended Joint Chapter 11 Plan of Purdue Pharma L.P. and Its Affiliated Debtors (related document(s)3185) filed by Daniel Joseph Saval on behalf of CuraScript, Inc., Express Scripts Holding Company, Express Scripts Pharmacy, Inc., Express Scripts, Inc.. with hearing to be held on 8/12/2021 at 10:00 AM at Courtroom TBA, White Plains Courthouse (RDD) | 8/5/2021 |
| 3440 | Declaration of Jon Lowne filed by Benjamin S. Kaminetzky on behalf of Purdue Pharma L.P.. | 8/5/2021 |
| 3441 | Declaration of Gregory P. Joseph filed by Gerard Uzzi on behalf of The Raymond Sackler Family. (Attachments: # 1 Exhibit The Raymond Sackler Family's Proposed Findings of Fact and Conclusions of Law) | 8/5/2021 |
| 3442 | Response to Motion The Mortimer D. Sackler Familys Response to Plan Objections and Statement in Support of Confirmation of The Sixth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and its Affiliated Debtors (related document(s)3435) filed by Jasmine Ball on behalf of Beacon Company. (Attachments: # 1 Ex. A - Expert Report of Michael Cushing # 2 Ex. B - Expert Report of Matthew D. Cain, PhD # 3 Ex. C - Expert Report of Philip Green) | 8/5/2021 |
| 3443 | Declaration / Declaration of Gary A. Gotto in Support of Ad Hoc Committee's Reply to Plan Objections and in Support of Plan Confirmation filed by Kenneth H. Eckstein on behalf of Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants. | 8/5/2021 |
| 3446 | Declaration / Declaration of John M. Guard in Support of Ad Hoc Committee's Reply to Plan Objections and in Support of Plan Confirmation filed by Kenneth H. Eckstein on behalf of Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants. | 8/5/2021 |
| 3447 | Declaration / Declaration of Jayne Conroy in Support of Ad Hoc Committee's Reply to Plan Objections and in Support of Plan Confirmation filed by Kenneth H. Eckstein on behalf of Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants. | 8/5/2021 |

| | | |
|---|---|---|
| 3448 | Declaration Declaration of Timothy J. Martin (related document(s)3442, 3185) filed by Jasmine Ball on behalf of Beacon Company. | 8/5/2021 |
| 3449 | Declaration / Declaration of Peter H. Weinberger in Support of Ad Hoc Committee's Reply to Plan Objections and in Support of Plan Confirmation filed by Kenneth H. Eckstein on behalf of Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants. | 8/5/2021 |
| 3450 | Declaration / Declaration of Jessica B. Horewitz, Ph.D in Support of the Ad Hoc Committee's Reply to Plan Objections and in Support of Plan Confirmation filed by Kenneth H. Eckstein on behalf of Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants. | 8/5/2021 |
| 3451 | Declaration Declaration of Jonathan Greville White (related document(s)3442, 3185) filed by Jasmine Ball on behalf of Beacon Company. | 8/5/2021 |
| 3452 | Declaration Declaration of Alexa M. Saunders (related document(s)3442, 3185) filed by Jasmine Ball on behalf of Beacon Company. | 8/5/2021 |
| 3453 | Response to Objection of the United States Trustee (related document(s)3256) filed by Michael Patrick O'Neil on behalf of Ad Hoc Group of Hospitals. (Attachments: # 1 Exhibit A # 2 Exhibit B) | 8/5/2021 |
| 3455 | Response TO INSURER CONFIRMATION OBJECTIONS (related document(s)3301, 3304, 3272, 3263) filed by Paul M. Singer on behalf of Purdue Pharma L.P.. with hearing to be held on 8/12/2021 (check with court for location) | 8/5/2021 |
| 3456 | Declaration of Jesse DelConte filed by Benjamin S. Kaminetzky on behalf of Purdue Pharma L.P.. | 8/5/2021 |
| 3459 | Statement / Redacted Statement of the Official Committee of Unsecured Creditors in Support of Confirmation of the Sixth Amended Joint Chapter 11 Plan of Reorganization of Purdue Phrama L.P. and Its Affiliated Debtors filed by Ira S. Dizengoff on behalf of The Official Committee of Unsecured Creditors of Purdue Pharma L.P., et al.. | 8/5/2021 |
| 3460 | Declaration / Redacted Declaration of Michael Atkinson in Support of the Statement of the Official Committee of Unsecured Creditors in Support of Confirmation of the Sixth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and Its Affiliated Debtors filed by Ira S. Dizengoff on behalf of The Official Committee of Unsecured Creditors of Purdue Pharma L.P., et al.. | 8/5/2021 |
| 3461 | Memorandum of Law / Debtors' Memorandum of Law in Support of Confirmation of Debtors' Sixth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and its Debtor Affiliates and Omnibus Reply to Objections Thereto (related document(s)3185) filed by Marshall Scott Huebner on behalf of Purdue Pharma L.P.. (Attachments: # 1 Appendix A-Confirmation Objections Chart) | 8/5/2021 |
| 3463 | Chapter 11 Monthly Operating Report for the Month Ending: 06/30/2021 Filed by Eli J. Vonnegut on behalf of Purdue Pharma L.P.. | 8/5/2021 |

| | | |
|---|---|---|
| 3465 | Response / Ad Hoc Committee's Reply to Plan Objections (related document(s)3268, 3270, 3256, 3272, 3276, 3265, 3301, 3304, 3185, 3263, 3306) filed by Kenneth H. Eckstein on behalf of Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants. | 8/5/2021 |
| 3468 | Statement / Certain Insurers' Reservation of Rights to Object to the Admission into Evidence of Insurance-Related Documents on Debtors' List of Trial Exhibits (related document(s)3185, 3263) filed by Philip D. Anker on behalf of American Guarantee and Liability Insurance Company, Aspen American Insurance Company, Gulf Underwriters Insurance Company, Liberty Insurance Corporation, Liberty Mutual Fire Insurance Company, Liberty Mutual Insurance Company, Navigators Specialty Insurance Company, North American Elite Insurance Company, St. Paul Fire and Marine Insurance Company, Steadfast Insurance Company, XL Insurance America, Inc.. | 8/5/2021 |
| 3469 | Statement /Expert Report of William Hrycay filed by Matthew J. Gold on behalf of State of Washington. | 8/6/2021 |
| 3474 | Objection to Stipulation (related document(s)3333, 3332) filed by Allen J. Underwood on behalf of Certain Canadian Municipality Creditors and Canadian First Nation Creditors. with hearing to be held on 8/9/2021 (check with court for location) | 8/6/2021 |
| 3476 | Declaration of E. Bryan Sheldon (Proof Copy) with hearing to be held on 8/12/2021 at 08:45 AM at Courtroom 118, White Plains Courthouse | 8/6/2021 |
| 3482 | Objection to Confirmation of Amended Plan as relating to Hospital Trust tender of Testimony at Confirmation Hearing (related document(s)3347) filed by Paul S Rothstein on behalf of Paul S Rothstein. | 8/6/2021 |
| 3484 | Motion to Authorize / Debtors' Motion Pursuant to 11 U.S.C. §§ 105(a) and 363(b) for Entry of an Order (I) Authorizing the Debtors to Fund Establishment of the Creditor Trusts, the Master Disbursement Trust and Topco, (II) Directing Prime Clerk LLC to Release Certain Protected Information, and (III) Granting Other Related Relief filed by Eli J. Vonnegut on behalf of Purdue Pharma L.P.. | 8/6/2021 |
| 3485 | Motion to Shorten Time / Debtors' Ex Parte Motion for Entry of an Order Shortening Notice with Respect to the Debtors Motion Pursuant to 11 U.S.C. §§ 105(a) and 363(b) for Entry of an Order (I) Authorizing the Debtors to Fund Establishment of the Creditor Trusts, the Master Disbursement Trust and Topco, (II) Directing Prime Clerk LLC to Release Certain Protected Information, and (III) Granting Other Related Relief filed by Eli J. Vonnegut on behalf of Purdue Pharma L.P.. | 8/6/2021 |
| 3490 | Motion to Approve Motion to Exclude the Expert Testimony of William P. Hrycay, CFA filed by Jasmine Ball on behalf of Beacon Company with hearing to be held on 8/12/2021 at 10:00 AM at Courtroom TBA, White Plains Courthouse (RDD) Responses due by 8/10/2021,. (Attachments: # 1 Exhibit A - Proposed Order) | 8/7/2021 |
| 3492 | Objection / Debtors' Reply to Limited Objection of Certain Canadian Municipality Creditors and Canadian First Nation Creditors to Debtors Ex Parte Motion on Shortened Notice with | 8/8/2021 |

| | | |
|---|---|---|
| | Respect to the Stipulation and Agreed Order by and among the Debtors and the Canadian Governmental Claimants Pursuant to Section 105 of the Bankruptcy Code and Bankruptcy Rules 3006 and 9019 (related document(s)3332, 3474) filed by Eli J. Vonnegut on behalf of Purdue Pharma L.P.. | |
| 3493 | Objection to Motion  for Entry of an Order Shortening Notice With Respect to the Debtors Motion Pursuant to 11 U.S.C. §§ 105(a) and 363(b) for Entry of an Order (I) Authorizing the Debtors to Fund Establishment of the Creditor Trusts, the Master Disbursement Trust, and Topco, (II) Directing Prime Clerk LLC to Release Certain Protected Information, and (III) Granting Other Related Relief (related document(s)3485) filed by Brian Edmunds on behalf of State Of Maryland. | 8/9/2021 |
| 3494 | Notice of Agenda / Amended Agenda for August 9, 2021 Hearing and Pre-Trial Conference filed by Eli J. Vonnegut on behalf of Purdue Pharma L.P.. with hearing to be held on 8/9/2021 at 10:00 AM at Courtroom TBA, White Plains Courthouse (RDD) | 8/9/2021 |
| 3496 | Objection  (related document(s)3185) filed by Truth Pharm. with hearing to be held on 8/12/2021 at 10:00 AM at Videoconference (ZoomGov) (RDD) | 8/9/2021 |
| 3506 | Response /Reply to the Joint Objection of Certain Distributors, Manufacturers, and Pharmacies to the Sixth Amended Joint Chapter 11 Plan of Purdue Pharma L.P. and its Affiliated Debtors (related document(s)3306) filed by Jeffrey R. Gleit on behalf of Purdue Pharma L.P.. | 8/9/2021 |
| 3513 | Memorandum of Decision signed on 8/9/2021 On Remaining Portion of Motion to Unseal Filed Information (related document(s)2022). | 8/10/2021 |
| 3514 | Motion to Strike / Certain Insurers' Motion in Limine to Exclude Evidence Related Solely to Insurance Coverage and to Strike Insurance-Related Testimony in Debtors' Declarations (related document(s)3456, 3185, 3432) filed by Philip D. Anker on behalf of American Guarantee and Liability Insurance Company, Aspen American Insurance Company, Gulf Underwriters Insurance Company, Liberty Insurance Corporation, Liberty Mutual Fire Insurance Company, Liberty Mutual Insurance Company, National Union Fire Insurance Company of Pittsburgh, PA, Navigators Specialty Insurance Company, North American Elite Insurance Company, St. Paul Fire and Marine Insurance Company, Steadfast Insurance Company, XL Insurance America, Inc.. (Attachments: # 1 Exhibit A) | 8/10/2021 |
| 3520 | Stipulation and Agreed Order signed on 8/10/2021 By and Among the Debtors and the Canadian Governmental Claimants Pursuant to Section 105 of the Bankruptcy code and Bankruptcy Rules 3006 and 9019. | 8/10/2021 |
| 3521 | Amended Order signed on 8/9/2021 Establishing Procedures for Remote Hearing on Confirmation of the Sixth Amended Joint Chapter Plan of Reorganization of Purdue Pharma L.P. and Its Affiliated Debtors. (Vargas, Ana) Modified on 8/10/2021 | 8/10/2021 |
| 3522 | Notice of Withdrawal of Limited Objection to Plan (related document(s)3257) filed by Peter D'Apice on behalf of Certain Native American Tribes and Others. | 8/10/2021 |

| 3525 | Letter dated August 2, 2021 Filed by Scotti Madison. | 8/10/2021 |
|---|---|---|
| 3528 | Statement / Notice of Filing of Thirteenth Plan Supplement Pursuant to the Sixth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and its Affiliated Debtors (related document(s)3185) filed by Eli J. Vonnegut on behalf of Purdue Pharma L.P.. | 8/10/2021 |
| 3530 | Motion to Strike Amended Motion to Exclude the Expert Testimony of William P. Hrycay, CFA (related document(s)3490, 3491) filed by Jasmine Ball on behalf of Beacon Company with hearing to be held on 8/12/2021 at 10:00 AM at Courtroom TBA, White Plains Courthouse (RDD) Responses due by 8/10/2021,. (Attachments: # 1 Ex A - Proposed Order) | 8/10/2021 |
| 3542 | Motion to Strike Declaration of Lawrence Hamermesh and Exclude Expert Testimony filed by Sara Tonnesen on behalf of State Of Maryland. (Attachments: # 1 Proposed Order) (Tonnesen, Sara) | 08/11/2021 |
| 3543 | Stipulation in Connection with the Debtors' Chapter 11 Plan of Reorganization (related document(s)2982, 3185) Filed by Marshall Scott Huebner on behalf of Purdue Pharma L.P.. | 8/11/2021 |
| 3545 | Amended Plan / Seventh Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and its Affiliated Debtors filed by Eli J. Vonnegut on behalf of Purdue Pharma L.P.. | 8/12/2021 |
| 3546 | Statement / Notice of Filing of Blackline of Seventh Amended Plan (related document(s)3545) filed by Eli J. Vonnegut on behalf of Purdue Pharma L.P.. | 8/12/2021 |
| 3547 | Statement / Notice of Filing of Fourteenth Plan Supplement Pursuant to the Seventh Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and its Affiliated Debtors (related document(s)3545) filed by Eli J. Vonnegut on behalf of Purdue Pharma L.P.. | 8/12/2021 |
| 3548 | Response /Reply to Objection of Dr. Michael Masiowski to Hospitals' Use of Four Expert Witnesses at Confirmation Hearing (related document(s)3482) filed by Michael Patrick O'Neil on behalf of Ad Hoc Group of Hospitals. | 8/12/2021 |
| 3549 | Notice of Agenda / Amended Agenda for August 12, 2021 Confirmation Hearing filed by Eli J. Vonnegut on behalf of Purdue Pharma L.P.. with hearing to be held on 8/12/2021 at 10:00 AM at Courtroom TBA, White Plains Courthouse (RDD) | 8/12/2021 |
| 3552 | Statement / Notice of Filing of (Debtors Proposed) Findings of Fact, Conclusions of Law, and Order Confirming the Seventh Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. And Its Affiliated Debtors (related document(s)3545) filed by Eli J. Vonnegut on behalf of Purdue Pharma L.P.. (Attachments: # 1 Exhibit A - (Debtors' Proposed) Confirmation Order) | 8/12/2021 |
| 3553 | Notice of Adjournment of Hearing on Motion to Authorize Key Employee Incentive Plan Motion, Trust Authorization Motion and Protective Order Motion (related document(s)3484, 3486, 3487, 3485) filed by Eli J. Vonnegut on behalf of Purdue Pharma L.P.. with hearing to be held on 8/27/2021 at 10:00 AM at Courtroom TBA, White Plains Courthouse (RDD) Objections | 8/12/2021 |

| | | |
|---|---|---|
| | due by 8/20/2021, | |
| 3554 | Opposition Brief / Memorandum of The Raymond Sackler Family in Opposition to Maryland's Motion in Limine to Preclude the Expert Testimony of Professor Lawrence A. Hamermesh (related document(s)3542) filed by Gerard Uzzi on behalf of The Raymond Sackler Family. | 8/13/2021 |
| 3555 | Objection to Motion /Objection of the United States Trustee to Debtors Ex Parte Motion for Entry of an Order Shortening Notice with Respect to the Debtors Motion Pursuant to 11 U.S.C. §§ 105(a) and 363(b) for Entry of an Order (I) Authorizing the Debtors to Fund Establishment of the Creditor Trusts, the Master Disbursement Trust and TopCo, (II) Directing Prime Clerk LLC to Release Certain Protected Information, and (III) Granting Other Related Relief (related document(s)3484, 3485) filed by Brian S. Masumoto on behalf of United States Trustee. with hearing to be held on 8/19/2021 at 10:00 AM at Videoconference (ZoomGov) (RDD) | 8/13/2021 |
| 3556 | Declaration of Charles Cowan, PhD. filed by Aaron R. Cahn on behalf of State of West Virginia, ex. rel. Patrick Morrisey, Attorney General. (Attachments: # 1 Amended Expert Report of Charles D. Cowan, Ph.D and Sean T. Malone, Ph. D # 2 Appendix 1 # 3 Appendix Amended Appendix 2 # 4 Appendix 3 # 5 Exhibit 1 # 6 Exhibit 2 # 7 Exhibit 3 # 8 Exhibit 4) | 8/13/2021 |
| 3559 | Motion to Allow/Motion to Amend/Objections and Plead the Court to Address Concerns Based on Personal Life Experience of Taking Prescription Opiates filed by Carrie L. McGaha with hearing to be held on 9/13/2021 at 10:00 AM at Videoconference (ZoomGov) (RDD). | 8/13/2021 |
| 3560 | Notice of Agenda / Agenda for August 16, 2021 Hearing filed by Eli J. Vonnegut on behalf of Purdue Pharma L.P.. with hearing to be held on 8/16/2021 (check with court for location) | 8/13/2021 |
| 3563 | Objection Joinder of Canadian Municipality Creditors and Canadian First Nations to the Objecting States and Office of the U.S. Trustee Objection to Debtors' Motion Pursuant to 11 U.S.C. Sections 105(A) and 363(B) for Entry of An Order (I) Authorizing The Debtors to Fund Establishment of the Creditor Trusts, The Master Disbursement Trust and Topco, (II) Directing Prime Clerk LLC to Release Certain Protected Information (related document(s)3555, 3493) filed by Allen J. Underwood on behalf of Certain Canadian Municipality Creditors and Canadian First Nation Creditors. | 8/16/2021 |
| 3564 | Transcript regarding Hearing Held on 08/12/2021 At 10:07 AM RE: Confirmation Hearing.; Amended Plan/ Sixth Amended Joint Chapter 11 Plan Of Reorganization Of Purdue Pharma L.P. And Its Affiliated Debtors.; Objection To The Bankruptcy Plan Re: Claim 88041.; Letter To Judge Drain Re: 82739 Received 6-1-21.; Etc.  Remote electronic access to the transcript is restricted until 11/15/2021.  The transcript may be viewed at the Bankruptcy Court Clerks Office. (Transcription Service Agency: Veritext Legal Solutions.). (See the Courts Website for contact information for the Transcription Service Agency.) (RE: related document(s) 3438, 3268, 3271, 3125, 3309, 3057, 3357, 3403, 3231, 3465, 3422, 3456, 3110, 3428, 3409, 3447, 3275, 3429, | 8/16/2021 |

| | | |
|---|---|---|
| | 3323, 3426, 3292, 3359, 3111, 3121, 3449, 3270, 3264, 3232, 3246, 3462, 3288, 3420, 3407, 3355, 3251, 3427, 3457, 3414, 3433, 3421, 3415, 3298, 3256, 3491, 3187, 3522, 3368, 3410, 3099, 3272, 3515, 3398, 3293, 3461, 3425, 3278, 3432, 3419, 3413, 3248, 3528, 3435, 3028, 3276, 3129, 3446, 3460, 3335, 3280, 3408, 2966, 3274, 3430, 3122, 3530, 3327, 3120, 3443, 3452, 3265, 3405, 3301, 3199, 3304, 3459, 3396, 3448, 3299, 3123, 3431, 3450, 3225, 3439, 3283, 3404, 3451, 3442, 3440, 3418, 3372, 3305, 3490, 3424, 3416, 3412, 3455, 3279, 2921, 3411, 3185, 3521, 3441, 3257, 3262, 3277, 3188, 3186, 3437, 3263, 3306, 3273, 3453, 3417). Notice of Intent to Request Redaction Deadline Due By 8/23/2021. Statement of Redaction Request Due By 9/7/2021. Redacted Transcript Submission Due By 9/16/2021. Transcript access will be restricted through 11/15/2021.  (No Underlying Document) | |
| 3565 | Declaration (Amended) of Rahul Gupta, MD, MPH, MBA, FACP (related document(s)3405) filed by Michael Patrick O'Neil on behalf of Ad Hoc Group of Hospitals. | 8/16/2021 |
| 3566 | Declaration (Amended) of Gayle A. Galan, MD, FACP (related document(s)3408) filed by Michael Patrick O'Neil on behalf of Ad Hoc Group of Hospitals. | 8/16/2021 |
| 3567 | Declaration (Amended) of William Legier (related document(s)3409) filed by Michael Patrick O'Neil on behalf of Ad Hoc Group of Hospitals. | 8/16/2021 |
| 3571 | Order signed on 8/16/2021 Granting Motion Authorizing the Debtors to Implement 2021 Key Employee Retention Plan(Related Doc # 3077) . | 8/16/2021 |
| 3572 | Transcript regarding Hearing Held on 08/09/2021 At 10:05 AM RE: Stipulation And Agreed Order By And Among The Debtors And The Canadian Governmental Claimants Pursuant To Section 105 Of The Bankruptcy Code And Bankruptcy Rules 3006 And 9019.; Objection To Stipulation.; Debtors' Reply To Limited Objection Of Certain Canadian Municipality Creditors And Canadian First Nation Creditors To Debtors' Ex Parte Motion On Shortened Notice With Respect To The Stipulation And Agreed Order By And Among The Debtors And The Canadian Governmental Claimants Pursuant To Section 105 Of The Bankruptcy Code And Bankruptcy Rules 3006 And 9019.; Etc. Remote electronic access to the transcript is restricted until 11/15/2021.  The transcript may be viewed at the Bankruptcy Court Clerks Office. (Transcription Service Agency: Veritext Legal Solutions.). (See the Courts Website for contact information for the Transcription Service Agency.) (RE: related document(s) 3438, 3268, 3271, 3125, 3309, 3057, 3333, 3357, 3403, 3231, 3465, 3422, 3456, 3110, 3428, 3409, 3235, 3447, 3275, 3429, 3323, 3426, 3292, 3359, 3111, 3121, 3449, 3270, 3264, 3232, 3246, 3462, 3288, 3420, 3407, 3355, 3237, 3251, 3427, 3457, 3414, 3433, 3421, 3415, 3298, 3491, 3187, 3368, 3410, 3099, 3272, 3398, 3293, 3461, 3425, 3278, 3432, 3419, 3413, 3248, 3474, 3435, 3028, 3276, 3129, 3446, 3460, 3335, 3280, 3408, 2966, 3274, 3430, 3122, 3327, 3120, 3443, 3452, 3265, 3405, 3301, 3199, 3304, 3459, 3396, 3448, 3492, 3299, 3123, 3431, 3450, 3332, 3439, 3283, 3404, 3451, 3442, 3440, | 8/16/2021 |

| | | |
|---|---|---|
| | 3418, 3372, 3305, 3490, 3347, 3424, 3416, 3412, 3455, 3279, 2921, 3411, 3185, 3441, 3262, 3277, 3188, 3186, 3437, 3236, 3263, 3306, 3273, 3453, 3417). Notice of Intent to Request Redaction Deadline Due By 8/23/2021. Statement of Redaction Request Due By 9/7/2021. Redacted Transcript Submission Due By 9/16/2021. Transcript access will be restricted through 11/15/2021.  (No Underlying Document) | |
| 3575 | Objection  to Restructuring of Purdue Pharma L.P. ET All - Case 19-23649(RDD) (related document(s)2988) filed by Maria Ecke. | 8/16/2021 |
| 3581 | Transcript regarding Hearing Held on 08/16/2021 At 10:09 AM RE: Continuance Of Confirmation Hearing From August 13, 2021 After Omnibus Motions.; Application For Interim Professional Compensation / Fifth Interim Fee Application Of Dechert LLP, As 327(E) Special Counsel, For Compensation For Professional Services Rendered And Reimbursement Of Actual And Necessary Expenses Incurred During The Period February 1, 2021 Through May 31, 2021 For Dechert LLP, Debtor's Attorney, Period: 2/1/2021 To 5/31/2021, Fee:$2,600,931.71, Expenses: $22,492.97.; Etc.  Remote electronic access to the transcript is restricted until 11/15/2021.  The transcript may be viewed at the Bankruptcy Court Clerks Office. (Transcription Service Agency: Veritext Legal Solutions.). (See the Courts Website for contact information for the Transcription Service Agency.) (RE: related document(s) 3202, 3238, 3220, 3343, 3162, 3221, 3134, 3342, 3233, 3234, 3138, 3230, 3214, 3558, 3213, 3247, 3229, 3216, 3205, 3164, 3206, 3194, 3195, 3228, 3191, 3130, 3204, 3059, 3190, 3505, 3207, 3165, 3058, 3212, 3504, 3502, 3224, 3184, 3503, 3132, 3208, 3215, 3131). Notice of Intent to Request Redaction Deadline Due By 8/24/2021. Statement of Redaction Request Due By 9/7/2021. Redacted Transcript Submission Due By 9/17/2021. Transcript access will be restricted through 11/15/2021.  (No Underlying Document) | 8/17/2021 |
| 3582 | Motion to Authorize /Emergency Request for Immediate Injunction and Hearing for Due Process, Production for Evidentiary Documents & Other Relief filed by Ellen Isaacs with hearing to be held on 9/13/2021 at 10:00 AM at Videoconference (ZoomGov) (RDD). | 8/17/2021 |
| 3583 | Stipulation Between and Among the Raymond Sackler Family, the Mortimer Sackler Family, the States of Connecticut, Oregon and Washington, and the District of Columbia Filed by Gerard Uzzi on behalf of The Raymond Sackler Family. | 8/17/2021 |
| 3587 | Letter /Complaint Filed by Ronald Bass Sr.. | 8/18/2021 |
| 3589 | Stipulation  Regarding the Objection Filed by Gulf Underwriters Insurance Company and St. Paul Fire and Marine Insurance Company (related document(s)3272) Filed by Michael J. Venditto on behalf of Purdue Pharma L.P.. | 8/18/2021 |
| 3594 | Objection to Confirmation of Plan Limited Objection of the States Of Washington, California, Connecticut, Delaware, Maryland, Oregon, Rhode Island and Vermont and The District Of Columbia To Debtors Proposed Order Confirming the Seventh Amended Joint Chapter 11 Plan of Reorganization filed by Matthew J. Gold on behalf of State of Washington. | 8/18/2021 |

| | | |
|---|---|---|
| 3599 | Transcript regarding Hearing Held on 08/17/2021 At 10:08 AM RE: Continuance Of Confirmation Hearing From August 16, 2021.  Remote electronic access to the transcript is restricted until 11/16/2021.  The transcript may be viewed at the Bankruptcy Court Clerks Office. (Transcription Service Agency: Veritext Legal Solutions.). (See the Courts Website for contact information for the Transcription Service Agency.). Notice of Intent to Request Redaction Deadline Due By 8/25/2021. Statement of Redaction Request Due By 9/8/2021. Redacted Transcript Submission Due By 9/20/2021. Transcript access will be restricted through 11/16/2021.  (No Underlying Document) | 8/18/2021 |
| 3601 | So Ordered Stipulation Signed on 8/18/2021 by and among the Raymond Sackler family, the Mortimer Sackler family and the States of Connecticut, Oregon, and Washington, and the District of Columbia. | 8/18/2021 |
| 3602 | Transcript regarding Hearing Held on 08/13/2021 At 10:07 AM RE: Continuance Of Confirmation Hearing From August 12, 2021.; Amended Plan / Seventh Amended Joint Chapter 11 Plan Of Reorganization Of Purdue Pharma LP. And Its Affiliated Debtors.; Objection To The Bankruptcy Plan Re: Claim 88041.; Etc.  Remote electronic access to the transcript is restricted until 11/16/2021.  The transcript may be viewed at the Bankruptcy Court Clerks Office. (Transcription Service Agency: Veritext Legal Solutions.). (See the Courts Website for contact information for the Transcription Service Agency.) (RE: related document(s) 3438, 3268, 3271, 3125, 3309, 3057, 3357, 3403, 3231, 3465, 3456, 3110, 3100, 3428, 3409, 3235, 3447, 3275, 3429, 3323, 3426, 3292, 3546, 3359, 3111, 3121, 3449, 3270, 3264, 3232, 3246, 3462, 3288, 3420, 3407, 3355, 3251, 3427, 3457, 3414, 3545, 3433, 3421, 3415, 3543, 3298, 3256, 3491, 3187, 3522, 3368, 3410, 3099, 3272, 3515, 3398, 3293, 3425, 3278, 3432, 3419, 3413, 3248, 3528, 3435, 3028, 3276, 3129, 3446, 3460, 3335, 3280, 3547, 3408, 2966, 3274, 3430, 3122, 3530, 3327, 3120, 3443, 3452, 3265, 3301, 3199, 3304, 3459, 3396, 3448, 3299, 3123, 3431, 3450, 3439, 3542, 3283, 3404, 3451, 3442, 3440, 3418, 3372, 3305, 3490, 3424, 3416, 3412, 3549, 3455, 3279, 2921, 3411, 3521, 3441, 3257, 3262, 3277, 3188, 3186, 3437, 3263, 3306, 3273, 3453, 3417). Notice of Intent to Request Redaction Deadline Due By 8/25/2021. Statement of Redaction Request Due By 9/8/2021. Redacted Transcript Submission Due By 9/20/2021.  Transcript access will be restricted through 11/16/2021.  (No Underlying Document) | 8/18/2021 |
| 3608 | Notice of Agenda / Second Amended Agenda for Confirmation Hearing filed by Eli J. Vonnegut on behalf of Purdue Pharma L.P.. | 8/19/2021 |
| 3611 | See ecf # 3614 for Amended Transcript of this hearing.) Transcript regarding Hearing Held on 08/18/2021 At 10:08 AM RE: Continuance Of Confirmation Hearing From August 17, 2021.  Remote electronic access to the transcript is restricted until 11/17/2021.  The transcript may be viewed at the Bankruptcy Court Clerks Office. (Transcription Service Agency: Veritext Legal Solutions.). (See the Courts Website for contact information for the Transcription Service Agency.). Notice of | 8/19/2021 |

| | | |
|---|---|---|
| | Intent to Request Redaction Deadline Due By 8/26/2021. Statement of Redaction Request Due By 9/9/2021. Redacted Transcript Submission Due By 9/20/2021. Transcript access will be restricted through 11/17/2021. (Ramos, Jonathan) Modified on 8/20/2021  (No Underlying Document) | |
| 3612 | Stipulation /Proposed Stipulations Between Certain Distributors', Manufacturers', and Pharmacies' and the Debtors Regarding Documentary Evidence Pertaining to the Confirmation Hearing Filed by Christopher A. Lynch on behalf of AmerisourceBergen Drug Corporation. (Attachments: # 1 Appendix A-List of Contracts # 2 Appendix B-List of Proofs of Claim) | 8/19/2021 |
| 3613 | Statement / Sixth Monitor Report filed by Eli J. Vonnegut on behalf of Purdue Pharma L.P.. | 8/19/2021 |
| 3614 | Amended Transcript regarding Hearing Held on 08/18/2021 At 10:08 AM RE: Continuance Of Confirmation Hearing From August 17, 2021. (Amends Prior Transcript, Doc. #3611) Remote electronic access to the transcript is restricted until 11/17/2021.  The transcript may be viewed at the Bankruptcy Court Clerks Office. (Transcription Service Agency: Veritext Legal Solutions.). (See the Courts Website for contact information for the Transcription Service Agency.). Notice of Intent to Request Redaction Deadline Due By 8/26/2021. Statement of Redaction Request Due By 9/9/2021. Redacted Transcript Submission Due By 9/20/2021. Transcript access will be restricted through 11/17/2021.  (No Underlying Document) | 8/19/2021 |
| 3617 | Notice of Adjournment of Hearing / Notice of Continuation of Hearing on Confirmation of Seventh Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and Its Affiliated Debtors filed by Eli J. Vonnegut on behalf of Purdue Pharma L.P.. with hearing to be held on 8/23/2021 at 10:00 AM at Courtroom TBA, White Plains Courthouse (RDD) | 8/20/2021 |
| 3618 | Objection to Confirmation of Plan Certain Insurers' Objections to the Form of Debtors' Proposed Confirmation Order filed by Kelly Tsai on behalf of American Guarantee and Liability Insurance Company. | 8/20/2021 |
| 3619 | Motion to Allow/Letter - Derivative and Fraudulent Conveyance filed by Ronald Bass Sr. with hearing to be held on 10/14/2021 at 10:00 AM at Videoconference (ZoomGov) (RDD). | 8/20/2021 |
| 3626 | Statement / Debtors' Reply to Limited Objection of the States of Washington, California, Connecticut, Delaware, Maryland, Oregon, Rhode Island and Vermont and the District of Columbia to Debtors Proposed Order Confirming the Seventh Amended Joint Chapter 11 Plan of Reorganization (related document 3594) filed by Marshall Scott Huebner on behalf of Purdue Pharma L.P.. | 8/20/2021 |
| 3631 | Stipulation Joint Stipulation of Facts Filed by Jasmine Ball on behalf of Beacon Company. | 8/22/2021 |
| 3632 | Statement / Eighth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and its Affiliated Debtors filed by Eli J. Vonnegut on behalf of Purdue Pharma L.P.. | 8/23/2021 |
| 3633 | Statement / Notice of Filing of Eighth Amend Plan (related document(s)3632) filed by Eli J. Vonnegut on behalf of Purdue Pharma L.P.. | 8/23/2021 |

| | | |
|---|---|---|
| 3634 | Statement / Notice of Filing of Fifteenth Plan Supplement Pursuant to the Eighth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and its Affiliated Debtors (related document(s)3632) filed by Eli J. Vonnegut on behalf of Purdue Pharma L.P.. | 8/23/2021 |
| 3635 | Statement / Notice of Filing of Debtors' Revised Proposed Findings of Fact, Conclusions of Law, and Order Confirming the Seventh Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and its Affiliated Debtors (related document(s)3632) filed by Eli J. Vonnegut on behalf of Purdue Pharma L.P.. (Attachments: # 1 Exhibit A- Revised Proposed Confirmation Order # 2 Exhibit B- Blackline of Revised Proposed Confirmation Order) | 8/23/2021 |
| 3636 | Objection /Supplemental Objection Of United States Trustee To (I) Eighth Amended Joint Chapter 11 Plan Of Purdue Pharma L.P. And Its Affiliated Debtors, And (II) Proposed Confirmation Order (ECF No. 3632) filed by Brian S. Masumoto on behalf of United States Trustee. | 8/23/2021 |
| 3637 | Letter dated August 17, 2021 reconfirming Claim Number 89590 Filed by Ronald Bass Sr.. | 8/23/2021 |
| 3638 | Transcript regarding Hearing Held on 8/19/21 at 10:02 AM RE: Continuance of Confirmation Hearing From August 18, 2021. Remote electronic access to the transcript is restricted until 11/18/2021.  The transcript may be viewed at the Bankruptcy Court Clerks Office. (Transcription Service Agency: Veritext Legal Solutions.). (See the Courts Website for contact information for the Transcription Service Agency.). Notice of Intent to Request Redaction Deadline Due By 8/27/2021. Statement of Redaction Request Due By 9/10/2021. Redacted Transcript Submission Due By 9/20/2021. Transcript access will be restricted through 11/18/2021.  (No Underlying Document) | 8/23/2021 |
| 3640 | Chapter 11 Monthly Operating Report for the Month Ending: 07/31/2021 Filed by Eli J. Vonnegut on behalf of Purdue Pharma L.P.. | 8/23/2021 |
| 3641 | Response / Joint Reply of Debtor and Ad Hoc Committee to Certain Insurers Objections to the Form of Debtors Proposed Confirmation Order (related document(s)3618) filed by Ann Kramer on behalf of Purdue Pharma L.P.. (Attachments: # 1 Exhibit A) | 8/23/2021 |
| 3642 | Stipulation Joint Stipulation as to Facts Filed by Jasmine Ball on behalf of Beacon Company. | 8/23/2021 |
| 3648 | Objection to Settlement filed by Trudy Duffy. | 8/24/2021 |
| 3652 | Amended Plan / Ninth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and its Affiliated Debtors filed by Eli J. Vonnegut on behalf of Purdue Pharma L.P.. | 8/25/2021 |
| 3653 | Statement / Notice of Filing of Blackline of Ninth Amended Plan (related document(s)3652) filed by Eli J. Vonnegut on behalf of Purdue Pharma L.P.. | 8/25/2021 |
| 3654 | Statement /Notice of Filing of Debtors Second Revised Proposed Findings of Fact, Conclusions of Law, and Order Confirming the Ninth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and its Affiliated Debtors (related | 8/25/2021 |

| | | |
|---|---|---|
| | document(s)3652) filed by Eli J. Vonnegut on behalf of Purdue Pharma L.P.. (Attachments: # 1 Exhibit A- Proposed Confirmation Order # 2 Exhibit B- Blackline of Proposed Condirmation Order) | |
| 3655 | Statement / Notice of Filing of Sixteenth Plan Supplement Pursuant to the Ninth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and its Affiliated Debtors (related document(s)3652) filed by Eli J. Vonnegut on behalf of Purdue Pharma L.P.. | 8/25/2021 |
| 3656 | Notice of Withdrawal of Docket Number 3405 (related document(s)3405) filed by Michael Patrick O'Neil on behalf of Ad Hoc Group of Hospitals. | 8/25/2021 |
| 3657 | Notice of Withdrawal of Docket Number 3408 (related document(s)3408) filed by Michael Patrick O'Neil on behalf of Ad Hoc Group of Hospitals. | 8/25/2021 |
| 3658 | Notice of Withdrawal of Docket Number 3409 (related document(s)3409) filed by Michael Patrick O'Neil on behalf of Ad Hoc Group of Hospitals. | 8/25/2021 |
| 3659 | Transcript regarding Hearing Held on 8/23/21 at 9:50 AM RE: Notice of Continuation of Hearing on Confirmation of Seventh Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and Its Affiliated Debtors filed by Eli J. Vonnegut on behalf of Purdue Pharma L.P.. with hearing to be held on 8/23/2021 at 10:00 AM.  Remote electronic access to the transcript is restricted until 11/22/2021.  The transcript may be viewed at the Bankruptcy Court Clerks Office. (Transcription Service Agency: Veritext Legal Solutions.). (See the Courts Website for contact information for the Transcription Service Agency.) (RE: related document(s) 3617). Notice of Intent to Request Redaction Deadline Due By 8/31/2021. Statement of Redaction Request Due By 9/14/2021. Redacted Transcript Submission Due By 9/24/2021. Transcript access will be restricted through 11/22/2021.  (No Underlying Document) | 8/25/2021 |
| 3661 | Statement / Notice of the Raymond Sackler Family of Filing of Documents Previously Filed Under Seal (related document(s)3570) filed by Gerard Uzzi on behalf of The Raymond Sackler Family. (Attachments: # 1 Hurley Ex. 34 # 2 Hurley Ex. B _Part1 # 3 Hurley Ex. B _Part2 # 4 Hurley Ex. B _Part3 # 5 Hurley Ex. B _Part4 # 6 Hurley Ex. B _Part5 # 7 Hurley Ex. B _Part6 # 8 Hurley Ex. B _Part7 # 9 Hurley Ex. B _Part8 # 10 Hurley Ex. B _Part9 # 11 Hurley Ex. B_Part10) | 8/25/2021 |
| 3662 | Statement / Notice of the Raymond Sackler Family of Filing of Documents Previously Filed Under Seal (related document(s)3570) filed by Gerard Uzzi on behalf of The Raymond Sackler Family. (Attachments: # 1 Hurley Exhibit C_Part1 # 2 Hurley Exhibit C_Part2 # 3 Hurley Exhibit C_Part3 # 4 Hurley Exhibit C_Part4 # 5 Leventhal Ex. 93 # 6 Leventhal Ex. 114 # 7 Leventhal Ex. 118 # 8 Preis Amended Ex. B_Part1 # 9 Preis Amended Ex. B_Part2 # 10 Preis Amended Ex. B_Part3 # 11 Leventhal Ex. 122) | 8/25/2021 |
| 3663 | Statement / Notice of the Raymond Sackler Family of Filing of Documents Previously Filed Under Seal (related document(s)3570) filed by Gerard Uzzi on behalf of The | 8/25/2021 |

| | Raymond Sackler Family. (Attachments: # 1 Leventhal Ex. 121_Part1 # 2 Leventhal Ex. 121_Part2 # 3 Leventhal Ex. 121_Part3 # 4 Leventhal Ex. 121_Part4 # 5 Leventhal Ex. 121_Part5) | |
|---|---|---|
| 3664 | Statement / Notice of the Raymond Sackler Family of Filing of Documents Previously Filed Under Seal (related document(s)3570) filed by Gerard Uzzi on behalf of The Raymond Sackler Family. (Attachments: # 1 Leventhal Ex. 121_Part6 # 2 Leventhal Ex. 121_Part7 # 3 Leventhal Ex. 121_Part8 # 4 Leventhal Ex. 121_Part9 # 5 Leventhal Ex. 121_Part10) | 8/25/2021 |
| 3665 | Statement / Notice of the Raymond Sackler Family of Filing of Documents Previously Filed Under Seal (related document(s)3570) filed by Gerard Uzzi on behalf of The Raymond Sackler Family. (Attachments: # 1 Leventhal Ex. 121_Part11 # 2 Leventhal Ex. 121_Part12 # 3 Leventhal Ex. 121_Part13 # 4 Leventhal Ex. 121_Part14 # 5 Leventhal Ex. 121_Part15) | 8/25/2021 |
| 3666 | Statement / Notice of the Raymond Sackler Family of Filing of Documents Previously Filed Under Seal (related document(s)3570) filed by Gerard Uzzi on behalf of The Raymond Sackler Family. (Attachments: # 1 Leventhal Ex. 121_Part16 # 2 Leventhal Ex. 121_Part17 # 3 Leventhal Ex. 121_Part18 # 4 Leventhal Ex. 121_Part19 # 5 Leventhal Ex. 121_Part20) | 8/25/2021 |
| 3668 | Statement / Notice of the Raymond Sackler Family of Filing of Documents Previously Filed Under Seal (related document(s)3570) filed by Gerard Uzzi on behalf of The Raymond Sackler Family. (Attachments: # 1 Leventhal Ex. 121_Part21 # 2 Leventhal Ex. 121_Part22 # 3 Leventhal Ex. 121_Part23 # 4 Leventhal Ex. 121_Part24 # 5 Leventhal Ex. 121_Part25) | 8/25/2021 |
| 3669 | Statement / Notice of the Raymond Sackler Family of Filing of Documents Previously Filed Under Seal (related document(s)3570) filed by Gerard Uzzi on behalf of The Raymond Sackler Family. (Attachments: # 1 Leventhal Ex. 121_Part26 # 2 Leventhal Ex. 121_Part27 # 3 Leventhal Ex. 121_Part28 # 4 Leventhal Ex. 121_Part29 # 5 Leventhal Ex. 121_Part30) | 8/25/2021 |
| 3670 | Statement /Notice of Filing of Exhibit B to Debtor's Proposed Findings of Fact, Conclusions of Law, and Order Confirming the Ninth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and its Affiliated Debtors (related document(s)3654) filed by Eli J. Vonnegut on behalf of Purdue Pharma L.P.. (Attachments: # 1 Exhibit A- Notice of Filing of Master Operating Injunction # 2 Exhibit B- Blackline of Operating Injunction) | 8/25/2021 |
| 3671 | Statement / Notice of the Raymond Sackler Family of Filing of Documents Previously Filed Under Seal (related document(s)3570) filed by Gerard Uzzi on behalf of The Raymond Sackler Family. (Attachments: # 1 Leventhal Ex. 121_Part31 # 2 Leventhal Ex. 121_Part32 # 3 Leventhal Ex. 121_Part33 # 4 Leventhal Ex. 121_Part34 # 5 Leventhal Ex. | 8/25/2021 |

| | 121_Part35 # 6 Leventhal Ex. 121_Part36) | |
|---|---|---|
| 3673 | Statement Notice of the Mortimer-Side Initial Covered Sackler Persons of Filing of Documents Previously Filed Under Seal (related document(s)3570) filed by Jasmine Ball on behalf of Beacon Company. (Attachments: # 1 Hurley Ex A # 2 Preis Ex A) | 8/25/2021 |
| 3674 | Following the conclusion of oral argument on Wednesday, August 25, 2021 the evidence and oral argument portions of the trial have officially concluded. The Court will resume hearings related to Purdue Pharma LP on Friday, August 27, 2021 at 10am for the Court to issue a bench ruling in these proceedings.  (No Underlying Document) | 8/26/2021 |
| 3677 | Objection to (I) Ninth Amended Joint Chapter 11 Plan of Purdue Pharma L.P. and Its Affiliated Debtors and (II) Request That the Court Encourages Purdue Pharma and Its Affiliated Debtors to Increase Its Proposed Contribution of $4.5 Billion So That The Claimants of Opioid Abuse Would Receive Adequate Compensation filed by Vitaly Pinkusov. | 8/26/2021 |
| 3681 | The hearing on August 27, 2021 will be a brief extension on oral argument to account for unresolved issues that require further discussion. The Court anticipates that the bench ruling in these cases will now take place beginning at 10:00am on Wednesday, September 1, 2021 at 10:00 AM at Videoconference (ZoomGov) (RDD).  (No Underlying Document) | 8/26/2021 |
| 3682 | Amended Plan / Tenth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and its Affiliated Debtors filed by Eli J. Vonnegut on behalf of Purdue Pharma L.P.. | 8/26/2021 |
| 3683 | Statement / Notice of Filing of Blackline of Tenth Amended Plan (related document(s)3682) filed by Eli J. Vonnegut on behalf of Purdue Pharma L.P.. | 8/26/2021 |
| 3684 | Transcript regarding Hearing Held on 08/25/2021 At 10:03 AM RE: Continuance Of Confirmation Hearing From August 23, 2021.  Remote electronic access to the transcript is restricted until 11/29/2021.  The transcript may be viewed at the Bankruptcy Court Clerks Office. (Transcription Service Agency: Veritext Legal Solutions.). (See the Courts Website for contact information for the Transcription Service Agency.). Notice of Intent to Request Redaction Deadline Due By 9/3/2021. Statement of Redaction Request Due By 9/17/2021. Redacted Transcript Submission Due By 9/27/2021. Transcript access will be restricted through 11/29/2021.  (No Underlying Document) | 8/27/2021 |
| 3695 | Transcript regarding Hearing Held on 08/27/2021 At 10:03 AM RE: Continuance Of Confirmation Hearing.; Notice Of Adjournment Of Hearing On Motion To Authorize Key Employee Incentive Plan, Trust Authorization Motion And Protective Order Motion.  Remote electronic access to the transcript is restricted until 11/29/2021.  The transcript may be viewed at the Bankruptcy Court Clerks Office. (Transcription Service Agency: Veritext Legal Solutions.). (See the Courts Website for contact information for the Transcription Service Agency.). Notice of Intent to Request Redaction Deadline Due By 9/7/2021. Statement of Redaction Request Due By 9/20/2021. Redacted Transcript Submission Due By 9/30/2021. Transcript | 8/30/2021 |

| | | |
|---|---|---|
| | access will be restricted through 11/29/2021.  (No Underlying Document) | |
| 3706 | Amended Plan / Eleventh Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and its Affiliated Debtors filed by Eli J. Vonnegut on behalf of Purdue Pharma L.P.. | 8/31/2021 |
| 3707 | Statement / Notice of Filing of Blackline of Eleventh Amended Plan (related document(s)3706) filed by Eli J. Vonnegut on behalf of Purdue Pharma L.P.. | 8/31/2021 |
| 3708 | Statement / Notice of Filing of Debtors' Third Revised Proposed Findings of Fact, Conclusions of Law, and Order Confirming the Eleventh Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and its Affiliated Debtors (related document(s)3706) filed by Eli J. Vonnegut on behalf of Purdue Pharma L.P.. (Attachments: # 1 Exhibit A- Proposed Confirmation Order # 2 Exhibit B- Blackline of Confirmation Order) | 8/31/2021 |
| 3710 | Objection /Supplemental Objection Of United States Trustee To (I) Eleventh Amended Joint Chapter 11 Plan Of Purdue Pharma L.P. And Its Affiliated Debtors, And (II) Any Proposed Confirmation Order (related document(s)3706) filed by Brian S. Masumoto on behalf of United States Trustee. | 8/31/2021 |
| 3711 | Statement / Notice of Filing of Seventeenth Plan Supplement Pursuant to the Eleventh Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and its Affiliated Debtors (related document(s)3706) filed by Eli J. Vonnegut on behalf of Purdue Pharma L.P.. | 8/31/2021 |
| 3715 | Statement / Notice of Filing of Exhibits B and C to Debtors' Third Revised Proposed Findings of Fact, Conclusions of Law, and Order Confirming the Eleventh Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and its Affiliated Debtors (related document(s)3706) filed by Eli J. Vonnegut on behalf of Purdue Pharma L.P.. (Attachments: # 1 Exhibit A-1 Hospital TDP # 2 Exhibit A-2 Blackline of ADPs # 3 Exhibit B-1 Operating Injunction # 4 Exhibit B-2 Operating Injunction Blackline) | 8/31/2021 |
| 3717 | Notice of Agenda / (Updated) Third Amended Agenda for Confirmation Hearing filed by Eli J. Vonnegut on behalf of Purdue Pharma L.P.. with hearing to be held on 9/1/2021 at 10:00 AM at Teleconference Line (CourtSolutions) (RDD) | 9/1/2021 |
| 3718 | Appointment of Official Creditors' Committee /Amended Notice Of Appointment Of Official Committee Of Unsecured Creditors (related document(s)131) Filed by Brian S. Masumoto on behalf of United States Trustee. | 9/1/2021 |
| 3721 | Letter  to Judge Drain in support of the hearing for the month of October 2021 re: claim 89590 (related document(s)3619) Filed by Ronald Bass Sr.. with hearing to be held on 10/14/2021 at 10:00 AM at Videoconference (ZoomGov) (RDD) | 9/1/2021 |
| 3724 | Notice of Appeal  filed by Matthew J. Gold on behalf of State of Washington. (Attachments: # 1 Civil Cover Sheet) | 9/1/2021 |
| 3725 | Notice of Appeal  filed by Matthew J. Gold on behalf of District of Columbia. (Attachments: # 1 Civil Cover Sheet) | 9/1/2021 |
| 3726 | Amended Plan / Twelfth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and its Affiliated Debtors | 9/2/2021 |

| | | |
|---|---|---|
| | filed by Eli J. Vonnegut on behalf of Purdue Pharma L.P.. | |
| 3727 | Statement / Notice of Filing of Blackline of Twelfth Amended Plan (related document(s)3726) filed by Eli J. Vonnegut on behalf of Purdue Pharma L.P.. | 9/2/2021 |
| 3731 | Transcript regarding Hearing Held on 09/01/2021 At 10:06 AM RE: Bench Ruling.; Statement / Notice Of Change Of Listen-Only Dial In For Hearing On Confirmation Of Eleventh Amended Joint Chapter 11 Plan Of Reorganization Of Purdue Pharma L.P. And Its Affiliated Debtors.; Third Amended Agenda For Confirmation Hearing.  Remote electronic access to the transcript is restricted until 12/2/2021.  The transcript may be viewed at the Bankruptcy Court Clerks Office. (Transcription Service Agency: Veritext Legal Solutions.). (See the Courts Website for contact information for the Transcription Service Agency.). Notice of Intent to Request Redaction Deadline Due By 9/10/2021. Statement of Redaction Request Due By 9/24/2021. Redacted Transcript Submission Due By 10/4/2021. Transcript access will be restricted through 12/2/2021.  (No Underlying Document) | 9/3/2021 |
| 3732 | So Ordered Stipulation Signed on 9/3/2021 Tolling Shareholder Released Claims. | 9/3/2021 |
| 3734 | Objection to Motion / Debtors Objection to Ellen Isaacs Emergency Request for Immediate Injunction and Hearing for Due Process, Production for Evidentiary Documents & Other Relief (related document(s)3582) filed by James I. McClammy on behalf of Purdue Pharma L.P.. | 9/6/2021 |
| 3742 | Objection to (I) Eleventh Amended Joint Chapter 11 Plan of Purdue Pharma L.P. and its Affiliated Debtors, and (II) Any Proposed Confirmation Order (related document(s)3706, 3710, 3677) filed by Vitaly Pinkusov. | 9/8/2021 |
| 3743 | Reply to Motion / Debtors Reply to the Objections of the Objecting States, the United States Trustee, and the Canadian Municipality Creditors and Canadian First Nations Creditors to the Debtors Motion Pursuant to 11 U.S.C. §§ 105(A) and 363(B) for Entry of an Order (I) Authorizing the Debtors to Fund Establishment of the Creditor Trusts, the Master Disbursement Trust and Topco, (II) Directing Prime Clerk LLC to Release Certain Protected Information, and (III) Granting Other Related Relief (related document(s)3484) filed by Eli J. Vonnegut on behalf of Purdue Pharma L.P.. | 9/9/2021 |
| 3744 | Reply to Motion / Debtors Supplemental Omnibus Reply in Support of Motion of Debtors for Entry of an Order Authorizing Implementation of 2021 Key Employee Incentive Plan and 2021 Key Employee Retention Plan (related document(s)3077) filed by Marshall Scott Huebner on behalf of Purdue Pharma L.P.. (Attachments: # 1 Exhibit A - Revised Proposed 2021 KEIP Order # 2 Exhibit B - Second Supplemental Lowne Declaration) | 9/9/2021 |
| 3745 | United States Constitution Fourteenth Amendment Violation of the Reorganization of Purdue Pharma L.P. and Debtors/Defendants filed by Ronald Bass, Sr.. | 9/9/2021 |
| 3750 | Notice of Agenda / Agenda for September 13, 2021 Hearing filed by Eli J. Vonnegut on behalf of Purdue Pharma L.P.. with hearing to be held on 9/13/2021 at 10:00 AM at Courtroom TBA, | 9/9/2021 |

| | White Plains Courthouse (RDD) | |
|---|---|---|
| 3769 | Order signed on 9/15/2021 Denying Emergency Request for Immediate Injunction and Hearing for Due Process, Production for Evidentiary Documents & Other Relief (Related Doc # 3582). | 9/15/2021 |
| 3773 | Order signed on 9/15/2021 Granting Motion (I) Authorizing the Debtors to Fund Establishment of the Creditor Trusts, the Master Disbursement Trust and Topco, (II) Directing Prime Clerk LLC to Release Certain Protected Information, and (III) Granting Other Related Relief (Related Doc # 3484) . | 9/15/2021 |
| 3774 | Notice of Appeal  filed by Allen J. Underwood on behalf of Certain Canadian Municipalities. (Attachments: # 1 Appeal Civil Cover Sheet) | 9/15/2021 |
| 3775 | Notice of Appeal  filed by Allen J. Underwood on behalf of Certain Canadian First Nation and Metis People. (Attachments: # 1 Appeal Civil Cover Sheet) | 9/15/2021 |
| 3776 | Notice of Appeal  - United States Trustee's Notice of Appeal of Confirmation Order and Order Approving Disclosure Statement, filed by Linda Riffkin on behalf of United States Trustee. (Attachments: # 1 Exh. A - Hearing on Ruling on Confirmation # 2 Exh. B - Disclosure Statement Order # 3 Civil Cover Sheet # 4 Related Case Statement) | 9/15/2021 |
| 3777 | Notice of Appeal  - United States Trustee's Notice of Appeal of Advance Funding Order (related document(s)3773) filed by Linda Riffkin on behalf of United States Trustee. (Attachments: # 1 Exh. A - Advance Funding Order # 2 Civil Cover Sheet # 3 Related Case Statement) | 9/15/2021 |
| 3778 | Motion for Stay Pending Appeal /Memorandum of Law In Support Of United States Trustees Expedited Motion For A Stay Of Confirmation Order And Related Orders Pending Appeal Pursuant To Federal Rule Of Bankruptcy Procedure 8007 (related document(s)3777, 3776) filed by Linda Riffkin on behalf of United States Trustee. (Attachments: # 1 Proposed Order) | 9/15/2021 |
| 3779 | Motion to Shorten Time United States Trustees Ex Parte Motion For An Order Shortening Notice And Scheduling Hearing With Respect To The United States Trustees Expedited Motion For A Stay Of Confirmation Order And Related Orders Pending Appeal Pursuant To Federal Rule Of Bankruptcy Procedure 8007 (related document(s)3778) filed by Linda Riffkin on behalf of United States Trustee. (Attachments: # 1 Proposed Order Shortening Notice And Scheduling Hearing With Respect To The United States Trustees Expedited Motion For A Stay Of Confirmation Order And Related Orders Pending Appeal Pursuant To Federal Rule Of Bankruptcy Procedure 8007) | 9/15/2021 |
| 3780 | Notice of Appeal of Confirmation Order filed by Brian Edmunds on behalf of State Of Maryland. | 9/15/2021 |
| 3783 | Certificate of Service of Notice of Appeal of Confirmation and Disclosure Statement Orders, Notice of Appeal of Advanced Funding Order, Motion for Stay Pending Appeal and Motion to Shorten Time (related document(s)3777, 3776, 3778, 3779) Filed by Paul Kenan Schwartzberg on behalf of United States Trustee. (Attachments: # 1 Exhibit A # 2 Exhibit B) | 9/17/2021 |

| | | |
|---|---|---|
| 3784 | Notice of Appeal filed by Irve J. Goldman on behalf of State of Connecticut. (Attachments: # 1 Civil Cover Sheet # 2 Related Case Statement) | 9/17/2021 |
| 3786 | Modified Bench Ruling On For Confirmation Of EleventhAmended Joint Chapter 11 Plan Signed on 9/17/2021. | 9/17/2021 |
| 3787 | Findings Of Fact, Conclusions Of Law, And Order Confirming The Twelfth Amended Joint Chapter 11 Plan Of Reorganization Of Purdue Pharma L.P. And Its Affiliated Debtors Signed On 9/17/2021 (related document(s)3726). | 9/17/2021 |
| 3788 | Statement / Notice of Status and Scheduling Conference (related document(s)3779) filed by Eli J. Vonnegut on behalf of Purdue Pharma L.P.. with hearing to be held on 9/30/2021 at 02:00 PM at Courtroom TBA, White Plains Courthouse (RDD) | 9/18/2021 |
| 3789 | Motion for Stay Pending Appeal (related document(s)3786, 3787, 3773) filed by Matthew J. Gold on behalf of State of Washington. | 9/19/2021 |
| 3790 | Transcript regarding Hearing Held on 09/13/2021 At 10:13 AM RE: Motion To Shorten Time / The Ad Hoc Group Of Individual Victims' Ex Parte Motion For Entry Of An Order Shortening Notice With Respect To The Motion Of The Ad Hoc Group Of Individual Victims For Entry Of A HIPAA-Qualified Protective Order.; Daniel L. Carpenter Late Claim Motion / Motion To File Proof Of Claim After Claims Bar Date.; Application For Final Professional Compensation For The Examiner, Other Professional, Period: 6/24/2021 To 7/19/2021, Fee:$197,423.16, Expenses: $2,576.84.; Etc. Remote electronic access to the transcript is restricted until 12/20/2021. The transcript may be viewed at the Bankruptcy Court Clerks Office. (Transcription Service Agency: Veritext Legal Solutions.). (See the Courts Website for contact information for the Transcription Service Agency.) (RE: related document(s) 3743, 3555, 3484, 3526, 2463, 3624, 3493, 3734, 3750, 3487, 3744, 3753, 3582, 3077, 3320, 3334, 3137). Notice of Intent to Request Redaction Deadline Due By 9/27/2021. Statement of Redaction Request Due By 10/12/2021. Redacted Transcript Submission Due By 10/21/2021. Transcript access will be restricted through 12/20/2021. (No Underlying Document) | 9/20/2021 |
| 3793 | Objection of Paul Hartman, on Behalf of Himself and all Others Similarlu situated, to (1)Eleventh and/or Twelfth Amended Joint Chapter 11 Plan of Purdue Pharma L.P. and its Affiliated Debtors, and (II) Any Proposed Confirmation Order (related document(s)3706) filed by L Kenneth Chotiner on behalf of Paul Hartman. | 9/21/2021 |
| 3799 | Amended Notice of Appeal / United States Trustee's Amended Notice of Appeal of Confirmation Order and Order Approving Disclosure Statement (related document(s)3786, 3776, 3787) filed by Linda Riffkin on behalf of United States Trustee. (Attachments: # 1 Exh. A - Confirmation Order # 2 Exh. B - Modified Bench Ruling # 3 Exh. C - Disclosure Statement Order # 4 Civil Cover Sheet # 5 Related Case Statement) | 9/21/2021 |
| 3800 | Chapter 11 Monthly Operating Report for the Month Ending: 08/31/2021 Filed by Eli J. Vonnegut on behalf of Purdue Pharma L.P.. | 9/21/2021 |

| | | |
|---|---|---|
| 3801 | Amended Motion for Stay Pending Appeal / Amended Memorandum of Law In Support Of United States Trustee's Expedited Motion For A Stay Of Confirmation Order And Related Orders Pending Appeal Pursuant To Federal Rule Of Bankruptcy Procedure 8007 (related document(s)3799, 3777, 3776, 3778, 3779) filed by Linda Riffkin on behalf of United States Trustee. (Attachments: # 1 Proposed Order) | 9/21/2021 |
| 3803 | Motion to Stay / Memorandum of Law in Support of United States Trustee's Expedited Motion to Extend the Automatic Stay of the Confirmation Order and for a Limited Stay of the Related Orders Pending Resolution of His Expedited Motion for a Stay Pending Appeal (related document(s)3786, 3787, 3773) filed by Linda Riffkin on behalf of United States Trustee. (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Proposed Order) | 9/22/2021 |
| 3804 | Motion to Shorten Time / United States Trustees Ex Parte Motion for an Order Shortening Notice and Scheduling Hearing with Respect to the United States Trustee's Expedited Motion to Extend the Automatic Stay of the Confirmation Order and for a Limited Stay of the Related Orders Pending Resolution of His Expedited Motion for a Stay Pending Appeal (related document(s)3803) filed by Linda Riffkin on behalf of United States Trustee. (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Proposed Order) | 9/22/2021 |
| 3808 | Certificate of Service of Amended Notice of Appeal, Amended Motion for Stay, Motion to Extend Automatic Stay and Motion to Shorten Time (related document(s)3801, 3799, 3803, 3804) Filed by Paul Kenan Schwartzberg on behalf of United States Trustee. (Attachments: # 1 Exhibit A # 2 Exhibit B) | 9/23/2021 |
| 3810 | Notice of Appeal  (related document(s)3787) filed by Ronald Bass Sr.. Filing fee collected, receipt #----------. (Attachments: # 1 Proof of Claim Receipts from Prime Clerk # 2 Notice, Consent, and Reference of a Dispositive Motion to a Magistrate Judge # 3 District Court Civil Cover Sheet) | 9/23/2021 |
| 3811 | Application for In Forma Pauperis Re: Notice of Appeal (related document(s)3810) filed by Ronald Bass Sr.. | 9/23/2021 |
| 3812 | Amended Notice of Appeal  (related document(s)3724) filed by Matthew J. Gold on behalf of State of Washington. (Attachments: # 1 Exhibit A - Decision # 2 Exhibit B - Order) | 9/23/2021 |
| 3813 | Notice of Appeal filed by Bernard Ardavan Eskandari on behalf of People of the State of California. (Attachments: # 1 Modified Bench Ruling # 2 Confirmation Order # 3 Civil Cover Sheet # 4 Related Case Statement) | 9/24/2021 |
| 3818 | Amended Notice of Appeal  filed by Irve J. Goldman on behalf of State of Connecticut. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Amended Cover Sheet # 4 Amended Related Case Statement) | 9/24/2021 |
| 3832 | Notice of Appeal  (related document(s)3786, 3787) filed by Neil Francis Xavier Kelly on behalf of STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS. (Attachments: # 1 Exhibit A # 2 Exhibit B) | 9/28/2021 |
| 3838 | Statement / Notice of Listen-Only Dial-in for Status and Scheduling Conference (related document(s)3779) filed by Eli J. Vonnegut on behalf of Purdue Pharma L.P.. with hearing to be | 9/29/2021 |

| | | |
|---|---|---|
| | held on 9/30/2021 at 02:00 PM at Courtroom TBA, White Plains Courthouse (RDD) | |
| 3839 | Amended Notice of Appeal of the State of Maryland to Confirmation Orders and All Merged and Related Orders (related document(s)3780, 3787, 3786, <!-- deseqno13657 -->, 3731, 3773) filed by Brian Edmunds on behalf of State Of Maryland. (Attachments: # 1 Attachment A1 -- Findings of Fact, Conclusions of Law, and Confirmation Order # 2 Attachment A2 - Modified Bench Ruling # 3 Attachment B -- Disclosure Statement Order # 4 Attachment C -- Trust Advances Order # 5 Attachment D -- Civil Cover Sheet S.D.N.Y. Case No. 21-CV-8034) | 9/29/2021 |
| 3842 | Statement of Issues /Appellant, United States Trustees, Statement Of The Issues And Designation Of Items For Record On Appeal Of Confirmation Order And Order Approving Disclosure Statement (related document(s)3799, 3776) filed by Linda Riffkin on behalf of United States Trustee. (Riffkin, Linda) | 9/29/2021 |
| 3845 | Motion for Stay Pending Appeal of Confirmation and Trust Advances Orders filed by Brian Edmunds on behalf of State Of Maryland. | 9/29/2021 |
| 3847 | Designation of Contents (appellant). and Statement of Issues filed by Ronald Bass Sr.. Appellee designation due by 10/13/2021 (Related document(s) 3810). Modified on 9/30/2021 | 9/30/2021 |
| 3849 | Notice of Appeal (related document(s)3787) filed by Jill Abrams on behalf of State of Vermont. (Attachments: # 1 Exhibit # 2 Exhibit) | 9/30/2021 |
| 3851 | Notice of Appeal filed by Marion Quirk on behalf of State of Delaware. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Civil Cover Sheet # 4 Related Case Statement) | 9/30/2021 |
| 3853 | Notice of Appeal of the State of Oregon filed by Matthew J. Gold on behalf of State of Oregon. (Attachments: # 1 Exhibit A - Decision # 2 Exhibit B - Order # 3 Civil Cover Sheet # 4 Related Case Statement) | 9/30/2021 |
| 3860 | Motion for Stay Pending Appeal (related document(s)3810, 3847) filed by Ronald Bass Sr. with hearing to be held on 11/18/2021 at 10:00 AM at Videoconference (ZoomGov) (RDD). | 10/1/2021 |
| 3863 | Designation of Contents (appellant). The State of Washington's, the State of Connecticut's and the District of Columbia's Statement of Issues and Designation of Items for Record on Appeal filed by Matthew J. Gold on behalf of State of Washington. (Gold, Matthew) | 10/1/2021 |
| 3873 | Motion for Stay Pending Appeal filed by Allen J. Underwood on behalf of Certain Canadian Municipality Creditors and Canadian First Nation Creditors with hearing to be held on 10/14/2021 at 10:00 AM at Courtroom TBA, White Plains Courthouse (RDD) Responses due by 10/7/2021. | 10/1/2021 |
| 3877 | Notice of Appeal (related document(s)3786, 3787) filed by Ellen Isaacs. Appellant Designation due by 10/15/2021, Filing fee collected, receipt #----------. (Attachments: # 1 Exhibit A - Modified Bench Ruling # 2 Exhibit B - Order Confirming the Plan # 3 Civil Cover Sheet # 4 Application for the Court to Request Pro Bono Counsel) | 10/4/2021 |

| | | |
|---|---|---|
| 3878 | Notice of Appeal (related document(s)3787) filed by Maria Ecke. Appellant Designation due by 10/15/2021, Filing fee collected, receipt #----------. (Attachments: # 1 Findings of Fact, Conclusions of Law, and Order Confirming the Plan # 2 Civil Cover Sheet # 3 Application to Proceed Without Prepaying Fees or Costs) | 10/4/2021 |
| 3882 | Designation of Contents (appellant). The State of Oregon's Statement of Issues and Designation of Items for Record on Appeal filed by Matthew J. Gold on behalf of State of Oregon. (Gold, Matthew) | 10/4/2021 |
| 3883 | Transcript regarding Hearing Held on 09/30/2021 At 2:04 PM RE: Motion To Shorten Time United States Trustees Ex Parte Motion For An Order Shortening Notice And Scheduling Hearing With Respect To The United States Trustees Expedited Motion For A Stay Of Confirmation Order And Related Orders Pending Appeal Pursuant To Federal Rule Of Bankruptcy Procedure 8007.; Motion For Stay Pending Appeal /Memorandum Of Law In Support Of United States Trustees Expedited Motion For A Stay Of Confirmation Order And Related Orders Pending Appeal Pursuant To Federal Rule Of Bankruptcy Procedure 8007.; Etc. Remote electronic access to the transcript is restricted until 1/3/2022. The transcript may be viewed at the Bankruptcy Court Clerks Office. (Transcription Service Agency: Veritext Legal Solutions.). (See the Courts Website for contact information for the Transcription Service Agency.) (RE: related document(s) 3777, 3838, 3776, 3778, 3779, 3788, 3773). Notice of Intent to Request Redaction Deadline Due By 10/12/2021. Statement of Redaction Request Due By 10/26/2021. Redacted Transcript Submission Due By 11/5/2021. Transcript access will be restricted through 1/3/2022. (No Underlying Document) | 10/5/2021 |
| 3889 | Statement of Issues on Appeal and Designation of Contents of Record on Appeal (related document(s)3780, 3839) filed by Brian Edmunds on behalf of State Of Maryland. (Edmunds, Brian) | 10/5/2021 |
| 3890 | Motion for Stay Pending Appeal filed by Ellen Isaacs with hearing to be held on 11/9/2021 at 10:00 AM at Videoconference (ZoomGov) (RDD). | 10/6/2021 |
| 3917 | Statement of Issues / California's Statement of Issues to Be Presented and Designation of Items to Be Included in the Record on Appeal (related document(s)3813) filed by Bernard Ardavan Eskandari on behalf of People of the State of California. (Eskandari, Bernard) | 10/8/2021 |
| 3918 | Statement DESIGNATION OF RECORD IN SUPPORT OF AMENDED MEMORANDUM OF LAW IN SUPPORT OF UNITED STATES TRUSTEES AMENDED EXPEDITED MOTION FOR A STAY OF CONFIRMATION ORDER AND RELATED ORDERS PENDING APPEAL PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 8007 (related document(s)3801) filed by Paul Kenan Schwartzberg on behalf of United States Trustee. | 10/8/2021 |
| 3939 | Statement Second Amended Verified Statement of the Ad Hoc Group of Individual Victims of Purdue Pharma L.P., et al., | 10/13/2021 |

| | | |
|---|---|---|
| | Pursuant to Bankruptcy Rule 2019 filed by Edward E. Neiger on behalf of Ad Hoc Group of Individual Victims of Purdue Pharma L.P.. | |
| 3972 | Motion for Stay Pending Appeal / Second Amended Memorandum Of Law In Support Of United States Trustees Amended Expedited Motion For A Stay Of Confirmation Order And Related Orders Pending Appeal Pursuant To Federal Rule Of Bankruptcy Procedure 8007 (related document(s)3801, 3778) filed by Brian S. Masumoto on behalf of United States Trustee. | 10/18/2021 |
| 3973 | Motion for Stay Pending Appeal / Blackline Second Amended Memorandum Of Law In Support Of United States Trustees Amended Expedited Motion For A Stay Of Confirmation Order And Related Orders Pending Appeal Pursuant To Federal Rule Of Bankruptcy Procedure 8007 (related document(s)3972) filed by Brian S. Masumoto on behalf of United States Trustee. | 10/18/2021 |
| 3988 | Certificate of Service of Second Amended Memorandum Of Law In Support Of United States Trustees Amended Expedited Motion For A Stay Of Confirmation Order And Related Orders Pending Appeal Pursuant To Federal Rule Of Bankruptcy Procedure 8007 (related document(s)3973, 3972) Filed by Paul Kenan Schwartzberg on behalf of United States Trustee. (Attachments: # 1 Exhibit A # 2 Exhibit B) | 10/20/2021 |
| 4002 | Objection to Motion / Ad Hoc Committee's Objection to Stay Motions (related document(s)3801, 3873, 3972, 3789, 3778, 3803, 3845) filed by Kenneth H. Eckstein on behalf of Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants. | 10/22/2021 |
| 4003 | Opposition Tribal Group Joinder in Opposition to Stay Motions filed by Peter D'Apice on behalf of Certain Native American Tribes and Others. | 10/22/2021 |
| 4006 | Opposition of the Official Committee of Unsecured Creditors to Motions for Stay Pending Appeal (related document(s)3801, 3873, 3789, 3845) filed by Ira S. Dizengoff on behalf of The Official Committee of Unsecured Creditors of Purdue Pharma L.P., et al.. | 10/22/2021 |
| 4007 | Declaration of Cheryl Juaire in Support of the Opposition of the Official Committee of Unsecured Creditors to Motions for Stay Pending Appeal (related document(s)4006) filed by Ira S. Dizengoff on behalf of The Official Committee of Unsecured Creditors of Purdue Pharma L.P., et al.. | 10/22/2021 |
| 4008 | Declaration of Kara Trainor in Support of the Opposition of the Official Committee of Unsecured Creditors to Motions for Stay Pending Appeal (related document(s)4006) filed by Ira S. Dizengoff on behalf of The Official Committee of Unsecured Creditors of Purdue Pharma L.P., et al.. | 10/22/2021 |
| 4009 | Opposition The Ad Hoc Committee of NAS Childrens Joinder to Opposition of the Official Committee of Unsecured Creditors to Motions for Stay Pending Appeal (related document(s)4006) filed by Harold D. Israel on behalf of Ad Hoc Committee of NAS Babies. | 10/22/2021 |
| 4010 | Opposition Joinder of the Private Insurance Ratepayers to Opposition of the Official Committee of Unsecured Creditors to Motions for Stay Pending Appeal (related document(s)3801, | 10/22/2021 |

| | 3873, 3789, 3845) filed by Nicholas F. Kajon on behalf of Eric Hestrup, et al.. | |
|---|---|---|
| 4011 | Opposition /Joinder (related document(s)4006) filed by Lauren Guth Barnes on behalf of Blue Cross Blue Shield Association. | 10/22/2021 |
| 4012 | Objection to Motion /The Ad Hoc Group of Individual Victims' (I) Objection to the United States Trustee's and Certain Public Creditors' Motion for Stay Pending Appeal and (II) Joinder in the Opposition of the Official Committee of Unsecured Creditors to Motions for Stay Pending Appeal (related document(s)3873, 3972, 3789, 3845) filed by J. Christopher Shore on behalf of Ad Hoc Group of Individual Victims of Purdue Pharma L.P.. | 10/22/2021 |
| 4013 | Motion to Allow/ Debtors' Motion for Leave to Exceed the Page Limit in Filing Memorandum of Law in Opposition to the Motions for Stays of the Confirmation Order and the Advance Order Pending Appeal filed by Marc Joseph Tobak on behalf of Purdue Pharma L.P.. (Attachments: # 1 Exhibit A- Proposed Order) | 10/22/2021 |
| 4014 | Memorandum of Law / Debtors' Memorandum of Law in Opposition to the Motions for Stays of the Confirmation Order and the Advance Order Pending Appeal (related document(s)3801, 3873, 3972, 3890, 3789, 3778, 3860, 3845) filed by Marshall Scott Huebner on behalf of Purdue Pharma L.P.. (Attachments: # 1 Exhibit A- Excerpts of Transcript of October 12, 2021 Oral Argument Before Honorable Colleen McMahon 21 civ 7532 (CM) et. seq.) | 10/22/2021 |
| 4015 | Declaration of Jesse DelConte (related document(s)4014) filed by Marshall Scott Huebner on behalf of Purdue Pharma L.P.. | 10/22/2021 |
| 4016 | Opposition of the MSGE Group to the Motions to Stay Pending Appeal (related document(s)3801, 3873, 3890, 3789, 3860, 3845) filed by Kevin C. Maclay on behalf of Multi-State Governmental Entities Group. Objections due by 10/22/2021, (Attachments: # 1 Exhibit) | 10/22/2021 |
| 4017 | Opposition - Joinder to the Opposition of the Official Committee of Unsecured Creditors to Motions for Stay Pending Appeal (related document(s)4006) filed by Michael Patrick O'Neil on behalf of Ad Hoc Group of Hospitals. | 10/23/2021 |
| 4042 | Statement Supplemental Designation of Record in Rebuttal and in Support of United States Trustee's Second Amended Expedited Motion for a Stay of Confirmation Order and Related Orders Pending Appeal Pursuant to Federal Rule of Bankruptcy Procedure 8007 (related document(s)3972) filed by Paul Kenan Schwartzberg on behalf of United States Trustee. | 10/29/2021 |
| 4043 | Amended Statement Supplemental Designation of Record in Rebuttal and in Support of United States Trustee's Second Amended Expedited Motion for a Stay of Confirmation Order and Related Orders Pending Appeal Pursuant to Federal Rule of Bankruptcy Procedure 8007 (related document(s)3972) filed by Paul Kenan Schwartzberg on behalf of United States Trustee. | 10/29/2021 |
| 4048 | Reply to Motion for a Stay of Confirmation and Trust Advances Orders Pending Appeal (related document(s)3801, 3973, 3873, 3972, 3789, 3778, 3860, 3803, 3845) filed by Brian Edmunds on behalf of State Of Maryland. (Attachments: # 1 Exhibit Exhibit A -- S.D.N.Y. Order 10-13-2021 # 2 Exhibit Exhibit B Amended | 11/1/2021 |

| | | |
|---|---|---|
| | Stipulation filed 10-20-2021) | |
| 4049 | Motion to AllowMotion to Exceed Page Limit in Filing Reply in Support of United States Trustee's Motion for a Stay of Confirmation Order and Related Orders Pending Appeal Pursuant to Federal Rule of Bankruptcy Procedure 8007 filed by Paul Kenan Schwartzberg on behalf of United States Trustee. (Attachments: # 1 Proposed Order) | 11/1/2021 |
| 4050 | Reply to Motion Reply in Support of United States Trustee's Motion for a Stay of Confirmation Order and Related Orders Pending Appeal Pursuant to Federal Rule of Bankruptcy Procedure 8007 (related document(s)3801, 3972, 3778) filed by Paul Kenan Schwartzberg on behalf of United States Trustee. | 11/1/2021 |
| 4051 | Reply to Motion Reply in Further Support of Motion of the States of Washington and Connecticut for a Stay Pending Appeal filed by Matthew J. Gold on behalf of State of Washington. | 11/1/2021 |
| 4052 | Reply to Motion for the Granting by the Bankruptcy Court of a Stay Pending Appeals, Joinder to the Stay Motions of The Office of the United States Trustee and The State of Maryland and Granting Related Relief (related document(s)3873) filed by Allen Joseph Underwood II on behalf of Certain Canadian Municipality Creditors and Canadian First Nation Creditors. | 11/1/2021 |
| 4059 | Order signed on 11/3/2021 Establishing Procedures for Remote Hearing on Motions for Stay Pending Appeal with hearing to be held on 11/9/2021 at 10:00 AM at Videoconference (ZoomGov) (RDD) | 11/3/2021 |
| 4069 | Letter in Response to Request for Chambers Conference Filed by Paul Kenan Schwartzberg on behalf of United States Trustee. | 11/5/2021 |
| 4070 | Response  to Debtors' Off-The-Record Letter Seeking To Cancel 11/9/2021 Stay Hearing (related document(s)3801, 3973, 3873, 3972, 3890, 3789, 3778, 3860, 3803, 3845) filed by Brian Edmunds on behalf of State Of Maryland. (Attachments: # 1 Exhibit A) | 11/5/2021 |
| 4071 | Notice of Agenda / Agenda for November 9, 2021 Hearing filed by Eli J. Vonnegut on behalf of Purdue Pharma L.P.. with hearing to be held on 11/9/2021 at 10:00 AM at Courtroom TBA, White Plains Courthouse (RDD) | 11/5/2021 |
| 4158 | Transcript regarding Hearing Held on 11/9/2021 At 10:20 AM RE: Motion For Stay Pending Appeal / Memorandum Of Law In Support Of United States Trustees Expedited Motion For A Stay Of Confirmation Order And Related Orders Pending Appeal Pursuant To Federal Rule Of Bankruptcy Procedure 8007.; Etc. Remote electronic access to the transcript is restricted until 2/16/2022.  The transcript may be viewed at the Bankruptcy Court Clerks Office. (Transcription Service Agency: Veritext Legal Solutions.). (See the Courts Website for contact information for the Transcription Service Agency.) (RE: related document(s) 4002, 3801, 3973, 4050, 4051, 3786, 4009, 4003, 4010, 3972, 3838, 4015, 4049, 4012, 4048, 4016, 4043, 4006, 4017, 4008, 4011, 3789, 3778, 4013, 3779, 3787, 3803, 3845, 4014, 4007, 3773, 3804). Notice of Intent to Request Redaction Deadline Due By 11/29/2021. Statement of Redaction Request Due By 12/9/2021. Redacted Transcript Submission Due By 12/20/2021. Transcript access will be restricted through | 11/18/2021 |

| | 2/16/2022.  (No Underlying Document) | |
|---|---|---|
| 4175 | Letter Regarding Proposed Order In Connection With Stay Motions Filed by Paul Kenan Schwartzberg on behalf of United States Trustee. | 11/29/2021 |
| 4177 | Order signed on 11/29/2021 Denying Motions to Stays Pending Appeal(Related Doc # 3778),(Related Doc # 3789),(Related Doc # 3845),(Related Doc # 3873), (Related Doc # 3890), (Related Doc # 3972) . | 11/29/2021 |

| Joint Exhibit No. | Description | Date |
|---|---|---|
| JX-0192 | Purdue Pharma, Inc., Minutes of a Meeting of the Board of Directors, dated February 24, 2021 | 2/24/2021 |
| JX-0193 | Purdue Pharma, Inc., Minutes of a Meeting of the Special Committee, dated February 24, 2021 | 2/24/2021 |
| JX-0194 | Purdue Pharma, Inc., Minutes of a Meeting of the Special Committee, dated March 2, 2021 | 3/2/2021 |
| JX-0195 | Purdue Pharma, Inc., Minutes of a Meeting of the Board of Directors, dated March 3, 2021 | 3/3/2021 |
| JX-0196 | Purdue Pharma, Inc., Minutes of a Meeting of the Special Committee, dated March 8, 2021 | 3/8/2021 |
| JX-0197 | Purdue Pharma, Inc., Minutes of a Meeting of the Board of Directors, dated March 11, 2021 | 3/11/2021 |
| JX-0198 | Purdue Pharma, Inc., Minutes of a Meeting of the Special Committee, dated March 11, 2021 | 3/11/2021 |
| JX-0199 | Purdue Pharma, Inc., Minutes of a Meeting of the Board of Directors, dated March 14, 2021 | 3/14/2021 |
| JX-0200 | Purdue Pharma, Inc., Minutes of a Meeting of the Special Committee, dated March 14, 2021 | 3/14/2021 |
| JX-0201 | Purdue Pharma, Inc., Minutes of a Meeting of the Special Committee, dated March 30, 2021 | 3/30/2021 |
| JX-0202 | Purdue Pharma, Inc., Minutes of a Meeting of the Board of Directors, dated March 31, 2021 | 3/31/2021 |
| JX-0203 | Purdue Pharma, Inc., Board of Directors Meeting Agenda for April 7, 2021 | 4/7/2021 |
| JX-0204 | Purdue Pharma, Inc., Minutes of a Meeting of the Board of Directors, dated April 7, 2021 | 4/7/2021 |
| JX-0205 | Purdue Pharma, Inc., Minutes of a Meeting of the Special Committee, dated April 7, 2021 | 4/7/2021 |
| JX-0206 | Purdue Pharma, Inc., Minutes of a Meeting of the Special Committee, dated April 13, 2021 | 4/13/2021 |
| JX-0207 | Presentation entitled, "Finance Update: March 2021 Financial Results," dated April 15, 2021 | 4/15/2021 |
| JX-0208 | Purdue Pharma, Inc., Board of Directors Meeting Agenda for April 16, 2021 | 4/16/2021 |
| JX-0209 | Purdue Pharma, Inc., Minutes of a Meeting of the Board of Directors, dated April 16, 2021 | 4/16/2021 |
| JX-0210 | Purdue Pharma, Inc., Minutes of a Meeting of the Special Committee, dated April 20, 2021 | 4/20/2021 |

| JX-0211 | Presentation entitled, "Board of Directors Meeting: COVID-19 Update," dated April 22, 2021 | 4/22/2021 |
|---------|---------------------------------------------------------------------------|-----------|
| JX-0212 | Purdue Pharma, Inc., Board of Directors Meeting Agenda for April 22, 2021 | 4/22/2021 |
| JX-0213 | Presentation entitled, "Board of Directors Meeting: COVID-19 Update," dated April 22, 2021 | 4/22/2021 |
| JX-0214 | Presentation entitled, "Board of Directors Meeting: Public Health Initiatives: OTC Naloxone Clinical Study Update," dated April 22, 2021 | 4/22/2021 |
| JX-0215 | Presentation entitled, "Board of Directors Meeting: Finance Update: March 2021 Financial Results," dated April 22, 2021 | 4/22/2021 |
| JX-0216 | Purdue Pharma, Inc., Minutes of a Meeting of the Board of Directors, dated April 22, 2021 | 4/22/2021 |
| JX-0217 | Purdue Pharma, Inc., Minutes of a Meeting of the Special Committee, dated April 27, 2021 | 4/27/2021 |
| JX-0218 | Purdue Pharma, Inc., Minutes of a Meeting of the Board of Directors, dated May 3, 2021 | 5/3/2021 |
| JX-0219 | Purdue Pharma, Inc., Minutes of a Meeting of the Special Committee, dated May 10, 2021 | 5/10/2021 |
| JX-0220 | Purdue Pharma, Inc., Minutes of a Meeting of the Board of Directors, dated May 11, 2021 | 5/11/2021 |
| JX-0221 | Purdue Pharma, Inc., Minutes of a Meeting of the Board of Directors, dated May 19, 2021 | 5/19/2021 |
| JX-0222 | Purdue Pharma, Inc., Minutes of a Meeting of the Special Committee, dated May 19, 2021 | 5/19/2021 |
| JX-0223 | Purdue Pharma, Inc., Minutes of a Meeting of the Board of Directors, dated May 25, 2021 | 5/25/2021 |
| JX-0224 | Purdue Pharma, Inc., Minutes of a Meeting of the Special Committee, dated May 25, 2021 | 5/25/2021 |
| JX-0225 | Purdue Pharma, Inc., Minutes of a Meeting of the Board of Directors, dated May 27, 2021 | 5/27/2021 |
| JX-0226 | Purdue Pharma, Inc., Minutes of a Meeting of the Special Committee, dated June 14, 2021 | 6/14/2021 |
| JX-0227 | Purdue Pharma, Inc., Minutes of a Meeting of the Special Committee, dated June 17, 2021 | 6/17/2021 |
| JX-0228 | Resolution Letter to Ace Bermuda, dated July 30, 2020 | 7/30/2020 |
| JX-0229 | Resolution Letter to Evanston, dated July 30, 2020 | 7/30/2020 |
| JX-0230 | Resolution Letter to Gerling AG, dated July 30, 2020 | 7/30/2020 |
| JX-0231 | Resolution Letter to Gerling UK, dated July 30, 2020 | 7/30/2020 |
| JX-0232 | Resolution Letter to Liberty International, dated July 30, 2020 | 7/30/2020 |
| JX-0233 | Resolution Letter to London, dated July 30, 2020 | 7/30/2020 |
| JX-0234 | Resolution Letter to SR International, dated July 30, 2020 | 7/30/2020 |
| JX-0235 | Resolution Letter to Starr, dated July 30, 2020 | 7/30/2020 |
| JX-0236 | Resolution Letter to TIG, dated July 30, 2020 | 7/30/2020 |
| JX-0237 | Resolution Letter to Winterthur, dated July 30, 2020 | 7/30/2020 |
| JX-0238 | Resolution Letter to XL Bermuda, dated July 30, 2020 | 7/30/2020 |
| JX-0239 | Resolution Letter to Zurich, dated July 30, 2020 | 7/30/2020 |

| JX-0240 | Resolution Letter to Allied World, dated July 31, 2020 | 7/31/2020 |
|---------|--------------------------------------------------------|-----------|
| JX-0241 | Resolution Letter to Arch Insurance, dated July 31, 2020 | 7/31/2020 |
| JX-0242 | Resolution Letter to Beazley, dated July 31, 2020 | 7/31/2020 |
| JX-0243 | Resolution Letter to Federal, dated July 31, 2020 | 7/31/2020 |
| JX-0244 | Resolution Letter to National Union Fire, dated July 31, 2020 | 7/31/2020 |
| JX-0245 | Resolution Letter to QBE, dated July 31, 2020 | 7/31/2020 |
| JX-0246 | Resolution Letter to St. Paul Mercury, dated July 31, 2020 | 7/31/2020 |
| JX-0247 | Resolution Letter to U.S. Specialty, dated July 31, 2020 | 7/31/2020 |
| JX-0248 | Resolution Letter to XL Specialty, dated July 31, 2020 | 7/31/2020 |
| JX-0249 | Resolution Letter to American Guarantee, dated August 3, 2020 | 8/3/2020 |
| JX-0250 | Resolution Letter to American International, dated August 3, 2020 | 8/3/2020 |
| JX-0251 | Resolution Letter to Arch Reinsurance, dated August 3, 2020 | 8/3/2020 |
| JX-0252 | Resolution Letter to Aspen, dated August 3, 2020 | 8/3/2020 |
| JX-0253 | Resolution Letter to Columbia Casualty, dated August 3, 2020 | 8/3/2020 |
| JX-0254 | Resolution Letter to Gulf Underwriters, dated August 3, 2020 | 8/3/2020 |
| JX-0255 | Resolution Letter to Kemper, dated August 3, 2020 | 8/3/2020 |
| JX-0256 | Resolution Letter to Liberty Insurance, dated August 3, 2020 | 8/3/2020 |
| JX-0257 | Resolution Letter to Liberty Mutual Fire, dated August 3, 2020 | 8/3/2020 |
| JX-0258 | Resolution Letter to Liberty Mutual Insurance, dated August 3, 2020 | 8/3/2020 |
| JX-0259 | Resolution Letter to NA Elite (H2U0000619-00, UMB 0008020 01, UMB 0008020 02), dated August 3, 2020 | 8/3/2020 |
| JX-0260 | Resolution Letter to NA Elite (UMB 0008020 03), dated August 3, 2020 | 8/3/2020 |
| JX-0261 | Resolution Letter to NA Elite (UMB 0008020 04), dated August 3, 2020 | 8/3/2020 |
| JX-0262 | Resolution Letter to Navigators, dated August 3, 2020 | 8/3/2020 |
| JX-0263 | Resolution Letter to St. Paul Fire, dated August 3, 2020 | 8/3/2020 |
| JX-0264 | Resolution Letter to XL America (US00011152LI13A), dated August 3, 2020 | 8/3/2020 |
| JX-0265 | Resolution Letter to XL America (US00011152LI15A US00011152LI16A), dated August 3, 2020 | 8/3/2020 |
| JX-0266 | Resolution Letter to XL America (US00011152LI15A & US00011152LI16A), dated August 3, 2020 | 8/3/2020 |
| JX-0267 | Resolution Letter to XL America, dated August 3, 2020 | 8/3/2020 |
| JX-0268 | Resolution Letter to AIG, dated October 2, 2020 | 10/2/2020 |
| JX-0269 | Resolution Letter to American Guarantee, dated October 2, 2020 | 10/2/2020 |
| JX-0270 | Resolution Letter to Arch (Pesso), dated October 2, 2020 | 10/2/2020 |
| JX-0271 | Resolution Letter to Arch (Saul), dated October 2, 2020 | 10/2/2020 |
| JX-0272 | Resolution Letter to Aspen, dated October 2, 2020 | 10/2/2020 |
| JX-0273 | Resolution Letter to AWAC (Byrnes), dated October 2, 2020 | 10/2/2020 |
| JX-0274 | Resolution Letter to AWAC (Pesso), dated October 2, 2020 | 10/2/2020 |
| JX-0275 | Resolution Letter to Beazley, dated October 2, 2020 | 10/2/2020 |
| JX-0276 | Resolution Letter to Chubb, dated October 2, 2020 | 10/2/2020 |

| JX-0277 | Resolution Letter to Columbia Casualty, dated October 2, 2020 | 10/2/2020 |
| JX-0278 | Resolution Letter to Evanston, dated October 2, 2020 | 10/2/2020 |
| JX-0279 | Resolution Letter to Federal (Davis-Kumar), dated October 2, 2020 | 10/2/2020 |
| JX-0280 | Resolution Letter to Gerling AG, dated October 2, 2020 | 10/2/2020 |
| JX-0281 | Resolution Letter to Gerling UK, dated October 2, 2020 | 10/2/2020 |
| JX-0282 | Resolution Letter to Gulf Underwriters, dated October 2, 2020 | 10/2/2020 |
| JX-0283 | Resolution Letter to HCC_U.S. Specialty (Beecy), dated October 2, 2020 | 10/2/2020 |
| JX-0284 | Resolution Letter to Kemper, dated October 2, 2020 | 10/2/2020 |
| JX-0285 | Resolution Letter to Liberty, dated October 2, 2020 | 10/2/2020 |
| JX-0286 | Resolution Letter to Liberty Mutual, dated October 2, 2020 | 10/2/2020 |
| JX-0287 | Resolution Letter to London, dated October 2, 2020 | 10/2/2020 |
| JX-0288 | Resolution Letter to London, Zurich, and Aspen (Kent), dated October 2, 2020 | 10/2/2020 |
| JX-0289 | Resolution Letter to NA Elite, dated October 2, 2020 | 10/2/2020 |
| JX-0290 | Resolution Letter to Navigators, dated October 2, 2020 | 10/2/2020 |
| JX-0291 | Resolution Letter to QBE, dated October 2, 2020 | 10/2/2020 |
| JX-0292 | Resolution Letter to SR International, dated October 2, 2020 | 10/2/2020 |
| JX-0293 | Resolution Letter to St. Paul, dated October 2, 2020 | 10/2/2020 |
| JX-0294 | Resolution Letter to St. Paul Mercury, dated October 2, 2020 | 10/2/2020 |
| JX-0295 | Resolution Letter to TIG, dated October 2, 2020 | 10/2/2020 |
| JX-0296 | Resolution Letter to Winterthur, dated October 2, 2020 | 10/2/2020 |
| JX-0297 | Resolution Letter to XL America (Guitar), dated October 2, 2020 | 10/2/2020 |
| JX-0298 | Resolution Letter to XL America (One World Financial Center), dated October 2, 2020 | 10/2/2020 |
| JX-0299 | Resolution Letter to XL America (Schneider), dated October 2, 2020 | 10/2/2020 |
| JX-0300 | Resolution Letter to XL America (XL Catlin), dated October 2, 2020 | 10/2/2020 |
| JX-0301 | Resolution Letter to XL Bermuda (Geddes), dated October 2, 2020 | 10/2/2020 |
| JX-0302 | Resolution Letter to XL Specialty (Pidlak), dated October 2, 2020 | 10/2/2020 |
| JX-0303 | Resolution Letter to XL Specialty (Toppel and Jewell), dated October 2, 2020 | 10/2/2020 |
| JX-0304 | Resolution Letter to Zurich, dated October 2, 2020 | 10/2/2020 |
| JX-0305 | Resolution Letter to AIG Specialty Insurance Company, dated May 14, 2021 | 5/14/2021 |
| JX-0306 | Resolution Letter to Allied World Assurance Co, dated May 14, 2021 | 5/14/2021 |
| JX-0307 | Resolution Letter to Allied World Assurance Company Ltd, dated May 14, 2021 | 5/14/2021 |
| JX-0308 | Resolution Letter to American Gurantee and Liability, dated May 14, 2021 | 5/14/2021 |
| JX-0309 | Resolution Letter to American International Reinsurance Company, dated May 14, 2021 | 5/14/2021 |
| JX-0310 | Resolution Letter to Arch Ins Co (Europe), dated May 14, 2021 | 5/14/2021 |
| JX-0311 | Resolution Letter to Arch Reinsurance, dated May 14, 2021 | 5/14/2021 |
| JX-0312 | Resolution Letter to Aspen, dated May 14, 2021 | 5/14/2021 |
| JX-0313 | Resolution Letter to Beazley, dated May 14, 2021 | 5/14/2021 |

| JX-0314 | Resolution Letter to Chubb Bermuda Insurance, dated May 14, 2021 | 5/14/2021 |
| JX-0315 | Resolution Letter to Chubb European Group, dated May 14, 2021 | 5/14/2021 |
| JX-0316 | Resolution Letter to Darag Insurance, dated May 14, 2021 | 5/14/2021 |
| JX-0317 | Resolution Letter to Evanston, dated May 14, 2021 | 5/14/2021 |
| JX-0318 | Resolution Letter to Federal Ins Co, dated May 14, 2021 | 5/14/2021 |
| JX-0319 | Resolution Letter to Gulf, dated May 14, 2021 | 5/14/2021 |
| JX-0320 | Resolution Letter to HDI Global SE, dated May 14, 2021 | 5/14/2021 |
| JX-0321 | Resolution Letter to Ironshore, dated May 14, 2021 | 5/14/2021 |
| JX-0322 | Resolution Letter to Liberty Insurance Corp, dated May 14, 2021 | 5/14/2021 |
| JX-0323 | Resolution Letter to Liberty Mutual Fire Insurance Company, dated May 14, 2021 | 5/14/2021 |
| JX-0324 | Resolution Letter to Liberty Mutual Ins Corp, dated May 14, 2021 | 5/14/2021 |
| JX-0325 | Resolution Letter to LMIE, dated May 14, 2021 | 5/14/2021 |
| JX-0326 | Resolution Letter to NA Elite, dated May 14, 2021 | 5/14/2021 |
| JX-0327 | Resolution Letter to National Union, dated May 14, 2021 | 5/14/2021 |
| JX-0328 | Resolution Letter to Navigators, dated May 14, 2021 | 5/14/2021 |
| JX-0329 | Resolution Letter to New Hampshire, dated May 14, 2021 | 5/14/2021 |
| JX-0330 | Resolution Letter to QBE UK Ltd, dated May 14, 2021 | 5/14/2021 |
| JX-0331 | Resolution Letter to QBE, dated May 14, 2021 | 5/14/2021 |
| JX-0332 | Resolution Letter to SR International, dated May 14, 2021 | 5/14/2021 |
| JX-0333 | Resolution Letter to St. Paul Fire and Marine Insurance, dated May 14, 2021 | 5/14/2021 |
| JX-0334 | Resolution Letter to St. Paul Mercury, dated May 14, 2021 | 5/14/2021 |
| JX-0335 | Resolution Letter to Steadfast, dated May 14, 2021 | 5/14/2021 |
| JX-0336 | Resolution Letter to US Specialty, dated May 14, 2021 | 5/14/2021 |
| JX-0337 | Resolution Letter to XL Bermuda, dated May 14, 2021 | 5/14/2021 |
| JX-0338 | Resolution Letter to XL Ins America, dated May 14, 2021 | 5/14/2021 |
| JX-0339 | Resolution Letter to XL Specialty, dated May 14, 2021 | 5/14/2021 |
| JX-0340 | Resolution Letter to Zurich Specialties, dated May 14, 2021 | 5/14/2021 |
| JX-0341 | Resolution Letter to Winterthur, dated May 20, 2021 | 5/20/2021 |
| JX-0346 | Resolution Letter to AIG Specialty Insurance Company, dated July 1, 2021 | 7/1/2021 |
| JX-0347 | Resolution Letter to Allied World Assurance Company - Calhoun-Carroll, dated July 1, 2021 | 7/1/2021 |
| JX-0348 | Resolution Letter to Allied World Assurance Company - Pesso, dated July 1, 2021 | 7/1/2021 |
| JX-0349 | Resolution Letter to American Guarantee and Liability, dated July 1, 2021 | 7/1/2021 |
| JX-0350 | Resolution Letter to American International Reinsurance Company, dated July 1, 2021 | 7/1/2021 |
| JX-0351 | Resolution Letter to Arch Insurance Company (Europe) Ltd., dated July 1, 2021 | 7/1/2021 |
| JX-0352 | Resolution Letter to Arch Reinsurance Ltd., dated July 1, 2021 | 7/1/2021 |
| JX-0353 | Resolution Letter to Aspen American, dated July 1, 2021 | 7/1/2021 |
| JX-0354 | Resolution Letter to Beazley, dated July 1, 2021 | 7/1/2021 |
| JX-0355 | Resolution Letter to Chubb Bermuda Insurance Ltd., dated July 1, 2021 | 7/1/2021 |
| JX-0356 | Resolution Letter to Chubb European Group SE, dated July 1, 2021 | 7/1/2021 |

| JX-0357 | Resolution Letter to Darag Insurance UK Limited, dated July 1, 2021 | 7/1/2021 |
|---|---|---|
| JX-0358 | Resolution Letter to Evanston, dated July 1, 2021 | 7/1/2021 |
| JX-0359 | Resolution Letter to Federal Insurance Company, dated July 1, 2021 | 7/1/2021 |
| JX-0360 | Resolution Letter to Gulf Underwriters, dated July 1, 2021 | 7/1/2021 |
| JX-0361 | Resolution Letter to HDI Global SE, dated July 1, 2021 | 7/1/2021 |
| JX-0362 | Resolution Letter to Ironshore Specialty, dated July 1, 2021 | 7/1/2021 |
| JX-0363 | Resolution Letter to Liberty Insurance Corporation, dated July 1, 2021 | 7/1/2021 |
| JX-0364 | Resolution Letter to Liberty Mutual Fire, dated July 1, 2021 | 7/1/2021 |
| JX-0365 | Resolution Letter to Liberty Mutual Insurance Company, dated July 1, 2021 | 7/1/2021 |
| JX-0366 | Resolution Letter to Liberty Mutual Insurance Europe SE, dated July 1, 2021 | 7/1/2021 |
| JX-0367 | Resolution Letter to National Union Fire Insurance Company of Pittsburgh, PA, dated July 1, 2021 | 7/1/2021 |
| JX-0368 | Resolution Letter to Navigators Specialty, dated July 1, 2021 | 7/1/2021 |
| JX-0369 | Resolution Letter to New Hampshire, dated July 1, 2021 | 7/1/2021 |
| JX-0370 | Resolution Letter to North American Elite, dated July 1, 2021 | 7/1/2021 |
| JX-0371 | Resolution Letter to QBE UK Limited - Ryan, dated July 1, 2021 | 7/1/2021 |
| JX-0372 | Resolution Letter to QBE UK Limited - Wilson-Kohane, dated July 1, 2021 | 7/1/2021 |
| JX-0373 | Resolution Letter to SR International Business Company SE, dated July 1, 2021 | 7/1/2021 |
| JX-0374 | Resolution Letter to St. Paul Fire and Marine Insurance Company, dated July 1, 2021 | 7/1/2021 |
| JX-0375 | Resolution Letter to St. Paul Mercury Insurance Company, dated July 1, 2021 | 7/1/2021 |
| JX-0376 | Resolution Letter to Steadfast Insurance Company, dated July 1, 2021 | 7/1/2021 |
| JX-0377 | Resolution Letter to U.S. Specialty Insurance Company, dated July 1, 2021 | 7/1/2021 |
| JX-0378 | Resolution Letter to XL Bermuda Ltd., dated July 1, 2021 | 7/1/2021 |
| JX-0379 | Resolution Letter to XL Insurance America Inc, dated July 1, 2021 | 7/1/2021 |
| JX-0380 | Resolution Letter to XL Insurance Switzerland Ltd, dated July 1, 2021 | 7/1/2021 |
| JX-0381 | Resolution Letter to XL Specialty Insurance Company, dated July 1, 2021 | 7/1/2021 |
| JX-0382 | Resolution Letter to Zurich Specialties London Ltd., dated July 1, 2021 | 7/1/2021 |
| JX-0383 | Deposition of Dr. Charles Cowan, taken in this case on July 8, 2021 | 7/8/2021 |
| JX-0384 | Deposition of Professor Lawrence A. Hamermesh, taken in this case on July 15, 2021 | 7/15/2021 |
| JX-0388 | Deposition of Dr. Charles Cowan, Exhibit 1 (White paper: Part II of Cascading Impacts from the Opioid Crisis, Analytic Focus LLC, 2008) | 00/00/2008 |

| JX-0389 | Deposition of Dr. Charles Cowan, Exhibit 2 (Presentation entitled, "Nature of the Damages.") | undated |
|---|---|---|
| JX-0391 | Deposition of Dr. Charles Cowan, Exhibit 4 (Tobacco Settlement - States' Use of Master Settlement Agreement Payments, Report to the Honorable John McCain(GAO-01-851), dated June 2001) | 6/00/2001 |
| JX-0392 | Deposition of Dr. Charles Cowan, Exhibit 5 (Fair, 4th Installment of the Opioid Litigation White Paper Series, Analytic Focus LLP) | undated |
| JX-0394 | Deposition of Dr. Charles Cowan, Exhibit 7 (Abatement, 3rd Installment of the Opioid Litigation White Paper Series, Analytic Focus LLP) | undated |
| JX-0395 | Deposition of Dr. Charles Cowan, Exhibit 8 (Impact Measurement: Cascading Impacts from the Opioid Crisis - Summary of Presentation, dated June 28, 2018) | 6/28/2018 |
| JX-0396 | Deposition of Dr. Charles Cowan, Exhibit 9 (Webpage entitled, "Population and population change in the United States by state," *available at*: https://en.wikipedia.org/wiki/2020_United_States_census) | 7/7/2021 |
| JX-0397 | Purdue presentation entitled, "2021 Budget and Business Plan Refresh," dated December 10, 2020 | 12/10/2020 |
| JX-0398 | Consolidated Long-Term Plan Model (Nov 2020 LE)_VDR.xlsx | 11/00/2020 |
| JX-0399 | PPLP-0399 Consol. LT Plan Model 2020 - 2029 (Feb 2021 LE) - v6 for DS, PROFESSIONALS EYES ONLY HIGHLY CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER | |
| JX-0400 | Purdue presentation entitled, "Business Plan Update," dated March 3, 2021 | 3/3/2021 |
| JX-0408 | Expert Report of Timothy J. Martin on behalf of The Mortimer-Side Initial Covered Sackler Persons, dated June 15, 2021 Exhibit D – Debevoise & Plimpton Mortimer-side Net Asset Presentation, dated January 15, 2020 | 1/15/2020 |
| JX-0409 | Expert Report of Michael Cushing, dated June 15, 2021 | 6/15/2021 |
| JX-0410 | Expert Report of Michael Cushing, dated June 15, 2021 Exhibit A – Expert Evidence on Enforcement of Foreign Judgments Against Assets Held in Jersey Trusts | undated |
| JX-0411 | Expert Report of Michael Cushing, dated June 15, 2021 Exhibit B – Judgments (Reciprocal Enforcement) (Jersey) Law 1960 | 8/31/2004 |
| JX-0412 | Expert Report of Michael Cushing, dated June 15, 2021 Exhibit C – Brunei Investment Agency and Bandone SDN BHD v. Fidelis Nominees Limited and Seven Others, [2008 JLR 337] | undated |
| JX-0413 | Expert Report of Michael Cushing, dated June 15, 2021 Exhibit D – *Jurisdiction and Foreign Judgments*, Chapter 14, Foreign Judgments | undated |
| JX-0414 | Expert Report of Michael Cushing, dated June 15, 2021 Exhibit E – In the Matter of the IMK Family Trust, A. Mubarak v. I. Mubarak, S. Mubarak, N. Mubarak, Renouf and the Craven Trust Company Limited [2008 JLR 250] | 8/15/2008 |
| JX-0415 | Expert Report of Michael Cushing, dated June 15, 2021 | 5/21/2012 |

|  | Exhibit F – Rubin and another v. Eurofinance SA and others (Picard and others intervening), In re New Cap Reinsurance Corpn Ltd (in liquidation), New Cap Reinsurance Corpn Ltd and another v. Grant and others [2012 UKSC 46] |  |
|---|---|---|
| JX-0416 | Expert Report of Michael Cushing, dated June 15, 2021

Exhibit G – Cambridge Gas Transportation Corpn v. Official Committee of Unsecured Creditors of Navigator Holdings plc and others [2006 UKPC 26] | 3/20/2006 |
| JX-0417 | Expert Report of Michael Cushing, dated June 15, 2021

Exhibit H – Trusts (Jersey) Law 1984 | 1/1/2019 |
| JX-0418 | Expert Report of Michael Cushing, dated June 15, 2021

Exhibit I – Court of Appeal (Jersey) Law 1961 | 1/1/2019 |
| JX-0419 | Expert Report of Michael Cushing, dated June 15, 2021

Exhibit J – The Judicial Committee of the Privy Council Practice Direction 3: Applications for Permission to Appeal | undated |
| JX-0420 | Expert Report of Michael Cushing, dated June 15, 2021Exhibit K – Jersey Royal Court Rules 2004 | 1/1/2019 |
| JX-0421 | Expert Report of Michael Cushing, dated June 15, 2021

Exhibit L – In the Matter of the Realisable Property of Robert Tantular [2014 JRC 128] | 6/10/2014 |
| JX-0422 | Expert Report of Michael Cushing, dated June 15, 2021

Exhibit M – *Trusts, Wills and Probate Library*, Lewin on Trusts, Part One: Definition, Classification and Creation of Trusts | undated |
| JX-0423 | Expert Report of Michael Cushing, dated June 15, 2021

Exhibit N – Viscount v. Jersey Services Company (1954) Limited [1966 J.J. 651] | 7/8/1966 |
| JX-0424 | Expert Report of Michael Cushing, dated June 15, 2021

Exhibit O – FG Hemisphere Associates LLC v. Democratic Republic of Congo and LA Generale Des Carrieres Et Des Mines [2010 JLR 524] | 10/27/2010 |
| JX-0425 | Expert Report of Jennifer Blouin, dated June 15, 2021 | 6/15/2021 |
| JX-0431 | Expert Report of Maureen Chakraborty, PhD, dated June 15, 2021 | 6/15/2021 |
| JX-0439 | Expert Report of Maureen Chakraborty, PhD, dated June 15, 2021

Exhibit 8 – Purdue's Consolidated Cash and Equivalents Balance Purdue's Consolidated Free Cash Flows 2008-2016 chart | 6/15/2021 |
| JX-0443 | Expert Report of Maureen Chakraborty, PhD, dated June 15, 2021

Exhibit 12 – Summary of DCF Valuation of Purdue's Assets chart | 6/15/2021 |
| JX-0447 | Expert Report of Maureen Chakraborty, PhD, dated June 15, | 6/15/2021 |

| | | |
|---|---|---|
| | 2021 | |
| | Exhibit 16 – Purdue's Accrued Settlement Expenses and Legal Expenses chart | |
| JX-0497 | Expert Report of Jessica B. Horewitz, Ph.D., dated June 24, 2021 | 6/24/2021 |
| JX-0498 | Expert Report of Jessica B. Horewitz, Ph.D., dated June 24, 2021Exhibit 1 – Jessica B. Horewitz, PhD Curriculum Vitae | 6/24/2021 |
| JX-0499 | Expert Report of Matthew D. Cain, Ph.D., dated July 6, 2021 | 7/6/2021 |
| JX-0513 | Expert Report of Richard Collura, dated June 15, 2021 | 6/15/2021 |
| JX-0514 | Expert Report of Richard Collura, dated June 15, 2021<br><br>Appendix A – Cash Transfers Report, dated December 16, 2019 | 12/16/2019 |
| JX-0515 | Expert Report of Richard Collura, dated June 15, 2021<br><br>Appendix B – Curriculum Vitae | 6/15/2021 |
| JX-0516 | Expert Report of Richard Collura, dated June 15, 2021<br><br>Appendix C – Sources Relied Upon | 6/15/2021 |
| JX-0521 | Expert Report of David W. DeRamus, Ph.D., dated June 15, 2021 | 6/15/2021 |
| JX-0522 | Expert Report of David W. DeRamus, Ph.D., dated June 15, 2021<br><br>Appendix A – Value of Intercompany Transfer Detail | 6/15/2021 |
| JX-0523 | Expert Report of David W. DeRamus, Ph.D., dated June 15, 2021<br><br>Appendix B – Materials Relied Upon | 6/15/2021 |
| JX-0524 | Expert Report of David W. DeRamus, Ph.D., dated June 15, 2021<br><br>Appendix C – Curriculum Vitae | 6/15/2021 |
| JX-0525 | Expert Report of Professor Gautam Gowrisankaran, dated June 15, 2021 | 6/15/2021 |
| JX-0526 | Expert Report of Professor Gautam Gowrisankaran, dated June 15, 2021<br><br>Appendix A – Curriculum Vitae | 6/15/2021 |
| JX-0527 | Expert Report of Professor Gautam Gowrisankaran, dated June 15, 2021<br><br>Appendix B – Documents Considered List | 6/15/2021 |
| JX-0528 | Expert Report of Deborah Greenspan, dated June 15, 2021 | 6/15/2021 |
| JX-0529 | Expert Report of Deborah Greenspan, dated June 15, 2021Appendix A – Curriculum Vitae | 6/15/2021 |
| JX-0530 | Expert Report of Mark Rule, CFA, dated June 15, 2021 | 6/15/2021 |
| JX-0531 | Expert Report of Mark Rule, CFA, dated June 15, 2021<br><br>Appendix A – Intercompany and Non-Cash Transfers Analysis slides, dated May 27, 2020 | 5/27/2020 |
| JX-0532 | Expert Report of Mark Rule, CFA, dated June 15, 2021 | 6/15/2021 |

| | Appendix B – Curriculum Vitae | |
|---|---|---|
| JX-0533 | Expert Report of Mark Rule, CFA, dated June 15, 2021<br><br>Appendix C – List of Sources Relied Upon | 6/15/2021 |
| JX-0534 | Disclosure Statement for Fifth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and its Affiliated Debtors, Doc. 2983, dated June 3, 2021 (19-23649) | 6/3/2021 |
| JX-0555 | Declaration of Hayden A. Coleman, Doc. 61, dated October 8, 2019 (19-08289)<br><br>Exhibit R - Complaint, filed in *State of Delware v. Purdue Pharma L.P.*, Super Ct. Del., dated January 19, 2018 | 1/19/2018 |
| JX-0562 | 2006-2007  AWAC Excess Policy C001210005 25M XS 50M | |
| JX-0563 | 1.6.1.1.10 2008-2009 Liberty Mutual CGL Primary Policy EN1-611-004531-028 | |
| JX-0564 | 1.6.1.1.11 2008-2009 Liberty Umbrella Liability Policy TH2-611-004531-148 | |
| JX-0565 | 1.6.1.1.12 2008-2009 XL Insurance America Inc Excess Liability Policy US00011152LI08A | |
| JX-0566 | 1.6.1.1.13 2008-2009 Zurich Excess Policy AEC9376768-05 | |
| JX-0567 | 1.6.1.1.14 2009-2010 Liberty Mutual Purdue CGL Primary Policy EN1-611-004531-029 | |
| JX-0568 | 1.6.1.1.15 2009-2010 Zurich Excess Liability Policy AEC9376768-06 | |
| JX-0569 | 1.6.1.1.16 2010-2011 Liberty Mutual Fire Insurance Company Umbrella Liability Policy TH2-611-004531-140 | |
| JX-0570 | 1.6.1.1.17 2010-2011 Liberty Mutual Purdue CGL Primary Policy EN1-611-004531-020 | |
| JX-0571 | 1.6.1.1.18 2010-2011 XLIA Excess Liability ($50M xs $50M) Policy US00011152LI10A | |
| JX-0572 | 1.6.1.1.19 2010-2011 Zurich Excess Liability Policy AEC9376768-07 | |
| JX-0573 | 1.6.1.1.2 2006-2007 ARCH Excess Policy UFP0018240-00 | |
| JX-0574 | 1.6.1.1.20 2011-2012  Liberty $25M Umbrella Liability Policy TH2-611-004531-141 | |
| JX-0575 | 1.6.1.1.21 2011-2012 America Guarantee $25M xs $25M Excess Liability (excl. Products Liability) Policy AEC9376768-08 | |
| JX-0576 | 1.6.1.1.22 2011-2012 Liberty Mutual Fire Ins. Co.  $1.75M Primary CGL Policy EN1-611-004531-021 | |
| JX-0577 | 1.6.1.1.23 2011-2012 XLIA Excess Liability $50M xs $50M (excl. Products Liability) Policy US00011152LI11A | |
| JX-0578 | 1.6.1.1.24 2012-2013 Commercial General Liab. excl Products and Completed Ops. Liberty Mutual Ins. Co EN1-611-004531-022 | |
| JX-0579 | 1.6.1.1.25 2012-2013 Excess Liability excl Products Liability XL Insurance America, Inc. US00011152LI12A | |
| JX-0580 | 1.6.1.1.26 2012-2013 Excess Liability excl. Products Liab. American Guarantee and Liab. Ins. Co. Policy AEC9376768-09 | |
| JX-0581 | 1.6.1.1.27 2012-2013 Umbrella Liability North American Elite Insur Co Policy H2U0006619-00 | |
| JX-0582 | 1.6.1.1.28 2013-2014 Excess Liability Policy XL 50M x 50M Policy | |

| JX-0583 | 1.6.1.1.29 2013-2014 Excess Liability Policy Zurich | |
|---|---|---|
| JX-0584 | 1.6.1.1.3 2006-2007 Liberty Mutual CGL Policy EN1-611-004531-026 | |
| JX-0585 | 1.6.1.1.30 2013-2014 Liberty Mutual General Liability Policy Purdue Pharma EN2-611-004531-023 | |
| JX-0586 | 1.6.1.1.31 2013-2014 Umbrella Liability Policy Swiss Re | |
| JX-0587 | 1.6.1.1.32 2014-2015 Excess Liability 2nd layer - XL US00011152LI14A | |
| JX-0588 | 1.6.1.1.33 2014-2015 PPLP Excess Liability 1st layer - Zurich AEC9376768-11 | |
| JX-0589 | 1.6.1.1.34 2014-2015 PPLP General_Liability Liberty_Mutual_Fire_Insurance_Company_EN2611004531024_2014-10-01 | |
| JX-0590 | 1.6.1.1.35 2014-2015 Umbrella Liability - Swiss Re | |
| JX-0591 | 1.6.1.1.36 2015-2016 General Liability Liberty Mutual Fire Insurance Company EN2611004531025 . | |
| JX-0592 | 1.6.1.1.37 2015-2016 PPLP 25x25 Zurich AEC 9376768-12 Policy (Purdue) | |
| JX-0593 | 1.6.1.1.38 2015-2016 PPLP 25xP Swiss Re UMB 0008020 03 Policy (Purdue Pharma) | |
| JX-0594 | 1.6.1.1.39 2015-2016 PPLP 50x50 XL US00011152LI15A Policy (Purdue Pharma) | |
| JX-0595 | 1.6.1.1.4 2006-2007 LM Purdue Umbrella Policy TH2-611-004531-066 | |
| JX-0596 | 1.6.1.1.40 2016-2017 25x25 Navigators SM16FXR884487IC Policy (Purdue Pharma) | |
| JX-0597 | 1.6.1.1.41 2016-2017 PPLP Aspen Excess Policy 25x75 Aspen CX004QT16 Policy (Purdue Pharma) | |
| JX-0598 | 1.6.1.1.42 2016-2017 PPLP GL (Non-products) -Liberty Mutual Ins Co Policy No. EN2611004531026 2016-10-01 | |
| JX-0599 | 1.6.1.1.43 2016-2017 PPLP Swiss Re UMB 000802004 2016 Domestic Lead Umbrella Policy - Swiss Re | |
| JX-0600 | 1.6.1.1.44 2016-2017 PPLP XL Excess Policy 25x50 XL US00011152LI16A Policy (Purdue) | |
| JX-0601 | 1.6.1.1.45 2016-2017 SwissRe PPLP Excess Policy Purdue Pharma. - Swiss Re 2016 FOS Policy MH14589211 | |
| JX-0602 | 1.6.1.1.46 2017-2018  Purdue Pharma - Chubb 10.1.17 Umbrella Policy G46815634001 | |
| JX-0603 | 1.6.1.1.47 2017-2018 General Liability Liberty Mutual Fire Insurance Company EN2611004531027 2017-10-01 | |
| JX-0604 | 1.6.1.1.48 2017-2018 Purdue Pharma - Aspen 10.1.17 25x75 Policy CX004QT17 | |
| JX-0605 | 1.6.1.1.49 2017-2018 Purdue Pharma - Navigators 10.1.17 25x25 Policy SM17FXR884487IV | |
| JX-0606 | 1.6.1.1.5 2006-2007 Zurich Excess Policy AEC937676802 | |
| JX-0607 | 1.6.1.1.50 2017-2018 Purdue Pharma - XL 10.1.17 25x50 Excess Policy US00011152LI17A | |
| JX-0608 | 1.6.1.1.51 2018-2019 Coventry GL Liberty Mutual EB2611004531178 2018-10-01 | |
| JX-0609 | 1.6.1.1.52 2018-2019 Coventry Umbrella Chubb XOOG71187263001 | |
| JX-0610 | 1.6.1.1.53 2018-2019 General Liability Liberty Mutual Insurance | |

| | EN2611004531028 2018-10-01 | |
|---|---|---|
| JX-0611 | 1.6.1.1.54 2018-2019 Purdue Pharma LP 2018.2019 25X25 Liberty Mutual1000318031-01 | |
| JX-0612 | 1.6.1.1.55 2018-2019 Purdue Pharma LP 2018.2019 25XP Chubb G46815634002 | |
| JX-0613 | 1.6.1.1.6 2007-2008 Liberty CGL Primary Policy EN1-611-004531-027 | |
| JX-0614 | 1.6.1.1.7 2007-2008 National Union Fire Ins Co Umbrella Policy 9835266 | |
| JX-0615 | 1.6.1.1.8 2007-2008 St Paul Travelers Excess Liability QI05700185 | |
| JX-0616 | 1.6.1.1.9 2007-2008 Zurich Excess Policy AEC 9376768-04 | |
| JX-0617 | 1.6.1.18.1 2001-2002 Lumbermens CGL Package Policy 5AA 059 210-00 | |
| JX-0618 | 1.6.1.18.2 2002-2003 Kemper GL End'ts to 5AA 059 210-00 | |
| JX-0619 | 1.6.1.18.3 2003-2004 Liberty Mutual CGL Primary Policy  RG2-611-004531-023 | |
| JX-0620 | 1.6.1.18.4 2004-2005 Liberty Mutual GL Primary Policy excl Products EN1611004531024 | |
| JX-0621 | 1.6.1.18.5 2005-2006 Liberty Mutual GL Primary Policy EN1-611-004531-025 | |
| JX-0622 | 1.6.1.29.10 03_PPLPMDL0010000298_MDL001 | |
| JX-0623 | 1.6.1.29.11 04_PPLPMDL0010000053_MDL001 | |
| JX-0624 | 1.6.1.29.12 05_PPLPMDL0010000348_MDL001 | |
| JX-0625 | 1.6.1.29.13 06_PPLPMDL0010000399_MDL001 | |
| JX-0626 | 1.6.1.29.14 07_PPLPMDL0010000571_MDL001 | |
| JX-0628 | 1.6.1.29.16 09_PPLPMDL0010000525_MDL001 | |
| JX-0629 | 1.6.1.29.17 10_PPLPMDL0010000614_MDL001 | |
| JX-0630 | 1.6.1.29.18 11_PPLPMDL0010000498_MDL001 | |
| JX-0631 | 1.6.1.29.19 12_PPLPMDL0010000109_MDL001 | |
| JX-0632 | 1.6.1.29.2 17 Evanston-Markel (10 xs 990) Policy | |
| JX-0633 | 1.6.1.29.20 13_PPLPMDL0010000163_MDL001 | |
| JX-0634 | 1.6.1.29.21 14_PPLPMDL0010000615_MDL001 | |
| JX-0636 | 1.6.1.29.4 ACE NV Policy (13.953 po 100 xs 700) | |
| JX-0637 | 1.6.1.29.5 Starr (150 xs 375) addl endts | |
| JX-0638 | 1.6.1.29.6 Winterthur Swiss Policy (27.907 po 100 xs 700) | |
| JX-0639 | 1.6.1.29.8 01_PPLPMDL0010000245_MDL001 | |
| JX-0640 | 1.6.1.29.9 02_PPLPMDL0010000001_MDL001 | |
| JX-0641 | 1997-2003 Gulf Underwriters Insurance Company Umbrella ($25M po 50M) Policy | |
| JX-0642 | 2000-20003 National Union Fire Insurance Company of Pittsburgh Umbrella ... | |
| JX-0643 | 2003-2004 ARCH Excess Liability (25 xs 75) Policy B4-UFP-03233-01 (with ... | |
| JX-0644 | 2003-2004 AWAC Excess (25 xs 50) Liability  Policy C001210-002 (with Mar... | |
| JX-0645 | 2003-2004 Liberty Mutual Umbrella Liability Excess Policy TH2-611-004531-063 | |
| JX-0646 | 2003-2004 Zurich Excess ($40M xs $10M) Policy AEC 9376768 00 | |
| JX-0647 | 2004-2005 ARCH Excess ($25M xs $75M) Liability Policy B4-UFP0323302 | |

| | | |
|---|---|---|
| JX-0648 | 2004-2005 AWAC Excess Liability ($25 xs $50M) policy COO1210003 (with Marsh corresp) | |
| JX-0649 | 2004-2005 Liberty Mutual Umbrella  Policy TH2-611-004531-064 | |
| JX-0650 | 2004-2005 Zurich Excess ($40M xs $10M) Liability Policy AEC937676801 (wi... | |
| JX-0651 | 2005-2006 ARCH Excess Liability  ($25M xs 75M) Policy B4-UFP-03233-03 | |
| JX-0652 | 2005-2006 AWAC Excess Liability (25M xs 50M) Policy COO1210-004 | |
| JX-0653 | 2005-2006 Liberty Mutual Umbrella ($25M) Liability Policy TH2-611-004531-065 | |
| JX-0654 | 2005-2006 Zurich Excess Liability ($25M xs $25M) Policy AEC93767668-02 | |
| JX-0655 | Starr Endorsements 8-10 | |
| JX-0658 | Claim Number 115155 Cayuga Nation | 7/21/2020 |
| JX-0659 | Claim Number 132260 The Modoc Nation, f/k/a The Modoc Tribe of Oklahoma | 7/21/2020 |
| JX-0660 | Claim Number 132608 Navajo Nation | 7/24/2020 |
| JX-0661 | Claim Number 143613 The Mohegan Tribe of Indians of Connecticut | 7/30/2020 |
| JX-0670 | Claim Number 29085  Dr. Michael Masiowsk | 6/12/2020 |
| JX-0671 | Claim Number 137796  Certain Insurers | 7/30/2020 |
| JX-0672 | Claim Number 137807  Certain Insurers | 7/30/2020 |
| JX-0673 | Claim Number 137809  Certain Insurers | 7/30/2020 |
| JX-0674 | Claim Number 137811  Certain Insurers | 7/30/2020 |
| JX-0675 | Claim Number 137823  Certain Insurers | 7/30/2020 |
| JX-0676 | Claim Number 137825  Certain Insurers | 7/30/2020 |
| JX-0677 | Claim Number 137826  Certain Insurers | 7/30/2020 |
| JX-0678 | Claim Number 137830  Certain Insurers | 7/30/2020 |
| JX-0679 | Claim Number 137832  Certain Insurers | 7/30/2020 |
| JX-0680 | Claim Number 137834  Certain Insurers | 7/30/2020 |
| JX-0681 | Claim Number 137837  Certain Insurers | 7/30/2020 |
| JX-0682 | Claim Number 137839  Certain Insurers | 7/30/2020 |
| JX-0683 | Claim Number 137846  Certain Insurers | 7/30/2020 |
| JX-0684 | Claim Number 137851  Certain Insurers | 7/30/2020 |
| JX-0685 | Claim Number 137853  Certain Insurers | 7/30/2020 |
| JX-0686 | Claim Number 137855  Certain Insurers | 7/30/2020 |
| JX-0687 | Claim Number 137862  Certain Insurers | 7/30/2020 |
| JX-0688 | Claim Number 137867  Certain Insurers | 7/30/2020 |
| JX-0689 | Claim Number 137869  Certain Insurers | 7/30/2020 |
| JX-0690 | Claim Number 137872  Certain Insurers | 7/30/2020 |
| JX-0691 | Claim Number 137873  Certain Insurers | 7/30/2020 |
| JX-0692 | Claim Number 137874  Certain Insurers | 7/30/2020 |
| JX-0693 | Claim Number 137875  Certain Insurers | 7/30/2020 |
| JX-0694 | Claim Number 137876  Certain Insurers | 7/30/2020 |
| JX-0695 | Claim Number 137877  Certain Insurers | 7/30/2020 |
| JX-0696 | Claim Number 137878  Certain Insurers | 7/30/2020 |
| JX-0697 | Claim Number 137879  Certain Insurers | 7/30/2020 |
| JX-0698 | Claim Number 137880  Certain Insurers | 7/30/2020 |
| JX-0699 | Claim Number 137881  Certain Insurers | 7/30/2020 |

| JX-0700 | Claim Number 137882  Certain Insurers | 7/30/2020 |
| JX-0701 | Claim Number 137883  Certain Insurers | 7/30/2020 |
| JX-0702 | Claim Number 137884  Certain Insurers | 7/30/2020 |
| JX-0703 | Claim Number 137889  Certain Insurers | 7/30/2020 |
| JX-0704 | Claim Number 137890  Certain Insurers | 7/30/2020 |
| JX-0705 | Claim Number 143302  City of Seattle | 7/29/2020 |
| JX-0706 | Claim Number 122511  State of West Virginia | 7/30/2020 |
| JX-0707 | Claim Number 137798  United States | 7/30/2020 |
| JX-0708 | Claim Number 137848  United States | 7/30/2020 |
| JX-0709 | Claim Number 122503, State of Maryland | 7/30/2020 |
| JX-0710 | Claim Number 122839, District of Columbia | 7/30/2020 |
| JX-0711 | Claim Number 122458, State of Connecticut | 7/30/2020 |
| JX-0712 | Claim Number 154  Recovering Creditors | 1/3/2020 |
| JX-0713 | Claim Number 178  Recovering Creditors | 2/5/2020 |
| JX-0714 | Claim Number 78778  Recovering Creditors & Creighton Bloyd | 7/1/2020 |
| JX-0715 | Claim Number 116704  Gulf Underwriters | 7/30/2020 |
| JX-0716 | Claim Number 82991  John H. Stewart | 7/24/2020 |
| JX-0717 | Claim Number 83013  John H. Stewart | 7/24/2020 |
| JX-0718 | Claim Number 122838  State of California | 7/30/2020 |
| JX-0719 | Claim Number 143233  State of California | 7/29/2020 |
| JX-0720 | Claim Number 143281  State of California | 7/29/2020 |
| JX-0727 | Claim Number 145592  Canadian Municipal Creditors | 7/22/2020 |
| JX-0728 | Claim Number 122452, State of Rhode Island | 7/30/2020 |
| JX-0729 | Claim Number 122473, State of Washington | 7/30/2020 |
| JX-0730 | Claim Number 122299, State of Oregon | 7/30/2020 |
| JX-0731 | Claim Number 122378  VT | 7/30/2020 |
| JX-0732 | Claim Number 122392  DE | 7/30/2020 |
| JX-0744 | Claim Number 138421  Westchester Fire Ins. Co. | 7/28/2020 |
| JX-0757 | Claim Number 29093  Chubb Insurance USA | 6/12/2020 |
| JX-0758 | Claim Number 147073  Wilmer Group Insurers | 7/30/2020 |
| JX-0759 | Claim Number 146569  Wilmer Group Insurers | 7/30/2020 |
| JX-0760 | Claim Number 146604  Wilmer Group Insurers | 7/30/2020 |
| JX-0761 | Claim Number 146641  Wilmer Group Insurers | 7/30/2020 |
| JX-0762 | Claim Number 146650  Wilmer Group Insurers | 7/30/2020 |
| JX-0763 | Claim Number 146678  Wilmer Group Insurers | 7/30/2020 |
| JX-0764 | Claim Number 146687  Wilmer Group Insurers | 7/30/2020 |
| JX-0765 | Claim Number 146731  Wilmer Group Insurers | 7/30/2020 |
| JX-0766 | Claim Number 146759  Wilmer Group Insurers | 7/30/2020 |
| JX-0767 | Claim Number 137802  Wilmer Group Insurers | 7/30/2020 |
| JX-0768 | Claim Number 146518 Canadian Plaintiffs | 7/30/2020 |
| JX-0769 | Claim Number 83026  Mark Timney | 7/24/2020 |
| JX-0783 | Complaint, filed in *State of Oregon v. Richard S. Sackler* (19-44161, Cir. Ct. Or.), dated October 10, 2019 | 10/10/2019 |
| JX-0787 | Complaint, filed in *Bristol Bay Area Health Corp. v. Purdue Pharma L.P.* (19-46175, D. Alaska), dated December 2, 2019 | 12/2/2019 |
| JX-0789 | Defendants' Notice of Removal, Doc. 1, filed in *City of Seattle v. Purdue Pharma L.P.* (17-01577, W.D. Wash.), dated Octoer 24, 2017 | 10/24/2017 |
| JX-0796 | Complaint, Doc. 1, filed in *County of Santa Barbara v. Purdue Pharma L.P.* (19-1186, C.D. Cal.), dated February 15, 2019 | 2/15/2019 |

| JX-0798 | Tribal Plaintifs' Short Form for Supplementing Complaint and Amended Defendants and Jury Demand, Doc. 2, filed in *In re National Prescription Opiate Litigation, rel. Eastern Shoshone Tribe v. Purdue Pharma L.P.* (MDL No. 2804 (19-45412), N.D. Ohio), dated August 12, 2019 | 8/12/2019 |
|---|---|---|
| JX-0807 | Complaint, Doc. 1, filed in *Kodiak Area Native Association v. Purdue Pharma L.P.* (18-0243, D. Alaska), dated October 15, 2018 | 10/15/2018 |
| JX-0809 | Tribal Plaintifs' Short Form for Supplementing Complaint and Amended Defendants and Jury Demand,  filed in *In re National Prescription Opiate Litigation, rel. La Posta Band of Diegueno Mission Indians of he La Posta Indian Reservation v. Purdue Pharma L.P.* (MDL No. 2804 (19-45397), N.D. Ohio), dated August 7, 2019 | 8/7/2019 |
| JX-0810 | Tribal Plaintifs' Short Form for Supplementing Complaint and Amended Defendants and Jury Demand, Doc. 2, filed in *In re National Prescription Opiate Litigation, rel. Mashantucket (Western) Pequot Tribe v. Purdue Pharma L.P.* (MDL No. 2804 (19-45405), N.D. Ohio), dated August 11 2019 | 8/11/2019 |
| JX-0811 | Tribal Plaintifs' Short Form for Supplementing Complaint and Amended Defendants and Jury Demand, Doc. 2, filed in *In re National Prescription Opiate Litigation, rel. Mechoopda Indian Tribe of Chico Rancheria v. Purdue Pharma L.P.* (MDL No. 2804 (19-45403), N.D. Ohio), dated August 11 2019 | 8/11/2019 |
| JX-0812 | Complaint, Doc. 1, filed in *The Menominee Indian Tribe of Wisconsin v. Purdue Pharma L.P.* (18-0414, E.D. Wis.), dated March 15, 2018 | 3/15/2018 |
| JX-0814 | Class Action Complaint, Doc. 1, filed in *Michael Masiowski v. Amerisourcebergen Drug Corp.* (18-2080, D.S.C.), dated July 26, 2019 | 7/26/2018 |
| JX-0816 | Tribal Plaintifs' Short Form for Supplementing Complaint and Amended Defendants and Jury Demand, Doc. 3, filed in *In re National Prescription Opiate Litigation, rel. The Modoc Nation f/k/a Modoc Tribe of Oklahoma v. Purdue Pharma L.P.* (MDL No. 2804 (19-45438), N.D. Ohio), dated August 9, 2019 | 8/9/2019 |
| JX-0819 | Complaint, Doc. 1, filed in *The Navajo Nation v. Purdue Pharma L.P.* (18-0338, D.N.M.), dated April 11, 2018 | 4/11/2018 |
| JX-0825 | Complaint, Doc. 1, filed in *The City and County of San Francisco v. Purdue Pharma L.P.* (18-7591, N.D. Cal.), dated December 18, 2018 | 12/18/2018 |
| JX-0833 | Complaint, Doc. 1, filed in *Sarasota County Public Hospital District v. Purdue Pharma L.P.* (18-2236, M.D. Fl.), dated September 10, 2018 | 9/10/2018 |
| JX-0837 | Complaint, Doc. 1, filed in *Southeast Alaska Regional Health Consortium v. Purdue Pharma L.P.* (18-0217, D. Alaska), dated September 20, 2018 | 9/20/2018 |
| JX-0840 | Second Amended Complaint, filed in *State of Connecticut v. Purdue Pharma L.P.* (X07 HHD-CV-19-6105325-S, Conn.Super. Ct.), dated July 1, 2019 | 7/1/2019 |
| JX-0841 | Complaint, filed in *State of Oregon v. Richard S. Sackler* (19-22185, Cir. Ct. Or.), dated August 30, 2019 | 8/30/2019 |
| JX-0849 | Third Amended Complaint, Doc. 31, filed in *ex. rel. Robert E. Manchester v. Purdue Pharma L.P.* (16-10947, D. Mass.), dated | 8/3/2018 |

|  | August 3, 2018 |  |
|---|---|---|
| JX-0870 | OxyContin TRx Actual + Forecast Details | 7/23/2021 |
| JX-0872 | Purdue Pharmacueticals L.P. Amended and Restated Limited Partnership Agreement, dated as of June 20, 2019 | 6/20/2019 |
| JX-0873 | Report of Stephen D. Lerner, Examiner, Doc. 3285, filed in *In re: Purdue Pharma* (19-23649, S.B.N.Y.), dated July 19, 2021 | 7/19/2021 |
| JX-0904 | Claim Number  145924 AbbVie Inc. | 7/29/2020 |
| JX-0905 | Claim Number  138824 Actavis Pharma | 7/26/2020 |
| JX-0906 | Claim Number  146251 Allergan Finance, Inc. | 7/30/2020 |
| JX-0907 | Claim Number  147138 Amneal Pharmaceuticals LLC | 7/30/2020 |
| JX-0908 | Claim Number  138321 Anda Inc. | 7/28/2020 |
| JX-0909 | Claim Number  145966 Apotex Corp. | 7/29/2020 |
| JX-0910 | Claim Number  145992 Bausch Helath Companies, Inc. | 7/29/2020 |
| JX-0911 | Claim Number  146722 Bristol-Myers Scuibb Canada Co | 7/30/2020 |
| JX-0912 | Claim Number  146668 Bristol-Myers Squibb Co | 7/30/2020 |
| JX-0916 | Claim Number  146039 Express Scripts, Inc. | 7/29/2020 |
| JX-0918 | Claim Number  146294 Hikma Pharmaceuticals USA Inc. | 7/30/2020 |
| JX-0919 | Claim Number  147095 Impax Laboratories, LLC | 7/30/2020 |
| JX-0920 | Claim Number  118431 Janssen Inc. | 7/30/2020 |
| JX-0921 | Claim Number  116003 Johnson & Johnson | 7/30/2020 |
| JX-0924 | Claim Number  114914 Ranbaxy Pharmaceuticals Canada, Inc. | 7/27/2020 |
| JX-0926 | Claim Number  145923 Sanis Health Inc. | 7/29/2020 |
| JX-0927 | Claim Number  112748 Sun Pharmaceutical Canada, Inc. | 7/27/2020 |
| JX-0928 | Claim Number  11261 Sun Pharmaceutical Industries Inc. | 7/27/2020 |
| JX-0932 | Finegan Declaration, Exhibit 1 - Bar Date Flyer Notice |  |
| JX-0933 | Finegan Declaration, Exhibit 2 - May Press Releases | 5/00/2021 |
| JX-0934 | Finegan Declaration, Exhibit 3 - Sample of Online Display, Internet Search Term, and Social Media Advertisements |  |
| JX-0935 | Finegan Declaration, Exhibit 4 - Bar Date Notice |  |
| JX-0936 | Finegan Declaration, Exhibit 5 - Bar Date Magazine |  |
| JX-0937 | Finegan Declaration, Exhibit 6 - Notice of Hearing to Consider Confirmation of the Fifth Amended Chapter 11 Plan Filed by the Debtors and Related Voting and Objection Deadlines, dated June 3, 2021 | 6/3/2021 |
| JX-0938 | Finegan Declaration, Exhibit 7 - June Press Releases | 6/00/2021 |
| JX-0939 | Finegan Declaration, Exhibit 8 - Confirmation Hearing Publication Notice |  |
| JX-0940 | Finegan Declaration, Exhibit 9 - Confirmation Hr'g Magazine Ad |  |
| JX-0941 | Finegan Declaration, Exhibit 10 - Confirmation Hearing Flyer Notice |  |
| JX-0942 | Finegan Declaration, Exhibit 11 - Sample of Online Display, Internet Search Term, and Social Media Advertisements |  |
| JX-0943 | Complaint, filed in *State of Oregon v. Purdue Pharma L.P.* (18CV40526, Cir. Ct. Or.), dated November 13, 2018 | 11/13/2018 |
| JX-0944 | First Amended Complaint for Injunctive and Other Relief Under the Consumer Protection Act, RCW 19.86, Public Nuisance, and Negligence, filed in *State of Washington v. Purdue Pharma L.P.* (17-2-25505-0 SEA, Super. Ct. Wash.) dated May 4, 2018 | 5/4/2018 |
| JX-0945 | First Amended Complaint, filed in *State of Delaware v. Purdue Pharma L.P.* (N18C-01-223, Super. Ct. Del.) dated April 2, 2019 | 4/2/2019 |
| JX-0946 | Unredacted Complaint for Injunctive and Other Relief, filed in *District of Columbia v. Purdue Pharma L.P.* (2019 CA 003680, | 7/8/2019 |

| | Super. Ct. D.C.), dated July 8, 2019 | |
|---|---|---|
| JX-0947 | First Amended Complaint, filed in *The People of the State of California v. Purdue Pharma L.P.* (19STCV19045, Super. Ct. Cal.), dated October 2, 2019 | 10/2/2019 |
| JX-0948 | Complaint, filed in *State of Vermont v. Purdue Pharma L.P.* (757-9-18, Super. Ct. Vt.), dated October 31, 2018 | 10/31/2018 |
| JX-0949 | Complaint, filed in *State of West Virginia v. Purdue Pharma L.P.* (19-C-62, Cir. Ct. W.V.), dated May 16, 2019 | 5/16/2019 |
| JX-0999 | OxyContin share of revenue and profits.xlsx | |
| JX-1049 | Coventry Technologies L.P. Amended and Restated Limited Partnership Agreement between Purdue Pharma Inc., Beacon Company, and Rosebay Medical Company L.P., dated January 1, 2008 | 1/1/2008 |
| JX-1085 | Decision, dated September 17, 2010 | 9/17/2010 |
| JX-1090 | Supply Agreement between Purdue Pharma (Canada) and Purdue Products, dated September 1, 2009 | 9/1/2009 |
| JX-1116 | 2019.09.17 First Day Hearing Transcript (mini) | 9/17/2019 |
| JX-1117 | 2019.10.10 Second Day Hearing Transcript (mini) | 10/10/2019 |
| JX-1118 | 2019.10.11 Preliminary Injunction Hearing Transcript (mini) | 10/11/2019 |
| JX-1119 | 2019.11.06 Preliminary Injunction Hearing (mini) | 11/6/2019 |
| JX-1120 | 2019.11.19 Omnibus Hearing Transcript - AHC Fees (mini) | 11/19/2019 |
| JX-1121 | 2019.12.04 Wages Motion Hearing Transcript (mini) | 12/4/2019 |
| JX-1122 | 2019.12.19 Omnibus Hrg. Tr - EY Retention (mini) | 12/19/2019 |
| JX-1123 | 2020.01.24 Omnibus Hearing Transcript (mini) | 1/24/2020 |
| JX-1124 | 2020.02.21 Omnibus Hearing Transcript (mini) | 2/21/2020 |
| JX-1125 | 2020.02.21 Purdue-February 21, 2020 Omnibus Hearing Transcript (mini) | 2/21/2020 |
| JX-1126 | 2020.03.02 Mediator Motion Hearing Transcript (mini) | 3/2/2020 |
| JX-1127 | 2020.03.18 Hearing Transcript - PI Extension (mini) | 3/18/2020 |
| JX-1128 | 2020.04.22 Omnibus Hearing Transcript (mini) | 4/22/2020 |
| JX-1129 | 2020.05.01 Discovery Hearing Transcript (mini) | 5/1/2020 |
| JX-1130 | 2020.06.03 Bar Date Extension Motion Hearing Transcript (mini) | 6/3/2020 |
| JX-1131 | 2020.06.23 June Omnibus Hearing Transcript (mini) | 6/23/2020 |
| JX-1132 | 2020.07.23 July Omnibus Hearing Transcript - Exclusivity_ Class Claims (mini) | 7/23/2020 |
| JX-1133 | 2020.08.26 Purdue Omnibus Hearing Transcript - Fee Applications, NAACP, Collegium (mini) | 8/26/2020 |
| JX-1134 | 2020.09.30 Purdue Omnibus Hearing Transcript - ER Docs Motion, PI Extension, KERP (mini) | 9/30/2020 |
| JX-1135 | 2020.10.28 Purdue Omnibus Hearing Transcript - KEIP Part 1, Rand, Sacklers_ Motion re DOJ Settlement (mini) | 10/28/2020 |
| JX-1136 | 2020.11.17 Omnibus Hearing Transcript - KEIP, Sackler Payment, DOJ 9019 (mini) | 11/17/2020 |
| JX-1137 | 2020.12.15 Omnibus Hearing Transcript - Exclusivity, Ms. Ecke, Interim Fee Apps (mini) | 12/15/2029 |
| JX-1138 | 2021.02.17 Purdue Omnibus Hearing Transcript - Unsealing Motions (mini) | 2/17/2021 |
| JX-1139 | 2021.01.20 Purdue Omnibus Hearing Transcript - Insurance, Clonts, Unsealing (mini) | 1/21/2021 |
| JX-1140 | 2021.03.01 Purdue Omnibus Hearing Transcript - Exclusivity, PI (mini) | 3/1/2021 |

| JX-1141 | 2021.03.24 Complete Purdue Omnibus Hearing Transcript - PI Extension, Evidentiary Hearing re Unsealing (mini) | 3/24/2021 |
|---|---|---|
| JX-1142 | 2021.04.06 Purdue Hearing Transcript - NAS 2004, Insurance AP Pre-Trial Conference (mini) | 4/6/2021 |
| JX-1143 | 2021.05.12 Purdue Hearing Transcript - Protocols Order (mini) | 5/12/2021 |
| JX-1144 | 2021.05.20 Purdue Hearing Transcript - DS Status Conference, PI Extension, Ins. Adv. Pro. Motion to Seal (mini) | 5/20/2021 |
| JX-1145 | 2021.06.01 Purdue Hearing Transcript-DS Supplemental Hearing (mini) | 6/1/2021 |
| JX-1146 | 2021.05.26 Purdue Hearing Transcript - Disclosure Statement (mini) | 5/26/2021 |
| JX-1147 | 2021.06.02 Purdue Hearing Transcript- DS Second Supplmental Hearing (mini) | 6/2/2021 |
| JX-1148 | 2021.06.16 Purdue Hearing Transcript-Examiner Motion (mini) | 6/16/2021 |
| JX-1149 | 2021.06.21 Purdue Adversary Hearing Transcript - Insurance (mini) | 6/21/2021 |
| JX-1150 | March 2, 2020 Mediator Motion Hearing Transcript (mini) | 3/2/2020 |
| JX-1151 | Claim Number 91442 - Craig J. Landau | 7/24/2020 |
| JX-1152 | Claim Number 83026 - Mark Timney | |
| JX-1153 | Claim Number 82991 - John H. Stewart | |
| JX-1154 | Claim Number 82952 - J. David Haddox | |
| JX-1155 | Claim Number 82511 - Marvin Kelly | |
| JX-1156 | Claim Number 79601 - Paul T. Mederios | |
| JX-1157 | Claim Number 56966 - Brandon Worley | |
| JX-1158 | Claim Number 138954 - Aida Bosma Maxsam | |
| JX-1159 | Claim Number 138514 - Tessa Foote Rios | |
| JX-1160 | Claim Number 138502 - Rebecca Jane Harville | |
| JX-1161 | Claim Number 138501 - Draupadi Beloved Daley | |
| JX-1162 | Claim Number 138498 - Damon Anthony Storhoff | |
| JX-1163 | Claim Number 138497 - James Evans Speed | |
| JX-1164 | Claim Number 138492 - Amy Kelly Thompson | |
| JX-1165 | Claim Number 138490 - Mithcell Peters Fisher | |
| JX-1166 | Claim Number 138469 - Westchester Fire Insurance Company | |
| JX-1167 | Claim Number 138427 - Joe Dewitt Read | |
| JX-1168 | Claim Number 138423 - Brandon Scott Hasenfuss | |
| JX-1169 | Claim Number 138411 - Rebecca Horne Sterling | |
| JX-1170 | Claim Number 138396 - Shelli Ranell Liston | |
| JX-1171 | Claim Number 138389 - Lori Gurthie Fuller | |
| JX-1172 | Claim Number 138383 - Rodney Warren Davis | |
| JX-1173 | Claim Number 138334 - Heather Paster Weaver | |
| JX-1175 | Claim Number 138315 - Leigh Williams Varnadore | |
| JX-1176 | Claim Number 138310 - Elizabeth Pruden Taylor | |
| JX-1177 | Claim Number 138306 - James Michael Madden | |
| JX-1178 | Claim Number 138300 - Paul Richard Kitchin | |
| JX-1179 | Claim Number 138297 - Wendy Lu Kay | |
| JX-1180 | Claim Number 138290 - Jeffrey Allen Ward | |
| JX-1181 | Claim Number 138285 - Mark Thomas Waldrop | |
| JX-1182 | Claim Number 138264 - Jaclyn Pruett Gatling | |
| JX-1183 | Claim Number 138233 - Andrew Thomas Stokes | |
| JX-1184 | Claim Number 138231 - Leslie Sharmene Roberson | |
| JX-1185 | Claim Number 138229 - Nathan Grace | |

| JX-1186 | Claim Number 138227 - Carol Diane DeBord | |
|---------|------------------------------------------|---|
| JX-1187 | Claim Number 138226 - Amanda Beth Hayes | |
| JX-1188 | Claim Number 138225 - Patricia Ann Carnes | |
| JX-1189 | Claim Number 138218 - Shane Kristen Cook | |
| JX-1190 | Claim Number 138217 - Jeffrey Scott Waugh | |
| JX-1191 | Claim Number 138183 - Barry Christopher Hargrave | |
| JX-1192 | Claim Number 138179 - Lyndsie Brooke Fowler | |
| JX-1193 | Claim Number 138167 - Joseph Lucien Coggins | |
| JX-1194 | Claim Number 138157 - Diana Chang Muller | |
| JX-1195 | Claim Number 138152 - Tammy Ann Heyward | |
| JX-1196 | Claim Number 138150 - Lindsey Anne Bonifacio | |
| JX-1197 | Claim Number 138113 - Ilene Sackler Lefcourt | |
| JX-1198 | Claim Number 138103 - Theresa Sackler | |
| JX-1199 | Claim Number 138102 - Mortimer D.A. Sackler | |
| JX-1200 | Claim Number 137794 - Russell Gasdia | |
| JX-1201 | Claim Number 137749 - Stephen A. Ives | |
| JX-1202 | Claim Number 137706 - Kathe Sackler | |
| JX-1203 | Claim Number 137599 - Estate of Beverly Sackler | |
| JX-1204 | Claim Number 137590 - Richard Sackler | |
| JX-1205 | Claim Number 137527 - Estate of Raymond Sackler | |
| JX-1206 | Claim Number 137453 - Estate of Jonathan Sackler | |
| JX-1207 | Claim Number 137442 - David Sackler | |
| JX-1208 | Claim Number 131974 - Stuart Baker | |
| JX-1209 | Claim Number 131973 - LeAvis Renee Sullivan | |
| JX-1210 | Claim Number 115412 - Judy Lewent | 7/29/2020 |
| JX-1211 | Claim Number 115353 - Peter Boer | 7/29/2020 |
| JX-1212 | Claim Number 115334 - Cecil Picket | 7/29/2020 |
| JX-1213 | Claim Number 115110 - Paulo Costa | 7/29/2020 |
| JX-1214 | Claim Number 114761 - Ralph Snyderman | 7/29/2020 |
| JX-1215 | Email from P. Shaw to E. McNenny et al., re: Bermuda Application (Updated Pages Only), dated December 10, 2001 | 12/10/2001 |
| JX-1216 | Correspondence from L. Cogan to D. Williams, re: 1999 XL Umbrella Application, dated July 10, 2000 | 7/10/2000 |
| JX-1221 | 1.1.12.2.1.14 Purdue Pharma Inc. - Second A&R By-Laws [6.20.2019] -- (PPLPCNC500595216) | |
| JX-1222 | 1.1.12.2.1.9 2008-04-18 By-Laws Amendment -- (PPLPCNC500595175) | |
| JX-1223 | 1.1.12.3.10.112 2004-06-03 Minutes of BoD -- (PPLPCNC500647474) | |
| JX-1224 | 1.1.12.3.10.123 2004-11-19 Minutes of BoD 1 -- (PPLPCNC500647498) | |
| JX-1225 | 1.1.12.3.10.222 2008-04-18 Minutes of BoD 3 -- (PPLPCNC500647748) | |
| JX-1226 | 1.1.12.3.10.223 2008-04-18 Minutes of BoD 4 -- (PPLPCNC500647761) | |
| JX-1227 | 1.1.12.3.10.288 2009-05-08 Minutes of BoD 3 -- (PPLPCNC500647891) | |
| JX-1228 | 1.1.12.3.10.339 2011-01-20 Minutes of BoD 1 -- (PPLPCNC500648056) | |
| JX-1229 | 1.1.12.3.10.59 2002-05-09 Minutes of BoD 1 -- (PPLPCNC500647257) | |

| JX-1230 | 1.1.12.3.10.87 2003-06-26 Minutes of BoD -- (PPLPCNC500647393) | |
| JX-1231 | 1.1.12.3.2.1 2017-11-21 Statement of Organization -- (PPLPCNC500616983) | |
| JX-1232 | 1.1.12.3.5.122 Written Consent of the Shareholders Avrio Health Inc   -- (PPLPCNC500634234) | |
| JX-1233 | 1.1.12.3.5.27 2005-04-06 Minutes of BoD 1 -- (PPLPCNC500616810) | |
| JX-1234 | 1.1.12.3.5.40 2006-02-10 Minutes of BoD 2 -- (PPLPCNC500616844) | |
| JX-1235 | 1.1.12.3.5.77 2011-01-20 Minutes of BoD 1 -- (PPLPCNC500616920) | |
| JX-1236 | 1.1.12.3.5.78 2011-01-20 Minutes of BoD 2 -- (PPLPCNC500616921) | |
| JX-1237 | 1.1.12.3.8.34 2006-02-10 Minutes of BoD -- (PPLPCNC500629906) | |
| JX-1238 | 1.1.12.3.8.84 2011-01-20 Minutes of BoD 2 -- (PPLPCNC500630038) | |
| JX-1239 | 1.1.12.4.1417 PPLPCNC500781761 | |
| JX-1240 | 1.1.12.4.1442 PPLPCNC500781290 | |
| JX-1241 | 1.1.12.4.1443 PPLPCNC500781314 | |
| JX-1242 | 1.1.12.4.5 190211 Rhodes Board Meeting February 12 2019_v6 Final for distribution -- (PPLPCNC500633832) | |
| JX-1243 | 1.1.4.8.1.1 086 - [Executed] PPI Director Agreement (Miller) [7.1.18] -- (PPLPCNC500151787) | |
| JX-1244 | 1.1.4.8.2 2004 Board Resolution -- (PPLPCNC500151777) | |
| JX-1245 | 2.1.12.2.1.12 2018-06-18 Amended and Restated By-Laws -- (PPLPCNC500595195) | |
| JX-1246 | 2.1.12.3.10.220 2008-04-18 Minutes of BoD 1 -- (PPLPCNC500647731) | |
| JX-1247 | 2.1.12.3.10.49 2001-12-07 Minutes of BoD 1 -- (PPLPCNC500647231) | |
| JX-1248 | 2.1.12.3.5.39 2006-02-10 Minutes of BoD 1 -- (PPLPCNC500616841) | |
| JX-1249 | 2.1.12.3.7.20 2009-09-23 Minutes of BoD -- (PPLPCNC500630163) | |
| JX-1250 | 2.1.12.3.8.83 2011-01-20 Minutes of BoD 1 -- (PPLPCNC500630037) | |
| JX-1251 | 2.1.12.3.9.16 2005-11-04 Minutes of BoD -- (PPLPCNC500637183) | |
| JX-1252 | Product Development and License Agreement between Rhodes Pharmaceuticals L.P. and Sunny Pharmtech, Inc. | |
| JX-1253 | Consol. LT Plan Model 2019 - 2029 (Nov 2020 LE) - Noramco adjust. -- (PPLPCNC501277893) | |
| JX-1254 | 1.6.1.10.1 2003-04 Chubb Finpro primary ($15M) | |
| JX-1255 | 1.6.1.10.2 2003-2004 Travelers D_O excess ($10M xs $15M) policy | |
| JX-1256 | 1.6.1.10.3 2004-2006 AIG Finpro Primary ($25M) policy 974-09-07 | |
| JX-1257 | 1.6.1.11.1 2004-2006 AIG Finpro Primary ($25M) policy 974-09-07 | |
| JX-1258 | 1.6.1.11.2 2006-2007 AIG Finpro Primary ($25M) Policy 626- | |

| | 21-91 | |
|---|---|---|
| JX-1259 | 1.6.1.12.1 2005-2006 Arch D_O 4th excess ($10M xs $70M) policy | |
| JX-1260 | 1.6.1.12.2 2005-2006 ORIC D_O 2nd excess ($5M xs $55M) policy CUG30416 | |
| JX-1261 | 1.6.1.12.3 2005-2006 ORIC D_O 3rd excess ($10M xs $60M) policy CUG30449 | |
| JX-1262 | 1.6.1.12.4 2005-2006 XL Specialty D_O excess ($30M xs primary) | |
| JX-1263 | 1.6.1.12.5 2006-2007 Arch D_O 3rd excess ($10M xs $70M) policy | |
| JX-1264 | 1.6.1.12.6 2006-2007 ORIC D_O 2nd excess ($15M xs $55M) policy CUG30950 | |
| JX-1265 | 1.6.1.12.7 2006-2007 XL Specialty 1st excess ($30M xs Primary) policy | |
| JX-1266 | 1.6.1.13.1 2008-2009 ARCH 4th excess ($10M xs $70M) Policy PCD0013646-02 | |
| JX-1267 | 1.6.1.13.10 2009-2010 Zurich 1st excess ($15M xs primary) DOC594541501 | |
| JX-1268 | 1.6.1.13.11 2010-2011 AIG-CHARTIS Primary ($25M) Policy 01-407-67-19 | |
| JX-1269 | 1.6.1.13.12 2010-2011 Arch 4th excess D_O ($10 xs $70) | |
| JX-1270 | 1.6.1.13.13 2010-2011 AWAC 3rd excess ($15m xs $55M) Policy 0305-1547 | |
| JX-1271 | 1.6.1.13.14 2010-2011 HCC 2d excess ($15M xs $40M) Policy 14-MGU-10-A22970 | |
| JX-1272 | 1.6.1.13.15 2010-2011 XL Side A ($3M) Policy ELU119917-10 | |
| JX-1273 | 1.6.1.13.16 2010-2011 Zurich 1st excess ($15M xs primary) Policy DOC594541502 | |
| JX-1274 | 1.6.1.13.17 2011-2012 AIG-CHARTIS Primary ($25M) Policy 01-415-81-10 | |
| JX-1275 | 1.6.1.13.18 2011-2012 Arch 4th excess ($10M xs $70M) Policy QB121211 | |
| JX-1276 | 1.6.1.13.19 2011-2012 AWAC 3rd excess ($15M xs $55M) Policy QB12111 | |
| JX-1277 | 1.6.1.13.2 2008-2009 AWAC 3rd excess ($15M xs $55M) Policy C010948-001 | |
| JX-1278 | 1.6.1.13.20 2011-2012 HCC 2d excess ($15M xs $40M) Policy 14-MGU-11-A25511 | |
| JX-1279 | 1.6.1.13.21 2011-2012 XL Specialty Side A ($3M) Policy ELU123959-11 | |
| JX-1280 | 1.6.1.13.22 2011-2012 Zurich 1st excess ($15M xs primary) Policy DOC 5945415-03 | |
| JX-1281 | 1.6.1.13.23 2012-2013 AIG-CHARTIS Primary ($25M) policy 01-475-67-43 | |
| JX-1282 | 1.6.1.13.24 2012-2013 ARCH 4th excess ($10M xs $70M) policy QB107612(1) | |
| JX-1283 | 1.6.1.13.25 2012-2013 AWAC 3rd excess ($15M xs $55M) policy QB107512(1) | |
| JX-1284 | 1.6.1.13.26 2012-2013 HCC 2d excess ($15M xs $40M) Policy 14-MGU-12-A28219 | |
| JX-1285 | 1.6.1.13.27 2012-2013 XL Specialty Side A ($3M) policy | |

| | ELU128283-12 | |
|---|---|---|
| JX-1286 | 1.6.1.13.28 2012-2013 ZURICH 1st excess ($15M xs Primary) policy DOC-59454115-04 | |
| JX-1287 | 1.6.1.13.3 2008-2009 HCC 2d excess ($15M xs $40M) Policy 14-MGU-08-A18128 | |
| JX-1288 | 1.6.1.13.30 2013-2014 Arch 4th excess ($10M xs $70M) | |
| JX-1289 | 1.6.1.13.31 2013-2014 AWAC 3rd excess ($15M xs $55M) | |
| JX-1290 | 1.6.1.13.32 2013-2014 HCC 2d excess ($15M xs $40M) Policy | |
| JX-1291 | 1.6.1.13.33 2013-2014 XL Specialty Side A ($3M) Policy | |
| JX-1292 | 1.6.1.13.34 2013-2014 Zurich 1st excess ($15M xs Primary) Policy | |
| JX-1293 | 1.6.1.13.36 2014-2015 Arch 4th excess ($10M xs $70M) _ TaxSched | |
| JX-1294 | 1.6.1.13.37 2014-2015 AWAC 3rd excess ($15M xs $55M) - _ TaxSched | |
| JX-1295 | 1.6.1.13.38 2014-2015 HCC 2d excess ($15M xs $40M) | |
| JX-1296 | 1.6.1.13.39 2014-2015 Zurich 1st excess ($15M xs $25M) Policy - FINAL | |
| JX-1297 | 1.6.1.13.4 2008-2009 Zurich 1st excess ($15M xs Primary) DOC594541500 | |
| JX-1298 | 1.6.1.13.40 2015-2016 AIG Finpro Primary Policy $25M | |
| JX-1299 | 1.6.1.13.41 2015-2016 ARCH 5th excess ($10M xs $70M) Policy | |
| JX-1300 | 1.6.1.13.42 2015-2016 AWAC 4th excess ($15M) Policy | |
| JX-1301 | 1.6.1.13.43 2015-2016 Beazley 3rd excess ($5M xs $50M) Policy | |
| JX-1302 | 1.6.1.13.44 2015-2016 HCC 1st excess ($15M xs Primary) DecPg and Endts | |
| JX-1303 | 1.6.1.13.45 2015-2016 QBE 2d excess D_O ($10M xs $40M) Policy | |
| JX-1304 | 1.6.1.13.46 2015-2016 XL Specialty Side A Excess ($3M) Policy | |
| JX-1305 | 1.6.1.13.47 2016-2017 AIG Finpro Primary ($25M) policy | |
| JX-1306 | 1.6.1.13.48 2016-2017 ARCH London 5th Excess Policy ($10M xs $70M) (B0509FINMR1600556) | |
| JX-1307 | 1.6.1.13.49 2016-2017 AWAC 4th Excess Policy ($15m xs $55m) (Part 1    tax sched) | |
| JX-1308 | 1.6.1.13.5 2009-2010 AIG-CHARTIS Finpro Primary ($25M) Policy 01-420-66-49 | |
| JX-1309 | 1.6.1.13.50 2016-2017 Beazley 3rd Excess Policy ($5M xs $50M) (V1A42D160201) | |
| JX-1310 | 1.6.1.13.51 2016-2017 HCC 1st Excess Policy ($15M xs $25M) 14-MGU-16-A39466 | |
| JX-1311 | 1.6.1.13.52 2016-2017 QBE 2d Excess Policy ($10M xs $40M) QPL0172784 | |
| JX-1312 | 1.6.1.13.53 2016-2017 XL Catlin Excess Side-A Policy ($3M xs $80M) (ELU147833-16) v2 | |
| JX-1313 | 1.6.1.13.6 2009-2010 AWAC 3rd excess ($15M xs $55M) Policy 0305-1547 | |
| JX-1314 | 1.6.1.13.7 2009-2010 HCC 2d excess ($15M xs $40M) Policy 14-MGU-09-A20540 | |
| JX-1315 | 1.6.1.13.8 2009-2010 ARCH 4th excess ($10M xs $70M) Policy | |

| | | |
|---|---|---|
| | DOX0036560-00 | |
| JX-1316 | 1.6.1.13.9 2009-2010 XL Specialty Side A ($3M) Policy ELU11510509 | |
| JX-1317 | 1.6.1.14.1 2016-2017 AIG Finpro Primary ($25M) policy | |
| JX-1318 | 1.6.1.14.10 2017-2018 Beazley Purdue Extension Endorsement | |
| JX-1319 | 1.6.1.14.11 2017-2018 QBE Purdue Extension Endorsement | |
| JX-1320 | 1.6.1.14.12 2017-2018 XL Purdue Extension Endorsement | |
| JX-1321 | 1.6.1.14.13 2017-2018 AWAC UK Purdue Extension Endorsement | |
| JX-1322 | 1.6.1.14.14 2016-2017 XL Catlin Excess Side-A Policy ($3M xs $80M) (ELU147833-16) | |
| JX-1323 | 1.6.1.14.2 2016-2017 ARCH London 5th Excess Policy ($10M xs $70M) (B0509FINMR1600556) | |
| JX-1324 | 1.6.1.14.3 2016-2017 AWAC 4th Excess Policy ($15m xs $55m) (Part 1 _ tax sched) | |
| JX-1325 | 1.6.1.14.4 2016-2017 Beazley 3rd Excess Policy ($5M xs $50M) (V1A42D160201) | |
| JX-1326 | 1.6.1.14.5 2016-2017 HCC 1st Excess Policy ($15M xs $25M) 14-MGU-16-A39466 | |
| JX-1327 | 1.6.1.14.8 2017-2018 AIG Purdue Extension Letter | |
| JX-1328 | 1.6.1.15.2 2018-2019 Axis ($5M xs $50M) Side A D_O Policy | |
| JX-1329 | 1.6.1.15.4 2018-2019 HCC $10M xs $10M Side A D_O Policy | |
| JX-1330 | 1.6.1.15.8 2018-2019 QBE $10M xs $20M Side A D_O Policy | |
| JX-1331 | 1.6.1.17.2 2019-2020 - Zurich $5M xs $10M Purdue Pharma LP EPL Policy | |
| JX-1332 | 1.6.1.17.5 2019-2020 Sompo $5M xs $5M Purdue Pharma Fiduciary Policy | |
| JX-1333 | 1.6.1.19.3 FCGL Premises 80-0274912 Purdue Pharma LP policy | |
| JX-1334 | 1.6.1.2.13 2016-2017 CNA Purdue Products front HAZ 4032268671-1 | |
| JX-1335 | 1.6.1.2.7 2010-2011 Liberty Mutual Purdue Products front | |
| JX-1336 | 1.6.1.20.1 Purdue Pharma L.P. - FB Auto 80-0275511 - 2016 Policy | |
| JX-1337 | 1.6.1.20.3 Purdue Pharma L.P. - FVC WC 83-72557 - 2016 Policy | |
| JX-1338 | 1.6.1.21.3 Purdue Pharma L.P. - FCGL Clinical Trials 99-53707 - P | |
| JX-1339 | 1.6.1.21.4 Purdue Pharma L.P. - FVC 83-73592 - Policy | |
| JX-1340 | 1.6.1.22.3 2018-2019 AIG FCGL Products PL 99-53565 FOREIGN PRODUCTS | |
| JX-1341 | 1.6.1.23.4 2016-2017 Cargo endorsement extension | |
| JX-1342 | 1.6.1.23.6 Coventry Technologies Signed Wording 10-29-2018 | |
| JX-1343 | 1.6.1.23.7 Purdue Pharma Endt No.7 -2018 renewal | |
| JX-1344 | 1.6.1.24.2 2015 - 2016 Purdue Pharma Crime Policy - Zurich - 15M | |
| JX-1345 | 1.6.1.24.5 2017-2018 0 - Zurich Primary $10M Purdue Crime Policy 2017-18 | |
| JX-1346 | 1.6.1.24.8 2018-2019 01 - HCC $5M xs $10M Purdue Pharma Crime Policy 2018-19 | |
| JX-1347 | 1.6.1.25.1 2016 CYBER - Zurich Policy $10M (SPR 0161118-00) | |

| JX-1348 | 1.6.1.25.2 2017-2018 Cyber Risk Policy Steadfast Insurance Company 0161118 2017-11-03 US Only | |
| JX-1349 | 1.6.1.26.1 2014-2015 PPLP Property policy | |
| JX-1350 | 1.6.1.26.2 2015 -2016 Purdue Pharma - Property Policy - US | |
| JX-1351 | 1.6.1.26.3 2016-2017 Purdue Pharma Property Policy | |
| JX-1352 | 1.6.1.26.4 2017-2018 - PPLP US Propety Policy FM global 1018845 | |
| JX-1353 | 1.6.1.26.5 2018-2019 PROPERTY POLICY COVENTRY TECHNOLOGIES L. P._1046685_00_000 | |
| JX-1354 | 1.6.1.26.6 2018-2019 PROPERTY POLICY PURDUE PHARMA L.P._1043673_00_000 | |
| JX-1355 | 1.6.1.28.1 2019-20 Purdue-Isosceles GL-Products Policy - signed | |
| JX-1356 | 1.6.1.3.11 2018-2019 Axis ($5M xs $50M) Side A_D_O Policy | |
| JX-1357 | 1.6.1.3.12 2018-2019 Ironshore Rhodes Pharmaceuticals L.P. 18-19 LS Primary Policy Package-REVISED | |
| JX-1358 | 1.6.1.3.3 2012-2013 Rhodes Pharma Product Liability NY12LGL786201NC | |
| JX-1359 | 1.6.1.3.4 2013 - 2014 Rhodes Extension to 010114 Endt_001 | |
| JX-1360 | 1.6.1.3.5 2014 - 2014 Rhodes Pharma Products extension 010114-020114 | |
| JX-1361 | 1.6.1.30.2 2007-08 D&O 1rst Excess XL Specialty ($30M xs Primary) | |
| JX-1362 | 1.6.1.30.3 2007-08 D&O 2nd Excess ORIC ($15M xs $55M) | |
| JX-1363 | 1.6.1.30.6 2008-2009 AIG Finpro Primary ($25M) Policy | |
| JX-1364 | 1.6.1.4.1 2001-2002 Kemper (AMPICO) WC-EL Policy 5BR 084 810-00 (various end'ts) AZ _LA | |
| JX-1365 | 1.6.1.4.2 2001-2002 Kemper (AMPICO) WC-EL Policy 5BR 084 811-00 (various end'ts) WI | |
| JX-1366 | 1.6.1.4.4 2001-2002 Kemper Workers Compensation Employers Liability Policy 5BR 084 809-00 | |
| JX-1367 | 1.6.1.4.6 2002-2003 Kemper WC-EL Policy 5BR 084811 01 (WI) | |
| JX-1368 | 1.6.1.5.11 2011-2012 Worker's Compensation Policy WA7-61D-004531-081 2of2 | |
| JX-1369 | 1.6.1.5.12 2011-2012 Worker's Compensation Policy WC7-611-004531-091 1of2 | |
| JX-1370 | 1.6.1.5.13 2012-2013 Worker's Compensation Policy WA7-61D-004531-082 2of2 | |
| JX-1371 | 1.6.1.5.14 2012-2013 Worker's Compensation Policy WC7-611-004531-092 1of2 | |
| JX-1372 | 1.6.1.5.15 2013-2014 Workers Compensation Policy PURDUE PHARMA L.P. wa7-61D-004531-083 | |
| JX-1373 | 1.6.1.5.16 2013-2014 Workers Compensation Policy Wisconsin Purdue pharma WC7-611-004531-093 | |
| JX-1374 | 1.6.1.5.17 2014-2015 Workers_Compensation_Liberty_Mutual_Fire_Insurance_Company_WA761D004531084_2014-10-01AOS | |
| JX-1375 | 1.6.1.5.2 2006-2007 LM Purdue WC WI Policy WC7-611-004531-096 | |
| JX-1376 | 1.6.1.5.20 2015-2016 Workers Compensation Liberty Mutual Fire Insurance Company WA761D004531085 | |

| JX-1377 | 1.6.1.5.21 2016-2017 PPLP WC (AOS) Liberty Mutual Ins Co Policy No. WA761D004531086 2016-10-01 | |
| JX-1378 | 1.6.1.5.22 2016-2017 Workers Compensation (WI) Liberty Mutual Ins Co Policy No. WC7611004531096 2016-10-01 | |
| JX-1379 | 1.6.1.5.24 2017-2018 Workers Compensation Policy WA7-61D-004531-087 Liberty Mutual Purdue Pharma LP | |
| JX-1380 | 1.6.1.5.25 2018-2019 - Workers Compensation Wisconsin Liberty Mutual Insurance WC7611004531098 2018-10-01 | |
| JX-1381 | 1.6.1.5.27 2018-2019 Workers Compensation WA76aD004531088 Liberty Mutual AOS WC 10.1.18-10.1.19 | |
| JX-1382 | 1.6.1.5.5 2008-2009 Liberty Mutual WC-EL Policy WC7-611-004531-098 State of WI | |
| JX-1383 | 1.6.1.6.1 2001-2002 AMICO Commercial Auto Policy F5R 056 003-00 | |
| JX-1384 | 1.6.1.6.2 2001-2002 Lumberman's Business Auto Policy F5D 056 016-00 | |
| JX-1385 | 1.6.1.6.3 2001-2002 Lumbermens Business Auto Policy F5D 056 017-00 (VA) | |
| JX-1386 | 1.6.1.6.4 2001-2002 Lumbermens Business Automobile Policy F5D 056 018-00 | |
| JX-1387 | 1.6.1.6.6 2001-2002 Massachusetts Business Auto Coverage X3P 064 882-00 | |
| JX-1388 | 1.6.1.7.1 2006-2007 Liberty Mutual Auto Policy AS2-611-004531-036 | |
| JX-1389 | 1.6.1.7.10 2014-2015 Primary Auto policy - Liberty Mutual | |
| JX-1390 | 1.6.1.7.13 2017-2018 Auto Policy Liberty Mutual Purdue Pharma LP AS2611004531037 | |
| JX-1391 | 1.6.1.7.4 2009-2010 Liberty Auto Liability Policy AS2-611-004531-039 | |
| JX-1392 | 1.6.1.7.6 2011-2012 Automobile Liability Liberty Mutual Insurance Policy AS2-611-004531-031 | |
| JX-1393 | 1.6.1.8.1 1999-2002 Chubb Finpro ($1M) primary | |
| JX-1394 | 1.6.1.8.3 1999-2002 Gulf-Travelers Excess D_O ($10M xs $15M) policy | |
| JX-1395 | WICL SA DQ Purdue - Corporate - Participation Agt (Direct) | |
| JX-1396 | WICL SA DQ Purdue Policy WICL-2020-EPLFLI-001 (signed) | |
| JX-1397 | 1.6.1.13.29 2013-2014 AIG-National Union Finpro Primary ($25M) Policy 017070607 2013-12-12 | |
| JX-1398 | 1.6.1.13.35 2014-2015 AIG Finpro Primary ($25M) | |
| JX-1399 | 1.6.1.14.6 2016-2017 QBE 2d Excess Policy ($10M xs $40M) QPL0172784 | |
| JX-1400 | 1.6.1.14.7 2017-2018 - HCC Purdue Extension Endorsement | |
| JX-1401 | 1.6.1.14.9 2017-2018 Arch UK Purdue Extension Endorsement | |
| JX-1402 | 1.6.1.15.1 2018-2019 AIG Primary Side A ($10M) Policy | |
| JX-1403 | 1.6.1.15.3 2018-2019 Beazley ($10M xs $30M) Side A D_O Policy | |
| JX-1404 | 1.6.1.15.5 2018-2019 Hiscox UK ($15M xs $55M) Side A D_O Policy | |
| JX-1405 | 1.6.1.15.6 2018-2019 PPLP IDL Beasley $10M primary | |
| JX-1406 | 1.6.1.15.7 2018-2019 PPLP IDL XL $10 xs primary | |
| JX-1407 | 1.6.1.15.9 2018-2019 Sompo ($10M xs $40M) Side A D_O Policy | |

| | | |
|---|---|---|
| JX-1408 | 1.6.1.16.1 2019-2022 Isosceles $55M Purdue Side A Policy | |
| JX-1409 | 1.6.1.17.1 2019-2020 - Sompo $5M xs $5M Purdue Pharma EPL Policy | |
| JX-1410 | 1.6.1.17.3 2019-2020 - Zurich $5M xs $10M Purdue Pharma LP Fiduciary Policy | |
| JX-1411 | 1.6.1.17.4 2019-2020 AIG Primary $5M ($10M agg) Purdue Pharma LP EPL-Fiduciary Policy | |
| JX-1412 | 1.6.1.19.1 F Auto-80-0274913 Purdue Pharma Policy | |
| JX-1413 | 1.6.1.19.2 F GLProd CT 99-53535 Purdue Pharma L.P. Policy Products Liability Clinical Trials - | |
| JX-1414 | 1.6.1.19.4 FV WC-83-72495 Purdue Pharam L.P. Policy- | |
| JX-1415 | 1.6.1.2.1 2004-2005 Liberty Mutual Purdue Products Liability front EA1-611-004531-074 | |
| JX-1416 | 1.6.1.2.10 2013-2014 Products Liability Policy PURDUE PHARMA L.P. EA2-611-004531-073 | |
| JX-1417 | 1.6.1.2.11 2014-2015 Liberty Mutual Fire Ins Co PPLP Products Liability front EA2611004531074 | |
| JX-1418 | 1.6.1.2.12 2015-2016 CNA Purdue Products front HAZ 40322686-0 | |
| JX-1419 | 1.6.1.2.14 2017- 2018 CNA Purdue Pharma_10.1.17-18 products_front | |
| JX-1420 | 1.6.1.2.15 2018-2019 ORIC Purdue Products Liability Policy - Front MWZZ 314344-100118-100119 | |
| JX-1421 | 1.6.1.2.2 2005-2006 Liberty Mutual Purdue Products front | |
| JX-1422 | 1.6.1.2.3 2006-2007 Liberty Mutual Purdue Products Policy EA1-611-004531-076 | |
| JX-1423 | 1.6.1.2.4 2007-2008 Liberty Mutual Purdue Products Front | |
| JX-1424 | 1.6.1.2.5 2008-2009 Liberty Purdue Products Liability fronting Policy EA1-611-004531-078 | |
| JX-1425 | 1.6.1.2.6 2009-2010 Liberty Mutual Purde Products Liability US fronting Policy EA1-611-004531-079 | |
| JX-1426 | 1.6.1.2.8 2011-2012 Claims Made Products-Completed Ops. Liab. Liberty Mutual Fire Ins. Co EA2-611-004531-071 | |
| JX-1427 | 1.6.1.2.9 2012-2013 Products Completed Operations Liability-Claims-Made Policy EA2-611-004531-072 | |
| JX-1428 | 1.6.1.20.2 Purdue Pharma L.P. - FCGL Prem 80-0275510 - 2016 Policy | |
| JX-1429 | 1.6.1.20.4 Purdue Pharma, L.P. - FCGL Prod 99-53547 - 2016 Policy | |
| JX-1430 | 1.6.1.21.1 Purdue Pharma L.P. - FBAL 80-0276306 - Policy | |
| JX-1431 | 1.6.1.21.2 Purdue Pharma L.P. - FCGL 80-0276305 - Policy | |
| JX-1432 | 1.6.1.22.1 2018-2019 AIG FBAL Auto Liab 80-0276740 | |
| JX-1433 | 1.6.1.22.2 2018-2019 AIG FCGL GL Non-Products 80-0276739 FOREIGN GL | |
| JX-1434 | 1.6.1.23.1 2011-2012 Cargo policy 10-29-2011-2012 | |
| JX-1435 | 1.6.1.23.2 2014-2015 PPLP Cargo ext | |
| JX-1436 | 1.6.1.23.3 2015 Cargo Endorsement No 15 renewal 10-29-2015 | |
| JX-1437 | 1.6.1.23.5 2017-2018 PPLP Cargo policy | |
| JX-1438 | 1.6.1.24.1 2014 -2105 Purdue-Pharma-L.P. Crime Policy | |
| JX-1439 | 1.6.1.24.3 2016-2017 CRIME 00 - Primary Policy - Zurich (FID 6726285 06) | |
| JX-1440 | 1.6.1.24.4 2016-2017 Crime Declarations Excess Crime Policy | |

| | US Speciality Insurance Company FID672628506 | |
|---|---|---|
| JX-1441 | 1.6.1.24.6 2017-2018 1 - HCC $5M xs $10M Purdue Crime Policy 2017-18 | |
| JX-1442 | 1.6.1.24.7 2018-2019 00 - Zurich Primary $10M Crime Policy Purdue Pharma 2018-19 | |
| JX-1443 | 1.6.1.25.3 2018-2019 - Zurich Primary Cyber Policy Purdue Pharma | |
| JX-1444 | 1.6.1.27.1 AL 80-0244114 | |
| JX-1445 | 1.6.1.27.2 FVC 83-72432 | |
| JX-1446 | 1.6.1.27.3 GL 80-0244113 | |
| JX-1447 | 1.6.1.27.4 GL Clinical Trials 99-53523 | |
| JX-1448 | 1.6.1.3.1 2010-2011 Rhodes Pharmaceuticals L.P Products Completed Operations Liability Policy PH10LGL786201NC | |
| JX-1449 | 1.6.1.3.10 2017-2018 Rhodes Pharma Products Policy Navigators | |
| JX-1450 | 1.6.1.3.2 2011-2012 Rhodes Pharmaceuticals Liability Navigators Specialty Ins Co Policy NY11LGL786201NC | |
| JX-1451 | 1.6.1.3.6 2014-2014 Products Policy - Rhodes Pharmaceuticals LP NY14LGL786201NC 02012014_10012014 | |
| JX-1452 | 1.6.1.3.7 2014-2015 Products Policy - Rhodes Pharmaceuticals LP | |
| JX-1453 | 1.6.1.3.8 2015-16 Products Policy Rhodes Pharmaceuticals L.P. - NY15LGL786201NC | |
| JX-1454 | 1.6.1.3.9 2016-2017 Products Policy Rhodes Pharmaceuticals LP Navigators NY16LGL786201NC | |
| JX-1455 | 1.6.1.30.1 2006-07 D&O Primary AIG ($25M) | |
| JX-1456 | 1.6.1.30.4 2007-08 D&O 3rd Excess Arch ($10M xs $70M) | |
| JX-1457 | 1.6.1.30.5 2007-08 D&O Primary AIG ($25M) | |
| JX-1458 | 1.6.1.4.3 2001-2002 Kemper WC-EL Policy 5BR 084 809-00 (various end'ts) | |
| JX-1459 | 1.6.1.4.5 2002-2003 Kemper WC-EL Policy 5BR 084810 01 (AZ and LA) | |
| JX-1460 | 1.6.1.4.7 2002-2003 Kemper Workers Comp Employers Liability Policy 5BR 084809 01 | |
| JX-1461 | 1.6.1.5.1 2006-2007 Liberty Mutual Worker's Compensation and Liability Policy WC7-611-004531-096 | |
| JX-1462 | 1.6.1.5.10 2010-2011 Worker's Compensation Policy WC7 611-004531-090 2of2 | |
| JX-1463 | 1.6.1.5.18 2014-2015 Workers_Compensation_Liberty_Mutual_Fire_Insurance_Comp any_WC7611004531094_2014-10-01 WI | |
| JX-1464 | 1.6.1.5.19 2015-2016 Liberty Mutual Policy WC7-611004531-095 WC Wisconsin WC Policy | |
| JX-1465 | 1.6.1.5.23 2017-2018 Workers Compensation - Wisconsin Liberty Mutual WC7-611-004531-097 Purdue Pharma LP | |
| JX-1466 | 1.6.1.5.26 2018-2019 Coventry WC Liberty Mutual WC7611004531168 2018-10-01 | |
| JX-1467 | 1.6.1.5.3 2007-2008 Liberty Mutual Worker's Compensation and Liability insurance policy WC7-611-004531-097 WI | |
| JX-1468 | 1.6.1.5.4 2007-2008 Liberty Mutual Worker's Compensation and Liability insurance policy WA7-61D-004531-087 | |
| JX-1469 | 1.6.1.5.6 2008-2009 Liberty Mutual WC-ELPolicy WA7-61D- | |

| | 004531-088 | |
|---|---|---|
| JX-1470 | 1.6.1.5.7 2009-2010 Worker's Compensation Policy WA7-61D-004531-089 1of2 | |
| JX-1471 | 1.6.1.5.8 2009-2010 Worker's Compensation Policy WC7 611-004531-099 2of2 | |
| JX-1472 | 1.6.1.5.9 2010-2011 Worker's Compensation Policy WA7-61D-004531-080 1of2 | |
| JX-1473 | 1.6.1.6.5 2001-2002 Lumbermens Business Automobile Policy F5D 056 019-00 | |
| JX-1474 | 1.6.1.6.7 2002-2003 Lumbermens Business Auto Policy F5D 056 016-01 | |
| JX-1475 | 1.6.1.6.8 2002-2003 Lumbermens Business Auto Policy F5D 056 017-01 (VA) | |
| JX-1476 | 1.6.1.6.9 2002-2003 Massachusetts Business Auto Coverage X3P 064 882-01 | |
| JX-1477 | 1.6.1.7.11 2015-2016 AutomobileMotor Liberty Mutual Fire Insurance Company AS2611004531035 20. | |
| JX-1478 | 1.6.1.7.12 2016-17 PPLP Auto Policy - Liberty Mutual Ins Co Policy No. AS2611004531036 2016-10-01 | |
| JX-1479 | 1.6.1.7.14 2018-2019 Liberty Mutual Fire Insurance Company Auto Liability AS2611004531038 2018-10-01 | |
| JX-1480 | 1.6.1.7.2 2007-2008 Liberty Mutual Auto Policy AS2611004531037 | |
| JX-1481 | 1.6.1.7.3 2008-2009 Auto Liability Policy | |
| JX-1482 | 1.6.1.7.5 2010-2011 AutoLiability Insurance Liberty Mutual Policy AS2-611-004531-030 | |
| JX-1483 | 1.6.1.7.7 2012-2013 Automobile Liability Liberty Mutual Fire In. Co Policy AS2-611-004531-032 | |
| JX-1484 | 1.6.1.7.8 2013-2014 Automobile Liability Policy Liberty Mutual Purdue Pharma AS2-611-004531-033 part 1 | |
| JX-1485 | 1.6.1.7.9 2013-2014 Automobile Liability Policy Purdue Pharma AS2-611-004531-033 part 2 | |
| JX-1486 | 1.6.1.8.2 1999-2002 Chubb Finpro excess $14M xs primary | |
| JX-1487 | 1.6.1.8.4 2002-2003 Chubb Finpro Primary Policy 8160-34-80A MTO | |
| JX-1488 | 1.6.1.9.1 2002-2003 Chubb Finpro Primary Policy 8160-34-80A MTO (2) | |
| JX-1489 | 2019-20 Purdue-Isosceles GL-Products Policy (with Endt 1) signed | |
| JX-1490 | 2019-2020 Apollo Excess Liability Policy | |
| JX-1491 | 2019-2020 PPLP Old Republic Policy - MWZZ 315036 | |
| JX-1492 | PPLP-02 Policy - End_t 1 (Revised Declarations) signed.docx (002) | |
| JX-1493 | 01. Lead Umbrella 50M xs Primary | |
| JX-1494 | 02. Excess Layer 175M xs 525M | |
| JX-1496 | 04. Excess Layer 150M xs 225M | |
| JX-1497 | 05. Excess Layer 115M xs 800M | |
| JX-1498 | 06. Excess Layer 100M xs 700M | |
| JX-1499 | 07. Excess Layer 100M xs 125M | |
| JX-1500 | 08. Excess Layer 75M xs 915M | |
| JX-1501 | 09. Excess Layer 75M xs 50M | |
| JX-1502 | 10. Excess Layer 10M xs 990M | |

| JX-1503 | Claim Number 143140 - City of Chicago | 7/29/2020 |
| JX-1504 | Claim Number 1333561 - Town of Hungtington | 7/30/2020 |
| JX-1505 | Claim Number 122344 - State of Iowa | 7/30/2020 |
| JX-1506 | Claim Number 122514 - State of Missouri | 7/30/2020 |
| JX-1507 | Claim Number 122486 - State of Ohio | 7/30/2020 |
| JX-1508 | 1.6.3.2.10 2017 11 29 Purdue Notice of Circumstances to XL | 11/29/2019 |
| JX-1509 | 1.6.3.2.4 2017 11 29 Purdue Notice of Circumstances to AIG | 11/29/2019 |
| JX-1510 | 1.6.3.2.5 2017 11 29 Purdue Notice of Circumstances to Arch | 11/29/2019 |
| JX-1511 | 1.6.3.2.6 2017 11 29 Purdue Notice of Circumstances to AWAC | 11/29/2019 |
| JX-1512 | 1.6.3.2.7 2017 11 29 Purdue Notice of Circumstances to Beazley | 11/29/2019 |
| JX-1513 | 1.6.3.2.8 2017 11 29 Purdue Notice of Circumstances to QBE | 11/29/2019 |
| JX-1514 | 1.6.3.2.9 2017 11 29 Purdue Notice of Circumstances to US Specialty | 11/29/2019 |
| JX-1516 | 1.6.3.2.56 2018 07 20 Chang Notice Letter to Marsh re 2003-04 Tower (Jersey City) -- (PPLPCNC500143918) | 7/19/2018 |
| JX-1517 | 1.6.3.2.36 2018 04 16 Chang Notice LTR to Marsh re 2003-04 Insurers re Hudson Cty -- (PPLPCNC500143810) | 4/16/2018 |
| JX-1518 | 1.6.3.2.67 2018 09 24 Chang D_O Notice Ltr to Marsh re Metrohealth - 2003-04 Program -- (PPLPCNC500143949) | 9/24/2018 |
| JX-1519 | 2004 12 02 Purdue Notice of Circumstance to Marsh.PDF | 12/2/2004 |
| JX-1520 | 2019 03 14 Glackin (Chubb) Denial Letter re NY NJ DE OH and MD actions.PDF | 3/14/2019 |
| JX-1521 | 2019 04 22 Beecy (Clyde for USSIC) Ltr to Chang.PDF | 4/22/2019 |
| JX-1522 | 2019 06 25 Glackin (Chubb) Denial Letter re claims on Ex. A.PDF | 6/25/2019 |
| JX-1523 | 2019 06 25 Glackin (Chubb) denial re City of New York 414261.PDF | 6/25/2019 |
| JX-1524 | 2019 09 11 Beecy (Beazley) Denial Ltr to Chang re D&O NOC.PDF | 9/11/2019 |
| JX-1525 | 2017 12 19 Culotta (QBE) ROR LTR re Montana Action - 552643N.PDF | 12/19/2017 |
| JX-1526 | 2017 12 19 Musolino (AIG) LTR accepting Purdue NOC-opiates-matter.PDF | 12/19/2017 |
| JX-1527 | 2017 12 28 Duffell (Beazley) Acknowledgement of NOC and Montana.PDF | 12/28/2017 |
| JX-1528 | 2018 01 05  QBE ROR re Montana Action - 548658N.PDF | 1/5/2018 |
| JX-1529 | 2018 01 11 Duffel (Beazley) ROR re State of Montana.PDF | 1/11/2018 |
| JX-1530 | 2018 03 12 QBE (Culotta) ROR LTR re Camden Cty Action.PDF | 3/12/2018 |
| JX-1531 | 2018 04 10 QBE ROR Ltr re Bamdad - 579942N.PDF | 4/10/2018 |
| JX-1532 | 2018 07 23  Clyde & Co (US Specialty) LTR to Chang re Mass AG notice.PDF | 7/23/2018 |
| JX-1533 | 2018 09 06 Musolino (AIG) LTR to Chang re coverage for opioid claims.PDF | 9/6/2018 |
| JX-1534 | 2018 09 17 Pidlak (XLCatlin) ROR re NJ and MA claims.PDF | 9/17/2018 |
| JX-1535 | 2018 11 15 Glackin (Chubb) denial for Bamdad Action.PDF | 11/15/2018 |
| JX-1536 | 2018 11 15 Glackin (Chubb) denial for Camden Cty NJ Action.PDF | 11/15/2018 |
| JX-1537 | 2018 11 15 Glackin (Chubb) denial for Hudson Cty NJ Action.PDF | 11/15/2018 |
| JX-1538 | 2018 11 15 Glackin (Chubb) denial for Massachusetts AG claims.PDF | 11/15/2018 |

| JX-1539 | 2018 11 29 Glackin (Chubb) Denial LTR for Siebler action.PDF | 11/29/2018 |
| JX-1540 | 2016 07 25 Geddes to Kramer re ROR.PDF | 7/25/2016 |
| JX-1541 | 2016 08 02 Geddes (XL Bermuda) LTR to Kramer.PDF | 8/2/2016 |
| JX-1542 | 2016 08 08 LTR from Isaacsohn to AVK re ROR for Miss Action.PDF | 8/8/2016 |
| JX-1543 | 2017 04 03 Isaacsohn (Evanston) ROR re City of Everett Action.PDF | 4/23/2017 |
| JX-1544 | 2017 06 27 Isaacsohn (Evanston) ROR re City of Dayton Complaint.PDF | 6/27/2017 |
| JX-1545 | 2017 08 07 Isaacsohn LTR re City of Lorain, Ohio Complaint.PDF | 8/7/2017 |
| JX-1546 | 2017 08 07 Isaacsohn LTR re Lewis Class Action Complaint.PDF | 8/7/2017 |
| JX-1547 | 2017 10.2 Isaacsohn Ltr Re City of Parma, Ohio Claim.PDF | 10/2/2017 |
| JX-1548 | 2017 10.2 Isaacsohn Ltr Re City of Waterbury, Connecticut Claim.PDF | 10/2/2017 |
| JX-1549 | 2017 10.2 Isaacsohn Ltr Re County of Schenectady Claim.PDF | 10/2/2017 |
| JX-1550 | 2017 10.2 Isaacsohn Ltr Re People of State of Illinois, Union County Claim.PDF | 10/2/2017 |
| JX-1551 | 2017 10.2 Isaacsohn Ltr Re People of State of Illonois, Jersey County Claim.PDF | 10/2/2017 |
| JX-1552 | 2017 10.2 Isaacsohn Ltr Re State of Oklahoma Claim.PDF | 10/2/2017 |
| JX-1553 | 2017 11 01 Isaacsohn (Markel) ROR LTR new LA & PA actions.PDF | 11/1/2017 |
| JX-1554 | 2017 11 21 Isaacsohn (Evanston) ROR re City of Toledo + 9 suits.PDF | 11/21/2017 |
| JX-1555 | 2017.10.16 Isaacsohn Ltr Re City of Manchester NH, Richland County Child....PDF | 10/16/2017 |
| JX-1556 | 2017.11.16 Isaacsohn (Evanston) ROR Bond, Gallatin, Hardin, Wabash and W....PDF | 11/16/2017 |
| JX-1557 | 2017.11.16 Isaacsohn (Evanston) ROR Boyd, Campbell, Clay, Cumberland, Fr....PDF | 11/16/2017 |
| JX-1558 | 2017.11.16 Isaacsohn (Evanston) ROR Christian County (KY), Oldham County....PDF | 11/16/2017 |
| JX-1559 | 2017.11.16 Isaacsohn (Evanston) ROR City of Paterson (NJ), Porrino AG (N....PDF | 11/16/2017 |
| JX-1560 | 2017.11.16 Isaacsohn (Evanston) ROR County of Beaver (PA), Kankakee Coun....PDF | 11/16/2017 |
| JX-1561 | 2017.11.16 Isaacsohn (Evanston) ROR Parishes of Calcasieu and Jefferson Davis (LA).PDF | 11/16/2017 |
| JX-1562 | 2017.11.16 Isaacsohn (Evanston) ROR re Licking, Huron, Colombiana and Er....PDF | 11/16/2017 |
| JX-1563 | 2017.11.16 Isaacsohn (Evanston) ROR Vinton, Gallia, Pike, Hocking, Ross,....PDF | 11/16/2017 |
| JX-1564 | 2018 01 02 Isaacsohn (Evanston) ROR re misc actions.PDF | 1/2/2018 |
| JX-1565 | 2018 01 03 Isaacsohn (Evanston) ROR re misc actions.PDF | 1/3/2018 |
| JX-1566 | 2018 01 04 Isaacsohn (Evanston) ROR re WI actions.PDF | 1/4/2018 |
| JX-1567 | 2018 01 05 Isaacsohn (Evanston) ROR re misc actions.PDF | 1/5/2018 |
| JX-1568 | 2014 09 08 Saul (XL Bermuda) LTR re Governmental Actions.PDF | 9/8/2014 |
| JX-1569 | 2018 01 08 Isaacsohn (Evanston) ROR re WI actions.PDF | 1/8/2018 |
| JX-1570 | 2018 01 26 Chubb (ACE Bermuda) ROR Exhibit A.PDF | 1/26/2018 |

| JX-1571 | 2018 01 26 Chubb (ACE Bermuda) ROR LTR re Opioid Actions.PDF | 1/26/2018 |
|---|---|---|
| JX-1572 | 2018 02 02 Geddes (XLB) letter to Ann Kramer.PDF | 2/2/2018 |
| JX-1573 | 2018 07 02 Markel ROR re Individual and Non-Individual Actions.PDF | 7/2/2018 |
| JX-1574 | 2018 08 23 Bryer (Starr) Letter to A. Kramer.PDF | 8/23/2018 |
| JX-1575 | 2018 08 23 D  Andraia (Riverstone-TIG) ROR.PDF | 8/23/2018 |
| JX-1576 | 2018 10 22 D  Andraia (TIG_RiverStone) ROR LTR.PDF | 10/22/2018 |
| JX-1577 | 2018 11 09 RiverStone ROR LTR (10  10-11  8 notices).PDF | 11/9/2018 |
| JX-1578 | 2018 12 17 D  Andraia (RiverStone_TIG) RoR LTR.PDF | 12/17/2018 |
| JX-1579 | 2019 02 05 Starr Supplemental ROR for all Governmental-TPP claims.PDF | 2/5/2019 |
| JX-1580 | 2019 08 16 Geddes (XLB) LTR re coverage of Opioid Claims.PDF | 8/16/2019 |
| JX-1581 | 2019 10 15 RiverStone ACK-US Letter re Ada County.pdf | 10/15/2019 |
| JX-1582 | 2014 09 16 Geddes Letter to Ann Kramer.PDF | 9/6/2014 |
| JX-1589 | Cushing Deposition Exhibit 2 | |
| JX-1592 | Plan Supplement, Exhibit A - Hospital Trust Distribution Procedures*<br><br>* any subsequent amendments shall supersede this version | 7/8/2021 |
| JX-1593 | Plan Supplement, Exhibit B - NAS Monitoring Trust Distribution Procedures*<br><br>* any subsequent amendments shall supersede this version | 7/15/2021 |
| JX-1594 | Plan Supplement, Exhibit C - PI Trust Distribution Procedures*<br><br>* any subsequent amendments shall supersede this version | 5/17/2021 |
| JX-1596 | Plan Supplement, Exhibit E - TPP Trust Distribution Procedures*<br><br>* any subsequent amendments shall supersede this version | 7/8/2021 |
| JX-1597 | Plan Supplement, Exhibit G - NOAT TDP** any subsequent amendments shall supersede this version | 7/15/2021 |
| JX-1598 | Plan Supplement, Exhibit H - Tribe Trust Distribution Procedures*<br><br>* any subsequent amendments shall supersede this version | 7/15/2021 |
| JX-1599 | Plan Supplement, Exhibit I - Non-NAS PI TDP*<br><br>* any subsequent amendments shall supersede this version | 6/30/2021 |
| JX-1607 | Plan Supplement, Exhibit J - NAS PI TDP*<br><br>* any subsequent amendments shall supersede this version | 6/30/2021 |
| JX-1624 | Plan Supplement, Exhibit W - NewCo Operating Agreement*<br><br>* any subsequent amendments shall supersede this version | 7/15/2021 |
| JX-1625 | Plan Supplement, Exhibit AA - Shareholder Settlement Agreement*<br><br>* any subsequent amendments shall supersede this version | 7/19/2021 |
| JX-1628 | Notice of Filing of Monitor's Report, Doc. 1584, dated August | 8/18/2020 |

| | 18, 2020 (19-23649) | |
|---|---|---|
| JX-1629 | Third Monitor Report, Doc. 1956, dated November 16, 2020 (19-23649) | 11/16/2020 |
| JX-1631 | Fifth Monitor Report, Doc. 2891, dated May 20, 2021 | 5/20/2021 |
| JX-1632 | Complaint, Doc. 1, dated January 29, 2021 (21-07005) | 1/29/2021 |
| JX-1633 | Answer of American Guarantee and Steadfast, Doc. 51, dated April 5, 2021 (21-07005) | 4/5/2021 |
| JX-1634 | Answer of Liberty Mutual Insurance, Doc. 61, dated April 5, 2021 (21-07005) | 4/5/2021 |
| JX-1635 | Answer of Navigators Specialty Insurance Co., Doc. 70, dated April 5, 2021 | 4/5/2021 |
| JX-1636 | Answer of Gulf Underwriters, Doc. 169, dated July 7, 2021 (21-07005) | 7/7/2021 |
| JX-1637 | Mediator's Report, Doc. 1716, dated September 23, 2020 (19-23649) | 9/23/2020 |
| JX-1638 | Mediator's Report, Doc. 2548, dated March 23, 2021 (19-23649) | 3/23/2021 |
| JX-1639 | Mediator's Report, Doc. 3119, dated July 7, 2021 (19-23649) | 7/7/2021 |
| JX-1642 | Answer to Complaint- XL Insurance America, Inc, Doc. 67, dated April 5, 2021 (21-07005) | 4/5/2021 |
| JX-1643 | Answer to Complaint- North American Elite Insurance Company, Doc. 86, dated April 5, 2021 (21-07005) | 4/5/2021 |
| JX-1644 | Answer to Complaint- Aspen American Insurance Company, Doc. 87, dated April 5, 2021 (21-07005) | 4/5/2021 |
| JX-1646 | Complaint, State of Delaware v. Richard Sackler, Case no. N19C-09-062 MMJ CCLD (Del. Superior Ct. Sept. 9, 2019). | 9/9/2019 |
| JX-1647 | Complaint, State of Oregon v. Richard Sackler, Case no.19CV22185 (Ore. Cir. Ct., Multnomah Cty. May 16, 2019). | 5/16/2019 |
| JX-1648 | Exh. A. Amended Complaint, State of Rhode Island v. Purdue Pharma L.P., Case no. PC 2018-4555 (R. I. Superior Ct. Providence Feb. 25, 2019) [Confidential – Subject to Protective Order]. | 2/25/2019 |
| JX-1649 | Complaint, State of Vermont v. Richard Sackler, Case no. Case No. 469-5-19 Cncv (VT Superior Ct. Chittenden Unit, May 21, 2019) | 5/21/2019 |
| JX-1650 | Consolidated Proof of Claim of States, Territories and Other Governmental Entities, Claim No. 150563, including all of the complaints listed on schedule 10 thereof | 7/30/2020 |
| JX-1651 | Exhibit B to Motion of Debtors Pursuant to 11 U.S.C. § 105 and Fed. R. Bankr. P. 9019 Authorizing and Approving Settlements Between the Debtors and the United States [docket 1828]. | 10/21/2020 |
| JX-1652 | Exhibit C to Motion of Debtors Pursuant to 11 U.S.C. § 105 and Fed. R. Bankr. P. 9019 Authorizing and Approving Settlements Between the Debtors and the United States [docket 1828]. | 10/21/2020 |
| JX-1655 | Statement of United States Attorney John Brownlee on the Guilty Plea of the Purdue Fredrick Company and its Executives for Illegally Misbranding Oxycontin, (May 10, 2007). | 5/10/2007 |
| JX-1656 | Stipulated General Judgment, State of Oregon ex rel Hardy Myers v. Purdue Pharma L.P., case no. 07c14241 (Oregon Cir. Ct., Marion Cty., May 8, 2007). | 5/8/2007 |
| JX-1657 | Stipulated General Judgment, State of Connecticut v. Purdue Pharma, Inc., Docket No. CW074029935 (Connecticut Superior Ct., Hartford Dist., May 8, 2007). | 5/8/2007 |

| JX-1658 | Commonwealth of Massachusetts v. Purdue Pharma LP, No. 1884-CV-01808, 36 Mass. L. Rptr. 111, (Mass. Sup. Ct. Oct. 8, 2019). | 10/8/2019 |
|---|---|---|
| JX-1659 | Decision, State of Rhode Island v. Purdue Pharma, L.P., C.A. No. PC-2018-4555 (R. I. Superior Ct. Providence August 16, 2019). | 8/16/2019 |
| JX-1660 | Confidential Memorandum from Peter Boer to Jon Sackler, Re: Sale of Pharmaceutical Interests, dated July 24, 2007, PPLPUCC9000491386 [Highly Confidential – Subject to Protective Order]. | 7/24/2007 |
| JX-1672 | Purdue Quarterly Report to the Board 2nd Quarter 2012 | 7/25/2012 |
| JX-1673 | 12/15/1998 Email of Kathe Sackler | 4/3/2019 |
| JX-1674 | Russell Gasdia Email of 10/28/13 | 10/28/2013 |
| JX-1675 | David Rosen Email 7/8/13 | 7/8/2013 |
| JX-1676 | Dr. Richard Sackler email of 1/3/2001 | 1/3/2001 |
| JX-1677 | Dr. Richard Sackler email of 4/8/2001 | 4/8/2001 |
| JX-1678 | Dr. Richard Sackler email of 9/1/2008 (11:06 a.m.) | 9/1/2008 |
| JX-1679 | 7/22/2010 Board of Directors Meeting Agenda - July 20 Draft | 7/20/2010 |
| JX-1680 | Dr. Richard Sackler email of 9/1/2008 (9:03 a.m.) | 9/1/2008 |
| JX-1681 | Steven Gruenwald email of 12/8/2017 | |
| JX-1682 | Clyde Williams email of 8/10/2017 | |
| JX-1683 | OxyContin 2016 Strategy Plan | 7/7/2014 |
| JX-1684 | 2010 Budget Presentation Notes and Actions | 12/22/2009 |
| JX-1685 | Email of John Stewart | 6/16/2011 |
| JX-1686 | Email of Richard Sackler | 1/30/2011 |
| JX-1687 | Email of Edward Mahoney | 3/9/2008 |
| JX-1688 | Board of Directors meeting agenda 1/30/18 | 1/29/2018 |
| JX-1689 | Board of Directors meeting agenda 3/8/2018 | 3/6/2018 |
| JX-1693 | Commercial Budget Meeting presentation draft | 11/14/2017 |
| JX-1694 | Email from Richad Sackler to David Rosen and Russell Gasdia | 3/8/2008 |
| JX-1695 | 2008 Rx Factory Forecast | 7/19/2007 |
| JX-1696 | Email from Amir Levin to Richard Sackler, Mortimer Sackler, | 8/27/2008 |
| JX-1697 | Email from Ilene Sackler Lefcourt to Richard Sackler | 7/10/2008 |
| JX-1698 | Email from David Sackler to Richard Sackler, John Stewart, and Jonathan Sackler | 4/11/2008 |
| JX-1699 | Email from Richard Sackler to Robert Kaiko, Jonathan Sackler, and Craig Landau | 5/15/2008 |
| JX-1700 | "Product C Profile" | 11/9/2008 |
| JX-1701 | Email from Richard Sackler to John Stewart | 4/24/2008 |
| JX-1702 | Email from Mark Timney to Richard Sackler | 1/8/2015 |
| JX-1703 | Email from Jonathan Sackler to Richard Sackler, David Sackler | 11/12/2014 |
| JX-1704 | "Draft Message to the Board" | 11/12/2014 |
| JX-1705 | Email from Jonathan Sackler To Richard Sackler | 11/15/2014 |
| JX-1706 | Email from Ilene Sackler Lefcourt to Josephine Martin | 9/18/2017 |
| JX-1707 | Email from Ilene Sackler Lefcourt to Josephine Martin | 9/19/2017 |
| JX-1708 | Email fro Richard Sackler to Josephine Martin | 7/20/2017 |
| JX-1709 | Email from Jonathan Sackler to Jon Stewart, Ake Winstrom, David Haddox, Karen Reimer, Craig Landau | 12/31/2007 |
| JX-1710 | Email from Amy Grandison to Beverly Sackler, Theresa Sackler, Richard Sackler, Ilene Sackler Lefcourt, Kathe Sackler, Jonathan Sackler, Mortimer Sackler, David Sackler, Peter Boer, Cecil Pickett, Paulo Costa, Jacques Theurillat, Maria Barton, Anthony | 11/8/2017 |

| | Roncalli, Stuart Baker, Craig Landau | |
|---|---|---|
| JX-1711 | "Purdue Pharma Telling our Story: 2018" | 11/6/2017 |
| JX-1712 | Mundipharma US/ROW Technical Operations, Project Optimal Update Week of June 4, 2018 | 6/1/2018 |
| JX-1713 | Powerpoint Slides beginning w/ "Cumulative Reductions from FTEs from 2013" | 4/17/2019 |
| JX-1714 | "Exective Compensation Recommendations" | 1/30/2018 |
| JX-1715 | Email from Ilene Sackler Lefcourt to Alberto Martinez | 3/17/2018 |
| JX-1716 | | |
| JX-1717 | Email from Ilene Sackler Lefcourt to Samantha Sackler Hunt, Mariss Sackler, Sophie Dalyrymple, Michael Sackler, David Sackler | 10/18/2017 |
| JX-1718 | Email from Ilene Sackler Lefcourt to Mortimer Sackler | 10/28/2013 |
| JX-1719 | Email from Ilene Sackler Lefcourt to Jonathan Sackler | 12/11/2017 |
| JX-1720 | Email from David Haddox to Richard Sackler, John Stewart, Anthony Santopoio | 4/16/2008 |
| JX-1721 | Draft Presentation re OxyContin ADF Roll Our | 4/16/2018 |
| JX-1722 | Email from Mark Timney to David Sackler | 8/21/2014 |
| JX-1723 | Email from J Sackler to David Sackler | 10/6/2014 |
| JX-1724 | Email from Taylor Lefcourt to Ilene Sackler Lefcourt | 10/19/2017 |
| JX-1725 | Email from Ilene Sackler Lefcourt to Samantha Sackler Hunt, Mariss Sackler, Sophie Dalyrymple, Michael Sackler, David Sackler | 10/19/2017 |
| JX-1726 | Email from Richard Sackler to David Sackler and Ralph Snyderman | 8/10/2012 |
| JX-1727 | Deposition of Kathe Sackler 4/1/2019 | 4/5/2019 |
| JX-1728 | Deposition of Russell Gasdia 1/15/2019 | 1/21/2019 |
| JX-1729 | Deposition of Richard Sackler 7/25/2002 | 7/25/2002 |
| JX-1730 | Deposition of Russell Gasdia 6/27/2008 | 6/27/2008 |
| JX-1731 | Deposition of Robert Kaiko 11/28/2018 | 12/2/2018 |
| JX-1732 | Deposition of Stuart Baker | |
| JX-1733 | Russell Gasdia email 4/12/12 | |
| JX-1735 | 5/21/2019 Examination of James Gill | 5/21/2019 |
| JX-1736 | Judge for Yourselves | 7/5/2021 |
| JX-1737 | Judge for Yourselves | 7/5/2021 |
| JX-1738 | Judge for Yourselves | 7/5/2021 |
| JX-1739 | Judge for Yourselves | 7/5/2021 |
| JX-1740 | Judge for Yourselves | 7/5/2021 |
| JX-1741 | Judge for Yourselves | 7/5/2021 |
| JX-1742 | Judge for Yourselves | 7/5/2021 |
| JX-1743 | Judge for Yourselves | 7/5/2021 |
| JX-1744 | Judge for Yourselves | 7/5/2021 |
| JX-1745 | Judge for Yourselves | 7/5/2021 |
| JX-1746 | Judge for Yourselves | 7/5/2021 |
| JX-1747 | Judge for Yourselves | 7/5/2021 |
| JX-1748 | Judge for Yourselves | 7/5/2021 |
| JX-1749 | Judge for Yourselves | 7/5/2021 |
| JX-1750 | Examination of Ceanethia Rogers | |
| JX-1753 | Amended Statement of Charges, *Consumer Protection Division, Office of the Attorney General v. Purdue Pharma et al.* | 5/29/2019 |
| JX-1754 | Response and Affirmative Defenses of Purdue Pharma et al, and | 8/20/2019 |

|  | all exhibits thereto, *Consumer Protection Division, Office of the Attorney General v. Purdue Pharma et al.* |  |
|---|---|---|
| JX-1755 | Response and Affirmative Defenses of Rhodes, and all exhibits thereto, *Consumer Protection Division, Office of the Attorney General v. Purdue Pharma et al.* | 8/20/2019 |
| JX-1757 | Proponent's response in opposition to motion to continue administrative hearing, and all exhibits thereto, *Consumer Protection Division, Office of the Attorney General v. Purdue Pharma et al.* | 8/2/2019 |
| JX-1758 | Administrative subpoena issued to Richard Sackler, Johnathan Sackler, Mortimer Sackler, Ilene Sackler Lefcourt, Beverly Sackler, Theresa Sackler, | 4/26/2019 |
| JX-1773 | Minutes of Board meeting | 11/19/2004 |
| JX-1779 | Composite Copy of Purdue Pharma Inc. By-Laws Incorporating All Amendments Through April 18, 2008 | 4/18/2008 |
| JX-1781 | Letter from OIG on First Reporting Period | 5/06/2009 |
| JX-1782 | Purdue Quarterly Report to the Board | 4/21/2010 |
| JX-1783 | Letter from OIG on Third Reporting Period | 1/28/2011 |
| JX-1784 | 2010 audited combined financial statements | 4/15/2011 |
| JX-1785 | Board of Directors Meeting Minutes | 6/24/2011 |
| JX-1786 | Notes regarding Board of Director votes | 6/24/2011 |
| JX-1787 | Letter from OIG on Fourth Reporting Period | 3/08/2012 |
| JX-1788 | 2011 audited combined financial statements | 4/11/2012 |
| JX-1789 | Report to Board: Post CIA Compliance | 7/19/2012 |
| JX-1790 | Purdue Quarterly Report to the Board, 2nd Quarter 2012 | 7/27/2012 |
| JX-1791 | Letter from OIG on Fifth Reporting Period | 1/24/2013 |
| JX-1794 | 2013 audited combined financial statements | 3/31/2014 |
| JX-1795 | 2014 audited combined financial statements | 4/01/2015 |
| JX-1797 | 2015 audited combined financial statements | 4/05/2016 |
| JX-1800 | Ethics and Compliance Report to Board of Directors | 8/25/2016 |
| JX-1801 | Quarterly Ethics and Compliance Report to Board of Directors for 3Q2016 | 12/01/2016 |
| JX-1802 | 2016 audited combined financial statements | 3/31/2017 |
| JX-1803 | Third amended partnership agreement | 3/07/2018 |
| JX-1804 | 2017 audited combined financial statements | 4/05/2018 |
| JX-1806 | Purdue Pharma L.P. Fifth Amended & Restated Limited Partnership Agreement | 6/20/2019 |
| JX-1807 | A Side Defenses Presentation | 12/06/2019 |
| JX-1811 | Ilene Sackler Lefcourt Non Opioid Proof of Claim Form | 7/29/2020 |
| JX-1812 | Kathe Sackler Non Opioid Proof of Claim Form | 7/29/2020 |
| JX-1813 | Mortimer D.A. Sackler Non Opioid Proof of Claim Form | 7/29/2020 |
| JX-1814 | Theresa Sackler Non Opioid Proof of Claim Form | 7/29/2020 |
| JX-1816 | Cecil Pickett Deposition Excerpts | 10/30/2020 |
| JX-1818 | Compliance Report | 6/1/2004 |
| JX-1819 | Compliance Report | 1/31/2005 |
| JX-1820 | Compliance Report | 4/15/2005 |
| JX-1821 | Compliance Report | 7/13/2005 |
| JX-1822 | Compliance Report | 9/20/2005 |
| JX-1823 | Compliance Report | 4/5/2006 |
| JX-1824 | Compliance Report | 11/1/2006 |
| JX-1825 | Compliance Report | 12/1/2006 |

| JX-1826 | 2007Q1 Quarterly Compliance Report | 4/24/2007 |
| JX-1827 | 2007Q2 Compliance Report | 8/6/2007 |
| JX-1828 | 2007Q4 Quarterly Compliance Report | 2/8/2008 |
| JX-1829 | 2008Q1 Quarterly Compliance Report | 5/16/2008 |
| JX-1830 | 2012Q2 Quarterly Compliance Report | 7/19/2012 |
| JX-1831 | 2013Q2 Quarterly Compliance Report | 7/25/2013 |
| JX-1832 | 2015Q4 Quarterly Compliance Report | 3/9/2016 |
| JX-1833 | Ethics and Compliance Quarterly Report | 8/25/2016 |
| JX-1834 | Ethics And Compliance Report | 3/1/2017 |
| JX-1835 | Ethics and Compliance Report | 12/1/2017 |
| JX-1836 | 2005 Update - 2006 Budget | 11/1/2005 |
| JX-1837 | K. Thompson Ltr. to B. Weinstein | 5/6/2009 |
| JX-1838 | K. Thompson Ltr. to B. Weinstein | 1/28/2011 |
| JX-1839 | K. Thompson Ltr. to B. Weinstein | 3/8/2012 |
| JX-1840 | K. Thompson Ltr. to B. Weinstein | 1/24/2013 |
| JX-1841 | Combined Audited Fin. Statement for 2005-2006 | 5/14/2007 |
| JX-1842 | Combined Audited Fin. Statement for 2006-2007 | 3/31/2008 |
| JX-1843 | Combined Audited Fin. Statement for 2009-2010 | 4/5/2011 |
| JX-1844 | Combined Audited Fin. Statement for 2010-2011 | 4/11/2012 |
| JX-1845 | Combined Audited Fin. Statement for 2011-2012 | 3/29/2013 |
| JX-1846 | Combined Audited Fin. Statement for 2012-2013 | 3/31/2014 |
| JX-1847 | Combined Audited Fin. Statement for 2013-2014 | 4/1/2015 |
| JX-1848 | Combined Audited Fin. Statement for 2014-2015 | 3/31/2016 |
| JX-1849 | Combined Audited Fin. Statement for 2015-2016 | 3/31/2017 |
| JX-1850 | Combined Audited Fin. Statement for 2016-2017 | 4/5/2018 |
| JX-1851 | Board Agenda | 1/11/2008 |
| JX-1852 | Board Agenda | 11/3/2009 |
| JX-1853 | Purdue 10-Year Plan | 5/9/2013 |
| JX-1854 | Board Agenda | 5/15/2014 |
| JX-1855 | Purdue Ratings Agency Pres. | 3/11/2016 |
| JX-1856 | S. Ives Email | 6/28/2015 |
| JX-1857 | S. Ives Email attachment - 3/22/15 Term Sheet | 7/13/2015 |
| JX-1858 | S. Ives Email | 7/13/2015 |
| JX-1859 | D. Sackler Email | 8/13/2015 |
| JX-1860 | Midyear Update | 6/8/2016 |
| JX-1861 | Purdue financials and sales information from 2008-2012 | |
| JX-1862 | Purdue P&L Estimates 2015-16 | |
| JX-1863 | SOP Identifying Possible Diversion | 10/15/2002 |
| JX-1864 | SOP Indicators of Possible Diversion | 11/1/2002 |
| JX-1865 | SOM SOP Financing and Accounting | 3/12/2003 |
| JX-1866 | SOP 7.7 Procedure for Reporting Suspicious Orders | 3/23/2003 |
| JX-1867 | SOP Indicators of Possible Diversion | 10/6/2003 |
| JX-1868 | SOP Routing of Adverse Event Information by Employees, MA-DSP-SOP-000001 | 3/1/2005 |
| JX-1869 | SOP Postmarketing Adverse Event Capture and Reportin, MA-DSP-SOP-000002 | 6/1/2006 |
| JX-1870 | SOP Routing of Reports of Concern, RM-SOP-000001 | 9/13/2006 |
| JX-1871 | ADD Program SOP | 6/15/2007 |
| JX-1872 | Material Review Process SOP | 11/9/2007 |
| JX-1873 | Purdue SOP Num. GC-SOP-0020, Material Review Process | 11/1/2007 |
| JX-1874 | Material Review Process SOP | 6/6/2008 |

| JX-1875 | Sales Force SOP | 7/30/2008 |
| JX-1876 | SOP Order Manament System | 3/23/2009 |
| JX-1877 | SOP Retention of HCPs, GC-SOP-0001.04 | 7/22/2010 |
| JX-1878 | Material Review Process SOP | 8/12/2010 |
| JX-1879 | Material Review Process SOP | 7/29/2011 |
| JX-1880 | SOP for Analgesic Sales Force | 2/27/2012 |
| JX-1881 | Sales Force SOPs | 1/2/2013 |
| JX-1882 | Good Starting Materials for Material Review Process | 6/10/2014 |
| JX-1883 | ADD Program SOP | 9/1/2015 |
| JX-1884 | Sales Force SOP Manual | 1/1/2016 |
| JX-1885 | Material Review Process SOP | 8/19/2016 |
| JX-1886 | Purdue SOP Num. REG-SOP-0060,  Material Approval Process | 8/1/2016 |
| JX-1887 | Good Starting Materials for Material Review Process | 11/22/2016 |
| JX-1888 | ADD Program SOP | 8/1/2017 |
| JX-1889 | N.Y.--Purdue Assurance of Discontinuance | 8/19/2015 |
| JX-1890 | Original Compliance Charter | 9/21/2005 |
| JX-1891 | Purdue Corp. Integrity Agt., US v. PFC, 07-cr-29, ECF Nos. 5-5,5-6 (W.D.Va.) | 5/7/2007 |
| JX-1892 | Amended Compliance Charter | 5/11/2007 |
| JX-1893 | Crim. Information, US v. PFC, 07-cr-29, ECF No. 5 (W.D.Va.) | 5/10/2007 |
| JX-1894 | Crim. Information Att.A (Entity List), US v. PFC, 07-cr-29, ECF No. 5-1 (W.D.Va.) | 5/10/2007 |
| JX-1895 | Crim. Information Att.B (Agreed Statement of Facts), US v. PFC, 07-cr-29, ECF No. 5-2 (W.D.Va.) | 5/10/2007 |
| JX-1896 | Crim. Information Att.C (Non-Prosecution Agt.), US v. PFC, 07-cr-29, ECF No. 5-3 (W.D.Va.) | 5/10/2007 |
| JX-1897 | Crim. Information Att.D (Civil Sett.), US v. PFC, 07-cr-29, ECF No. 5-4 (W.D.Va.) | 5/10/2007 |
| JX-1898 | Crim. Information Att.M (Form of Sett.), US v. PFC, 07-cr-29, ECF No. 5-14 (W.D.Va.) | 5/10/2007 |
| JX-1899 | Plea Agreement, US v. PFC, 07-cr-29, ECF No. 6 (W.D.Va.) | 5/10/2007 |
| JX-1900 | Ky. Consent Judgment, In re Purdue Pharma L.P., No. 07-CI-740 (Ky. Cir. Ct.) | 5/8/2007 |
| JX-1901 | New York Medicaid Settlement | 7/27/2007 |
| JX-1902 | [ECF No. 654] Notice of Filing of Sp. Comm. Report, with Ex., AlixPartners Cash Transfers Report | 12/16/2019 |
| JX-1903 | [ECF No. 1194] Notice of Filing Sp. Comm. Report, with Ex., AlixPartners Intercompany Transfers | 5/29/2020 |
| JX-1904 | Goldman Sachs Discussion Materials for Purdue | 7/14/2009 |
| JX-1905 | JP Morgan Discussion Materials | 8/13/2014 |
| JX-1906 | Moody's Indicative Rating Ltr. | 3/30/2016 |
| JX-1907 | S&P Indicative Rating Ltr. | 4/7/2016 |
| JX-1908 | Memo re 2009 Scorecard Summary | 1/18/2010 |
| JX-1909 | 2010 Business Success Scorecard Presentation | 2/24/2010 |
| JX-1910 | Compensation Committee Presentation | 1/21/2011 |
| JX-1911 | Memo to Board | 1/24/2011 |
| JX-1912 | PPI Decision Document re Scorecards for PPLP | 2/16/2011 |
| JX-1913 | Compensation Committee Presentation | 1/18/2012 |
| JX-1914 | Amended Martin Expert Report | 7/26/2021 |
| JX-1915 | Amended Martin Report Ex. A (Raymond-side Informational Pres. Materials & Supp.) | 11/22/2019 |

| JX-1916 | Amended Martin Report Ex. B (Raymond-side Net Assets Report) | 1/15/2020 |
| JX-1917 | Amended Martin Report Ex. C (Raymond-side Cash+Non-cash Activity Summary) | 8/13/2020 |
| JX-1918 | Amended Martin Report Ex. D (Raymond-side Updated Net Assets Report) | 3/1/2021 |
| JX-1919 | Amended Martin Report Ex. E (Expert CV) | 7/26/2021 |
| JX-1920 | Amended Martin Report Ex. F (Prior Testimony) | 7/26/2021 |
| JX-1921 | Amended Martin Report Ex. G (Materials Considered) | 7/26/2021 |
| JX-1922 | Amended Martin Report Ex. H (Raymond-side March 31, 2021 Updated Net Assets Report) | 7/26/2021 |
| JX-1923 | Amended Martin Report Ex. I (Additional Materials Considered) | 7/26/2021 |
| JX-1924 | Martin Expert Report | 6/15/2021 |
| JX-1925 | Martin Report Ex. A (Raymond-side Informational Pres. Materials & Supp.) | 11/22/2019 |
| JX-1926 | Martin Report Ex. B (Raymond-side Net Assets Report) | 1/15/2020 |
| JX-1927 | Martin Report Ex. C (Raymond-side Cash+Non-cash Activity Summary) | 8/13/2020 |
| JX-1928 | Martin Report Ex. D (Raymond-side Updated Net Assets Report) | 3/1/2021 |
| JX-1929 | Martin Report Ex. E (Expert CV) | 6/15/2021 |
| JX-1930 | Martin Report Ex. F (Prior Testimony) | 6/15/2021 |
| JX-1931 | Martin Report Ex. G (Materials Considered) | 6/15/2021 |
| JX-1937 | Chakraborty Expert Report (Corrected as of July 26, 2021) | 6/15/2021 |
| JX-1938 | Corrected Chakraborty Report Ex.01 (PPLP's Cash Distribution) | 6/15/2021 |
| JX-1939 | Corrected Chakraborty Report Ex.02 (Pending Actions by Filing Date) | 6/15/2021 |
| JX-1940 | Corrected Chakraborty Report Ex.03 (PPLP Cash Distrib.) | 6/15/2021 |
| JX-1941 | Corrected Chakraborty Report Ex.04 (Purdue Gross Sales) | 6/15/2021 |
| JX-1942 | Corrected Chakraborty Report Ex.05 (Sum. of Purdue Mgmt. Projections) | 6/15/2021 |
| JX-1943 | Corrected Chakraborty Report Ex.06 (Purdue Mgmt. Projections - Net Sales) | 6/15/2021 |
| JX-1944 | Corrected Chakraborty Report Ex.07 (Sum. of Purdue's Consol. Income St.) | 6/15/2021 |
| JX-1945 | Corrected Chakraborty Report Ex.08 (Purdue's Consol. Cash Balances) | 6/15/2021 |
| JX-1946 | Corrected Chakraborty Report Ex.09 (Discount Rate for DCF) | 6/15/2021 |
| JX-1947 | Corrected Chakraborty Report Ex.10 (Sensitivity of DCF) | 6/15/2021 |
| JX-1948 | Corrected Chakraborty Report Ex.11 (Sum. of Purdue's Excess Cash) | 6/15/2021 |
| JX-1949 | Corrected Chakraborty Report Ex.12 (Sum. of DCF Valuation) | 6/15/2021 |
| JX-1950 | Corrected Chakraborty Report Ex.13 (Public Co. Method) | 6/15/2021 |
| JX-1951 | Corrected Chakraborty Report Ex.14 (Sum. of Purdue Liabilities) | 6/15/2021 |
| JX-1952 | Corrected Chakraborty Report Ex.15 (Numbers of Lawsuits) | 6/15/2021 |
| JX-1953 | Corrected Chakraborty Report Ex.16 (Accrued Sett.+Legal Expenses) | 6/15/2021 |
| JX-1954 | Corrected Chakraborty Report Ex.17 (Mgmt. Projections for Purdue's Legal Expenses) | 6/15/2021 |
| JX-1955 | Corrected Chakraborty Report Ex.18 (New Cases) | 6/15/2021 |
| JX-1956 | Corrected Chakraborty Report Ex.19 (Top Co-defendants List) | 6/15/2021 |
| JX-1957 | Corrected Chakraborty Report Ex.20 (Share of Opiod Prod. Sales) | 6/15/2021 |

| JX-1958 | Corrected Chakraborty Report Ex.21 (Pharm. Cos. Stock Prices) | 6/15/2021 |
| JX-1959 | Corrected Chakraborty Report Ex.22 (Pharm. Cos. Credit Ratings) | 6/15/2021 |
| JX-1960 | Corrected Chakraborty Report Ex.23 (Pharm. Cos. Credit Reports) | 6/15/2021 |
| JX-1961 | Corrected Chakraborty Report Ex.24 (Abnormal Returns) | 6/15/2021 |
| JX-1962 | Corrected Chakraborty Report Ex.25 (Sum of Purdue Liabilities) | 6/15/2021 |
| JX-1963 | Corrected Chakraborty Report Ex.26 (Sum. of Purdue Balance Sheet Test) | 6/15/2021 |
| JX-1964 | Corrected Chakraborty Report Ex.27 (Purdue Cash Flow Test) | 6/15/2021 |
| JX-1965 | Corrected Chakraborty Report Ex.28 (Purdue Balance Sheet Stress Test) | 6/15/2021 |
| JX-1966 | Corrected Chakraborty Report Ex.29 (Capital Adequacy Cash Flow Test) | 6/15/2021 |
| JX-1967 | Corrected Chakraborty Report Ex.30 (Purdue Current+Quick Ratios) | 6/15/2021 |
| JX-1968 | Corrected Chakraborty Report App'x A (CV) | 6/15/2021 |
| JX-1969 | Corrected Chakraborty Report App'x B (Prior Testimony) | 6/15/2021 |
| JX-1970 | Corrected Chakraborty Report App'x C (Materials Considered) | 6/15/2021 |
| JX-1971 | Corrected Chakraborty Report App'x D (DCF Model) | 6/15/2021 |
| JX-1972 | Corrected Chakraborty Report App'x D - Ex. D | 6/15/2021 |
| JX-1973 | Corrected Chakraborty Report App'x E (Estimation of Purdue's Discount Rate) | 6/15/2021 |
| JX-1974 | Corrected Chakraborty Report App'x E - Ex. E | 6/15/2021 |
| JX-1975 | Corrected Chakraborty Report App'x F (Excerpts from Fin. Statements) | 6/15/2021 |
| JX-1976 | Corrected Chakraborty Report App'x G (Cases) | 6/15/2021 |
| JX-1977 | Corrected Chakraborty Report App'x H (PPLP Cash Distributions) | 6/15/2021 |
| JX-1984 | Richard Sackler Depo. Tr. (Ky.) | 8/28/2015 |
| JX-1985 | Richard Sackler Depo. Tr. Day 1 (MDL, ECF No. 2173-54) | 3/7/2019 |
| JX-1986 | Richard Sackler Depo. Tr. Day 2 (MDL, ECF No. 2177-1) | 3/8/2019 |
| JX-1987 | Richard Sackler Depo. Tr. Day 1 (*In re Purdue Pharma L.P.*) | 11/19/2020 |
| JX-1988 | Richard Sackler Depo. Tr. Day 2 (*In re Purdue Pharma L.P.*) | 11/20/2020 |
| JX-1989 | David Sackler Depo. Tr. (*In re Purdue Pharma L.P.*) | 8/28/2020 |
| JX-1990 | David Sackler Curriculum Vitae | |
| JX-1991 | Marianna Sackler Depo. Tr. (*In re Purdue Pharma L.P.*) | 9/2/2020 |
| JX-1992 | Stephen Ives Depo. Tr. (*In re Purdue Pharma L.P.*) | 9/22/2020 |
| JX-1993 | Stephen Ives Depo. Tr. (Okla.) | 12/13/2018 |
| JX-1994 | Alan Must 3230(c)(5) Depo. Tr. (Okla.) | 1/22/2019 |
| JX-1995 | Alan Must Depo. Tr. (Okla.) | 3/8/2019 |
| JX-1998 | Lisa Miller Depo. Tr. (Okla.) | 8/29/2018 |
| JX-1999 | Richard Fanelli Depo. Tr. Vol. 1 (MDL, ECF No. 1977-4) | 12/6/2018 |
| JX-2000 | Richard Fanelli Depo. Tr. Day 2 (MDL) | 12/7/2018 |
| JX-2001 | Lee Ann Storey Depo. Tr. (MDL) | 12/10/2018 |
| JX-2002 | Jack Crowley (Excerpt) (MDL, ECF No. 1976-8) | 1/10/2019 |
| JX-2003 | Margaret Feltz Depo. Tr. (MDL) | 1/15/2019 |
| JX-2004 | Pamela Bennett Depo. Tr. (MDL) | 1/16/2019 |
| JX-2005 | Burt Rosen Depo. Tr. (MDL) | 1/16/2019 |
| JX-2006 | Perry Fine Depo. Tr. (Utah) | 8/16/2019 |
| JX-2007 | Edward Mahony Depo. Tr. (Rhode Island) | 9/6/2019 |

| JX-2008 | Cecil Pickett Depo. Tr. (*In re Purdue Pharma L.P.*) | 10/30/2020 |
| JX-2009 | Stuart Baker Depo. Tr. (*In re Purdue Pharma L.P.*) | 11/4/2020 |
| JX-2010 | Craig Landau Depo. Tr. (*In re Purdue Pharma L.P.*) | 11/24/2020 |
| JX-2011 | PPI Minutes with Indemnification Resolution | 11/19/2004 |
| JX-2012 | PPI Minutes with Corp. Compliance Charter | 10/6/2005 |
| JX-2013 | PPI Minutes with 2007 Amended Corp. Compliance Charter | 5/11/2007 |
| JX-2014 | PPI Minutes | 8/6/2007 |
| JX-2015 | Roncalli Board Notes | 8/6/2007 |
| JX-2016 | PPI Minutes | 2/14/2008 |
| JX-2017 | Decision Document | 4/18/2008 |
| JX-2018 | Decision Document | 4/18/2008 |
| JX-2019 | Decision Document | 11/6/2008 |
| JX-2020 | PPI Minutes | 2/5/2009 |
| JX-2021 | Decision Document | 3/5/2009 |
| JX-2022 | PPI Minutes | 5/8/2009 |
| JX-2023 | PPI Minutes | 10/19/2009 |
| JX-2024 | Roncalli Board Notes | 10/19/2009 |
| JX-2025 | Decision Document | 11/3/2009 |
| JX-2026 | Decision Document | 11/3/2010 |
| JX-2027 | PPI Minutes | 11/19/2010 |
| JX-2028 | Decision Document | 12/2/2010 |
| JX-2029 | PPI Minutes | 2/3/2011 |
| JX-2030 | Decision Document | 4/6/2011 |
| JX-2031 | PPI Minutes | 7/21/2011 |
| JX-2032 | Tony Roncalli Handwritten Board Notes | 8/11/2011 |
| JX-2033 | PPI Minutes | 11/2/2011 |
| JX-2034 | PPI Minutes | 1/19/2012 |
| JX-2035 | Decision Document | 4/2/2012 |
| JX-2036 | Decision Document | 4/27/2012 |
| JX-2037 | PPI Minutes | 7/19/2012 |
| JX-2038 | Decision Document | 11/16/2012 |
| JX-2039 | Roncalli Board Notes | 9/30/2014 |
| JX-2040 | Decision Document | 8/23/2016 |
| JX-2041 | 1Q2006 Board Report | 4/15/2006 |
| JX-2042 | 2Q2006 Board Report | 7/15/2006 |
| JX-2043 | 3Q2006 Board Report | 10/14/2006 |
| JX-2044 | 4Q2006 Board Report | 1/15/2007 |
| JX-2045 | 1Q2007 Board Report | 4/15/2007 |
| JX-2046 | 2Q2007 Board Report | 7/15/2007 |
| JX-2047 | 3Q2007 Board Report | 10/15/2007 |
| JX-2048 | 4Q2007 Board Report | 1/15/2008 |
| JX-2049 | 1Q2008 Board Report | 4/15/2008 |
| JX-2050 | 3Q2008 Board Report | 10/15/2008 |
| JX-2051 | 4Q2008 Board Report | 1/20/2009 |
| JX-2052 | 1Q2009 Board Report | 4/16/2009 |
| JX-2053 | 2Q2009 Board Report | 7/30/2009 |
| JX-2054 | 3Q2009 Board Report | 10/22/2009 |
| JX-2055 | 4Q2009 Board Report | 2/1/2010 |
| JX-2056 | 1Q2010 Board Report | 4/21/2010 |
| JX-2057 | 2Q2010 Board Report | 7/27/2010 |
| JX-2058 | 3Q2010 Board Report | 10/25/2010 |

| JX-2059 | 4Q2010 Board Report | 1/24/2011 |
| JX-2060 | 3Q2011 Board Report | 11/9/2011 |
| JX-2061 | 4Q2011 Board Report | 2/3/2012 |
| JX-2062 | 1Q2012 Board Report | 4/30/2012 |
| JX-2063 | 2Q2012 Board Report | 7/23/2012 |
| JX-2064 | 3Q2012 Board Report | 11/1/2012 |
| JX-2065 | 4Q2012 Board Report | 1/28/2013 |
| JX-2066 | 2Q2013 Board Report | 7/23/2013 |
| JX-2067 | 3Q2013 Board Report | 11/1/2013 |
| JX-2068 | 4Q2013 Board Report | 2/4/2014 |
| JX-2069 | Board Agenda | 1/21/2010 |
| JX-2070 | Board Agenda | 9/23/2010 |
| JX-2071 | Excerpted Board Agenda | 9/23/2010 |
| JX-2072 | Board Agenda | 4/14/2011 |
| JX-2073 | Board Agenda | 11/3/2012 |
| JX-2074 | Board Agenda | 3/21/2013 |
| JX-2075 | Board Agenda | 7/25/2013 |
| JX-2076 | Decl. of Trust | 12/23/1989 |
| JX-2077 | Certificate of Incorporation | 10/2/1990 |
| JX-2078 | Distrib. Agt. | 10/24/1991 |
| JX-2079 | Amended and Restated Ltd. P'ship Agreement | 1/2/1997 |
| JX-2080 | Distrib. Agt. II | 5/9/1997 |
| JX-2081 | Distrib. Agt. II Extended | 1/1/1998 |
| JX-2082 | PPI S'holder Agt. | 3/4/2003 |
| JX-2083 | Resolution re Cert. and By-laws | 3/4/2003 |
| JX-2084 | Composite Copy of PPI By-Laws | 4/18/2008 |
| JX-2085 | PPI Bd. Res. Am'g PPI Cert. of Inc.+By-Laws | 4/18/2008 |
| JX-2086 | Amendment to Shareholder Agreement | 1/21/2010 |
| JX-2087 | PPI Bd. Res. Am'g PPI Cert. of Inc.+By-Laws | 7/30/2012 |
| JX-2088 | 3d Amended & Restated P'ship Agreement | 3/7/2018 |
| JX-2089 | PPLP 5th A+R Ltd. P'ship Agt. | 6/20/2019 |
| JX-2090 | Purdue Directors List | |
| JX-2091 | Rhodes Pharmaceuticals Inc. Directors List | 12/6/2018 |
| JX-2092 | Rhodes Technologies Inc. Directors List | 12/6/2018 |
| JX-2093 | Purdue's Resp to Pltf's 1st ROGs | 12/20/2018 |
| JX-2094 | DOJ--Purdue Plea Agreement  with Exhibits and Addenda | 10/20/2020 |
| JX-2095 | DOJ--Purdue Civil Settlement  with Addendum A | 10/21/2020 |
| JX-2096 | DOJ--Sackler Settlement with Addenda | 10/21/2020 |
| JX-2097 | FDA Label for OxyContin | 12/5/1995 |
| JX-2098 | OxyContin FPI | 5/13/1996 |
| JX-2099 | OxyContin FPI | 8/2/1999 |
| JX-2100 | OxyContin Label | 3/17/2000 |
| JX-2101 | OxyContin FPI | 11/27/2000 |
| JX-2102 | OxyContin FPI | 7/18/2001 |
| JX-2103 | OxyContin Label | 7/18/2001 |
| JX-2104 | OxyContin FPI | 11/5/2007 |
| JX-2105 | OxyContin FDA Label (Approval) (ORIG-1) | 4/5/2010 |
| JX-2106 | OxyContin FDA Label (REMS modified) (SUPPL-5) | 6/29/2010 |
| JX-2107 | OxyContin FDA Label (Labeling-Medication Guide) (SUPLL-6) | 11/15/2010 |
| JX-2108 | OxyContin FDA Label (Labeling-Package Insert) (SUPPL-9) | 10/5/2011 |
| JX-2109 | OxyContin FDA Label (Labeling) (SUPPL-10) | 7/9/2012 |

| JX-2110 | OxyContin FDA Label (Labeling-Package Insert) (SUPPL-11) | 7/9/2012 |
| JX-2111 | OxyContin FDA Label (REMS-Modified) (SUPPL-10) | 7/9/2012 |
| JX-2112 | OxyContin FDA Label (Labeling-Package Insert) (SUPPL-16) | 1/11/2013 |
| JX-2113 | OxyContin FDA Label (Efficacy-Labeling Change With Clinical Data) (SUPPL-14) | 4/16/2013 |
| JX-2114 | OxyContin FDA Label | 4/16/2014 |
| JX-2115 | OxyContin FDA Label (Labeling-Container - Carton Labels) (SUPPL-23) | 10/22/2014 |
| JX-2116 | OxyContin FDA Label (Efficacy-Pediatric) (SUPPL-27) | 8/13/2015 |
| JX-2117 | OxyContin FDA Label (Labeling-Package Insert) (SUPPL-34) | 12/16/2016 |
| JX-2118 | OxyContin FDA Label (Labeling-Package Insert) (SUPPL-41) | 9/18/2018 |
| JX-2119 | OxyContin FDA Label (REMS - MODIFIED - D-N-A) (SUPPL-40) | 9/18/2018 |
| JX-2120 | OxyContin FDA Label (Labeling-Package Insert) (SUPPL-39) | 9/26/2018 |
| JX-2121 | OxyContin FDA Label (Labeling-Package Insert) (SUPPL-43) | 10/7/2019 |
| JX-2122 | OxyContin FDA Label (Labeling Package Insert) (SUPPL-46) | 3/4/2021 |
| JX-2123 | Butrans FDA Label (Labeling) (SUPPL-3) | 7/1/2011 |
| JX-2124 | Butrans FDA Label (Labeling-Patient Package Insert) (SUPPL-1) | 7/1/2011 |
| JX-2125 | Butrans FDA Label (Labeling) (SUPPL-8) | 7/9/2012 |
| JX-2126 | Butrans FDA Label (REMS-Modified)) (SUPPL-8) | 7/9/2012 |
| JX-2127 | Butrans FDA Label (Manufacturing (CMC)) (SUPPL-16) | 7/25/2013 |
| JX-2128 | Butrans FDA Label (Labeling-Package Insert) (SUPPL-18) | 4/16/2014 |
| JX-2129 | Butrans FDA Label (Labeling-Container - Carton Labels) (SUPPL-15) | 6/30/2014 |
| JX-2130 | Butrans FDA Label (Labeling-Package Insert) (SUPPL-15) | 6/30/2014 |
| JX-2131 | Butrans FDA Label (Manufacturing (CMC)) (SUPPL-19) | 6/30/2014 |
| JX-2132 | Butrans FDA Label (Labeling-Medication Guide) (SUPPL-24) | 12/16/2016 |
| JX-2133 | Butrans FDA Label (Labeling-Package Insert) (SUPPL-24) | 12/16/2016 |
| JX-2134 | Butrans FDA Label (Efficacy-New Patient Population) (SUPPL-27) | 10/13/2017 |
| JX-2135 | Butrans FDA Label (Labeling-Package Guide) (SUPPL-34) | 9/18/2018 |
| JX-2136 | Butrans FDA Label (Labeling-Package Insert) (SUPPL-34) | 9/18/2018 |
| JX-2137 | Butrans FDA Label (REMS-Modified-D-N-A) (SUPPL-32) | 9/18/2018 |
| JX-2138 | Butrans FDA Label (Labeling-Package Insert) (SUPPL-35) | 10/7/2019 |
| JX-2139 | Butrans FDA Label (Labeling Package Insert) (SUPPL-37) | 3/4/2021 |
| JX-2140 | Beverly Sackler Will | 3/29/2012 |
| JX-2141 | Beverly Sackler Revocable Trust Agreement | 3/29/2012 |
| JX-2142 | Amendment to Beverly Sackler Revocable Trust Agreement | 8/3/2017 |
| JX-2143 | Raymond and Beverly Sackler Found. Certificate of Incorporation | 9/10/1987 |
| JX-2144 | Raymond and Beverly Sackler Found. By-Laws | |
| JX-2145 | Raymond and Bevelry Sackler Fund for the Arts and Sciences, Certificate of Incorporation | 10/12/1999 |
| JX-2146 | Raymond and Bevelry Sackler Fund for the Arts and Sciences By-Laws | |
| JX-2147 | Roche, The Potent Perils of a Miracle Drug, Time | 12/31/2000 |
| JX-2148 | Pain in the Asset, Forbes | 2/5/2001 |
| JX-2149 | Clines & Meier, Cancer Painkillers Pose New Abuse, NYT | 2/9/2001 |
| JX-2150 | World Health Organization Supports Global Effort to Relieve Chronic Pain, WHO | 10/11/2004 |

| JX-2151 | Hammack & McCaffery, OxyContin's Maker under Investigation, Roanoke Times | 6/13/2005 |
| JX-2152 | OxyContin maker settles case for $19.5M, CNN Money | 5/8/2007 |
| JX-2153 | Meier, In Guilty Plea, OxyContin Maker to Pay $600 Million, NYT | 5/10/2007 |
| JX-2154 | Purdue to Pay $600M over OxyContin Charge, CNN Money | 5/10/2007 |
| JX-2155 | 3 Executives Admit Hiding Oxycontin Risks, Albany Times Union | 5/11/2007 |
| JX-2156 | ABC World News Tonight Transcript | 5/11/2007 |
| JX-2157 | Highly Abusable Drug OxyContin Maker Admits It Mislead Public about Addiction Risk, Chicago Tribune | 5/11/2007 |
| JX-2158 | Johnson, OxyContin Makers Admit Deception Addiction Danger From Painkiller Was Understated, Wash. Post | 5/11/2007 |
| JX-2159 | Lindsey, Executives Plead Guilty to Misleading Public, Charleston Daily Mail | 5/11/2007 |
| JX-2160 | Meier, Guilty Pleas in OxyContin Misbranding, Houston Chronicle | 5/11/2007 |
| JX-2161 | OxyContin Officials Plead Guilty to Misleading Public about Drug, Grand Rapids Press | 5/11/2007 |
| JX-2162 | Tesoriero, OxyContin Maker Pleads Guilty, WSJ | 5/11/2007 |
| JX-2163 | Zimmerman, Firm Admits Deceit about Painkiller, L.A. Times | 5/11/2007 |
| JX-2164 | Hammack, OxyContin Settlement a Reversal of Fortune, Roanoke Times, | 5/12/2007 |
| JX-2165 | Meier, Admission of Misbranding by Maker of OxyContin, Int'l Herald Tribune | 5/12/2007 |
| JX-2166 | Wilkes, A True Tale of (Corporate) Drug Abuse, Sacramento Bee | 5/19/2007 |
| JX-2167 | Narcotic Maker Guilty of Deceit, U.S. News & World Report | 5/21/2007 |
| JX-2168 | Soule, Oxy's Dark Side Brings Pain 635M Fine Guilty Pleas, Fairfield Cnty. Bus. J | 5/21/2007 |
| JX-2169 | Good Morning America Transcript | 7/21/2007 |
| JX-2170 | OxyContin Hearing Prompts Tearful Testimony, NPR | 7/21/2007 |
| JX-2171 | Kentucky Counties Sue makers of "Hillbilly Heroin," Reuters | 10/4/2007 |
| JX-2172 | Hold Pharma Accountable for Addiction Epidemic, Patriot Ledger | 12/15/2011 |
| JX-2173 | Prescription for Tragedy, Courier Journal | 6/3/2012 |
| JX-2174 | Whorisky, The Prescription Painkiller Binge, Wash. post | 12/31/2012 |
| JX-2175 | Girion, L.A. Times, A Times Investigation, L.A. Times | 8/11/2013 |
| JX-2176 | Hassan, A Doctor Who Prescribed 500,000 Doses of Opioids Is Sent to Prison for 40 Years, N.Y. Times | 10/2/2019 |
| JX-2177 | New York Public Health Counsel - Breaking Down Barriers | 2/13/1998 |
| JX-2178 | NIH Report, New Directions in Pain Research | 9/4/1998 |
| JX-2179 | Joint Statement from 21 Health Organizations and DEA Promoting Pain Relief | 10/23/2001 |
| JX-2180 | Congressional testimony of Dr. H. Westley Clark | 2/12/2002 |
| JX-2181 | GAO, Prescription Drugs- OxyContin Abuse and Diversion and Efforts to Address the Problem, GAO-04-110 | 12/1/2003 |
| JX-2182 | FDA denial of Connecticut AG Richard Blumenthal Petition | 9/9/2008 |
| JX-2183 | FDA, A Guide to Safe Use of Pain Medicine | 2/9/2009 |
| JX-2184 | Dep't of Veterans Affairs, Mgmt. of Opioid Therapy for Chronic Pain | 5/1/2010 |
| JX-2185 | GAO, Prescription Pain Reliever Abuse, GAO-12-115 | 12/1/2011 |

| | | |
|---|---|---|
| JX-2186 | Dowell et al., CDC Opioid Guidelines, 65 Recommendations and Reports 1 | 3/18/2016 |
| JX-2187 | NHLBI, Opioid crisis adds to pain of sickle cell patients | 9/15/2017 |
| JX-2188 | NIH, Prescription Opioids and Heroin Research Report | 1/1/2018 |
| JX-2189 | NCI, Pain in People with Cancer | 8/9/2018 |
| JX-2190 | Dahlmer et al., CDC Prevalence of Chronic Pain, 67 CDC Weekly 1001 | 9/14/2018 |
| JX-2191 | FDA's Opioid Analgesic REMS Education Blueprint | 9/18/2018 |
| JX-2192 | U.S. Dep't of Health & Human Servs., Pain Management Best Practices Inter-Agency Task Force Report | 5/9/2019 |
| JX-2193 | 12 Joint Meeting of the Drug Safety and Risk Mgmt Adv. Comm. | 6/11/2019 |
| JX-2194 | FDA, Development & Approval Process | 10/28/2019 |
| JX-2195 | Drugs of Abuse, A DEA Resource Guide | 1/1/2020 |
| JX-2196 | FDA, Abuse-Deterrent Opioid Analgesics | 2/1/2021 |
| JX-2197 | DEA, Drug Scheduling | |
| JX-2198 | FDA, Opioid Medications | |
| JX-2199 | FDA, Timeline of Selected FDA Activities & Significant Events Addressing Opioid Misuse & Abuse | |
| JX-2200 | N.Y. Dept of Health, When Death is Sought, Ch.3, Clinical Responses to Pain and Suffering | |
| JX-2201 | U.S. Dep't of Health and Human Servs., Health Care Compliance Program Tips | |
| JX-2202 | Form 424(b)(5), Endo Int'l PLC (ENDP) | 6/8/2015 |
| JX-2203 | 2015 Form 10-K, Mallinckrodt plc (MNK) | 11/24/2015 |
| JX-2204 | Form 424(b)(5), Teva Pharm. Indus. Ltd. (TEVA) | 12/3/2015 |
| JX-2205 | 2015 Form 20-F, Teva Pharm Indus. Ltd. (TEVA) | 2/11/2016 |
| JX-2206 | 2015 Form 10-K, Endo Int'l plc (ENDP) | 2/29/2016 |
| JX-2207 | Form 6-K, Teva Pharm. Indus. Ltd. (TEVA) | 7/21/2016 |
| JX-2208 | Complaint, County of Suffolk County v. Purdue Pharma L.P., No. 631760-2016, Dkt. 2 (N.Y. Sup. Ct., Suffolk Cty.) | 8/31/2016 |
| JX-2209 | Complaint, Massachusetts v. Purdue Pharma L.P., No. 1884-cv-1808 (Mass. Super. Ct., Suffolk Cty.) | 6/12/2018 |
| JX-2210 | First Amended Complaint, Massachusetts v. Purdue Pharma L.P., No. 1884-cv-1808 (Mass. Super. Ct., Suffolk Cty.) | 1/31/2019 |
| JX-2211 | First Amended Complaint, New York v, Purdue Pharma L.P., No. 400016/2018, Dkt. 17 (N.Y. Sup. Ct., Suffolk Cty.) | 3/28/2019 |
| JX-2212 | First Amended Complaint, Colorado v. Purdue Pharma L.P., No. 18CV333000 (Colo. Dist. Ct., Denver Cty.) | 7/1/2019 |
| JX-2213 | First Amended Complaint, Minnesota v. Purdue Pharma L.P., No. 27-CV-18-10788 (Minn. Dist. Ct., Hennepin Cty.) | 8/5/2019 |
| JX-2214 | Complaint, Rhode Island v. Sackler, No. PC 2019-9399 (R.I. Super. Ct., Bristol Cty.) | 9/11/2019 |
| JX-2215 | de Wit et al., Rate of Increase of Plasma Drug, 107 Psychopharmacology 352 | 1/1/1992 |
| JX-2216 | Oldenhorf, Some Relationships Between Addiction | 1/1/1992 |
| JX-2217 | Brookoff, Abuse Potential of Various Opioid Medications, 8 J. of Gen. Internal Med. 688 | 12/1/1993 |
| JX-2218 | Original FDA Untitled Letter | 5/11/2000 |
| JX-2219 | Pain Management Kit, | 1/1/2001 |
| JX-2220 | Purdue Letter to Dotors re Label | 7/18/2001 |
| JX-2221 | FDA Warning Letter | 1/17/2003 |

| JX-2222 | Email Attaching Internal Investigations Summary | 9/22/2003 |
| JX-2223 | M.D.A. Sackler Email | 1/6/2004 |
| JX-2224 | Fed. of State Med. Bds., Model Pol'y for the Use of Controlled Substances for the Treatment of Pain | 5/1/2004 |
| JX-2225 | West Virginia Settlement | 12/15/2004 |
| JX-2226 | Training for SOP Reporting of Adverse Events, MA-DSP-SOP-000001 | 8/22/2005 |
| JX-2227 | Email re Compliance Report | 9/21/2005 |
| JX-2228 | Percocet Label | 11/1/2006 |
| JX-2229 | R. Sackler Email | 11/20/2006 |
| JX-2230 | MS--Purdue Assurance of Voluntary Compliance | 11/21/2006 |
| JX-2231 | M. Friedman Year End Update Email | 12/21/2006 |
| JX-2232 | H. Udell Email w. Attachment | 1/27/2007 |
| JX-2233 | D. Sackler Email | 2/27/2007 |
| JX-2234 | R. Sackler Email | 3/23/2007 |
| JX-2235 | J. Sackler Email | 3/25/2007 |
| JX-2236 | R. Sackler Email | 5/15/2007 |
| JX-2237 | D. Sackler Email | 5/17/2007 |
| JX-2238 | Purdue Letter to Ohio Attorney General | 6/20/2007 |
| JX-2239 | J. Sackler Email | 6/22/2007 |
| JX-2240 | D. Sackler Email | 6/25/2007 |
| JX-2241 | F.P. Boer Email with Attachment | 7/26/2007 |
| JX-2242 | Letter from Purdue to Ohio GA | 8/6/2007 |
| JX-2243 | Full Budget Presentation | 10/1/2007 |
| JX-2244 | Healthcare Law Compliance Policies | 10/1/2007 |
| JX-2245 | Compliance Certification Guidelines on Product Promotion | 11/28/2007 |
| JX-2246 | Purdue Slides re Reporting Adverse Effects | 1/1/2008 |
| JX-2247 | R. Sackler Email | 1/5/2008 |
| JX-2248 | J. Sackler Email | 1/8/2008 |
| JX-2249 | R. Sackler Email | 1/11/2008 |
| JX-2250 | Email to Board with Exec. Comm. Minutes | 1/24/2008 |
| JX-2251 | R. Gasdia Email to RSS | 1/31/2008 |
| JX-2252 | Email from E. Mahony to RSS re Card program | 3/16/2008 |
| JX-2253 | Email to Board with Exec. Comm. Minutes | 4/8/2008 |
| JX-2254 | F.P. Boer Memo | 4/12/2008 |
| JX-2255 | Five-Year Plan | 4/18/2008 |
| JX-2256 | Email from R. Sackler | 4/22/2008 |
| JX-2257 | Purdue Letter to Ohio Attorney General | 5/7/2008 |
| JX-2259 | ADD Internal Procedures | 8/1/2008 |
| JX-2260 | Period 1 IRO Report on Transaction Engagement with Exhibits | 8/14/2008 |
| JX-2261 | A. Must Email | 10/10/2008 |
| JX-2262 | Executive Comm. Meeting Notes and Actions | 11/12/2008 |
| JX-2263 | Law Dept Memo | 11/19/2008 |
| JX-2264 | Purdue Savings Card | 1/1/2009 |
| JX-2265 | Memo from B. Weinstein to D. Long re Compliance Evaluation | 2/11/2009 |
| JX-2266 | Purdue Ltr. to Ohio Attorney General | 5/7/2009 |
| JX-2267 | Purdue Ltr. to Virginia Attorney General | 5/18/2009 |
| JX-2268 | E-mail from R. Sichard to M.D.A. Sackler | 5/19/2009 |
| JX-2269 | Exec. Comm. Meeting Notes and Actions | 5/20/2009 |
| JX-2270 | Ten-Year Plan | 7/17/2009 |
| JX-2271 | Email from Richard Sackler | 7/20/2009 |

| JX-2272 | Period 2 IRO Report on Systems Engagement w Exhibits | 7/30/2009 |
|---------|-------------------------------------------------------|-----------|
| JX-2273 | Email Thread  between Purdue and DEA | 8/4/2009 |
| JX-2274 | J. Stewart Email to A. Must | 8/8/2009 |
| JX-2275 | Board Meeting Slides | 8/17/2009 |
| JX-2276 | Period 2 IRO Report on Transaction Engagement w Exhibits | 8/19/2009 |
| JX-2277 | 2d Annual Purdue Report to OIG | 9/25/2009 |
| JX-2278 | Email to Board with Exec. Comm. Minutes | 9/30/2009 |
| JX-2279 | Email from R. Sackler | 10/8/2009 |
| JX-2280 | Sales and Marketing Compliance Committee Agenda | 10/28/2009 |
| JX-2281 | A Training Guide for Healthcare Providers, Purdue Pharma L.P. | 1/1/2010 |
| JX-2282 | MNP Decision Compliation Excerpt | 2/1/2010 |
| JX-2283 | Press Release, FDA, FDA  Approves New Formulation for OxyContin | 4/5/2010 |
| JX-2284 | Purdue Ltr. to Ohio AG re Cert. | 5/7/2010 |
| JX-2285 | Percodan Label | 6/1/2010 |
| JX-2286 | Ten-Year Plan | 6/24/2010 |
| JX-2287 | Email from Richard Sackler | 7/1/2010 |
| JX-2288 | Presentation to Corporate Compliance Council | 7/21/2010 |
| JX-2289 | Butrans Commercial Strategy Plan | 7/22/2010 |
| JX-2290 | Joint Meeting of FDA Comms. | 7/22/2010 |
| JX-2291 | Period 3 IRO Report on Addt'l Promotional & Prod. Services | 8/30/2010 |
| JX-2292 | IRO Report Reporting Period 3 | 9/10/2010 |
| JX-2293 | Email to Board with Exec. Comm. Notes | 11/24/2010 |
| JX-2294 | E+Y Mundipharma GmbH Draft Transfer Pricing Report | 1/1/2011 |
| JX-2295 | E+Y Mundipharma Indep. Ass'd Cos. Comparable Search Report | 1/1/2011 |
| JX-2296 | E+Y Mundipharma Oy Draft Transfer Pricing Report | 1/1/2011 |
| JX-2297 | Mundipharma Indep. Ass'd Cos Determination of Arm's Length Royalty Rates | 1/1/2011 |
| JX-2298 | Email from D. Rosen to M. Innaurato | 1/30/2011 |
| JX-2299 | Email from R. Gasdia to RS re Website for Awards Photos | 1/31/2011 |
| JX-2300 | Biden letter to PPLP's President and CEO, praising Purdue's leadership | 3/28/2011 |
| JX-2301 | Healthcare Law Compliance Policies | 4/1/2011 |
| JX-2302 | Email from J. Crowley to B. Rosen | 4/12/2011 |
| JX-2303 | Purdue Comms. Presentation | 5/1/2011 |
| JX-2304 | Email from J. Stewart to RS re Butrans Weekly Report for the week ending April 15th | 5/3/2011 |
| JX-2305 | Email from R. Gasdia | 5/25/2011 |
| JX-2306 | Email from R. Gasdia re Butrans Weekly Report | 5/25/2011 |
| JX-2307 | B. Weinstein Email to R. Gasdia (7:47 p.m.) | 6/16/2011 |
| JX-2308 | email from Richard Sackler | 6/16/2011 |
| JX-2309 | Ten-Year Plan | 6/21/2011 |
| JX-2310 | E+Y Review of Transfer Pricing Documentation 2009 | 6/28/2011 |
| JX-2311 | Email from E. Mahony with attachment | 6/28/2011 |
| JX-2312 | Email from G. Stiles re Butrans FPI - Follow-Up on Post-Op Contraindication | 7/20/2011 |
| JX-2313 | Email to Board with Notes and Slides | 8/3/2011 |
| JX-2314 | Period 4 IRO Report on Transaction Engagement w Exhibits | 9/23/2011 |
| JX-2315 | Period 4 IRO Systems Report | 9/23/2011 |
| JX-2316 | Guidelines on Product Promotion Comparative Claims Workshop | 10/1/2011 |

| JX-2317 | Email (J. Crowley to B. Brookholdt) w. Att. | 10/3/2011 |
| JX-2318 | Email from J. Crowley | 10/7/2011 |
| JX-2319 | Changes in Prescribing Patterns Following Introduction of Reformulated OxyContin | 10/25/2011 |
| JX-2320 | OxyContin Review of NAVPPRO Findings Presentation | 10/25/2011 |
| JX-2321 | Presentation on Reformulated OxyContin | 10/25/2011 |
| JX-2322 | 2012 Budget Submission | 10/31/2011 |
| JX-2323 | 2012 Budget Presentation - Legal | 11/1/2011 |
| JX-2324 | Summary of Findings of the Post-Market Epidemiology Study | 11/1/2011 |
| JX-2325 | Presentation to DEA re abuse of reformulated OxyContin | 12/9/2011 |
| JX-2326 | Rosenberg, 15 J. of Managed Care Med. 30 | 1/1/2012 |
| JX-2327 | Email from R. Gasdia to J. Sackler | 1/9/2012 |
| JX-2328 | Attachment to Email from D. Long | 1/18/2012 |
| JX-2329 | Ten Year Plan | 2/15/2012 |
| JX-2330 | Email from R. Gasdia to P. Cramer re Copy of Butrans Weekly Report | 3/7/2012 |
| JX-2331 | Email from R. Gasdia to J. Stewart | 3/8/2012 |
| JX-2332 | Email from RS to D. Rosen | 3/28/2012 |
| JX-2333 | Product Promotional Guideline OxyContin Tablets | 4/20/2012 |
| JX-2334 | W. Mallin Email w. Att. | 6/12/2012 |
| JX-2335 | Board Presentation | 6/18/2012 |
| JX-2336 | P. Taylor Email Attaching 7/18/12 Exec. Com. Notes, | 7/26/2012 |
| JX-2337 | D. Sackler Email to B. Weinstein, | 8/7/2012 |
| JX-2338 | Period 5 IRO Report on Transactions Engagement (w. Exs.) | 9/25/2012 |
| JX-2339 | Period 5 IRO Transactions Report | 9/25/2012 |
| JX-2340 | 2013 Budget Submission | 10/1/2012 |
| JX-2341 | Email from B.Weinstein to DAS w Compliance Scorecard | 10/12/2012 |
| JX-2342 | S. Salwan Email w. Att. [Excerpted] | 10/25/2012 |
| JX-2343 | Excerpted Conversion & Titration Guide | 11/1/2012 |
| JX-2344 | K. Wood Email to A. Must | 11/6/2012 |
| JX-2345 | Letter from D. Malloy | 2/27/2013 |
| JX-2346 | A. Must Email | 3/11/2013 |
| JX-2347 | R. Gasdia Email to J. Stewart | 4/10/2013 |
| JX-2348 | A. Must Email | 4/15/2013 |
| JX-2349 | Press Release, FDA, FDA Approves Abuse-Deterrent Labeling for Reformulated OxyContin | 4/16/2013 |
| JX-2350 | Email from D. Rosen to R. Gasdia | 5/19/2013 |
| JX-2351 | Purdue Managed Care Presentation | 6/6/2013 |
| JX-2352 | McKinsey Presentation | 7/18/2013 |
| JX-2353 | Excerpted Brochure | 8/1/2013 |
| JX-2354 | McKinsey Report to Board | 8/8/2013 |
| JX-2355 | McKinsey Report to Board | 8/15/2013 |
| JX-2356 | Letter to Nevada Board of Medical Examiners | 8/27/2013 |
| JX-2357 | Law Dep't Memo | 8/30/2013 |
| JX-2358 | ADD Letter | 9/3/2013 |
| JX-2359 | 2013 PROP Letter | 9/10/2013 |
| JX-2360 | ADD Letter | 9/11/2013 |
| JX-2361 | Excerpted Action Plan | 9/12/2013 |
| JX-2362 | Letter to California Dental Board | 9/12/2013 |
| JX-2363 | Letter to AUSA EDPa | 9/13/2013 |
| JX-2364 | OxyContin Product Promotional Guideline | 9/16/2013 |

| JX-2365 | NAAG Transcript | 9/17/2013 |
| JX-2366 | A. Must Email | 9/18/2013 |
| JX-2367 | ADD Letter | 9/25/2013 |
| JX-2368 | ADD Letter | 9/25/2013 |
| JX-2369 | ADD Letter | 9/25/2013 |
| JX-2370 | ADD Letter | 9/26/2013 |
| JX-2371 | ADD Letter | 9/26/2013 |
| JX-2372 | ADD Letter | 9/26/2013 |
| JX-2373 | Purdue Lerter to Tennessee Attorney General | 10/10/2013 |
| JX-2374 | ADD Purdue Letter to Tennessee | 10/15/2013 |
| JX-2375 | Update on Findings Regarding Reformulated OxyContin | 10/16/2013 |
| JX-2376 | Email from W. Mallin to J. Stewart & E. Mahony re Board Notes & Actions | 10/30/2013 |
| JX-2377 | Excerpted Year End Budget Book U.S. | 11/1/2013 |
| JX-2378 | Email from E. Mahony w. Attachment | 11/4/2013 |
| JX-2379 | ADD Letter | 11/8/2013 |
| JX-2380 | Prescription Drug Abuse Presentation | 11/10/2013 |
| JX-2381 | Beneficiaries Meeting Agenda w. Presentations | 11/16/2013 |
| JX-2382 | Excerpted Email from J Stewart | 11/18/2013 |
| JX-2383 | Compensation Comm. Presentation | 11/21/2013 |
| JX-2384 | Excerpted McKinsey Presentation | 11/22/2013 |
| JX-2385 | Letter from AGs to FDA | 12/16/2013 |
| JX-2386 | Excerpted Presentation to E2E Executive Oversight Team | 12/17/2013 |
| JX-2387 | Inter-Company Transfer Pricing Reports Index for Tax Year 2014 | 1/1/2014 |
| JX-2388 | Letter to Senate | 1/7/2014 |
| JX-2389 | ADD Letter | 2/12/2014 |
| JX-2390 | ADD Letter | 2/19/2014 |
| JX-2391 | ADD Letter | 2/25/2014 |
| JX-2392 | ADD Letter | 2/26/2014 |
| JX-2393 | ADD Letter | 2/27/2014 |
| JX-2394 | ADD Letter | 2/27/2014 |
| JX-2395 | ADD Letter | 2/27/2014 |
| JX-2396 | ADD Letter | 2/28/2014 |
| JX-2397 | ADD Letter | 2/28/2014 |
| JX-2398 | ADD Letter | 3/4/2014 |
| JX-2399 | ADD Letter | 3/7/2014 |
| JX-2400 | ADD Letter | 3/11/2014 |
| JX-2401 | ADD Letter | 3/11/2014 |
| JX-2402 | L. Alexander Email (w. attachment) | 3/12/2014 |
| JX-2403 | Letter to Senate | 3/12/2014 |
| JX-2404 | Research Paper, Measuring the Effects of Reformulating OxyContin | 4/1/2014 |
| JX-2405 | Purdue ADD Ltr. to Wisconsin | 4/4/2014 |
| JX-2406 | ADD Letter | 4/28/2014 |
| JX-2407 | Ten Year Forecast | 5/2/2014 |
| JX-2408 | B. Rosen Ltr. to RRS | 5/4/2014 |
| JX-2409 | Email from Raymond Sackler | 5/5/2014 |
| JX-2410 | ADD Letter | 5/20/2014 |
| JX-2411 | Cal. v. Purdue Complaint (2014) | 5/21/2014 |
| JX-2412 | R. Orr Email to A. Must | 5/23/2014 |

| JX-2413 | Notice of Removal, Chi. v. Purdue Pharma L.P.,  No. 14-4361, ECF No. 4 (N.D. Ill.) (w.out Exs.) | 6/11/2014 |
|---|---|---|
| JX-2414 | Cicero et al., The Changing Face of Heroin Use in the US, 71 JAMA Psychiatry 381 | 7/1/2014 |
| JX-2415 | R. McElderry Email to A. Must | 7/30/2014 |
| JX-2416 | OxyContin Product Promotional Guideline | 8/29/2014 |
| JX-2417 | Email from D. Sackler re Distributions | 10/7/2014 |
| JX-2418 | 2015 Budget Executive Summary | 11/1/2014 |
| JX-2419 | J. Sackler Email | 11/15/2014 |
| JX-2420 | Inter-Company Transfer Pricing Reports Index for Tax Year 2015 | 1/1/2015 |
| JX-2421 | Opinion and Order, Chi. v. Purdue Pharma L.P., No. 14-4361, ECF No. 288 (N.D. Ill.) | 5/8/2015 |
| JX-2422 | Finance Update | 6/9/2015 |
| JX-2423 | T. Sackler Email to M. Sackler | 6/20/2015 |
| JX-2424 | ADD Letter | 8/11/2015 |
| JX-2425 | Excerpted Full Budget Presentation | 11/1/2015 |
| JX-2426 | A. Must Email | 11/14/2015 |
| JX-2428 | A. Must Email | 12/2/2015 |
| JX-2429 | Executive Committee Presentation | 12/10/2015 |
| JX-2430 | KY Settlement | 12/18/2015 |
| JX-2431 | Background of ADD | 1/1/2016 |
| JX-2432 | ADD Working Practice Document | 2/5/2016 |
| JX-2433 | Opioid Abuse in Chronic Pain--Misconceptions and Mitigation Strategies, 384 NEW ENG. J. MED.1253 | 3/31/2016 |
| JX-2434 | Purdue Letter to Nevada | 5/17/2016 |
| JX-2435 | Complaint, U.S. ex rel. Manchester v. Purdue Pharma L.P., 16-10947 ECF No. 1 (D. Mass.) | 5/26/2016 |
| JX-2436 | Mid-Year Update | 6/8/2016 |
| JX-2437 | Email to Board from Raul Damas re LA Times story | 6/10/2016 |
| JX-2438 | OxyContin Product Promotional Guideline | 9/20/2016 |
| JX-2439 | Tony Roncalli Handwritten Board Notes | 10/1/2016 |
| JX-2440 | Minute Order, Cal. v. Purdue Pharma L.P., No. 30-2014-725287 (Cal. Super. Ct. Orange Cty) | 10/19/2016 |
| JX-2441 | Complaint, Chi. v. Purdue Pharma L.P., No. 14-4361, ECF No. 478 (N.D. Ill.) | 10/25/2016 |
| JX-2442 | A. Randhawa Email w. Excerpted Attacment | 11/15/2016 |
| JX-2443 | Election to Decline to Intervene, U.S. ex rel. Manchester v. Purdue Pharma L.P., No. 16-10947 ECF No. 12 (D.Mass.) | 11/21/2016 |
| JX-2444 | MNP Agenda | 12/8/2016 |
| JX-2445 | Order, U.S. ex rel. Manchester v. Purdue Pharma L.P., No. 16-10947 ECF No. 15 (D. Mass.) | 12/19/2016 |
| JX-2446 | Inter-Company Transfer Pricing Reports Index for Tax Year 2017, | 1/1/2017 |
| JX-2447 | Order, Mississippi v. Purdue Pharma L.P., no. G2015-1814 (Miss. Ch. Ct., Hinds. Cty.) | 2/13/2017 |
| JX-2448 | Landau Memo | 5/5/2017 |
| JX-2449 | M. Timney Memo | 5/5/2017 |
| JX-2450 | Memo from R. Singh | 5/15/2017 |
| JX-2451 | Cicero et al., Increase Use of Heroin as Initiating Opioid of Abuse, 74 Addictive Behavior 63 | 5/23/2017 |
| JX-2452 | A. Wikstrom Email att'g D. Lundie Memo | 5/26/2017 |

| JX-2453 | Exec. Comm. Mtg. Slides | 7/25/2017 |
|---|---|---|
| JX-2454 | Horst Frisch MS Contin Royalty Analysis (US) | 8/25/2017 |
| JX-2455 | Minute Order, Chi. v. Purdue Pharma L.P., No. 14-4361, ECF No. 660 (N.D. Ill.) | 11/16/2017 |
| JX-2456 | Inter-Company Transfer Pricing Reports Index for Tax Year 2018 | 1/1/2018 |
| JX-2457 | ADD Working Paper | 1/25/2018 |
| JX-2458 | Purdue Statement | 2/9/2018 |
| JX-2459 | MTD Decision (Manufacturer Defendants), In re Opioid Litig., 400000-2017 (N.Y. Sup. Ct., Suffolk Cty.) | 6/18/2018 |
| JX-2460 | Horst Frisch ADF OxyContin Royalty Analysis (Australia and Canada) | 9/10/2018 |
| JX-2461 | Horst Frisch ADF OxyContin Royalty Analysis (Latin America Asia Indonesia | 9/10/2018 |
| JX-2462 | Horst Frisch Non-ADF OxyContin Multiple Country Royalty Analysis | 9/10/2018 |
| JX-2463 | J. Lowne Email to A. Roncalli | 10/4/2018 |
| JX-2464 | J. Lowne Email to A. Roncalli - attachment (Distributions 1995 - 2017 Actuals) | 10/4/2018 |
| JX-2465 | Purdue's Written Responses to 30(b)(6) Topics | 11/7/2018 |
| JX-2466 | ACS, Opioids for Cancer Pain | 1/3/2019 |
| JX-2467 | T. Sackler Email to M.D.A. Sackler | 2/1/2019 |
| JX-2468 | Consent Judgment, Okla. ex rel. Hunter v. Purdue Pharma L.P., No. CJ-2017-816 (Okla. Dist. Ct., Cleveland Cty.) | 3/26/2019 |
| JX-2469 | Full Year 2018 Financial Statement Review | 10/17/2019 |
| JX-2470 | Opioid Use During the Six Months After an Emergency Dept | 11/1/2019 |
| JX-2471 | Declaration of Patrick Fitzgerald | 11/6/2019 |
| JX-2472 | Transcript, In re Opioid Litig., No. 400000-2017 (N.Y. Sup. Ct., Suffolk Cty.) | 12/9/2019 |
| JX-2473 | FDA Letter Responding to Senartor Hassan | 1/21/2020 |
| JX-2474 | J. McLaughlin Ltr. to K. Porter w. Exs. | 4/9/2020 |
| JX-2475 | Hrg. Tr., S.D. v. Purdue Pharma L.P. , No. 32CIV18-65 (S.D. Cir. Ct., Hughs Cty.) | 1/13/2021 |
| JX-2476 | N.Y . Supplemental R&Os | 6/23/2021 |
| JX-2477 | APF, Treatment Options | |
| JX-2478 | Description of Reporting Suspicious Prescribers | |
| JX-2479 | F. Peter Boer CV | |
| JX-2480 | OMS Tracker, Excerpted | |
| JX-2481 | Purdue Analysis of Historical Cash Distributions, Baker Dep. Exhibit 14 | |
| JX-2482 | Purdue Spreadsheet | |
| JX-2483 | Purdue Spreadsheet | |
| JX-2484 | Email from R. Gasdia with Attachment | 4/13/2012 |
| JX-2485 | Second Amendment of Beverly Sackler Revocable Trust Agreement | 3/29/2012 |
| JX-2486 | Beverly Sackler Revocable Trust -- Acceptance of Successor Trustee (RSS) | 3/29/2012 |
| JX-2487 | Beverly Sackler Revocable Trust -- Acceptance of Successor Trustee (JDS) | 3/29/2012 |
| JX-2488 | Raymond R. Sackler Revocable Trust Agreement | 3/29/2012 |
| JX-2489 | Raymond R. Sackler Revocable Trust -- Acceptance of Successor Trustee (RSS) | 3/29/2012 |

| JX-2490 | Raymond R. Sackler Revocable Trust -- Acceptance of Successor Trustee (JDS) | 3/29/2012 |
|---|---|---|
| JX-2491 | Restated Irrevocable Declaration of Trust (Raymond R. Sackler Trust 1 dtd 12/23/89 ("1A Trust"))* | 12/23/1989 |
| JX-2492 | Restated Irrevocable Declaration of Trust (Raymond R. Sackler Trust 2 dtd 12/23/89 ("2A Trust"))* | 12/23/1989 |
| JX-2493 | Richard S. Sackler Irrevocable Trust FBO David A. Sackler 3/8/90 | 3/8/1990 |
| JX-2494 | Irrevocable Declaration of Trust dated September 19, 1995 | 9/19/1995 |
| JX-2495 | Irrevocable Declaration of Trust dated September 19, 1995 | 9/19/1995 |
| JX-2496 | Irrevocable Declaration of Trust dated November 5, 1974 ("74A")* | 11/5/1974 |
| JX-2497 | Order, Estate Of/In the Matter of The Irrevocable Trust Agreement Dated November 5, 1974 (14-00406) (State of Conn. Court of Probate) | 3/23/2015 |
| JX-2498 | Declaration of Divisiion and Modification of 1974 Irrevocable Trust | 4/28/2015 |
| JX-2499 | Irrevocable Trust Agreement dated November 5, 1974 | 12/13/1974 |
| JX-2500 | Irrevocable Trust Agreement dated November 5, 1974 (Schedule A-1) ("74-AR") | 12/13/1974 |
| JX-2501 | Irrevocable Trust Agreement dated November 5, 1974 (Schedule B-1) ("74-AJ") | 12/13/1974 |
| JX-2502 | Agreement between 1974 Irrevocable Trust, 1974AR Trust and 1974AJ Trust | 5/1/2015 |
| JX-2503 | Assignment and Assumption Agreement between 1974 Irrevocable Trust, as Assignor, and 1974AR Trust, as Assignee | 5/1/2015 |
| JX-2504 | Assignment and Assumption Agreement between 1974 Irrevocable Trust, as Assignor, and 1974AJ Trust, as Assignee | 5/1/2015 |
| JX-2505 | Relinquishment of Veto Power by B. Sackler individually and as trustee under 1974 Irrevocable Trust | 12/13/1984 |
| JX-2506 | Renunciation of Power Agreement by R.S. Sackler under 1974 Irrevocable Trust | 12/22/2001 |
| JX-2507 | Renunciation of Power Agreement by J. Sackler under 1974 Irrevocable Trust | 12/31/2001 |
| JX-2508 | Declaration of Division of 1974 Irrevocable Trust (re "74B Trust") | 12/31/2001 |
| JX-2509 | Notice of Division of 1974 Irrevocable Trust (re "74B Trust") | 12/31/2001 |
| JX-2510 | Declaration of Division of Trust under Irrevocable Trust Agreement dated November 5, 1974 Made by R.R. Sackler (re "Investment Trust") | 3/2/2004 |
| JX-2511 | Notice of Division of Trust under Irrevocable Trust Agreement dated November 5, 1974 Made by R.R. Sackler (re "Investment Trust") | 3/2/2004 |
| JX-2512 | Resignation and Account of Trustee Acceptance of Successor Trustee Release and Indemnity for 1974 Irrrevocable Investment Trust under Irrevocable Trust Agreement dated November 5, 1974 | 6/28/2005 |
| JX-2513 | Declaration of Division of Trust under Irrevocable Trust Agreement dated November 5, 1974 Made by R.R. Sackler | 3/2/2004 |
| JX-2514 | Notice of Division of Trust under Irrevocable Trust Agreement dated November 5, 1974 Made by R.R. Sackler | 3/2/2004 |
| JX-2515 | AJ Irrevocable Trust | 5/31/2019 |

| JX-2516 | AR Irrecovable Trust | 7/2/2019 |
|---|---|---|
| JX-2517 | Omnibus Deed (re 74A Trust) | 12/31/2019 |
| JX-2518 | Trust Agreement ("Cedar Cliff Trust") | 12/31/2019 |
| JX-2519 | Irrevocable Declaration of Trust | 3/6/1990 |
| JX-2520 | Irrevocable Declaration of Trust, Designations of Successor Trustees | 3/18/1993 |
| JX-2521 | Omnibus Deed (re 1A Trust) | 11/20/2018 |
| JX-2522 | Declaration of Division of Trust (re "1B Trust") | 9/25/2003 |
| JX-2523 | Amendment to Irrevocable Declaration of Trust | 3/8/1990 |
| JX-2524 | The David A. Sackler 2012 Trust under Irrevocable Trust Agreement | 1/27/2012 |
| JX-2525 | David A. Sackler 2012 Trust Ominibus Deed | 11/20/2018 |
| JX-2526 | Irrevocable Trust Agreement ("Gallo Trust 1") | 12/25/1989 |
| JX-2527 | Irrevocable Trust Agreement (re Gallo Trust 1) | 8/20/2019 |
| JX-2528 | Irrevocable Trust Agreement ("Gallo Trust 2") | 1/11/1990 |
| JX-2529 | Irrevocable Trust Agreement (re Gallo Trust 2) | 1/31/2019 |
| JX-2530 | Irrevocable Trust Agreement ("Gallo Trust 3") | 12/29/1989 |
| JX-2531 | Irrevocable Trust Agreement (re Gallo Trust 3) | 8/21/2019 |
| JX-2532 | Amendment to Trust Agreement (re JDS Trust U/A 9/30/04) | 8/4/2011 |
| JX-2533 | Trust Agreement (Jonathan D. Sackler Trust U/A 9/30/04) | 9/30/2004 |
| JX-2534 | Deed made further to Trust Agreement (re JDS Trust U/A 9/30/04) | 8/4/2011 |
| JX-2535 | Amendment to Trust Agreement (re RSS Trust U/A 9/30/04) | 8/4/2011 |
| JX-2536 | Deed made further to Trust Agreement (re RSS Trust U/A 9/30/04) | 8/4/2012 |
| JX-2537 | Trust Agreement (Richard S. Sackler Trust U/A 9/30/04) | 9/30/2004 |
| JX-2538 | The RSS 2012 Family Trust under Irrevocable Trust Agreement | 12/31/2012 |
| JX-2539 | Trust Agreement, RSS Fiduciary Management Trust | 8/4/2011 |
| JX-2540 | Resignation of Trustee & Appointment & Acceptance of Successor Trustee and Additional Trustee | 3/28/2012 |
| JX-2541 | RSS Fiduciary Management Trust, Resignation of Trustee | 10/21/2019 |
| JX-2542 | Hrycay Ex. 1, Second Amended Notice of Deposition of William P. Hrycay, In re Purdue Pharma L.P., No. 19-23649 (Bankr. S.D.N.Y.) | 7/21/2021 |
| JX-2544 | Hrycay Ex. 3, Opinion and Order, Atlantica Holdings, Inc. v. BTA Bank JSC, No. 13-cv-5790, ECF No. 214 (S.D.N.Y.) | 8/5/2020 |
| JX-2545 | Hrycay Ex. 5, NERA Report - Projection vs. Actuals as of 03.31.2021 | |
| JX-2546 | Hrycay Ex. 8, Printout of BlackRock website (terms and conditions as shown) | |
| JX-2547 | Hrycay Ex. 8.1, Global Institutional Website Attestation (reproduced) | |
| JX-2548 | Hrycay Ex. 9, Printout of BlackRock Website (10 year no roll over) | |
| JX-2549 | Hrycay Ex. 12, BlackRock Investment Institute Portfolio Persepctives | 12/1/2018 |
| JX-2600 | Transcript of the deposition of William P. Hrycay, taken in this case on July 29, 2021 | |
| JX-2601 | Rebuttal expert report of Dr. Gupta | 7/13/2021 |
| JX-2603 | Rebuttal expert report of Dr. Galan | 7/13/2021 |
| JX-2605 | Dr. Masiowski proof of claim No. 29085; this is also DE 1629-2: exhibit B to motion re class proof of claim | 6/12/2020 |

| JX-2613 | JX-2613 17-01. Practice Fusion 01_Information | |
| JX-2614 | JX-2614 17-02. Practice Fusion 02_DeferredProsecution | |
| JX-2615 | JX-2615 17-03. Practice Fusion 03 ScheduleOfExhs | |
| JX-2616 | JX-2616 17-04. Practice Fusion 04 ExhA | |
| JX-2617 | JX-2617 17-05. Practice Fusion 05 ExhB | |
| JX-2618 | JX-2618 17-06. Practice Fusion 06 ExhC | |
| JX-2619 | JX-2619 17-07. Practice Fusion 07 ExhD | |
| JX-2620 | JX-2620 17-08. Practice Fusion 08 ExhE | |
| JX-2621 | JX-2621 17-09. Practice Fusion 09 ExhF | |
| JX-2622 | JX-2622 17-10. Practice Fusion 10 ExhG | |
| JX-2623 | Complaint, State of Washington v. McKinsey & Co., Case no. 21-2-01540-5 SEA (Wash. Superior Ct., King Cty. Feb. 4, 2021) (docket 1) | |
| JX-2624 | Final Stipulated Consent Judgment, State of Washington v. McKinsey & Co., Case no. 21-2-01540-5 SEA (Wash. Superior Ct., King Cty. Feb. 4, 2021) (docket 4). | |
| JX-2652 | Butrans Label - Purdue Pharma LP (03_2021) | 3/00/2021 |
| JX-2653 | Hysingla ER Label - Purdue Pharma LP (03_2021) | 3/00/2021 |
| JX-2654 | 2007Q3 Quarterly Compliance Report | 10/31/2007 |
| JX-2655 | 2008Q2 Quarterly Compliance Report | 8/8/2008 |
| JX-2656 | 2008Q3 Quarterly Compliance Report | 11/4/2008 |
| JX-2657 | 2008Q4 Quarterly Compliance Report | 2/5/2009 |
| JX-2658 | 2009Q1 Quarterly Compliance Report | 5/8/2009 |
| JX-2659 | 2009Q2 Quarterly Compliance Report | 8/26/2009 |
| JX-2660 | 2009Q3 Quarterly Compliance Report | 10/19/2009 |
| JX-2661 | 2009Q4 Quarterly Compliance Report | 2/4/2010 |
| JX-2662 | 2010Q1 Quarterly Compliance Report | 5/6/2010 |
| JX-2663 | 2010Q2 Quarterly Compliance Report | 7/22/2010 |
| JX-2664 | 2010Q3 Quarterly Compliance Report | 11/3/2010 |
| JX-2665 | 2010Q4 Quarterly Compliance Report | 2/3/2011 |
| JX-2666 | 2011Q1 Quarterly Compliance Report | 5/20/2011 |
| JX-2667 | 2011Q2 Quarterly Compliance Report | 7/21/2011 |
| JX-2668 | 2011Q3 Quarterly Compliance Report | 11/2/2011 |
| JX-2669 | 2011Q4 Quarterly Compliance Report | 1/19/2012 |
| JX-2670 | 2012Q1 Quarterly Compliance Report | 4/27/2012 |
| JX-2672 | 2012Q3 Quarterly Compliance Report | 10/25/2012 |
| JX-2673 | 2012Q4 Quarterly Compliance Report | 1/1/2013 |
| JX-2674 | 2013Q1 Quarterly Compliance Report | 4/10/2013 |
| JX-2675 | 2013Q3 Quarterly Compliance Report | 10/28/2013 |
| JX-2676 | 2013Q4 Quarterly Compliance Report | 1/16/2014 |
| JX-2677 | 2014Q1 Quarterly Compliance Report | 5/15/2014 |
| JX-2678 | 2014Q2 Quarterly Compliance Report | 8/14/2014 |
| JX-2679 | 2014Q4 Quarterly Compliance Report | 1/16/2015 |
| JX-2680 | 2015Q1 Quarterly Compliance Report | 4/21/2015 |
| JX-2681 | 2015Q2 Quarterly Compliance Report | 8/20/2015 |
| JX-2682 | 2015Q3 Quarterly Compliance Report | 12/1/2015 |
| JX-2683 | 2016Q3 Quarterly Ethics and Compliance Report | 12/1/2016 |
| JX-2684 | Ethics And Compliance Report | 6/1/2017 |
| JX-2685 | Ethics and Compliance Report | 8/1/2017 |
| JX-2686 | Ethics and Compliance Report | 10/1/2017 |
| JX-2687 | Ethics and Compliance Report | 3/1/2018 |

| JX-2688 | Ethics and Compliance Update | 8/10/2018 |
| JX-2689 | 2Q2008 Board Report | 7/15/2008 |
| JX-2691 | K. Thompson Ltr. to B. Weinstein | 4/1/2010 |
| JX-2692 | 1Q2011 Board Report | 5/2/2011 |
| JX-2693 | 1Q2013 Board Report | 5/13/2013 |
| JX-2694 | Combined Audited Fin. Statement for 2004-2005 | 6/12/2006 |
| JX-2695 | Combined Audited Fin. Statement for 2007-2008 | 3/31/2009 |
| JX-2696 | Combined Audited Fin. Statement for 2008-2009 | 4/5/2010 |
| JX-2697 | Board Agenda | 1/15/2016 |
| JX-2699 | Auditor's First Report on Purdue's ADD Program | 10/7/2016 |
| JX-2700 | Auditor's Second Report on Purdue's ADD Program | 10/20/2017 |
| JX-2701 | Auditor's Third Report on Purdue's ADD Program | 10/19/2018 |
| JX-2705 | 2Q2011 Board Report | 8/3/2011 |
| JX-2709 | All exhibits attached to The Ad Hoc Group of Non-Consenting States' Statement in Support of The Official Committee of Unsecured Creditors' Motions to Compel Production of Purportedly Privileged Documents or For In Camera Review [docket 2012]. | 11/18/2020 |
| JX-2710 | *Consumer Protection Division, Office of the Attorney General v. Purdue Pharma et al.*, Sackler Motion to Dismiss | 8/9/2019 |
| JX-2711 | *Consumer Protection Division, Office of the Attorney General v. Purdue Pharma et al.*, Sackler Motion to Dismiss, D. Sackler Decl. | 8/9/2019 |
| JX-2712 | *Consumer Protection Division, Office of the Attorney General v. Purdue Pharma et al.*, Sackler Motion to Dismiss, I. Sackler Decl. | 8/9/2019 |
| JX-2713 | *Consumer Protection Division, Office of the Attorney General v. Purdue Pharma et al.*, Sackler Motion to Dismiss, J. Sackler Decl. | 8/9/2019 |
| JX-2714 | *Consumer Protection Division, Office of the Attorney General v. Purdue Pharma et al.*, Sackler Motion to Dismiss, K. Sackler Decl. | 8/9/2019 |
| JX-2715 | *Consumer Protection Division, Office of the Attorney General v. Purdue Pharma et al.*, Sackler Motion to Dismiss, M. Maxman Decl. and Exs. | 8/9/2019 |
| JX-2716 | *Consumer Protection Division, Office of the Attorney General v. Purdue Pharma et al.*, Sackler Motion to Dismiss, M. Sackler Decl. | 8/9/2019 |
| JX-2717 | *Consumer Protection Division, Office of the Attorney General v. Purdue Pharma et al.*, Sackler Motion to Dismiss, R. Sackler Decl. | 8/9/2019 |
| JX-2718 | *Consumer Protection Division, Office of the Attorney General v. Purdue Pharma et al.*, Sackler Motion to Dismiss, T. Sackler Decl. | 8/9/2019 |
| JX-2719 | *Consumer Protection Division, Office of the Attorney General v. Purdue Pharma et al.*, Sackler Motion to Stay | 8/9/2019 |
| JX-2720 | *Consumer Protection Division, Office of the Attorney General v. Purdue Pharma et al.*, Sackler Motion to Stay, M. Maxman Decl. | 8/9/2019 |
| JX-2721 | *Consumer Protection Division, Office of the Attorney General v. Purdue Pharma et al.*, Sackler Motion to Stay, Exhibits | 8/9/2019 |
| JX-2757 | MkKinsey Presentation "OxyContin Growth Opportunities" | 7/7/2013 |
| JX-2758 | Email of Bert Weinstein | 6/16/2011 |

| JX-2759 | Collection of Mundipharma websites | 7/26/2021 |
|---|---|---|
| JX-2760 | Response and Affirmative Defenses of the Individual Former Directors, and all exhibits thereto, Consumer Protection Division, Office of the Attorney General v. Purdue Pharma et al. | |
| JX-2761 | Amended Expert Report of Jesse DelConte, dated August 3, 2021 | 8/3/2021 |
| JX-2762 | Appendix A (Liquidation Analysis) to Amended Expert Report of Jesse DelConte, dated August 3, 2021 | 8/3/2021 |
| JX-2763 | Exhibit 1 (Hypothetical Liquidation Analysis) to Amended Expert Report of Jesse DelConte, dated August 3, 2021 | 8/3/2021 |
| JX-2764 | Appendix B (Curriculum Vitae) to Amended Expert Report of Jesse DelConte, dated August 3, 2021 | 8/3/2021 |
| JX-2765 | Appendix C (Materials Relied Upon) to Amended Expert Report of Jesse DelConte, dated August 3, 2021 | 8/3/2021 |
| JX-2767 | Updated Curriculum Vitae of Gautam Gowrisankaran (July 2021) | 7/00/2021 |
| JX-2869 | UCC Cover Letter in support of Fifth Amended Plan | 6/15/2021 |
| JX-2874 | Letter re: Purdue Pharma, L.P., et al., CPD Case No. 19-023-311366, OAH Case No. 1923474 | 8/20/2019 |
| JX-2875 | Letter re: Purdue Pharma, L.P., et al., CPD Case No. 19-023-311366, OAH Case No. 1923474 | 9/9/2019 |
| JX-2876 | Joint Status Report, *Consumer Protection Division, Office of the Attorney General v. Purdue Pharma et al.* | 11/13/2019 |
| JX-2877 | Exhibit A, Purdue Pharma LP. Voluntary Petition for Non-Individuals Filing for Bankruptcy | 9/15/2019 |
| JX-2878 | Exhibit A, *In re Purdue Pharma L.P.*, Order Pursuant to 11 U.S.C. 105(a) Granting In Part, Motion For a Preliminary Injunction | 10/11/2019 |
| JX-2879 | Exhibit A, Complaint, *North Dakota v. Purdue Pharma L.P,* No. 08-2018-CV-01300 | 5/10/2019 |
| JX-2880 | Exhibit 1, *Mayor and City Council of Baltimore v. Purdue Pharma L.P.*, No. 24-V-18-000515 | 3/19/2019 |
| JX-2881 | Insys Therapeutics' John Kapoor, *The India-Born Billionaire Bribed Doctors with Cash, Strip Clubs, On Trial* | 1/28/2019 |
| JX-2882 | Letter re: *Consumer Protection Division v. Purdue Pharma L.P.*, CPD Case No. 19-023-311366, OAH Case No. 1923474 | 9/30/2019 |
| JX-2883 | Letter re: Purdue Pharma, L.P., et al., CPD Case No. 19-023-311366, OAH Case No. 1923474 | 8/9/2019 |
| JX-2884 | Letter to Honorable Judge Thibodeau | 10/15/2019 |
| JX-2885 | Respondents' Prehearing Conference Memorandum | 9/9/2019 |
| JX-2886 | Joint Status Report, Consumer Protection Division, Office of the Attorney General v. Purdue Pharma et al. | 1/7/2020 |
| JX-2887 | Joint Status Report, Consumer Protection Division, Office of the Attorney General v. Purdue Pharma et al. | 2/28/2020 |
| JX-2888 | Letter re: *Consumer Protection Division v. Purdue Pharma L.P.*, CPD Case No. 19-023-311366, OAH Case No. 1923474 | 1/7/2020 |
| JX-2889 | Letter re: Administrative Subpoena | 10/14/2016 |
| JX-2890 | Notice of Suggestion of Bankruptcy and Automatic Stay of Proceedings, Consumer Protection Division v. Purdue Pharma L.P., CPD Case No. 19-023-311366, OAH Case No. 1923474 | 9/16/2019 |
| JX-2891 | Respondent's Bench Memorandum, Consumer Protection Division v. Purdue Pharma L.P., CPD Case No. 19-023-311366, | 8/30/2019 |

| | OAH Case No. 1923474 | |
|---|---|---|
| JX-2892 | Letter re: Purdue Pharma, L.P., et al., CPD Case No. 19-023-311366, OAH Case No. 1923474 | 8/10/2019 |
| JX-2893 | Letter re: Purdue Pharma, L.P., et al., CPD Case No. 19-023-311366, OAH Case No. 1923474 | 7/31/2019 |
| JX-2894 | Respondents' Prehearing Statement, Consumer Protection Division v. Purdue Pharma L.P., CPD Case No. 19-023-311366, OAH Case No. 1923474 | 8/30/2019 |
| JX-2895 | Letter re: Respondents' Status Report Regarding Identification of Out-of-State Counsel and Status of Their Application for Special Admission Pro Hac Vice, Consumer Protection Division v. Purdue Pharma L.P., CPD Case No. 19-023-311366, OAH Case No. 1923474 | 9/9/2019 |
| JX-2896 | Supplement to General Order | |
| JX-2903 | Certificate of Amendment of the Certificate of Incorporation of Purdue Pharma Inc. | 9/3/2019 |
| JX-2904 | Letter re: Specified Director Rights and Other Matters of Purdue Pharma Inc., Perthlite Holdings, Inc., Linarite Holdings LLC, and Banela Corporation | 11/6/2019 |
| JX-2905 | B-Side Defense Presentation | 1/29/2020 |
| JX-2908 | Order of the Royal Court of Jersey | 8/5/2021 |
| JX-2909 | Declaration of Timothy Martin | 8/5/2021 |
| JX-2917 | Declaration of Gillian Feiner | 11/18/2020 |
| JX-2918 | Email from Rob Rosiello, MCK-MAAG-0119373, attaching letters from Bob Rappaport, Director, Division of Anesthesia, Analgesia and Rheumatology Products, Office of Drug Evaluation II, CDER, MCK-MAAG-0119375 and MCK-MAAG-0119381. | 10/4/2008 |
| JX-2919 | Email from Maria Gordian, MCK-MAAG-0117875. | 10/24/2008 |
| JX-2920 | Email from Rob Rosiello, MCK-MAAG-0118819. | 1/20/2009 |
| JX-2921 | Email from Loren Griffith, MCK-MAAG-0128552, and attachment, MCK-MAAG-0128553. | 10/16/2008 |
| JX-2922 | FDA Advisory Committee on Reformulated OxyContin: Question & Answer Book, MCK-MAAG-0152135 (excerpted; includes slides 0,1, 2, 11, and 12 of slide deck numbered 0-121). | 9/24/2009 |
| JX-2923 | Email from Jonathan Cain, MCK-MAAG-1071727. | 10/16/2008 |
| JX-2924 | Email from William Mallin, MCK-MAAG-1072780. | 10/21/2008 |
| JX-2925 | Email from Jonathan Cain, MCK-MAAG-0201523. | 10/22/2008 |
| JX-2926 | Memo from Maria Gordian, MCK-MAAG-0118669. | 3/26/2009 |
| JX-2927 | Email from Ed Mahony to the Board, MCK-MAAG-0117520, attaching June 2013 Financial Statement Cover Memo at MCK-MAAG-0117521. | 7/16/2013 |
| JX-2928 | Email from Arnab Ghatak, MCK-MAAG-0112710 (attaching slides titled "IdentifyingOxyContin Growth Opportunities"). | 8/15/2013 |
| JX-2929 | Email from Russell Gasdia, MCK-MAAG-0119733. | 8/14/2013 |
| JX-2930 | Email from David Lundie, MCK-MAAG-0117328. | 8/23/2013 |
| JX-2931 | Email from Arnab Ghatak, MCK-MAAG-0112331. | 8/23/2013 |
| JX-2932 | Email from John Goldie, MCK-MAAG-0119088. | 3/13/2014 |
| JX-2933 | Email from Anna Draganova, MCK-MAAG-1001200, and attachment, MCK-MAAG-1001201. | 11/28/2017 |
| JX-2934 | Email from Christen Tingley, MCK-MAAG-0201384, and attachment, MCK-MAAG-0201388 (excerpted; includes slides | 12/20/2017 |

| | 1-41). | |
|---|---|---|
| JX-2935 | Email from Amir Golan, MCK-MAAG-0089955. | 12/6/2017 |
| JX-2936 | Email from Martin Elling, MCK-MAAG-1056712. | 7/4/2018 |
| JX-2937 | Exhibit 125 July 27, 2011 email from Cecil Pickett forwarding a Stuart Baker email with attachment titled "Proposed 2012 Calendar of Meetings and Board Calls," produced to the UCC under the Bates numbers PPLPUCC9002657293-94. | 7/27/2011 |
| JX-2938 | Exhibit 132 email from David Lundie to John Donovan, dated February 8, 2012, produced to the UCC under the Bates number PPLPC036000177151. | 2/8/2021 |
| JX-2939 | Exhibit 133 September 2010 email chain produced to the UCC under the Bates number PPLPUCC002449097. | 9/00/2010 |
| JX-2940 | Exhibit 134 email from Michael Friedman dated March 5, 2006, produced to the UCC under the Bates number PPLPUCC002603602. | 3/5/2006 |
| JX-2941 | Exhibit 135 February 15, 2011 email from Jonathan Sackler attaching Purdue board and management discussion materials, produced to the UCC under the Bates number PPLPUCC9003800123. | 2/15/2011 |
| JX-2942 | Exhibit 136 excerpts from the minutes of a March 4, 2003 meeting of the board of directors of Purdue Pharma Inc., produced to the UCC under the Bates number PPLPUCC500647319. | 3/4/2003 |
| JX-2943 | Exhibit 137 May 5, 2017 email from Craig Landau attaching a Purdue diagnostic and forward plan, produced to the UCC under the Bates number PWG004670879. | 5/7/2017 |
| JX-2944 | Exhibit 138 February 2007 email chain produced to the UCC under the Bates number PPLPC061000013858. | 2/00/2007 |
| JX-2945 | Exhibit 139 March 2008 email chain produced to the UCC under the Bates number PPLPC012000174476. | 03/00/2008 |
| JX-2946 | Exhibit 141 November 2013 email chain produced to the UCC under the Bates number SideA00429689. | 11/00/2013 |
| JX-2947 | Exhibit 142 June 2015 email chain produced to the UCC under the Bates number PPLPUCC9004448656. | 06/00/2015 |
| JX-2948 | Exhibit 143 excerpts from a February 11, 2010 letter from Amy D'Agostino to Cecil Pickett attaching executed Director Agreements, produced to the UCC under the Bates number CP0000001.   number CP0000001. | 2/11/2010 |
| JX-2949 | Exhibit 144 Executive Committee Meeting Notes & Actions, dated September 21, 2011, produced to the UCC under the Bates number RSF_OLK00035017. | 9/21/2011 |
| JX-2950 | Exhibit 145 April 2012 email chain, produced to the UCC under the Bates number PPLPC012000372585. | 04/00/2012 |
| JX-2951 | Exhibit 146 September 11, 2013 memorandum from McKinsey to John Stewart and Russ Gasdia, produced to the UCC under the Bates number PPLPC012000441614. | 9/11/2013 |
| JX-2952 | Exhibit 147 August 15, 2013 email from Richard Sackler, produced to the UCC under the Bates number PPLPUCC9002391802. | 8/15/2013 |
| JX-2953 | Exhibit 182 Purdue plea agreement with the United States dated October 20, 2020 and filed in these proceedings at EFC No. 1828-2. | 10/20/2020 |

| JX-2954 | Exhibit 183 excerpts from a notification of patent decision in In re Oxycotin Antitrust Litig., No. 1:06-cv-13095-SHS (S.D.N.Y. Jan. 7, 2008), produced to the UCC under the Bates number PURCHI-000834581. | 1/7/2008 |
|---------|------------------------------------------------------------------------------------------------------|-----------|
| JX-2955 | Exhibit 185 excerpts from the audited combined financial statements of Purdue for years ended December 31, 2007 and 2006, produced to the UCC under the Bates number PPLPUCC500056846. | 12/31/2007 |
| JX-2956 | Exhibit 186 May 1999 email chain, produced to the UCC under the Bates number PPLPUCC000004987. | 5/1/1999 |
| JX-2957 | Exhibit 187 March 2007 email chain, produced to the UCC under the Bates number PPLPUCC004057767. | 3/1/2007 |
| JX-2958 | Exhibit 188a privilege slip sheet, produced to the UCC under the Bates number PPLPC051000035807, and is identified in metadata as the parent document of PPLPC051000035808 (Ex. 188b to this Declaration). | |
| JX-2959 | Exhibit 188b 2006 Comment published in Northwestern University Law Review titled: "West Virginia's Painful Settlement: How the OxyContin Phenomenon and Unconventional Theories of Tort Liability May Make Pharmaceutical Companies Liable for Black Markets," produced to the UCC under the Bates number PPLPC051000035808. | 6/28/1905 |
| JX-2960 | Exhibit 189 Purdue News Summary circulated on June 20, 2014, produced to the UCC under the Bates number PAZ000115626. | 6/20/2014 |
| JX-2961 | Exhibit 148 email from Stuart Baker dated August 21, 2013, produced to the UCC under the Bates number PPLPC045000016165. | 8/21/2013 |
| JX-2962 | Exhibit 190 June 2014 email chain, produced to the UCC under the Bates number PPLPC045000017003. | 6/1/2014 |
| JX-2963 | Exhibit 191 excerpts from the audited combined financial statements of Purdue for years ended December 31, 2008 and 2007, produced to the UCC under the Bates number PPLPUCC500056885. | 12/31/2008 |
| JX-2964 | Exhibit 192 May 2012 email chain, produced to the UCC under the Bates number MARSH-PURDUE-001863. | 5/1/2012 |
| JX-2965 | Exhibit 194 May 2012 email chain, produced to the UCC under the Bates number MARSH-PURDUE-001804. | 5/1/2012 |
| JX-2966 | Exhibit 195 excerpts from a privilege log dated March 5, 2019, produced by the Debtors in connection with MDL litigation, and provided to the UCC in connection with these proceedings. | 3/5/2019 |
| JX-2967 | Exhibit 149 April 6, 2014 email from Edward Mahony, produced to the UCC under the Bates number PPLPC012000471641. | 4/6/2014 |
| JX-2968 | Exhibit 200 online curriculum vitae of Norton Rose Fulbright attorney Donald Strauber, which was obtained on November 17, 2020, at https://www.nortonrosefulbright.com/en-us/people/1016474. | 11/17/2020 |
| JX-2969 | Exhibit 201 affidavit of Edward B. Mahony, dated February 4, 2014, and submitted in connection with the lawsuit styled Purdue Pharma L.P. v. Combs, Case No. 2013-CA-001941, in the Commonwealth of Kentucky Court of Appeals. | 2/1/2014 |
| JX-2970 | Exhibit 202 journal article: Ryan N. Hansen, et al., Economic Costs of Nonmedical Use of Prescription Opioids, 27 CLINICAL | 7/3/1905 |

| | J. OF PAIN 194 (2011). | |
|---|---|---|
| JX-2971 | Exhibit 203 excerpts from the audited combined financial statements of Purdue for years ended December 31, 2009 and 2008, produced to the UCC under the Bates number PPLPUCC500056924. | 12/31/2009 |
| JX-2972 | Exhibit 204 December 24, 2010 email to Richard Sackler titled "What's new for 'oxycontin' in PubMed," produced to the UCC under the Bates number RSF_OLK00055037. | 12/24/2010 |
| JX-2973 | Exhibit 205 excerpts from the audited combined financial statements of Purdue for years ended December 31, 2010 and 2009, produced to the UCC under the Bates number PPLPUCC500056963. | 12/31/2010 |
| JX-2974 | Exhibit 206 October 2014 email chain, produced to the UCC under the Bates number PPLPC045000017072. | 10/1/2014 |
| JX-2975 | Exhibit 207 email from Howard Udel forwarding a March 10, 2008 article titled: "Anatomy Of A Patent Dispute: Purdue Pharma's OxyContin Battle," produced to the UCC under the Bates number MSF01116645. | 3/10/2008 |
| JX-2976 | Exhibit 209 March 2007 email chain, produced to the UCC under the Bates number PPLPUCC9004824942. | 3/1/2007 |
| JX-2977 | Exhibit 150 Excerpts from a presentation titled: Changes in prescriptions of OxyContin and OPANA ER after introduction of tamper resistant formulations among potentially problematic and comparator prescribers, produced to the UCC under the Bates number PPLPC019000826509. | |
| JX-2978 | Exhibit 210 annual report review letter to Purdue from the Office of Inspector General, U.S. Department of Health & Human Services, dated May 6, 2009, produced to the UCC under the Bates number PNY000127987. | 5/6/2009 |
| JX-2979 | Exhibit 211 annual report review letter to Purdue from the Office of Inspector General, U.S. Department of Health & Human Services, dated April 1, 2010, produced to the UCC under the Bates number PPLP004250164. | 4/1/2010 |
| JX-2980 | Exhibit 212 annual report review letter to Purdue from the Office of Inspector General, U.S. Department of Health & Human Services to Purdue, dated January 28, 2011, produced to the UCC under the Bates number PPLPUCC001877705. | 1/28/2011 |
| JX-2981 | Exhibit 213 annual report review letter to Purdue from the Office of Inspector General, U.S. Department of Health & Human Services to Purdue, dated March 8, 2012, produced to the UCC under the Bates number PPLPUCC001884369. | 3/8/2012 |
| JX-2982 | Exhibit 214 annual report review letter to Purdue from the Office of Inspector General, U.S. Department of Health & Human Services to Purdue, dated January 24, 2013, produced to the UCC under the Bates number PPLP004427723. | 1/24/2013 |
| JX-2983 | Exhibit 215 August 2014 email chain, produced to the UCC under the Bates number PPLPUCC9004797180. | 8/1/2014 |
| JX-2984 | Exhibit 218 deposition transcript excerpts from the October 30, 2020 deposition of Cecil Pickett, Ph.D. | 10/30/2020 |
| JX-2985 | Exhibit 219 deposition transcript excerpts from the November 4, 2020 deposition of Stuart Baker. | 11/4/2020 |
| JX-2986 | Exhibit 151 May 21, 2007 email and attached May 2007 calendar | 5/21/2007 |

| | printout, produced to the UCC under the Bates numbers PPLPUCC001531749-50. | |
|---|---|---|
| JX-2987 | Exhibit 221 deposition transcript excerpts from the August 28, 2020 deposition of David Sackler. | 8/28/2020 |
| JX-2988 | Exhibit 223 deposition transcript excerpts from the November 5, 2020 deposition of Kathe Sackler. | 11/5/2020 |
| JX-2989 | Exhibit 224 deposition transcript excerpts from the October 27, 2020 deposition of John Stewart. | 10/27/2020 |
| JX-2990 | Exhibit 225 deposition transcript excerpts from the October 30, 2020 deposition of Mark Timney. | 10/30/2020 |
| JX-2991 | Exhibit 226 deposition transcript excerpts from the November 10, 2020 deposition of Mortimer D.A. Sackler. | 11/10/2020 |
| JX-2992 | Exhibit 228 deposition transcript excerpts from the November 16, 2020 deposition of Peter Boer. | 11/16/2020 |
| JX-2993 | Exhibit 152 excerpts from an August 2013 email from Donna Condon attaching an August 8, 2013 memorandum from McKinsey to John Stewart and Russ Gasdia, produced to the UCC under the Bates number MDSF00986947. | 08/00/2013 |
| JX-2994 | Exhibit 153 June 2014 email chain, produced to the UCC under the Bates number PPLPC045000017003. | 06/00/2014 |
| JX-2995 | Exhibit 154 Excerpts from a Purdue OxyContin Annual Marketing Plan, dated October 6, 2013, produced to the UCC under the Bates number PAK000062549. | 10/6/2013 |
| JX-2996 | Exhibit 155 excerpts from an August 15, 2013 Purdue board meeting agenda and attached August 8, 2013 memorandum from McKinsey produced to the UCC under the Bates number PPLP004409890. | 8/15/2013 |
| JX-2997 | Exhibit 156 October 8, 2011 Google news alert, produced to the UCC under the Bates number RSF00683542. | 10/8/2011 |
| JX-2998 | Exhibit 157 November 1, 2013 Google news alert, produced to the UCC under the Bates number RSF_OLK00008429. | 11/1/2013 |
| JX-2999 | Exhibit 158 April 18, 2015 Google news alert, produced to the UCC under the Bates number MDSF00514741. | 4/18/2015 |
| JX-3000 | Exhibit 159 July 2016 email chain, produced to the UCC under the Bates number PWG004484978. | 07/00/2016 |
| JX-3001 | Exhibit 160 January-February 2008 email chain, produced to the UCC under the Bates number SideA00391976. | 01/00/2008 |
| JX-3002 | Exhibit 161 February 2008 email chain, produced to the UCC under the Bates number PPLPC042000011810. | 02/00/2008 |
| JX-3003 | Exhibit 162 October 2014 email chain, produced to the UCC under the Bates number PPLPUCC000335135. | 10/00/2014 |
| JX-3004 | Exhibit 163 document titled "CEO Considerations," produced to the UCC under the Bates number PPLPUCC001662356. | |
| JX-3005 | Exhibit 164 excerpts from a Dec. 6, 2019 "Presentation of Defenses ('Side A')," which was provided to the UCC by counsel for Side A. | 12/6/2019 |
| JX-3006 | Exhibit 165 excerpts from an October 8, 2010 Purdue news summary, produced to the UCC under the Bates number PPLPC061000060749. | 10/8/2010 |
| JX-3007 | Exhibit 166 April 2012 email chain, produced to the UCC under the Bates number MARSH-PURDUE-001112. | 04/00/2012 |
| JX-3008 | Exhibit 167 May 11, 2012 email and attached presentation and | 5/11/2012 |

| | timeline, produced to the UCC under the Bates number MARSH-PURDUE-001768. | |
|---|---|---|
| JX-3009 | Exhibit 168 May 2012 email chain, produced to the UCC under the Bates number MARSH-PURDUE-001777. | 05/00/2012 |
| JX-3010 | Exhibit 171 excerpts from a February 29, 2012 Purdue news summary, produced to the UCC under the Bates number IACS_ESI_0000490680. | 2/29/2012 |
| JX-3011 | Exhibit 174 document titled "Proposal Regarding Board Practices," produced to the UCC under the Bates number MSF00144650. | |
| JX-3012 | Exhibit 175 July 16, 2017 email from Mortimer Sackler produced to the UCC under the Bates number SideA00229177. | 7/16/2017 |
| JX-3013 | Exhibit 176 March 10, 2008 email from Richard Sackler produced to the UCC under the Bates number PPLPC023000164605. | 3/10/2008 |
| JX-3014 | Exhibit 177 April-May 2011 email chain produced to the UCC under the Bates number PPLPUCC9000363533 | |
| JX-3015 | Exhibit 178 Purdue's Written Responses to 30(b)(6) Topics, served in connection with In re: National Prescription Opiate Litigation, MDL No. 2804, in the United States District Court, Northern District of Ohio, produced to the UCC under the Bates number POK003735973. | |
| JX-3016 | Exhibit 179 June 18, 2014 Purdue news summary, produced to the UCC under the Bates number POK003746339. | |
| JX-3017 | Exhibit 180 April 12, 2012 OxyContin Market Events presentation, produced to the UCC under the Bates number PPLPC012000372437. | |
| JX-3050 | Docket No. 3410 - Debtors' Declaration of Richard A. Collura, dated August 5, 2021 | 8/5/2021 |
| JX-3056 | Docket No. 3421 - Side-B's Declaration of Lawrence Hamermesh, dated August 4, 2021 | 8/4/2021 |
| JX-3057 | Docket No. 3422 - Side-B's Declaration of Timothy Martin, dated August 4, 2021 | 8/4/2021 |
| JX-3091 | Docket No. 3450 - AHC's Declaration of Jessica Horewitz, dated August 5, 2021<br><br>Exhibit A - Expert Report of Jessica B. Horewitz, dated June 24, 2021 | 6/24/2021 |
| JX-3097 | Email from Richard Sackler ("I agree with you") | 5/28/1997 |
| JX-3098 | Email from Robert Kaiko ("it will eventually be abused") | 2/27/1997 |
| JX-3099 | Email from Richard Sackler ("Performance Enhancing Agents") | 9/28/1998 |
| JX-3100 | Email from Richard Sackler | 4/23/1997 |
| JX-3101 | Email from Mortimer D. Sackler | 12/1/2000 |
| JX-3103 | Email from Richard Sackler ("hammer on the abusers") | 2/1/2001 |
| JX-3104 | Email and attached memo from Richard Sackler ("Purdue's situation is unique, particularly in its dangerous concentration of risk") | 4/18/2008 |
| JX-3105 | Email from Jonathan Sackler | 12/28/2000 |
| JX-3109 | Board presentation by Russell Gasdia | 5/1/2013 |
| JX-3111 | Board agenda | 10/3/2013 |
| JX-3112 | Email from Todd Baumgartner | 7/22/2014 |
| JX-3113 | Email from Russell Gasdia | 3/6/2012 |

| JX-3114 | Sales & Marketing presentation | 5/24/2013 |
| JX-3115 | Email from Stuart Baker | 3/3/2015 |
| JX-3118 | Executive Operating Committee presentation | 10/27/2015 |
| JX-3119 | Email from Stuart Baker | 11/21/2015 |
| JX-3120 | Executive Committee presentation | 11/3/2015 |
| JX-3121 | Email from Stuart Baker | 5/27/2016 |
| JX-3122 | Draft - Board of Directors Meetings (U.S. Companies) Agenda for 6/09/2016 Meetings | 5/27/2016 |
| JX-3123 | Email from Gail Cawkwell | 5/6/2017 |
| JX-3124 | Email from Craig Landau (2008 National Sales Meeting) | 1/2/2008 |
| JX-3125 | Emails from Richard Sackler (opioid savings cards) | 1/30/2008 |
| JX-3126 | Email from Richard Sackler | 2/13/2008 |
| JX-3127 | Email from John Stewart | 2/26/2008 |
| JX-3128 | Email from Russell Gasdia | 3/8/2008 |
| JX-3129 | Email from Russell Gasdia ("third weekend in a row where Dr. Richard has people running around") | 3/9/2008 |
| JX-3130 | Email from David Rosen | 3/9/2008 |
| JX-3131 | Emails from David Rosen and John Stewart | 3/10/2008 |
| JX-3132 | Email from Kathe Sackler | 3/11/2008 |
| JX-3133 | Email from Richard Sackler ("status of covered lives now with OxyContin?") | 4/22/2008 |
| JX-3134 | Email from John Stewart | 3/18/2009 |
| JX-3135 | Email from Mortimer Sackler ("I really don't understand why you would forecast for Oxycontin to start declining") | 9/28/2009 |
| JX-3136 | Emails from Robert Barmore and David Rosen | 10/8/2009 |
| JX-3137 | Email from John Stewart | 10/8/2009 |
| JX-3138 | Email from Mike Innaurato | 12/3/2009 |
| JX-3139 | Emails from Richard Sackler and Mike Innaurato | 3/15/2010 |
| JX-3140 | Email from Richard Sackler | 7/1/2010 |
| JX-3141 | Email from Kathe Sackler | 7/9/2010 |
| JX-3142 | Email from Sharon Salwan ("driven by lower demand for OxyContin 40mg and 80mg strengths") | 1/21/2011 |
| JX-3143 | Email from Richard Sackler | 1/30/2011 |
| JX-3144 | Email from Russell Gasdia | 1/21/2011 |
| JX-3145 | Email from Richard Sackler | 2/15/2011 |
| JX-3146 | Email from Russell Gasdia | 2/28/2011 |
| JX-3147 | Email from Richard Sackler | 3/9/2011 |
| JX-3148 | Email from Richard Sackler | 3/16/2011 |
| JX-3149 | Email from Richard Sackler | 3/22/2011 |
| JX-3150 | Email from Russell Gasdia | 5/25/2011 |
| JX-3151 | Email from John Stewart | 5/25/2011 |
| JX-3152 | Email from Russell Gasdia | 6/3/2011 |
| JX-3154 | Email from Russell Gasdia ("RS going to field with reps … potential compliance risk") | 6/16/2011 |
| JX-3155 | Email from Russell Gasdia | 6/3/2011 |
| JX-3156 | Email from Bert Weinstein ("Richard wanted to go into the field …could be out on a limb") | 7/17/2011 |
| JX-3157 | Attachment to email from Ed Mahoney | 6/28/2011 |
| JX-3158 | Email from Russell Gasdia | 7/26/2011 |
| JX-3159 | Email from John Stewart ("under budget sale are due to lower | 8/12/2011 |

| | than projected demand - particularly the 80mg & 40mg strengths") | |
|---|---|---|
| JX-3160 | Email from Richard Sackler | 9/28/2001 |
| JX-3161 | Email from John Stewart | 10/12/2011 |
| JX-3162 | Email from Jonathan Sackler | 1/9/2012 |
| JX-3164 | Email from Russell Gasdia | 1/26/2012 |
| JX-3165 | Email from Russell Gasdia | 2/1/2012 |
| JX-3166 | Q4 2011 Board report | 1/25/2012 |
| JX-3167 | Email from Russell Gasdia | 2/7/2012 |
| JX-3168 | Email from David Rosen | 2/12/2012 |
| JX-3169 | Email from Russell Gasdia ("I can't impress upon you enough the significant concerns at the Board level as well as senior management with regards to the OxyContin sales trends") | 2/27/2012 |
| JX-3170 | Email from Richard Sackler | 2/7/2012 |
| JX-3171 | Email from Russell Gasdia ("Anything you can do to reduce the direct contact of Richard") | 2/7/2012 |
| JX-3172 | Email from Russell Gasdia ("continued erosion of the 40mg and 80mg strengths") | 3/8/2012 |
| JX-3173 | Email from Edward Mahony ("non-tax distributions of $418.2 million") | 3/5/2012 |
| JX-3174 | Email from Richard Sackler | 2/10/2012 |
| JX-3175 | Email from Russell Gasdia ("Patients can be titrated 'on us'") | 3/13/2012 |
| JX-3176 | Email from Richard Sackler ("Can you get me a spreadsheet with the following … Rx's should be normalized for strength") | 3/17/2012 |
| JX-3177 | Presentation | 3/28/2012 |
| JX-3178 | Email from David Rosen | 3/28/2012 |
| JX-3180 | Email from Richard Sackler | 4/15/2012 |
| JX-3181 | Email from David Rosen | 4/20/2012 |
| JX-3182 | Email from John Stewart | 5/16/2012 |
| JX-3183 | Mid year Board meeting agenda | 5/29/2012 |
| JX-3184 | Email from Paulo Costa | 6/4/2012 |
| JX-3185 | Email from Russell Gasdia | 6/5/2012 |
| JX-3187 | Email from Mike Innaurato | 6/11/2012 |
| JX-3191 | Emails from Russell Gasdia and Robert Barmore | 8/16/2012 |
| JX-3192 | Email from Russell Gasdia | 10/2/2012 |
| JX-3193 | Email from John Stewart | 10/10/2012 |
| JX-3194 | Email from William Mallin | 1/30/2013 |
| JX-3197 | Email from Russell Gasdia | 4/30/2013 |
| JX-3198 | Email from John Stewart | 5/3/2013 |
| JX-3199 | Email from John Stewart | 7/7/2013 |
| JX-3200 | Email from John Stewart | 7/7/2014 |
| JX-3201 | Email from John Stewart | 7/11/2013 |
| JX-3202 | Presentation by John Stewart and Russell Gasdia | 8/14/2013 |
| JX-3203 | Memo from McKinsey ("take actions to 'Turbocharge Purdue's Sales Engine'") | 9/11/2013 |
| JX-3204 | Email from John Stewart | 9/30/2013 |
| JX-3205 | Email from David Rosen | 10/28/2013 |
| JX-3206 | Budget presentation | 10/29/2013 |
| JX-3207 | Email from John Stewart | 12/2/2013 |
| JX-3208 | Evolve to Excellence Presentation by Mark Timney | 1/17/2014 |
| JX-3209 | Email from Mark Timney | 1/29/2014 |

| JX-3210 | Email from Mark Timney | 2/26/2014 |
|---|---|---|
| JX-3211 | Email from Edward Mahony | 3/7/2014 |
| JX-3212 | Email from Edward Mahony | 4/6/2014 |
| JX-3213 | Email from McKinsey | 4/17/2014 |
| JX-3214 | Email from Russell Gasdia | 6/10/2014 |
| JX-3215 | Emails from Mortimer Sackler, Richard Sackler, and John Stewart | 2/12/2008 |
| JX-3221 | Email from Edward Mahoney | 10/24/2014 |
| JX-3222 | Email from Edward Mahoney | 12/3/2014 |
| JX-3223 | Email from Richard Sackler | 10/7/2017 |
| JX-3224 | Email from Craig Landau | 11/21/2017 |
| JX-3225 | Email from Jon Lowne | 1/18/2018 |
| JX-3226 | Email from Craig Landau | 7/11/2011 |
| JX-3227 | Email from Michael Friedman | 5/6/2001 |
| JX-3228 | Email from Mike Innaurato | 11/2/2008 |
| JX-3229 | Email from Robert Josephson | 11/28/2016 |
| JX-3230 | Email from Richard Sackler | 11/11/2013 |
| JX-3231 | Email from Burt Rosen ("I spoke to Richard just before the year end and raised concerns over our internal documents.") | 1/3/2014 |
| JX-3232 | Email from Kathe Sackler | 9/16/2014 |
| JX-3233 | Presentation by Craig Landau | 5/2/2017 |
| JX-3234 | Email from Richard Sackler | 2/2/2012 |
| JX-3235 | Email from Richard Sackler | 2/3/2012 |
| JX-3236 | Emails from Richard Sackler | 2/22/2012 |
| JX-3239 | Email from Richard Sackler | 12/31/2014 |
| JX-3240 | Communications Strategy Recommendations Presentations | 9/16/2016 |
| JX-3241 | Email from Richard Sackler | 1/7/2013 |
| JX-3242 | Email from Raul Damas | 6/30/2014 |
| JX-3243 | Email from Richard Sackler | 1/7/2015 |
| JX-3244 | Email from Richard Sackler | 3/10/2008 |
| JX-3245 | Email from Robert Barmore about Richard Sackler ("Notice the generous 5 min time period between the request and the reminder email") | 8/19/2009 |
| JX-3246 | Email from John Stewart | 1/8/2010 |
| JX-3247 | Email from Mike Innaurato | 5/15/2012 |
| JX-3249 | Email from Richard Sackler | 2/8/2012 |
| JX-3251 | Email from William Mallin | 1/9/2012 |
| JX-3254 | Email from John Stewart | 10/19/2009 |
| JX-3256 | Email from Richard Sackler | 2/18/2001 |
| JX-3257 | Email from Richard Sackler ("they get themselves addicted") | 7/30/2001 |
| JX-3258 | Email from Richard Sackler ("I think the idea of comparing PET scans of addict sand pain patients is very interesting.") | 5/15/2008 |
| JX-3259 | Email from Richard Sackler ("Abusers aren't victims; they are victimizers.") | 5/4/2001 |
| JX-3263 | Email from Richard Sackler ("please send me the excel spreadsheets...") | 10/28/2007 |
| JX-3264 | Email from Michael Friedman ("We have tried to keep the family out of the press.") | 1/3/2001 |
| JX-3265 | Board agenda | 7/25/2013 |
| JX-3266 | Email from Stuart Baker to Members of the Board | 8/21/2013 |
| JX-3267 | Emails from Mortimer Sackler, Jonathan Sackler, and Richard | 10/28/2013 |

| | Sackler ("Seems like the organization has just fully given up and is resigned to declining volume sales for all our products which bodes really badly for our business") | |
|---|---|---|
| JX-3268 | Emails from Mortimer Sackler, Jonathan Sackler, and Richard Sackler | 7/18/2014 |
| JX-3273 | Email from Richard Sackler to Peter Boer | 12/30/2010 |
| JX-3274 | Email from Richard Sackler to Craig Landau | 12/7/2008 |
| JX-3275 | Theresa Sackler Deposition Transcript | 9/23/2020--9/24/2020 |
| JX-3276 | Email from Jonathan Sackler to Raymond Sackler et al. | 11/15/2014 |
| JX-3277 | Email from Mortimer D.A. Sackler to Richard Sackler | 8/15/2013 |
| JX-3278 | Mortimer D. Sackler ("MDS") Family Charter | 10/1/2003 |
| JX-3279 | 2012 MDS Family Council Meeting Schedule | 7/4/1905 |
| JX-3280 | Email from Geraldine McNaney to Mortimer Sackler et al. | 10/8/2008 |
| JX-3281 | 2014 MDS Family Council Meeting Schedule | 7/6/1905 |
| JX-3282 | Email from Mortimer Sackler Jr. to Mortimer Sackler | 6/14/2003 |
| JX-3283 | Email from Kathe Sackler to John Stewart | 3/18/2009 |
| JX-3284 | Email from Kathe Sackler to Mortimer Sackler | 10/5/2001 |
| JX-3285 | MDS Trusts: Memorandum | 8/29/2002 |
| JX-3286 | Family Council Meeting | |
| JX-3287 | Email from Richard Sackler to Ake Wikstrom et al. | 7/3/2009 |
| JX-3288 | Email from David Sackler to Richard Sackler | 12/31/2009 |
| JX-3289 | Draft agenda for a March 1, 2011 meeting of the Purdue Board of Directors | 2/25/2011 |
| JX-3290 | Email from Ilene Sackler Lefcourt to Jörg Fischer | 7/12/2012 |
| JX-3291 | Email from Ilene Sackler Lefcourt to Stuart Baker | 7/19/2012 |
| JX-3292 | Board Meeting Agenda | 3/21/2013 |
| JX-3293 | Agenda for a Beneficiaries' Meeting | 11/16/2016 |
| JX-3294 | RTI International, *Filling in Gaps: A Scan for Opportunities to Respond to the Opioid Crisis* | 2/16/2017 |
| JX-3295 | Email from Richard Sackler to Mortimer D.A. Sackler | 8/13/2017 |
| JX-3296 | Email from Ilene Sackler Lefcourt to Jack Stein | 11/22/2017 |
| JX-3297 | Supervisory Council | |
| JX-3298 | Deposition of Ilene Sackler Lefcourt | 9/18/2020 |

**In re Purdue Pharma L.P., et al., vs. Commonwealth of Massachusetts, et. al, Adv. Pro. No. 19-08289 (RDD);**

| Docket Number | Filing Name | Filing Date |
|---|---|---|
| | Docket Report | |
| 1 | Adversary case 19-08289. Complaint for Injunctive Relief (Fee Amount $ 350.). Nature(s) of Suit: (71 (Injunctive relief - reinstatement of stay)), (72 (Injunctive relief - other)) Filed by Benjamin S. Kaminetzky on behalf of Purdue Pharma L.P., Purdue Pharma Inc., Purdue Transdermal Technologies L.P., Purdue Pharma Manufacturing L.P., Purdue Pharmaceuticals L.P., Purdue Pharma of Puerto Rico, Purdue Pharmaceutical Products L.P., Rhodes Pharmaceuticals L.P., Rhodes Technologies, Avrio Health L.P.. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C) | 9/18/2019 |
| 2 | Motion for Preliminary Injunction  filed by Benjamin S. | 9/18/2019 |

| | | |
|---|---|---|
| | Kaminetzky on behalf of Avrio Health L.P., Purdue Pharma Inc., Purdue Pharma L.P., Purdue Pharma Manufacturing L.P., Purdue Pharma of Puerto Rico, Purdue Pharmaceutical Products L.P., Purdue Pharmaceuticals L.P., Purdue Transdermal Technologies L.P., Rhodes Pharmaceuticals L.P., Rhodes Technologies. with hearing to be held on 10/11/2019 (check with court for location) Responses due by 10/2/2019, (Attachments: # 1 Exhibit A) | |
| 3 | Memorandum of Law in Support of Motion for Preliminary Injunction (related document(s)2) filed by Benjamin S. Kaminetzky on behalf of Avrio Health L.P., Purdue Pharma Inc., Purdue Pharma L.P., Purdue Pharma Manufacturing L.P., Purdue Pharma of Puerto Rico, Purdue Pharmaceutical Products L.P., Purdue Pharmaceuticals L.P., Purdue Transdermal Technologies L.P., Rhodes Pharmaceuticals L.P., Rhodes Technologies. | 9/18/2019 |
| 4 | Declaration of Benjamin S. Kaminetzky in Support of Debtors' Motion for Preliminary Injunction (related document(s)2) filed by Benjamin S. Kaminetzky on behalf of Avrio Health L.P., Purdue Pharma Inc., Purdue Pharma L.P., Purdue Pharma Manufacturing L.P., Purdue Pharma of Puerto Rico, Purdue Pharmaceutical Products L.P., Purdue Pharmaceuticals L.P., Purdue Transdermal Technologies L.P., Rhodes Pharmaceuticals L.P., Rhodes Technologies. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E) | 9/18/2019 |
| 5 | Declaration of Jesse DelConte in Support of Debtors' Motion for Preliminary Injunction (related document(s)2) filed by Benjamin S. Kaminetzky on behalf of Avrio Health L.P., Purdue Pharma Inc., Purdue Pharma L.P., Purdue Pharma Manufacturing L.P., Purdue Pharma of Puerto Rico, Purdue Pharmaceutical Products L.P., Purdue Pharmaceuticals L.P., Purdue Transdermal Technologies L.P., Rhodes Pharmaceuticals L.P., Rhodes Technologies. | 9/18/2019 |
| 6 | Declaration of Jamie O'Connell in Support of Debtors' Motion for Preliminary Injunction (related document(s)2) filed by Benjamin S. Kaminetzky on behalf of Avrio Health L.P., Purdue Pharma Inc., Purdue Pharma L.P., Purdue Pharma Manufacturing L.P., Purdue Pharma of Puerto Rico, Purdue Pharmaceutical Products L.P., Purdue Pharmaceuticals L.P., Purdue Transdermal Technologies L.P., Rhodes Pharmaceuticals L.P., Rhodes Technologies. | 9/18/2019 |
| 31 | Opposition Brief Opposition by the Consortium of Some Massachusetts and Other Municipalities to the Motion for a Preliminary Injunction in Favor of the Sackler Family Non-Debtors (related document(s)1) filed by Beth Kaswan on behalf of City of Cambridge, City of Chicopee, City of Framingham, City of Gloucester, City of Haverhill, City of Middletown, City of Norwich, City of Portsmouth, City of Salem, City of Trenton, City of Worcester, Town of Canton, Town of Enfield, Town of Lynnfield, Town of Natick, Town of Randolph, Town of Springfield, Town of Wakefield, Town of Wethersfield. (Attachments: # 1 Declaration in Support # 2 Exhibit 1 - Complaint # 3 Ex 2 - Letter and Affidavit # 4 Ex 3 - Plea Agreement and Corporate Integrity Agreement # 5 Ex 4 - O'Connell Decl # 6 Ex 5 - Depo Transcript Excerpts) | 10/2/2019 |

| 33 | Objection to Motion (related document(s)2) filed by Vadim J. Rubinstein on behalf of Nevada Counties and Municipalities. | 10/2/2019 |
|---|---|---|
| 36 | Affidavit Declaration of Beth A. Kaswan in Support of Opposition by the Municipality Consortium to the Motion for a Preliminary Injunction in Favor of the Sackler Family Non-Debtors, With Corrected Exhibit 5 (related document(s)31) Filed by Beth Kaswan on behalf of City Of Paterson, New Jersey, City of Cambridge, City of Chicopee, City of Framingham, City of Gloucester, City of Haverhill, City of Middletown, City of Norwich, City of Portsmouth, City of Salem, City of Trenton, City of Worcester, Town of Canton, Town of Enfield, Town of Lynnfield, Town of Natick, Town of Randolph, Town of Springfield, Town of Wakefield, Town of Wethersfield. (Attachments: # 1 Exhibit Corrected Exhibit 5) | 10/2/2019 |
| 37 | Opposition / The Multi-State Governmental Entities Group's Opposition to Debtors' Motion for a Preliminary Injunction (related document(s)2) filed by Todd E. Phillips on behalf of Multi-State Governmental Entities Group. with hearing to be held on 10/11/2019 (check with court for location) (Attachments: # 1 Exhibit A # 2 Exhibit B) | 10/3/2019 |
| 38 | Opposition Brief (related document(s)2) filed by Matthew J. Gold on behalf of State of Washington. with hearing to be held on 10/11/2019 at 10:00 AM at Courtroom 118, White Plains Courthouse | 10/4/2019 |
| 39 | Objection to Motion /Limited Objection and Response of Arkansas and Tennessee Public Officials in Opposition to Debtors' Motion for a Preliminary Injunction (related document(s)2) filed by Katherine Stadler on behalf of Tennessee Plaintiffs, Arkansas Plaintiffs. with hearing to be held on 10/11/2019 at 10:00 AM at Courtroom TBA, White Plains Courthouse (RDD) | 10/4/2019 |
| 40 | Declaration of Laura K. Clinton in Support of the State of Washington's Opposition to Purdue's Motion for a Preliminary Injunction (related document(s)2) filed by Matthew J. Gold on behalf of State of Washington. with hearing to be held on 10/11/2019 at 10:00 AM at Courtroom 118, White Plains Courthouse (Attachments: # 1 Exhibit Gary Franklin, et. al. A Comprehensive Approach to Address the Prescription Opioid Epidemic in Washington State: Milestones and Lessons Learned, 105 Am. J. Pub. Health 463 (2015). # 2 Exhibit Non-confidential excerpt of the Expert Report of Caleb Alexander # 3 Exhibit Non-confidential excerpt of the Expert Report of Jeffrey B. Liebman # 4 Exhibit Non-confidential excerpt of the Expert Report of David Courtwright # 5 Exhibit 2007 Consent Judgment # 6 Exhibit Docket for the Washington State Action # 7 Exhibit Courts order denying Purdues Motion to Dismiss # 8 Exhibit Non-confidential excerpt of the Expert Report of Leslie Enzian # 9 Exhibit Non-confidential excerpts of the Deposition of Gary Franklin # 10 Exhibit Letter from Purdue to Dr. Franklin # 11 Exhibit Non-confidential excerpts of the Deposition of Donna Sullivan # 12 Exhibit Non-confidential excerpts of the Deposition of Robert McElderry # 13 Exhibit Non-confidential excerpts of the Deposition of Purdue Expert Olson # 14 Exhibit Series of internal Purdue emails concerning the LELE program and its activities in | 10/4/2019 |

| | | |
|---|---|---|
| | Washington, produced by Purdue in the State Action and subsequently deemed public # 15 Exhibit Second series of internal Purdue emails concerning the LELE program and its activities in Washington, produced by Purdue in the State Action and subsequently deemed public # 16 Exhibit Internal Purdue standard operating procedure for its ADD Program, produced by Purdue in the State Action and subsequently deemed public # 17 Exhibit Internal Purdue training powerpoint for its sales representatives, produced by Purdue in the State Action and subsequently deemed public # 18 Exhibit State Courts Order # 19 Exhibit States Motion to Compel # 20 Exhibit Purdue detailers notes documenting his visits to Ms. Bell # 21 Exhibit Various internal Purdue documents reflecting the Reports of Concern it received about Ms. Bell, produced by Purdue in the State Action and subsequently deemed public # 22 Exhibit Purdue document listing Washington detailer compensation, produced by Purdue in the State Action and subsequently deemed public in its redacted form # 23 Exhibit Purdue sales representative training document, which was produced by Purdue in the State Action and subsequently deemed public # 24 Exhibit Purdue sales representative training, Prescriber Targeting, and Enhanced Approach, which was produced by Purdue in the State Action and subsequently deemed public # 25 Exhibit Mr. Andres declaration # 26 Exhibit Ms. Haackers declaration # 27 Exhibit Nonconfidential testimony from John Axelson, former Purdue Western Washington district sales manager # 28 Exhibit Judgment in a Criminal Case for Dr. Whetstone # 29 Exhibit Various internal Purdue documents reflecting the Reports of Concern it received about Dr. Whetstone, produced by Purdue in the State Action and subsequently deemed public # 30 Exhibit Non-confidential excerpts of the Deposition of Kathryn Deane # 31 Exhibit Purdues Opposition withdrawing affirmative defenses # 32 Exhibit The Courts initial and Nunc Pro Tunc Orders) | |
| 41 | Opposition Brief / The States' Coordinated Opposition to the Debtors' Motion for Preliminary Injunction of States' Law Enforcement Actions Against the Sacklers (related document(s)2) filed by Andrew M. Troop on behalf of Ad Hoc Group of Non-Consenting States. | 10/4/2019 |
| 42 | Opposition Brief / The States' Coordinated Opposition to Debtors' Motion for Preliminary Injunction of State Enforcement Actions Against Purdue (related document(s)2) filed by Andrew M. Troop on behalf of Ad Hoc Group of Non-Consenting States. | 10/4/2019 |
| 43 | Declaration of Katherine Stadler In Support Of Limited Objection and Response of Arkansas and Tennessee Public Officials in opposition to Debtors' Motion for Preliminary Injunction (related document(s)39) filed by Katherine Stadler on behalf of Arkansas Plaintiffs, Tennessee Plaintiffs. with hearing to be held on 10/11/2019 at 10:00 AM at Courtroom TBA, White Plains Courthouse (RDD) (Attachments: # 1 Exhibit 1- Staubus, et al. v. Purdue Pharma L.P., et al. # 2 Exhibit 2 - Effler, et al. v. Purdue Pharma L.P., et al. # 3 Exhibit 3 - Dunaway, et al. v. Purdue Pharma L.P., et al. - PART 1 # 4 Exhibit 3 - Dunaway, et a. v. Purdue Pharma L.P>, et al. PART 2 # 5 Exhibit 3 - Dunaway, et | 10/4/2019 |

| | | |
|---|---|---|
| | al. v. Purdue Pharma L.P., et al. - PART 3 # 6 Exhibit 3 - Dunaway, et al. v. Purdue Pharma L.P., et al. - PART 4 # 7 Exhibit 4 - Arkansas ex rel. Ellington, et al. v. Purdue Pharma L.P., et al. # 8 Exhibit 5 - Insys Order Approving Stipulation re Stay of Litigation # 9 Exhibit 6 - Deposition of Jamie O'Connell transcript excerpts # 10 Exhibit 7 - Deposition of Jesse DelConte transcript excerpts) | |
| 44 | Declaration of Andrew Troop in Support of the States' Coordinated Oppositions to the Debtor's Motion for Preliminary Injunction (related document(s)42, 41) filed by Andrew M. Troop on behalf of Ad Hoc Group of Non-Consenting States. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C) | 10/4/2019 |
| 51 | Objection to Motion and Response to Debtors Motion for a Preliminary Injunction (related document(s)2) filed by Seth Adam Meyer on behalf of State of Arizona, ex rel. Mark Brnovich, Attorney General. | 10/7/2019 |
| 59 | Omnibus Reply to Motion for a Preliminary Injunction (related document(s)2) filed by Benjamin S. Kaminetzky on behalf of Avrio Health L.P., Purdue Pharma Inc., Purdue Pharma L.P., Purdue Pharma Manufacturing L.P., Purdue Pharma of Puerto Rico, Purdue Pharmaceutical Products L.P., Purdue Pharmaceuticals L.P., Purdue Transdermal Technologies L.P., Rhodes Pharmaceuticals L.P., Rhodes Technologies. | 10/8/2019 |
| 60 | Supplemental Declaration of Benjamin S. Kaminetzky In Support of the Motion for Preliminary Injunction (related document(s)2) filed by Benjamin S. Kaminetzky on behalf of Avrio Health L.P., Purdue Pharma Inc., Purdue Pharma L.P., Purdue Pharma Manufacturing L.P., Purdue Pharma of Puerto Rico, Purdue Pharmaceutical Products L.P., Purdue Pharmaceuticals L.P., Purdue Transdermal Technologies L.P., Rhodes Pharmaceuticals L.P., Rhodes Technologies. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E) | 10/8/2019 |
| 61 | Declaration of Hayden A. Coleman in Support of the Motion for a Preliminary Injunction (related document(s)2) filed by Benjamin S. Kaminetzky on behalf of Avrio Health L.P., Purdue Pharma Inc., Purdue Pharma L.P., Purdue Pharma Manufacturing L.P., Purdue Pharma of Puerto Rico, Purdue Pharmaceutical Products L.P., Purdue Pharmaceuticals L.P., Purdue Transdermal Technologies L.P., Rhodes Pharmaceuticals L.P., Rhodes Technologies. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E # 6 Exhibit F # 7 Exhibit G # 8 Exhibit H # 9 Exhibit I # 10 Exhibit J # 11 Exhibit K # 12 Exhibit L # 13 Exhibit M # 14 Exhibit N # 15 Exhibit O # 16 Exhibit P # 17 Exhibit Q # 18 Exhibit R # 19 Exhibit S # 20 Exhibit T # 21 Exhibit U # 22 Exhibit V # 23 Exhibit W # 24 Exhibit X) | 10/8/2019 |
| 62 | Statement / Ad Hoc Committee's Statement in Support of a Limited and Conditional Stay (related document(s)2) filed by Kenneth H. Eckstein on behalf of Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants. | 10/8/2019 |
| 63 | Statement Of The Raymond Sackler Family And Beacon Company In Support Of The Debtors' Motion For A Preliminary Injunction filed by Gerard Uzzi on behalf of Raymond Sackler | 10/8/2019 |

| | Family. | |
|---|---|---|
| 64 | Response to Motion for Preliminary Injunction Pursuant to 11 U.S.C. Section 105(A) (related document(s)2) filed by Christopher B Spuches on behalf of State of Florida, Office of the Attorney General, Department of Legal Affairs. | 10/8/2019 |
| 66 | Opposition /Joinder to the States' Coordinated Oppositions to Debtors' Motion for Preliminary Injunctions of State Enforcement Actions Against the Sacklers and against Purdue (related document(s)42, 41) filed by Vadim J. Rubinstein on behalf of Nevada Counties and Municipalities. | 10/8/2019 |
| 79 | Statement /Official Committee of Unsecured Creditors Statement in Support of Debtors Motion for a Preliminary Injunction Pursuant to 11 U.S.C. § 105(a) and Statement In Support of Complaint for Injunctive Relief (related document(s)1, 2, 3) filed by Ira S. Dizengoff on behalf of The Official Committee of Unsecured Creditors of Purdue Pharma L.P., et al.. | 10/11/2019 |
| 82 | Order Signed on 10/11/2019 Pursuant to 11 U.S.C. § 105(a) Granting, In Part, Motion for A Preliminary Injunction (Related Doc # 2). | 10/11/2019 |
| 86 | Declaration of James I. McClammy in Support of Debtors' Motion for a Preliminary Injunction (related document(s)2) filed by James I. McClammy on behalf of Avrio Health L.P., Purdue Pharma Inc., Purdue Pharma L.P., Purdue Pharma Manufacturing L.P., Purdue Pharma of Puerto Rico, Purdue Pharmaceutical Products L.P., Purdue Pharmaceuticals L.P., Purdue Transdermal Technologies L.P., Rhodes Pharmaceuticals L.P., Rhodes Technologies. (Attachments: # 1 Exhibit A) | 10/16/2019 |
| 87 | Transcript regarding Hearing Held on 10/11/2019 10:11 AM RE: Motion for Preliminary Injunction; Opposition by the Consortium of Some Massachusetts and Other Municipalities; Objection of Nevada Counties..et al... Remote electronic access to the transcript is restricted until 1/14/2020. The transcript may be viewed at the Bankruptcy Court Clerks Office. [Transcription Service Agency: Veritext Legal Solutions.]. (See the Courts Website for contact information for the Transcription Service Agency.) (RE: related document(s) 37, 66, 31, 42, 2, 64, 41, 62, 38, 39, 51, 63). Notice of Intent to Request Redaction Deadline Due By 10/23/2019. Statement of Redaction Request Due By 11/6/2019. Redacted Transcript Submission Due By 11/18/2019. Transcript access will be restricted through 1/14/2020. (Ortiz, Carmen) (Entered: 10/17/2019) | 10/16/2019 |
| 89 | Amended Order signed on 10/18/2019 Pursuant to 11 U.S.C. § 105(a) Granting, in Part, Motion for a Preliminary Injunction (related document(s)85, 2, 82). | 10/18/2019 |
| 105 | Second Amended Order signed on 11/6/2019 Granting Motion for Preliminary Injunction (related document(s)89). | 11/6/2019 |
| 108 | Transcript regarding Hearing Held on October 11, 2019 at10:11am RE: Motion for Preliminary Injunction; Debtors'Motion for Entry of a Scheduling Order and a ProtectiveOrder in Connection with the Preliminary Injunction Motion,etc... Remote electronic access to the transcript is restricteduntil 2/6/2020. The transcript may be viewed at theBankruptcy Court Clerks Office. [Transcription ServiceAgency: Veritext Legal Solutions.]. (See the Courts | 11/8/2019 |

| | Websitefor contact information for the Transcription ServiceAgency.). Notice of Intent to Request Redaction DeadlineDue By 11/15/2019. Statement of Redaction Request Due By12/2/2019. Redacted Transcript Submission Due By12/9/2019. Transcript access will be restricted through2/6/2020. (Braithwaite, Kenishia) (Entered: 11/08/2019) | |
|---|---|---|
| 115 | Third Amended Order signed on 11/20/2019 Pursuant to 11 U.S.C. § 105(a) Granting Motion for a Preliminary Injunction (related document(s)89, 105, 85, 2, 82). | 11/20/2019 |
| 116 | Notice of Appeal and Statement of Election (related document(s)105, 115) filed by Katherine Stadler on behalf of Tennessee Plaintiffs. Appellant Designation due by 12/4/2019, | 11/20/2019 |
| 119 | Transcript regarding Hearing Held on November 6, 2019 at2:11 PM RE: Notice of Agenda for Hearing; Motion forPreliminary Injunction, etc.... Remote electronic access to thetranscript is restricted until 2/20/2020. The transcript may beviewed at the Bankruptcy Court Clerks Office.[Transcription Service Agency: Veritext Legal Solutions.].(See the Courts Website for contact information for theTranscription Service Agency.). Notice of Intent to RequestRedaction Deadline Due By 12/2/2019. Statement ofRedaction Request Due By 12/13/2019. Redacted TranscriptSubmission Due By 12/23/2019. Transcript access will berestricted through 2/20/2020. (Braithwaite, Kenishia)(Entered: 11/22/2019) | 11/22/2019 |
| 126 | Fourth Amended Order signed on 12/9/2019 Pursuant to 11 U.S.C. § 105(a) Granting Motion for a Preliminary Injunction. | 12/9/2019 |
| 132 | Fifth Amended Order signed on 12/30/2019 Pursuant to 11 U.S.C. § 105(a) Granting Motion for a Preliminary Injunction. | 1/2/2020 |
| 139 | Sixth Amended Order signed on 2/14/2020 Granting Motion for a Preliminary Injunction (related document(s)136, 132). | 2/17/2020 |
| 145 | Seventh Amended Order signed on 3/4/2020 Pursuant to 11 U.S.C. § 105(a) Granting Motion for a Preliminary Injunction ((Related Doc # 7). . | 3/4/2020 |
| 146 | Motion to Extend Time / Motion to Extend the Preliminary Injunction filed by Benjamin S. Kaminetzky on behalf of Avrio Health L.P., Purdue Pharma Inc., Purdue Pharma L.P., Purdue Pharma Manufacturing L.P., Purdue Pharma of Puerto Rico, Purdue Pharmaceutical Products L.P., Purdue Pharmaceuticals L.P., Purdue Transdermal Technologies L.P. with hearing to be held on 3/18/2020 at 10:00 AM at Courtroom TBA, White Plains Courthouse (RDD) Responses due by 3/13/2020,. (Attachments: # 1 Exhibit A- Part 1 Proposed Order # 2 Exhibit A- Part 2- Appendix III # 3 Exhibit A- Part III) | 3/4/2020 |
| 147 | Memorandum of Law in Support of Motion to Extend the Preliminary Injunction (related document(s)146) filed by Benjamin S. Kaminetzky on behalf of Avrio Health L.P., Purdue Pharma Inc., Purdue Pharma L.P., Purdue Pharma Manufacturing L.P., Purdue Pharma of Puerto Rico, Purdue Pharmaceutical Products L.P., Purdue Pharmaceuticals L.P., Purdue Transdermal Technologies L.P., Rhodes Pharmaceuticals L.P., Rhodes Technologies. | 3/4/2020 |
| 148 | Declaration of Benjamin S. Kaminetzy in Support of Debtors' Motion to Extend the Preliminary Injunction (related | 3/4/2020 |

| | | |
|---|---|---|
| | document(s)146) filed by Benjamin S. Kaminetzky on behalf of Avrio Health L.P., Purdue Pharma Inc., Purdue Pharma L.P., Purdue Pharma Manufacturing L.P., Purdue Pharma of Puerto Rico, Purdue Pharmaceutical Products L.P., Purdue Pharmaceuticals L.P., Purdue Transdermal Technologies L.P., Rhodes Pharmaceuticals L.P., Rhodes Technologies. | |
| 165 | Transcript regarding Hearing Held on March 18, 2020 at 10:05 AM RE: Motion to Extend Time/ Motion to Extend the Preliminary Injunction; Memorandum of Law in Support of Motion; Declaration of Benjamin S. Karninetzy in Support of Debtors' Motion to Extend the Preliminary Injunction, etc.... Remote electronic access to the transcript is restricted until 6/18/2020. The transcript may be viewed at the Bankruptcy Court Clerks Office. [Transcription Service Agency: Veritext Legal Solutions.]. (See the Courts Website for contact information for the Transcription Service Agency.). Notice of Intent to Request Redaction Deadline Due By 3/27/2020. Statement of Redaction Request Due By 4/10/2020. Redacted Transcript Submission Due By 4/20/2020. Transcript access will be restricted through | 3/20/2020 |
| 168 | Eight Amended Order signed on 3/30/2020 Pursuant to 11 U.S.C. § 105(a) Granting Motion for a Preliminary Injunction. The Pre-Trial Conference in this adversary proceeding, currently scheduled for April 8, 2020 at 10:00 am (Prevailing Eastern Time), (related document(s)2, 146,167)) hearing is adjourned to 10/19/2020 at 10:00 AM at Courtroom 118, White Plains Courthouse. | 3/30/2020 |
| 172 | Notice of Appeal  and Statement of Election. (related document(s)168) filed by Katherine Stadler on behalf of Tennessee Plaintiffs. (Attachments: # 1 Civil Cover Sheet - JS 44C/SDNY # 2 Related Case Statement) | 4/10/2020 |
| 175 | Ninth Amended Order signed on 4/14/2020 Pursuant to 11 U.S.C. § 105(a) to Granting Motion for a Preliminary Injunction. The Pre-Trial Conference in this adversary proceeding, currently scheduled for April 8, 2020 at 10:00 am is adjourned to October 19, 2020 at 10:00 am at Courtroom 118, White Plains Courthouse. | 4/14/2020 |
| 185 | Tenth Amended Order signed on 5/18/2020 Pursuant to 11 U.S.C. § 105(a) Granting Motion for a Preliminary Injunction. Pre-Trial Conference in this adversary proceeding adjourned to October 19, 2020 at 10:00 am at Courtroom 118, White Plains Courthouse (related document(s)184, 175). | 5/18/2020 |
| 190 | Eleventh Amended Order signed on 7/20/2020 Pursuant to 11 U.S.C. § 105(a) Granting Motion for a Preliminary Injunction. Pre-Trial Conference in this adversary proceeding has been Adjourned to 10/19/2020 at 10:00 AM at Courtroom 118, White Plains Courthouse. | 7/20/2020 |
| 194 | Order signed on 8/31/2020 Granting Twelfth Amended Preliminary Injunction . (related document(s)193) | 8/31/2020 |
| 197 | Motion to Extend Time / Motion to Extend the Preliminary Injunction (related document(s)1) filed by Benjamin S. Kaminetzky on behalf of Avrio Health L.P., Purdue Pharma Inc., Purdue Pharma L.P., Purdue Pharma Manufacturing L.P., Purdue Pharma of Puerto Rico, Purdue Pharma Pharmaceutical Products L.P., Purdue Pharmaceuticals L.P., Purdue Transdermal Technologies L.P., Rhodes Pharmaceuticals L.P., Rhodes Technologies with | 9/16/2020 |

| | hearing to be held on 9/30/2020 at 10:00 AM at Courtroom TBA, White Plains Courthouse (RDD) Responses due by 9/25/2020,. (Attachments: # 1 Exhibit A- Proposed Thirteenth Amended Preliminary Injunction # 2 Exhibit A- Part 2: Appendix II # 3 Exhibit A- Part 3: Appendix III) | |
|---|---|---|
| 198 | Memorandum of Law in Support of Motion to Extend the Preliminary Injunction (related document(s)197) filed by Benjamin S. Kaminetzky on behalf of Avrio Health L.P., Purdue Pharma Inc., Purdue Pharma L.P., Purdue Pharma Manufacturing L.P., Purdue Pharma of Puerto Rico, Purdue Pharmaceutical Products L.P., Rhodes Pharmaceuticals L.P., Rhodes Technologies. | 9/16/2020 |
| 199 | Declaration of Benjamin S. Kaminetzky in Support of Debtors' Motion to Extend the Preliminary Injunction (related document(s)197) filed by Benjamin S. Kaminetzky on behalf of Avrio Health L.P., Purdue Pharma Inc., Purdue Pharma L.P., Purdue Pharma Manufacturing L.P., Purdue Pharma of Puerto Rico, Purdue Pharmaceutical Products L.P., Purdue Pharmaceuticals L.P., Purdue Transdermal Technologies L.P., Rhodes Pharmaceuticals L.P., Rhodes Technologies. | 9/17/2020 |
| 208 | Thirteenth Amended Order signed on 10/1/2020 Granting Motion for a Preliminary Injunction (Related Doc # 197). | 10/1/2020 |
| 214 | Fourteenth Amended Order signed on 10/30/2020 Granting Motion for a Preliminary Injunction (related document(s)213) . | 10/30/2020 |
| 217 | Transcript regarding Hearing Held on 9/30/2020 at 10:08 AM RE: Motion to Extend Time; Motion to Extend the Preliminary Injunction..etc... Remote electronic access to the transcript is restricted until 1/4/2021. The transcript may be viewed at the Bankruptcy Court Clerks Office. [Transcription Service Agency: Veritext Legal Solutions.]. (See the Courts Website for contact information for the Transcription Service Agency.) (RE: related document(s) 201, 198, 202, 205, 206, 197). Notice of Intent to Request Redaction Deadline Due By 10/9/2020. Statement of Redaction Request Due By 10/23/2020. Redacted Transcript Submission Due By 11/2/2020. Transcript access will be restricted through 1/4/2021. (Ortiz, Carmen) (Entered: 12/02/2020) | 12/2/2020 |
| 219 | Motion to Extend Time / Motion to Extend the Preliminary Injunction (related document(s)2) filed by Benjamin S. Kaminetzky on behalf of Avrio Health L.P., Purdue Pharma Inc., Purdue Pharma L.P., Purdue Pharma Manufacturing L.P., Purdue Pharma of Puerto Rico, Purdue Pharmaceutical Products L.P., Purdue Pharmaceuticals L.P., Purdue Transdermal Technologies L.P., Rhodes Pharmaceuticals L.P., Rhodes Technologies with hearing to be held on 3/1/2021 at 09:00 AM at Courtroom TBA, White Plains Courthouse (RDD) Responses due by 2/26/2021,. (Attachments: # 1 Exhibit A- Proposed Order # 2 Appendix I- Voluntary Injunction # 3 Appendix II- Chart of Governmental Actions # 4 Appendix III- Chart of Related Party Actions) | 2/14/2021 |
| 220 | Memorandum of Law in Support of Motion to Extend the Preliminary Injunction (related document(s)219) filed by Benjamin S. Kaminetzky on behalf of Avrio Health L.P., Purdue Pharma Inc., Purdue Pharma L.P., Purdue Pharma Manufacturing L.P., Purdue Pharma of Puerto Rico, Purdue Pharmaceutical | 2/14/2021 |

| | Products L.P., Purdue Pharmaceuticals L.P., Purdue Transdermal Technologies L.P., Rhodes Pharmaceuticals L.P., Rhodes Technologies. | |
|---|---|---|
| 224 | Order Signed on 3/1/2021 Granting Motion to Extend the Preliminary Injunction (related document(s)2) (Related Doc # 219). | 3/1/2021 |
| 227 | Motion to Extend Time /Motion to Extend the Preliminary Injunction (related document(s)2) filed by Benjamin S. Kaminetzky on behalf of Avrio Health L.P., Purdue Pharma Inc., Purdue Pharma L.P., Purdue Pharma Manufacturing L.P., Purdue Pharma of Puerto Rico, Purdue Pharmaceutical Products L.P., Purdue Pharmaceuticals L.P., Purdue Transdermal Technologies L.P., Rhodes Pharmaceuticals L.P., Rhodes Technologies with hearing to be held on 3/24/2021 at 10:00 AM at Courtroom TBA, White Plains Courthouse (RDD) Responses due by 3/19/2021,. | 3/12/2021 |
| 228 | Memorandum of Law in Support of Motion to Extend the Preliminary Injunction (related document(s)227) filed by Benjamin S. Kaminetzky on behalf of Avrio Health L.P., Purdue Pharma Inc., Purdue Pharma L.P., Purdue Pharma Manufacturing L.P., Purdue Pharma of Puerto Rico, Purdue Pharmaceutical Products L.P., Purdue Pharmaceuticals L.P., Purdue Transdermal Technologies L.P., Rhodes Pharmaceuticals L.P., Rhodes Technologies. Objections due by 3/19/2021, Reply due by 3/23/2021,. | 3/12/2021 |
| 241 | Sixteenth Amended Order Signed on 3/26/2021 Granting Motion for a Preliminary Injunction (Related Doc # 227) . | 3/26/2021 |
| 244 | Transcript regarding Hearing Held on 3/24/21 at 10:04 AMRE: Motion to Shorten Time /Debtors' Ex Parte Motion forEntry of an Order Shortening Notice with Respect toDebtors' Motion to Extend the Preliminary Injunction filedby Benjamin S. Kaminetzky on behalf of Avrio Health L.P.,Purdue Pharma Inc., Purdue Pharma L.P., Purdue PharmaManufacturing L.P., Purdue Pharma of Puerto Rico, PurduePharmaceutical Products L.P., Purdue Pharmaceuticals L.P.,Purdue Transdermal Technologies L.P., RhodesPharmaceuticals L.P., Rhodes Technologies; Motion toExtend Time /Motion to Extend the Preliminary Injunction;Memorandum of Law in Support of Motion to Extend thePreliminary filed by Benjamin S. Kaminetzky on behalf ofAvrio Health L.P., Purdue Pharma Inc., Purdue Pharma L.P.,Purdue Pharma Manufacturing L.P., Purdue Pharma ofPuerto Rico, Purdue Pharmaceutical Products L.P., PurduePharmaceuticals L.P., Purdue Transdermal TechnologiesL.P., Rhodes Pharmaceuticals L.P., Rhodes Technologies;etc. Remote electronic access to the transcript is restricteduntil 6/30/2021. The transcript may be viewed at theBankruptcy Court Clerks Office. [Transcription ServiceAgency: Veritext Legal Solutions.]. (See the Courts Websitefor contact information for the Transcription ServiceAgency.) (RE: related document(s) 232, 229, 238, 234, 236,235, 233, 228, 227, 231). Notice of Intent to RequestRedaction Deadline Due By 4/8/2021. Statement ofRedaction Request Due By 4/22/2021. Redacted TranscriptSubmission Due By 5/3/2021. Transcript access will | 4/1/2021 |

| | | |
|---|---|---|
| | berestricted through 6/30/2021. | |
| 245 | Motion to Extend Time / Motion to Extend the Preliminary Injunction filed by Benjamin S. Kaminetzky on behalf of Avrio Health L.P., Purdue Pharma Inc., Purdue Pharma L.P., Purdue Pharma Manufacturing L.P., Purdue Pharma of Puerto Rico, Purdue Pharmaceutical Products L.P., Purdue Pharmaceuticals L.P., Purdue Transdermal Technologies L.P., Rhodes Pharmaceuticals L.P., Rhodes Technologies with hearing to be held on 4/21/2021 at 10:00 AM at Teleconference Line (CourtSolutions) (RDD) Responses due by 4/16/2021,. (Attachments: # 1 Exhibit A- Proposed Order # 2 Appendix I- Voluntary Injunction # 3 Appendix II- Chart of Governmental Actions # 4 Appendix III- Chart of Related Party Actions) | 4/7/2021 |
| 246 | Memorandum of Law in Support of Motion to Extend the Preliminary Injunction (related document(s)245) filed by Benjamin S. Kaminetzky on behalf of Avrio Health L.P., Purdue Pharma Inc., Purdue Pharma L.P., Purdue Pharma Manufacturing L.P., Purdue Pharma of Puerto Rico, Purdue Pharmaceutical Products L.P., Purdue Pharmaceuticals L.P., Purdue Transdermal Technologies L.P., Rhodes Pharmaceuticals L.P., Rhodes Technologies. Objections due by 4/16/2021, Reply due by 4/20/2021, | 4/7/2021 |
| 254 | Seventeenth Amended Order signed on 4/22/2021, Pursuant to 11 U.S.C. 105(a) Granting Motion for a Preliminary Injunction. The time for all defendants to answer the Complaint is extended to June 10, 2021, subject to further extension by agreement of the parties and/or order of the Court. The Pre-Trial Conference in this adversary proceeding has been adjourned to June 10, 2021 at 10:00 am (Prevailing Eastern Time) before the Honorable Robert D. Drain, United States Bankruptcy Judge, at the United States Bankruptcy Court for theSouthern District of New York, 300 Quarropas St., White Plains, New York, NY 10601 (Related Doc # 245) . | 4/22/2021 |
| 258 | Motion to Extend Time / Motion to Extend the Preliminary Injunction filed by Benjamin S. Kaminetzky on behalf of Avrio Health L.P., Purdue Pharma Inc., Purdue Pharma L.P., Purdue Pharma Manufacturing L.P., Purdue Pharma of Puerto Rico, Purdue Pharmaceutical Products L.P., Purdue Pharmaceuticals L.P., Purdue Transdermal Technologies L.P., Rhodes Pharmaceuticals L.P., Rhodes Technologies with hearing to be held on 5/20/2021 at 10:00 AM at Courtroom TBA, White Plains Courthouse (RDD) Responses due by 5/14/2021,. | 5/6/2021 |
| 259 | Memorandum of Law in Support of Motion to Extend the Preliminary Injunction (related document(s)258) filed by Benjamin S. Kaminetzky on behalf of Avrio Health L.P., Purdue Pharma Inc., Purdue Pharma L.P., Purdue Pharma Manufacturing L.P., Purdue Pharma of Puerto Rico, Purdue Pharmaceutical Products L.P., Purdue Pharmaceuticals L.P., Purdue Transdermal Technologies L.P., Rhodes Pharmaceuticals L.P., Rhodes Technologies. Objections due by 5/14/2021, Reply due by 5/19/2021, | 5/6/2021 |
| 264 | Eighteenth Amended Order signed on 5/20/2021, Pursuant to 11 U.S.C. 105(a) Granting Motion for a Preliminary Injunction. The | 5/24/2021 |

| | time for all defendants to answer the Complaint is extended to July 16, 2021, subject to further extension by agreement of the parties and/or order of the Court. The Pre-Trial Conference in this adversary proceeding has been adjourned, with hearing to be held on 7/16/2021 at 10:00 AM at Videoconference (ZoomGov) (RDD) (related document(s)254). | |
|---|---|---|
| 267 | Transcript regarding Hearing Held on 5/20/21 at 10:04 AM RE: Motion to Extend Time / Motion to Extend the Preliminary Injunction. Remote electronic access to the transcript is restricted until 8/23/2021. The transcript may be viewed at the Bankruptcy Court Clerks Office. [Transcription Service Agency: Veritext Legal Solutions.]. (See the Courts Website for contact information for the Transcription Service Agency.). Notice of Intent to Request Redaction Deadline Due By 6/1/2021. Statement of Redaction Request Due By 6/14/2021. Redacted Transcript Submission Due By 6/24/2021. Transcript access will be restricted through 8/23/2021. (Cales, Humberto) (Entered: 05/28/2021) | 5/28/2021 |
| 269 | Motion to Extend Time / Motion to Extend the Preliminary Injunction filed by Benjamin S. Kaminetzky on behalf of Avrio Health L.P., Purdue Pharma Inc., Purdue Pharma L.P., Purdue Pharma Manufacturing L.P., Purdue Pharma of Puerto Rico, Purdue Pharmaceutical Products L.P., Purdue Pharmaceuticals L.P., Purdue Transdermal Technologies L.P., Rhodes Pharmaceuticals L.P., Rhodes Technologies with hearing to be held on 6/16/2021 at 10:00 AM at Courtroom TBA, White Plains Courthouse (RDD) Responses due by 6/11/2021,. | 6/2/2021 |
| 270 | Memorandum of Law in Support of Motion to Extend the Preliminary Injunction (related document(s)269) filed by Benjamin S. Kaminetzky on behalf of Avrio Health L.P., Purdue Pharma Inc., Purdue Pharma L.P., Purdue Pharma Manufacturing L.P., Purdue Pharma of Puerto Rico, Purdue Pharmaceutical Products L.P., Purdue Pharmaceuticals L.P., Purdue Transdermal Technologies L.P., Rhodes Pharmaceuticals L.P., Rhodes Technologies. Objections due by 6/11/2021, Reply due by 6/15/2021, | 6/2/2021 |
| 274 | Nineteenth Amended Order signed on 6/17/2021 Pursuant to 11 U.S.C. § 105(a) Granting Motion for a Preliminary Injunction. | 6/17/2021 |
| 278 | Transcript regarding Hearing Held on 6/16/21 at 10:19 AM RE: Motion to Extend Time I Motion to Extend the Preliminary Injunction; Memorandum of Law in Support of Motion to Extend the Preliminary Injunction (related document(s)269) filed by Benjamin S. Kaminetzky on behalf of Avrio Health L.P., Purdue Pharma Inc., Purdue Pharma L.P., Purdue Pharma Manufacturing L.P., Purdue Pharma of Puerto Rico, Purdue Pharmaceutical Products L.P., Purdue Pharmaceuticals L.P., Purdue Transdermal Technologies L.P., Rhodes Pharmaceuticals L.P., Rhodes Technologies; Objection to Motion I CONTINUING OBJECTION AND VOLUNTARY COMMITMENT IN RESPONSE TO PURDUE'S MOTION TO EXTEND THE PRELIMINARY INJUNCTION filed by Andrew M. Troop on behalf of Ad Hoc Group of Non-Consenting States; etc.  Remote electronic access to the transcript is restricted until 9/15/2021. The transcript may be viewed at the Bankruptcy Court Clerks | 6/30/2021 |

| | | |
|---|---|---|
| | Office. (Transcription Service Agency: Veritext Legal Solutions.). (See the Courts Website for contact information for the Transcription Service Agency.) (RE: related document(s) 273, 272, 269, 270). Notice of Intent to Request Redaction Deadline Due By 6/24/2021. Statement of Redaction Request Due By 7/8/2021. Redacted Transcript Submission Due By 7/19/2021. Transcript access will be restricted through 9/15/2021. (No Underlying Document) | |
| 281 | Transcript regarding Hearing Held on 3/1/2021 at 9:13 AM RE: Motion to Extend Time/ Motion to Extend the Preliminary Injunction. Remote electronic access to the transcript is restricted until 10/19/2021. The transcript may be viewed at the Bankruptcy Court Clerks Office. (Transcription Service Agency: Veritext Legal Solutions.). (See the Courts Website for contact information for the Transcription Service Agency.) (RE: related document(s) 219). Notice of Intent to Request Redaction Deadline Due By 7/28/2021. Statement of Redaction Request Due By 8/11/2021. Redacted Transcript Submission Due By 8/23/2021. Transcript access will be restricted through 10/19/2021. (Ortiz, Carmen). Related document (No Underlying Document) | 7/22/2021 |
| 286 | Twentieth Amended Order Signed on 8/30/2021 Pursuant to 11 U.S.C. § 105(a) Granting Motion for a Preliminary Injunction. Pre-Trial Conference to be held on on 10/14/2021 at 10:00 AM at Videoconference (ZoomGov) (RDD). | 8/30/2021 |
| 287 | Twenty-First Amended Order Signed on 9/2/2021 Pursuant To 11 U.S.C. § 105(a) Granting Motion for A Preliminary Injunction With Pre-Trial Conference To Be Held On 10/14/2021 at 10:00 AM at Videoconference (ZoomGov) (RDD). | 9/2/2021 |
| 290 | Notice of Proposed Order / Notice of Filing of Proposed Twenty-Second Amended Preliminary Injunction Order filed by Marc Joseph Tobak on behalf of Avrio Health L.P., Purdue Pharma Inc., Purdue Pharma L.P., Purdue Pharma Manufacturing L.P., Purdue Pharma of Puerto Rico, Purdue Pharmaceutical Products L.P., Purdue Pharmaceuticals L.P., Purdue Transdermal Technologies L.P., Rhodes Pharmaceuticals L.P., Rhodes Technologies. (Attachments: # 1 Exhibit A- Part 1- Proposed Twenty-Second Amended Order and Appendix I # 2 Exhibit A- Part 2- Appendix II # 3 Exhibit A- Part 3- Appendix III # 4 Exhibit B- Redline of Proposed Twenty-Second Amended Preliminary Injunction Order to Twenty-First Amended Preliminary Injunction Order # 5 Exhibit C- Redline of Appendix II from Proposed Twenty-Second Amended Preliminary Injunction Order to Appendix II from Twenty-First Amended Preliminary Injunction Order # 6 Exhibit D- Redline of Appendix III from Proposed Twenty-Second Amended Preliminary Injunction Order to Appendix III from Twenty-First Amended Preliminary Injunction Order)(Tobak, Marc) (Entered: 09/17/2021) | 9/17/2021 |
| 291 | Twenty-Second Amended Order signed on 9/21/2021 Pursuant to 11 U.S.C. § 105(a) Granting Motion for a Preliminary Injunction. Pre-Trial Conference to be held on 10/14/2021 at 10:00 AM at Videoconference (ZoomGov) (RDD). | 9/21/2021 |

*In re Purdue Pharma Inc.*, Bankr. No. 19-23648 (RDD);

| Docket No. | Document | Filing Date |
|---|---|---|
|  | Docket Report |  |
| 1 | Voluntary Petition | 9/15/2019 |

*In re Purdue Transdermal Technologies L.P.*, Bankr. No. 19-23650 (RDD);

| Docket No. | Document | Filing Date |
|---|---|---|
|  | Docket Report |  |
| 1 | Voluntary Petition | 9/15/2019 |

*In re Purdue Pharma Manufacturing L.P.*, Bankr. No. 19-23651 (RDD);

| Docket No. | Document | Filing Date |
|---|---|---|
|  | Docket Report |  |
| 1 | Voluntary Petition | 9/15/2019 |

*In re Purdue Pharmaceuticals L.P.*, Bankr. No. 19-23652 (RDD);

| Docket No. | Document | Filing Date |
|---|---|---|
|  | Docket Report |  |
| 1 | Voluntary Petition | 9/16/2019 |

*In re Imbrium Therapeutics L.P.*, Bankr. No. 19-23653 (RDD);

| Docket No. | Document | Filing Date |
|---|---|---|
|  | Docket Report |  |
| 1 | Voluntary Petition | 9/16/2019 |

*Adlon Therapeutics L.P.*, Bankr. No. 19-23654 (RDD);

| Docket No. | Document | Filing Date |
|---|---|---|
|  | Docket Report |  |
| 1 | Voluntary Petition | 9/16/2019 |

*Greenfield BioVentures L.P.*, Bankr. No. 19-23655 (RDD);

| Docket No. | Document | Filing Date |
|---|---|---|
|  | Docket Report |  |
| 1 | Voluntary Petition | 9/16/2019 |

*Seven Seas Hill Corp.*, **Bankr. No. 19-23656 (RDD);**

| Docket No. | Document | Filing Date |
|---|---|---|
| | Docket Report | |
| 1 | Voluntary Petition | 9/16/2019 |

*Ophir Green Corp.*, **Bankr. No. 19-23657 (RDD);**

| Docket No. | Document | Filing Date |
|---|---|---|
| | Docket Report | |
| 1 | Voluntary Petition | 9/16/2019 |

*In re Purdue Pharma of Puerto Rico.*, **Bankr. No. 19-23658 (RDD);**

| Docket No. | Document | Filing Date |
|---|---|---|
| | Docket Report | |
| 1 | Voluntary Petition | 9/16/2019 |

*In re Avrio Health L.P.*, **Bankr. No. 19-23659 (RDD);**

| Docket No. | Document | Filing Date |
|---|---|---|
| | Docket Report | |
| 1 | Voluntary Petition | 9/16/2019 |

*In re Purdue Pharmaceutical Products L.P.*, **Bankr. No. 19-23660 (RDD);**

| Docket No. | Document | Filing Date |
|---|---|---|
| | Docket Report | |
| 1 | Voluntary Petition | 9/16/2019 |

*In re Purdue Neuroscience Company*, **Bankr. No. 19-23661 (RDD);**

| Docket No. | Document | Filing Date |
|---|---|---|
| | Docket Report | |
| 1 | Voluntary Petition | 9/16/2019 |

*In re Nayatt Cove Lifescience Inc.*, **Bankr. No. 19-23662 (RDD);**

| Docket No. | Document | Filing Date |
|---|---|---|
| | Docket Report | |
| 1 | Voluntary Petition | 9/16/2019 |

*In re Button Land L.P.*, **Bankr. No. 19-23663 (RDD);**

| Docket No. | Document | Filing Date |
|---|---|---|
| | Docket Report | |
| 1 | Voluntary Petition | 9/16/2019 |

*In re Paul Land Inc.*, Bankr. No. 19-23664 (RDD);

| Docket No. | Document | Filing Date |
|---|---|---|
| | Docket Report | |
| 1 | Voluntary Petition | 9/16/2019 |

*In re Quidnick Land L.P.*, Bankr. No. 19-23665 (RDD);

| Docket No. | Document | Filing Date |
|---|---|---|
| | Docket Report | |
| 1 | Voluntary Petition | 9/16/2019 |

*In re Rhodes Associates L.P.*, Bankr. No. 19-23666 (RDD);

| Docket No. | Document | Filing Date |
|---|---|---|
| | Docket Report | |
| 1 | Voluntary Petition | 9/16/2019 |

*In re Rhodes Pharmaceuticals L.P.*, Bankr. No. 19-23667 (RDD);

| Docket No. | Document | Filing Date |
|---|---|---|
| | Docket Report | |
| 1 | Voluntary Petition | 9/16/2019 |

*In re Rhodes Technologies*, Bankr. No. 19-23668 (RDD);

| Docket No. | Document | Filing Date |
|---|---|---|
| | Docket Report | |
| 1 | Voluntary Petition | 9/16/2019 |

*In re UDF LP*, Bankr. No. 19-23669 (RDD);

| Docket No. | Document | Filing Date |
|---|---|---|
| | Docket Report | |
| 1 | Voluntary Petition | 9/16/2019 |

*In re SVC Pharma LP*, Bankr. No. 19-23670 (RDD);

| Docket No. | Document | Filing Date |
|---|---|---|

| Docket No. | Document | Filing Date |
|---|---|---|
| | Docket Report | |
| 1 | Voluntary Petition | 9/16/2019 |

### *In re SVC Pharma Inc.*, Bankr. No. 19-23671 (RDD);

| Docket No. | Document | Filing Date |
|---|---|---|
| | Docket Report | |
| 1 | Voluntary Petition | 9/16/2019 |

### *In re Purdue Pharma L.P., et al.*, Case No. 21-07532 (CM) (Lead) (S.D.N.Y.);[2]

| Docket No. | Document | Filing Date |
|---|---|---|
| | Docket Report | |
| 1 | NOTICE OF APPEAL FROM THE BANKRUPTCY COURT TO THE S.D.N.Y. from the Order of Judge Robert D. Drain Bankruptcy Court Case Numbers: 19-B-23649 (RDD). Certified copies of file received.Document filed by The State of Washington. | 9/9/2021 |
| 2 | CIVIL COVER SHEET filed | 9/9/2021 |
| 3 | AMENDED NOTICE OF APPEAL FROM THE BANKRUPTCY COURT TO THE S.D.N.Y. from the Order of Judge Robert D. Drain dated September 17, 2021, amending 1 Bankruptcy Appeal.Document filed by The State of Washington. Related document: 1 Bankruptcy Appeal. (Attachments: # 1 Exhibit A, # 2 Exhibit B).(bkar) (Entered: 09/27/2021) | 9/27/2021 |
| 6 | LETTER addressed to Judge Nelson Stephen Roman from Mitchell P. Hurley dated September 30, 2021 Document filed by The Official Committee of Unsecured Creditors of Purdue Pharma L.P., et al... | 9/30/2021 |
| 11 | LETTER addressed to Judge Colleen McMahon from Kenneth H. Eckstein dated October 6, 2021 Document filed by Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants.. | 10/6/2021 |
| 12 | MEMO ENDORSEMENT: on re: 11 Letter filed by Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants. The Ad Hoc Committee appears as an interested party on the docket sheets of all ten appeals. I simply assured that you well in. (Signed by Judge Colleen McMahon on 10/06/2021) | 10/6/2021 |
| 13 | ORDER SCHEDULING CONFERENCE: I propose that we hold the conference on Tuesday, October 12, 2021, at 2 PM in my | 10/6/2021 |

[2] This table provides designations for filings on the lead docket of the consolidated district court appeals, 21-CV-7532 (CM). Designations of the non-duplicative filings from the other fifteen district court dockets—21-CV-7585 (CM), 21-CV-7961 (CM), 21-CV-7962 (CM), 21-CV-7966 (CM), 21-CV-7969 (CM), 21-CV-8034 (CM), 21-CV-8042 (CM), 21-CV-8049 (CM), 21-CV-8055 (CM), 21-CV-8139 (CM), 21-CV-8258 (CM), 21-CV-8271 (CM), 21-CV-8548 (CM), 21-CV-8557 (CM) and 21-CV-8566 (CM)—follow. Duplicative filings that were made on more than one docket are only listed under the lead docket.

| | | |
|---|---|---|
| | courtroom, which is Room 24A in the Moynihan Courthouse at 500 Pearl Street. If that date and time do not work, please propose something else, as long as it is prior to October 19. By the close of business on October 18, I want to have a schedule set in stone. ( Status Conference set for 10/12/2021 at 02:00 PM in Courtroom 24A, 500 Pearl Street, New York, NY 10007 before Judge Colleen McMahon.) (Signed by Judge Colleen McMahon on 10/6/2021) | |
| 15 | LETTER addressed to Judge Colleen McMahon from Harold D. Israel dated October 7, 2021 Document filed by Ad Hoc Committee of NAS Children.. | 10/7/2021 |
| 16 | LETTER addressed to Judge Colleen McMahon from Benjamin S. Kaminetzky dated October 7, 2021 re: Responding to the Court's Scheduling Order Dated October 6, 2021. Document filed by Purdue Pharma L.P... | 10/7/2021 |
| 22 | LETTER addressed to Judge Colleen McMahon from Kevin C. Maclay dated 10/07/2021 Document filed by Multi-State Governmental Entities Group.. | 10/7/2021 |
| 23 | LETTER addressed to Judge Colleen McMahon from Mitchell P. Hurley dated October 7, 2021 Document filed by The Official Committee of Unsecured Creditors of Purdue Pharma L.P., et al.. (Attachments: # 1 Exhibit A).(Hurley, Mitchell) (Entered: 10/07/2021) | 10/7/2021 |
| 24 | ORDER TO ALL COUNSEL: The deluge of letters has begun. It stops now. I will not allow this matter to be litigated by letter. So stop writing them. I am not going to read them. I am a stickler for proper procedure, especially in a case like this one. I need a list of all issues that you want addressed to be sent to chambers by 9 AM on Tuesday, October 12, in advance of our afternoon session. Any issue that has been raised by letter and any issue that you are thinking of raising by letter between now and Tuesday, must be on that list, or we will not be discussing it on Tuesday. Since the issue of who is properly deemed an appellee has been raised, I will expect briefs to be filed by Tuesday morning on that question. Quite a few entities seem to have participated in the confirmation hearing, but this is an appeal and there are rules about who is a party to an appeal. I note that Advisory Opinion 100 identified certain entities (such as the UCC) as "parties" to a bankruptcy proceeding for conflict of interest purpose; if there is authority for the proposition that those entities either are or are not properly listed as appellees in this matter (assuming they did not file a notice of appeal), then I expect you to direct me to it. But not by letter. In the future, any applications for rulings from the court must be made by notice of motion accompanied by a short (and I mean short) brief. If this is going to be a frequent occurrence, I will come up with rules that must be followed to bring issues to my attention. But it should not be a frequent occurrence. This is an appeal, folks, not a second confirmation hearing. I am obviously expecting a number of amicus motions, and we will set a timetable on Tuesday for the making of such motions and for very quick responses thereto. What I want to discuss on Tuesday are: how soon we can get the principal issue on appeal briefed and argued, and what other aspects of Judge Drain's order are being appealed and by whom. I would also like to know whether anyone is | 10/7/2021 |

| | | |
|---|---|---|
| | planning to try to move this appeal directly to the Second Circuit (we read the press too, you know). Everything else, frankly, is collateral. I hope you have a pleasant holiday weekend. Please remember that the court is closed on Monday. I will see you Tuesday afternoon. By the way, while we are trying to find an "over flow" courtroom, there are many matters on the calendar here at the Moynihan Courthouse on Tuesday, and so far we have been unable to find one. I expect that access for those not actively participating in the conference will be by phone. We will keep you informed. So Ordered. (Signed by Judge Colleen McMahon on 10/7/2021) | |
| 27 | SCHEDULING CONFERENCE: The purpose of this order is to provide logistics for the scheduling conference to be held on Tuesday, October 12, 2021, at 2 PM in the Daniel Patrick Moynihan United States Courthouse at 500 Pearl Street. The conference will be held in Room 24A. Only lawyers who have a speaking role should appear in person for this conference. Due to social distancing requirements, we cannot accommodate entire teams of lawyers, and those who are not speaking may not be permitted in the room. Other counsel and members of the public are invited to dial in to the conference at the following number: 888-363-4749, access code 9054506. All are reminded that video or audio recording is prohibited by law. (Scheduling Conference set for 10/12/2021 at 02:00 PM in Courtroom 24A, 500 Pearl Street, New York, NY 10007 before Judge Colleen McMahon.) (Signed by Judge Colleen McMahon on 10/8/2021) | 10/8/2021 |
| 29 | TEMPORARY RESTRAINING ORDER PENDING ARGUMENT ON THEUNITED STATES TRUSTEES MOTION FOR A STAY(FILED AT DOCKET # 21 CV 7532; 21 CV 7961; 21 CV 7966; 21 CV 7969; 21 CV 8034; 21 CV 8042; 21 CV 8049; 21 CV 8055; 21 CV 8139McMahon, J.:The United States Trustee has anticipated by two days one of the items on MY agenda for our conference on Tuesday, that being the question of a stay pending appeal. This court is all too familiar with the doctrine of equitable mootness as applied in the Second Circuit, as it has upended my ability to decide at least one previous bankruptcy appeal. I am also aware of the fact that the issue is presently under consideration at the United States Supreme Court, which will resolve it one way or the other this term. I have no intention of allowing the critically important issues on appeal to be equitably mooted, and I had intended to ask the parties about their views on a stay when we got together. Now that I have a formal motion, I intend to resolve the question ON TUESDAY, with oral argument. As long as I have jurisdiction to enter a stay pending appeal I fully intend to do so, unless some opponent comes up with an argument that I cannot presently anticipate. (though I will listen to what anyone has to say). The stay will be conditioned on adherence to an expedited briefing schedule for the appeal. I am given to understand that the automatic stay following confirmation has already expired. Accordingly, sufficient cause appearing therefor, I hereby enter this temporary restraining order staying the effectiveness and implementation of the Bankruptcy Courts orders of September 15 and 17, 2021, from which appeals have been | 10/10/2021 |

| | taken to this court (the Advance Order and the Confirmation Order, respectively), as well as oral confirmation order dated September 1, 2021, and any other orders of which I might not be aware that are implicated by the pendency of these appeals. We will take this matter up on the merits on Tuesday. This order shall be docketed in all pending appeals. BY ECF TO ALL COUNSEL (Signed by Judge Colleen McMahon on 10/10/2021). | |
|---|---|---|
| 36 | NOTICE of Joint Submission of Issues for Consideration During October 12, 2021 Conference. Document filed by Purdue Pharma L.P... | 10/11/2021 |
| 37 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Corporate Parent Pharmaceutical Research Associates L.P., Corporate Parent Banela Corporation, Corporate Parent Linarite Holdings LLC, Corporate Parent Perthlite Holdings LLC, Other Affiliate Rhodes Technologies, Other Affiliate PURDUE PHARMACEUTICAL PRODUCTS L.P., Other Affiliate Purdue Transdermal Technologies L.P., Other Affiliate Purdue Pharma Manufacturing L.P., Other Affiliate Purdue Pharma of Puerto Rico, Other Affiliate Rhodes Pharmaceuticals L.P., Other Affiliate Avrio Health L.P., Other Affiliate Adlon Therapeutics L.P., Other Affiliate Imbrium Therapeutics L.P., Other Affiliate Greenfield BioVentures L.P., Other Affiliate Nayatt Cove Lifescience Inc., Other Affiliate Rhodes Associates L.P., Other Affiliate Seven Seas Hill Corp., Other Affiliate Ophir Green Corp, Other Affiliate Purdue Neuroscience Company, Other Affiliate Paul Land Inc., Other Affiliate UDF L.P., Other Affiliate SVC Pharma Inc., Other Affiliate Button Land L.P., Other Affiliate Quidnick Land L.P., Other Affiliate SVC Pharma LP, Other Affiliate Purdue Pharma Inc., Other Affiliate Purdue Pharmaceuticals L.P. for Purdue Pharma L.P.. Document filed by Purdue Pharma L.P... | 10/12/2021 |
| 38 | BRIEF . Document filed by The Official Committee of Unsecured Creditors of Purdue Pharma L.P., et al.. (Attachments: # 1 Exhibit A, # 2 Exhibit B).(Hurley, Mitchell) (Entered: 10/12/2021) | 10/12/2021 |
| 41 | MOTION to Amend/Correct . Document filed by Mortimer-side Initial Covered Sackler Persons.. | 10/12/2021 |
| 42 | MEMORANDUM OF LAW in Support re: 41 MOTION to Amend/Correct . . Document filed by Mortimer-side Initial Covered Sackler Persons.. | 10/12/2021 |
| 44 | MOTION to Intervene as Appellee Pursuant to Rule 8013(g). Document filed by Ad Hoc Committee of NAS Children.. | 10/12/2021 |
| 45 | MEMORANDUM OF LAW in Support re: 44 MOTION to Intervene as Appellee Pursuant to Rule 8013(g). . Document filed by Ad Hoc Committee of NAS Children.. | 10/12/2021 |
| 46 | MOTION to Intervene  / Motion of the Multi-State Governmental Entities Group to Intervene as an Appellee. Document filed by Multi-State Governmental Entities Group.. | 10/12/2021 |
| 47 | MEMORANDUM OF LAW in Support re: 46 MOTION to Intervene  / Motion of the Multi-State Governmental Entities Group to Intervene as an Appellee. . Document filed by Multi-State Governmental Entities Group.. | 10/12/2021 |
| 48 | MOTION to Intervene / Motion of the AD Hoc Group of Individual Victims of Purdue Pharma L.P., et al., Seeking Leave to Intervene Pursuant to Rule 8013(g) of the Federal Rules of | 10/13/2021 |

| | | |
|---|---|---|
| | Bankruptcy Procedure. Document filed by Ad Hoc Group of Individual Victims of Purdue Pharma, L.P.. (Attachments: # 1 Exhibit A).(Shore, J.) (Entered: 10/13/2021) | |
| 49 | MEMORANDUM OF LAW in Support re: 48 MOTION to Intervene / Motion of the AD Hoc Group of Individual Victims of Purdue Pharma L.P., et al., Seeking Leave to Intervene Pursuant to Rule 8013(g) of the Federal Rules of Bankruptcy Procedure. . Document filed by Ad Hoc Group of Individual Victims of Purdue Pharma, L.P.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F).(Shore, J.) (Entered: 10/13/2021) | 10/13/2021 |
| 50 | DECLARATION of J. Christopher Shore in Support re: 48 MOTION to Intervene / Motion of the AD Hoc Group of Individual Victims of Purdue Pharma L.P., et al., Seeking Leave to Intervene Pursuant to Rule 8013(g) of the Federal Rules of Bankruptcy Procedure.. Document filed by Ad Hoc Group of Individual Victims of Purdue Pharma, L.P.. (Attachments: # 1 Exhibit 1 - Revised Memorandum of Law in Support of the Motion of the Ad Hoc Group of Individual Victims of Purdue Pharma, L.P., et al., Seeking Leave to Intervene, # 2 Exhibit 2 - Redline of Revised Memorandum of Law in Support of the Motion of the Ad Hoc Group of Individual Victims of Purdue Pharma, L.P., et al., Seeking Leave to Intervene).(Shore, J.) (Entered: 10/13/2021) | 10/13/2021 |
| 53 | AMENDED MEMORANDUM OF LAW in Support re: 48 MOTION to Intervene / Motion of the AD Hoc Group of Individual Victims of Purdue Pharma L.P., et al., Seeking Leave to Intervene Pursuant to Rule 8013(g) of the Federal Rules of Bankruptcy Procedure. . Document filed by Ad Hoc Group of Individual Victims of Purdue Pharma, L.P.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F).(Shore, J.) (Entered: 10/13/2021) | 10/13/2021 |
| 55 | SCHEDULING ORDER AND ORDER CONSOLIDATING APPEALS: The Court, having convened a scheduling conference in these pending bankruptcy appeals, enters the following schedule: Appellants' briefs are due October 22, 2021; Appellees' briefs are due November 12, 2021; Appellants' rely briefs are due November 19, 2021; Oral arguments are scheduled for 10:00 AM on November 30, 2021, in courtroom 24A of the Daniel Patrick Moynihan Court House at 500 Pearl Street, New York, New York. As with the recent scheduling conference, only lawyers who have a speaking role should appear in person for oral argument. Non-speaking counsel and members of the public are invited to be present in an overflow courtroom (with limited capacity) or to dial in to the conference at the following number: 888-363-4749, access code 9054506. Video or audio recording of the proceedings is prohibited by law. The Court further orders that the above-captioned appeals be administratively consolidated under the first-filed appeal at case number 21-cv-7532, which shall be the Master Case Number. All further filings by the court will be docketed under the Master Case Number; filings peculiar to any appeal will be docketed under both the Master Case Number and the individual appeal Case Number. Any additional appeals from the | 10/13/2021 |

| | | |
|---|---|---|
| | Confirmation Order and/or the Advance Order in the matter of In re: Purdue Pharma, L.P. that are filed but not yet docketed will automatically be deemed subject to this order and administratively consolidated with the appeals listed in the caption of this order. (Appellant Brief due by 10/22/2021., Appellant Reply Brief due by 11/19/2021., Appellee Brief due by 11/12/2021., Oral Argument set for 11/30/2021 at 10:00 AM in Courtroom 24A, 500 Pearl Street, New York, NY 10007 before Judge Colleen McMahon.) (Signed by Judge Colleen McMahon on 10/13/2021) | |
| 59 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Corporate Parent Pharmaceutical Research Associates L.P., Corporate Parent PLP Associates Holdings L.P., Corporate Parent BR Holdings Associates L.P., Corporate Parent Beacon Company, Other Affiliate Rhodes Technologies, Other Affiliate Purdue Pharmaceutical Products L.P., Other Affiliate Purdue Transdermal Technologies L.P., Other Affiliate Purdue Pharma Manufacturing L.P., Other Affiliate Purdue Pharma of Puerto Rico, Other Affiliate Rhodes Pharmaceuticals L.P., Other Affiliate Avrio Health L.P., Other Affiliate Adlon Therapeutics L.P., Other Affiliate Imbrium Therapeutics L.P., Other Affiliate Greenfield BioVentures L.P., Other Affiliate Nayatt Cove Lifescience Inc., Other Affiliate Rhodes Associates L.P., Other Affiliate Seven Seas Hill Corp., Other Affiliate Seven Seas Hill Corp., Other Affiliate Ophir Green Corp, Other Affiliate Purdue Neuroscience Company, Other Affiliate Paul Land Inc., Other Affiliate UDF L.P., Other Affiliate SVC Pharma Inc., Other Affiliate Button Land L.P., Other Affiliate Quidnick Land L.P., Other Affiliate Banela Corporation, Other Affiliate Linarite Holdings LLC, Other Affiliate Perthlite Holdings LLC, Other Affiliate Rosebay Medical Company L.P., Other Affiliate Heatheridge Trust Company Limited, Other Affiliate Millborne Trust Company Limited, Other Affiliate Data LLC, Other Affiliate Cornice Fiduciary Management LLC, Other Affiliate Ophir Green Corp., Other Affiliate Richard S. Sackler, M.D., Other Affiliate Cedar Cliff Fiduciary Management Inc., Other Affiliate SVC Pharma L.P., Other Affiliate Purdue Pharma Inc., Other Affiliate Purdue Pharmaceuticals L.P. for Purdue Pharma L.P.. Document filed by Purdue Pharma L.P... | 10/14/2021 |
| 60 | ORDER ON THE PENDING MOTIONS TO INTERVENE BY THE AD HOC COMMITTEE OF NAS CHILDREN, THE MULTI-STATE GOVERNMENT ENTITIES GROUP, AND THE AD HOC GROUP OF INDIVIDUAL VICTIMS OF PURDUE PHARMA L.P., ET AL denying (44) Motion to Intervene; granting (46) Motion to Intervene; granting (48) Motion to Intervene in case 7:21-cv-07532-CM; granting (31) Motion to Intervene; granting (33) Motion to Intervene in case 7:21-cv-07585-CM; granting (39) Motion to Intervene; granting (41) Motion to Intervene in case 7:21-cv-07961-CM; granting (37) Motion to Intervene; granting (39) Motion to Intervene in case 7:21-cv-07962-CM; granting (41) Motion to Intervene; granting (43) Motion to Intervene in case 7:21-cv-07966-CM; granting (40) Motion to Intervene; granting (42) Motion to Intervene in case 7:21-cv-07969-CM; granting (33) Motion to Intervene; granting | 10/14/2021 |

| | | |
|---|---|---|
| | (35) Motion to Intervene in case 7:21-cv-08034-CM; granting (32) Motion to Intervene; granting (34) Motion to Intervene in case 7:21-cv-08042-CM; granting (33) Motion to Intervene; granting (35) Motion to Intervene in case 7:21-cv-08049-CM; granting (36) Motion to Intervene; granting (38) Motion to Intervene in case 7:21-cv-08055-CM; granting (30) Motion to Intervene; granting (32) Motion to Intervene in case 7:21-cv-08139-CM; granting (15) Motion to Intervene; granting (17) Motion to Intervene in case 7:21-cv-08258-UA; granting (27) Motion to Intervene; granting (29) Motion to Intervene in case 7:21-cv-08271-CM. After reviewing the motions and the accompanying submissions, it seems clear that both the Multi-State Governmental Entities Group and the Ad Hoc Group of Individual Victims of Purdue Pharma L.P., et al. argued the issues that are being contested on appeal before the Bankruptcy Court. Their intervention motions are, therefore, granted, as I said they would be at the conference, and they shall henceforth be deemed Appellees in all the pending appeals. The Ad Hoc Committee of NAS Children admits that it did not argue the contested issuesbelow, so its motion for leave to intervene as appellee is denied. The Clerk is directed to close the motions at Dockets 44, 46 and 48 in the Master Case at 21-cv-7532. BY ECF TO ALL PARTIES (Signed by Judge Colleen McMahon on 10/14/2021) Filed In Associated Cases: 7:21-cv-07532-CM et al. | |
| 62 | PROPOSED STIPULATION AND ORDER. Document filed by Purdue Pharma L.P... | 10/15/2021 |
| 64 | MOTION for Reconsideration  - UNITED STATES TRUSTEES MOTION FOR CLARIFICATION OF THE MEMORANDUM AND ORDER DENYING WITHOUT PREJUDICE THE UNITED STATES TRUSTEES EMERGENCY MOTION FOR A STAY PENDING APPEAL. Document filed by U.S. Trustee William K. Harrington. (Attachments: # 1 Text of Proposed Order). | 10/15/2021 |
| 65 | MEMORANDUM OF LAW in Support re: 64 MOTION for Reconsideration - UNITED STATES TRUSTEES MOTION FOR CLARIFICATION OF THE MEMORANDUM AND ORDER DENYING WITHOUT PREJUDICE THE UNITED STATES TRUSTEES EMERGENCY MOTION FOR A STAY PENDING APPEAL. . Document filed by U.S. Trustee William K. Harrington. (Attachments: # 1 Exhibit).(Velez-Rivera, Andrew) (Entered: 10/15/2021) | 10/15/2021 |
| 66 | JOINT MEMORANDUM OF LAW in Opposition re: (53 in 7:21-cv-07966-CM) MOTION for Reconsideration  - United States Trustees Motion for Clarification of the Memorandum and Order Denying Without Prejudice the United States Trustees Emergency Motion for a Stay Pending Appeal., (64 in 7:21-cv-07532-CM) MOTION for Reconsideration  - UNITED STATES TRUSTEES MOTION FOR CLARIFICATION OF THE MEMORANDUM AND ORDER DENYING WITHOUT PREJUDICE THE UNITED STATES TRUSTEES EMERGENCY MOTION FOR A STAY PENDING APPEAL., (53 in 7:21-cv-07969-CM) MOTION for Reconsideration  - United States Trustees Motion for Clarification of the Memorandum and Order Denying Without | 10/17/2021 |

| | | |
|---|---|---|
| | Prejudice the United States Trustees Emergency Motion for a Stay Pending Appeal. . Document filed by Purdue Pharma L.P.. Filed In Associated Cases: 7:21-cv-07532-CM, 7:21-cv-07966-CM, 7:21-cv-07969-CM. | |
| 69 | ORDER CORRECTING PRIOR DECISION denying (64) Motion for Reconsideration re (64 in 7:21-cv-07532-CM) MOTION for Reconsideration  - UNITED STATES TRUSTEES MOTION FOR CLARIFICATION OF THE MEMORANDUM AND ORDER DENYING WITHOUT PREJUDICE THE UNITED STATES TRUSTEES EMERGENCY MOTION FOR A STAY PENDING APPEAL. filed by U.S. Trustee William K. Harrington, (53 in 7:21-cv-07966-CM) MOTION for Reconsideration  - United States Trustees Motion for Clarification of the Memorandum and Order Denying Without Prejudice the United States Trustees Emergency Motion for a Stay Pending Appeal. filed by William K. Harrington, (53 in 7:21-cv-07969-CM) MOTION for Reconsideration  - United States Trustees Motion for Clarification of the Memorandum and Order Denying Without Prejudice the United States Trustees Emergency Motion for a Stay Pending Appeal. filed by William K. Harrington in case 7:21-cv-07532-CM; denying (53) Motion for Reconsideration re (64 in 7:21-cv-07532-CM) MOTION for Reconsideration  - UNITED STATES TRUSTEES MOTION FOR CLARIFICATION OF THE MEMORANDUM AND ORDER DENYING WITHOUT PREJUDICE THE UNITED STATES TRUSTEES EMERGENCY MOTION FOR A STAY PENDING APPEAL. filed by U.S. Trustee William K. Harrington, (53 in 7:21-cv-07966-CM) MOTION for Reconsideration  - United States Trustees Motion for Clarification of the Memorandum and Order Denying Without Prejudice the United States Trustees Emergency Motion for a Stay Pending Appeal. filed by William K. Harrington, (53 in 7:21-cv-07969-CM) MOTION for Reconsideration  - United States Trustees Motion for Clarification of the Memorandum and Order Denying Without Prejudice the United States Trustees Emergency Motion for a Stay Pending Appeal. filed by William K. Harrington in case 7:21-cv-07969-CM; denying (53) Motion for Reconsideration re (64 in 7:21-cv-07532-CM) MOTION for Reconsideration  - UNITED STATES TRUSTEES MOTION FOR CLARIFICATION OF THE MEMORANDUM AND ORDER DENYING WITHOUT PREJUDICE THE UNITED STATES TRUSTEES EMERGENCY MOTION FOR A STAY PENDING APPEAL. filed by U.S. Trustee William K. Harrington, (53 in 7:21-cv-07966-CM) MOTION for Reconsideration  - United States Trustees Motion for Clarification of the Memorandum and Order Denying Without Prejudice the United States Trustees Emergency Motion for a Stay Pending Appeal. filed by William K. Harrington, (53 in 7:21-cv-07969-CM) MOTION for Reconsideration  - United States Trustees Motion for Clarification of the Memorandum and Order Denying Without Prejudice the United States Trustees Emergency Motion for a Stay Pending Appeal. filed by William K. Harrington in case 7:21-cv-07969-CM. I received over the weekend a motion from the U.S. Trustee | 10/18/2021 |

| | | |
|---|---|---|
| | for "clarification" of the court's order dated October 14, 2021. (Docket No. 64). In addition to its request for clarification, the U.S. Trustee asks the court to order the Debtors to provide this court with a weekly written accounting of any activities that it takes between now and the date when this court decides the pending appeal- presumably so Appellants can assess, in light of the doctrine of equitable mootness, whether or not the time to move anew for a stay pending appeal has come. I confess error. I had believed, following our lengthy conference of last week, that the only preparatory actions being taken by the Debtors prior between now and the Effective Date were being undertaken pursuant to the Advance Order. Apparently I was mistaken in that belief; some actions that would allow for quick effectuation of the Plan are being undertaken, or may be undertaken, pursuant to the authority of Paragraph 8 of the Confirmation Order. I had intended for the stipulation on which my denial of a stay pending appeal was conditioned to include all such actions, regardless of which Order authorized them; in my effort to be quite precise, I caused the order to be erroneous. I therefore correct the order so that the first full paragraph on page 13 reads as follows: as further set forth herein. This is entirely my fault, and I apologize, especially to Appellees and others who signed with alacrity a stipulation that apparently does not cover all that I intended it to cover. (Docket No. 62). I emphasize this is a correction- not a clarification, and certainly not reconsideration. It is what I intended all along. And I think all parties know that. The U.S. Trustee asks that this stipulation cover criminal sentencing as well as actions taken pursuant to the Advance and Confirmation Orders. I am mystified by this request. The last time I looked, criminal sentencing was an action performed by a judge, not by the defendant being sentenced. Moreover, the judge acts pursuant to her Article III authority and the criminal laws of the United States, not as a result of any Plan of Reorganization confirmed by a Bankruptcy Court. So I do not understand how Purdue's being sentenced could be taxed to the Debtor as an action taken in furtherance of the Plan for equitable mootness purposes. The U.S. Trustee does not offer any explanation for this aspect of his request. The fact that the Effective Date cannot occur until eight days after the sentencing does not make the sentencing an action undertaken pursuant to the Plan, or the Advance Order or the Confirmation Order. And should the judge decide to order restitution pursuant to the Mandatory Victim's Restitution Act, she will be doing so on the authority of 18 U.S.C. § 3363A. I thus see no reason to grant the request; I do not even understand it. As for the request for weekly updates: that is an entirely new request for relief. It is denied.. (Signed by Judge Colleen McMahon on 10/18/2021) BY ECF TO ALL COUNSEL Filed In Associated Cases: 7:21-cv-07532-CM et al. | |
| 71 | PROPOSED STIPULATION AND ORDER. Document filed by Purdue Pharma L.P... | 10/20/2021 |
| 72 | TRANSCRIPT of Proceedings re: CONFERENCE held on 10/12/2021 before Judge Colleen McMahon. Court Reporter/Transcriber: Carol Ganley, (212) 805-0300. Transcript | 10/20/2021 |

| | | |
|---|---|---|
| | may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 11/10/2021. Redacted Transcript Deadline set for 11/22/2021. Release of Transcript Restriction set for 1/18/2022.Filed In Associated Cases: 7:21-cv-07532-CM et al..(Moya, Goretti) (Entered: 10/20/2021) | |
| 73 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERENCE proceeding held on 10/12/21 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...Filed In Associated Cases: 7:21-cv-07532-CM et al.. | 10/20/2021 |
| 74 | CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY, The substitution of attorney is hereby approved and so ORDERED. Attorney Jeff Payne for State of Oregon added. Attorney Matthew J. Gold terminated. (Signed by Judge Colleen McMahon on 10/21/2021) | 10/21/2021 |
| 75 | ORDER CONSOLIDATING NEWLY-DOCKETED APPEALS AND ADDRESSING OTHER MATTERS: 1. I received three new assignments from the Assignment Committee this week: the long-awaited appeal by the State of Vermont has finally been docketed, as have two pro se appeals. Those three actions - 21 cv 8548, 8557 and 8566 - are hereby consolidated with all other pending appeals under the master number 21 cv 7532. Appellants are on the same schedule for briefing imposed by the court - which makes the appellants' briefs due tomorrow. I take it on faith that Vermont is aware of the schedule and will be prepared to file a brief tomorrow. If the prose appellants arc filing briefs on appeal, they can have until Friday, October 29, 2021. If anyone knows of any other anticipated appeal, please let me know as soon as possible. 2. I am getting caught up as fast as I can, but friends, I need a glossary. You all talk in abbreviations (NOAT, DMP) and I am spending as much time trying to figure out what those abbreviations mean (I assume NOAT is Net Operating Asset Trust, and I think DMP means Distributing and Manufacturing Parties - please correct me if I am wrong) as I am reading transcript. Would the Debtors please assemble a master list of abbreviations that have been used in this case to save me a little time? 3. I just want to advise the parties that I remain more than theoretically interested in exactly what kinds of opioid-related claims have been or could be asse1ied against persons or corporations covered by the Shareholder Release at issue on this appeal who are not themselves officers, directors or agents of one or more of the Debtor corporations. I hope that in your briefing, but certainly by the time of oral argument, you can identify for me some claims (preferably actual claims, but if not then hypothetical claims) as to which the defendant would have no claim on the Debtors' estates, but which are being released under the challenged third-party release. 4. Thinking ahead to November 3 0: before I | 10/21/2021 |

| | impose an oral argument schedule on the parties I will listen to your suggestions. However, heed all of the following: there will be only one day of oral argument, limited to six hours total - three hours for ALL appellants, three hours for appellees. I will have read all of your briefs and digested all of your written arguments. Everyone will want to talk; everyone cannot talk. Think carefully about how you want to allocate your time, because if people start to get redundant I will cut you off. Finally, the week before argument I will very likely give you some idea about what issues I want to talk about - what would be helpful to me in crafting an opinion - and I hope you will tailor your remarks accordingly. (Signed by Judge Colleen McMahon on 10/21/2021) BY ECF TO ALL COUNSELFiled In Associated Cases: 7:21-cv-07532-CM et al. | |
|---|---|---|
| 77 | MOTION for Extension of Time . Document filed by State Of Connecticut, State of Rhode Island, State of Vermont, The State of Delaware, The State of Washington. (Attachments: # 1 Affidavit Declaration of Matthew J. Gold in Support of Motion)Filed In Associated Cases: 7:21-cv-07532-CM et al..(Gold, Matthew) (Entered: 10/21/2021) | 10/21/2021 |
| 78 | PROPOSED STIPULATION AND ORDER. Document filed by Purdue Pharma L.P.. (Attachments: # 1 Exhibit A-Omnibus Designation and Counter Designation of Appellate Record). | 10/21/2021 |
| 79 | RESPONSE to Motion re: (52 in 7:21-cv-07962-CM, 77 in 7:21-cv-07532-CM, 49 in 7:21-cv-08034-CM, 54 in 7:21-cv-07961-CM) MOTION for Extension of Time . . Document filed by Purdue Pharma L.P.. Filed In Associated Cases: 7:21-cv-07532-CM, 7:21-cv-07961-CM, 7:21-cv-07962-CM, 7:21-cv-08034-CM. | 10/22/2021 |
| 81 | LETTER addressed to Judge Colleen McMahon from Ellen Isaacs, dated 10/21/21 re: My contacting you is for clarification. I filed a timely appeal on 10/1/21. Subsequently, I learned you held a hearing which I was never notified about. I accidently found out about your hearing just prior to Judge Drain's omnibus hearing. Note, I have never received due process by any of the parties through the Bankruptcy proceedings despite certification of said documents being sent. Hence, I was unble to file objections in a timely manner and denied Due Process etc. Please advise as to what is going on. I cannot provide the documents which the debtors are demanding that I may want attached to my appeal or prepare and submit a brief with no knowledge of what is going on due to lack of Due Process the attoney's waiting until the 11th hour to respond etc. Document filed by Ellen Isaacs. | 10/21/2021 |
| 82 | MOTION for Extension of Time to file Appellants' Brief. Document filed by The Peter Ballantyne Cree Nation.. | 10/22/2021 |
| 83 | MOTION for Extension of Time to file Appellants' Brief. Document filed by The City of Grande Prairie.. | 10/22/2021 |
| 84 | MEMO ENDORSEMENT granting (77) Letter Motion for Extension of Time in case 7:21-cv-07532-CM; granting (48) Letter Motion for Extension of Time in case 7:21-cv-07585-CM; granting (54) Letter Motion for Extension of Time in case 7:21-cv-07961-CM; granting (52) Letter Motion for Extension of Time in case 7:21-cv-07962-CM; granting (61) Letter Motion for Extension of Time in case 7:21-cv-07966-CM; granting (62) | 10/22/2021 |

| | Letter Motion for Extension of Time in case 7:21-cv-07969-CM; granting (49) Letter Motion for Extension of Time in case 7:21-cv-08034-CM; granting (46) Letter Motion for Extension of Time in case 7:21-cv-08042-CM; granting (47) Letter Motion for Extension of Time in case 7:21-cv-08049-CM; granting (50) Letter Motion for Extension of Time in case 7:21-cv-08055-CM; granting (44) Letter Motion for Extension of Time in case 7:21-cv-08139-CM; granting (32) Letter Motion for Extension of Time in case 7:21-cv-08258-UA; granting (46) Letter Motion for Extension of Time in case 7:21-cv-08271-CM. ENDORSEMENT: Confirmed. I am Granting this motion and modifying the briefing schedule as per Mr. Gold's suggestion for ALL appellants. Please take note of the new schedule: Appellants: Oct. 25, 5pm, Appellees: Nov. 15, 5pm, Replies: Nov. 22, 5pm. (limited to 15 pages). No surreplies. SO ORDERED. Appellant Brief due by 10/25/2021. Appellant Reply Brief due by 11/22/2021. Appellee Brief due by 11/15/2021.. (Signed by Judge Colleen McMahon on 10/22/2021) Filed In Associated Cases: 7:21-cv-07532-CM et al. | |
|---|---|---|
| 85 | LETTER MOTION for Extension of Time  addressed to Judge Colleen McMahon from Sonya L. Lebsack dated October 22, 2021. Document filed by The District of Columbia.Filed In Associated Cases: 7:21-cv-07532-CM, 7:21-cv-07585-CM. | 10/22/2021 |
| 86 | MEMO ENDORSEMENT on re: 81 Letter,,, filed by Ellen Isaacs. ENDORSEMENT: Dear Ms. Isaacs: Your appeal was docketed and assigned to me yesterday. It has been consolidated with all the other appeals. By order entered yesterday, your brief is due next Friday, October 29, 2021. You must access the ECF for you case or for 21cv07532 (CM) to learn about all case developments. The oral argument on the appeal is scheduled for Tuesday, November 30, 2021, in my courtroom, room 24-A, at the Moynihan Courthouse. The only matter before me is the appeal from Judge Drain of Sept. 17, confirming the Plan of Reorganization. All other matters remain in the Bankruptcy Court. SO ORDERED. (Signed by Judge Colleen McMahon on 10/22/2021) | 10/22/2021 |
| 87 | MEMO ENDO9RSEMENT granting (85) Letter Motion for Extension of Time in case 7:21-cv-07532-CM; granting (51) Letter Motion for Extension of Time in case 7:21-cv-07585-CM. ENDORSEMENT: Extension granted until Monday, Oct. 25, at 5pm. SO ORDERED. Appellant Brief due by 10/25/2021.. (Signed by Judge Colleen McMahon on 10/22/2021) Filed In Associated Cases: 7:21-cv-07532-CM, 7:21-cv-07585-CM | 10/22/2021 |
| 88 | PROPOSED STIPULATION AND ORDER. Document filed by Purdue Pharma L.P... | 10/22/2021 |
| 89 | MOTION to Approve Judicial Notice . Document filed by U.S. Trustee William K. Harrington.. | 10/25/2021 |
| 90 | MEMORANDUM OF LAW in Support re: 89 MOTION to Approve Judicial Notice . . Document filed by U.S. Trustee William K. Harrington. (Attachments: # 1 Appendix, # 2 Appendix).(Velez-Rivera, Andrew) (Entered: 10/25/2021) | 10/25/2021 |
| 91 | Appellant's BRIEF. Document filed by U.S. Trustee William K. Harrington. Appellee Brief due by 11/24/2021. (Attachments: # 1 Appendix Volume 1, # 2 Appendix Volume 2, # 3 Appendix Volume 3, # 4 Appendix Volume 4, # 5 Appendix Volume 5, # 6 | 10/25/2021 |

| | | |
|---|---|---|
| | Appendix Volume 6, # 7 Appendix Volume 7, # 8 Appendix Volume 8, # 9 Appendix Volume 9)Filed In Associated Cases: 7:21-cv-07532-CM, 7:21-cv-07966-CM, 7:21-cv-07969-CM.(Sakata, Sumi) (Entered: 10/25/2021) | |
| 92 | NOTICE OF IMPROPER PROCEDURE, FAILURE OF DUE PROCESS, MOTION FOR CONTINUANCE & RELEASE OF SEAL DOCUMENTS TO ELLEN ISAACS. Document filed by Ellen Isaacs. | 10/25/2021 |
| 94 | BRIEF Statement of Interest of the United States of America Regarding the Shareholder Release. Document filed by United States of America. (Attachments: # 1 Exhibit A, # 2 Exhibit B)Filed In Associated Cases: 7:21-cv-07532-CM et al..(Fogelman, Lawrence) (Entered: 10/25/2021) | 10/25/2021 |
| 95 | Appellant's BRIEF. Document filed by People of The State of California, State of California. Appellee Brief due by 11/24/2021. (Attachments: # 1 Appendix - Volume I (Part 1), # 2 Appendix - Volume I (Part 2)). (Eskandari, Bernard) (Entered: 10/25/2021) | 10/25/2021 |
| 96 | Appellant's BRIEF. Document filed by The District of Columbia. Appellee Brief due by 11/24/2021. Filed In Associated Cases: 7:21-cv-07532-CM et al.. | 10/25/2021 |
| 97 | FILING ERROR - DEFICIENT DOCKET ENTRY - (SEE DOCUMENT #101) - Appellant's BRIEF. Document filed by The State of Washington. Appellee Brief due by 11/24/2021. (Attachments: # 1 Compendium of Unpublished Authorities) Filed In Associated Cases: 7:21-cv-07532-CM et al.. (Gold, Matthew) Modified on 10/26/2021 (lb). (Entered: 10/25/2021) | 10/25/2021 |
| 98 | Appellant's BRIEF. Document filed by The Peter Ballantyne Cree Nation, The City of Grande Prairie. Appellee Brief due by 11/24/2021. (Attachments: # 1 Appendix)Filed In Associated Cases: 7:21-cv-07532-CM, 7:21-cv-07961-CM, 7:21-cv-07962-CM.(Underwood, Allen) (Entered: 10/25/2021) | 10/25/2021 |
| 99 | MOTION for Joinder / California's Joinder in Other Appellants Briefs Under Fed. R. Bankr. P. 8014(e). Document filed by People of The State of California, State of California.. | 10/26/2021 |
| 100 | Appellant's BRIEF. Document filed by State of Maryland. Appellee Brief due by 11/26/2021. Filed In Associated Cases: 7:21-cv-07532-CM et al.. | 10/26/2021 |
| 101 | Appellant's BRIEF. Document filed by State of Connecticut, State of Rhode Island, State of Vermont, The State of Delaware, The State of Washington. Appellee Brief due by 11/26/2021. (Attachments: # 1 Compendium of Unpublished Authorities) Filed In Associated Cases: 7:21-cv-07532-CM et al.. (Gold, Matthew) (Entered: 10/26/2021) | 10/26/2021 |
| 102 | RESPONSE re: (92 in 7:21-cv-07532-CM) MOTION to Continue., (6 in 7:21-cv-08566-CM) Letter,, (49 in 7:21-cv-08049-CM) MOTION for Extension of Time to File. . Document filed by Purdue Pharma L.P.. Filed In Associated Cases: 7:21-cv-07532-CM, 7:21-cv-08049-CM, 7:21-cv-08566-CM. | 10/26/2021 |
| 103 | ***SELECTED PARTIES***NOTICE of Appendix re: (101 in 7:21-cv-07532-CM) Appellant's Brief,. Document filed by State of Vermont, State of Rhode Island, State Of Connecticut, The State of Washington, The State of Delaware, Mortimer-side Initial Covered Sackler Persons, Purdue Pharma L.P., The Raymond | 10/26/2021 |

| | | |
|---|---|---|
| | Sackler Family. (Attachments: # 1 Appendix Volume 2 (Part 1), # 2 Appendix Volume 3 (Part 1), # 3 Appendix Volume 4 (Part 1), # 4 Appendix Volume 5 (Part 1), # 5 Appendix Volume 6 (Part 1), # 6 Appendix Volume 7 (Part 1), # 7 Appendix Volume 8 (Part 1), # 8 Appendix Volume 9 (Part 1), # 9 Appendix Volume 10 (Part 1), # 10 Appendix Volume 11 (Part 1), # 11 Appendix Volume 1 (Part 2), # 12 Appendix Volume 2 (Part 2), # 13 Appendix Volume 3 (Part 2), # 14 Appendix Volume 4 (Part 2), # 15 Appendix Volume 5 (Part 2))Filed In Associated Cases: 7:21-cv-07532-CM et al.Motion or Order to File Under Seal: 88 .(Gold, Matthew) (Entered: 10/26/2021) | |
| 104 | MEMO ENDORSEMENT granting (89) Motion to Approve Judicial Notice in case 7:21-cv-07532-CM; granting (64) Motion to Approve Judicial Notice in case 7:21-cv-07966-CM; granting (65) Motion to Approve Judicial Notice in case 7:21-cv-07969-CM. ENDORSEMENT: The motion is granted. SO ORDERED.. (Signed by Judge Colleen McMahon on 10/26/2021) Filed In Associated Cases: 7:21-cv-07532-CM et al. | 10/26/2021 |
| 105 | STIPULATION IN CONNECTION WITH OMNIBUS DESIGNATION AND COUNTER-DESIGNATION OF APPELLATE RECORD: IT IS HEREBY STIPULATED, AGREED AND ORDERED AS FOLLOWS: 1. The Debtor-Appellees shall submit a single omnibus set of designations and counter-designations (the "Omnibus Designation") that will designate the items to be included in the record on the Appeals. 2. The Debtor-Appellees' submission of the Omnibus Designation on October 21, 2021, shall constitute a timely designation and counter-designation on behalf of all appellees in each of the Appeals. The Omnibus Designation is attached hereto as Exhibit A. 3. The Omnibus Designation shall constitute a single record, to be transmitted once, for use in each of the Appeals. 4. The rights of any party to correct or modify the record of the Appeals, pursuant to Rule 8009(e) of the Federal Rules of Bankruptcy Procedure, or otherwise, are preserved. 5. This stipulation may be signed in counterparts, which, when fully executed, shall constitute a single original. A facsimile or scanned copy of this stipulation shall have the same force and effect as the original. SO ORDERED. (Signed by Judge Colleen McMahon on 10/26/2021) Filed In Associated Cases: 7:21-cv-07532-CM et al. | 10/26/2021 |
| 106 | LETTER addressed to Judge Colleen McMahon from Robert M. Tuchman dated October 26, 2021 re: Courtesy Copies. Document filed by State Of Connecticut, State of Rhode Island, State of Vermont, The State of Delaware, The State of Washington.Filed In Associated Cases: 7:21-cv-07532-CM et al.. | 10/26/2021 |
| 109 | MEMO ENDORSEMENT denying 92 Letter Motion to Continue. ENDORSEMENT: Denied - pro se appellant briefs are due Oct. 29, 2021. SO ORDERED.. (Signed by Judge Colleen McMahon on 10/26/2021) | 10/26/2021 |
| 110 | LETTER addressed to Judge Colleen McMahon from Lawrence H. Fogelman dated October 26, 2021 re: courtesy copy of the Statement of Interest of the United States of America Regarding the Shareholder Release. Document filed by United States of America.Filed In Associated Cases: 7:21-cv-07532-CM et al.. | 10/26/2021 |

| | | |
|---|---|---|
| 115 | NOTICE of Filing of Glossary of Terms Related to the Chapter 11 Cases. Document filed by Purdue Pharma L.P.. (Attachments: # 1 Exhibit A - Debtors Glossary of Terms). (Kaminetzky, Benjamin) (Entered: 10/27/2021) | 10/27/2021 |
| 121 | Appellant's BRIEF. Document filed by State of Maryland. Appellee Brief due by 11/26/2021. (Attachments: # 1 Exhibit A: Corrected Brief of Appellant, the State of Maryland, # 2 Exhibit B: State of Maryland's Appendix, # 3 Exhibit C: Corrected Brief Blackline, # 4 Proposed Order) Filed In Associated Cases: 7:21-cv-07532-CM et al..(Edmunds, Brian) (Entered: 10/27/2021) | 10/27/2021 |
| 123 | LETTER addressed to Judge Colleen McMahon from Lawrence H. Fogelman dated October 28, 2021 re: Correction Regarding Footnote 3 in Statement of Interest. Document filed by United States of America.Filed In Associated Cases: 7:21-cv-07532-CM et al.. | 10/28/2021 |
| 124 | DESIGNATION OF BANKRUPTCY RECORD ON APPEAL re: 3 Amended Bankruptcy Appeal, 1 Bankruptcy Appeal. Document filed by Appellant The State of Washington.. | 10/28/2021 |
| 126 | BRIEF OF APPELLANT, ELLEN ISAACS, Pro Se. Document filed by Ellen Isaacs. Appellee Brief due by 11/29/2021. | 10/29/2021 |
| 128 | MEMO ENDORSEMENT on re: (74 in 7:21-cv-08034-CM, 121 in 7:21-cv-07532-CM) Appellant's Brief, filed by State of Maryland. ENDORSEMENT: OK. SO ORDERED. (Signed by Judge Colleen McMahon on 11/1/2021) Filed In Associated Cases: 7:21-cv-07532-CM, 7:21-cv-08034-CM | 11/1/2021 |
| 129 | LETTER addressed to Judge Colleen McMahon from Allen J. Underwood II dated 11/1/2021 re: Correction to page 24 of Appellant Brief, The Court's reading of the affected sentence is correct. The second "not" should be stricken and that portion of the sentence should read "claims based on that conduct are not subject to the carveout and are released".. Document filed by The City of Grande Prairie, The Peter Ballantyne Cree Nation.Filed In Associated Cases: 7:21-cv-07532-CM, 7:21-cv-07961-CM, 7:21-cv-07962-CM. | 11/1/2021 |
| 138 | NOTICE of Publicly Filed Appendix re: (103 in 7:21-cv-07532-CM) Notice (Other),,,. Document filed by State Of Connecticut, State of Rhode Island, State of Vermont, The State of Delaware, The State of Washington. (Attachments: # 1 Appendix Volume 2 (Part 1), # 2 Appendix Volume 3 (Part 1), # 3 Appendix Volume 4 (Part 1), # 4 Appendix Volume 5 (Part 1), # 5 Appendix Volume 6 (Part 1), # 6 Appendix Volume 7 (Part 1), # 7 Appendix Volume 8 (Part 1), # 8 Appendix Volume 9 (Part 1), # 9 Appendix Volume 10 (Part 1), # 10 Appendix Volume 11 (Part 1), # 11 Appendix Volume 1 (Part 2), # 12 Appendix Volume 2 (Part 2), # 13 Appendix Volume 3 (Part 2), # 14 Appendix Volume 4 (Part 2), # 15 Appendix Volume 5 (Part 2))Filed In Associated Cases: 7:21-cv-07532-CM et al..(Gold, Matthew) (Entered: 11/08/2021) | 11/8/2021 |
| 139 | LETTER from Ellen Isaacs, dated 11/9/21 re: Please be advised that I am disabled. I have been homeless living out of my car for nearly two years etc. In being so, I am respectfully requesting accommodations for lodging, transportation, meals and misc. to attend the hearing on 11/30/21, along with a reclining chair. It is unreasonable, unjust and discrimination for the pro se litigants to | 11/9/2021 |

| | | |
|---|---|---|
| | only be permitted to appear by telephone. Just how is someone on disability to afford a night in Manhattan due to his Court's refusal to have the proceedings via Zoom.. Document filed by Ellen Isaacs. | |
| 140 | SCHEDULE FOR ORAL ARGUMENT: Counsel, after listening to your session before the very indulgent Judge Drain yesterday, I think I had better set some rules for our oral argument on November 30, as I intend to be much less indulgent. We will begin at 9:00 AM and proceed as follows: Appellants to have from 9:00-11: 15 to present argument. We will program a short break into that period. You can divide the time as you would like. But at 11: 15, appellants are done. The figurative little red light goes off and everyone sits down. Just like the Court of Appeals. I will hear the pro se litigants from 11: 15-11 :30. They will be appearing remotely. We will break for lunch from 11 :30-12:30. I realize that is on the early side, but we have a shortage of court reporters and they will need a significant break. So will I. Debtors and the other plan proponents have from 12:30-2:45 to present their argument. Again, we will program a short break into that time; and again, you can divide the time as you wish. And again, the little red light goes off at 2:45 and everyone sits down. I don't necessarily want reply argument/rebuttal. I want an hour at the end, from 3:00-4:00, for my own purposes. I may ask to hear rebuttal; I may simply want to ask additional questions. You can anticipate a hot bench; my clerks and I are deeply immersed in the record and the relevant cases. In fact, on Monday, November 29, I will probably send out some questions that you should be prepared to address. At 4:00 PM, we will be through with oral argument. We will adhere strictly to these time limits. You should plan your arguments accordingly. I don't need a lot of exposition or background at oral argument. The briefs I have read are excellent and set out appellants' positions quite well. I have no reason to believe that the Debtors' briefs and those of their allies will be any less thorough or effective in presenting their position. There are fascinating legal issues to work through and that is how we should spend most of our time together. Furthermore, it is not my impression that there is much dispute over Judge Drain's findings of fact; it seems to be his conclusions of law that divide the parties. But since appellants are arguing that the Bankruptcy Court lacks subject matter or constitutional jurisdiction over certain aspects of the Confirmation Order, they should be prepared to argue to me as though Judge Drain's findings of fact and conclusions of law in those respects were a Report and Recommendation to the district court. Appellees should be prepared to respond accordingly. While I see that there is a little extra time cushion after yesterday's proceedings, I probably won't be able to take advantage of it. I am starting a two week criminal trial on Tuesday, December 7, and I have a full calendar on Monday, December 6. So while it is not impossible that that you will have to wait until shortly before December 20 for a decision, it is highly unlikely. If l can get a decision out before I have to start my criminal trial, I will do so. I certainly intend to try. (Signed by Judge Colleen McMahon on 11/10/2021) Filed In | 11/10/2021 |

| | Associated Cases: 7:21-cv-07532-CM et al. | |
|---|---|---|
| 151 | Appellee's BRIEF. Document filed by Purdue Pharma L.P.. Appellant Reply Brief due by 11/29/2021.. | 11/15/2021 |
| 153 | Appellee's BRIEF. Document filed by Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants. Appellant Reply Brief due by 11/29/2021. (Attachments: # 1 Compendium of Additional Sources, # 2 Appendix Vol. I, # 3 Appendix Vol. II, # 4 Appendix Vol. III) Filed In Associated Cases: 7:21-cv-07532-CM et al.. (Eckstein, Kenneth) (Entered: 11/15/2021) | 11/15/2021 |
| 154 | Appellee's BRIEF. Document filed by The Raymond Sackler Family. Appellant Reply Brief due by 11/29/2021.. | 11/15/2021 |
| 155 | Appellee's BRIEF. Document filed by Multi-State Governmental Entities Group. Appellant Reply Brief due by 11/29/2021. Filed In Associated Cases: 7:21-cv-07532-CM et al.. | 11/15/2021 |
| 156 | Appellee's BRIEF. Document filed by Mortimer-side Initial Covered Sackler Persons. Appellant Reply Brief due by 11/29/2021.. | 11/15/2021 |
| 157 | Appellee's BRIEF. Document filed by Ad Hoc Group of Individual Victims of Purdue Pharma, L.P.. Appellant Reply Brief due by 11/29/2021. (Attachments: # 1 Appendix I, # 2 Appendix II, # 3 Appendix III, # 4 Appendix IV, # 5 Appendix V). | 11/15/2021 |
| 158 | Appellee's BRIEF. Document filed by Ad Hoc Committee of NAS Children. Appellant Reply Brief due by 11/29/2021. (Attachments: # 1 Appendix 1, # 2 Appendix 2, # 3 Appendix 3, # 4 Appendix 4, # 5 Appendix 5, # 6 Appendix 6, # 7 Appendix 7). | 11/15/2021 |
| 160 | NOTICE of of Publicly Filed Appendix re: 151 Appellee's Brief. Document filed by Purdue Pharma L.P.. (Attachments: # 1 APPENDIX VOLUME 2 OF 23 (A0069-A0222), # 2 APPENDIX VOLUME 3 OF 23 (A0223-A0672), # 3 APPENDIX VOLUME 4 OF 23 (A0673-A0875), # 4 APPENDIX VOLUME 5 OF 23 (A0876-A1019), # 5 APPENDIX VOLUME 6 OF 23 (A1020-A1744), # 6 APPENDIX VOLUME 7 OF 23 (A1745-A2016), # 7 APPENDIX VOLUME 8 OF 23 (A2017-A2099), # 8 APPENDIX VOLUME 9 OF 23 (A2100-A3048), # 9 APPENDIX VOLUME 10 OF 23 (A3049-A3371), # 10 APPENDIX VOLUME 11 OF 23 (A3372-A3774), # 11 APPENDIX VOLUME 12 OF 23 (A3775-A3900), # 12 APPENDIX VOLUME 13 OF 23 (A3901-A4023), # 13 APPENDIX VOLUME 14 OF 23 (A4024-A4088), # 14 APPENDIX VOLUME 15 OF 23 (A4089-A4176), # 15 APPENDIX VOLUME 16 OF 23 (A4177-A4215), # 16 APPENDIX VOLUME 17 OF 23 (A4216-A4314), # 17 APPENDIX VOLUME 18 OF 23 (A4315-A4341), # 18 APPENDIX VOLUME 19 OF 23 (A4342-A4518), # 19 APPENDIX VOLUME 20 OF 23 (A4519-A4726), # 20 APPENDIX VOLUME 21 OF 23 (A4727-A4813), # 21 APPENDIX VOLUME 22 OF 23 (A4184-A4973), # 22 APPENDIX VOLUME 23 OF 23 (A4974-A5066)). | 11/15/2021 |
| 161 | NOTICE of Addenda of Unpublished Authority re: 151 Appellee's Brief. Document filed by Purdue Pharma L.P... | 11/15/2021 |
| 162 | Appellee's BRIEF. Document filed by The Official Committee of Unsecured Creditors of Purdue Pharma L.P., et al.. Appellant Reply Brief due by 11/29/2021. (Attachments: # 1 Appendix Vol. | 11/15/2021 |

| | | |
|---|---|---|
| | I, # 2 Appendix Vol. II)Filed In Associated Cases: 7:21-cv-07532-CM et al.. | |
| 163 | NOTICE of Publicly Filed Appendix re: 154 Appellee's Brief. Document filed by The Raymond Sackler Family. (Attachments: # 1 Appendix Appellee RSF Brief Appendix Volume I_Part2, # 2 Appendix Appellee RSF Brief Appendix Volume I_Part3, # 3 Appendix Appellee RSF Brief Appendix-Volume I_Part4, # 4 Appendix Appellee RSF Brief Appendix Volume I_Part5, # 5 Appendix Appellee RSF Brief Appendix Volume II Part 1, # 6 Appendix Appellee RSF Brief Appendix Volume II Part 2.1, # 7 Appendix Appellee RSF Brief Appendix Volume II Part 2.2, # 8 Appendix Appellee RSF Brief Appendix Volume II Part 2.2_Part1, # 9 Appendix Appellee RSF Brief Appendix Volume II Part 2.2_Part2, # 10 Appendix Appellee RSF Brief Appendix Volume II Part 2.2_Part3, # 11 Appendix Appellee RSF Brief Appendix Volume II Part 3, # 12 Appendix Appellee RSF Brief Appendix Volume II Part 4, # 13 Appendix Appellee RSF Brief Appendix Volume II Part 5, # 14 Appendix Appellee RSF Brief Appendix Volume III_Part1, # 15 Appendix Appellee RSF Brief Appendix Volume III_Part2, # 16 Appendix Appellee RSF Brief Appendix Volume III_Part3, # 17 Appendix Appellee RSF Brief Appendix Volume III_Part4, # 18 Appendix Appellee RSF Brief Appendix Volume III_Part5, # 19 Appendix Appellee RSF Brief Appendix Volume IV_Part1, # 20 Appendix Appellee RSF Brief Appendix Volume IV_Part2, # 21 Appendix Appellee RSF Brief Appendix Volume IV_Part3). | 11/15/2021 |
| 164 | NOTICE of Appendix (155) re: (84 in 7:21-cv-08271-CM, 80 in 7:21-cv-08139-CM, 102 in 7:21-cv-07969-CM, 87 in 7:21-cv-07585-CM, 101 in 7:21-cv-07966-CM, 97 in 7:21-cv-07961-CM, 91 in 7:21-cv-08034-CM, 39 in 7:21-cv-08566-CM, 40 in 7:21-cv-08557-CM, 95 in 7:21-cv-07962-CM, 66 in 7:21-cv-08258-CM, 82 in 7:21-cv-08042-CM, 88 in 7:21-cv-08055-CM, 155 in 7:21-cv-07532-CM, 40 in 7:21-cv-08548-CM, 88 in 7:21-cv-08049-CM) Appellee's Brief. Document filed by Multi-State Governmental Entities Group. (Attachments: # 1 Exhibit Part 1, # 2 Exhibit Part 2)Filed In Associated Cases: 7:21-cv-07532-CM et al.. | 11/15/2021 |
| 165 | NOTICE of Publicly Filed Appendix re: 156 Appellee's Brief. Document filed by Mortimer-side Initial Covered Sackler Persons. (Attachments: # 1 01. M-ICSP_0001, # 2 02a. M-ICSP_0160, # 3 02b. M-ICSP_0408, # 4 02c. M-ICSP_0507, # 5 04a. M-ICSP_0805, # 6 04b. M-ICSP_0954, # 7 04c. M-ICSP_1254, # 8 04d. M-ICSP_1554, # 9 05a. M-ICSP_1742, # 10 05b. M-ICSP_1841, # 11 05c. M-ICSP_1941, # 12 05d. M-ICSP_2041, # 13 05e. M-ICSP_2141, # 14 06. M-ICSP_2241, # 15 07a. M-ICSP_2261, # 16 07b. M-ICSP_2330, # 17 07c. M-ICSP_2400, # 18 07d. M-ICSP_2429, # 19 07e. M-ICSP_2460, # 20 07f. M-ICSP_2530, # 21 08. M-ICSP_2620, # 22 09. M-ICSP_2629, # 23 10. M-ICSP_2653, # 24 11. M-ICSP_2841, # 25 12a. M-ICSP_2885, # 26 12b. M-ICSP_2904, # 27 12c. M-ICSP_2924, # 28 12d. M-ICSP_2944, # 29 13. M-ICSP_2949, # 30 14. M-ICSP_3012, # 31 15. M-ICSP_3126, # 32 16. M-ICSP_3154, # 33 17. M-ICSP_3480, # 34 18. M-ICSP_3588, # 35 19. M- | 11/16/2021 |

| | | |
|---|---|---|
| | ICSP_3614, # 36 20. M-ICSP_3638, # 37 21. M-ICSP_3667, # 38 22. M-ICSP_3817, # 39 23. M-ICSP_3828, # 40 24a. M-ICSP_4029, # 41 24b. M-ICSP_4048, # 42 24c. M-ICSP_4068, # 43 24d. M-ICSP_4088, # 44 24e. M-ICSP_4108, # 45 24f. M-ICSP_4128, # 46 25. M-ICSP_4156, # 47 26. M-ICSP_4184, # 48 27. M-ICSP_4188, # 49 28. M-ICSP_4194, # 50 29. M-ICSP_4204, # 51 30. M-ICSP_4283, # 52 31. M-ICSP_4323, # 53 32. M-ICSP_4328, # 54 33a. M-ICSP_4654, # 55 33b. M-ICSP_4693, # 56 33c. M-ICSP_4733, # 57 33d. M-ICSP_4773, # 58 33e. M-ICSP_4813, # 59 33f. M-ICSP_4853, # 60 33g. M-ICSP_4893, # 61 33h. M-ICSP_4933, # 62 33i. M-ICSP_4973, # 63 34a. M-ICSP_5003, # 64 34b. M-ICSP_5052, # 65 34c. M-ICSP_5102, # 66 34d. M-ICSP_5152, # 67 34e. M-ICSP_5202, # 68 34f. M-ICSP_525, # 69 34g. M-ICSP_5302, # 70 35a. M-ICSP_5334, # 71 35b. M-ICSP_5383, # 72 35c. M-ICSP_5433, # 73 35d. M-ICSP_5483, # 74 35e. M-ICSP_5533, # 75 35f. M-ICSP_5583, # 76 36a. M-ICSP_5609, # 77 36b. M-ICSP_5658, # 78 36c. M-ICSP_5708, # 79 36d. M-ICSP_5758, # 80 36e. M-ICSP_5808, # 81 36f. M-ICSP_5858, # 82 36g. M-ICSP_5908, # 83 36h. M-ICSP_5958, # 84 03a. M-ICSP_0647, # 85 03b. M-ICSP_0666, # 86 03c. M-ICSP_0686, # 87 03d. M-ICSP_0706, # 88 03e. M-ICSP_0726, # 89 03f. M-ICSP_0746, # 90 03g. M-ICSP_0766, # 91 03h. M-ICSP_0786). | |
| 166 | NOTICE of Corrected MSGE App'x (164) re: (155 in 7:21-cv-07532-CM) Appellee's Brief. Document filed by Multi-State Governmental Entities Group. (Attachments: # 1 Appendix, # 2 Appendix, # 3 Appendix, # 4 Appendix, # 5 Appendix, # 6 Appendix, # 7 Appendix, # 8 Appendix)Filed In Associated Cases: 7:21-cv-07532-CM et al.. | 11/16/2021 |
| 171 | QUESTION FOR COUNSEL: Counsel, rather than continue to look for a needle in the haystack that is your record, I will simply ask you the following: is there, anywhere in this massive record, information comparable to that contained in the Declaration of Richard Collura about the decade PRIOR to January 1, 2008? In particular, I am looking for information that would correlate with Mr. Collura's paragraph 12 - specifically, (i) the amount of Total Net Cash Distributions Paid to or for the Benefit of the Affiliated Entities and/or Taxing Authorities during any period prior to January 1, 2008, and (ii) the amount of any such Net Cash Distributions that was paid in taxes, as opposed to being distributed to the various Sackler entities. If you could either point me to the right place or confirm that there is no such information in the record, I would be most grateful. The briefs are, as predicted, uniformly excellent and very thought provoking. My list of questions is growing longer, so I look forward to meeting with you on November 30. (Signed by Judge Colleen McMahon on 11/17/2021) BY ECF TO ALL COUNSELFiled In Associated Cases: 7:21-cv-07532-CM et al.. | 11/17/2021 |
| 176 | MOTION for Leave to File Excess Pages Notice of Motion for Permission to File Oversize Reply Brief. Document filed by State Of Connecticut, State of Rhode Island, State of Vermont, The State of Delaware, The State of Washington.Filed In Associated Cases: 7:21-cv-07532-CM et al.. | 11/18/2021 |

| | | |
|---|---|---|
| 177 | RESPONSE re: 171 Order,,,, Debtors-Appellees' Statement in Response to Question for Counsel. Document filed by Purdue Pharma L.P.. (Attachments: # 1 Exhibit A, # 2 Exhibit B).(Huebner, Marshall) (Entered: 11/18/2021) | 11/18/2021 |
| 181 | ORDER granting (176) Letter Motion for Leave to File Excess Pages in case 7:21-cv-07532-CM; granting (94) Letter Motion for Leave to File Excess Pages in case 7:21-cv-07585-CM; granting (104) Letter Motion for Leave to File Excess Pages in case 7:21-cv-07961-CM; granting (102) Letter Motion for Leave to File Excess Pages in case 7:21-cv-07962-CM; granting (108) Letter Motion for Leave to File Excess Pages in case 7:21-cv-07966-CM; granting (109) Letter Motion for Leave to File Excess Pages in case 7:21-cv-07969-CM; granting (98) Letter Motion for Leave to File Excess Pages in case 7:21-cv-08034-CM; granting (89) Letter Motion for Leave to File Excess Pages in case 7:21-cv-08042-CM; granting (96) Letter Motion for Leave to File Excess Pages in case 7:21-cv-08049-CM; granting (95) Letter Motion for Leave to File Excess Pages in case 7:21-cv-08055-CM; granting (87) Letter Motion for Leave to File Excess Pages in case 7:21-cv-08139-CM; granting (73) Letter Motion for Leave to File Excess Pages in case 7:21-cv-08258-CM; granting (91) Letter Motion for Leave to File Excess Pages in case 7:21-cv-08271-CM; granting (45) Letter Motion for Leave to File Excess Pages in case 7:21-cv-08548-CM; granting (45) Letter Motion for Leave to File Excess Pages in case 7:21-cv-08557-CM; granting (44) Letter Motion for Leave to File Excess Pages in case 7:21-cv-08566-CM. OK.. (Signed by Judge Colleen McMahon on 11/18/2021) Filed In Associated Cases: 7:21-cv-07532-CM et al. | 11/18/2021 |
| 183 | MOTION for Leave to File Excess Pages  - Motion for Leave to File Reply Brief Not to Exceed 25 Pages. Document filed by U.S. Trustee William K. Harrington.Filed In Associated Cases: 7:21-cv-07532-CM et al.. | 11/18/2021 |
| 185 | "MOTION FOR DISABILITY ACCOMMODATIONS, TRANSPORTATION, LODGING, MEALS & MISC. & DUE PROCESS" - Pro Se litigant requests to be present at the Appeal Oral Arguments in this matter on 11/30/21. Document filed by Ellen Isaacs. | 11/18/2021 |
| 187 | "MEMORANDUM"(In 2019, I filed a 'Tagalong Claim' in the U.S. District Court for New Jersey, Civil Action #2:19-cv-19709 and claims through the U.S. Bankruptcy Court for the Southern District of New York, Case #19-B-23649(RDD))- This Memorandum is in support of the United States Judicial Panel on Multidistrict Litigation's decision[In re: National Prescription Opiate Litigation] to employ alternatives to transfer to minimize whatever, if any, possibilities may arise of duplicative discovery and/or inconsistent pretrial ruling etc. Document filed by Ronald Bass. (sc) (Entered: 11/22/2021) | 11/19/2021 |
| 188 | MEMO ENDORSEMENT granting (183) Letter Motion for Leave to File Excess Pages in case 7:21-cv-07532-CM; granting (96) Letter Motion for Leave to File Excess Pages in case 7:21-cv-07585-CM; granting (106) Letter Motion for Leave to File Excess Pages in case 7:21-cv-07961-CM; granting (104) Letter Motion for Leave to File Excess Pages in case 7:21-cv-07962-CM; | 11/22/2021 |

| | | |
|---|---|---|
| | granting (110) Letter Motion for Leave to File Excess Pages in case 7:21-cv-07966-CM; granting (111) Letter Motion for Leave to File Excess Pages in case 7:21-cv-07969-CM; granting (100) Letter Motion for Leave to File Excess Pages in case 7:21-cv-08034-CM; granting (91) Letter Motion for Leave to File Excess Pages in case 7:21-cv-08042-CM; granting (98) Letter Motion for Leave to File Excess Pages in case 7:21-cv-08049-CM; granting (97) Letter Motion for Leave to File Excess Pages in case 7:21-cv-08055-CM; granting (89) Letter Motion for Leave to File Excess Pages in case 7:21-cv-08139-CM; granting (75) Letter Motion for Leave to File Excess Pages in case 7:21-cv-08258-CM; granting (93) Letter Motion for Leave to File Excess Pages in case 7:21-cv-08271-CM; granting (47) Letter Motion for Leave to File Excess Pages in case 7:21-cv-08548-CM; granting (47) Letter Motion for Leave to File Excess Pages in case 7:21-cv-08557-CM; granting (47) Letter Motion for Leave to File Excess Pages in case 7:21-cv-08566-CM. ENDORSEMENT: OK. SO ORDERED.. (Signed by Judge Colleen McMahon on 11/22/2021) Filed In Associated Cases: 7:21-cv-07532-CM et al. | |
| 189 | LETTER addressed to Judge Colleen McMahon from Ellen Isaacs, dated 11/22/21 re: In light of the fact that USAG Merrick Garland put out this statement on 10/29/21(https://wwwjustice.gov/opa/pr/attorney-general-merrick-b-garland-restores-office-access-justice), please advise how I can get equal justice in the Purdue Pharma et al Bankruptcy Case etc. I have been trying to obtain Pro Bono counsel for months. The representative at NYLAG is not communicating in a timely fashion. I have emails to/from them. The last asked me to be patient and she would get back to me to explain further. No one from NYLAG has gotten back to me. I am also still waiting on a response from this Court for an outstanding motion which was initiated by the lack of response to a letter which I sent to this Court with no reply etc. The lack of service by the Debtors/Appellees in this matter were addressed at every hearing, and the outcome is the stil the same. Document filed by Ellen Isaacs. | 11/22/2021 |
| 190 | Appellant's REPLY BRIEF. Document filed by The District of Columbia. Filed In Associated Cases: 7:21-cv-07532-CM et al.. | 11/22/2021 |
| 191 | Appellant's REPLY BRIEF. Document filed by U.S. Trustee William K. Harrington. (Attachments: # 1 Appendix Supplemental Appendix) Filed In Associated Cases) 7:21-cv-07532-CM, 7:21-cv-07966-CM, 7:21-cv-07969-CM. (Sakata, Sumi) (Entered: 11/22/2021) | 11/22/2021 |
| 192 | Appellant's REPLY BRIEF. Document filed by People of The State of California, State of California.. | 11/22/2021 |
| 193 | BRIEF re: (94 in 7:21-cv-07532-CM) Brief, Reply Statement of Interest of the United States of America Regarding the Shareholder Release. Document filed by United States of America.Filed In Associated Cases: 7:21-cv-07532-CM et al.. | 11/22/2021 |
| 194 | Appellant's REPLY BRIEF. Document filed by State of Vermont, State of Connecticut, State of Rhode Island, The State of Delaware, The State of Washington. (Attachments: # 1 Reply Compendium of Unpublished Authorities) Filed In Associated | 11/22/2021 |

| | | |
|---|---|---|
| | Cases: 7:21-cv-07532-CM et al..(Gold, Matthew) (Entered: 11/22/2021) | |
| 195 | Appellant's REPLY BRIEF. Document filed by The Peter Ballantyne Cree Nation, The City of Grande Prairie. (Attachments: # 1 Appendix) Filed In Associated Cases: 7:21-cv-07532-CM et al..(Underwood, Allen) (Entered: 11/22/2021) | 11/22/2021 |
| 196 | MOTION for Extension of Time to File Response/Reply of 7 hours (to midnight) and to permit a 25-page reply. Document filed by State of Maryland.Filed In Associated Cases: 7:21-cv-07532-CM et al.. | 11/22/2021 |
| 197 | LOGISTICS FOR ORAL ARGUMENT: The pmpose of this order is to provide logistics for oral arguments are scheduled for 9:00 AM on November 30, 2021, in courtroom 24A of the Daniel Patrick Moynihan Court House at 500 Pearl Street, New York, New York. Only those with a speaking role should appear in person for oral argument. Non-speaking counsel and members of the public are invited attend the hearing in an overflow courtroom (with limited capacity) at Room 23A. Seating is first come, first serve. Ce1tain pro se appellants have requested to appear remotely. The pro se patties who wish to appear remotely will be sent a private dial-in line by email, to the email the Court has on record. Pro se parties who wish to appear in person in Courtroom 24A are still permitted to appear in person should they choose (they are not obligated to appear remotely but may, as requested). A reminder that the Court has previously set forth the following schedule and expects the parties to be prepared to argue the case within these limits (see Dkt. No. 140): Oral argument will begin at 9:00 AM. Appellants have from 9:00-11:15 to present argument. Pro se appellants have from 11:15-11:30. We will break for lunch from 11:30-12:30. Appellees have from 12:30-2:45 to present their argument. The Court has from 3:00-4:00 for its own purposes (i.e., hearing rebuttal or asking questions). Oral argument ends at 4:00 PM. (Signed by Judge Colleen McMahon on 11/22/2021) Filed In Associated Cases: 7:21-cv-07532-CM et al. | 11/22/2021 |
| 200 | Appellant's REPLY BRIEF. Document filed by State of Maryland. Filed In Associated Cases: 7:21-cv-07532-CM et al.. | 11/22/2021 |
| 211 | QUESTIONS FOR ORAL ARGUMENT: McMahon, J.:The purpose of this order is to provide counsel with questions I would like answered at oral argument. I have read and digested all the excellent briefs and I do not need to rehash everything that has been said in those papers. What I do need is answers to the following questions:1.Is there a difference among the Sacklers and their various entities in terms of standard of review of the validity of the releases? Specifically, the director Sacklers, or the involved Sacklers, versus the uninvolved Sacklers?2.If I conclude that Judge Drain should have made certain findings but did not do so, am I free to review the record and make those findings or do I have to send it back to him?3.For reasons best known to Judge Drain, he did not inquire about the law relating to contingent claims that might be asserted by the Sacklers in connection with the various suits brought by the Attorneys General of the objecting states. I am requiring each objecting state and the district of Columbia, and Seattle if this is relevant, to present me with a | 11/26/2021 |

supplemental written brief a very brief written brief that answers the following questions:(a)Under the law applicable to the claims brought by your attorney general against the Sacklers, is there a bar on indemnifying an individual tortfeasor for conduct that is found to violate that law? I believe the relevant law is Delawares law, but people have cited New York law and other laws and I want a clear analysis of the law that is applicable to each of the Appellants claims. Is there any provision legal or contractual under the LPAs that would prohibit the advancement of defense costs in such a case? Can they be recouped if the individual is found liable in the lawsuit? (b)Under the law of YOUR STATE, is there clear law indicating either that there is a right to contribution from a joint tortfeasor, or that there is no right to contribution from a joint tortfeasor, in connection with a violation of the statute under which your attorney general has sued the Sackler officers/directors/managers? Please answer the question and cite me to the relevant statutes and/or cases and/or treatises. (c)Under the law of YOUR STATE, is there a limitation on insurance coverage in connection with suits brought by the attorney general to enforce laws of the sort that the Sacklers are being sued on here? California plainly has such a limitation, which also eliminates the duty to defend. Does YOUR state have anything similar? If so, where can that limitation be found. And if there is no such limitation, what is the law in YOUR state concerning recoupment of insurance coverage (including but not limited to defense costs) if an individual is found to have violated the law?You can bring the briefs to the oral argument. But I want them no later than Tuesday. I want to discuss this issue. For each objecting state. New York, by the way, is not an objecting state, so I do not want to discuss New York law. I will happily discuss Delaware and Connecticut law if the law in your state points to the law of the state(s) where the corporation is a citizen, or if (as in the LPAs) it is the governing law for purposes of indemnification.4.OK, I am back to my original question: aside from the statutory unfair trade practices lawsuits brought by the states against the Sacklers, what claims have actually been asserted against the Sacklers that are covered by the Section 10.7 release as finally modified by Judge Drain? Who has asserted them? Aside from the objecting pro se litigants, do we know under what states laws particular individuals have asserted these claims? Are they common law or statutory claims?5.Assuming Judge Drain had authority to release third party non-debtor claims, does that authority extend to third party claims that Judge Drain could not release, except with the consent of the parties, as against Purdue pursuant to the Code claims for fraud or willful misconduct? In other words, does the fact that a claim would have a conceivable effect on an estate extend to claims that a bankruptcy court could not release if that claim were asserted against the bankrupt itself?6.The any conceivable effects test says that if the OUTCOME of a case will have any conceivable effect on the res of the estate, the bankruptcy court has subject matter jurisdiction over the claim. That would seem to cover a so-called contingent claim a claim for advancement of litigation expenses if

there is a reasonable legal basis for asserting such a claim. But how does the contingent claim (for indemnity, contribution, insurance) that is asserted in connection with a case whose OUTCOME would not have any conceivable effect on the estate bring the underlying claim within the bankruptcy courts jurisdiction. If the objecting states are correct, then the OUTCOME of the claims they are asserting against the Sacklers will not have any impact on the estate, because of they win the Sacklers will have to pay the fines out of their own pockets. But the argument appears to be that because the Sacklers will assert a right to indemnification, or will demand that their litigation costs be fronted, the states claims will have an impact on the res of the estate. That logic escapes me.7.Debtors set out a four-part test for what claims are subject to release. See brief at p. 24. As I see it, factor 3 means that claims for which no indemnity or insurance coverage is available (as a matter of state law) and for which a controlling individuals liability is non-derivative (independent of his liability by virtue of his role as a director or manager, or of the corporations liability) are NOT RELEASED. If that is correct, then what are we doing here? Because is that not a concession that the claims being asserted by the objecting states are not in fact being released?8.In their briefs the Sacklers say that the claims against the non-director/manager Sacklers that are covered by the release are limited to claims in their status as transferees I assume, as recipients of funds that were taken out of the corporation over the decade prior to the withdrawal of Sacker family members from company management and the initiation of discussions about a possible bankruptcy (2007-18). In other words, as defendants on possible fraudulent conveyance claims. Exactly what language in the release makes that clear? 9.Am I correct that the release as it was ultimately approved by Judge Drain does not cover a claim against Susie Sackler (a person I invented to stand for all the Sacklers) if she gave her roommate who had a backache a bottle of Oxycontin from her private store and the roommate became addicted as a result? 10.How can you insist that the independent claims that exist against certain of the Sacklers under state law, as a matter of state law, are being channeled to a trust for resolution and distribution, when as a matter of fact no distributions will be made on account of the independent claims against the non-debtor? I mean, if a claim is going to be extinguished for exactly nothing, can you really call that channeling? 11.What is the truth about D&O insurance 2005-15? Was there any? If Judge Drain made a factual finding that insurance could be impacted, it has to rest on evidence that there existed insurance policies covering the relevant period. If he just said insurance could be impacted in a situation where there was no evidence that any insurance existed, that would be clear error. So where is the evidence? (I am not particularly interested in the period prior to 2007, because of the releases). 12.Can you explain to me what NewCo is going to do? I thought Purdue Pharma was being reorganized as a public benefit corporation that would administer abatement programs. Now I see that it is going to manufacture drugs. Would someone please explain this to me? Who will be employed by NewCo? In what

| | | |
|---|---|---|
| | capacities? Are people going to be laid off?13.Does the restitution required in the criminal case under the Victims Rights Act come out of the bankruptcy pot? Can someone explain to me how the pot of money is going to be divided up and what the bottom-line total pot in the confirmed plan is going to be?14.I understand that if I end up affirming Judge Drain, I will have to address all of the many objections to his order that have been interposed. But supposed I conclude that he was wrong about something. Suppose I conclude that he lacked statutory authority to impose the releases (I emphasize I have made no such decision; I am posing a hypothetical). How many of the issues that you have raised do I need to reach in that event? Can I stop there? I understand my obligations if I find there is a Stern v. Marshall problem, but suppose I jump straight to Metromedia and conclude that his analysis of that case is wrong will I have erred if I didnt reach other issues first? I want to make it clear that I have not decided anything yet, but I am trying to figure out, for example, whether I have to rule on the Canadian claims or the notice issues if for some other reason I conclude that Judge Drain should not have confirmed a plan with those releases in it?BY ECF TO ALL PARTIES (Signed by Judge Colleen McMahon on 11/26/2021). Filed In Associated Cases: 7:21-cv-07532-CM et al. (mde) | |
| 216 | MOTION FOR SANCTIONS AGAINST DAVIS POLK. Document filed by Ellen Isaacs.(sc) (Entered: 11/29/2021) | 11/29/2021 |
| 217 | LETTER addressed to Judge Colleen McMahon from E. Isaacs dated 11/24/21 re: Please be advised that NYLAG finally called me back today and sent me a copy of your Statement dated 11/22/21 etc. This is a notice that your statement on record is incorrect. In this statement, you erroneously depicted that the Pro Se Appellants reaquested to appear by telephone for oral arguments. I did not request to appear by phone. In fact, I have sent in a letter and motion to the contrary. I have requested ADA services which you have never addressed. This is a violation of Title II of The American Disability Act. Document filed by Ellen Isaacs.(sc) (Entered: 11/29/2021) | 11/29/2021 |
| 220 | LETTER MOTION for Oral Argument (Request for Dial-In) addressed to Judge Colleen McMahon from Robert M. Tuchman dated November 29, 2021. Document filed by State Of Connecticut, State of Rhode Island, State of Vermont, The State of Delaware, The State of Washington.Filed In Associated Cases: 7:21-cv-07532-CM et al.. | 11/29/2021 |
| 224 | Appellant's REPLY BRIEF. Document filed by The Peter Ballantyne Cree Nation, The City of Grande Prairie. (Attachments: # 1 Reply Compendium of Unpublished Authorities)Filed In Associated Cases: 7:21-cv-07532-CM et al.. | 11/29/2021 |
| 227 | NOTICE. There will be a "LISTEN ONLY" number at which people who are not at the courthouse can listen to tomorrow's oral argument: 888-363-4749, access code 9054506. This number can be used by attorneys who are not coming to the court house, as well as member of the press (although we are saving a few seats in my courtroom and in our overflow space for press) and public. This line will be muted; it may not be used for any party to appear remotely. Participants dialing in are reminded that video or audio | 11/29/2021 |

| | | |
|---|---|---|
| | recording of court proceedings is prohibited by law. The pro se appellants who will be appearing remotely should dial in to the private number that was sent to them separately by email. Do not dial into the listen only number in the first paragraph of this notice, or you will not be able to present your argument to the court. We have also obtained a second overflow courtroom for non-speaking lawyers and members of the public. The overflow rooms are 23A and 15A. As you might imagine, demand for overflow space in connection with the Maxwell trial has made it impossible to obtain any more space, despite our best efforts. I am grateful to the District Executive and his staff for their efforts to make as much space available to us as possible. (Signed by Judge Colleen McMahon on 11/29/21) Filed In Associated Cases: 7:21-cv-07532-CM et al. | |
| 228 | SUPPLEMENTAL BRIEF re: (211 in 7:21-cv-07532-CM) Order,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, . Document filed by The District of Columbia.Filed In Associated Cases: 7:21-cv-07532-CM et al.. | 11/29/2021 |
| 229 | SUPPLEMENTAL BRIEF re: 211 Order,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, . Document filed by State of California.. | 11/29/2021 |
| 230 | SUPPLEMENTAL BRIEF . Document filed by State Of Connecticut, State of Rhode Island, State of Vermont, The State of Delaware, The State of Washington.Filed In Associated Cases: 7:21-cv-07532-CM et al.. | 11/29/2021 |
| 231 | Appellant's BRIEF. Document filed by State of Maryland. Appellee Brief due by 12/30/2021. Filed In Associated Cases: 7:21-cv-07532-CM et al.. | 11/30/2021 |
| 232 | RESPONSE to Motion re: 216 MOTION for Sanctions. Response of the Debtors to Ellen Isaacs' Motion for Sanctions Against Davis Polk. Document filed by Purdue Pharma L.P... | 11/30/2021 |
| 234 | SCHEDULE FOR FURTHER BRIEFING: At the close of argument yesterday I invited the parties to weigh in in writing on a question I raised at the end of the day. Because it had been a long day, and because we had discussed so much, the question was inelegantly phrased. The issue is this: In Metromedia, the Second Circuit cautioned against the approval of a release of third-party claims against a non-debtor because the granting of such releases is subject to abuse. And in Manville III, the Circuit indicated that the possibility of abuse was heightened in situations where the non-debtors condition their financial contribution to the debtor's estate on such releases. In re Johns-Manville Corp., 517 F.3d 52, 66 (2d Cir. 2008). From 1995-2007, Purdue only "upstreamed" enough money to the Sacklers to allow them to pay taxes and retain a relatively modest dividend for themselves. According to information provided by the Debtor, the Sacklers used 90% of Purdue's upstreamed earnings were used to pay. taxes; just 10% of those distributions were retained by the family. Purdue kept the rest of its earnings in treasury. From 2008-2018, this changed. During that period only 44% of the money that Purdue upstreamed to the Sacklers was needed to pay taxes on Purdue's earnings. 56% of those distributions were retained by the family. This change - regardless of what occasioned it -- resulted in Purdue's having far less in its treasury when it declared bankruptcy than would have been the case had the family adhered to the prior distribution | 12/1/2021 |

| | | |
|---|---|---|
| | pattern. I am struggling with whether this is something that a court can/should take into account in deciding whether the releases on which the Sacklers conditioned their financial contribution to the Debtors' estate are "abusive" in the Metromedia/Manville III sense - especially in light of evidence in the record that the Sacklers were concerned about litigation risk during those later years and were being advised to adopt an "aggressive" plan of cash distribution during that period. I can't find any guidance in prior cases because, as far as I can tell, nothing remotely similar happened in any prior case. And as I told you yesterday, I don't think this has anything to do with whether the distributions to the Sacklers qualify as fraudulent conveyances. I would very much appreciate your weighing in on this issue, both on its merits and on what it might mean in terms of the need for a remand to Judge Drain. As to the latter question, would your answer be different if there were a Stern v. Marshall problem (which is different from whether there is a subject matter jurisdiction problem - I think the Debtor has pretty much resolved that issue to my satisfaction)? Finally, while I doubt that there is much of anything that anyone has to say on the statutory authorization issue that has not already been said, if, after yesterday's argument, you have thought of some new argument, feel free to bring it to my attention. I don't need (or want) additional briefing on any other issue. I would appreciate having your thoughts by next Monday morning at 9 AM at the latest. I would like to promise you an opinion next week, but I simply cannot, although I will try. Please bring me up to date on the various deadlines that are presently in force. (Signed by Judge Colleen McMahon on 12/1/2021) BY ECF TO ALL PARTIESFiled In Associated Cases: 7:21-cv-07532-CM et al. | |
| 235 | RESPONSE re: 234 Order,,,,,,,,,,,,, Debtors-Appellees' Statement in Response to Request for Update on Deadlines and Certain Financial Information. Document filed by Purdue Pharma L.P.. (Attachments: # 1 Exhibit A, # 2 Exhibit B). | 12/1/2021 |
| 237 | ORDER DENYING MOTION FOR SANCTIONS denying (216) Motion for Sanctions in case 7:21-cv-07532-CM. Pro se appellant Ellen Isaacs, on Behalf of Patrick Ryan Wroblewski, filed a motion for sanctions against Davis Polk, dated November 25, 2021, seeking $17 billion in sanctions. (Dkt. No. 216). Davis Polk filed a response to this motion on November 30, 2021. (Dkt. No. 232). For the reasons set forth in the Debtors' response (id.), the Court agrees that the motion is meritless and should be DENIED. The Clerk is directed to close the motion at Docket Number 216.. (Signed by Judge Colleen McMahon on 12/3/2021) BY ECF TO ALL PARTIES Filed In Associated Cases: 7:21-cv-07532-CM et al. | 12/3/2021 |
| 238 | MEMORANDUM OF LAW in Support re: 234 Order,,,,,,,,,,,,,, /SUPPLEMENTAL BRIEF OF APPELLEES MORTIMER-SIDE INITIAL COVERED SACKLER PERSONS. Document filed by Mortimer Sackler Family/Side A of the Sackler Family.. | 12/5/2021 |
| 239 | NOTICE of /SUPPLEMENTAL APPENDIX OF APPELLEES MORTIMER-SIDE INITIAL COVERED SACKLER PERSONS re: 238 Memorandum of Law in Support, 234 Order,,,,,,,,,,,,,,. Document filed by Mortimer Sackler Family/Side A of the Sackler | 12/5/2021 |

|  | Family. (Attachments: # 1 Appendix 1. HHS OIG Fifth Annual Report Purdue Pharma, LP, # 2 Appendix 2. Compliance Quarterly Report to Board of Directors, Feb. 8, 2008, # 3 Appendix 3. Minutes of a Meeting of the Board of Directors, June 24, 2011, # 4 Appendix 4. Anthony Roncalli Notes re Board Votes, # 5 Appendix 5. Cecil Pickett Dep. Tr. Excerpt, Oct. 30, 2020). |  |
|---|---|---|
| 240 | NOTICE of Addenda of Unpublished Authority re: 238 Memorandum of Law in Support, 234 Order,,,,,,,,,,,,, 239 Notice (Other),,. Document filed by Mortimer-side Initial Covered Sackler Persons.. | 12/5/2021 |
| 241 | MEMORANDUM OF LAW in Support re: 234 Order,,,,,,,,,,,,, Supplemental Brief of Appellee the Raymond Sackler Family. Document filed by The Raymond Sackler Family.. | 12/6/2021 |
| 242 | MOTION to Seal Notice of Motion and Motion to Seal. Document filed by U.S. Trustee William K. Harrington.Filed In Associated Cases: 7:21-cv-07532-CM et al.. | 12/6/2021 |
| 243 | SUPPLEMENTAL BRIEF . Document filed by State Of Connecticut, State of Rhode Island, State of Vermont, The State of Delaware, The State of Washington.Filed In Associated Cases: 7:21-cv-07532-CM et al.. | 12/6/2021 |
| 244 | MEMORANDUM OF LAW in Support re: (74 in 7:21-cv-08566-CM) MOTION to Seal Notice of Motion and Motion to Seal. . Document filed by U.S. Trustee William K. Harrington. Filed In Associated Cases: 7:21-cv-07532-CM et al.. | 12/6/2021 |
| 245 | BRIEF re: (104 in 7:21-cv-08258-CM, 71 in 7:21-cv-08548-CM, 137 in 7:21-cv-07966-CM, 132 in 7:21-cv-07961-CM, 122 in 7:21-cv-07585-CM, 74 in 7:21-cv-08566-CM, 138 in 7:21-cv-07969-CM, 117 in 7:21-cv-08042-CM, 130 in 7:21-cv-07962-CM, 125 in 7:21-cv-08049-CM, 115 in 7:21-cv-08139-CM, 242 in 7:21-cv-07532-CM, 121 in 7:21-cv-08271-CM, 125 in 7:21-cv-08055-CM, 71 in 7:21-cv-08557-CM, 126 in 7:21-cv-08034-CM) MOTION to Seal Notice of Motion and Motion to Seal., (128 in 7:21-cv-08034-CM, 73 in 7:21-cv-08557-CM, 123 in 7:21-cv-08271-CM, 132 in 7:21-cv-07962-CM, 73 in 7:21-cv-08548-CM, 117 in 7:21-cv-08139-CM, 127 in 7:21-cv-08055-CM, 244 in 7:21-cv-07532-CM, 134 in 7:21-cv-07961-CM, 76 in 7:21-cv-08566-CM, 140 in 7:21-cv-07969-CM, 124 in 7:21-cv-07585-CM, 119 in 7:21-cv-08042-CM, 139 in 7:21-cv-07966-CM, 106 in 7:21-cv-08258-CM, 127 in 7:21-cv-08049-CM) Memorandum of Law in Support of Motion, Redacted Supplemental Brief of Appellant, William K. Harrington, United States Trustee. Document filed by U.S. Trustee William K. Harrington.Filed In Associated Cases: 7:21-cv-07532-CM et al.. | 12/6/2021 |
| 246 | ***EX-PARTE*** BRIEF re: (242 in 7:21-cv-07532-CM) MOTION to Seal Notice of Motion and Motion to Seal. Sealed Supplemental Brief of Appellant, William K. Harrington, United States Trustee. Document filed by U.S. Trustee William K. Harrington.Filed In Associated Cases: 7:21-cv-07532-CM et al.Motion or Order to File Under Seal: 242 | 12/6/2021 |
| 247 | SUPPLEMENTAL BRIEF . Document filed by Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants. (Attachments: # 1 Supplemental Compendium of | 12/6/2021 |

| | | |
|---|---|---|
| | Additional Sources)Filed In Associated Cases: 7:21-cv-07532-CM et al.. | |
| 248 | SUPPLEMENTAL BRIEF . Document filed by The Official Committee of Unsecured Creditors of Purdue Pharma L.P., et al..Filed In Associated Cases: 7:21-cv-07532-CM et al.. | 12/6/2021 |
| 249 | SUPPLEMENTAL BRIEF re: 151 Appellee's Brief, 234 Order,,,,,,,,,,,,, . Document filed by Purdue Pharma L.P.. (Attachments: # 1 Exhibit A). | 12/6/2021 |
| 250 | SUPPLEMENTAL BRIEF of the Ad Hoc Group of Individual Victims. Document filed by Ad Hoc Group of Individual Victims of Purdue Pharma, L.P.. (Attachments: # 1 Appendix Volume - 1, # 2 Appendix Volume - 2, # 3 Appendix Volume - 3, # 4 Appendix Volume - 4, # 5 Appendix Volume - 5). | 12/6/2021 |
| 251 | Appellant's BRIEF. Document filed by State of Maryland. Appellee Brief due by 1/5/2022. Filed In Associated Cases: 7:21-cv-07532-CM et al.. | 12/6/2021 |
| 252 | SUPPLEMENTAL BRIEF of the Canadian Appellants. Document filed by The Peter Ballantyne Cree Nation, The City of Grande Prairie.Filed In Associated Cases: 7:21-cv-07532-CM et al.. | 12/6/2021 |
| 253 | SUPPLEMENTAL BRIEF  of Appellee the Multi-State Governmental Entities Group. Document filed by Multi-State Governmental Entities Group.Filed In Associated Cases: 7:21-cv-07532-CM et al.. | 12/6/2021 |
| 254 | NOTICE of Supplemental Appendix of Appellee The Official Committee of Unsecured Creditors of Purdue Pharma L.P., et al. re: (248 in 7:21-cv-07532-CM) Brief. Document filed by The Official Committee of Unsecured Creditors of Purdue Pharma L.P., et al.. (Attachments: # 1 Supplemental Appendix Vol. IV)Filed In Associated Cases: 7:21-cv-07532-CM et al.. | 12/6/2021 |
| 255 | COUNTER DESIGNATION OF BANKRUPTCY RECORD ON APPEAL Document filed by Appellee Purdue Pharma L.P.. | 12/6/2021 |
| 256 | JOINDER to join re: 245 Brief,,,, 243 Brief / California's Joinder in Other Appellants' Supplemental Briefs Under Fed. R. Bankr. P. 8014(e). Document filed by People of The State of California, State of California.. | 12/6/2021 |
| 260 | NOTICE of RESOLUTION OF MOTION TO SEAL, AND FILING OF UNREDACTED SUPPLEMENTAL BRIEF OF APPELLANT, WILLIAM K. HARRINGTON, UNITED STATES TRUSTEE re: (246 in 7:21-cv-07532-CM) Brief, (245 in 7:21-cv-07532-CM) Brief,,,, (244 in 7:21-cv-07532-CM) Memorandum of Law in Support of Motion, (242 in 7:21-cv-07532-CM) MOTION to Seal Notice of Motion and Motion to Seal.. Document filed by U.S. Trustee William K. Harrington. Filed In Associated Cases: 7:21-cv-07532-CM et al.. | 12/7/2021 |
| 271 | MOTION for Leave to File Addendum to Supplemental Brief of Appellee the Raymond Sackler Family . Document filed by The Raymond Sackler Family. (Attachments: # 1 Exhibit A). | 12/8/2021 |
| 273 | TRANSCRIPT of Proceedings re: CONFERENCE held on 11/30/2021 before Judge Colleen McMahon. Court Reporter/Transcriber: Alena Lynch, (212) 805-0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through | 12/8/2021 |

| | | |
|---|---|---|
| | PACER. Redaction Request due 12/29/2021. Redacted Transcript Deadline set for 1/10/2022. Release of Transcript Restriction set for 3/8/2022.Filed In Associated Cases: 7:21-cv-07532-CM et al. | |
| 274 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERENCE proceeding held on 11/30/21 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...Filed In Associated Cases: 7:21-cv-07532-CM et al.. | 12/8/2021 |
| 275 | OBJECTION TO RICHARD SACKLER'S ADDENDUM TO SUPPLEMENTAL BRIEF. Document filed by Ellen Isaacs. | 12/8/2021 |
| 276 | RESPONSE in Opposition to Motion re: (271 in 7:21-cv-07532-CM) MOTION for Leave to File Addendum to Supplemental Brief of Appellee the Raymond Sackler Family . . Document filed by Purdue Pharma L.P., The Official Committee of Unsecured Creditors of Purdue Pharma L.P., et al.. Filed In Associated Cases: 7:21-cv-07532-CM et al.. | 12/9/2021 |
| 277 | ORDER DENYING MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF denying (271) Letter Motion for Leave to File Document in case 7:21-cv-07532-CM. Appellee The Raymond Sackler Family has filed a motion for leave to file a supplemental brief (Dkt. No. 271 ). The Sacklers wish to rebut certain "misstatements of the record" allegedly made by Appellants the States of Washington, Connecticut, Delaware, Rhode Island and Vermont in their supplemental brief. Purdue and the Official Committee of Unsecured Creditors of Purdue oppose the motion on the grounds that no one deserves a sur-reply in this case and the matters of record are clear. (Dkt. No. 276). The Court does not need further briefing. The motion for leave to file any further briefing is DENIED. The Clerk is directed to close the motion at Docket Number 271. You can expect a decision sometime next week.. (Signed by Judge Colleen McMahon on 12/9/2021) Filed In Associated Cases: 7:21-cv-07532-CM et al. | 12/9/2021 |
| 279 | DECISION AND ORDER ON APPEAL: For the foregoing reasons, the Bankruptcy Court's Confirmation Order and related Advance Order must be vacated. This decision leaves on the table a number of critically important issues that were briefed and argued on appeal principal among them, whether the Section 10.7 Shareholder Release can or should be approved on the peculiar facts of this case, assuming all the other legal challenges to their validity were resolved in Debtor's favor. But sufficient unto the day. This and the other issues raised by the parties can be addressed if they need to be addressed-which is to say, if this ruling is reversed. This constitutes the decision and order of the court. This is a written opinion. (Signed by Judge Colleen McMahon on 12/16/2021) Filed In Associated Cases: 7:21-cv-07532-CM et al. Copies Sent By Chambers. | 12/16/2021 |
| 280 | DECISION AND ORDER ON APPEAL: For the foregoing reasons, the Bankruptcy Court's Confirmation Order and related Advance Order must be vacated. This decision leaves on the table | 12/16/2021 |

| | | |
|---|---|---|
| | a number of critically important issues that were briefed and argued on appeal principal among them, whether the Section 10.7 Shareholder Release can or should be approved on the peculiar facts of this case, assuming all the other legal challenges to their validity were resolved in Debtors' favor. But sufficient unto the day. This and the other issues raised by the parties can be addressed if they need to be addressed - which is to say, if this ruling is reversed. This constitutes the decision and order of the court. This is a written opinion. (Signed by Judge Colleen McMahon on 12/16/2021) BY ECF TO ALL COUNSEL Filed In Associated Cases: 7:21-cv-07532-CM et al. | |
| 282 | MOTION for Certificate of Appealability . Document filed by Purdue Pharma L.P..Filed In Associated Cases: 7:21-cv-07532-CM et al.. | 12/30/2021 |
| 283 | MEMORANDUM OF LAW in Support re: (132 in 7:21-cv-08258-CM, 152 in 7:21-cv-08049-CM, 165 in 7:21-cv-07966-CM, 146 in 7:21-cv-08042-CM, 159 in 7:21-cv-07962-CM, 150 in 7:21-cv-07585-CM, 282 in 7:21-cv-07532-CM, 99 in 7:21-cv-08557-CM, 143 in 7:21-cv-08139-CM, 154 in 7:21-cv-08034-CM, 166 in 7:21-cv-07969-CM, 102 in 7:21-cv-08566-CM, 150 in 7:21-cv-08271-CM, 100 in 7:21-cv-08548-CM, 155 in 7:21-cv-08055-CM, 160 in 7:21-cv-07961-CM) MOTION for Certificate of Appealability . . Document filed by Purdue Pharma L.P.. Filed In Associated Cases: 7:21-cv-07532-CM et al.. | 12/30/2021 |
| 284 | MOTION for Certificate of Appealability . Document filed by The Raymond Sackler Family.Filed In Associated Cases: 7:21-cv-07532-CM et al.. | 12/31/2021 |
| 285 | MEMORANDUM OF LAW in Support re: (162 in 7:21-cv-07961-CM, 134 in 7:21-cv-08258-CM, 148 in 7:21-cv-08042-CM, 145 in 7:21-cv-08139-CM, 152 in 7:21-cv-08271-CM, 154 in 7:21-cv-08049-CM, 161 in 7:21-cv-07962-CM, 156 in 7:21-cv-08034-CM, 157 in 7:21-cv-08055-CM, 167 in 7:21-cv-07966-CM, 102 in 7:21-cv-08548-CM, 101 in 7:21-cv-08557-CM, 168 in 7:21-cv-07969-CM, 152 in 7:21-cv-07585-CM, 284 in 7:21-cv-07532-CM, 104 in 7:21-cv-08566-CM) MOTION for Certificate of Appealability . . Document filed by The Raymond Sackler Family. Filed In Associated Cases: 7:21-cv-07532-CM et al.. | 12/31/2021 |
| 286 | MOTION for Certificate of Appealability . Document filed by Mortimer-side Initial Covered Sackler Persons.. | 12/31/2021 |
| 287 | ORDER with respect to (282) Motion for Certificate of Appealability; with respect to (284) Motion for Certificate of Appealability; with respect to (286) Motion for Certificate of Appealability in case 7:21-cv-07532-CM; with respect to (150) Motion for Certificate of Appealability; with respect to (152) Motion for Certificate of Appealability in case 7:21-cv-07585-CM; with respect to (160) Motion for Certificate of Appealability; with respect to (162) Motion for Certificate of Appealability in case 7:21-cv-07961-CM; with respect to (159) Motion for Certificate of Appealability; with respect to (161) Motion for Certificate of Appealability in case 7:21-cv-07962-CM; with respect to (165) Motion for Certificate of Appealability; with respect to (167) Motion for Certificate of Appealability in case 7:21-cv-07966-CM; with respect to (166) Motion for Certificate of | 1/3/2022 |

| | | |
|---|---|---|
| | Appealability; with respect to (168) Motion for Certificate of Appealability in case 7:21-cv-07969-CM; with respect to (154) Motion for Certificate of Appealability; with respect to (156) Motion for Certificate of Appealability in case 7:21-cv-08034-CM; with respect to (146) Motion for Certificate of Appealability; with respect to (148) Motion for Certificate of Appealability in case 7:21-cv-08042-CM; with respect to (152) Motion for Certificate of Appealability; with respect to (154) Motion for Certificate of Appealability in case 7:21-cv-08049-CM; with respect to (155) Motion for Certificate of Appealability; with respect to (157) Motion for Certificate of Appealability in case 7:21-cv-08055-CM; with respect to (143) Motion for Certificate of Appealability; with respect to (145) Motion for Certificate of Appealability in case 7:21-cv-08139-CM; with respect to (132) Motion for Certificate of Appealability; with respect to (134) Motion for Certificate of Appealability in case 7:21-cv-08258-CM; with respect to (150) Motion for Certificate of Appealability; with respect to (152) Motion for Certificate of Appealability in case 7:21-cv-08271-CM; with respect to (100) Motion for Certificate of Appealability; with respect to (102) Motion for Certificate of Appealability in case 7:21-cv-08548-CM; with respect to (99) Motion for Certificate of Appealability; with respect to (101) Motion for Certificate of Appealability in case 7:21-cv-08557-CM; with respect to (102) Motion for Certificate of Appealability; with respect to (104) Motion for Certificate of Appealability in case 7:21-cv-08566-CM. Because of the importance of the issues raised by the motions for certification (Dkt. Nos. 282, 284, 286), any party that opposes certification of the court's order for immediate appeal to the Second Circuit must file a brief explaining the reasons for opposition no later than Thursday, January 6, at 5 PM. The court plans to rule on the motion on an expedited basis this Friday (no reply will be necessary).. (Signed by Judge Colleen McMahon on 1/3/2022) BY ECF TO ALL COUNSEL Filed In Associated Cases: 7:21-cv-07532-CM et al. | |
| 292 | OPPOSITION BRIEF re: (286 in 7:21-cv-07532-CM) MOTION for Certificate of Appealability ., (282 in 7:21-cv-07532-CM) MOTION for Certificate of Appealability ., (285 in 7:21-cv-07532-CM) Memorandum of Law in Support of Motion,, (284 in 7:21-cv-07532-CM) MOTION for Certificate of Appealability ., (283 in 7:21-cv-07532-CM) Memorandum of Law in Support of Motion,, . Document filed by People of The State of California, State of California.Filed In Associated Cases: 7:21-cv-07532-CM et al.. | 1/6/2022 |
| 294 | MOTION for Certificate of Appealability . Document filed by Multi-State Governmental Entities Group.Filed In Associated Cases: 7:21-cv-07532-CM et al.. | 1/6/2022 |
| 295 | Appellant's REPLY BRIEF. Document filed by State of Vermont, State of Maryland, The District of Columbia, State of Connecticut, The State of Delaware, State of Rhode Island, State of Maryland. (Attachments: # 1 Certificate of Service)Filed In Associated Cases: 7:21-cv-07532-CM et al.. | 1/6/2022 |
| 296 | JOINDER to join re: (295 in 7:21-cv-07532-CM) Appellant's | 1/6/2022 |

| | | |
|---|---|---|
| | Reply Brief, / California's Joinder in Other Appellants' Opposition Brief Under Fed. R. App. P. 28(i) & Fed. R. Bankr. P. 8014(e). Document filed by People of The State of California, State of California.Filed In Associated Cases: 7:21-cv-07532-CM et al.. | |
| 297 | JOINDER to join re: (295 in 7:21-cv-07532-CM) Appellant's Reply Brief, (292 in 7:21-cv-07532-CM) Opposition Brief,, Joinder of the State of Washington to States' Oppositions to Motions for Certification. Document filed by The State of Washington.Filed In Associated Cases: 7:21-cv-07532-CM et al.. | 1/6/2022 |
| 298 | JOINDER to join re: (295 in 7:21-cv-07532-CM) Appellant's Reply Brief, (292 in 7:21-cv-07532-CM) Opposition Brief,, (282 in 7:21-cv-07532-CM) MOTION for Certificate of Appealability . . Document filed by Certain Canadian Municipality Creditors Including the City of Grand Prairie, As Representative Plaintiff for a Class Consisting of All Canadian Municipalities:The City of Brantford, The City of Grand, The Peter Ballantyne Cree Nation.Filed In Associated Cases: 7:21-cv-07532-CM et al.. | 1/6/2022 |
| 299 | JOINDER to join re: (132 in 7:21-cv-08258-CM, 152 in 7:21-cv-08049-CM, 165 in 7:21-cv-07966-CM, 146 in 7:21-cv-08042-CM, 159 in 7:21-cv-07962-CM, 150 in 7:21-cv-07585-CM, 282 in 7:21-cv-07532-CM, 99 in 7:21-cv-08557-CM, 143 in 7:21-cv-08139-CM, 154 in 7:21-cv-08034-CM, 166 in 7:21-cv-07969-CM, 102 in 7:21-cv-08566-CM, 150 in 7:21-cv-08271-CM, 100 in 7:21-cv-08548-CM, 155 in 7:21-cv-08055-CM, 160 in 7:21-cv-07961-CM) MOTION for Certificate of Appealability ., (103 in 7:21-cv-08566-CM, 147 in 7:21-cv-08042-CM, 155 in 7:21-cv-08034-CM, 100 in 7:21-cv-08557-CM, 161 in 7:21-cv-07961-CM, 151 in 7:21-cv-07585-CM, 156 in 7:21-cv-08055-CM, 167 in 7:21-cv-07969-CM, 166 in 7:21-cv-07966-CM, 151 in 7:21-cv-08271-CM, 144 in 7:21-cv-08139-CM, 101 in 7:21-cv-08548-CM, 160 in 7:21-cv-07962-CM, 153 in 7:21-cv-08049-CM, 283 in 7:21-cv-07532-CM, 133 in 7:21-cv-08258-CM) Memorandum of Law in Support of Motion,, . Document filed by The Official Committee of Unsecured Creditors of Purdue Pharma L.P., et al..Filed In Associated Cases: 7:21-cv-07532-CM et al.. | 1/6/2022 |
| 300 | NOTICE of Correction of Signature Block. Document filed by The State of Delaware. (Attachments: # 1 Exhibit A, # 2 Certificate of Service). | 1/7/2022 |
| 301 | ORDER CONDITIONALLY GRANTING DEBTORS' AND ALLIED PARTIES' MOTION FOR A CERTIFICATE OF APPEALABILITY granting (294) Motion for Certificate of Appealability; granting (282) Motion for Certificate of Appealability; granting (284) Motion for Certificate of Appealability; granting (286) Motion for Certificate of Appealability in case 7:21-cv-07532-CM; granting (150) Motion for Certificate of Appealability; granting (152) Motion for Certificate of Appealability; granting (158) Motion for Certificate of Appealability in case 7:21-cv-07585-CM; granting (160) Motion for Certificate of Appealability; granting (162) Motion for Certificate of Appealability; granting (168) Motion for Certificate of Appealability in case 7:21-cv-07961-CM; granting (159) Motion for Certificate of Appealability; granting (161) Motion for | 1/7/2022 |

| | | | |
|---|---|---|---|
| | Certificate of Appealability; granting (167) Motion for Certificate of Appealability in case 7:21-cv-07962-CM; granting (165) Motion for Certificate of Appealability; granting (167) Motion for Certificate of Appealability in case 7:21-cv-07966-CM; granting (166) Motion for Certificate of Appealability; granting (168) Motion for Certificate of Appealability in case 7:21-cv-07969-CM; granting (154) Motion for Certificate of Appealability; granting (156) Motion for Certificate of Appealability in case 7:21-cv-08034-CM; granting (146) Motion for Certificate of Appealability; granting (148) Motion for Certificate of Appealability in case 7:21-cv-08042-CM; granting (152) Motion for Certificate of Appealability; granting (154) Motion for Certificate of Appealability in case 7:21-cv-08049-CM; granting (155) Motion for Certificate of Appealability; granting (157) Motion for Certificate of Appealability in case 7:21-cv-08055-CM; granting (143) Motion for Certificate of Appealability; granting (145) Motion for Certificate of Appealability in case 7:21-cv-08139-CM; granting (132) Motion for Certificate of Appealability; granting (134) Motion for Certificate of Appealability in case 7:21-cv-08258-CM; granting (150) Motion for Certificate of Appealability; granting (152) Motion for Certificate of Appealability in case 7:21-cv-08271-CM; granting (100) Motion for Certificate of Appealability; granting (102) Motion for Certificate of Appealability in case 7:21-cv-08548-CM; granting (99) Motion for Certificate of Appealability; granting (101) Motion for Certificate of Appealability; granting (107) Motion for Certificate of Appealability in case 7:21-cv-08557-CM; granting (102) Motion for Certificate of Appealability; granting (104) Motion for Certificate of Appealability; granting (111) Motion for Certificate of Appealability in case 7:21-cv-08566-CM. So the motion for a certificate of appealability is granted, conditioned on the following: the parties seeking to appeal this court's decision and order vacating confirmation of the plan have until January 17, 2022, to make an application to the Second Circuit for an appeal, and that motion must include a request that the appeal be considered on an expedited basis, given the urgency of the opioid crisis and the importance of the issue to the resolution of this case. This constitutes the decision and order of the court. The Clerk is directed to remove the motions at 282, 284, 286, and 294 from the court's list of open motions.. (Signed by Judge Colleen McMahon on 1/7/2022) BY ECF TO ALL COUNSEL AND PRO SE PARTIES Filed In Associated Cases: 7:21-cv-07532-CM et al. | | |
| 308 | NOTICE OF APPEAL from (279 in 7:21-cv-07532-CM) Memorandum & Opinion,,,. Document filed by The Raymond Sackler Family. Filing fee $ 505.00, receipt number NYSDC- | 1/14/2022 | |

| | | |
|---|---|---|
| | 25592040. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)Filed In Associated Cases: 7:21-cv-07532-CM et al.. | |
| 309 | NOTICE OF APPEAL. Document filed by Purdue Pharma L.P.. Filing fee $ 505.00, receipt number NYSDC-25592962. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit. (Attachments: # 1 Exhibit A - Copy of District Court December 16, 2021 decision)Filed In Associated Cases: 7:21-cv-07532-CM et al.. | 1/16/2022 |
| 310 | NOTICE OF APPEAL from 279 Memorandum & Opinion,,,. Document filed by Mortimer-side Initial Covered Sackler Persons. Filing fee $ 505.00, receipt number ANYSDC-25593018. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit. (Attachments: # 1 Exhibit A: Decision & Order on Appeal, # 2 Exhibit B: (Part 1 of 2) Findings of Fact, Conclusions of Law, and Order Confirming the Twelfth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P., # 3 Exhibit B: (Part 2 of 2) Findings of Fact, Conclusions of Law, and Order Confirming the Twelfth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P., # 4 Exhibit C: Modified Bench Ruling on Request for Confirmation of Eleventh Amended Joint Chapter 11 Plan). | 1/16/2022 |
| 311 | NOTICE OF APPEAL from (279 in 7:21-cv-07532-CM) Memorandum & Opinion,,,. Document filed by Multi-State Governmental Entities Group. Filing fee $ 505.00, receipt number NYSDC-25593102. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit. (Attachments: # 1 Exhibit)Filed In Associated Cases: 7:21-cv-07532-CM et al.. | 1/16/2022 |
| 313 | NOTICE OF APPEAL from (279 in 7:21-cv-07532-CM) Memorandum & Opinion,,,. Document filed by The Official Committee of Unsecured Creditors of Purdue Pharma L.P., et al.. Filing fee $ 505.00, receipt number NYSDC-25593684. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit. (Attachments: # 1 Exhibit A, # 2 Exhibit B)Filed In Associated Cases: 7:21-cv-07532-CM et al.. | 1/17/2022 |
| 314 | NOTICE OF APPEAL from 279 Memorandum & Opinion,,,. Document filed by Ad Hoc Group of Individual Victims of Purdue Pharma, L.P.. Filing fee $ 505.00, receipt number ANYSDC-25593819. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit. (Attachments: # 1 Exhibit A - Decision & Order of Appeal filed 12/16/2021, # 2 Exhibit B - Ad Hoc Group of Individual Victims Joinder). | 1/17/2022 |
| 315 | NOTICE OF APPEAL from (279 in 7:21-cv-07532-CM) Memorandum & Opinion,,,. Document filed by Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants. Filing fee $ 505.00, receipt number NYSDC-25593882. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit. (Attachments: # 1 Exhibit A)Filed In Associated Cases: 7:21-cv-07532-CM et al.. | 1/17/2022 |
| 316 | CORRECTED NOTICE OF APPEAL re: (152 in 7:21-cv-08258-CM, 120 in 7:21-cv-08548-CM, 180 in 7:21-cv-07961-CM, 179 in 7:21-cv-07962-CM, 171 in 7:21-cv-08271-CM, 313 in 7:21-cv- | 1/18/2022 |

| | | |
|---|---|---|
| | 07532-CM, 163 in 7:21-cv-08139-CM, 186 in 7:21-cv-07969-CM, 119 in 7:21-cv-08557-CM, 123 in 7:21-cv-08566-CM, 172 in 7:21-cv-08049-CM, 166 in 7:21-cv-08042-CM, 176 in 7:21-cv-08055-CM, 172 in 7:21-cv-07585-CM, 185 in 7:21-cv-07966-CM, 174 in 7:21-cv-08034-CM) Notice of Appeal,, (163 in 7:21-cv-07966-CM, 130 in 7:21-cv-08258-CM, 152 in 7:21-cv-08034-CM, 100 in 7:21-cv-08566-CM, 164 in 7:21-cv-07969-CM, 97 in 7:21-cv-08557-CM, 98 in 7:21-cv-08548-CM, 144 in 7:21-cv-08042-CM, 141 in 7:21-cv-08139-CM, 158 in 7:21-cv-07961-CM, 279 in 7:21-cv-07532-CM, 152 in 7:21-cv-08055-CM, 157 in 7:21-cv-07962-CM, 148 in 7:21-cv-07585-CM, 150 in 7:21-cv-08049-CM, 148 in 7:21-cv-08271-CM) Memorandum & Opinion,,,. Document filed by The Official Committee of Unsecured Creditors of Purdue Pharma L.P., et al.. (Attachments: # 1 Exhibit A, # 2 Exhibit B)Filed In Associated Cases: 7:21-cv-07532-CM et al.. | |
| 317 | CORRECTED NOTICE OF APPEAL re: (173 in 7:21-cv-08049-CM, 177 in 7:21-cv-08055-CM, 121 in 7:21-cv-08548-CM, 180 in 7:21-cv-07962-CM, 186 in 7:21-cv-07966-CM, 167 in 7:21-cv-08042-CM, 173 in 7:21-cv-07585-CM, 315 in 7:21-cv-07532-CM, 153 in 7:21-cv-08258-CM, 175 in 7:21-cv-08034-CM, 187 in 7:21-cv-07969-CM, 120 in 7:21-cv-08557-CM, 181 in 7:21-cv-07961-CM, 124 in 7:21-cv-08566-CM, 172 in 7:21-cv-08271-CM, 164 in 7:21-cv-08139-CM) Notice of Appeal,, (163 in 7:21-cv-07966-CM, 130 in 7:21-cv-08258-CM, 152 in 7:21-cv-08034-CM, 100 in 7:21-cv-08566-CM, 164 in 7:21-cv-07969-CM, 97 in 7:21-cv-08557-CM, 98 in 7:21-cv-08548-CM, 144 in 7:21-cv-08042-CM, 141 in 7:21-cv-08139-CM, 158 in 7:21-cv-07961-CM, 279 in 7:21-cv-07532-CM, 152 in 7:21-cv-08055-CM, 157 in 7:21-cv-07962-CM, 148 in 7:21-cv-07585-CM, 150 in 7:21-cv-08049-CM, 148 in 7:21-cv-08271-CM) Memorandum & Opinion,,,. Document filed by Ad Hoc Committee of Governmental and Other Contingent Litigation Claimants. (Attachments: # 1 Ex. A - Decision and Order (Dkt 279))Filed In Associated Cases: 7:21-cv-07532-CM et al.. | 1/18/2022 |
| 318 | CORRECTED NOTICE OF APPEAL re: (174 in 7:21-cv-08055-CM, 309 in 7:21-cv-07532-CM, 170 in 7:21-cv-08049-CM, 161 in 7:21-cv-08139-CM, 172 in 7:21-cv-08034-CM, 121 in 7:21-cv-08566-CM, 170 in 7:21-cv-07585-CM, 177 in 7:21-cv-07962-CM, 118 in 7:21-cv-08548-CM, 117 in 7:21-cv-08557-CM, 164 in 7:21-cv-08042-CM, 169 in 7:21-cv-08271-CM, 184 in 7:21-cv-07969-CM, 183 in 7:21-cv-07966-CM, 150 in 7:21-cv-08258-CM, 178 in 7:21-cv-07961-CM) Notice of Appeal, (163 in 7:21-cv-07966-CM, 130 in 7:21-cv-08258-CM, 152 in 7:21-cv-08034-CM, 100 in 7:21-cv-08566-CM, 164 in 7:21-cv-07969-CM, 97 in 7:21-cv-08557-CM, 98 in 7:21-cv-08548-CM, 144 in 7:21-cv-08042-CM, 141 in 7:21-cv-08139-CM, 158 in 7:21-cv-07961-CM, 279 in 7:21-cv-07532-CM, 152 in 7:21-cv-08055-CM, 157 in 7:21-cv-07962-CM, 148 in 7:21-cv-07585-CM, 150 in 7:21-cv-08049-CM, 148 in 7:21-cv-08271-CM) Memorandum & Opinion,,,. Document filed by Purdue Pharma L.P.. (Attachments: # 1 Exhibit A - Copy of District Court December 16, 2021 decision)Filed In Associated Cases: 7:21-cv-07532-CM et al.. | 1/18/2022 |
| 319 | CORRECTED NOTICE OF APPEAL re: (169 in 7:21-cv-08049- | 1/18/2022 |

| | | |
|---|---|---|
| | CM, 182 in 7:21-cv-07966-CM, 120 in 7:21-cv-08566-CM, 168 in 7:21-cv-08271-CM, 160 in 7:21-cv-08139-CM, 149 in 7:21-cv-08258-CM, 117 in 7:21-cv-08548-CM, 183 in 7:21-cv-07969-CM, 171 in 7:21-cv-08034-CM, 176 in 7:21-cv-07962-CM, 163 in 7:21-cv-08042-CM, 116 in 7:21-cv-08557-CM, 173 in 7:21-cv-08055-CM, 177 in 7:21-cv-07961-CM, 308 in 7:21-cv-07532-CM, 169 in 7:21-cv-07585-CM) Notice of Appeal,, (279 in 7:21-cv-07532-CM) Memorandum & Opinion,,,. Document filed by The Raymond Sackler Family. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)Filed In Associated Cases: 7:21-cv-07532-CM et al.. | |
| 320 | CORRECTED NOTICE OF APPEAL re: (314 in 7:21-cv-07532-CM) Notice of Appeal,, (163 in 7:21-cv-07966-CM, 130 in 7:21-cv-08258-CM, 152 in 7:21-cv-08034-CM, 100 in 7:21-cv-08566-CM, 164 in 7:21-cv-07969-CM, 97 in 7:21-cv-08557-CM, 98 in 7:21-cv-08548-CM, 144 in 7:21-cv-08042-CM, 141 in 7:21-cv-08139-CM, 158 in 7:21-cv-07961-CM, 279 in 7:21-cv-07532-CM, 152 in 7:21-cv-08055-CM, 157 in 7:21-cv-07962-CM, 148 in 7:21-cv-07585-CM, 150 in 7:21-cv-08049-CM, 148 in 7:21-cv-08271-CM) Memorandum & Opinion,,,. Document filed by Ad Hoc Group of Individual Victims of Purdue Pharma, L.P.. (Attachments: # 1 Exhibit A, # 2 Exhibit B)Filed In Associated Cases: 7:21-cv-07532-CM et al.. | 1/18/2022 |
| 321 | CORRECTED NOTICE OF APPEAL re: (311 in 7:21-cv-07532-CM, 170 in 7:21-cv-08271-CM, 162 in 7:21-cv-08139-CM, 122 in 7:21-cv-08566-CM, 151 in 7:21-cv-08258-CM, 173 in 7:21-cv-08034-CM, 178 in 7:21-cv-07962-CM, 185 in 7:21-cv-07969-CM, 171 in 7:21-cv-07585-CM, 171 in 7:21-cv-08049-CM, 118 in 7:21-cv-08548-CM, 119 in 7:21-cv-08557-CM, 175 in 7:21-cv-08055-CM, 184 in 7:21-cv-07966-CM, 179 in 7:21-cv-07961-CM, 165 in 7:21-cv-08042-CM) Notice of Appeal, (163 in 7:21-cv-07966-CM, 130 in 7:21-cv-08258-CM, 152 in 7:21-cv-08034-CM, 100 in 7:21-cv-08566-CM, 164 in 7:21-cv-07969-CM, 97 in 7:21-cv-08557-CM, 98 in 7:21-cv-08548-CM, 144 in 7:21-cv-08042-CM, 141 in 7:21-cv-08139-CM, 158 in 7:21-cv-07961-CM, 279 in 7:21-cv-07532-CM, 152 in 7:21-cv-08055-CM, 157 in 7:21-cv-07962-CM, 148 in 7:21-cv-07585-CM, 150 in 7:21-cv-08049-CM, 148 in 7:21-cv-08271-CM) Memorandum & Opinion,,,. Document filed by Multi-State Governmental Entities Group. (Attachments: # 1 Exhibit A)Filed In Associated Cases: 7:21-cv-07532-CM et al.. | 1/18/2022 |
| 322 | CORRECTED NOTICE OF APPEAL re: (310 in 7:21-cv-07532-CM) Notice of Appeal,,, (163 in 7:21-cv-07966-CM, 130 in 7:21-cv-08258-CM, 152 in 7:21-cv-08034-CM, 100 in 7:21-cv-08566-CM, 164 in 7:21-cv-07969-CM, 97 in 7:21-cv-08557-CM, 98 in 7:21-cv-08548-CM, 144 in 7:21-cv-08042-CM, 141 in 7:21-cv-08139-CM, 158 in 7:21-cv-07961-CM, 279 in 7:21-cv-07532-CM, 152 in 7:21-cv-08055-CM, 157 in 7:21-cv-07962-CM, 148 in 7:21-cv-07585-CM, 150 in 7:21-cv-08049-CM, 148 in 7:21-cv-08271-CM) Memorandum & Opinion,,,. Document filed by Mortimer-side Initial Covered Sackler Persons. (Attachments: # 1 Exhibit A: Decision & Order on Appeal, # 2 Exhibit B: Findings of Fact, Conclusions of Law, and Order Confirming the Twelfth | 1/18/2022 |

| | | |
|---|---|---|
| | Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and Its Affiliated Debtors (PART 1), # 3 Exhibit B: Findings of Fact, Conclusions of Law, and Order Confirming the Twelfth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and Its Affiliated Debtors (PART 2), # 4 Exhibit C: Modified Bench Ruling on Request for Confirmation of Eleventh Amended Joint Chapter 11 Plan)Filed In Associated Cases: 7:21-cv-07532-CM et al..(Monaghan, Maura) Modified on 1/18/2022 | |

### *In re Purdue Pharma L.P., et al.*, Case No. 21-07585 (CM) (S.D.N.Y.);

| Docket No. | Document | Filing Date |
|---|---|---|
| | Docket Report | |
| 1 | NOTICE OF APPEAL FROM THE BANKRUPTCY COURT TO THE S.D.N.Y. from the Order of Judge Robert D. Drain Bankruptcy Court Case Numbers: 19-B-23649 (RDD). Certified copies of file received.Document filed by The District of Columbia. | 9/10/2021 |
| 2 | CIVIL COVER SHEET filed. | 9/10/2021 |
| 3 | STATEMENT OF RELATEDNESS re: that this action be filed as related to 21-cv-07532. Document filed by The District of Columbia. | 9/15/2021 |

### *In re Purdue Pharma L.P., et al.*, Case No. 21-07961 (CM) (S.D.N.Y.);

| Docket No. | Document | Filing Date |
|---|---|---|
| | Docket Report | |
| 1 | NOTICE OF APPEAL FROM THE BANKRUPTCY COURT TO THE S.D.N.Y. from the Order of Judge Robert D. Drain dated September 1, 2021. Bankruptcy Court Case Numbers: 19-B-23649 (RDD). Certified copies of file received. Document filed by The City of Grande Prairie. | 9/24/2021 |
| 2 | CIVIL COVER SHEET filed. | 9/24/2021 |
| 5 | LETTER addressed to Judge Shira A. Scheindlin from Mitchell P. Hurley dated September 30, 2021 Document filed by The Official Committee of Unsecured Creditors of Purdue Pharma L.P., et al... | 9/30/2021 |
| 7 | SUPPLEMENTAL NOTICE OF APPEAL. Document filed by The City of Grande Prairie. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit.. | 10/1/2021 |
| 37 | OPPOSITION BRIEF to Certain Creditors' Request to Intervene. Document filed by The City of Grande Prairie.. | 10/12/2021 |
| 38 | STATEMENT OF RELATEDNESS re: that this action be filed as related to 21-cv-7532-CM, 21-cv-7585-CM, 21-cv-7966-CM, 21-cv-7969-CM, 21-cv-8034-CM, 21-cv-8042-CM, 21-cv-8049-CM, 21-cv-8055-CM, 21-cv-8139-CM, 21-cv-8271-CM, 21-cv-7962-CM, 21-cv-8258-CM. Document filed by The City of Grande Prairie.. | 10/12/2021 |
| 56 | MEMO ENDORSEMENT granting 52 Letter Motion for Extension of Time. ENDORSEMENT: Extension granted but only until Monday, Oct. 25 at 5 p.m. SO ORDERED. Appellant Brief | 10/22/2021 |

| | due by 10/25/2021.. (Signed by Judge Colleen McMahon on 10/22/2021) | |
|---|---|---|
| 79 | DESIGNATION OF BANKRUPTCY RECORD ON APPEAL re: 1 Bankruptcy Appeal,. Document filed by Appellant The City of Grande Prairie.. | 10/28/2021 |
| 91 | AMENDED NOTICE OF APPEAL FROM THE BANKRUPTCY COURT TO THE S.D.N.Y. from the Order of Judge Robert D. Drain dated September 17, 2021, amending 1 Bankruptcy Appeal,.Document filed by The City of Grande Prairie. Related document: 1 Bankruptcy Appeal,. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3).(bkar) (Entered: 11/09/2021) | 11/9/2021 |

**In re Purdue Pharma L.P., et al., Case No. 21-07962 (CM) (S.D.N.Y.);**

| Docket No. | Document | Filing Date |
|---|---|---|
| | Docket Report | |
| 1 | NOTICE OF APPEAL FROM THE BANKRUPTCY COURT TO THE S.D.N.Y. from the Order of Judge Robert D. Drain dated September 1, 2021. Bankruptcy Court Case Numbers: 19-B-23649 (RDD). Certified copies of file received. Document filed by The Peter Ballantyne Cree Nation. | 9/24/2021 |
| 2 | CIVIL COVER SHEET filed. | 9/24/2021 |
| 6 | SUPPLEMENTAL NOTICE OF APPEAL. Document filed by The Peter Ballantyne Cree Nation. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit.. | 10/1/2021 |
| 27 | BRIEF . Document filed by The Official Committee of Unsecured Creditors of Purdue Pharma L.P., et al.. (Attachments: # 1 Exhibit A, # 2 Exhibit B).(Hurley, Mitchell) (Entered: 10/12/2021) | 10/12/2021 |
| 29 | JOINDER to join the Motion of the United States Trustee for Stay Pending Appeal. Document filed by The Peter Ballantyne Cree Nation.. | 10/12/2021 |
| 35 | OPPOSITION BRIEF to Certain Creditors' Request to Intervene. Document filed by The Peter Ballantyne Cree Nation.. | 10/12/2021 |
| 36 | STATEMENT OF RELATEDNESS re: that this action be filed as related to 21-cv-7532-CM, 21-cv-7585-CM, 21-cv-7966-CM, 21-cv-7969-CM, 21-cv-8034-CM, 21-cv-8042-CM, 21-cv-8049-CM, 21-cv-8055-CM, 21-cv-8139-CM, 21-cv-8271-CM, 21-cv-7961-CM, 21-cv-8258-CM. Document filed by The Peter Ballantyne Cree Nation.. | 10/12/2021 |
| 54 | MEMO ENDORSEMENT granting 50 Letter Motion for Extension of Time. ENDORSEMENT: Extension granted but only until Monday, Oct. 25 at 5pm. SO ORDERED. Appellant Brief due by 10/25/2021.. (Signed by Judge Colleen McMahon on 10/22/2021). | 10/22/2021 |
| 77 | DESIGNATION OF BANKRUPTCY RECORD ON APPEAL re: 1 Bankruptcy Appeal,. Document filed by Appellant The Peter Ballantyne Cree Nation.. | 10/28/2021 |
| 78 | NOTICE: Question addressed to counsel for the Canadian Appellants: is there a misplaced "not" at the end of the fourth line from the bottom of page 24 of your brief? Should not that sentence read: "Accordingly, whenever the Shareholder Released Parties took actions to control multiple Purdue entities, which is what they | 10/29/2021 |

| | usually did, claims based on that conduct are not subject to the carve out and are released?" Please advise soonest. (Signed by Judge Colleen McMahon on 10/29/2021) BY ECF TO ALL PARTIES | |
|---|---|---|
| 89 | AMENDED NOTICE OF APPEAL FROM THE BANKRUPTCY COURT TO THE S.D.N.Y. from the Order of Judge Robert D. Drain dated September 17, 2021, amending 1 Bankruptcy Appeal,.Document filed by The Peter Ballantyne Cree Nation. Related document: 1 Bankruptcy Appeal,. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2).(bkar) (Entered: 11/09/2021) | 11/9/2021 |

### *In re Purdue Pharma L.P., et al.*, Case No. 21-07966 (CM) (S.D.N.Y.);

| Docket No. | Document | Filing Date |
|---|---|---|
| | Docket Report | |
| 1 | NOTICE OF APPEAL FROM THE BANKRUPTCY COURT TO THE S.D.N.Y. from the Order of Judge Robert D. Drain dated September 1, 2021. Bankruptcy Court Case Numbers: 19-B-23649 (RDD). Certified copies of file received. Document filed by William K. Harrington. (Attachments: # 1 Exhibit A, # 2 Exhibit B) | 9/24/2021 |
| 2 | CIVIL COVER SHEET filed. | 9/24/2021 |
| 3 | STATEMENT OF RELATEDNESS re: that this action be filed as related to 21-cv-7532. Document filed by William K. Harrington. | 9/24/2021 |
| 4 | AMENDED NOTICE OF APPEAL FROM THE BANKRUPTCY COURT TO THE S.D.N.Y. from the Order of Judge Robert D. Drain dated September 17, 2021, amending 1 Bankruptcy Appeal,.Document filed by William K. Harrington. Related document: 1 Bankruptcy Appeal,.(bkar) (Additional attachment(s) added on 9/27/2021: # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C) (jgo). (Entered: 09/27/2021) | 9/27/2021 |
| 14 | LETTER addressed to Judge Colleen McMahon from United States Trustee, William K. Harrington dated 10/06/2021 re: Letters of Creditors' Committee and Ad Hoc Committee. Document filed by William K. Harrington.. | 10/6/2021 |
| 19 | MOTION to Stay -EMERGENCY MOTION AND MOTION BY APPELLANT WILLIAM K. HARRINGTON, UNITED STATES TRUSTEE FOR A STAY PENDING APPEAL. Document filed by William K. Harrington.. | 10/8/2021 |
| 20 | MEMORANDUM OF LAW in Support re: 19 MOTION to Stay -EMERGENCY MOTION AND MOTION BY APPELLANT WILLIAM K. HARRINGTON, UNITED STATES TRUSTEE FOR A STAY PENDING APPEAL. . Document filed by William K. Harrington.. | 10/8/2021 |
| 21 | AFFIDAVIT of Linda A. Riffkin in Support re: 19 MOTION to Stay -EMERGENCY MOTION AND MOTION BY APPELLANT WILLIAM K. HARRINGTON, UNITED STATES TRUSTEE FOR A STAY PENDING APPEAL.. Document filed by William K. Harrington. (Attachments: # 1 Appendix Vol. 1, # 2 Appendix Vol. 2).(Velez-Rivera, Andrew) (Entered: 10/08/2021) | 10/8/2021 |
| 22 | NOTICE of SUBMISSION OF ISSUES FOR CONSIDERATION DURING OCTOBER 12, 2021 CONFERENCE BY | 10/8/2021 |

| | | |
|---|---|---|
| | APPELLANT WILLIAM K. HARRINGTON, UNITED STATES TRUSTEE. Document filed by William K. Harrington.. | |
| 34 | BRIEF . Document filed by The Official Committee of Unsecured Creditors of Purdue Pharma L.P., et al.. (Attachments: # 1 Exhibit A, # 2 Exhibit B).(Hurley, Mitchell) (Entered: 10/12/2021) | 10/12/2021 |
| 36 | JOINDER to join re: 20 Memorandum of Law in Support of Motion, 21 Affidavit in Support of Motion, 19 MOTION to Stay - EMERGENCY MOTION AND MOTION BY APPELLANT WILLIAM K. HARRINGTON, UNITED STATES TRUSTEE FOR A STAY PENDING APPEAL. . Document filed by Certain Canadian Municipality Creditors Including the City of Grand Prairie, As Representative Plaintiff for a Class Consisting of All Canadian Municipalities:The City of Brantford, The City of Grand.. | 10/12/2021 |
| 37 | JOINDER to join re: 20 Memorandum of Law in Support of Motion, 21 Affidavit in Support of Motion, 19 MOTION to Stay - EMERGENCY MOTION AND MOTION BY APPELLANT WILLIAM K. HARRINGTON, UNITED STATES TRUSTEE FOR A STAY PENDING APPEAL. . Document filed by The Peter Ballantyne Cree Nation.. | 10/12/2021 |
| 39 | BRIEF - UNITED STATES TRUSTEES BRIEF REGARDING PARTIES TO THE UNITED STATES TRUSTEES APPEALS. Document filed by William K. Harrington. (Attachments: # 1 Exhibit Exhs. A-D).(Velez-Rivera, Andrew) (Entered: 10/12/2021) | 10/12/2021 |
| 49 | MEMORANDUM AND ORDER DENYING WITHOUT PREJUDICE THE UNITED STATES TRUSTEE'S EMERGENCY MOTION FOR A STAY PENDING APPEAL denying without prejudice 19 Motion to Stay re: 19 MOTION to Stay -EMERGENCY MOTION AND MOTION BY APPELLANT WILLIAM K. HARRINGTON, UNITED STATES TRUSTEE FOR A STAY PENDING APPEAL. For the foregoing reasons, the U.S. Trustee's emergency motion for an emergency stay of the Confirmation and Advance Orders pending appeal is DENIED WITHOUT PREJUDICE on the condition that the written stipulation described above be filed before this Court forthwith. The TRO shall continue in effect until that stipulation is docketed, at which point it will be deemed dissolved. The stipulation must be signed by every Appellee and by everyone who, after yesterday's conference, intends to present evidence to this court that it should be deemed an Appellee, or it will not meet the court's requirements. Sufficient cause having been found therefor, it is hereby ORDERED that Debtors shall give to Appellees and to every party accorded amicus curiae status in connection with these appeals no less than fourteen (14) days' written notice of the date on which Debtors intend that the Plan shall become effective (the Effective Date). This constitutes the opinion and order of the court. It is a written opinion. The Clerk is directed to close the motion at Dockets 18 and 19 in Case Nos. 21-cv-7969 and 21-cv-7966 respectively. BY ECF TO ALL COUNSEL. (Signed by Judge Colleen McMahon on 10/13/2021) | 10/13/2021 |

*In re Purdue Pharma L.P., et al.*, Case No. 21-07969 (CM) (S.D.N.Y.);

| Docket No. | Document | Filing Date |
|---|---|---|
| | Docket Report | |
| 1 | NOTICE OF APPEAL FROM THE BANKRUPTCY COURT TO THE S.D.N.Y. from the Order of Judge Robert D. Drain dated September 15, 2021. Bankruptcy Court Case Numbers: 19-B-23649 (RDD). Certified copies of file received. Document filed by William K. Harrington. (Attachments: # 1 Exhibit A) | 9/24/2021 |
| 2 | CIVIL COVER SHEET filed. | 9/24/2021 |
| 3 | STATEMENT OF RELATEDNESS re: that this action be filed as related to 21-cv-7532. Document filed by William K. Harrington. | 9/24/2021 |
| 13 | LETTER addressed to Judge Colleen McMahon from United States Trustee, William K. Harrington dated 10/06/2021 re: Letters of Creditors' Committee and Ad Hoc Committee. Document filed by William K. Harrington.. | 10/6/2021 |
| 18 | MOTION to Stay EMERGENCY MOTION AND MOTION BY APPELLANT WILLIAM K. HARRINGTON, UNITED STATES TRUSTEE FOR A STAY PENDING APPEAL. Document filed by William K. Harrington.. | 10/8/2021 |
| 19 | MEMORANDUM OF LAW in Support re: 18 MOTION to Stay EMERGENCY MOTION AND MOTION BY APPELLANT WILLIAM K. HARRINGTON, UNITED STATES TRUSTEE FOR A STAY PENDING APPEAL. . Document filed by William K. Harrington.. | 10/8/2021 |
| 20 | AFFIDAVIT of Linda A. Riffkin in Support re: 18 MOTION to Stay EMERGENCY MOTION AND MOTION BY APPELLANT WILLIAM K. HARRINGTON, UNITED STATES TRUSTEE FOR A STAY PENDING APPEAL.. Document filed by William K. Harrington. (Attachments: # 1 Appendix Vol. 1, # 2 Appendix Vol. 2).(Velez-Rivera, Andrew) (Entered: 10/08/2021) | 10/8/2021 |
| 21 | NOTICE of SUBMISSION OF ISSUES FOR CONSIDERATION DURING OCTOBER 12, 2021 CONFERENCE BY APPELLANT WILLIAM K. HARRINGTON, UNITED STATES TRUSTEE. Document filed by William K. Harrington.. | 10/8/2021 |
| 35 | JOINDER to join re: 20 Affidavit in Support of Motion, 19 Memorandum of Law in Support of Motion, 18 MOTION to Stay EMERGENCY MOTION AND MOTION BY APPELLANT WILLIAM K. HARRINGTON, UNITED STATES TRUSTEE FOR A STAY PENDING APPEAL. . Document filed by Certain Canadian Municipality Creditors Including the City of Grand Prairie, As Representative Plaintiff for a Class Consisting of All Canadian Municipalities:The City of Brantford, The City of Grand.. | 10/12/2021 |
| 36 | JOINDER to join re: 20 Affidavit in Support of Motion, 19 Memorandum of Law in Support of Motion, 18 MOTION to Stay EMERGENCY MOTION AND MOTION BY APPELLANT WILLIAM K. HARRINGTON, UNITED STATES TRUSTEE FOR A STAY PENDING APPEAL. . Document filed by The Peter Ballantyne Cree Nation.. | 10/12/2021 |
| 38 | BRIEF - UNITED STATES TRUSTEES BRIEF REGARDING PARTIES TO THE UNITED STATES TRUSTEES APPEALS. Document filed by William K. Harrington. (Attachments: # 1 | 10/12/2021 |

| | | |
|---|---|---|
| | Exhibit Exhs. A-D).(Velez-Rivera, Andrew) (Entered: 10/12/2021) | |
| 48 | MEMORANDUM AND ORDER DENYING WITHOUT PREJUDICE THE UNITED STATES TRUSTEE'S EMERGENCY MOTION FOR A STAY PENDING APPEAL denying without prejudice 18 Motion to Stay re: 18 MOTION to Stay EMERGENCY MOTION AND MOTION BY APPELLANT WILLIAM K. HARRINGTON, UNITED STATES TRUSTEE FOR A STAY PENDING APPEAL. For the foregoing reasons, the U.S. Trustee's emergency motion for an emergency stay of the Confirmation and Advance Orders pending appeal is DENIED WITHOUT PREJUDICE on the condition that the written stipulation described above be filed before this Court forthwith. The TRO shall continue in effect until that stipulation is docketed, at which point it will be deemed dissolved. The stipulation must be signed by every Appellee and by eve1yone who, after yesterday's conference, intends to present evidence to this court that it should be deemed an Appellee, or it will not meet the court's requirements. Sufficient cause having been found therefor, it is hereby ORDERED that Debtors shall give to Appellees and to every party accorded amicus curiae status in connection with these appeals no less than fourteen (14) days' written notice of the date on which Debtors intend that the Plan shall become effective (the Effective Date). This constitutes the opinion and order of the court. It is a written opinion. The Clerk is directed to close the motion at Dockets 18 and 19 in Case Nos. 21-cv-7969 and 21-cv-7966 respectively. BY ECF TO ALL COUNSEL (Signed by Judge Colleen McMahon on 10/13/2021) | 10/13/2021 |

***In re Purdue Pharma L.P., et al.*, Case No. 21-08034 (CM) (S.D.N.Y.);**

| Docket No. | Document | Filing Date |
|---|---|---|
| | Docket Report | |
| 1 | NOTICE OF APPEAL FROM THE BANKRUPTCY COURT TO THE S.D.N.Y. from the Order of Judge Robert D. Drain dated September 1, 2021. Bankruptcy Court Case Numbers: 19-B-23649 (RDD). Certified copies of file received.Document filed by State of Maryland. (Attachments: # 1 Exhibit A, # 2 Exhibit B).(bkar) (Entered: 09/28/2021) | 9/28/2021 |
| 2 | CIVIL COVER SHEET filed.. | 9/28/2021 |
| 3 | STATEMENT OF RELATEDNESS re: that this action be filed as related to 21-cv-7532. Document filed by State of Maryland.. | 9/28/2021 |
| 7 | AMENDED NOTICE OF APPEAL FROM THE BANKRUPTCY COURT TO THE S.D.N.Y. from the Order of Judge Robert D. Drain dated September 17, 2021, amending 1 Bankruptcy Appeal,.Document filed by State of Maryland. Related document: 1 Bankruptcy Appeal,. (Attachments: # 1 Exhibit A1, # 2 Exhibit A2, # 3 Exhibit B, # 4 Exhibit C).(bkar) (Entered: 10/01/2021) | 10/1/2021 |
| 39 | SUPPLEMENTAL MOTION to Stay State of Maryland's Supplement to Oral Argument on 10/12/2021 Joining U.S. Trustee Motions for Stay in Nos. 7:21-CV-7966 (D/N 19-21) and 7:21-CV-7969 (D/N 19-21). Document filed by State of Maryland. | 10/13/2021 |

| | | |
|---|---|---|
| | (Attachments: # 1 Exhibit A: State of Maryland's Motion for Stay Pending Appeal in Bankruptcy Court No. 19-23649).(Edmunds, Brian) (Entered: 10/13/2021) | |
| 50 | MOTION for Extension of Time to October 26, 2021 to file Opening Brief. Document filed by State of Maryland. (Attachments: # 1 Text of Proposed Order Proposed Order).(Edmunds, Brian) (Entered: 10/22/2021) | 10/21/2021 |
| 52 | MEMO ENDORSEMENT granting 50 Letter Motion for Extension of Time. ENDORSEMENT: Extension granted until Monday, Oct. 25 at 5pm. SO ORDERED. Appellant Brief due by 10/25/2021.. (Signed by Judge Colleen McMahon on 10/22/2021) | 10/22/2021 |
| 55 | MOTION for Extension of Time to file opening brief by 9:00 am 10/26 or in the alternative to file proof brief. Document filed by State of Maryland.. | 10/25/2021 |
| 61 | DESIGNATION OF BANKRUPTCY RECORD ON APPEAL re: 1 Bankruptcy Appeal, 7 Amended Bankruptcy Appeal,. Document filed by Appellant State of Maryland.. | 10/26/2021 |
| 64 | MEMO ENDORSEMENT granting 55 Letter Motion for Extension of Time. ENDORSEMENT: OK. SO ORDERED.. (Signed by Judge Colleen McMahon on 10/26/2021) | 10/26/2021 |

## *In re Purdue Pharma L.P., et al.*, Case No. 21-08042 (CM) (S.D.N.Y.);

| Docket No. | Document | Filing Date |
|---|---|---|
| | Docket Report | |
| 1 | NOTICE OF APPEAL FROM THE BANKRUPTCY COURT TO THE S.D.N.Y. from the Order of Judge Robert D. Drain dated September 1, 2021. Bankruptcy Court Case Numbers: 19-B-23649 (RDD). Certified copies of file received.Document filed by State of Connecticut, William Tong.. | 9/28/2021 |
| 2 | CIVIL COVER SHEET filed.. | 9/28/2021 |
| 3 | STATEMENT OF RELATEDNESS re: that this action be filed as related to 21-cv-7532. Document filed by State of Connecticut, William Tong.. | 9/28/2021 |
| 7 | AMENDED NOTICE OF APPEAL FROM THE BANKRUPTCY COURT TO THE S.D.N.Y. from the Order of Judge Robert D. Drain dated September 17, 2021, amending 1 Bankruptcy Appeal,.Document filed by State of Connecticut, William Tong. Related document: 1 Bankruptcy Appeal,. (Attachments: # 1 Exhibit A, # 2 Exhibit B).(bkar) (Entered: 10/01/2021) | 10/1/2021 |
| 28 | BRIEF . Document filed by The Official Committee of Unsecured Creditors of Purdue Pharma L.P., et al.. (Attachments: # 1 Exhibit A, # 2 Exhibit B).(Hurley, Mitchell) (Entered: 10/12/2021) | 10/12/2021 |

## *In re Purdue Pharma L.P., et al.*, Case No. 21-08049 (CM) (S.D.N.Y.);

| Docket No. | Document | Filing Date |
|---|---|---|
| | Docket Report | |
| 1 | NOTICE OF APPEAL FROM THE BANKRUPTCY COURT TO THE S.D.N.Y. from the Order of Judge Robert D. Drain dated September 17, 2021. Bankruptcy Court Case Numbers: | 9/28/2021 |

| | | |
|---|---|---|
| | 19-B-23649 (RDD). Certified copies of file received.Document filed by Ronald Bass. (Attachments: # 1 Exhibit A, # 2 Exhibit B).(bkar) (Entered: 09/28/2021) | |
| 2 | STATEMENT OF RELATEDNESS re: that this action be filed as related to 21-cv-7532.. | 9/28/2021 |
| 3 | REQUEST TO PROCEED IN FORMA PAUPERIS. Document filed by Ronald Bass.. | 9/28/2021 |
| 27 | BRIEF. Document filed by The Official Committee of Unsecured Creditors of Purdue Pharma L.P., et al.. (Attachments: # 1 Exhibit A, # 2 Exhibit B).(Hurley, Mitchell) (Entered: 10/12/2021) | 10/12/2021 |
| 49 | MOTION FOR EXTENSION OF TIME TO FILE INITIAL APPEAL BRIEF. Document filed by Ronald Bass. | 10/25/2021 |
| 70 | AMENDED NOTICE OF APPEAL FROM THE BANKRUPTCY COURT TO THE S.D.N.Y. from the Order of Judge Robert D. Drain dated September 17, 2021, amending 1 Bankruptcy Appeal,.Document filed by Ronald Bass. Related document: 1 Bankruptcy Appeal,... | 10/29/2021 |
| 71 | AMENDED DESIGNATION OF BANKRUPTCY RECORD ON APPEAL re: 1 Bankruptcy Appeal, 70 Amended Bankruptcy Appeal. Document filed by Appellant Ronald Bass.. | 10/29/2021 |
| 72 | DESIGNATION OF BANKRUPTCY RECORD ON APPEAL re: 1 Bankruptcy Appeal, 70 Amended Bankruptcy Appeal. Document filed by Appellant Ronald Bass.. | 10/29/2021 |
| 84 | APPLICATION FOR THE COURT TO REQUEST PRO BONO COUNSEL. Document filed by Ronald Bass. | 11/12/2021 |
| 93 | DECLARATION. Document filed by Ronald Bass. | 11/15/2021 |
| 102 | LETTER from Ronald Bass dated 10/24/2021 re: Find my motion requesting a extension of time to filed my initial appellate brief under the above referenced civil action docket number. I'm requesting that all other attorneys of record be sent copies of my request for an extension of time through the United States District Court electronic filing. Document filed by Ronald Bass. | 11/22/2021 |

*In re Purdue Pharma L.P., et al.*, Case No. 21-08055 (CM) (S.D.N.Y.);

| Docket No. | Document | Filing Date |
|---|---|---|
| | Docket Report | |
| 1 | NOTICE OF APPEAL FROM THE BANKRUPTCY COURT TO THE S.D.N.Y. from the Order of Judge Robert D. Drain dated September 17, 2021. Bankruptcy Court Case Numbers: 19-B-23649 (RDD). Certified copies of file received.Document filed by People of The State of California, State of California. (Attachments: # 1 Exhibit A, # 2 Exhibit B). | 9/28/2021 |
| 2 | CIVIL COVER SHEET filed.. | 9/28/2021 |
| 3 | STATEMENT OF RELATEDNESS re: that this action be filed as related to 21-cv-7532. Document filed by People of The State of California, State of California.. | 9/28/2021 |
| 16 | LETTER addressed to Judge Colleen McMahon from Bernard A. Eskandari dated October 7, 2021 re: Telephonic Appearance | 10/7/2021 |

| | | |
|---|---|---|
| | at October 12 Conference and Scheduling. Document filed by People of The State of California, State of California.. | |
| 19 | MEMO ENDORSEMENT on re: 16 Letter, filed by State of California, People of The State of California. ENDORSEMENT: I will respond to this one letter. (1) I will not schedule the conference. Judge Drain and I have together, I know about October 14. (2) I cannot give you technical advice. You may appear by phone. I will have someone call you to tell you how. (Signed by Judge Colleen McMahon on 10/8/2021) (rro) Modified on 10/15/2021 | 10/8/2021 |
| 73 | DESIGNATION OF BANKRUPTCY RECORD ON APPEAL re: 1 Bankruptcy Appeal,. Document filed by Appellant People of The State of California.. | 10/28/2021 |
| 120 | SUPPLEMENTAL BRIEF re: 113 Order,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, . Document filed by State of California.. | 11/29/2021 |

### *In re Purdue Pharma L.P., et al.*, Case No. 21-08139 (CM) (S.D.N.Y.);

| Docket No. | Document | Filing Date |
|---|---|---|
| | Docket Report | |
| 1 | NOTICE OF APPEAL FROM THE BANKRUPTCY COURT TO THE S.D.N.Y. from the Order of Judge Robert D. Drain dated September 17, 2021. Bankruptcy Court Case Numbers: 19-B-23649 (RDD). Certified copies of file received.Document filed by The State of Delaware. (Attachments: # 1 Exhibit A, # 2 Exhibit B). | 10/1/2021 |
| 2 | CIVIL COVER SHEET filed.. | 10/1/2021 |
| 3 | STATEMENT OF RELATEDNESS re: that this action be filed as related to 21-cv-7532. Document filed by The State of Delaware.. | 10/1/2021 |
| 65 | DESIGNATION OF BANKRUPTCY RECORD ON APPEAL re: 1 Bankruptcy Appeal,. Document filed by Appellant The State of Delaware.. | 10/28/2021 |

### *In re Purdue Pharma L.P., et al.*, Case No. 21-08271 (CM) (S.D.N.Y.);

| Docket No. | Document | Filing Date |
|---|---|---|
| | Docket Report | |
| 1 | NOTICE OF APPEAL FROM THE BANKRUPTCY COURT TO THE S.D.N.Y. from the Order of Judge Robert D. Drain dated September 17, 2021. Bankruptcy Court Case Numbers: 19-B-23649 (RDD). Certified copies of file received.Document filed by State of Oregon. (Attachments: # 1 Exhibit A, # 2 Exhibit B). | 10/7/2021 |
| 2 | CIVIL COVER SHEET filed.. | 10/7/2021 |
| 3 | STATEMENT OF RELATEDNESS re: that this action be filed as related to 21-cv-7532. Document filed by State of Oregon.. | 10/7/2021 |
| 48 | Appellant's BRIEF. Document filed by State of Oregon. Appellee Brief due by 11/24/2021… | 10/25/2021 |
| 69 | DESIGNATION OF BANKRUPTCY RECORD ON APPEAL re: 1 Bankruptcy Appeal,. Document filed by Appellant State of | 10/28/2021 |

| | Oregon.. | |
|---|---|---|
| 101 | Appellant's REPLY BRIEF. Document filed by State of Oregon.. | 11/22/2021 |
| 118 | Appellant's BRIEF. Document filed by State of Oregon. Appellee Brief due by 12/30/2021.. | 11/30/2021 |
| 133 | Appellant's BRIEF. Document filed by State of Oregon. Appellee Brief due by 1/5/2022.. | 12/6/2021 |
| 163 | JOINT MEMORANDUM OF LAW in Opposition re: 150 MOTION for Certificate of Appealability ., 152 MOTION for Certificate of Appealability . . Document filed by State of Oregon.. | 1/6/2022 |

### *In re Purdue Pharma L.P., et al.*, Case No. 21-08258 (CM) (S.D.N.Y.);

| Docket No. | Document | Filing Date |
|---|---|---|
| | Docket Report | |
| 1 | NOTICE OF APPEAL FROM THE BANKRUPTCY COURT TO THE S.D.N.Y. from the Order of Judge Robert D. Drain dated September 17, 2021. Bankruptcy Court Case Numbers: 19-B-23649 (RDD). Certified copies of file received.Document filed by Peter F. Neronha, State of Rhode Island. (Attachments: # 1 Exhibit A, # 2 Exhibit B). | 10/6/2021 |
| 2 | CIVIL COVER SHEET filed.. | 10/6/2021 |
| 53 | DESIGNATION OF BANKRUPTCY RECORD ON APPEAL re: 1 Bankruptcy Appeal,. Document filed by Appellants Peter F. Neronha, State of Rhode Island.. | 10/28/2021 |

### *In re Purdue Pharma L.P., et al.*, Case No. 21-08548 (CM) (S.D.N.Y.);

| Docket No. | Document | Filing Date |
|---|---|---|
| | Docket Report | |
| 1 | NOTICE OF APPEAL FROM THE BANKRUPTCY COURT TO THE S.D.N.Y. from the Order of Judge Robert D. Drain dated September 17, 2021. Bankruptcy Court Case Numbers: 19-B-23649 (RDD). Certified copies of file received.Document filed by State of Vermont. (Attachments: # 1 Exhibit A, # 2 Exhibit B). | 10/18/2021 |
| 2 | CIVIL COVER SHEET filed.. | 10/18/2021 |
| 3 | STATEMENT OF RELATEDNESS re: that this action be filed as related to 21-cv-7532. Document filed by State of Vermont.. | 10/18/2021 |
| 82 | DESIGNATION OF BANKRUPTCY RECORD ON APPEAL re: 1 Bankruptcy Appeal,. Document filed by Appellant State of Vermont.. | 12/6/2021 |

### *In re Purdue Pharma L.P., et al.*, Case No. 21-08557 (CM) (S.D.N.Y.);

| Docket No. | Document | Filing Date |
|---|---|---|
| | Docket Report | |
| 1 | NOTICE OF APPEAL FROM THE BANKRUPTCY COURT TO THE S.D.N.Y. from the Order of Judge Robert D. Drain | 10/18/2021 |

| | dated September 17, 2021. Bankruptcy Court Case Numbers: 19-B-23649 (RDD). Certified copies of file received.Document filed by Ellen Isaacs. (Attachments: # 1 Exhibit A, # 2 Exhibit B). | |
|---|---|---|
| 2 | STATEMENT OF RELATEDNESS re: that this action be filed as related to 21-cv-7532.. | 10/18/2021 |
| 26 | DESIGNATION OF BANKRUPTCY RECORD ON APPEAL re: 1 Bankruptcy Appeal,. Document filed by Appellant Ellen Isaacs.. | 10/29/2021 |

### *In re Purdue Pharma L.P., et al.*, Case No. 21-08566 (CM) (S.D.N.Y.);

| Docket No. | Document | Filing Date |
|---|---|---|
| | Docket Report | |
| 1 | NOTICE OF APPEAL FROM THE BANKRUPTCY COURT TO THE S.D.N.Y. from the Order of Judge Robert D. Drain dated September 17, 2021. Bankruptcy Court Case Numbers: 19-B-23649 (RDD). Certified copies of file received.Document filed by Andrew Ecke, Maria Ecke, Richard Ecke. (Attachments: # 1 Exhibit A). | 10/19/2021 |
| 2 | STATEMENT OF RELATEDNESS re: that this action be filed as related to 21-cv-7532.. | 10/19/2021 |
| 3 | REQUEST TO PROCEED IN FORMA PAUPERIS. Document filed by Andrew Ecke, Maria Ecke, Richard Ecke.. | 10/19/2021 |
| 6 | LETTER addressed to Judge Colleen McMahon from Maria Ecke, dated 10/25/21 re: Is there a possibility of a Zoom meeting on 11/30/21? It would be more fiscally responsible. I don not have the finaancial means or a car to get to the Courthouse nor does Richard Ecke etc. Can the Court provide transportation, lodging and meals for the harmed pro se litigants? May I also have the protected documents sealed under Judge Drain; and a thirty-day postponement for the due date on the Brief so that I may review the sealed document? Document filed by Maria Ecke. | 10/25/2021 |
| 12 | RESPONSE re: (92 in 7:21-cv-07532-CM) MOTION to Continue., (6 in 7:21-cv-08566-CM) Letter,, (49 in 7:21-cv-08049-CM) MOTION for Extension of Time to File. . Document filed by Purdue Pharma L.P.. Filed In Associated Cases: 7:21-cv-07532-CM, 7:21-cv-08049-CM, 7:21-cv-08566-CM. | 10/26/2021 |
| 17 | MEMO ENDORSEMENT on re: 6 Letter,, filed by Maria Ecke. ENDORSEMENT: The pro se plaintiff will be allowed to participate in the appeal by telephone (not zoom). SO ORDERED. (Signed by Judge Colleen McMahon on 10/26/2021) | 10/26/2021 |
| 28 | DESIGNATION OF BANKRUPTCY RECORD ON APPEAL re: 1 Bankruptcy Appeal,. Document filed by Appellants Andrew Ecke, Maria Ecke, Richard Ecke.. | 10/29/2021 |
| 29 | BRIEF OF OPPOSITION TO RESTRUCTURING OF PURDUE PHARMA L.P.. Document filed by Andrew Ecke, Maria Ecke, Richard Ecke, and non-party Peter Sottile.(sc) Modified on 11/1/2021 (sc). (Entered: 11/01/2021) | 10/29/2021 |

| | | |
|---|---|---|
| 45 | LETTER from Maria Ecke, dated 11/15/21 re: "MOTION FOR APPEARANCE - FEDERAL RULE OF CIVIL PROCEDURE 71" - I am respectfully requesting the accommodations for lodging, transportation, meals, and miscellaneous to attend the hearing on 11/30/21 etc. It is unreasonable, unjust and discrimination to only be permitted to appear by telephone. Document filed by Maria Ecke. | 11/17/2021 |
| 57 | LETTER addressed to Judge Colleen McMahon from Maria Ecke, dated 11/22/21 re: "MOTION FOR SANCTION AGAINST THE DEBTORS FOR FAILURE TO COMPLY WITH DUE PROCESS" - I request that sanctions be imposed upon the debtors due to their continued outrageous and unscrupulous behavior of not adhering to Due Process. I do not have the Appellee's Brief to submit a brief. I only received an email from Akin Gump today at 3:13 pm. Relief Requested is $17B to be put into a fund to be abated by the people. Document filed by Maria Ecke. | 11/22/2021 |
| 63 | MOTION FOR EXTENSION OF TIME TO FILE A REPLY BRIEF IN CASE NO. 19-23649(RDD) & OBJECTIONS TO PAYMENTS TO CREDITORS. Document filed by Maria Ecke.(sc) (Entered: 11/29/2021) | 11/29/2021 |
| 65 | REPLY BRIEF(Memorandum of Law) OF OPPOSITION TO RESTRUCTURING L.P. ET AL. Document filed by Maria Ecke. (sc) (Entered: 11/29/2021) | 11/29/2021 |
| 109 | LETTER from Maria Ecke, dated 1/6/22 re: Honorable Judge Chapman, may I as a Pro Se counsel attend the hearings which you are going to mediate between Purdue Pharma et al for Docket No. 19-23649(RDD)? Thank you for your time and effort. Document filed by Maria Ecke. | 1/6/2022 |

## Proofs of Claim from Public Claims Register

| Claim No. | Description |
|---|---|
| Claim 144366 | The City of Grande Prairie |
| Claim 144535 | Peter Ballantyne Cree Nation on behalf of all Canadian First Nations and Metis People |
| Claim 144211 | City of Toronto |
| Claim 82196 | City of Buffalo |
| Claim 122095 | State of Illinois and the People of the State of Illinois, by and through Attorney General Kwame Raoul, Claimant's Chief Law Officer |
| Claim 122163 | State of Indiana |
| Claim 122192 | State of Georgia |
| Claim 122228 | State of Kansas |
| Claim 122264 | State of Hawaiʻi |
| Claim 122287 | State of Arizona |
| Claim 122299 | State of Oregon |
| Claim 122344 | State of Iowa |
| Claim 122355 | State of Texas |
| Claim 122370 | State of Maine |
| Claim 122378 | State of Vermont |
| Claim 122387 | The Government of Puerto Rico |
| Claim 122392 | State of Delaware |

| Claim 122400 | State of Montana |
|---|---|
| Claim 122408 | U.S. Virgin Islands |
| Claim 122414 | Commonwealth of Virginia |
| Claim 122421 | State of Minnesota |
| Claim 122427 | State of North Carolina |
| Claim 122435 | State of Florida |
| Claim 122443 | State of Colorado |
| Claim 122449 | Commonwealth of Kentucky |
| Claim 122452 | State of Rhode Island |
| Claim 122454 | State of South Carolina |
| Claim 122458 | State of Connecticut |
| Claim 122460 | State of New Hampshire |
| Claim 122467 | State of Nebraska |
| Claim 122471 | State of North Dakota |
| Claim 122473 | State of Washington |
| Claim 122474 | Commonwealth of Massachusetts |
| Claim 122476 | State of Michigan |
| Claim 122479 | State of Mississippi |
| Claim 122480 | Territory of Guam |
| Claim 122482 | State of New Jersey |
| Claim 122484 | State of Arkansas |
| Claim 122486 | State of Ohio |
| Claim 122488 | State of Tennessee |
| Claim 122495 | State of Wisconsin |
| Claim 122497 | State of Louisiana |
| Claim 122500 | State of Nevada |
| Claim 122503 | State of Maryland |
| Claim 122508 | State of Alabama |
| Claim 122511 | State of West Virginia |
| Claim 122514 | State of Missouri |
| Claim 122516 | State of Wyoming |
| Claim 122524 | Commonwealth of the Northern Mariana Islands |
| Claim 122526 | State of South Dakota |
| Claim 122528 | State of New York; New York State Department of Financial Services |
| Claim 122530 | Commonwealth of Pennsylvania |
| Claim 122533 | State of Alaska |
| Claim 122534 | State of Idaho |
| Claim 122535 | State of Utah |
| Claim 122832 | American Samoa |
| Claim 122837 | State of New Mexico |
| Claim 122838 | State of California and the People of the State of California, by and through Attorney General Xavier Becerra, Claimant's Chief Law Officer |
| Claim 122839 | District of Columbia |
| Claim 150563 | The States, Territories, and other jurisdictions listed on Schedule 1 (collectively, the "Claimants") |

Dated:   January 28, 2022                    Respectfully Submitted,
         New York, New York

                                        By: */s/ Benjamin S. Kaminetzky*

DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile:  (212) 701-5800
Marshall S. Huebner
Benjamin S. Kaminetzky
James I. McClammy
Marc J. Tobak
Gerard X. McCarthy

*Counsel to the Debtors*
*and Debtors in Possession*

## CERTIFICATE OF SERVICE

I hereby certify that on January 28, 2022, I electronically filed the foregoing statement of issues and designation of record with the Clerk of the Court for the United States District Court for the Southern District of New York by using the CM/ECF system.  Service will be accomplished by the CM/ECF system, except for the following, who will receive service via First Class Mail and courtesy copies via e-mail:

> Ellen Isaacs, on behalf of Patrick Ryan Wroblewski
> P.O. Box 6553
> Delray Beach, FL 33482
> Email: ryansopc@gmail.com

> Ronald Bass
> 450 Little Place, Apt. 53
> N. Plainfield, NJ 07060
> Email: ronaldbass12345@gmail.com

> Maria Ecke
> 8 Glenbrook Drive
> West Simsbury, CT 06092
> Email: sagitarianm2004@yahoo.com

> Andrew Ecke
> 18 Meadowlark Rd.
> West Simsbury, CT 06092
> Email: sagitarianm2004@yahoo.com

> Richard Ecke
> 18 Meadowlark Rd.
> West Simsbury, CT 06092
> Email: sagitarianm2004@yahoo.com

Dated:     New York, New York
           January 28, 2022

                                        /s/ *Benjamin S. Kaminetzky*
                                        _____
                                        BENJAMIN S. KAMINETZKY