UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>PURDUE PHARMA L.P, *et. al*.,<br>BANKRUPTCY APPEALS<br><br>This Filing Relates to:<br><br>ALL MATTERS | 21 cv 7532 (CM) (Master Case)<br>21 cv 7585 (CM)<br>21 cv 7961 (CM)<br>21 cv 7962 (CM)<br>21 cv 7966 (CM)<br>21 cv 7969 (CM)<br>21 cv 8034 (CM)<br>21 cv 8042 (CM)<br>21 cv 8049 (CM)<br>21 cv 8055 (CM)<br>21 cv 8139 (CM)<br>21 cv 8258 (CM)<br>21 cv 8271 (CM)<br>21 cv 8548 (CM)<br>21 cv 8557 (CM)<br>21 cv 8566 (CM) |

## NOTICE OF APPEAL

Notice is hereby given that the Peter Ballantyne Cree Nation on behalf of All Canadian First Nations and Metis People, the Peter Ballantyne Cree Nation on behalf of itself and the Lac La Ronge Indian Band, the City of Grand Prairie, as representative for a class consisting of all Canadian Municipalities, the City of Brantford, the City of Grand Prairie, the City of Lethbridge, and the City of Wetaskiwin ("the Canadian Appellants"), appellants in the above-captioned consolidated appeals, hereby appeal to the United States Court of Appeals for the Second Circuit from the District Court's December 16, 2021 Decision and Order on Appeal (Dkt. No. 21-cv-7532 (CM), ECF No. 279) ("District Court Order") (Exhibit A), which vacated the Findings of Fact, Conclusions of Law, and Order Confirming the Twelfth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma, L.P., and its Affiliated Debtors (Bankr. Dkt. No. 19-23649 (Sept. 17, 2021), ECF No. 3787) ("Confirmation Order"); and the Order (1) Authorizing the

Debtors to Fund Establishment of the Creditor Trusts, the Master Disbursement Trust and TopCO, (II) Directing Prime Clerk LLC to Release Certain Protected Information and (III) Granting Other Related Relief (Bankr. Dkt. No. 19-23649 (Sept. 15, 2021), ECF No. 3773) ("Advance Order") related to the Confirmation Order.

This appeal is timely under FED. R. APP. P. 4(a)(5), because the Canadian Appellants requested (ECF No. 342, 343, 344) and the Court granted (ECF No. 345) leave for them to file an out-of-time appeal.

Dated: February 14, 2022

Respectfully submitted,

*/s/ J. Carl Cecere*

J. Carl Cecere
CECERE PC
6035 McCommas Blvd.
Dallas, TX  75206
Tel: 469.600.9455
ccecere@cecerepc.com

Allen J. Underwood, II
LITE DEPALMA GREENBERG & AFANADOR, LLC
570 Broad Street, Suite 1201 Newark, NJ  07102
Tel: 973.623.3000
Fax: 973.623.0858
aunderwood@litedepalma.com

*Counsel for the Canadian Appellants*

## CERTIFICATE OF SERVICE

I hereby certify that on February 14, 2022, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Southern District of New York using the appellate CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ J. Carl Cecere*