**Honorable Colleen McMahon**
Daniel Patrick Moynihan United States Courthouse
500 Pearl St. New York, NY 10007-1312

Ellen Isaacs
P.O. Box 725
Floyd, VA 24091

RE: Purdue Pharma, et al - 21-cv-7532

February 25, 2022

Dear Judge McMahon,

I am terribly sorry to burden you with the trivial matters behind the scenes in the above-referenced matter. Yet, at this juncture I have no choice. I am at a complete disadvantage to file a brief in the Second CIrcuit due to never receiving the transcripts from your hearing on November 30, 2021.

It has been quite encumbersome making phone call after phone call based on continual misrepresentations of who I need to speak to so I can obtain the transcripts to file the brief in a timely fashion. The other two Pro Se litigants have advised they received their copies almost two  (2) weeks ago from the District Court.

How can I get an electronic copy sent to me as soon as possible? I once again just got off the phone with Soraya in Records. She kindly tried to help and made multiple phone calls only to return and tell me; "I am sorry I couldn't help". Here we have another due process issue with lack of service of documentation to a litigant to file a timely brief.

Please also know on the day of the hearing the court reporter contacted me during break and asked me to send in what I had read in oral arguments so she could ensure that everything I said was accurate on the transcripts. She admitted that the hearing had been challenging for her.

I have attempted to work with Judge Drain's Office who tells me to call your office. I call your office and the call immediately goes to Chambers when I dial the Pro Se intake. Chambers states they can not help and transfers me to the Pro Se Unit. The Pro Se Unit has yelled at me multiple times for calling Chambers which I never intended to do.No one in the Pro Se Department has been able to assist so I moved on to the Second District Court that has not returned my phone calls about this urgent matter.

I have stacks of boxes with volumes of paperwork from various parties and none have the complete transcript from the hearing. Can you please help remedy this matter?

I thank you for your time and energy in this laborious case. Never did I ever think I would live through anything like this. Yet, not shocked since everything that has occurred back to The Rockafeller's, Roe

vs. Wade, many of the cases you cited during the hearing and some not cited all come out of The State of New York. My thoughts and prayers are with you and all of the staff so that no one else has a mental breakdown behind the tediousness of this high profile case and the demands being made upon all of the staff in the 4 Courthouses. It's a sin this civil case which should be in a criminal court involves the killing of innocent victims that created a Public Health & Safety MH Emergency across the Nation. Yet, our NYSD BK Laws created by your predecessors put this vehicle in motion with the antiquated laws that have been abused over the decades and here we all are.

Respectfully requested,

Ellen Isaacs, Pro Se
561-860-0770

Cc:     Marshall Huebner, Davis Polk
        Paul Schwartzburg, U.S. Trustee