**Davis Polk**

Gerard McCarthy
+1 212 450 4696
gerard.mccarthy@davispolk.com

Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017
davispolk.com

November 8, 2022

Re: *In re Purdue Pharma L.P., et al.*, 21-cv-7532

The Honorable Colleen McMahon
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Dear Judge McMahon:

Davis Polk & Wardwell LLP ("Davis Polk") represents Purdue Pharma L.P. and certain of its affiliates that are appellees in the above-captioned appeal (collectively, the "Debtors"). As of November 9, 2022, I will no longer be associated with Davis Polk and thus will no longer serve as counsel to the Debtors. Accordingly, I respectfully request that the Court instruct the docket clerk to remove my registration as counsel of record. Davis Polk will continue to represent the Debtors in this action.

Respectfully Submitted,

*/s/ Gerard X. McCarthy*
Gerard X. McCarthy

cc:     All Counsel of Record (via ECF)
        Ellen Isaacs, on behalf of Patrick Ryan Wroblewski (via First Class Mail and email)
        Ronald Bass (via First Class Mail and email)
        Maria Ecke (via First Class Mail and email)
        Andrew Ecke (via First Class Mail and email)
        Richard Ecke (via First Class Mail and email)

SO ORDERED DATE: _____

_____
The Hon. Colleen McMahon, U.S.D.J.

**Davis Polk**  The Honorable Colleen McMahon

## CERTIFICATE OF SERVICE

I hereby certify that on November 8, 2022, I electronically filed the foregoing notice with the Clerk of the Court for the United States District Court for the Southern District of New York by using the CM/ECF system. Service will be accomplished by the CM/ECF system, except for the following, who will receive service via First Class Mail and courtesy copies via e-mail:

    Ellen Isaacs, on behalf of Patrick Ryan Wroblewski
    P.O. Box 6553
    Delray Beach, FL 33482
    Email: ryansopc@gmail.com

    Ronald Bass
    450 Little Place, Apt. 53
    N. Plainfield, NJ 07060
    Email: ronaldbass12345@gmail.com

    Maria Ecke
    8 Glenbrook Drive
    West Simsbury, CT 06092
    Email: sagitarianm2004@yahoo.com

    Andrew Ecke
    18 Meadowlark Rd.
    West Simsbury, CT 06092
    Email: sagitarianm2004@yahoo.com

    Richard Ecke
    18 Meadowlark Rd.
    West Simsbury, CT 06092
    Email: sagitarianm2004@yahoo.com

Dated:  November 8, 2022
        New York, New York

Respectfully submitted,

/s/ *Gerard X. McCarthy*
Gerard X. McCarthy