**Davis Polk**

Benjamin S. Kaminetzky
+1 212 450 4259
ben.kaminetzky@davispolk.com

Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017
davispolk.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/1/2024

June 27, 2024

Re: *State of Washington v. Purdue Pharma L.P.*, No. 7:21-cv-07532-CM (S.D.N.Y.).

Hon. Colleen McMahon
United States District Court for the
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 2550
New York, NY 10007-1312

**MEMO ENDORSED**

7/1/2024
I wholeheartedly concur in your decision to involve Judge Lane immediately. Colleen McMahon

Your Honor,

I write on behalf of Purdue Pharma L.P. and its affiliated debtors (the "**Debtors**"). As Your Honor may already be aware, the United States Supreme Court today issued a decision in an appeal of the above-referenced matter, *Harrington v. Purdue Pharma L.P.*, No. 23-124, 2024 WL 3187799 (June 27, 2024). In its decision, the Court held that the Bankruptcy Code does not authorize a nonconsensual release and injunction of a nondebtor's claims against another nondebtor as part of a plan of reorganization under Chapter 11 of the Bankruptcy Code. *Id.* at 11. A copy of the decision is attached hereto for the Court's reference.

In light of the Supreme Court's decision, the Debtors have requested that Judge Lane convene a status conference to discuss the immediate next steps in the Debtors' bankruptcy cases, including a renewed and expedited mediation. The Debtors' letter to Judge Lane is also attached hereto. Should the mediation result in any material changes to the status of the Debtors' cases, we will promptly inform the Court. I would, of course, also be happy to supply any other information as might be useful to the Court.

Respectfully yours,

*/s/ Benjamin S. Kaminetzky*
Benjamin S. Kaminetzky

Attachment

**Electronic Filing**