November 20, 2024

Maria Ecke

Estate of David Jonathan Ecke

Richard Ecke

Andrew Ecke

Peter Sottile

C/o Office of Maria Ecke

8 Glenbrook Drive

West Simsbury, CT 06092

Daniel Ortiz, Acting Clerk of Court

United States District Court

SDNY

U. S. Courthouse

500 Pearl Street

New York, NY 10007

Attn: Pro Se Desk



RECEIVED JAN 0 7 2025 PRO SE OFFICE

In Re: Case No. 21cv-7532  Maria Ecke v. Purdue Pharma et al.

Dear Daniel Ortiz, Acting Clerk Of Court:

**OBJECTION TO THE RELEASING OF THE SACKLERS OR PURDUE PHARMA L.P. ET AL**

I, Maria Ecke, the Estate of David Jonathan Ecke, Richard Ecke, Andrew Ecke, and Peter Sottile object to the releasing of the Sacklers or Purdue Pharma L.P. et al and we highly appreciate the United States District Court in enforcing the United States Supreme Court's decision of Harrington v. Purdue Pharma L.P. et al, 603 U.S.____(2024).

My financial circumstances are such that I cannot proceed without a free lawyer but I will try to continue. I am without an attorney to represent the constitutional rights given to me by this great country, the United States of America.

Sincerely, *Maria Ecke*

/s/Ms. Ecke and Family

Cc: Judge McMahon

## CERTIFICATION

I, Maria Ecke, certify that I am an old, disabled female, only on Social Security for myself. Anything outside of Social Security is for my children to have.

Case No. 21cv-7532

c/o Office of Maria Eeke
8 Glenbrook Drive
West Simsbury, CT 06092

U.S. District Court
SDNY
Daniel Patrick Moynihan Courthouse
500 Pearl Street
NY NY 10007
Attn: Pro Se Unit


RECEIVED JAN 07 2025 PRO SE OFFICE


USM4P SDNY

U.S. POSTAGE PAID
FCM LETTER
WEST SIMSBURY, CT 06092
JAN 03, 2025
$1.57
R2305P150767-03