Ronald Bass, Sr.
450 Little Place, Apt. 53
N. Plainfield, New Jersey 07060
(908) 374-9321
Email: ronaldbass12345@gmail.com

Honorable Colleen McMahon, U.S.D.J.
Daniel Patrick Moynihan U.S. Courthouse
For the Southern District of New York
500 Peal Street, 24ᵗʰ Floor
New York, NY 10007

June 20, 2025    R.B.

**Re: In re: Purdue Pharma, LP, et al., 21-cv-7532(Lead case) and 7:21-cv-8049-CM**

Dear Judge McMahon

    I have constantly tried to mediate or looked forward to the courts arranging an opportunity to discuss my medical concerns with the Sacklers family or member of the family, the State of New Jersey, et al., (U.S. Dept. of Health and Human Services, et al.), Judge McMahon, as a result of being prescribed opioids medications and referred to University Hospital of College and Dentistry & Medicine (Robert Wood Johnson Teaching School) of Newark, New Jersey for an endoscopy, which caused a surgical damages and amongst other medical injuries.

    Judge McMahon, there's a movie that reminds me of Hitler's doctors called "Extreme Measures" played by the actors, Hugh Grant, Gene Hickman and others, how Gene Hickman boast of how he can grow nerves and control their patterns, but he needs human subjects to experiment on without their consent, Hickman takes upon his own choice and decision to select people of his choosing to experiment on without their consent, he didn't ask anyone to volunteer, he chose for them! It went like this in the movie:

Grant's stated:

Maybe you're right

You didn't choose your wife . . . or your granddaughter.

You didn't ask for volunteers.

You chose for them.

And you can't do that.

Because you're a doctor.

And you took an oath.

And you're not God.

So I don't care if you can do what you say you can.

Or if you can cure every disease on the planet.

You tortured and murdered those men upstairs.

That makes you a disgrace to your profession.

Doctor Robert Gallo, et al., did the same thing by fallibly and falsely accusing people in urban communities or disproportionate insurance coverage, disparity in healthcare and saturated by drug addictions, which is politically engineered to marginalized opportunity to access for resources; besides Gallo's twisted belief and imagination of people lifestyles justify his experiment with his Patent Number 4,647,773, which Anthony Fauci, piggyback "is accountable for his Monkey Experiment with the taxpayer money.

I didn't consent to any experiment on my person or opioid related studies or on my son.

*Ronald Bass*

Ronald Bass, Sr.

ATTACHMENTS

Date 6/20/25

**Lead Case No. 21-cv- 7532 and 21-cv-8049**

Ronald Bass, Sr.
450 Little Place, Apt. 53
N. Plainfield, New Jersey 07060
(908) 374-9321
Ronaldbass12345@gmail.com

**Letter to the U.S. Bankruptcy Court**

Hon. Sean H. Lane, U.S.B.J.
United States Bankruptcy Court
300 Quarropas Street
White Plains, New York 10601

June 16, 2025

**(Jointly Administered)**

**PURDUE PHARMA, L.P., et al.,**
**Case No. 19-23649 (SHL)**

Dear Hon Lane;

     Find copies of my listing of my opioid prescribed medications, insurance coverage under New Jersey Medicaid Program (New Jersey Department of Human Services), HMO insurance coverage, Social Security Administration, Supplemental Security Insurance, my SSI coverage was accepted and filed at the local office in Montclair, New Jersey 396 Bloomfield Ave., which is permanently closed and Social Security Administration on 29 Davenport Street, in Somerville, New Jersey, which is permanently closed, then I was referred to the local office in Union, New Jersey on 855 Lehigh Avenue.

     Find copy of a summary report from Beth Israel Medical Center in Newark, New Jersey of medical injuries, (other medical records is available under the medical release form).

4 Letters from Somerset Treatment Services of Somerville, New Jersey and letter from State of New Jersey, Department of Labor and Workforce Development, Division of Vocational Rehabilitation Services.

2 Letter from Purdue Pharma, L.P., and letter from the Social Security Administration concerning my opioid damages, dated 09/08/2010.

JFK Medical Center Satellite ED Emergency Record of drug use, copy of The American with Disabilities Act and the Opioid Crisis, combating discrimination against people in treatment or recovery and find copy of court order my son's medical condition, as fragile.

Find copy of my son's health history and background information provided to me by the State of New Jersey, Division of Youth and Family Services; find copy of the court's order adjudicating me as the "biological father" and certification from my son's mother to Judge Garry J. Furnari, identifying me as the biological father. Claim No. 112924, which was previously filed for my son for 300, 000, 000, see letter to Judge Garry J. Furnari for treatment, by Dr. Glenn B. Gero, dated 12/14/2011.

See copies of my son's mother Certificate of Death and Report of Autopsy.

I am not releasing the Sackler's family and the State of New Jersey, et al., (Third Parties-Non-debtors) from the political shield to use my son for a cover-up of a quasi-criminal opioid investigation and **NIH opioid** experimental and research damages and losses, see Harrington v. Purdue Pharma, L.P., et al., furthermore; it would be unjust enrichment to allow the State of New Jersey, et al., **too take one bit at the apple**, see § 502[E][1][B] of Title 11 U.S.C.; Medical records and DVD video recording of Hackensack Meridian Hospital of the esophagus perforation or tear which were done by medical instrument also it was confirmed by other professional healthcare provided- Gastroenterologist from several medical-healthcare providers, I have injuries that needs to be treated; again I was referred by Dr. Irfan Alladin to have an endoscopy done due to the years of opioid medications.

*Ronald Bass Sr.*
Ronald Bass, Sr.