December 10, 2025

Maria Ecke

Estate of David Jonathan Ecke

Richard Ecke

Andrew Ecke

Peter Sottile

C/o Office of Maria Ecke

8 Glenbrook Drive

West Simsbury, CT 06092


Davis Polk & Wardwell LLP

450 Lexington Ave.

New York, NY 10017

Attn: Marshall S. Huebner

Attn: Benjamin S. Kaminetzky

Attn: Eli J. Vonnegut

Attn: Christopher S. Robertson

Attn: Joshua Y. Sturm

Attn: Abraham Bane

Attn: James I. McClammy

Attn: Jaquelyn Swanner

Attn: Ester Townes


In re: Purdue Pharma et al                    Jointly Administered

                Debtors                    Case No. 19-23649(shl)

## MOTION FOR FULL DISCLOSURE OF FINANCIALLY REDACTED RECORDS AND HEARINGS

I, Maria Ecke, was not allowed to attend the Hearing of Purdue Pharma et al today, Wednesday, December 10, 2025, at 11:00 am. The Zoom links sent for the Hearing today by Liza Ebanks – Holley, Deputy for Honorable Judge H. Lane, did not work. I called and emailed Liza Ebanks-Holley many times to rectify the problem, but no one responded, and no one knew the direct line to the crew at Zoom. Ana, in Bankruptcy in White Plains, New York, tried to help me by telling me to call the phone number 1-646-828-7666 to get into the meeting, but a person cannot enter the code of Wq4?=$Yc into a phone, only a computer. The meeting code was 160 092 1525, and the Passcode was Wq4?=$Yc. Both codes were verified by Pedro, Ext 3040, in Manhattan, NY. Division of the Court system. Thus, I, Maria Ecke, missed the entire hearing of Purdue Pharma et al. Case No. 19-23649(shl) on Wednesday, December 10, 2025. In addition, someone, possibly the Debtors, ended the Hearing with Judge Lane before I actually attended.

I, Maria Ecke, finally attended the Hearing with Judge Lane on Friday, December 12, 2025, only after I emailed and called many, many, many times. I am not a computer genius, nor do I have a good computer. I have a tiny out-of-date laptop. I have no printer or money for paper. I am an elderly, disabled, divorced, white woman, only on Social Security. The Hearing at 2:00 pm was very short, and the financial information was not disclosed. Can Purdue Pharma et al supply me with a new computer and a salary? I had emailed Arik Preis to that effect previously.

Purdue Pharma et al documents for Case No. 19-23649(shl) and all cases must be revealed on a website free of charge to all injured victims.

**I DO NOT HAVE A STAFF OR ANY FAMILY OTHER THAN ONE DIVORCED SON WHO HAS ENDURED A DEATH, DIVORCE, REHABILITATION FOR OPIOIDS, AND MOVING.**

/s/ Maria Ecke