UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____x

In re Purdue Pharma, L.P. et al,                                        21 Civ. 7532 (CM)

_____x

## ORDER

McMahon, J.:

Pursuant to this court's order dated December 19, 2025 (Dkt. # 389), the Clerk of Court is directed to permanently seal Docket Number 373 and the attached exhibit.

Dated: December 22, 2025

U.S.D.J.

BY ECF TO ALL COUNSEL

1