January 15, 2026


Maria Ecke

Estate of David Jonathan Ecke

Richard Ecke

Andrew Ecke

Peter Sottile

C/o Office of Maria Ecke

8 Glenbrook Drive

West Simsbury, CT 06092


Vito Genna, Clerk of Court

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

500 Pearl Street

New York, New York 10007

Attn: Honorable Judge McMahon

Attn: Pro Se Unit

prose@nysd.uscourts.gov

---

In Re: Purdue Pharma et al                                     Case No. 21-cv-7532(cm)

       Debtors                                              (Jointly Administered)


Honorable Judge McMahon:

     I, Maria Ecke, Pro Se, have received your letter dated December 19, 2025. Not being an attorney, nor being able to find one to handle my Appeal to my liking, is a great disadvantage to

any individual.  I, Maria Ecke, am a disabled, elderly, woman, and divorced professional Librarian. I have worked my entire life in this great country of the United States of America, helping children and young adults with their homework assignments. Unfortunately, I did not stay home and teach my own children. I live only on Social Security and do not have any grandchildren because of opioids. Though I was born here, my great-grandfather was a Treasurer to the Czar of Ukraine, and my heritage is important as the Supreme Court has stated in 603____U.S.(2024), Harrington, Region 2, U.S. Trustee v.  Purdue Pharma L.P. et al as every American's is., I am sure that you are aware of the carnage that is happening in Ukraine. My grandmother's land near Kyiv is being taken over. In my opinion, this is very similar to what is happening here, where giant corporations and wealthy owners are being glorified and, in my opinion, protected.

This letter serves as a formal "Goodbye" and requests that you kindly turn the expensive paperwork I mailed to you over to the Honorable Judge Roman for Case No. 25-cv-10420 (SDNY) Ecke v. Purdue Pharma. The wealthy Sackler family should be held responsible to a higher degree of monetary liability for the carnage from their dangerous, lethal, mislabeled pain reliever.

/s/ Maria Ecke

Estate of David Jonathan Ecke

Richard Ecke

Andrew Ecke

Peter Sottile

r